## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **J & M SALES INC.**, *et al.,* | ) **Case No. 18-11801 (LSS)** |
| Debtors.[1] | ) **Jointly Administered** |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

J&M Sales, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, (the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Curt Kroll has signed each set of the Schedules and Statements. Mr. Kroll serves as the Chief Restructuring Officer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Kroll has necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Given the scale of the Debtors' business and the number of stores covered by the Schedules and Statements, Mr. Kroll has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924). Debtors' mailing address is 15001 South Figueroa Street, Gardena, CA 90248.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1. **Description of Cases**. On August 6, 2018, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 7, 2018, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 73]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a.    **No Admission**.  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.    **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d.    **Claims Description**.   Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e.    **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the Petition Date, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

f.    **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not

3

be construed to be an admission that such intellectual property rights have not been abandoned, have not terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g.    **Insiders**.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Specifically, the Debtors have listed payment information of their Chief Executive Officer, Chief Financial Officer, Directors, and former executives who received payments from the Debtors within one year of the Petition Date.  The Debtors employ other individuals that have officer titles, but the Debtors do not believe that such officers qualify as insiders within the meaning of the Bankruptcy Code.

4.    **Methodology**.

a.    **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

4

c.   **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary, at some times materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d.   **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.   Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.  The Debtors' inventory is tracked by department and by store, but not by both.  Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors.  Inventory is counted on a staggered basis and done annually, by a third party, RGIS.  The Debtors have closing inventory amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

e.   **Consolidated Accounts Payable and Disbursements System**.  The Debtors use a centralized cash management system to streamline collection, transfer and disbursement of funds generated by the Debtors' business operations.  The cash management system is operated and maintained by the Debtors' employees.

f.   **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

g.   **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

h.  **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

i.  **Totals**.   All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

j.  **Paid Claims**.  The Debtors have authority to pay certain outstanding prepetition payables pursuant to bankruptcy or other court order; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements with the exception that liabilities with respect to the Debtors' prepetition vendors may be listed at the amount outstanding as of the Petition Date, regardless of whether such claims have been settled and paid postpetition in accordance with any of the "first day" orders entered by the Bankruptcy Court authorizing the payment of prepetition claims.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

k.  **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

l.  **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule D with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

m.  **Excluded Assets and Liabilities**.   The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred revenue accounts; and certain accrued

6

liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

n.    **Liens**.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

o.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

p.    **Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the retail industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures**.

a.    **Schedule A/B, Parts 1 and 2 - Cash and Cash Equivalents; Deposits and Prepayments**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion of Debtors for Interim and Final Orders (I) Authorizing (A) Continuation of Existing Cash Management System, (B) Maintenance of Existing Business Forms and Bank Accounts, (C) Continuation of Intercompany Transactions, and (D) Payment of Related Prepetition Obligations Pursuant to Sections 105(a), 363(b), and 363(c) of Bankruptcy Code and Bankruptcy Rules 6003 and 6004 and (II) Waiving Requirements of Section 345(b) of Bankruptcy Code* [Docket Nos 7] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion.  As described therein, the Debtors utilize a centralized cash management system.

Additionally, the Bankruptcy Court, pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service* [Docket No. 86] (the "Interim Utility Order"), has authorized the Debtors to provide adequate assurance of payment for future utility services.  Such deposits pursuant to the Utility Order are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.  Certain utilities may hold deposits separate and apart from the Interim Utility Order.

b.     **Schedule A/B, Part 4 - Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

c.     **Schedule A/B, Part 7 - Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

d.     **Schedule A/B, Part 11 - All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

Additionally, the Debtors may receive refunds, income tax refunds or other sales tax refunds at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors, and accordingly, may not be listed in Schedule A/B.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.***  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their customers and suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

e.     **Schedule D - Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Granting Expedited Relief, (II) Approving Postpetition Financing, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Authorizing Use of Cash Collateral, (V) Granting Adequate Protection, (VI) Modifying Automatic Stay, and (VII) Granting Related Relief* [Docket No. 93], or other stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and

priority of any liens.  In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

f.   **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*.  Pursuant to the *Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Sections 105(a), 363(b), 507(a), and 541 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004* [Docket Nos. 85 and 283] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order may still be listed in Schedule E. The Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

Furthermore, pursuant to the *Interim and Final Orders (I) Authorizing, But Not Directing, Debtors to (A) Pay Certain Accrued Prepetition Wages, (B) Permit Employees to Use Accrued Prepetition Vacation Time, (C) Pay Employees' Prepetition Reimbursable Business Expenses, (D) Make Accrued Prepetition Contributions to Employee Benefit Plan, and (E) Continue Employee Benefit Plan Post-Petition; (II) Authorizing, But not Directing, The Release of Withheld Taxes and Employee Contributions, and (III) Authorizing Related Relief* [Docket Nos 80 and 274] (the "Wage Order"), the Debtors received interim authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed. The amounts listed on Schedule E/F Part 1 are for accrued vacation and PTO that have not been paid pursuant to the Wage Order.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims*.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The

Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on the Debtors' books and records.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to amend Schedules D and E/F if as they receive such invoices.

There are 96 legal actions to which one or more Debtors are parties.  Multiple Debtors are often listed as defendants to these legal actions.  The Debtors have included the entire list of legal actions on Schedule E/F Part 2 for each Debtor.

g.   **Schedule G - Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of

their business, such as supplemental agreements, amendments, and letter agreement, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility.  The guaranty obligations arising under these agreements are reflected on Schedule H only.

h.    **Schedule H - Co-Debtors**.  For purposes of Schedule H, only the agent under the prepetition credit facility or counterparties that are subject to a guaranty are listed as Co-Debtors on Schedule H.

6.    **Specific Statements Disclosures.**

a.    **Statements, Part 2, Questions 3 and 4 - Payments to Certain Creditors**.  Prior to the Petition Date, the Debtors maintained a centralized cash management system.  Consequently, all payments to insiders listed in response to Question 4 on each of the Debtors' Statements reflect payments made on a consolidated basis pursuant to the Debtors' cash management system described in the Cash Management Motion.  In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed all transfers made during the 90-day and 1 year period in their responses to Question3 and 4.

b.    **Statements, Part 2, Question 6 - Setoffs**.  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(p) of these Global Notes.

c.    **Statements, Part 6, Question 11 - Payments Related to Bankruptcy**.  Question 11 on all Statements reflects payments to professionals made on a consolidated basis.

d.    **Statements, Part 13, Question 26 - Books, Records, and Financial Statements**. The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in their responses to Statement Question 26.

e.    **Statements, Part 13, Question 27 - Inventories**.  As noted earlier, the Debtors' inventory is tracked by department and by store, but not by both.  Thus, the inventory amounts set forth in the Schedules and Statements are gross inventory amounts on a Debtor by Debtor basis based upon store inventory allocations as well as a consolidated detail listing of inventory by department that is attached to the Schedules of all operating Debtors.  Inventory is counted on a staggered basis and done annually, by a third party, RGIS.  The Debtors have closing inventory amounts by Debtor as of July 2018.  The Debtors do not have amounts for prior year inventories as they calculate inventory loss as opposed to inventory count and estimate the amount based on the prior year.

f.    **Statements, Part 13, Questions 4 and 30 - Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Distributions by the Debtors to their directors and officers are listed on the attachment to Questions 4 and 30.  Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

g.    **Statements, Part 3, Question 7 - Legal Actions.**  Multiple Debtors are often listed as defendants to the 96 legal actions.  The Debtors have attached the entire list of legal actions to each Debtor.

**Fill in this information to identify the case:**

Debtor name    **FP Stores, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11804 (LSS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 18, 2018___    **X** _____
Signature of individual signing on behalf of debtor

**Curt Kroll**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FP Stores, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11804 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $     **77,297,181.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $     **77,297,181.01**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **110,842,800.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $     **790,871.41**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **81,174,762.53**

4. **Total liabilities** ................................................................................................................
Lines 2 + 3a + 3b     $     **192,808,433.94**

**Fill in this information to identify the case:**

Debtor name     **FP Stores, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11804 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

|  |  |
| --- | --- |
| 7.1.    **See Attachment B.7 for details** | $1,061,417.01 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

| $1,061,417.01 |
| --- |

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number *(If known)* **18-11804 (LSS)** |
|---|---|---|
| | Name | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale Inventory.  See Attachment B.21 for a consolidated list of inventory by department.** | | $44,336,504.00 | Cost | $44,336,504.00 |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $44,336,504.00 |
|---|---|

**24.  Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.  Office furniture** | | | | |
| **40.  Office fixtures** | | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number *(If known)* 18-11804 (LSS) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Office equipment, furniture, fixtures, machinery, etc.  See Attachment B.41 for details.** | $31,899,260.00 | Cost | $31,899,260.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $31,899,260.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **FP Stores, Inc.**
Name

Case number *(If known)* **18-11804 (LSS)**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,061,417.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $44,336,504.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,899,260.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $77,297,181.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $77,297,181.01 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.7

| Creditor | Amount |
|---|---|
| **4** | **$1,061,417.01** |
| APS | $17,521.00 |
| ATMOS ENERGY | $1,061.00 |
| BGE | $20,386.91 |
| CITY OF CONCORD | $2,060.00 |
| CITY OF HOUSTON-WATER DEPT. | $750.00 |
| CITY OF KINGMAN | $500.00 |
| CITY OF LONG BEACH | $120.04 |
| CITY OF OXNARD | $305.00 |
| CITY OF RICHMOND | $610.00 |
| CITY OF SAN LUIS | $375.00 |
| CITY OF TAMPA UTILITIES | $1,005.00 |
| COMED | $3,188.32 |
| CREDIT CARDS Breach reserve | $713,989.72 |
| DOMINION VIRGINA POWER | $12,734.00 |
| DUKE ENERGY | $23,265.79 |
| EL PASO WATER UTILITIES | $150.00 |
| EVERSOURCE | $1,250.00 |
| FORT WORTH WATER DEPARTME | $1,200.00 |
| FPL | $28,063.00 |
| KISSIMMEE UTILITY AUTHORITY | $5,220.00 |
| MAGIC VALLEY ELECTRIC | $1,740.00 |
| MIAMI-DADE WATER & SEWER | $970.00 |
| NEWPORT NEWS WATERWORKS | $383.00 |
| NICOR GAS | $1,515.80 |
| OG & E | $4,755.00 |
| ORLD | $100.00 |
| PACIFIC GAS & ELECTRIC | $170,586.94 |
| PEOPLE'S GAS | $1,371.00 |
| PEPCO | $3,575.00 |
| PIEDMONT NATURAL GAS | $1,195.49 |
| PSE&G CO | $3,252.00 |
| SAN DIEGO GAS & ELECTRIC | $15,957.00 |
| SOUTHWEST GAS CORPORATION | $650.00 |
| STNB | $120.00 |
| TAMPA ELECTRIC | $19,161.00 |
| TEXAS GAS SERVICE | $1,050.00 |
| VILLAGE OF LANCING | $150.00 |
| VIRGINIA NATURAL GAS | $190.00 |
| WASHINGTON GAS | $940.00 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| 4-6 GIRLSS | $24,470.92 | $0.00 |
| 7-16 GIRLS | $27,057.10 | $120.00 |
| 8-20 BOYS | $118,871.73 | $6,313.80 |
| ACCESSORIES | $2,695,777.43 | $182,668.84 |
| ACTIVE | $5,055,699.72 | $452,569.21 |
| ACTIVEWEAR | $7,831,063.83 | $486,547.98 |
| AUTOMOTIVE | $307,767.62 | $11,214.62 |
| BACKPACKS | $1,194,459.15 | $36,674.25 |
| BASICS | $13,259,849.82 | $945,054.13 |
| BATH | $2,261,670.92 | $227,803.49 |
| BED | $3,404,992.68 | $409,264.15 |
| BLANKETS | $979,923.47 | $66,710.42 |
| BOYS BRANDED UNIFORMS | $2,319.35 | $0.00 |
| BOYS INFANT/TODDLER SHOES | $294,642.41 | $16,315.38 |
| BOYS SHOES | $427,002.90 | $25,554.71 |
| BOYS UNIFORMS | $5,266,775.61 | $244,600.49 |
| BRA SETS | $122,256.76 | $10,650.08 |
| BRAS | $861,316.35 | $97,565.50 |
| CAMI SETS | $89,238.16 | $6,630.72 |
| CONSUMABLES | $723,609.20 | $31,659.87 |
| DENIM BOTTOMS | $4,741,878.37 | $352,701.12 |
| DIRECT STORE DELIVERY | $3.28 | $0.00 |
| DRESS UP | $185,340.67 | $11,164.20 |
| DRESSES | $5,245,165.54 | $376,067.95 |
| FASHION ACCESSORIES | $449,524.05 | $13,141.38 |
| FOOD | $326,122.62 | $40,980.80 |
| FRAGRANCE | -$7.25 | $0.00 |
| GARDENING | $64,930.79 | $1,469.28 |
| GIRLS BRANDED UNIFORMS | $4,608.85 | $0.00 |
| GIRLS INFANT/TODDLER SHOE | $493,066.66 | $35,747.88 |
| GIRLS SHOES | $1,024,415.61 | $73,692.08 |
| GIRLS UNIFORMS | $4,616,449.04 | $221,249.30 |
| HANDBAGS | $1,240,898.42 | $108,814.67 |
| HEALTH & BEAUTY | $1,150,872.23 | $42,643.34 |
| HOME | $25,242.60 | $244.80 |
| HOME ACCENT | $3,414,043.34 | $305,959.86 |
| HOUSEWARES | $1,045,611.50 | $109,749.37 |
| INFANT BOY | $593,874.60 | $36,835.11 |
| INFANT GIRL | $1,505,871.58 | $107,561.87 |
| INFANTS | $22,928.48 | $0.00 |
| INTIMATE | $61,851.68 | $432.00 |
| JEWELRY | $1,013,225.70 | $76,591.90 |
| JUNIOR PLUS | $2,115,546.87 | $98,385.63 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| JUNIORS | $304,480.34 | $18,532.05 |
| JUVENILE | $753,718.83 | $65,061.93 |
| LADIES COSMETICS | $355,937.34 | $26,682.27 |
| LADIES SHOES | $2,428,665.66 | $160,218.28 |
| LADIES UNIFORMS | $213,009.18 | $784.79 |
| LUGGAGE | $609,808.80 | $88,487.09 |
| MATERNITY | $14,364.06 | $423.36 |
| MENS | $22,029.68 | $966.00 |
| MENS SHOES | $1,151,729.42 | $105,057.12 |
| MENS UNIFORMS | $721,546.42 | $51,499.58 |
| MISC DUMP | $62,190.53 | $215.25 |
| MISSY | $324,999.78 | $18,235.35 |
| MISSY PLUS | $8,835.51 | $924.00 |
| NEWBORN BOY | $442,834.23 | $34,250.00 |
| NEWBORN GIRL | $834,642.42 | $64,583.38 |
| NON DENIM BOTTOMS | $2,444,795.54 | $145,415.08 |
| NON-DENIM BOTTOMS | $5,874,503.12 | $421,608.78 |
| OPPORTUNITY DEALS | $980.00 | $0.00 |
| OUTERWEAR | $5,821,630.67 | $184,494.72 |
| PANTIES | $778,749.42 | $73,740.41 |
| PET | $136,395.02 | $11,316.39 |
| PRICE POINT | $81,559.73 | $0.00 |
| RELATED SEPARATES | $20,276.41 | $900.00 |
| SCRUBS | $519,012.42 | $28,848.04 |
| SEASONAL | $1,336,886.47 | $92,746.17 |
| SETS | $1,418,500.34 | $85,237.60 |
| SHAPEWEAR | $486,225.73 | $40,983.23 |
| SHOE ACCESSORIES | $24,691.60 | $730.80 |
| SHOES | $5,949.10 | $0.00 |
| SLEEPWEAR | $2,786,934.82 | $145,311.48 |
| SOCKS/HOSE | $1,333,959.11 | $100,654.60 |
| STATIONARY/GIFT ACCESSORI | $848,880.28 | $33,224.39 |
| TABLETOP | $403,822.13 | $42,378.73 |
| TEAM | $204,222.99 | $2,384.70 |
| TODDLER BOY | $1,669,679.85 | $75,819.96 |
| TODDLER BOYS | $9,183.26 | $1,366.00 |
| TODDLER GIRL | $2,574,174.73 | $165,692.69 |
| TODDLER GIRLS | $26,113.70 | $579.10 |
| TODDLERS | $8,166.99 | $0.00 |
| TOPS | $17,178,661.49 | $1,345,099.72 |
| TOYS | $2,866,113.96 | $215,642.43 |
| URBAN BRANDS | $254.55 | $0.00 |
| WALLETS | $275,908.82 | $36,471.11 |

Attachment B.21
Inventory by Department

| Dept. | Sum of Cost | Sum of InTransit Cost |
|---|---|---|
| WINDOW | $1,444,018.02 | $170,156.83 |
| WOMAN ACCESS. | $22,857.40 | $202.80 |
| YOUNG MENS | $8,779,521.99 | $749,572.68 |
| **Sub Total** | **$141,921,652.22** | **$10,077,849.07** |
| **Grand Total** | **$151,999,501.29** | |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| | Equipment | | 1,383,000.00 | - |
| 612 | Leasehold Improvement | | 10,923.19 | 5,413.58 |
| 657 | Leasehold Improvement | | | 0.00 |
| 610 | Leasehold Improvement | | 29,599.38 | (0.00) |
| 676 | Leasehold Improvement | | | 0.00 |
| 683 | Leasehold Improvement | | | - |
| 704 | Equipment | | 8,989.04 | - |
| 704 | Equipment | | 25,784.63 | - |
| 626 | Equipment | | 5,412.50 | (0.00) |
| 658 | Equipment | | 6,061.32 | 0.00 |
| 622 | Leasehold Improvement | | 5,110.00 | 2,036.36 |
| 608 | Leasehold Improvement | | | (0.00) |
| 689 | Leasehold Improvement | | 6,039.40 | 602.56 |
| 637 | Equipment | | 7,415.00 | (0.00) |
| 663 | Leasehold Improvement | | 11,574.45 | 6,427.78 |
| 609 | Leasehold Improvement | | | (0.00) |
| 678 | Leasehold Improvement | | 10,781.70 | 345.50 |
| 607 | Leasehold Improvement | | 12,149.01 | 0.00 |
| 630 | Leasehold Improvement | | 7,053.00 | - |
| 694 | Leasehold Improvement | | 33,001.92 | 13,078.90 |
| 675 | Leasehold Improvement | | 11,419.00 | 82.94 |
| 658 | Leasehold Improvement | | 48,394.46 | 16,619.18 |
| 612 | Equipment | | 3,303.23 | 0.00 |
| 614 | Leasehold Improvement | | 5,577.69 | (0.00) |
| 686 | Leasehold Improvement | | 6,747.59 | - |
| 615 | Leasehold Improvement | | 6,787.00 | - |
| 612 | Leasehold Improvement | | 6,988.59 | 3,123.69 |
| 623 | Leasehold Improvement | | 7,225.00 | - |
| 684 | Leasehold Improvement | | 7,361.00 | - |
| 675 | Leasehold Improvement | | 7,794.00 | 0.00 |
| 612 | Leasehold Improvement | | 7,826.89 | 3,498.38 |
| 673 | Leasehold Improvement | | 7,905.00 | - |
| 630 | Leasehold Improvement | | 8,667.93 | - |
| 610 | Leasehold Improvement | | 9,866.46 | - |
| 612 | Equipment | | 10,797.50 | - |
| 612 | Leasehold Improvement | | 11,761.24 | 5,078.72 |
| 678 | Leasehold Improvement | | 15,208.50 | (0.00) |
| 612 | Leasehold Improvement | | 17,887.97 | 7,995.38 |
| 687 | Equipment | | 33,969.00 | - |
| 629 | Leasehold Improvement | | 3,475.00 | 0.00 |
| 629 | Leasehold Improvement | | 5,166.00 | (0.00) |
| 682 | Leasehold Improvement | | 7,000.00 | 0.00 |
| 704 | Leasehold Improvement | | 8,300.00 | 4,335.03 |
| 704 | Leasehold Improvement | | 12,656.00 | 4,956.93 |
| 694 | Leasehold Improvement | | 16,500.95 | 3,644.53 |
| 703 | Leasehold Improvement | | | (0.00) |
| 681 | Leasehold Improvement | HVAC | 6,500.00 | 0.00 |
| 612 | Leasehold Improvement | | 7,109.72 | 3,329.15 |
| 704 | Leasehold Improvement | | 4,868.80 | 1,963.89 |
| 675 | Equipment | | 5,358.38 | 0.00 |
| 687 | Equipment | | 10,947.32 | 0.00 |
| 639 | Equipment | | 12,567.48 | 0.00 |
| 696 | Equipment | | | 0.00 |
| 636 | Leasehold Improvement | | 5,687.00 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 682 | Leasehold Improvement | | 6,249.30 | (0.00) |
| 625 | Equipment | | 7,412.50 | (0.00) |
| 625 | Equipment | | 8,594.21 | (0.00) |
| 671 | Leasehold Improvement | | 11,050.00 | - |
| 651 | Leasehold Improvement | | 14,647.00 | 0.00 |
| 691 | Leasehold Improvement | | 4,622.94 | - |
| 686 | Leasehold Improvement | | 5,142.32 | - |
| 622 | Leasehold Improvement | | 5,196.00 | - |
| 680 | Leasehold Improvement | | 6,300.79 | (0.00) |
| 652 | Equipment | | 7,265.07 | (0.00) |
| 689 | Leasehold Improvement | | 11,765.99 | - |
| 703 | Leasehold Improvement | | | (0.00) |
| 660 | Leasehold Improvement | | 382.51 | - |
| 616 | Leasehold Improvement | | 421.74 | 0.00 |
| 634 | Leasehold Improvement | | 549.24 | 71.64 |
| 638 | Leasehold Improvement | | 765.02 | - |
| 653 | Leasehold Improvement | | 853.29 | - |
| 613 | Leasehold Improvement | | 907.23 | - |
| 623 | Leasehold Improvement | | 1,020.02 | 85.02 |
| 628 | Leasehold Improvement | | 1,216.18 | - |
| 636 | Leasehold Improvement | | 1,628.11 | 326.11 |
| 629 | Leasehold Improvement | | 1,765.42 | (0.00) |
| 637 | Leasehold Improvement | | 2,236.20 | - |
| 667 | Leasehold Improvement | | 3,069.87 | 0.00 |
| 674 | Leasehold Improvement | | 3,658.35 | - |
| 633 | Leasehold Improvement | | 3,942.78 | - |
| 704 | Leasehold Improvement | | 4,080.09 | 2,300.39 |
| 651 | Leasehold Improvement | | 16,909.00 | (0.00) |
| 687 | Leasehold Improvement | | 44,777.20 | - |
| 639 | Equipment | | 7,059.38 | (0.00) |
| 678 | Leasehold Improvement | | 9,691.50 | - |
| 668 | Leasehold Improvement | | 24,822.00 | 0.00 |
| 696 | Equipment | | | 0.00 |
| 692 | Leasehold Improvement | | 6,043.57 | (0.00) |
| 622 | Leasehold Improvement | | 6,182.00 | - |
| 678 | Leasehold Improvement | | 12,899.07 | - |
| 630 | Leasehold Improvement | | 7,708.00 | - |
| 662 | Leasehold Improvement | | 10,664.73 | (0.00) |
| 621 | Leasehold Improvement | | 4,600.00 | - |
| 659 | Leasehold Improvement | | 5,044.16 | - |
| 684 | Equipment | | 6,062.00 | (0.00) |
| 665 | Leasehold Improvement | | 6,265.34 | (0.00) |
| 681 | Leasehold Improvement | | 7,379.41 | 0.00 |
| 681 | Furniture & Fixtures | | 2,283.00 | - |
| 681 | Furniture & Fixtures | | 2,627.49 | 0.00 |
| 681 | Leasehold Improvement | | 3,617.89 | (0.00) |
| 681 | Furniture & Fixtures | JVS SECURITY | 7,245.89 | (0.00) |
| 681 | Leasehold Improvement | | 9,422.25 | - |
| 681 | Leasehold Improvement | STORE SIGN | 20,197.11 | - |
| 682 | Equipment | JVS SECURITY | 5,439.38 | (0.00) |
| 700 | Equipment | | 5,439.38 | (0.00) |
| 673 | Leasehold Improvement | | 5,500.00 | - |
| 637 | Equipment | | 5,763.10 | (0.00) |
| 674 | Equipment | | 5,763.10 | (0.00) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 704 | Equipment | | 5,812.65 | 484.39 |
| 630 | Leasehold Improvement | | 5,330.00 | (0.00) |
| 668 | Leasehold Improvement | | 8,796.86 | - |
| 603 | Leasehold Improvement | | 356.00 | (0.00) |
| 603 | Leasehold Improvement | | 4,500.00 | 0.00 |
| 640 | Leasehold Improvement | | 147.00 | 20.79 |
| 640 | Leasehold Improvement | | 680.03 | 97.35 |
| 696 | Leasehold Improvement | | | 0.00 |
| 696 | Leasehold Improvement | | | 0.00 |
| 696 | Leasehold Improvement | | | 0.00 |
| 640 | Leasehold Improvement | | 551.84 | 55.50 |
| 689 | Leasehold Improvement | | 2,375.64 | (0.00) |
| 689 | Leasehold Improvement | | 954.25 | (0.00) |
| 658 | Leasehold Improvement | | 5,200.00 | - |
| 689 | Leasehold Improvement | | 2,055.23 | (0.00) |
| 689 | Leasehold Improvement | | 1,995.63 | 0.00 |
| 689 | Leasehold Improvement | | 695.74 | 0.00 |
| 652 | Leasehold Improvement | | 6,447.40 | 0.00 |
| 640 | Leasehold Improvement | | 3,943.20 | 397.42 |
| 652 | Furniture & Fixtures | | 8,923.81 | 0.00 |
| 652 | Leasehold Improvement | | 10,950.00 | 0.00 |
| 652 | Leasehold Improvement | | 808.20 | 0.00 |
| 652 | Leasehold Improvement | | 21,500.00 | (0.00) |
| 652 | Leasehold Improvement | | 10,950.00 | (0.00) |
| 652 | Leasehold Improvement | | 43,750.00 | 0.00 |
| 652 | Leasehold Improvement | | 1,019.58 | (0.00) |
| 652 | Leasehold Improvement | | 884.00 | 0.00 |
| 652 | Furniture & Fixtures | | 9,909.88 | 0.00 |
| 652 | Leasehold Improvement | | 10,950.00 | 0.00 |
| 652 | Leasehold Improvement | | 12,100.00 | - |
| 652 | Leasehold Improvement | | 1,182.00 | 0.00 |
| 652 | Leasehold Improvement | | 3,650.00 | (0.00) |
| 652 | Leasehold Improvement | | 2,800.00 | (0.00) |
| 652 | Leasehold Improvement | | 4,315.00 | 0.00 |
| 652 | Leasehold Improvement | | 4,705.69 | 0.00 |
| 652 | Furniture & Fixtures | | 2,220.10 | (0.00) |
| 652 | Equipment | | 31,378.84 | (0.00) |
| 681 | Furniture & Fixtures | | 8,085.36 | (0.00) |
| 652 | Leasehold Improvement | | 6,474.69 | (0.00) |
| 660 | Leasehold Improvement | | (21,436.28) | - |
| 660 | Leasehold Improvement | | 2,670.97 | - |
| 653 | Leasehold Improvement | | 5,958.33 | 510.33 |
| 613 | Leasehold Improvement | | 6,335.00 | - |
| 623 | Leasehold Improvement | | 7,122.60 | - |
| 637 | Leasehold Improvement | | 15,614.92 | (0.00) |
| 660 | Leasehold Improvement | | 21,436.28 | - |
| 667 | Leasehold Improvement | | 21,436.28 | - |
| 689 | Leasehold Improvement | | 10,716.75 | 0.00 |
| 687 | Equipment | | 8,248.65 | 0.00 |
| 687 | Equipment | | 11,249.34 | (0.00) |
| 634 | Leasehold Improvement | | 1,007.05 | 151.27 |
| 616 | Leasehold Improvement | | 2,685.47 | - |
| 638 | Leasehold Improvement | | 3,944.29 | - |
| 628 | Leasehold Improvement | | 6,378.35 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 629 | Leasehold Improvement | | 10,154.44 | - |
| 636 | Leasehold Improvement | | 11,665.02 | - |
| 674 | Leasehold Improvement | | 15,861.07 | - |
| 704 | Leasehold Improvement | | 21,987.30 | 11,109.15 |
| 633 | Leasehold Improvement | | 29,791.96 | - |
| 621 | Leasehold Improvement | | 19,957.50 | - |
| 621 | Leasehold Improvement | | 19,957.50 | - |
| 621 | Leasehold Improvement | | 4,435.00 | - |
| 621 | Leasehold Improvement | | 2,000.00 | 302.19 |
| 695 | Equipment | | 70,870.20 | - |
| 681 | Leasehold Improvement | Lighting Retrofit | 4,047.88 | - |
| 665 | Equipment | | 6,032.66 | - |
| 695 | Equipment | | 6,089.85 | - |
| 695 | Equipment | | 14,242.80 | 0.00 |
| 695 | Leasehold Improvement | | 132,790.05 | 20,086.17 |
| 695 | Leasehold Improvement | | 9,900.00 | 1,497.81 |
| 695 | Equipment | | 9,421.00 | - |
| 695 | Leasehold Improvement | | 7,299.67 | 1,104.33 |
| 695 | Furniture & Fixtures | | 13,545.16 | - |
| 686 | Equipment | | 6,081.58 | - |
| 695 | Equipment | | 12,146.01 | - |
| 695 | Furniture & Fixtures | | 2,711.50 | - |
| 695 | Equipment | | 1,097.66 | - |
| 695 | Leasehold Improvement | | 30,052.82 | 4,546.28 |
| 695 | Leasehold Improvement | | 747.69 | 115.08 |
| 695 | Equipment | | 250.00 | 0.00 |
| 695 | Equipment | | 1,948.26 | - |
| 695 | Furniture & Fixtures | | 1,547.51 | - |
| 695 | Furniture & Fixtures | | 8,969.74 | - |
| 695 | Leasehold Improvement | | 23,767.32 | 3,490.14 |
| 695 | Leasehold Improvement | | 22,969.63 | 3,503.63 |
| 695 | Equipment | | 2,115.00 | - |
| 695 | Leasehold Improvement | | 124,690.05 | 19,020.05 |
| 695 | Leasehold Improvement | | 27,708.90 | 4,375.14 |
| 638 | Leasehold Improvement | | 2,054.19 | (0.21) |
| 638 | Leasehold Improvement | | 2,054.19 | - |
| 695 | Leasehold Improvement | | 15,848.72 | 2,463.88 |
| 687 | Leasehold Improvement | | 22,248.38 | - |
| 695 | Equipment | | 12,892.02 | - |
| 695 | Equipment | | 10,371.65 | - |
| 687 | Furniture & Fixtures | | 6,140.56 | - |
| 682 | Leasehold Improvement | REFRIGERATION | 7,000.00 | - |
| 661 | Equipment | | (5,444.00) | - |
| 695 | Equipment | | (2,722.00) | - |
| 612 | Equipment | | (1,737.00) | (723.75) |
| 675 | Equipment | | (1,737.00) | - |
| 661 | Equipment | | (476.35) | - |
| 695 | Equipment | | (224.57) | - |
| 612 | Equipment | | (160.67) | (66.87) |
| 675 | Equipment | | (143.30) | - |
| 675 | Equipment | | 792.99 | (0.00) |
| 695 | Equipment | | 874.25 | (0.00) |
| 612 | Equipment | | 889.11 | 311.13 |
| 612 | Equipment | | 9,612.00 | 3,364.20 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 675 | Equipment | | 9,612.00 | - |
| 695 | Equipment | | 10,597.00 | - |
| 611 | Leasehold Improvement | | | - |
| 687 | Leasehold Improvement | | 12,918.67 | - |
| 696 | Leasehold Improvement | | | - |
| 626 | Leasehold Improvement | | 13,352.00 | 1,788.63 |
| 695 | Leasehold Improvement | | (3,557.89) | (561.73) |
| 695 | Equipment | | 3,557.89 | - |
| 695 | Leasehold Improvement | | 3,557.89 | 552.23 |
| 687 | Leasehold Improvement | | 22,248.38 | - |
| 681 | Leasehold Improvement | Lighting Retrofit | 4,047.88 | - |
| 682 | Leasehold Improvement | Lighting Retrofit | 3,816.18 | - |
| 687 | Leasehold Improvement | | 8,548.78 | - |
| 688 | Leasehold Improvement | | 11,489.11 | - |
| 687 | Furniture & Fixtures | | 3,485.81 | - |
| 674 | Furniture & Fixtures | | 10,140.98 | - |
| 622 | Equipment | | 10,887.50 | - |
| 695 | Leasehold Improvement | | 97,256.23 | 15,356.71 |
| 622 | Leasehold Improvement | | 5,336.00 | - |
| 622 | Furniture & Fixtures | | 10,590.85 | - |
| 687 | Leasehold Improvement | | 2,002.63 | - |
| 622 | Leasehold Improvement | | 6,534.69 | - |
| 622 | Leasehold Improvement | | 6,530.00 | - |
| 622 | Leasehold Improvement | | 12,474.10 | - |
| 675 | Leasehold Improvement | | 3,860.11 | - |
| 675 | Leasehold Improvement | | 994.50 | - |
| 622 | Leasehold Improvement | | 13,874.61 | - |
| 671 | Equipment | | 659.53 | - |
| 628 | Equipment | | 689.06 | - |
| 629 | Equipment | | 689.06 | - |
| 640 | Equipment | | 689.06 | - |
| 652 | Equipment | | 689.06 | - |
| 653 | Equipment | | 689.06 | - |
| 658 | Equipment | | 689.06 | - |
| 661 | Equipment | | 689.06 | - |
| 667 | Equipment | | 689.06 | - |
| 618 | Equipment | | 698.91 | - |
| 626 | Equipment | | 706.78 | 0.00 |
| 669 | Equipment | | 708.75 | - |
| 673 | Equipment | | 728.44 | - |
| 634 | Equipment | | 767.81 | - |
| 637 | Equipment | | 767.81 | - |
| 638 | Equipment | | 767.81 | - |
| 665 | Equipment | | 767.81 | - |
| 674 | Equipment | | 767.81 | - |
| 618 | Equipment | | 7,875.00 | - |
| 626 | Equipment | | 7,875.00 | - |
| 628 | Equipment | | 7,875.00 | - |
| 629 | Equipment | | 7,875.00 | - |
| 634 | Equipment | | 7,875.00 | - |
| 637 | Equipment | | 7,875.00 | - |
| 638 | Equipment | | 7,875.00 | - |
| 640 | Equipment | | 7,875.00 | - |
| 652 | Equipment | | 7,875.00 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 653 | Equipment | | 7,875.00 | - |
| 658 | Equipment | | 7,875.00 | - |
| 661 | Equipment | | 7,875.00 | - |
| 665 | Equipment | | 7,875.00 | - |
| 667 | Equipment | | 7,875.00 | - |
| 669 | Equipment | | 7,875.00 | - |
| 671 | Equipment | | 7,875.00 | - |
| 673 | Equipment | | 7,875.00 | - |
| 674 | Equipment | | 7,875.00 | - |
| 688 | Leasehold Improvement | | 10,047.50 | - |
| 622 | Leasehold Improvement | | 3,676.85 | - |
| 687 | Leasehold Improvement | | 7,230.50 | - |
| 687 | Equipment | Baler xfer from #250 | 6,562.50 | 390.23 |
| 605 | Equipment | | 7,875.00 | - |
| 606 | Equipment | | 7,875.00 | - |
| 615 | Equipment | | 7,875.00 | - |
| 622 | Equipment | | 7,875.00 | - |
| 651 | Equipment | | 7,875.00 | - |
| 662 | Equipment | | 7,875.00 | - |
| 681 | Equipment | BALER | 7,875.00 | - |
| 684 | Equipment | | 7,875.00 | - |
| 688 | Equipment | | 7,875.00 | - |
| 689 | Equipment | | 7,875.00 | - |
| 704 | Equipment | | 7,875.00 | 3,412.50 |
| 689 | Leasehold Improvement | | 30,284.03 | - |
| 602 | Leasehold Improvement | | 5,938.76 | - |
| 603 | Leasehold Improvement | | 7,693.82 | 0.00 |
| 687 | Leasehold Improvement | | 9,304.09 | 0.00 |
| 606 | Leasehold Improvement | | 5,386.70 | 0.00 |
| 606 | Leasehold Improvement | | 5,386.70 | 0.00 |
| 626 | Leasehold Improvement | | 4,097.85 | 568.17 |
| 651 | Leasehold Improvement | | 19,698.97 | (0.00) |
| 654 | Leasehold Improvement | | 14,944.64 | (0.00) |
| 698 | Leasehold Improvement | | 2,551.58 | 1,318.32 |
| 698 | Leasehold Improvement | | 2,551.58 | 1,318.32 |
| 695 | Leasehold Improvement | | 38,245.55 | 5,999.11 |
| 695 | Leasehold Improvement | | 38,245.55 | 5,999.11 |
| 614 | Leasehold Improvement | | 3,238.79 | (0.00) |
| 614 | Leasehold Improvement | | 3,238.79 | (0.00) |
| 614 | Computer Equipment | | 963.06 | 208.71 |
| 704 | Computer Equipment | | 984.46 | 475.75 |
| 634 | Computer Equipment | | 1,319.73 | - |
| 692 | Computer Equipment | | 974.26 | - |
| 694 | Computer Equipment | | 974.26 | - |
| 691 | Computer Equipment | | 1,106.23 | - |
| 613 | Computer Equipment | | 798.43 | - |
| 622 | Computer Equipment | | 1,028.36 | - |
| 615 | Computer Equipment | | 1,072.81 | - |
| 629 | Computer Equipment | | 617.34 | - |
| 697 | Computer Equipment | | 775.38 | - |
| 613 | Computer Equipment | | 853.31 | - |
| 686 | Computer Equipment | | 963.06 | - |
| 688 | Computer Equipment | | 1,018.48 | - |
| 667 | Computer Equipment | | 1,073.36 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 637 | Computer Equipment | | 1,360.35 | - |
| 653 | Computer Equipment | | 918.61 | - |
| 636 | Computer Equipment | | 919.16 | - |
| 628 | Computer Equipment | | 1,028.91 | - |
| 697 | Computer Equipment | | 1,609.28 | - |
| 600 | Computer Equipment | | 2,413.92 | - |
| 616 | Computer Equipment | | 2,413.92 | - |
| 619 | Computer Equipment | | 2,413.92 | - |
| 622 | Computer Equipment | | 2,413.92 | - |
| 653 | Computer Equipment | | 2,413.92 | - |
| 660 | Computer Equipment | | 2,413.92 | - |
| 661 | Computer Equipment | | 2,413.92 | - |
| 679 | Computer Equipment | | 2,413.92 | - |
| 681 | Computer Equipment | | 2,413.92 | - |
| 684 | Computer Equipment | | 2,413.92 | - |
| 692 | Computer Equipment | | 2,413.92 | - |
| 694 | Computer Equipment | | 2,413.92 | - |
| 704 | Computer Equipment | | 2,413.92 | 1,166.79 |
| 603 | Computer Equipment | | 3,218.56 | - |
| 605 | Computer Equipment | | 3,218.56 | - |
| 607 | Computer Equipment | | 3,218.56 | - |
| 610 | Computer Equipment | | 3,218.56 | - |
| 613 | Computer Equipment | | 3,218.56 | - |
| 614 | Computer Equipment | | 3,218.56 | 697.48 |
| 615 | Computer Equipment | | 3,218.56 | - |
| 618 | Computer Equipment | | 3,218.56 | - |
| 628 | Computer Equipment | | 3,218.56 | - |
| 629 | Computer Equipment | | 3,218.56 | - |
| 634 | Computer Equipment | | 3,218.56 | - |
| 635 | Computer Equipment | | 3,218.56 | - |
| 636 | Computer Equipment | | 3,218.56 | - |
| 638 | Computer Equipment | | 3,218.56 | - |
| 640 | Computer Equipment | | 3,218.56 | - |
| 654 | Computer Equipment | | 3,218.56 | - |
| 659 | Computer Equipment | | 3,218.56 | - |
| 663 | Computer Equipment | | 3,218.56 | - |
| 668 | Computer Equipment | | 3,218.56 | - |
| 669 | Computer Equipment | | 3,218.56 | - |
| 671 | Computer Equipment | | 3,218.56 | - |
| 673 | Computer Equipment | | 3,218.56 | - |
| 675 | Computer Equipment | | 3,218.56 | - |
| 678 | Computer Equipment | | 3,218.56 | - |
| 680 | Computer Equipment | | 3,218.56 | - |
| 682 | Computer Equipment | | 3,218.56 | - |
| 687 | Computer Equipment | | 3,218.56 | - |
| 688 | Computer Equipment | | 3,218.56 | - |
| 698 | Computer Equipment | | 3,218.56 | 1,716.64 |
| 606 | Computer Equipment | | 4,023.20 | - |
| 623 | Computer Equipment | | 4,023.20 | 2,615.15 |
| 626 | Computer Equipment | | 4,023.20 | - |
| 630 | Computer Equipment | | 4,023.20 | - |
| 645 | Computer Equipment | | 4,023.20 | - |
| 651 | Computer Equipment | | 4,023.20 | - |
| 652 | Computer Equipment | | 4,023.20 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 667 | Computer Equipment | | 4,023.20 | - |
| 686 | Computer Equipment | | 4,023.20 | - |
| 602 | Computer Equipment | | 4,827.84 | - |
| 612 | Computer Equipment | | 4,827.84 | 2,735.88 |
| 621 | Computer Equipment | | 4,827.84 | - |
| 633 | Computer Equipment | | 4,827.84 | - |
| 637 | Computer Equipment | | 4,827.84 | - |
| 662 | Computer Equipment | | 4,827.84 | - |
| 666 | Computer Equipment | | 4,827.84 | - |
| 674 | Computer Equipment | | 4,827.84 | - |
| 689 | Computer Equipment | | 4,827.84 | - |
| 691 | Computer Equipment | | 4,827.84 | - |
| 658 | Computer Equipment | | 5,632.48 | - |
| 665 | Computer Equipment | | 5,632.48 | - |
| 695 | Computer Equipment | | 6,437.12 | - |
| 600 | Computer Equipment | | 606.04 | - |
| 602 | Computer Equipment | | 606.04 | - |
| 603 | Computer Equipment | | 606.04 | - |
| 605 | Computer Equipment | | 606.04 | - |
| 606 | Computer Equipment | | 606.04 | - |
| 607 | Computer Equipment | | 606.04 | - |
| 610 | Computer Equipment | | 606.04 | - |
| 612 | Computer Equipment | | 606.04 | 343.44 |
| 613 | Computer Equipment | | 606.04 | - |
| 614 | Computer Equipment | | 606.04 | 131.34 |
| 615 | Computer Equipment | | 606.04 | - |
| 616 | Computer Equipment | | 606.04 | - |
| 618 | Computer Equipment | | 606.04 | - |
| 619 | Computer Equipment | | 606.04 | - |
| 621 | Computer Equipment | | 606.04 | - |
| 622 | Computer Equipment | | 606.04 | - |
| 623 | Computer Equipment | | 606.04 | 393.94 |
| 626 | Computer Equipment | | 606.04 | - |
| 628 | Computer Equipment | | 606.04 | - |
| 629 | Computer Equipment | | 606.04 | - |
| 630 | Computer Equipment | | 606.04 | - |
| 633 | Computer Equipment | | 606.04 | - |
| 634 | Computer Equipment | | 606.04 | - |
| 635 | Computer Equipment | | 606.04 | - |
| 636 | Computer Equipment | | 606.04 | - |
| 637 | Computer Equipment | | 606.04 | - |
| 638 | Computer Equipment | | 606.04 | - |
| 640 | Computer Equipment | | 606.04 | - |
| 645 | Computer Equipment | | 606.04 | - |
| 651 | Computer Equipment | | 606.04 | - |
| 652 | Computer Equipment | | 606.04 | - |
| 653 | Computer Equipment | | 606.04 | - |
| 654 | Computer Equipment | | 606.04 | - |
| 658 | Computer Equipment | | 606.04 | - |
| 659 | Computer Equipment | | 606.04 | - |
| 660 | Computer Equipment | | 606.04 | - |
| 661 | Computer Equipment | | 606.04 | - |
| 662 | Computer Equipment | | 606.04 | - |
| 663 | Computer Equipment | | 606.04 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 665 | Computer Equipment | | 606.04 | - |
| 666 | Computer Equipment | | 606.04 | - |
| 667 | Computer Equipment | | 606.04 | - |
| 668 | Computer Equipment | | 606.04 | - |
| 669 | Computer Equipment | | 606.04 | - |
| 671 | Computer Equipment | | 606.04 | - |
| 673 | Computer Equipment | | 606.04 | - |
| 674 | Computer Equipment | | 606.04 | - |
| 675 | Computer Equipment | | 606.04 | - |
| 678 | Computer Equipment | | 606.04 | - |
| 679 | Computer Equipment | | 606.04 | - |
| 680 | Computer Equipment | | 606.04 | - |
| 681 | Computer Equipment | | 606.04 | - |
| 682 | Computer Equipment | | 606.04 | - |
| 684 | Computer Equipment | | 606.04 | - |
| 686 | Computer Equipment | | 606.04 | - |
| 687 | Computer Equipment | | 606.04 | - |
| 688 | Computer Equipment | | 606.04 | - |
| 689 | Computer Equipment | | 606.04 | - |
| 691 | Computer Equipment | | 606.04 | - |
| 692 | Computer Equipment | | 606.04 | - |
| 694 | Computer Equipment | | 606.04 | - |
| 695 | Computer Equipment | | 606.04 | - |
| 697 | Computer Equipment | | 606.04 | - |
| 698 | Computer Equipment | | 606.04 | 323.24 |
| 704 | Computer Equipment | | 606.04 | 292.94 |
| 651 | Leasehold Improvement | | 19,698.97 | 0.00 |
| 607 | Leasehold Improvement | | 3,868.71 | (0.00) |
| 607 | Leasehold Improvement | | 3,868.73 | 0.00 |
| 626 | Leasehold Improvement | | 4,097.85 | 573.68 |
| 633 | Furniture & Fixtures | | 14,919.20 | - |
| 643 | Equipment | | (4,861.93) | (4,861.93) |
| 643 | Equipment | | 4,861.93 | 4,861.93 |
| 643 | Leasehold Improvement | | (5,532.25) | (5,532.25) |
| 643 | Leasehold Improvement | | 5,532.25 | 5,532.25 |
| 654 | Leasehold Improvement | | 14,944.64 | 0.00 |
| 606 | Leasehold Improvement | | 2,528.00 | (0.00) |
| 619 | Furniture & Fixtures | | 11,475.30 | - |
| 673 | Leasehold Improvement | | 8,160.00 | (0.00) |
| 618 | Leasehold Improvement | | 4,807.03 | - |
| 618 | Leasehold Improvement | | 4,807.03 | - |
| 640 | Leasehold Improvement | | 6,667.49 | 833.69 |
| 640 | Leasehold Improvement | | 6,667.49 | 833.69 |
| 633 | Leasehold Improvement | | 503.27 | - |
| 675 | Leasehold Improvement | | 10,048.37 | - |
| 675 | Leasehold Improvement | | 10,048.37 | - |
| 687 | Leasehold Improvement | HVAC | 12,535.35 | - |
| 633 | Leasehold Improvement | | 3,325.80 | - |
| 671 | Leasehold Improvement | | 2,162.18 | - |
| 633 | Leasehold Improvement | | 2,119.65 | - |
| 633 | Leasehold Improvement | | 43.96 | - |
| 633 | Leasehold Improvement | | 1,977.89 | - |
| 633 | Leasehold Improvement | | 490.44 | - |
| 640 | Leasehold Improvement | | 15,887.00 | 1,859.17 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 681 | Equipment | | 1,214.69 | 57.89 |
| 606 | Leasehold Improvement | | 4,346.16 | - |
| 661 | Leasehold Improvement | | 1,739.63 | - |
| 661 | Leasehold Improvement | | 1,739.63 | - |
| 668 | Leasehold Improvement | | 9,761.21 | - |
| 668 | Leasehold Improvement | | 9,761.21 | - |
| 622 | Leasehold Improvement | | 4,649.43 | - |
| 622 | Leasehold Improvement | | 4,649.43 | - |
| 666 | Leasehold Improvement | | 5,044.38 | - |
| 666 | Leasehold Improvement | | 5,044.38 | - |
| 630 | Leasehold Improvement | | 26,678.66 | 8,519.27 |
| 630 | Leasehold Improvement | | 26,678.66 | 8,519.27 |
| 679 | Leasehold Improvement | | 4,266.10 | - |
| 679 | Leasehold Improvement | | 4,266.10 | - |
| 605 | Leasehold Improvement | | 4,402.71 | - |
| 605 | Leasehold Improvement | | 4,402.71 | - |
| 621 | Leasehold Improvement | | 3,113.87 | - |
| 621 | Leasehold Improvement | | 3,113.87 | - |
| 652 | Leasehold Improvement | | 13,771.04 | - |
| 652 | Leasehold Improvement | | 13,771.04 | - |
| 697 | Leasehold Improvement | | 4,079.93 | 145.76 |
| 678 | Leasehold Improvement | | 4,678.75 | 1,597.51 |
| 678 | Leasehold Improvement | | 4,678.75 | 1,597.51 |
| 606 | Leasehold Improvement | | 4,346.16 | - |
| 605 | Leasehold Improvement | | 4,346.16 | - |
| 605 | Leasehold Improvement | | 4,346.16 | - |
| 687 | Leasehold Improvement | HVAC | 9,004.24 | - |
| 626 | Computer Equipment | | 804.64 | - |
| 665 | Computer Equipment | | 804.64 | - |
| 686 | Computer Equipment | | 804.64 | - |
| 689 | Computer Equipment | | 804.64 | - |
| 626 | Computer Equipment | | 606.04 | - |
| 665 | Computer Equipment | | 606.04 | - |
| 686 | Computer Equipment | | 606.04 | - |
| 689 | Computer Equipment | | 606.04 | - |
| 622 | Leasehold Improvement | | 31,330.00 | 0.00 |
| 613 | Equipment | Install Power for Baler | 950.00 | - |
| 636 | Equipment | Install Power for Baler | 925.00 | - |
| 663 | Equipment | Install Power for Baler | 1,125.00 | - |
| 621 | Equipment | Install Power for Baler | 1,125.00 | - |
| 630 | Equipment | Install Power for Baler | 975.00 | - |
| 654 | Equipment | Install Power for Baler | 975.00 | - |
| 698 | Equipment | Install Power for Baler | 975.00 | 682.50 |
| 697 | Equipment | Install Power for Baler | 1,125.00 | - |
| 687 | Equipment | Install Power for Baler | 1,406.01 | 1,406.01 |
| 687 | Equipment | Install Power for Baler | (1,406.01) | (1,406.01) |
| 691 | Equipment | Install Power for Baler | 1,000.44 | - |
| 612 | Equipment | System Deposit for Pilots | 451.67 | 376.37 |
| 612 | Equipment | System Deposit for Pilots | (120.97) | (100.77) |
| 669 | Equipment | System Deposit for Pilots | 368.12 | - |
| 669 | Equipment | System Deposit for Pilots | (106.45) | - |
| 671 | Equipment | System Deposit for Pilots | 346.60 | 0.00 |
| 671 | Equipment | System Deposit for Pilots | (87.10) | - |
| 674 | Equipment | System Deposit for Pilots | 437.15 | 58.07 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 674 | Equipment | System Deposit for Pilots | (106.45) | (14.41) |
| 613 | Leasehold Improvement | | 9,469.57 | - |
| 692 | Equipment | Baler Power | 1,171.05 | - |
| 694 | Equipment | Baler Power | 1,073.20 | - |
| 686 | Equipment | Baler Power | 1,341.04 | - |
| 662 | Equipment | Video Cameras | 441.99 | - |
| 662 | Equipment | Video Cameras | (111.29) | - |
| 636 | Leasehold Improvement | Repair/Replace/Install Cage | 10,044.00 | 2,930.88 |
| 678 | Equipment | Disconnect Baler | 1,342.30 | - |
| 687 | Equipment | Pipe Install for baler | 108.25 | 108.25 |
| 687 | Equipment | Pipe Install for baler | (108.25) | (108.25) |
| 602 | Equipment | 60" Large Baler | 9,234.90 | - |
| 603 | Equipment | 42" Smaller Baler | 9,234.90 | - |
| 607 | Equipment | 42" Smaller Baler | 9,411.84 | - |
| 613 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 614 | Equipment | 42" Smaller Baler | 9,079.02 | 3,480.18 |
| 619 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 621 | Equipment | 60" Large Baler | 9,079.02 | - |
| 630 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 635 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 636 | Equipment | 60" Large Baler | 9,079.02 | - |
| 654 | Equipment | 60" Large Baler | 9,079.02 | - |
| 663 | Equipment | 60" Large Baler | 9,079.02 | - |
| 666 | Equipment | 60" Large Baler | 9,079.02 | - |
| 678 | Equipment | 42" Smaller Baler | 9,063.22 | - |
| 679 | Equipment | 42" Smaller Baler | 9,063.22 | - |
| 680 | Equipment | 42" Smaller Baler | 9,026.35 | - |
| 686 | Equipment | 60" Large Baler | 9,121.15 | - |
| 691 | Equipment | 60" Large Baler | 9,121.15 | - |
| 692 | Equipment | 60" Large Baler | 9,110.61 | - |
| 694 | Equipment | 42" Smaller Baler | 9,110.61 | - |
| 697 | Equipment | 42" Smaller Baler | 9,079.02 | - |
| 698 | Equipment | 42" Smaller Baler | 9,079.02 | 6,355.26 |
| 612 | Equipment | Security Cameras | 6,791.31 | 5,659.41 |
| 662 | Equipment | Security Cameras | 6,571.15 | (0.00) |
| 669 | Equipment | Security Cameras | 6,441.23 | - |
| 671 | Equipment | Security Cameras | 6,698.32 | (0.00) |
| 674 | Equipment | Security Cameras | 7,123.92 | 949.96 |
| 675 | Equipment | HVAC Upgrade/Replacement | 18,400.00 | - |
| 675 | Equipment | Baler Install | 1,458.38 | 1,458.38 |
| 675 | Equipment | Baler Install | (1,458.38) | (1,458.38) |
| 673 | Leasehold Improvement | Lighting Retrofit | 28,118.74 | 12,184.98 |
| 612 | Leasehold Improvement | Lighting Retrofit | 31,703.15 | 29,589.63 |
| 691 | Leasehold Improvement | Lighting Retrofit | 45,973.97 | 19,921.81 |
| 686 | Leasehold Improvement | Lighting Retrofit | 21,613.05 | 9,365.57 |
| 603 | Equipment | Baler Electrical | 150.00 | - |
| 680 | Equipment | Baler Electrical | 1,923.56 | - |
| 679 | Equipment | Baler Electrical | 1,500.00 | - |
| 697 | Leasehold Improvement | Final 50% Invoice | 4,079.93 | 145.76 |
| 607 | Equipment | Electrical for Baler | 1,951.60 | - |
| 684 | Leasehold Improvement | Lighting Material / Labor | 30,758.44 | 13,328.68 |
| 686 | Leasehold Improvement | Lighting Material / Labor | 21,613.05 | 9,365.57 |
| 692 | Leasehold Improvement | Lighting Material / Labor | 25,908.19 | 11,226.99 |
| 615 | Equipment | Security Cameras | 5,958.92 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 634 | Equipment | Security Cameras | 5,958.92 | - |
| 645 | Equipment | Baler - takes place of 111 on CER | 9,163.55 | - |
| 616 | Leasehold Improvement | 50% HVAC Contract | 19,750.00 | 19,750.00 |
| 616 | Leasehold Improvement | LL Reimbursement | (19,750.00) | (19,750.00) |
| 616 | Leasehold Improvement | Final Payment HVAC Contract | 23,206.25 | 11,119.45 |
| 616 | Leasehold Improvement | Expansion : Lights/Signage | 6,605.00 | 3,164.75 |
| 616 | Leasehold Improvement | Expansion : Construction | 1,700.00 | 814.50 |
| 616 | Furniture & Fixtures | Expansion : Mirrors | 8,400.00 | 4,024.75 |
| 663 | Equipment | Security Cameras : Install | 7,423.34 | - |
| 658 | Equipment | Security Cameras : Install | 13,588.97 | - |
| 659 | Equipment | Security Cameras : Install | 7,923.34 | (0.00) |
| 673 | Equipment | Security Cameras : Install | 7,923.34 | (0.00) |
| 614 | Equipment | Security Cameras : Install | 5,658.92 | 3,017.96 |
| 695 | Equipment | Security Cameras : Install | 12,425.35 | - |
| 675 | Equipment | Security Cameras : Install | 5,658.92 | - |
| 665 | Equipment | Security Cameras : Install | 7,423.34 | - |
| 616 | | Expansion ; Alarm Lock | 1,314.63 | 1,314.63 |
| 616 | | Expansion ; Alarm Lock | (1,314.63) | (1,314.63) |
| 616 | | Expansion : Locks | 261.00 | 261.00 |
| 616 | | Expansion : Locks | (261.00) | (261.00) |
| 616 | Leasehold Improvement | Expansion : Construction | 6,593.23 | 3,159.03 |
| 616 | Leasehold Improvement | Expansion : Construction | 17,443.19 | 8,358.29 |
| 616 | Leasehold Improvement | Expansion : Construction | 14,833.47 | 7,107.62 |
| 616 | Leasehold Improvement | Expansion : Construction | 6,288.86 | 3,013.61 |
| 616 | Furniture & Fixtures | Expansion : Signage | 3,584.36 | 1,717.66 |
| 400 | Furniture & Fixtures | New Store : Signage | 3,584.36 | 0.00 |
| 400 | Furniture & Fixtures | New Store Fixtures 30% Installment | 7,427.60 | - |
| 413 | Furniture & Fixtures | New Store Fixtures 30% Installment | 7,427.60 | 2,387.66 |
| 402 | Furniture & Fixtures | New Store Fixtures 30% Installment | 7,427.60 | - |
| 403 | Furniture & Fixtures | New Store Fixtures 30% Installment | 7,427.60 | - |
| 400 | Leasehold Improvement | New Store : Initiate Project | 2,000.00 | 1,730.99 |
| 400 | Leasehold Improvement | New Store : Plumbing Plans | 1,500.00 | 1,297.77 |
| 400 | Leasehold Improvement | New Store : Structural Plans | 1,400.00 | 1,211.63 |
| 400 | Leasehold Improvement | New Store : Mechanical Plans | 1,600.00 | 1,384.54 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 9,150.92 | 7,919.27 |
| 616 | Leasehold Improvement | Expansion : Fire Sprinkler System | 1,650.00 | 790.35 |
| 616 | Leasehold Improvement | Expansion: Fitting Rooms | 7,300.00 | 3,497.85 |
| 616 | Leasehold Improvement | Expansion : Electrical | 8,050.00 | 3,857.35 |
| 616 | Leasehold Improvement | Expansion : Electrical | 6,495.00 | 3,111.95 |
| 616 | Furniture & Fixtures | Expansion : Glass | 5,101.00 | 2,444.50 |
| 616 | Furniture & Fixtures | Expansion: Front Glass / FR Mirrors | 2,950.00 | 1,413.30 |
| 616 | Leasehold Improvement | Expansion : Construction Contract | 4,578.92 | 2,194.12 |
| 616 | Leasehold Improvement | Expansion : Construction Contract | 11,443.30 | 5,483.50 |
| 616 | Leasehold Improvement | Expansion : Construction Contract | 18,615.77 | 8,919.82 |
| 616 | Leasehold Improvement | Expansion : Construction Contract | 6,374.44 | 3,054.64 |
| 619 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 622 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 626 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 633 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 640 | Equipment | Security Cameras & Install | 5,908.92 | 0.00 |
| 645 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 654 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 661 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 662 | Leasehold Improvement | Hoistway Door Repair | 9,741.54 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 666 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 687 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 697 | Equipment | Security Cameras & Install | 6,158.92 | - |
| 400 | Leasehold Improvement | New Store : Demo/Relocate Electrical Fixtures | 13,000.00 | 11,249.86 |
| 400 | Leasehold Improvement | New Store : Electrical | 1,653.02 | 1,430.63 |
| 616 | Leasehold Improvement | Expansion : Contractor | 5,213.53 | 2,498.18 |
| 400 | Furniture & Fixtures | 30% Deposit on Fixtures | 17,331.05 | - |
| 413 | Furniture & Fixtures | 30% Deposit on Fixtures | 17,331.05 | 5,570.81 |
| 402 | Furniture & Fixtures | 30% Deposit on Fixtures | 17,331.05 | - |
| 403 | Furniture & Fixtures | 30% Deposit on Fixtures | 17,331.05 | - |
| 616 | Leasehold Improvement | Ductwork to Fitting Room Area | 2,500.00 | 1,198.15 |
| 400 | Leasehold Improvement | Exterior Electric - Installment 2 | 16,500.00 | 14,278.62 |
| 400 | Leasehold Improvement | New Store : Materials | 14,100.00 | 12,201.81 |
| 400 | Leasehold Improvement | Demolition / Material | 4,500.00 | 3,893.94 |
| 400 | Leasehold Improvement | Backhouse TI Completion | 4,500.00 | 3,893.94 |
| 688 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 681 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 682 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 692 | Equipment | Security Cameras & Install | 6,158.92 | - |
| 694 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 621 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 680 | Equipment | Security Cameras & Install | 5,658.92 | - |
| 600 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 602 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 603 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 606 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 610 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 678 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 679 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 400 | Leasehold Improvement | New Store Construction Contract | 11,586.41 | 10,026.53 |
| 400 | Leasehold Improvement | New Store Construction Contract | 8,641.37 | 7,478.39 |
| 400 | Leasehold Improvement | New Store Construction Contract | 16,769.77 | 14,512.48 |
| 400 | Leasehold Improvement | New Store Construction Contract | 11,852.73 | 10,256.94 |
| 616 | Leasehold Improvement | Remodel/Expansion  Construction Contract | 11,281.90 | 5,405.70 |
| 616 | Leasehold Improvement | Remodel/Expansion  Construction Contract | 5,686.33 | 2,724.58 |
| 400 | Leasehold Improvement | New Store : Materials/Labor | 18,386.00 | 15,910.73 |
| 400 | Leasehold Improvement | New Store : Materials/Labor | 17,430.91 | 15,084.16 |
| 400 | Leasehold Improvement | New Store : Framing | 10,000.00 | 8,653.69 |
| 400 | Leasehold Improvement | New Store : Fire Sprinklers | 2,120.00 | 1,834.61 |
| 400 | Leasehold Improvement | New Store Contract : Payment 1 | 5,200.00 | 4,500.07 |
| 400 | Leasehold Improvement | New Store : Lighting/Signage | 15,000.00 | 12,980.85 |
| 400 | Leasehold Improvement | New Store : Materials/Labor | 13,481.82 | 11,666.79 |
| 400 | Leasehold Improvement | New Store : Materials/Labor | 9,837.03 | 8,512.77 |
| 400 | Leasehold Improvement | New Store : Engineering | 31,235.40 | 27,030.78 |
| 413 | Leasehold Improvement | New Store : Electrical Demo | 6,000.00 | 4,045.98 |
| 413 | Leasehold Improvement | New Store : Materials/Labor | 5,067.64 | 3,416.96 |
| 402 | Leasehold Improvement | New Store : Materials/Labor | 4,061.45 | 3,514.61 |
| 402 | Leasehold Improvement | New Store : Electrical Demo | 6,500.00 | 5,624.93 |
| 402 | Leasehold Improvement | New Store : Materials/Labor | 11,815.45 | 10,224.70 |
| 403 | Leasehold Improvement | Construction Contract : 30% | 51,251.70 | 44,352.57 |
| 605 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 684 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 686 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 689 | Equipment | Security Cameras & Install | 5,688.92 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 691 | Equipment | Security Cameras & Install | 6,218.92 | - |
| 403 | Leasehold Improvement | New Store : 70% Completion | 67,039.95 | 58,015.20 |
| 403 | Leasehold Improvement | New Store : 90% Completion | 34,162.95 | 29,563.95 |
| 400 | Leasehold Improvement | New Store : Insulation | 3,570.00 | 3,089.31 |
| 400 | Leasehold Improvement | New Store : Additional Lighting | 20,000.00 | 17,307.38 |
| 403 | Leasehold Improvement | New Store : First Installment Payment | 11,000.00 | 9,519.50 |
| 400 | Leasehold Improvement | New Store : Construction | 20,000.00 | 17,307.38 |
| 400 | Leasehold Improvement | New Store : Construction FINAL | 20,000.00 | 17,307.38 |
| 402 | Leasehold Improvement | New Store : Construction | 7,200.00 | 6,231.06 |
| 402 | Leasehold Improvement | New Store : Construction FINAL | 7,000.00 | 6,057.52 |
| 400 | Leasehold Improvement | New Store : Fire Sprinklers | 1,000.00 | 865.18 |
| 400 | Leasehold Improvement | New Store : Fire Sprinklers | 2,150.00 | 1,860.83 |
| 402 | Leasehold Improvement | New Store : Fire Sprinklers | 4,500.00 | 3,893.94 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 7,400.00 | - |
| 400 | Furniture & Fixtures | New Store : Fixtures | 1,200.00 | - |
| 607 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 613 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 628 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 629 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 630 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 637 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 638 | Equipment | Security Cameras & Install | 6,188.92 | - |
| 651 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 400 | Leasehold Improvement | New Store : Partial Tap Out | 10,000.00 | 8,653.69 |
| 400 | Leasehold Improvement | New Store : Sewer/Water Main | 12,800.00 | 11,076.95 |
| 687 | Leasehold Improvement | HVAC Reseve | 14,985.26 | 4,102.86 |
| 400 | Furniture & Fixtures | New Store Signage : 50% Deposit | 17,993.50 | 4,284.06 |
| 402 | Furniture & Fixtures | New Store Signage : 50% Deposit | 20,301.00 | 4,833.48 |
| 403 | Leasehold Improvement | New Store Construction | 55,668.19 | 48,174.34 |
| 403 | Leasehold Improvement | New Store Construction | 55,668.19 | 48,174.34 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 8,030.34 | 6,949.26 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 4,197.07 | 3,631.96 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 11,249.26 | 9,734.74 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 6,797.65 | 5,882.89 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 5,888.93 | 3,970.87 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 14,147.26 | 9,539.74 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 5,602.70 | 3,778.02 |
| 402 | Leasehold Improvement | New Store : Construction Contract | 31,864.61 | 27,574.94 |
| 402 | Leasehold Improvement | New Store : Construction Contract | 13,567.26 | 11,740.89 |
| 402 | Leasehold Improvement | New Store : Construction Contract | 23,922.03 | 20,701.47 |
| 402 | Leasehold Improvement | New Store : Construction Contract | 16,125.40 | 13,954.42 |
| 400 | Leasehold Improvement | Grinder Pads | 7,485.00 | 6,493.62 |
| 704 | Leasehold Improvement | HVAC | 6,637.00 | 6,162.94 |
| 402 | Leasehold Improvement | New Store : Materials | 61,759.04 | 53,577.52 |
| 400 | Leasehold Improvement | New Store : Materials | 28,673.70 | 24,874.96 |
| 413 | Leasehold Improvement | New Store : Materials | 15,660.41 | 10,559.89 |
| 402 | Leasehold Improvement | New Store : Materials | 7,988.39 | 6,930.05 |
| 403 | Leasehold Improvement | New Store Construction Contract | 33,719.34 | 29,252.24 |
| 403 | Leasehold Improvement | New Store : Electrical Contract | 8,450.00 | 7,330.28 |
| 400 | Leasehold Improvement | New Store : Electrical Contract | 14,316.86 | 12,420.28 |
| 403 | Leasehold Improvement | New Store : Electrical Contract | 2,150.54 | 1,865.34 |
| 400 | Leasehold Improvement | New Store : Electrical Contract | 3,272.87 | 2,839.49 |
| 402 | Leasehold Improvement | New Store : Electrical Contract | 14,937.09 | 12,958.05 |
| 402 | Leasehold Improvement | New Store : Electrical Contract | 1,130.00 | 980.58 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 400 | Leasehold Improvement | New Store : Construction | 1,280.00 | 1,110.12 |
| 413 | Leasehold Improvement | New Store : Fire Alarm | 6,200.00 | 4,180.44 |
| 400 | Leasehold Improvement | New Store : Fire Alarm | 1,130.00 | 980.58 |
| 413 | Leasehold Improvement | New Store : Fire Alarm | 6,600.00 | 4,450.52 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 4,000.00 | 1,047.56 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 600.00 | 157.32 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 2,800.00 | 733.54 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 1,744.00 | 456.88 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 2,590.00 | 678.54 |
| 400 | Computer Equipment | New Store : POS | 8,752.86 | - |
| 413 | Computer Equipment | New Store : POS | 8,752.86 | 437.70 |
| 402 | Computer Equipment | New Store : POS | 8,752.86 | - |
| 403 | Computer Equipment | New Store : POS | 8,752.86 | - |
| 400 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 402 | Equipment | Security Cameras & Install | 22,000.00 | - |
| 403 | Equipment | Security Cameras & Install | 10,000.00 | - |
| 616 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 618 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 635 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 636 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 652 | Equipment | Security Cameras & Install | 5,748.92 | - |
| 653 | Equipment | Security Cameras & Install | 5,688.92 | - |
| 660 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 704 | Equipment | Security Cameras & Install | 6,188.92 | 5,466.87 |
| 400 | Leasehold Improvement | New Store : Construction | 6,015.00 | 5,218.30 |
| 400 | Leasehold Improvement | New Store : Construction | 1,325.00 | 1,149.54 |
| 400 | Leasehold Improvement | New Store : Construction | 65,027.70 | 56,412.80 |
| 400 | Leasehold Improvement | New Store : Parking Lot | 5,600.00 | 4,857.86 |
| 400 | Leasehold Improvement | New Store : Construction | 3,300.00 | 2,862.90 |
| 400 | Leasehold Improvement | New Store : Construction | 5,700.00 | 4,944.84 |
| 403 | Leasehold Improvement | New Store : Locks | 8,959.52 | 7,772.84 |
| 402 | Leasehold Improvement | New Store : Locks | 9,090.74 | 7,886.70 |
| 616 | Furniture & Fixtures | Expansion : Signage | 7,622.52 | 3,652.62 |
| 402 | Furniture & Fixtures | New Store : Signage | 22,673.55 | 5,938.51 |
| 400 | Furniture & Fixtures | New Store : Signage | 19,093.50 | 5,000.90 |
| 403 | Furniture & Fixtures | New Store : Signage | 21,222.90 | 5,558.60 |
| 413 | Furniture & Fixtures | New Store : Signage Deposit | 27,875.00 | 8,959.55 |
| 403 | Furniture & Fixtures | New Store : Signage | 18,179.67 | 4,761.63 |
| 413 | Leasehold Improvement | New Store : Construction | 8,945.32 | 6,031.98 |
| 413 | Leasehold Improvement | New Store : Construction | 7,343.19 | 4,951.27 |
| 413 | Leasehold Improvement | New Store : Construction | 5,473.38 | 3,690.46 |
| 413 | Leasehold Improvement | New Store : Construction | 3,787.08 | 2,553.42 |
| 413 | Leasehold Improvement | New Store : Construction | 11,555.34 | 7,791.72 |
| 402 | Leasehold Improvement | New Store : Construction | 38,888.63 | 33,736.43 |
| 402 | Leasehold Improvement | New Store : Construction | 10,966.99 | 9,514.33 |
| 402 | Leasehold Improvement | New Store : Construction | 15,694.71 | 13,615.23 |
| 400 | Leasehold Improvement | New Store : Construction | 13,231.73 | 11,478.99 |
| 400 | Leasehold Improvement | New Store : Construction | 22,901.71 | 19,867.43 |
| 400 | Leasehold Improvement | New Store : Construction | 7,814.58 | 6,779.18 |
| 400 | Leasehold Improvement | New Store : Construction | 29,050.54 | 25,202.20 |
| 413 | Leasehold Improvement | New Store : Electrical | 14,550.00 | 9,811.40 |
| 605 | Leasehold Improvement | HVAC Reserve | 9,626.48 | - |
| 413 | Leasehold Improvement | New Store : Construction | 10,300.00 | 6,945.28 |
| 400 | Equipment | Baler | 9,460.80 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 413 | Equipment | Baler | 9,482.70 | 473.85 |
| 402 | Equipment | Baler | 9,504.60 | - |
| 403 | Equipment | Baler | 9,436.71 | - |
| 413 | Leasehold Improvement | New Store : Construction | 6,480.00 | 4,369.38 |
| 413 | Leasehold Improvement | New Store : Construction | 6,700.00 | 4,518.04 |
| 413 | Leasehold Improvement | New Store : Elevator Renovation | 2,542.50 | 1,714.26 |
| 413 | Leasehold Improvement | New Store : Elevator Renovation | 4,551.78 | 3,069.30 |
| 668 | Equipment | Security Cameras & Install | 5,718.92 | - |
| 400 | Leasehold Improvement | New Store : Construction | 35,469.90 | 17,439.52 |
| 402 | Leasehold Improvement | New Store : EAS Door System | 4,111.00 | 3,549.94 |
| 400 | Leasehold Improvement | New Store : Construction / Materials | 1,152.30 | 566.70 |
| 400 | Leasehold Improvement | New Store : Construction / Materials | 21,092.60 | 10,370.63 |
| 400 | Leasehold Improvement | New Store : Construction / Materials | 1,886.00 | 927.08 |
| 400 | Leasehold Improvement | New Store : Construction / Materials | 516.58 | 254.28 |
| 400 | Leasehold Improvement | New Store : Construction / Materials | 12,397.82 | 6,095.30 |
| 413 | Leasehold Improvement | New Store : Construction / Materials | 17,672.97 | 11,917.05 |
| 402 | Leasehold Improvement | New Store : Construction / Materials | 5,658.00 | 4,885.45 |
| 402 | Leasehold Improvement | New Store : Construction / Materials | 23,796.55 | 20,547.25 |
| 402 | Leasehold Improvement | New Store : Construction / Materials | 3,910.00 | 3,376.42 |
| 402 | Leasehold Improvement | New Store : Construction / Materials | 3,096.08 | 2,673.08 |
| 413 | Leasehold Improvement | New Store : Construction / Materials | 19,335.45 | 13,037.81 |
| 413 | Leasehold Improvement | New Store : Construction / Materials | 24,768.24 | 16,701.60 |
| 413 | Leasehold Improvement | New Store : Construction / Materials | 28,248.98 | 19,048.44 |
| 413 | Leasehold Improvement | New Store : Construction / Materials | 33,032.91 | 22,274.49 |
| 400 | Leasehold Improvement | New Store : Materials | 20,154.95 | 9,909.39 |
| 402 | Leasehold Improvement | New Store : Materials | 27,594.78 | 23,827.22 |
| 403 | Leasehold Improvement | New Store : Materials | 9,886.24 | 8,536.65 |
| 413 | Leasehold Improvement | New Store : Materials | 20,787.99 | 14,017.65 |
| 402 | Leasehold Improvement | New Store : Lighting Retrofit | 91,036.59 | 45,518.19 |
| 402 | Leasehold Improvement | New Store ; Construction Contract | 2,362.21 | 1,180.81 |
| 402 | Leasehold Improvement | New Store ; Construction Contract | 7,699.43 | 3,849.83 |
| 403 | Leasehold Improvement | New Store ; Construction Contract | 1,236.96 | 618.36 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 690.45 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 4,822.47 | 4,822.47 |
| 405 | Furniture & Fixtures | Distro thru Otay | (4,822.47) | (4,822.47) |
| 405 | Furniture & Fixtures | | 927.60 | 320.40 |
| 405 | Furniture & Fixtures | | 6,675.85 | 2,305.00 |
| 405 | Leasehold Improvement | Architectural Rendering | 19,775.28 | 10,711.83 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 666.64 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 4,822.47 | 4,822.47 |
| 407 | Furniture & Fixtures | Distro thru Otay | (4,822.47) | (4,822.47) |
| 407 | Furniture & Fixtures | | 927.60 | 309.36 |
| 407 | Furniture & Fixtures | | 6,675.85 | 2,225.53 |
| 407 | Leasehold Improvement | New Store : Signage 50 % Deposit | 10,403.50 | 1,097.11 |
| 407 | Leasehold Improvement | New Store : Construction 30% Completion | 44,864.44 | 4,731.31 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 642.83 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 4,822.46 | 4,822.46 |
| 408 | Furniture & Fixtures | Distro thru Otay | (4,822.46) | (4,822.46) |
| 408 | Furniture & Fixtures | | 927.60 | 298.32 |
| 408 | Furniture & Fixtures | | 6,675.85 | 2,146.06 |
| 408 | Leasehold Improvement | New Store : Signage 50 % Deposit | 10,415.50 | 3,348.07 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 666.64 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 4,822.46 | 4,822.46 |
| 410 | Furniture & Fixtures | Distro thru Otay | (4,822.46) | (4,822.46) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 410 | Furniture & Fixtures | | 927.60 | 309.36 |
| 410 | Furniture & Fixtures | | 6,675.85 | 2,225.53 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 666.64 |
| 412 | Furniture & Fixtures | New Store : Fixtures | 4,822.46 | 4,822.46 |
| 412 | Furniture & Fixtures | Distro thru Otay | (4,822.46) | (4,822.46) |
| 412 | Furniture & Fixtures | | 927.60 | 309.36 |
| 412 | Furniture & Fixtures | | 6,675.85 | 2,225.53 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 20,483.58 | 13,812.42 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 24,529.25 | 16,540.33 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 9,551.90 | 6,440.78 |
| 413 | Leasehold Improvement | New Store : HVAC Repairs | 5,893.06 | 3,973.84 |
| 613 | Leasehold Improvement | HVAC Reserve | 6,250.00 | 2,222.48 |
| 622 | Leasehold Improvement | HVAC Reserve | 6,250.00 | 1,809.66 |
| 645 | Leasehold Improvement | Lighting Retrofit | 20,716.07 | 9,045.89 |
| 658 | Leasehold Improvement | Lighting Retrofit | 29,287.84 | 6,924.78 |
| 663 | Leasehold Improvement | Lighting Retrofit | 28,703.62 | 13,150.34 |
| 665 | Leasehold Improvement | Lighting Retrofit | 23,566.19 | 4,832.19 |
| 667 | Equipment | Security Cameras & Install | 5,688.42 | (0.18) |
| 680 | Leasehold Improvement | HVAC Reserve | 6,177.73 | - |
| 697 | Leasehold Improvement | Lighting Retrofit | 8,118.43 | 4,194.73 |
| 413 | Leasehold Improvement | New Store : Materials/Labor | 13,042.64 | 8,794.72 |
| 413 | Leasehold Improvement | New Store : Materials/Labor | 8,671.00 | 5,846.98 |
| 413 | Leasehold Improvement | New Store : Materials/Labor | 10,697.56 | 7,213.50 |
| 413 | Leasehold Improvement | New Store : Materials/Labor | 10,095.83 | 6,807.81 |
| 407 | Leasehold Improvement | New Store Contract - 60% Progress | 51,145.46 | 5,393.84 |
| 413 | Leasehold Improvement | New Store : Drywall | 6,000.00 | 4,045.98 |
| 408 | Leasehold Improvement | New Store Contract | 83,995.00 | 26,998.42 |
| 408 | Leasehold Improvement | New Store Contract | 67,196.00 | 21,598.85 |
| 413 | Leasehold Improvement | New Store Electrical | 7,420.00 | 5,003.14 |
| 403 | Leasehold Improvement | Downsize Electrical | 20,000.00 | 20,000.00 |
| 403 | Leasehold Improvement | Downsize Electrical | (20,000.00) | (20,000.00) |
| 413 | Leasehold Improvement | New Store : Bathrooms | 15,451.42 | 10,418.76 |
| 403 | Leasehold Improvement | Downsize : Materials/Labor | 1,306.40 | 1,306.40 |
| 403 | Leasehold Improvement | Downsize : Materials/Labor | (1,306.40) | (1,306.40) |
| 413 | Leasehold Improvement | New Store : Landscape | 5,800.00 | 3,910.94 |
| 413 | Leasehold Improvement | New Store : Bathrooms | 8,171.00 | 5,509.96 |
| 413 | Leasehold Improvement | New Store : Parking Lot | 50,000.00 | 33,715.34 |
| 606 | Leasehold Improvement | HVAC Reserve | 5,072.54 | 393.25 |
| 600 | Leasehold Improvement | HVAC Reserve | 12,884.98 | - |
| 407 | Furniture & Fixtures | Cashwrap Counters (4) | 5,450.00 | 1,816.72 |
| 408 | Furniture & Fixtures | Cashwrap Counters (4) | 5,450.00 | 1,751.84 |
| 622 | Leasehold Improvement | HVAC Reserve | 6,250.00 | 1,809.66 |
| 637 | Equipment | EAS Installation | 3,666.47 | 60.98 |
| 633 | Equipment | EAS Installation | 1,880.31 | 31.25 |
| 674 | Equipment | EAS Installation | 3,664.47 | 1,160.60 |
| 400 | Leasehold Improvement | New Store : Lighting Retrofit | 20,859.87 | 18,096.53 |
| 407 | Leasehold Improvement | New Store : Locks | 329.33 | 34.64 |
| 413 | Equipment | New Store : EAS Door System | 11,672.61 | 583.83 |
| 402 | Leasehold Improvement | New Store : Disposal | 1,393.43 | 1,208.67 |
| 413 | Leasehold Improvement | New Store : HVAC 50% Progress | 9,373.00 | 6,320.46 |
| 413 | Leasehold Improvement | New Store : Materials | 13,739.62 | 9,264.92 |
| 684 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 686 | Equipment | Security Camera Install - addtl use tax | 184.80 | - |
| 687 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 688 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 689 | Equipment | Security Camera Install - addtl use tax | 179.85 | - |
| 691 | Equipment | Security Camera Install - addtl use tax | 223.58 | 0.00 |
| 692 | Equipment | Security Camera Install - addtl use tax | 218.63 | 0.00 |
| 694 | Equipment | Security Camera Install - addtl use tax | 177.38 | - |
| 402 | Leasehold Improvement | New Store : Electrical Labor | 9,350.00 | 8,111.24 |
| 403 | Leasehold Improvement | New Store : Electrical Labor | 4,560.00 | 3,956.12 |
| 403 | Leasehold Improvement | New Store : Electrical Labor | 2,800.00 | 2,429.24 |
| 413 | Leasehold Improvement | New Store : 50 roof tiles | 5,410.00 | 3,647.96 |
| 616 | Leasehold Improvement | Remodel : Alarm | 4,153.23 | 1,990.08 |
| 616 | Leasehold Improvement | Remodel : Alarm | 2,900.61 | 1,389.76 |
| 400 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,831.82 | - |
| 400 | Leasehold Improvement | New Store : Locks | 1,075.00 | 932.40 |
| 413 | Leasehold Improvement | New Store : Locks | 989.95 | 667.47 |
| 402 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 4,915.57 | - |
| 402 | Furniture & Fixtures | New Store : Mirrors | 2,490.00 | - |
| 402 | Leasehold Improvement | New Store : Locks | 1,080.90 | 937.68 |
| 403 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 4,567.13 | - |
| 403 | Leasehold Improvement | New Store : Hanger Mgmt Fixture | 1,004.60 | 871.30 |
| 407 | Leasehold Improvement | New Store : Hanger Mgmt Fixture | 989.94 | 104.16 |
| 407 | Furniture & Fixtures | New Store : Pager System | 6,055.21 | 2,018.17 |
| 407 | Furniture & Fixtures | New Store : Speaker | 998.66 | 332.82 |
| 408 | Furniture & Fixtures | New Store : Speaker | 998.66 | 320.93 |
| 413 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 4,771.22 | 1,533.62 |
| 400 | Leasehold Improvement | New Store : Alarm | 736.00 | 638.66 |
| 400 | Leasehold Improvement | New Store : Alarm | 1,288.00 | 1,117.50 |
| 400 | Leasehold Improvement | New Store : Alarm | 1,787.41 | 1,550.57 |
| 400 | Leasehold Improvement | New Store : Alarm | 1,444.00 | 1,252.42 |
| 400 | Leasehold Improvement | New Store : Alarm | 636.72 | 552.40 |
| 400 | Leasehold Improvement | New Store : Bathrooms | 3,940.00 | 3,417.96 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 4,995.00 | 1,605.78 |
| 402 | Leasehold Improvement | New Store : Bathrooms | 2,525.00 | 2,190.20 |
| 407 | Leasehold Improvement | Architectural Design/Expenses | 3,678.19 | 388.15 |
| 407 | Leasehold Improvement | Architectural Design/Expenses | 544.58 | 57.23 |
| 407 | Leasehold Improvement | Architectural Design/Expenses | 950.00 | 100.13 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 752.00 | 250.80 |
| 407 | Leasehold Improvement | Architectural Design/Travel | 1,203.89 | 127.16 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 750.00 | 249.92 |
| 408 | Leasehold Improvement | Architectural Design/Travel | 4,305.00 | 1,383.75 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 752.00 | 241.85 |
| 408 | Leasehold Improvement | Architectural Design/Expenses | 1,203.89 | 387.08 |
| 408 | Leasehold Improvement | Architectural Design/Expenses | 543.93 | 174.57 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 750.00 | 240.99 |
| 413 | Leasehold Improvement | Relocate Fire Sprinklers | 1,150.00 | 775.32 |
| 413 | Leasehold Improvement | Project Planning | 7,167.83 | 4,833.33 |
| 402 | Leasehold Improvement | New Store : Materials | 7,746.34 | 6,720.24 |
| 403 | Leasehold Improvement | New Store : Materials | 821.09 | 712.59 |
| 417 | Leasehold Improvement | Environmental Site Assessment | 1,900.00 | 1,308.34 |
| 417 | Leasehold Improvement | Topographic Survey | 3,400.00 | 2,341.51 |
| 417 | Leasehold Improvement | Asbestos Screening | 2,500.00 | 1,721.95 |
| 403 | Leasehold Improvement | Downsize : Electrical | 17,731.24 | 17,731.24 |
| 403 | Leasehold Improvement | Downsize : Electrical | (17,731.24) | (17,731.24) |
| 403 | Furniture & Fixtures | New Store : Fixtures | 21,188.00 | 6,558.08 |
| 403 | Furniture & Fixtures | New Store : Fixtures | 2,850.00 | 882.06 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 405 | Equipment | New Store : EAS System | 996.98 | 82.88 |
| 410 | Equipment | Display Panel | 509.86 | 33.86 |
| 410 | Leasehold Improvement | New Store : PA System | 2,043.32 | 1,055.58 |
| 412 | Equipment | New Store : EAS System | 996.98 | 66.26 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 17,896.01 | 12,067.59 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 11,842.07 | 7,985.07 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 8,259.42 | 5,569.38 |
| 417 | Leasehold Improvement | New Store : Asphalt Roof Repair (50%) | 56,932.50 | 39,211.20 |
| 417 | Leasehold Improvement | New Store : EAS System | 2,660.00 | 1,831.79 |
| 417 | Equipment | New Store : EAS System | 996.97 | 66.25 |
| 600 | Equipment | EAS Installation | 1,874.50 | 62.58 |
| 618 | Equipment | EAS Installation | 3,693.65 | 123.17 |
| 619 | Equipment | EAS Installation | 3,737.04 | 124.80 |
| 636 | Equipment | EAS Installation | 3,587.42 | 119.60 |
| 665 | Equipment | EAS Installation | 3,575.02 | 119.38 |
| 666 | Equipment | EAS Installation | 3,587.04 | 119.80 |
| 668 | Equipment | EAS Installation | 5,553.95 | 184.89 |
| 673 | Equipment | EAS Installation | 3,558.23 | 118.83 |
| 678 | Equipment | EAS Installation | 1,874.95 | 62.45 |
| 679 | Equipment | EAS Installation | 3,587.40 | 119.58 |
| 684 | Equipment | EAS Installation | 3,737.87 | 124.47 |
| 686 | Equipment | EAS Installation | 3,797.41 | 126.59 |
| 688 | Equipment | EAS Installation | 3,743.29 | 124.67 |
| 691 | Equipment | EAS Installation | 3,737.87 | 124.47 |
| 400 | Leasehold Improvement | New Store : Mechanical Plans | 14,637.00 | 12,822.76 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 437.08 | 135.48 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 599.40 | 185.28 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 2,701.01 | 836.31 |
| 400 | Furniture & Fixtures | New Store : Fixtures | 7,177.97 | 2,221.87 |
| 400 | Leasehold Improvement | New Store : Plans | 1,600.00 | 1,401.64 |
| 400 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,752.34 |
| 413 | Leasehold Improvement | New Store : Plans | 2,400.00 | 2,102.46 |
| 400 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,752.34 |
| 400 | Leasehold Improvement | New Store : Plans | 600.00 | 525.76 |
| 402 | Leasehold Improvement | New Store : Plans | 1,200.00 | 1,051.52 |
| 402 | Leasehold Improvement | Building Signage - Permits | 850.44 | 744.88 |
| 402 | Leasehold Improvement | New Store : Republic Services | (1,393.43) | (1,220.59) |
| 402 | Equipment | New Store : PA System | 2,793.18 | 93.28 |
| 402 | Equipment | New Store : PA System | 1,425.09 | 47.59 |
| 402 | Furniture & Fixtures | New Store : Fixtures | 945.04 | 292.54 |
| 402 | Furniture & Fixtures | New Store : Fixtures | 165.67 | 51.41 |
| 402 | Furniture & Fixtures | New Store : Fixtures | 21,755.11 | 6,733.69 |
| 402 | Furniture & Fixtures | New Store : Fixtures | 3,203.47 | 991.35 |
| 402 | Leasehold Improvement | New Store : Plans | 5,369.60 | 4,704.34 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 11,597.42 | 11,597.42 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (11,597.42) | (11,597.42) |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 14,050.00 | 14,050.00 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (14,050.00) | (14,050.00) |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 11,933.64 | 11,933.64 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (11,933.64) | (11,933.64) |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 13,198.97 | 13,198.97 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (13,198.97) | (13,198.97) |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 16,178.62 | 16,178.62 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (16,178.62) | (16,178.62) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 403 | Leasehold Improvement | Downsize : Construction Contract | 26,209.69 | 26,209.69 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (26,209.69) | (26,209.69) |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 50,478.44 | 50,478.44 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (50,478.44) | (50,478.44) |
| 403 | Leasehold Improvement | Downsize : Frame Wall and ceilings | 20,000.00 | 20,000.00 |
| 403 | Leasehold Improvement | Downsize : Frame Wall and ceilings | (20,000.00) | (20,000.00) |
| 403 | Leasehold Improvement | Downsize : Hanging Drywall | 10,000.00 | 10,000.00 |
| 403 | Leasehold Improvement | Downsize : Hanging Drywall | (10,000.00) | (10,000.00) |
| 403 | Leasehold Improvement | Downsize : Electrical | 22,000.00 | 22,000.00 |
| 403 | Leasehold Improvement | Downsize : Electrical | (22,000.00) | (22,000.00) |
| 403 | Leasehold Improvement | Downsize : Electrical | 36,000.00 | 36,000.00 |
| 403 | Leasehold Improvement | Downsize : Electrical | (36,000.00) | (36,000.00) |
| 403 | Leasehold Improvement | Downsize : Top-out Rough Plumbing | 8,202.00 | 8,202.00 |
| 403 | Leasehold Improvement | Downsize : Top-out Rough Plumbing | (8,202.00) | (8,202.00) |
| 403 | Leasehold Improvement | Downsize : Wall cuts | 2,936.58 | 2,936.58 |
| 403 | Leasehold Improvement | Downsize : Wall cuts | (2,936.58) | (2,936.58) |
| 403 | Leasehold Improvement | Downsize : Wall cuts | 786.39 | 786.39 |
| 403 | Leasehold Improvement | Downsize : Wall cuts | (786.39) | (786.39) |
| 403 | Furniture & Fixtures | New Store : Fixtures | 801.47 | 248.15 |
| 403 | Furniture & Fixtures | New Store : Fixtures | 65.67 | 20.43 |
| 403 | Leasehold Improvement | New Store : Labor | 710.00 | 621.84 |
| 403 | Furniture & Fixtures | New Store : Fixtures | 1,788.17 | 553.35 |
| 403 | Furniture & Fixtures | New Store : Fixtures | 7,127.55 | 2,206.25 |
| 403 | Leasehold Improvement | Downsize : Plans | 2,400.00 | 2,400.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (2,400.00) | (2,400.00) |
| 403 | Leasehold Improvement | Downsize : Plans | 2,000.00 | 2,000.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (2,000.00) | (2,000.00) |
| 403 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,752.34 |
| 403 | Leasehold Improvement | Downsize : Plans | 2,000.00 | 2,000.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (2,000.00) | (2,000.00) |
| 403 | Leasehold Improvement | Downsize : Plans | 1,457.55 | 1,457.55 |
| 403 | Leasehold Improvement | Downsize : Plans | (1,457.55) | (1,457.55) |
| 403 | Leasehold Improvement | Downsize : Plans | 2,000.00 | 2,000.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (2,000.00) | (2,000.00) |
| 403 | Leasehold Improvement | Downsize : Plans | 1,600.00 | 1,600.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (1,600.00) | (1,600.00) |
| 403 | Leasehold Improvement | Downsize : Plans | 1,800.00 | 1,800.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (1,800.00) | (1,800.00) |
| 403 | Leasehold Improvement | Downsize : Plans | 1,800.00 | 1,800.00 |
| 403 | Leasehold Improvement | Downsize : Plans | (1,800.00) | (1,800.00) |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 11,417.20 | 11,417.20 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (11,417.20) | (11,417.20) |
| 405 | Leasehold Improvement | New Store : Construction Contract | 340,266.26 | 184,311.01 |
| 405 | Leasehold Improvement | New Store : Plans | 4,406.00 | 2,386.40 |
| 405 | Leasehold Improvement | Building Signage 50% Deposit | 9,329.28 | 5,053.58 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 3,254.66 | 1,123.41 |
| 407 | Equipment | Baler | 10,188.00 | 679.20 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 2,775.01 | 924.77 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 483.43 | 160.87 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 483.43 | 160.87 |
| 407 | Equipment | New Store : PA System | 342.40 | 22.64 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 3,780.09 | 1,260.09 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 3,731.53 | 1,244.01 |
| 407 | Leasehold Improvement | New Store : HVAC | 337.25 | 35.72 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 407 | Leasehold Improvement | New Store : HVAC | 498.90 | 52.59 |
| 407 | Leasehold Improvement | New Store : HVAC | 6,021.70 | 635.20 |
| 407 | Leasehold Improvement | New Store : HVAC | 466.54 | 49.30 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 3,264.20 | 1,088.04 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 351.70 | 117.06 |
| 407 | Leasehold Improvement | New Store : Door | 2,794.44 | 294.99 |
| 407 | Computer Equipment | RF Hardware | 4,090.56 | 272.48 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 3,291.75 | 1,097.11 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 232.06 | 77.50 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 50,915.42 | 16,971.58 |
| 407 | Equipment | EAS Installation | 4,017.76 | 268.00 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 2,775.01 | 891.73 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 483.43 | 155.11 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 483.43 | 155.11 |
| 408 | Leasehold Improvement | New Store : Sprinkler Install | 4,280.00 | 1,375.85 |
| 408 | Leasehold Improvement | New Store : HVAC | 1,379.06 | 443.12 |
| 408 | Leasehold Improvement | New Store : HVAC | 6,875.35 | 2,209.90 |
| 408 | Leasehold Improvement | New Store : HVAC | 3,766.41 | 1,210.53 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 3,264.20 | 1,049.18 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 351.70 | 112.87 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 3,616.42 | 1,162.57 |
| 408 | Leasehold Improvement | New Store : Door | 3,000.50 | 964.46 |
| 408 | Leasehold Improvement | New Store : Materials | 2,352.00 | 756.00 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 3,291.75 | 1,057.92 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 55.50 | 17.88 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 31,848.12 | 10,237.14 |
| 408 | Equipment | EAS Installation | 4,092.66 | 341.11 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 1,191.75 |
| 410 | Furniture & Fixtures | New Store : Phones | 307.80 | 102.84 |
| 410 | Leasehold Improvement | New Store : Materials | 4,508.46 | 2,329.40 |
| 410 | Leasehold Improvement | Building Signage 50% Deposit | 17,336.68 | 8,957.42 |
| 410 | Computer Equipment | New Store : Computer | 286.85 | 19.17 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 3,291.74 | 1,097.10 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 30,666.64 | 10,222.16 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 4,822.47 | 4,822.47 |
| 404 | Furniture & Fixtures | Distro thru Otay | (4,822.47) | (4,822.47) |
| 404 | Furniture & Fixtures | New Store : Fixtures | 927.60 | 552.89 |
| 412 | Equipment | New Store : PA System | 2,029.69 | 135.21 |
| 412 | Equipment | New Store : Phones | 307.80 | 20.52 |
| 412 | Equipment | New Store : Display Panel | 606.30 | 40.14 |
| 412 | Leasehold Improvement | Building Signage 50% Deposit | 15,883.84 | 8,537.11 |
| 412 | Furniture & Fixtures | New Store : Fixtures | 3,254.65 | 1,084.65 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 8,569.27 | 5,778.31 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 18,847.23 | 12,708.51 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 7,526.66 | 5,075.00 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 7,974.10 | 5,376.86 |
| 413 | Leasehold Improvement | New Store : 30 Additional Fire Sprinklers | 3,450.00 | 2,326.54 |
| 413 | Leasehold Improvement | New Store : Electrical | 9,075.75 | 6,120.07 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 2,807.42 | 902.48 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 489.07 | 157.33 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 489.07 | 157.33 |
| 413 | Equipment | New Store : PA System | 692.80 | 34.45 |
| 413 | Leasehold Improvement | New Store : Plastering | 4,210.80 | 2,839.10 |
| 413 | Leasehold Improvement | New Store : Locks & Keys | 4,986.17 | 3,362.17 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 413 | Leasehold Improvement | New Store : Locks & Keys | 2,826.40 | 1,905.94 |
| 413 | Leasehold Improvement | New Store : Lighting Retrofit | 118,341.76 | 79,798.44 |
| 413 | Equipment | Security Cameras & Install | 14,505.25 | 725.50 |
| 413 | Leasehold Improvement | New Store : Landscape | 2,700.00 | 1,820.72 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 9,047.60 | 2,908.13 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 5,344.97 | 1,718.06 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 27,844.80 | 8,949.87 |
| 413 | Leasehold Improvement | New Store : Battery Charger | 936.64 | 631.56 |
| 413 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,348.66 |
| 413 | Leasehold Improvement | New Store : Plans | 800.00 | 539.58 |
| 413 | Leasehold Improvement | New Store : Plans | 800.00 | 539.58 |
| 413 | Leasehold Improvement | New Store : Plans | 957.30 | 645.26 |
| 413 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,348.66 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 3,101.14 | 2,091.36 |
| 414 | Equipment | New Store : PA System | 2,076.03 | 2,076.03 |
| 414 | Equipment | RECLASSED to 418 | (2,076.03) | (2,076.03) |
| 414 | Equipment | New Store : Display Panel | 621.24 | 621.24 |
| 414 | Equipment | RECLASSED to 418 | (621.24) | (621.24) |
| 415 | Leasehold Improvement | New Store : Plans | 2,400.00 | 1,381.92 |
| 415 | Furniture & Fixtures | Fixtures from DCs | 32,535.30 | 10,844.82 |
| 415 | Furniture & Fixtures | New Store : Fixtures | 3,199.79 | 1,066.75 |
| 415 | Equipment | New Store : PA System | 2,066.94 | 137.74 |
| 415 | Equipment | New Store : Display Panel | 618.57 | 41.21 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 6,675.85 | 3,978.15 |
| 417 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,377.56 |
| 417 | Leasehold Improvement | New Store : Electric | 19,000.00 | 13,085.68 |
| 417 | Equipment | New Store : Display Panel | 620.98 | 41.38 |
| 417 | Leasehold Improvement | New Store : Construction Contract | 113,865.00 | 78,421.83 |
| 417 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,377.56 |
| 417 | Leasehold Improvement | New Store : Plans | 2,061.75 | 1,419.93 |
| 614 | Equipment | EAS Installation | 1,857.93 | 1,269.50 |
| 615 | Equipment | EAS Installation | 3,545.85 | 118.05 |
| 630 | Equipment | EAS Installation | 3,545.85 | 118.05 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 785.69 |
| 638 | Equipment | EAS Installation | 206.20 | 6.68 |
| 638 | Equipment | EAS Installation | 4,140.00 | 138.00 |
| 406 | | New Store : Fixtures | 4,822.47 | 4,822.47 |
| 406 | | Distro thru Otay | (4,822.47) | (4,822.47) |
| 652 | Equipment | EAS Installation | 1,873.52 | 62.18 |
| 658 | Equipment | EAS Installation | 5,185.56 | 172.62 |
| 659 | Equipment | EAS Installation | 1,858.52 | 61.68 |
| 663 | Equipment | EAS Installation | 1,866.91 | 61.95 |
| 667 | Equipment | EAS Installation | 3,567.04 | 118.94 |
| 669 | Leasehold Improvement | Lighting Retrofit | 19,004.31 | 8,095.09 |
| 671 | Leasehold Improvement | Lighting Retrofit | 15,100.49 | 9,219.29 |
| 692 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 694 | Equipment | EAS Installation | 3,976.02 | 132.36 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 927.60 | 364.56 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | 26,745.56 | 26,745.56 |
| 403 | Leasehold Improvement | Downsize : Construction Contract | (26,745.56) | (26,745.56) |
| 402 | Leasehold Improvement | New Store : Materials | 5,972.47 | 5,232.39 |
| 413 | Leasehold Improvement | New Store : Permits | 6,132.00 | 4,135.06 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 2,410.00 | 1,625.26 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 1,581.43 | 1,385.39 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 413 | Leasehold Improvement | New Store : Construction Contract | 7,454.23 | 5,026.35 |
| 400 | Leasehold Improvement | New Store : Construction Contract | 5,085.12 | 4,454.66 |
| 402 | Leasehold Improvement | New Store : Construction Contract | 8,937.33 | 7,829.53 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 2,891.76 | 1,949.84 |
| 403 | Leasehold Improvement | New Store : Construction Contract | 31,348.04 | 27,463.20 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 6,925.87 | 4,670.25 |
| 403 | Leasehold Improvement | New Store : Columns/Ladder | 5,800.00 | 5,081.38 |
| 410 | Leasehold Improvement | New Store : Locks & Keys | 1,000.40 | 516.68 |
| 413 | Leasehold Improvement | New Store : Locks & Keys | 3,024.00 | 2,039.16 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 6,675.85 | 2,622.88 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 2,000.00 | 761.88 |
| 411 | | New Store : Fixtures | 4,822.46 | 4,822.46 |
| 411 | | Distro thru Otay | (4,822.46) | (4,822.46) |
| 411 | Furniture & Fixtures | New Store : Fixtures | 927.60 | 353.52 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 6,675.85 | 2,543.41 |
| 645 | Leasehold Improvement | Remodel : Materials/Labor | 2,000.00 | 888.96 |
| 695 | Furniture & Fixtures | Pylon Install 50% Deposit | 24,685.00 | 16,162.77 |
| 404 | Leasehold Improvement | New Store : Design/Const Admin | 5,350.00 | 3,188.13 |
| 404 | Leasehold Improvement | New Store : Design/Const Admin | 5,350.00 | 3,188.13 |
| 645 | Leasehold Improvement | Remodel : Construction Contract | 6,383.46 | 2,836.98 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 1,950.44 | 673.34 |
| 405 | Leasehold Improvement | New Store : 90% Completion | 363,474.41 | 196,882.16 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 507.18 | 168.94 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 241.37 | 80.65 |
| 407 | Leasehold Improvement | New Store : Alarm | 989.75 | 104.54 |
| 407 | Leasehold Improvement | New Store : Materials | 1,317.84 | 139.08 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 1,006.11 | 335.23 |
| 407 | Furniture & Fixtures | New Store : InStore Signs | 2,277.81 | 759.09 |
| 407 | Leasehold Improvement | New Store : Signage FINAL | 20,701.44 | 2,183.28 |
| 407 | Leasehold Improvement | New Store : Labor | 2,814.10 | 296.98 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 2,169.92 | 723.44 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 864.03 | 277.50 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 241.37 | 77.78 |
| 408 | Leasehold Improvement | New Store : Materials | 883.43 | 283.79 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 6,555.53 | 2,107.25 |
| 408 | Leasehold Improvement | New Store : Construction Contract | 16,799.00 | 5,399.57 |
| 408 | Leasehold Improvement | New Store : Labor | 21,828.00 | 7,015.98 |
| 430 | Leasehold Improvement | New Store : Permits | 1,528.42 | 1,528.42 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 3,192.83 | 1,902.81 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 3,341.19 | 1,312.41 |
| 430 | Leasehold Improvement | New Store : Plans | 1,600.00 | 1,600.00 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 241.38 | 80.66 |
| 410 | Furniture & Fixtures | New Store : Ceiling Speaker | 408.34 | 136.18 |
| 410 | Leasehold Improvement | New Store : Materials | 2,221.08 | 1,147.50 |
| 410 | Leasehold Improvement | New Store : Materials | 104.96 | 54.50 |
| 410 | Furniture & Fixtures | New Store : InStore Signs | 2,277.81 | 759.09 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 3,181.42 | 1,060.70 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 10,753.50 | 3,584.38 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 1,703.73 | 568.05 |
| 410 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,714.93 | 1,238.05 |
| 412 | Furniture & Fixtures | New Store : Fixtures | 39,480.03 | 13,160.03 |
| 412 | Furniture & Fixtures | New Store : InStore Signs | 2,261.85 | 753.77 |
| 412 | Furniture & Fixtures | New Store : Fixtures | 3,122.53 | 1,041.01 |
| 412 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,588.96 | 1,196.08 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 413 | Leasehold Improvement | New Store : Construction Contract | 4,176.04 | 2,815.94 |
| 413 | Leasehold Improvement | New Store : Electrical | 5,450.00 | 3,675.20 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 650.00 | 208.82 |
| 413 | Leasehold Improvement | New Store : Construction Contract | 546.90 | 368.84 |
| 413 | Leasehold Improvement | New Store : HVAC | 12,923.00 | 8,713.94 |
| 413 | Furniture & Fixtures | New Store : Pager System | 1,365.93 | 439.11 |
| 413 | Leasehold Improvement | New Store : Labor/Materials | 13,585.50 | 9,160.68 |
| 413 | Leasehold Improvement | New Store : Labor/Materials | 354.20 | 238.78 |
| 413 | Leasehold Improvement | New Store : Labor/Materials | 580.46 | 391.38 |
| 413 | Leasehold Improvement | New Store : Materials | 8,490.49 | 5,725.05 |
| 413 | Furniture & Fixtures | New Store : Fixtures | 4,004.87 | 1,287.11 |
| 413 | Leasehold Improvement | New Store : Signage FINAL | 36,851.81 | 24,849.29 |
| 413 | Leasehold Improvement | New Store : Materials | 3,973.96 | 2,679.40 |
| 413 | Leasehold Improvement | New Store : Materials | 1,805.36 | 1,217.24 |
| 413 | Leasehold Improvement | New Store : Labor/Materials | 1,009.62 | 680.76 |
| 413 | Leasehold Improvement | New Store : Labor/Materials | 1,126.77 | 759.63 |
| 414 | Computer Equipment | POS Hardware | 479.73 | 479.73 |
| 414 | Computer Equipment | RECLASSED to 418 | (479.73) | (479.73) |
| 414 | Computer Equipment | POS Hardware | 87.49 | 87.49 |
| 414 | Computer Equipment | RECLASSED to 418 | (87.49) | (87.49) |
| 414 | Computer Equipment | POS Hardware | 4,061.75 | 4,061.75 |
| 414 | Computer Equipment | RECLASSED to 418 | (4,061.75) | (4,061.75) |
| 415 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,743.27 | 1,247.91 |
| 415 | Computer Equipment | New Store : POS | 479.73 | 31.73 |
| 415 | Computer Equipment | New Store : POS | 4,061.75 | 270.55 |
| 415 | Leasehold Improvement | New Store : Plans | 1,500.00 | 863.84 |
| 430 | Leasehold Improvement | New Store : Plans | 2,000.00 | 2,000.00 |
| 417 | Leasehold Improvement | New Store : Alarm | 1,638.60 | 1,128.45 |
| 417 | Leasehold Improvement | New Store : Materials | 10,860.50 | 7,479.83 |
| 417 | Leasehold Improvement | New Store : Pager System | 2,079.66 | 1,432.14 |
| 417 | Computer Equipment | New Store : POS | 4,061.75 | 270.55 |
| 417 | Leasehold Improvement | New Store : Materials | 2,397.13 | 1,651.00 |
| 417 | Leasehold Improvement | New Store : Signage Deposit | 29,996.50 | 20,659.33 |
| 417 | Furniture & Fixtures | New Store : Fixtures | 61,907.41 | 20,635.97 |
| 417 | Furniture & Fixtures | New Store : InStore Signs | 2,320.39 | 773.67 |
| 417 | Furniture & Fixtures | New Store : Fixtures | 3,151.28 | 1,050.16 |
| 417 | Furniture & Fixtures | New Store : Fixtures | 548.85 | 183.17 |
| 417 | Furniture & Fixtures | New Store : Parking Lot Signs | 689.83 | 230.07 |
| 417 | Furniture & Fixtures | New Store : Parking Lot Signs | 689.83 | 230.07 |
| 417 | Furniture & Fixtures | New Store : InStore Signs | 686.80 | 228.72 |
| 430 | Leasehold Improvement | New Store : Plans | 2,400.00 | 2,400.00 |
| 411 | Leasehold Improvement | Building Signage 50% Deposit | 17,476.00 | 10,528.28 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 3,254.66 | 1,239.66 |
| 416 | | REVERSED PER 12/15 | 621.63 | 621.63 |
| 638 | Leasehold Improvement | REIMB by INSURANCE | 16,105.00 | 16,105.00 |
| 638 | Leasehold Improvement | REIMB by INSURANCE | (16,105.00) | (16,105.00) |
| 645 | Leasehold Improvement | Remodel : Construction Deposit | 3,500.00 | 1,555.68 |
| 695 | Leasehold Improvement | Signage Project : Permits | 6,254.32 | 4,447.32 |
| 695 | Leasehold Improvement | Fire Hydrant Repair | 6,100.00 | 1,538.24 |
| 415 | Leasehold Improvement | New Store : Plans | 1,411.51 | 812.87 |
| 413 | Furniture & Fixtures | Remodel : Fixtures | 3,100.00 | 996.70 |
| 405 | Leasehold Improvement | New Store : EAS | 998.99 | 541.39 |
| 430 | Furniture & Fixtures | New Store : Pager System | 2,080.09 | 1,238.25 |
| 410 | Furniture & Fixtures | Remodel : Fixtures | 1,123.71 | 374.43 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 407 | Leasehold Improvement | New Store : Materials | 3,509.10 | 370.11 |
| 408 | Leasehold Improvement | New Store : Materials | 6,823.45 | 2,193.34 |
| 405 | Leasehold Improvement | Renovation Permit | 10,395.00 | 5,630.35 |
| 417 | Leasehold Improvement | Need Receipts - Dwight | 5,708.18 | 3,931.49 |
| 417 | Leasehold Improvement | Need Receipts - Dwight | 14,769.77 | 10,172.15 |
| 410 | Leasehold Improvement | New Store : Materials | 14,296.03 | 7,386.49 |
| 407 | Leasehold Improvement | New Store : Contract 3rd Instlmt | 44,864.44 | 4,731.31 |
| 417 | Leasehold Improvement | New Store : Roof 50% | 2,660.00 | 1,831.79 |
| 412 | Furniture & Fixtures | New Store : Pager System | 992.25 | 330.89 |
| 412 | Furniture & Fixtures | New Store : Pager System | 172.45 | 57.65 |
| 413 | Leasehold Improvement | New Store : Plumbing | 2,474.99 | 1,668.79 |
| 430 | Leasehold Improvement | New Store : Lead/Asbestos Inspection | 1,100.00 | 1,100.00 |
| 430 | Leasehold Improvement | New Store : Lead/Asbestos Inspection | 1,500.00 | 1,500.00 |
| 430 | Leasehold Improvement | New Store : Lead/Asbestos Inspection | 2,600.00 | 2,600.00 |
| 416 | | REVERSED PER 12/15 | 2,074.21 | 2,074.21 |
| 645 | Leasehold Improvement | Remodel : Construction Contract | 6,330.61 | 2,813.81 |
| 645 | Leasehold Improvement | Remodel : Construction Contract | 5,129.00 | 2,279.72 |
| 645 | Leasehold Improvement | Remodel : Construction Contract | 6,670.00 | 2,964.48 |
| 645 | Leasehold Improvement | Remodel : Electric | 7,750.00 | 3,444.72 |
| 645 | Furniture & Fixtures | Remodel : Fixtures | 1,100.00 | 366.40 |
| 645 | Leasehold Improvement | Remodel : HVAC 50% | 30,829.00 | 13,701.96 |
| 645 | Leasehold Improvement | Remodel : Materials | 824.00 | 366.48 |
| 645 | Furniture & Fixtures | Remodel : Fixtures | 9,302.78 | 3,100.78 |
| 430 | Equipment | New Store : EAS | 998.99 | 594.73 |
| 645 | Leasehold Improvement | Remodel : Labor | 1,229.28 | 546.08 |
| 645 | Leasehold Improvement | Remodel : Labor | 1,323.84 | 588.56 |
| 645 | Leasehold Improvement | Remodel : Labor | 756.48 | 336.48 |
| 645 | Leasehold Improvement | Remodel : Labor | 346.72 | 154.08 |
| 400 | Leasehold Improvement | New Store : Labor | 378.24 | 327.21 |
| 400 | Leasehold Improvement | New Store : Labor | 1,729.92 | 1,496.82 |
| 400 | Leasehold Improvement | New Store : Labor | 576.64 | 499.15 |
| 400 | Leasehold Improvement | New Store : Labor | 720.80 | 623.78 |
| 400 | Leasehold Improvement | New Store : Labor | 720.80 | 623.78 |
| 400 | Leasehold Improvement | New Store : Labor | 1,820.02 | 1,574.95 |
| 400 | Leasehold Improvement | New Store : Labor | 3,820.24 | 3,306.16 |
| 400 | Leasehold Improvement | New Store : Labor | 2,450.72 | 2,120.60 |
| 400 | Leasehold Improvement | New Store : Labor | 1,441.60 | 1,247.56 |
| 400 | Leasehold Improvement | New Store : Labor | 5,009.56 | 4,335.46 |
| 400 | Leasehold Improvement | New Store : Labor | 288.32 | 249.26 |
| 400 | Leasehold Improvement | New Store : Labor | 767.88 | 664.56 |
| 402 | Leasehold Improvement | New Store : Labor | 504.56 | 436.52 |
| 402 | Leasehold Improvement | New Store : Labor | 927.21 | 802.47 |
| 402 | Leasehold Improvement | New Store : Labor | 720.80 | 623.78 |
| 402 | Leasehold Improvement | New Store : Labor | 828.24 | 716.73 |
| 402 | Leasehold Improvement | New Store : Labor | 2,847.16 | 2,464.12 |
| 402 | Leasehold Improvement | New Store : Labor | 103.53 | 89.67 |
| 402 | Leasehold Improvement | New Store : Labor | 2,270.52 | 1,964.97 |
| 402 | Leasehold Improvement | New Store : Labor | 144.16 | 124.63 |
| 402 | Leasehold Improvement | New Store : Labor | 7,873.87 | 6,814.21 |
| 402 | Leasehold Improvement | New Store : Labor | 252.28 | 218.26 |
| 402 | Leasehold Improvement | New Store : Labor | 5,617.75 | 4,861.75 |
| 402 | Leasehold Improvement | New Store : Labor | 2,220.97 | 1,921.72 |
| 402 | Leasehold Improvement | New Store : Labor | 288.32 | 249.26 |
| 402 | Leasehold Improvement | New Store : Labor | 126.14 | 109.13 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 402 | Leasehold Improvement | New Store : Labor | 396.44 | 342.89 |
| 402 | Leasehold Improvement | New Store : Labor | 783.87 | 678.66 |
| 405 | Leasehold Improvement | New Store : Materials | 41,408.16 | 22,429.31 |
| 405 | Leasehold Improvement | New Store : Locks & Keys | 429.91 | 233.01 |
| 407 | Leasehold Improvement | New Store : Locks & Keys | 1,066.00 | 112.39 |
| 407 | Leasehold Improvement | New Store : Locks & Keys | 579.65 | 60.95 |
| 407 | Leasehold Improvement | New Store : Materials | 2,051.92 | 216.52 |
| 407 | Equipment | EAS Tags | 5,314.00 | - |
| 408 | Leasehold Improvement | New Store : Alarm | 389.48 | 125.00 |
| 408 | Leasehold Improvement | New Store : Alarm | 778.96 | 250.57 |
| 408 | Leasehold Improvement | New Store : Alarm | 2,244.87 | 721.83 |
| 408 | Leasehold Improvement | New Store : Alarm | 885.43 | 284.65 |
| 408 | Leasehold Improvement | New Store Construction Contract | 77,575.00 | 24,934.93 |
| 408 | Equipment | Security Cameras | 2,413.91 | 201.26 |
| 408 | Leasehold Improvement | New Store : Locks & Keys | 1,066.00 | 342.67 |
| 408 | Leasehold Improvement | New Store : Locks & Keys | 461.40 | 148.47 |
| 408 | Leasehold Improvement | New Store : Locksmith | 1,043.25 | 335.31 |
| 408 | Leasehold Improvement | New Store : Labor | 1,194.48 | 383.94 |
| 408 | Leasehold Improvement | New Store : Labor | 6,804.33 | 2,187.33 |
| 408 | Leasehold Improvement | New Store : Labor | 1,658.42 | 533.24 |
| 408 | Leasehold Improvement | New Store : Locks & Keys | 803.29 | 258.37 |
| 408 | Leasehold Improvement | New Store : Materials | 1,162.87 | 373.99 |
| 408 | Equipment | EAS Tags | 5,314.00 | - |
| 410 | Leasehold Improvement | New Store : Materials | 882.11 | 455.81 |
| 410 | Leasehold Improvement | New Store : Labor | 878.10 | 453.54 |
| 410 | Leasehold Improvement | New Store : Labor | 1,194.48 | 617.38 |
| 410 | Leasehold Improvement | New Store : Labor | 383.94 | 198.34 |
| 410 | Leasehold Improvement | New Store : Alarm | 3,160.79 | 1,633.07 |
| 410 | Leasehold Improvement | New Store : Labor | 113.76 | 58.66 |
| 410 | Leasehold Improvement | New Store : Locksmith | 1,344.35 | 694.75 |
| 410 | Leasehold Improvement | New Store : Locks & Keys | 372.04 | 192.24 |
| 410 | Leasehold Improvement | New Store : Locks & Keys | 42.63 | 21.75 |
| 410 | Equipment | EAS Installation | 13,632.71 | 908.95 |
| 410 | Equipment | EAS Tags | 4,566.00 | - |
| 412 | Leasehold Improvement | New Store : Labor/Materials | 3,240.92 | 1,741.82 |
| 412 | Leasehold Improvement | New Store : Labor/Materials | 1,247.05 | 670.21 |
| 412 | Leasehold Improvement | New Store : Materials | 875.93 | 470.66 |
| 412 | Leasehold Improvement | New Store : Materials | 260.80 | 139.96 |
| 412 | Leasehold Improvement | New Store : Labor | 223.59 | 120.42 |
| 412 | Leasehold Improvement | New Store : Labor | 2,791.02 | 1,499.97 |
| 412 | Leasehold Improvement | New Store : Labor | 1,750.17 | 940.77 |
| 412 | Leasehold Improvement | New Store : Labor | 717.03 | 385.29 |
| 412 | Leasehold Improvement | New Store : Locksmith | 1,492.90 | 802.63 |
| 412 | Leasehold Improvement | New Store : Locksmith | 140.00 | 75.02 |
| 412 | Leasehold Improvement | New Store : Locks & Keys | 1,925.27 | 1,034.93 |
| 412 | Leasehold Improvement | New Store : Locks & Keys | 429.91 | 230.98 |
| 412 | Equipment | EAS Installation | 4,176.94 | 278.22 |
| 413 | Equipment | Security Cameras | 6,495.50 | 324.68 |
| 413 | Leasehold Improvement | New Store : Materials | 892.40 | 601.82 |
| 413 | Leasehold Improvement | New Store : Materials | 1,041.46 | 702.16 |
| 413 | Leasehold Improvement | New Store : Locks & Keys | 640.14 | 431.92 |
| 413 | Leasehold Improvement | New Store : Labor | 684.76 | 461.46 |
| 413 | Leasehold Improvement | New Store : Labor | 927.21 | 625.03 |
| 413 | Leasehold Improvement | New Store : Labor | 1,297.44 | 874.62 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 413 | Leasehold Improvement | New Store : Labor | 684.76 | 461.46 |
| 413 | Leasehold Improvement | New Store : Labor | 919.02 | 619.74 |
| 413 | Leasehold Improvement | New Store : Labor | 720.80 | 485.90 |
| 413 | Leasehold Improvement | New Store : Labor | 576.64 | 388.72 |
| 413 | Leasehold Improvement | New Store : Labor | 36.04 | 24.44 |
| 413 | Leasehold Improvement | New Store : Labor | 2,955.28 | 1,992.48 |
| 413 | Leasehold Improvement | New Store : Labor | 864.96 | 583.08 |
| 413 | Leasehold Improvement | New Store : Labor | 1,729.92 | 1,166.74 |
| 413 | Leasehold Improvement | New Store : Labor | 864.96 | 583.08 |
| 413 | Leasehold Improvement | New Store : Labor | 1,153.28 | 777.44 |
| 413 | Leasehold Improvement | New Store : Labor | 1,153.28 | 777.44 |
| 413 | Leasehold Improvement | New Store : Labor | 1,765.96 | 1,190.60 |
| 413 | Leasehold Improvement | New Store : Labor | 2,558.84 | 1,725.38 |
| 413 | Leasehold Improvement | New Store : Labor | 432.48 | 291.54 |
| 413 | Leasehold Improvement | New Store : Labor | 1,441.60 | 971.80 |
| 413 | Leasehold Improvement | New Store : Labor | 1,874.08 | 1,263.92 |
| 413 | Leasehold Improvement | New Store : Labor | 1,153.28 | 777.44 |
| 413 | Leasehold Improvement | New Store : Labor | 288.32 | 194.36 |
| 413 | Leasehold Improvement | New Store : Labor | 531.59 | 358.17 |
| 413 | Leasehold Improvement | New Store : Labor | 576.64 | 388.72 |
| 413 | Leasehold Improvement | New Store : Labor | 3,036.37 | 2,047.47 |
| 413 | Leasehold Improvement | New Store : Labor | 2,739.04 | 1,847.00 |
| 413 | Leasehold Improvement | New Store : Labor | 719.60 | 485.28 |
| 413 | Leasehold Improvement | New Store : Labor | 1,268.68 | 855.72 |
| 413 | Leasehold Improvement | New Store : Materials | 3,670.33 | 2,474.95 |
| 413 | Equipment | EAS Tags | 10,567.50 | - |
| 415 | Leasehold Improvement | New Store : EAS | 998.99 | 575.07 |
| 417 | Leasehold Improvement | New Store : Materials | 898.60 | 618.73 |
| 417 | Leasehold Improvement | New Store : Locksmith | 209.86 | 144.31 |
| 417 | Leasehold Improvement | New Store : Electrical Repair | 1,282.48 | 883.48 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | 1,177.20 | 810.69 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | 250.66 | 172.57 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | 43.06 | 29.38 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | 166.77 | 114.90 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | 226.61 | 155.93 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | (487.18) | (335.56) |
| 602 | Equipment | EAS Installation | 3,435.71 | 229.15 |
| 603 | Equipment | EAS Installation | 3,545.71 | 236.11 |
| 616 | Leasehold Improvement | Remodel : Stucco Repair | 3,480.17 | 1,667.37 |
| 621 | Equipment | EAS Installation | 1,864.12 | 124.20 |
| 622 | Equipment | EAS Installation | 3,567.04 | 237.84 |
| 626 | Equipment | EAS Installation | 3,542.08 | 236.40 |
| 628 | Equipment | EAS Installation | 1,883.52 | 125.68 |
| 633 | Equipment | EAS Tags | 3,326.00 | - |
| 634 | Equipment | EAS Installation | 3,574.42 | 238.50 |
| 635 | Equipment | EAS Installation | 3,737.04 | 249.36 |
| 637 | Equipment | EAS Tags | 4,140.00 | - |
| 645 | Leasehold Improvement | Remodel : Labor | 504.32 | 224.32 |
| 645 | Leasehold Improvement | Remodel : HVAC Contact 25% | 15,414.50 | 6,850.98 |
| 645 | Leasehold Improvement | Remodel : Materials/Labor | 5,792.63 | 2,574.31 |
| 645 | Equipment | EAS Installation | 1,889.71 | 125.71 |
| 645 | Leasehold Improvement | Remodel : Materials | 7,342.79 | 3,263.19 |
| 645 | Leasehold Improvement | Remodel : Whitehawk Storage Container | 198.00 | 88.24 |
| 645 | Leasehold Improvement | Remodel : Locks & Keys | 239.88 | 106.60 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 652 | Equipment | EAS Tags | 4,120.00 | - |
| 654 | Equipment | EAS Installation | 3,578.27 | 238.43 |
| 661 | Equipment | EAS Installation | 3,682.04 | 245.32 |
| 662 | Equipment | EAS Installation | 3,563.83 | 237.43 |
| 674 | Equipment | EAS Tags | 4,140.00 | - |
| 680 | Equipment | EAS Installation | 1,874.95 | 124.95 |
| 682 | Equipment | EAS Tags | 4,123.50 | - |
| 687 | Equipment | EAS Installation | 1,958.24 | 130.40 |
| 689 | Equipment | EAS Installation | 3,786.59 | 252.43 |
| 695 | Equipment | EAS Installation | 6,931.70 | 462.02 |
| 697 | Equipment | EAS Installation | 1,888.52 | 125.64 |
| 407 | Furniture & Fixtures | Fixtures from DCs | 1,700.40 | 566.96 |
| 408 | Furniture & Fixtures | Fixtures from DCs | 8,744.91 | 2,810.64 |
| 645 | Leasehold Improvement | Remodel : Labor | 1,402.64 | 623.12 |
| 415 | Leasehold Improvement | New Store : Signage Deposit | 20,421.05 | 11,757.85 |
| 405 | Furniture & Fixtures | Fixtures from DCs | 41,146.46 | 14,205.26 |
| 417 | Leasehold Improvement | New Store Construction Contract | 185.00 | 127.43 |
| 417 | Leasehold Improvement | New Store Construction Contract | 225.00 | 154.89 |
| 417 | Leasehold Improvement | New Store Construction Contract | 375.00 | 258.15 |
| 417 | Leasehold Improvement | New Store Construction Contract | 375.00 | 258.15 |
| 417 | Leasehold Improvement | New Store Construction Contract | 425.00 | 292.76 |
| 417 | Leasehold Improvement | New Store Construction Contract | 425.00 | 292.76 |
| 417 | Leasehold Improvement | New Store Construction Contract | 685.00 | 471.82 |
| 417 | Leasehold Improvement | New Store Construction Contract | 1,330.00 | 916.18 |
| 417 | Leasehold Improvement | New Store Construction Contract | 1,450.00 | 998.56 |
| 417 | Leasehold Improvement | New Store Construction Contract | 1,800.00 | 1,239.69 |
| 417 | Leasehold Improvement | New Store Construction Contract | 6,312.50 | 4,347.71 |
| 417 | Leasehold Improvement | New Store Construction Contract | 6,725.00 | 4,631.96 |
| 417 | Leasehold Improvement | New Store Construction Contract | 14,752.00 | 10,160.08 |
| 405 | Leasehold Improvement | Architectural/Engineering | 5,151.25 | 2,790.10 |
| 405 | Leasehold Improvement | New Store : Labor | 1,742.46 | 943.86 |
| 408 | Leasehold Improvement | New Store : Labor | 1,350.90 | 434.34 |
| 408 | Leasehold Improvement | New Store Construction Contract | 15,836.00 | 5,090.36 |
| 645 | Leasehold Improvement | Remodel : Whitehawk Storage Container | 579.80 | 257.80 |
| 413 | Leasehold Improvement | New Store : Escalator Work | 32,698.00 | 22,048.62 |
| 645 | Furniture & Fixtures | Fixtures from DCs | 15,268.50 | 5,089.38 |
| 404 | Leasehold Improvement | New Store Construction Contract | 157,500.00 | 93,856.54 |
| 645 | Leasehold Improvement | HVAC Contract 100% Completion | 15,414.50 | 6,850.98 |
| 412 | Leasehold Improvement | New Store Electrical/Travel | 5,011.50 | 2,693.88 |
| 415 | Leasehold Improvement | New Store : Plans | 2,000.00 | 1,151.60 |
| 645 | Leasehold Improvement | New Store : Labor | 252.16 | 112.16 |
| 645 | Leasehold Improvement | New Store : Labor | 630.40 | 280.40 |
| 405 | Leasehold Improvement | New Store : Labor | 971.46 | 525.96 |
| 638 | Leasehold Improvement | Restoration after Fire | 4,205.00 | 4,205.00 |
| 638 | Leasehold Improvement | REIMB BY INSURANCE | (4,205.00) | (4,205.00) |
| 405 | Leasehold Improvement | New Store : Locks & Keys | 444.50 | 241.00 |
| 412 | Leasehold Improvement | New Store : Materials | 17,719.31 | 9,523.85 |
| 413 | Leasehold Improvement | New Store : Materials | 68.69 | 46.07 |
| 645 | Leasehold Improvement | Remodel : Labor | 252.16 | 112.16 |
| 403 | Equipment | EAS Installation | 1,155.32 | 76.76 |
| 645 | Leasehold Improvement | Remodel : Labor | 126.08 | 56.08 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 3,122.00 | 1,077.65 |
| 405 | Furniture & Fixtures | New Store : Hanger Mgmt Fixture | 3,976.78 | 1,373.08 |
| 405 | Equipment | EAS Installation | 6,068.56 | 505.86 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 405 | Leasehold Improvement | Communications Tech Service | 1,029.49 | 557.59 |
| 405 | Equipment | Baler | 13,480.81 | 1,123.41 |
| 405 | Leasehold Improvement | New Store : Construction Contract | 7,638.61 | 4,137.31 |
| 405 | Leasehold Improvement | New Store : Locks & Keys | 2,893.18 | 1,567.13 |
| 405 | Computer Equipment | POS Hardware | 472.22 | 39.37 |
| 405 | Computer Equipment | POS Install | 1,962.67 | 163.62 |
| 405 | Leasehold Improvement | New Store : Labor | 5,921.28 | 3,207.58 |
| 405 | Equipment | Scanner | 1,120.00 | 93.15 |
| 405 | Leasehold Improvement | New Store : Alarm | 5,129.67 | 2,778.42 |
| 405 | Leasehold Improvement | New Store : Speaker | 1,138.19 | 616.79 |
| 405 | Leasehold Improvement | Pallet Jack Rental | 1,353.32 | 732.92 |
| 405 | Leasehold Improvement | New Store : Signage | 1,535.38 | 831.93 |
| 405 | Leasehold Improvement | New Store : Signage | 2,261.85 | 1,225.10 |
| 405 | Equipment | Security Cameras | 3,311.18 | 275.73 |
| 405 | Leasehold Improvement | Materials for Walls | 429.30 | 232.40 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 6,586.16 | 2,273.61 |
| 407 | Equipment | Scanner | 1,217.55 | 81.31 |
| 407 | Leasehold Improvement | New Store : Alarm | 778.96 | 82.42 |
| 407 | Leasehold Improvement | New Store : Alarm | 927.70 | 97.78 |
| 407 | Computer Equipment | POS Install | 1,142.50 | 76.26 |
| 407 | Leasehold Improvement | Construction Contract : Retention | 14,635.12 | 1,543.36 |
| 408 | Leasehold Improvement | Architectural Design/Expenses | 780.01 | 250.48 |
| 408 | Leasehold Improvement | Maple Edgeband | 4,553.03 | 1,463.63 |
| 408 | Computer Equipment | POS Install | 1,477.50 | 474.87 |
| 404 | Leasehold Improvement | New Store : Signage | 19,664.40 | 11,718.11 |
| 430 | Equipment | Scanner | 1,120.00 | 485.22 |
| 430 | Computer Equipment | POS Hardware | 472.21 | 204.63 |
| 410 | Leasehold Improvement | PATTY PULLING RECEIPTS - Syed | 578.01 | 298.45 |
| 410 | Leasehold Improvement | New Store : Construction Contract | 19,537.11 | 10,094.13 |
| 410 | Leasehold Improvement | Concrete Sawcutting Extras | 1,500.00 | 775.00 |
| 410 | Leasehold Improvement | Concrete Purbacks / Electrical | 3,200.00 | 1,653.14 |
| 410 | Leasehold Improvement | Electric for TVs | 500.00 | 258.14 |
| 410 | Equipment | Scanner | 1,217.55 | 81.31 |
| 410 | Computer Equipment | POS Install | 1,897.50 | 126.22 |
| 410 | Leasehold Improvement | New Store : Locks & Keys | 337.46 | 174.48 |
| 410 | Leasehold Improvement | New Store : Materials | 468.70 | 241.92 |
| 410 | Leasehold Improvement | New Store : Materials | 472.84 | 244.32 |
| 410 | Furniture & Fixtures | Jean Shelf | 1,263.94 | 421.14 |
| 410 | Equipment | Security Cameras | 1,564.52 | 104.04 |
| 410 | Equipment | Security Cameras | 1,923.47 | 128.11 |
| 412 | Computer Equipment | POS Install | 250.00 | 16.48 |
| 412 | Computer Equipment | POS Install | 1,647.50 | 109.74 |
| 412 | Leasehold Improvement | New Store : Materials | 472.85 | 253.97 |
| 412 | Leasehold Improvement | Store Set-up | 27,470.94 | 14,765.07 |
| 412 | Furniture & Fixtures | Jean Shelf | 1,255.08 | 418.44 |
| 412 | Equipment | Security Cameras | 1,862.02 | 124.34 |
| 413 | Leasehold Improvement | New Store : Alarm | 3,126.21 | 2,107.73 |
| 413 | Leasehold Improvement | New Store : Alarm | 364.00 | 245.68 |
| 413 | Leasehold Improvement | New Store : Alarm | 728.00 | 490.78 |
| 413 | Leasehold Improvement | Sunbelt Rentals Reimb | 476.34 | 321.48 |
| 413 | Leasehold Improvement | Frazee Paint Reimb | 295.25 | 198.97 |
| 413 | Computer Equipment | POS Install | 2,039.82 | 101.82 |
| 413 | Leasehold Improvement | New Store : Materials | 201.54 | 136.00 |
| 414 | Computer Equipment | POS Hardware | 837.25 | 837.25 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 414 | Computer Equipment | RECLASSED to 418 | (837.25) | (837.25) |
| 415 | Leasehold Improvement | New Store Construction Contract | 121,377.80 | 69,884.12 |
| 415 | Leasehold Improvement | New Store Electrical | 16,385.00 | 9,433.72 |
| 415 | Leasehold Improvement | New Store : Labor/Materials | 7,851.46 | 4,520.58 |
| 415 | Leasehold Improvement | New Store : Labor | 312.80 | 180.08 |
| 415 | Leasehold Improvement | New Store : Electrical | 19,500.00 | 11,227.12 |
| 415 | Equipment | EAS Installation | 3,211.83 | 214.15 |
| 415 | Furniture & Fixtures | Adjust Accrued Sales Tax | (12.72) | (4.32) |
| 415 | Furniture & Fixtures | Adjust Accrued Sales Tax | (3.74) | (1.50) |
| 415 | Leasehold Improvement | New Store : Labor/Materials | 19,231.07 | 11,072.43 |
| 415 | Computer Equipment | POS Hardware | 837.25 | 56.05 |
| 415 | Computer Equipment | POS Install | 1,222.50 | 81.22 |
| 415 | Leasehold Improvement | New Store : Labor | 901.74 | 519.26 |
| 415 | Leasehold Improvement | New Store : Alarm | 3,872.16 | 2,229.68 |
| 415 | Equipment | Baler | 10,792.20 | 719.48 |
| 415 | Furniture & Fixtures | Jean Shelf | 1,271.03 | 423.75 |
| 415 | Equipment | Security Cameras | 3,828.11 | 255.31 |
| 415 | Leasehold Improvement | HVAC | 3,684.37 | 2,121.41 |
| 415 | Leasehold Improvement | New Store : Labor/Materials | 2,204.41 | 1,269.21 |
| 415 | Leasehold Improvement | New Store : Labor | 156.40 | 90.32 |
| 415 | Leasehold Improvement | New Store : Labor | 694.26 | 399.70 |
| 415 | Leasehold Improvement | Floors | 2,866.00 | 1,650.24 |
| 415 | Furniture & Fixtures | New Store : Fixtures | 10,835.28 | 3,611.84 |
| 417 | Leasehold Improvement | Construction Contract 100% | 59,021.26 | 40,649.59 |
| 417 | Leasehold Improvement | Permits/Licenses | 4,179.26 | 2,878.52 |
| 417 | Leasehold Improvement | Permits/Licenses | 3,055.26 | 2,104.50 |
| 417 | Leasehold Improvement | Permits/Licenses | 266.00 | 183.35 |
| 417 | Equipment | Scanner | 1,217.55 | 81.31 |
| 417 | Leasehold Improvement | Landscape Project | 5,790.00 | 3,987.66 |
| 417 | Leasehold Improvement | New Store : Electrical | 645.92 | 444.71 |
| 417 | Leasehold Improvement | Lift Rentals | 1,735.09 | 1,194.73 |
| 417 | Computer Equipment | POS Install | 1,961.25 | 130.61 |
| 417 | Leasehold Improvement | New Store : Materials | 472.84 | 325.78 |
| 417 | Leasehold Improvement | New Store : Labor/Materials | 1,735.09 | 1,194.73 |
| 417 | Leasehold Improvement | New Store : Locks & Keys | 639.41 | 440.48 |
| 417 | Furniture & Fixtures | Jean Shelf | 1,287.56 | 429.08 |
| 417 | Equipment | Security Cameras | 2,088.75 | 139.39 |
| 417 | Leasehold Improvement | Restore 9 HVAC Units | 7,174.12 | 4,940.86 |
| 417 | Equipment | PATTY PULLING RECEIPTS | 1,033.87 | 68.99 |
| 430 | Computer Equipment | POS Hardware | 1,962.66 | 850.52 |
| 645 | Leasehold Improvement | Remodel : Labor/Materials | 6,141.62 | 2,729.54 |
| 645 | Leasehold Improvement | Remodel : Labor | 2,576.00 | 1,144.64 |
| 645 | Leasehold Improvement | Remodel : Labor/Materials | 752.79 | 334.47 |
| 645 | Leasehold Improvement | Remodel : Materials | 1,550.00 | 688.72 |
| 645 | Leasehold Improvement | Remodel : Materials | 2,165.41 | 962.53 |
| 645 | Leasehold Improvement | Remodel : Materials | 545.69 | 242.73 |
| 662 | Equipment | Security Cameras | 70.95 | 3.69 |
| 668 | Equipment | EAS System | (1,081.42) | (54.28) |
| 403 | Equipment | EAS System | 1,054.53 | 70.05 |
| 405 | Equipment | Security Cameras | 817.02 | 67.92 |
| 405 | Leasehold Improvement | Construction Contract 91.94% | 4,491.77 | 2,433.12 |
| 405 | Computer Equipment | POS Hardware | 2,819.43 | 234.98 |
| 407 | Furniture & Fixtures | Body Forms | 296.99 | 19.79 |
| 407 | Furniture & Fixtures | Body Forms | 1,637.41 | 545.97 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 407 | Equipment | Security Cameras & Install | 5,194.29 | 346.37 |
| 408 | Furniture & Fixtures | Body Forms | 267.07 | 85.81 |
| 408 | Furniture & Fixtures | Body Forms | 1,637.41 | 526.48 |
| 408 | Equipment | Security Cameras & Install | 4,533.32 | 377.52 |
| 408 | Leasehold Improvement | New Store : Plans | 515.43 | 165.45 |
| 408 | Leasehold Improvement | New Store : Plans | 454.28 | 145.91 |
| 645 | Leasehold Improvement | Remodel : Materials | 671.98 | 298.46 |
| 430 | Equipment | | 838.17 | 363.19 |
| 410 | Equipment | | 822.79 | 55.03 |
| 410 | Furniture & Fixtures | Body Forms | 267.07 | 17.87 |
| 410 | Equipment | Security Cameras & Install | 3,898.71 | 259.83 |
| 412 | Furniture & Fixtures | Selling Fixtures | 1,033.33 | 69.01 |
| 412 | Equipment | Security Cameras & Install | 3,862.96 | 257.68 |
| 415 | Leasehold Improvement | Safeguard Reimb | 2,039.40 | 1,174.20 |
| 417 | Equipment | EAS Installation | 4,946.68 | 247.60 |
| 417 | Equipment | EAS Installation | 1,255.31 | 62.87 |
| 417 | Equipment | Security Cameras & Install | 3,842.65 | 256.41 |
| 417 | Leasehold Improvement | New Store : Fire Safety | 650.00 | 447.65 |
| 430 | Computer Equipment | POS Hardware | 2,819.43 | 1,221.77 |
| 404 | Leasehold Improvement | New Store : Materials | 5,069.89 | 3,021.44 |
| 405 | Leasehold Improvement | Reimb United Rental | 951.23 | 515.08 |
| 405 | Leasehold Improvement | Conveyor Install | 32,560.03 | 17,636.88 |
| 405 | Leasehold Improvement | POS Install | 1,790.63 | 970.03 |
| 405 | Leasehold Improvement | 91.84% Completion | 176,321.05 | 95,507.35 |
| 405 | Leasehold Improvement | Chain Link Roofs | 1,222.10 | 662.20 |
| 405 | Leasehold Improvement | Sensormatic Work | 1,622.06 | 878.46 |
| 405 | Leasehold Improvement | Additional Eletrical | 2,869.71 | 1,554.66 |
| 405 | Leasehold Improvement | Work in Shoe Dept | 737.64 | 399.39 |
| 405 | Leasehold Improvement | New Store : Materials | 2,405.57 | 1,302.82 |
| 405 | Leasehold Improvement | New Store : Labor / Materials | 20,400.00 | 11,050.00 |
| 405 | Leasehold Improvement | Tech Labor | 160.74 | 87.04 |
| 407 | Leasehold Improvement | Extras to Contract | 53,430.09 | 5,635.02 |
| 408 | Leasehold Improvement | New Store : Signage | 21,158.76 | 6,801.03 |
| 408 | Leasehold Improvement | New Store : Materials | 2,082.52 | 669.49 |
| 430 | Leasehold Improvement | Topographic Survey | 4,500.00 | 4,500.00 |
| 430 | Leasehold Improvement | Environmental Site Assessment | 2,600.00 | 2,600.00 |
| 430 | Leasehold Improvement | Asbestos Screening | 2,280.00 | 2,280.00 |
| 410 | Leasehold Improvement | New Store : Signage | 28,791.45 | 14,875.51 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 1,637.41 | 506.99 |
| 410 | Leasehold Improvement | New Store : Materials | 54.70 | 28.02 |
| 412 | Leasehold Improvement | New Store : Materials | 3,072.16 | 1,651.15 |
| 412 | Furniture & Fixtures | New Store : Fixtures | 348.78 | 112.23 |
| 412 | Furniture & Fixtures | New Store : Fixtures | 551.44 | 177.52 |
| 413 | Leasehold Improvement | New Store : Materials | 2,435.34 | 1,641.90 |
| 415 | Leasehold Improvement | Construction Contract - 59.3% | 50,688.90 | 29,184.34 |
| 415 | Leasehold Improvement | Construction Contract - 75.4% | 46,886.62 | 26,995.42 |
| 415 | Leasehold Improvement | Dock Plate | 504.80 | 290.88 |
| 415 | Leasehold Improvement | New Store : Locks & Keys | 1,393.48 | 802.12 |
| 417 | Leasehold Improvement | New Store : Electrical | 1,051.85 | 724.67 |
| 418 | Leasehold Improvement | New Store : Signage | 12,765.50 | 7,639.87 |
| 418 | Leasehold Improvement | Painting | 1,150.00 | 688.37 |
| 418 | Computer Equipment | RF Hardware | 479.73 | 55.73 |
| 418 | Computer Equipment | POS Hardware | 87.49 | 10.11 |
| 418 | Computer Equipment | POS Hardware | 4,061.75 | 473.65 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 418 | Computer Equipment | POS Hardware | 837.25 | 97.90 |
| 418 | Leasehold Improvement | New Store : Paging System | 2,076.61 | 1,242.92 |
| 418 | Computer Equipment | IBM Display Panel | 622.34 | 72.73 |
| 419 | Leasehold Improvement | Environmental Site Assessment | 1,805.00 | 1,623.58 |
| 419 | Leasehold Improvement | Topographic Survey | 2,588.00 | 2,328.09 |
| 419 | Leasehold Improvement | Asbestos Screening | 2,280.00 | 2,051.11 |
| 420 | Leasehold Improvement | Start Plans | 2,000.00 | 761.88 |
| 420 | Leasehold Improvement | Mechanical Plans | 1,600.00 | 609.40 |
| 420 | Leasehold Improvement | Electrical Plans | 1,600.00 | 609.40 |
| 420 | Leasehold Improvement | Plumbing Plans | 1,600.00 | 609.40 |
| 645 | Leasehold Improvement | Remodel : Electrical | 3,570.70 | 1,587.18 |
| 403 | Leasehold Improvement | Downsize : Move Sign | 11,211.48 | 6,072.83 |
| 403 | Equipment | Downsize : Move Security Cameras | 4,420.24 | 368.39 |
| 404 | Leasehold Improvement | New Store : Concrete Work | 29,557.50 | 17,613.95 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 40,674.73 | 24,238.37 |
| 404 | Leasehold Improvement | Second Installment | 134,820.00 | 80,341.30 |
| 404 | Leasehold Improvement | Third Installment | 134,820.00 | 80,341.30 |
| 405 | Leasehold Improvement | New Store : Materials | 14,942.44 | 8,093.84 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 444.79 | 153.29 |
| 405 | Furniture & Fixtures | New Store : Fixtures | 1,199.14 | 413.74 |
| 407 | Leasehold Improvement | New Store : Alarm | 1,129.93 | 119.32 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 493.06 | 158.47 |
| 407 | Furniture & Fixtures | New Store : Fixtures | 632.16 | 202.95 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 493.06 | 158.47 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 874.19 | 280.82 |
| 408 | Furniture & Fixtures | New Store : Fixtures | 220.46 | 71.12 |
| 430 | Leasehold Improvement | New Store : Locks & Keys | 456.15 | 456.15 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 491.13 | 151.83 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 647.56 | 200.38 |
| 410 | Equipment | Baler | 10,841.50 | 361.48 |
| 410 | Leasehold Improvement | New Store : Signage | 2,360.42 | 1,219.56 |
| 410 | Furniture & Fixtures | New Store : Fixtures | 657.24 | 22.14 |
| 410 | Leasehold Improvement | New Store : Materials | 68.17 | 35.11 |
| 412 | Leasehold Improvement | New Store : Signage | 32,332.41 | 10,392.54 |
| 415 | Leasehold Improvement | New Store : Materials | 524.12 | 301.80 |
| 417 | Leasehold Improvement | New Store : Alarm | 3,581.28 | 2,466.36 |
| 417 | Leasehold Improvement | New Store : Signage | 29,973.93 | 20,644.17 |
| 418 | Furniture & Fixtures | New Store : Fixtures | 47,320.41 | 17,463.39 |
| 418 | Leasehold Improvement | New Store : Labor | 1,271.06 | 760.67 |
| 418 | Leasehold Improvement | New Store : Labor | 58.37 | 35.05 |
| 419 | Leasehold Improvement | Plumbing Plans | 1,732.00 | 1,558.10 |
| 419 | Leasehold Improvement | Electrical Plans | 1,732.00 | 1,558.10 |
| 419 | Leasehold Improvement | Mechanical Plans | 1,732.00 | 1,558.10 |
| 640 | Leasehold Improvement | Sprinkler Install | 5,400.00 | 94.50 |
| 405 | Equipment | Security Cameras & Install | 4,982.97 | 415.22 |
| 405 | Computer Equipment | Install | 250.00 | 20.65 |
| 407 | Computer Equipment | POS Hardware | 45.77 | 2.45 |
| 407 | Computer Equipment | POS Hardware | 474.65 | 23.78 |
| 407 | Computer Equipment | POS Hardware | 692.40 | 34.62 |
| 412 | Computer Equipment | RF Hardware | 479.73 | 23.73 |
| 412 | Computer Equipment | POS Hardware | 4,149.25 | 207.70 |
| 413 | Leasehold Improvement | Remove/Replace Radiator | 4,619.80 | 3,115.28 |
| 415 | Equipment | Security Cameras & Install | 3,082.97 | 205.69 |
| 415 | Computer Equipment | POS Hardware | 4,149.25 | 276.85 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 415 | Leasehold Improvement | New Store : Locks & Keys | 1,378.67 | 794.03 |
| 417 | Computer Equipment | RF Hardware | 476.42 | 23.84 |
| 417 | Computer Equipment | POS Hardware | 87.49 | 4.27 |
| 417 | Leasehold Improvement | New Store : Alarm | 1,018.29 | 701.37 |
| 417 | Leasehold Improvement | New Store : Alarm | 2,140.42 | 1,474.09 |
| 405 | Equipment | New Store : Security Cameras | 1,813.27 | 151.17 |
| 412 | Equipment | New Store : Security Cameras | 1,505.37 | 75.24 |
| 417 | Equipment | New Store : Security Cameras | 206.89 | 10.24 |
| 400 | Leasehold Improvement | Architectural Design/Expenses | 2,000.00 | 1,730.99 |
| 400 | Leasehold Improvement | Architectural Design/Expenses | 1,200.00 | 1,038.72 |
| 407 | Leasehold Improvement | Architectural Design/Expenses | 2,698.48 | 284.53 |
| 404 | Equipment | Security Cameras | 3,595.43 | 2,142.70 |
| 406 | Equipment | Security Cameras | 1,567.21 | 235.09 |
| 430 | Equipment | Security Cameras | 401.12 | 173.66 |
| 430 | Leasehold Improvement | Architectural Design/Expenses | 2,000.00 | 2,000.00 |
| 430 | Leasehold Improvement | Architectural Design/Expenses | 1,600.00 | 1,600.00 |
| 411 | Equipment | Security Cameras | 3,378.46 | 450.34 |
| 418 | Equipment | Security Cameras | 1,597.63 | 186.24 |
| 418 | Leasehold Improvement | New Store Materials | 4,595.87 | 2,750.41 |
| 419 | Equipment | Security Cameras | 398.36 | 86.28 |
| 420 | Leasehold Improvement | Design/Permit Fire Sprinklers | 2,600.00 | 990.60 |
| 420 | Equipment | Security Cameras | 397.44 | 53.20 |
| 405 | Leasehold Improvement | New Store : Materials/Labor | 53,630.94 | 29,050.34 |
| 405 | Leasehold Improvement | Construction Contract - 91.95% Completion | 972.13 | 526.63 |
| 410 | Computer Equipment | ENT Install | 2,140.00 | 71.14 |
| 415 | Leasehold Improvement | New Store : Materials | 8,778.50 | 5,054.50 |
| 402 | Furniture & Fixtures | New Store : Fixtures | 2,453.91 | 613.68 |
| 420 | Furniture & Fixtures | 2 5' Signs + Accrued Use Tax | 10,044.00 | 3,826.36 |
| 645 | Furniture & Fixtures | 8' Sign + Accrued Use Tax | 8,665.50 | 2,785.38 |
| 612 | Computer Equipment | | (4,827.84) | (2,735.88) |
| 612 | Computer Equipment | | (606.04) | (343.44) |
| 612 | Equipment | | (3,303.23) | (0.00) |
| 612 | Equipment | | (10,797.50) | - |
| 612 | Equipment | | 1,737.00 | 723.75 |
| 612 | Equipment | | 160.67 | 66.87 |
| 612 | Equipment | | (889.11) | (311.13) |
| 612 | Equipment | | (9,612.00) | (3,364.20) |
| 612 | Equipment | System Deposit for Pilots | (451.67) | (376.37) |
| 612 | Equipment | System Deposit for Pilots | 120.97 | 100.77 |
| 612 | Equipment | Security Cameras | (6,791.31) | (5,659.41) |
| 612 | Leasehold Improvement | | (10,923.19) | (5,413.58) |
| 612 | Leasehold Improvement | | (6,988.59) | (3,123.69) |
| 612 | Leasehold Improvement | | (7,826.89) | (3,498.38) |
| 612 | Leasehold Improvement | | (11,761.24) | (5,078.72) |
| 612 | Leasehold Improvement | | (17,887.97) | (7,995.38) |
| 612 | Leasehold Improvement | | (7,109.72) | (3,329.15) |
| 612 | Leasehold Improvement | Lighting Retrofit | (31,703.15) | (29,589.63) |
| 623 | Leasehold Improvement | | (7,225.00) | - |
| 623 | Leasehold Improvement | | (7,122.60) | - |
| 623 | Leasehold Improvement | | (1,020.02) | (85.02) |
| 623 | Computer Equipment | | (4,023.20) | (2,615.15) |
| 623 | Computer Equipment | | (606.04) | (393.94) |
| 698 | Leasehold Improvement | | (2,551.58) | (1,318.32) |
| 698 | Leasehold Improvement | | (2,551.58) | (1,318.32) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 698 | Computer Equipment | | (3,218.56) | (1,716.64) |
| 698 | Computer Equipment | | (606.04) | (323.24) |
| 698 | Equipment | Install Power for Baler | (975.00) | (682.50) |
| 698 | Equipment | 42" Smaller Baler | (9,079.02) | (6,355.26) |
| 704 | Computer Equipment | | (984.46) | (475.75) |
| 704 | Computer Equipment | | (2,413.92) | (1,166.79) |
| 704 | Computer Equipment | | (606.04) | (292.94) |
| 704 | Equipment | | (8,989.04) | - |
| 704 | Equipment | | (25,784.63) | - |
| 704 | Equipment | | (5,812.65) | (484.39) |
| 704 | Equipment | | (7,875.00) | (3,412.50) |
| 704 | Equipment | Security Camera Install | (6,188.92) | (5,466.87) |
| 704 | Leasehold Improvement | | (8,300.00) | (4,335.03) |
| 704 | Leasehold Improvement | | (12,656.00) | (4,956.93) |
| 704 | Leasehold Improvement | | (4,868.80) | (1,963.89) |
| 704 | Leasehold Improvement | | (4,080.09) | (2,300.39) |
| 704 | Leasehold Improvement | | (21,987.30) | (11,109.15) |
| 704 | Leasehold Improvement | HVAC | (6,637.00) | (6,162.94) |
| 402 | Leasehold Improvement | Reimb Creative Ceilings 8/14/13 | 5,480.00 | 4,753.98 |
| 404 | Computer Equipment | POS Hardware | 1,652.69 | 984.89 |
| 404 | Leasehold Improvement | New Store : Locks & Keys | 4,704.23 | 2,803.12 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 3,683.44 | 2,195.20 |
| 404 | Leasehold Improvement | New Store : Paging System | 1,396.40 | 831.95 |
| 404 | Leasehold Improvement | New Store : Paging System | 1,766.13 | 1,052.22 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 3,185.46 | 1,898.09 |
| 404 | Equipment | EAS Installation | 12,616.20 | 7,518.13 |
| 404 | Leasehold Improvement | New Store : Locks & Keys | 1,155.79 | 688.86 |
| 404 | Leasehold Improvement | New Store : Pilot Install | 1,237.32 | 737.53 |
| 404 | Equipment | Security Cameras & Install | 4,034.34 | 2,404.06 |
| 404 | Leasehold Improvement | New Store : Locks & Keys | 1,072.01 | 639.00 |
| 404 | Leasehold Improvement | New Store : Alarm | 3,227.73 | 1,923.40 |
| 405 | Equipment | Security Cameras/Motion Detector | 484.34 | 40.49 |
| 405 | Leasehold Improvement | New Store : Electrical | 2,387.10 | 1,293.15 |
| 406 | Computer Equipment | POS Hardware | 822.66 | 123.45 |
| 406 | Leasehold Improvement | New Store : Paging System | 1,812.04 | 1,101.61 |
| 406 | Leasehold Improvement | New Store : Locks & Keys | 1,072.01 | 651.77 |
| 430 | Leasehold Improvement | New Store : Construction K (Pymt 1) | 53,437.50 | 53,437.50 |
| 430 | Leasehold Improvement | Architectural Plans | 2,000.00 | 2,000.00 |
| 430 | Leasehold Improvement | Structural Plans | 4,000.00 | 4,000.00 |
| 430 | Leasehold Improvement | New Store : Labor | 42.42 | 42.42 |
| 411 | Computer Equipment | POS Hardware | 830.60 | 110.92 |
| 411 | Leasehold Improvement | New Store : Paging System | 1,784.08 | 1,074.80 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 3,080.26 | 1,173.42 |
| 411 | Leasehold Improvement | Focal Wall Contract (Deposit) | 8,287.50 | 4,992.78 |
| 411 | Leasehold Improvement | Drywall/Fitting Rooms (Deposit) | 6,375.00 | 3,840.52 |
| 411 | Leasehold Improvement | Fitting Room Doors (Deposit) | 4,154.38 | 2,502.86 |
| 411 | Leasehold Improvement | New Store : Labor | 1,101.21 | 663.37 |
| 412 | Computer Equipment | Toshiba B-EP2DL Thermal Portable | 2,333.25 | 116.52 |
| 414 | Computer Equipment | Toshiba B-EP2DL Thermal Portable | 2,333.25 | 466.53 |
| 415 | Equipment | Security Cameras/Motion Detector | 333.65 | 22.29 |
| 415 | Computer Equipment | Toshiba B-EP2DL Thermal Portable | 2,333.25 | 155.41 |
| 415 | Leasehold Improvement | New Store : Stucco Contract | 1,475.00 | 849.48 |
| 415 | Leasehold Improvement | New Store : Labor | 1,801.34 | 1,036.94 |
| 415 | Leasehold Improvement | New Store : Labor | 110.21 | 63.73 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 416 | Computer Equipment | RF Hardware | 476.42 | 246.16 |
| 416 | Computer Equipment | POS Hardware | 4,149.25 | 2,282.20 |
| 416 | Computer Equipment | Toshiba B-EP2DL Thermal Portable | 2,333.25 | 1,361.00 |
| 417 | Computer Equipment | Toshiba B-EP2DL Thermal Portable | 2,333.25 | 116.52 |
| 418 | Leasehold Improvement | New Store : Paging System | 1,043.06 | 624.36 |
| 418 | Furniture & Fixtures | New Store : Fixtures | 3,185.12 | 1,175.36 |
| 418 | Furniture & Fixtures | New Store : Fixtures | 3,596.29 | 1,327.36 |
| 418 | Equipment | EAS Installation | 2,728.66 | 1,007.22 |
| 418 | Leasehold Improvement | New Store : Locks & Keys | 1,180.90 | 706.55 |
| 418 | Leasehold Improvement | New Store : Labor | 2,140.05 | 1,280.92 |
| 418 | Equipment | Security Cameras & Install | 3,867.31 | 450.93 |
| 418 | Leasehold Improvement | New Store : Labor | 1,355.39 | 811.08 |
| 418 | Leasehold Improvement | New Store : Labor | 103.76 | 61.89 |
| 418 | Leasehold Improvement | New Store : Labor | 1,851.53 | 1,107.94 |
| 418 | Leasehold Improvement | New Store : Labor | 1,186.77 | 710.30 |
| 418 | Leasehold Improvement | New Store : Locks & Keys | 464.20 | 277.64 |
| 418 | Leasehold Improvement | New Store : Locks & Keys | 1,072.01 | 641.65 |
| 418 | Leasehold Improvement | Reimb United Rental | 1,031.22 | 617.29 |
| 418 | Leasehold Improvement | Satellite Install | 1,093.75 | 654.38 |
| 419 | Leasehold Improvement | New Store : Labor | 541.25 | 486.73 |
| 420 | Furniture & Fixtures | New Store : Fixtures | 3,074.20 | 1,171.00 |
| 420 | Leasehold Improvement | Construction Contract 40% | 134,125.20 | 51,095.24 |
| 420 | Leasehold Improvement | Construction Contract 70% | 67,062.60 | 25,547.88 |
| 420 | Leasehold Improvement | New Store : Floor | 54,864.00 | 20,900.72 |
| 426 | Leasehold Improvement | Plans | 4,800.00 | 2,981.76 |
| 430 | Leasehold Improvement | New Store : Construction K (Pymt 2) | 53,437.50 | 53,437.50 |
| 430 | Leasehold Improvement | New Store : Garage Door Repair | 415.00 | 415.00 |
| 430 | Leasehold Improvement | New Store : Construction K (Pymt 3) | 53,437.50 | 53,437.50 |
| 430 | Furniture & Fixtures | New Store : Fixtures | 453.67 | 270.07 |
| 420 | Leasehold Improvement | New Store : Dock Plate | 570.50 | 217.42 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 1,977.58 | 1,178.34 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 29,679.17 | 11,306.53 |
| 418 | Furniture & Fixtures | New Store : Fixtures | 369.02 | 136.35 |
| 420 | Furniture & Fixtures | New Store : Fixtures | 44,594.45 | 16,988.17 |
| 404 | Leasehold Improvement | New Store Construction Contract - 50% | 22,260.00 | 13,264.84 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 3,726.82 | 2,221.09 |
| 404 | Leasehold Improvement | New Store : Labor | 160.50 | 95.84 |
| 404 | Furniture & Fixtures | New Store : Fixtures | 757.38 | 451.57 |
| 404 | Leasehold Improvement | New Store : Demo | 5,190.37 | 3,093.16 |
| 406 | Leasehold Improvement | New Store : Locks & Keys | 4,866.94 | 2,959.03 |
| 406 | Leasehold Improvement | New Store : Sound System | 1,996.19 | 1,213.34 |
| 406 | Leasehold Improvement | New Store : Labor | 3,048.91 | 1,853.47 |
| 406 | Leasehold Improvement | New Store : Locks & Keys | 1,330.89 | 809.16 |
| 406 | Equipment | Security Cameras & Install | 3,494.02 | 524.29 |
| 406 | Equipment | EAS Installation | 4,294.44 | 2,577.92 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 260.93 | 102.32 |
| 406 | Leasehold Improvement | New Store : Labor / Materials | 8,762.49 | 5,327.13 |
| 406 | Leasehold Improvement | New Store : Labor | 606.40 | 368.74 |
| 406 | Leasehold Improvement | New Store : Labor | 2,577.26 | 1,566.95 |
| 406 | Leasehold Improvement | New Store : Alarm | 3,463.63 | 2,105.50 |
| 411 | Leasehold Improvement | New Store : Locks & Keys | 1,159.03 | 698.31 |
| 411 | Leasehold Improvement | New Store : Labor | 3,164.05 | 1,906.17 |
| 411 | Leasehold Improvement | New Store : Labor | 124.08 | 74.68 |
| 411 | Leasehold Improvement | New Store : Labor | 1,395.91 | 841.07 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 411 | Leasehold Improvement | New Store : Labor | 124.08 | 74.68 |
| 411 | Leasehold Improvement | New Store : Labor | 418.77 | 252.37 |
| 411 | Leasehold Improvement | New Store : Labor | 248.16 | 149.36 |
| 411 | Leasehold Improvement | New Store : Carpet Squares | 1,425.77 | 858.97 |
| 411 | Leasehold Improvement | New Store : Alarm | 3,016.63 | 1,817.51 |
| 411 | Equipment | Security Cameras & Install | 3,713.49 | 495.21 |
| 411 | Equipment | EAS Installation | 4,321.31 | 2,603.23 |
| 411 | Leasehold Improvement | New Store : Sound System | 2,017.15 | 1,215.31 |
| 415 | Leasehold Improvement | New Store : HVAC Install | 18,482.83 | 11,094.15 |
| 417 | Leasehold Improvement | Extra Signage | 2,000.00 | 1,406.40 |
| 417 | Leasehold Improvement | Extra Signage | 7,660.00 | 5,386.30 |
| 418 | Leasehold Improvement | New Store : Alarm | 2,640.37 | 1,580.37 |
| 418 | Leasehold Improvement | New Store : Locks & Keys | 2,192.95 | 1,312.62 |
| 418 | Leasehold Improvement | New Store : Locks & Keys | 183.41 | 109.74 |
| 418 | Furniture & Fixtures | New Store : Fixtures | 3,726.82 | 1,375.21 |
| 418 | Leasehold Improvement | New Store : Pilot Install | 1,197.59 | 716.88 |
| 418 | Leasehold Improvement | New Store : Electrical | 6,800.00 | 4,069.44 |
| 418 | Leasehold Improvement | New Store : Metal Framing & Sheetrock | 2,167.50 | 1,297.24 |
| 419 | Leasehold Improvement | New Store : Paging System | 1,007.73 | 906.68 |
| 420 | Leasehold Improvement | New Store : Locks & Keys | 1,760.83 | 670.91 |
| 420 | Leasehold Improvement | New Store : HVAC 50% | 29,750.00 | 11,333.16 |
| 420 | Leasehold Improvement | New Store : HVAC 100% | 29,750.00 | 11,333.16 |
| 420 | Equipment | Security Cameras & Install | 3,374.25 | 449.77 |
| 420 | Leasehold Improvement | New Store : Automatic Door Repair | 1,175.56 | 448.08 |
| 420 | Leasehold Improvement | New Store : Locks & Keys | 566.37 | 215.89 |
| 420 | Leasehold Improvement | New Store : Locks & Keys | 1,450.33 | 552.29 |
| 420 | Leasehold Improvement | New Store : Paging System | 1,005.62 | 383.18 |
| 420 | Equipment | EAS Installation | 2,433.72 | 927.28 |
| 420 | Leasehold Improvement | New Store Permits | 9,944.50 | 3,788.22 |
| 420 | Leasehold Improvement | New Store : Alarm | 1,107.57 | 421.69 |
| 420 | Furniture & Fixtures | New Store : Fixtures | 520.99 | 198.59 |
| 420 | Leasehold Improvement | New Store : Sound System | 962.13 | 366.73 |
| 420 | Leasehold Improvement | New Store : Labor / Materials | 8,620.91 | 3,284.15 |
| 420 | Leasehold Improvement | New Store : Drywall | 1,280.00 | 487.52 |
| 426 | Leasehold Improvement | Plans - Final Payment | 2,000.00 | 1,242.56 |
| 430 | Leasehold Improvement | New Store : Site Observations/Brick Walls | 3,500.00 | 3,500.00 |
| 430 | Leasehold Improvement | Plans : Initiate Project | 6,000.00 | 6,000.00 |
| 626 | Leasehold Improvement | Replacement of stolen HVAC units | 1,441.84 | 318.77 |
| 626 | Leasehold Improvement | HVAC cages | 11,465.43 | 2,534.40 |
| 645 | Leasehold Improvement | Remodel : Signage | 15,977.24 | 8,210.74 |
| 407 | Leasehold Improvement | New Store : Change Orders | 4,501.49 | 3,100.43 |
| 405 | Leasehold Improvement | New Store : Construction Contract 100% | 72,479.54 | 40,144.24 |
| 418 | Leasehold Improvement | New Store : Loading Dock Light | 403.90 | 241.72 |
| 418 | Furniture & Fixtures | New Store : Fixtures | 764.95 | 282.12 |
| 420 | Furniture & Fixtures | New Store : Fixtures | 20,440.77 | 7,787.09 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 32,304.50 | 12,690.92 |
| 420 | Leasehold Improvement | New Store : Bathroom Plumbing Plans | 500.00 | 190.60 |
| 406 | Leasehold Improvement | New Store : Materials | 5,104.92 | 3,103.68 |
| 406 | Computer Equipment | POS Install | 1,425.00 | 213.75 |
| 407 | Leasehold Improvement | New Store : Construction Contract | 4,699.43 | 3,236.81 |
| 407 | Leasehold Improvement | New Store : Construction Change Order | 1,380.00 | 950.22 |
| 411 | Leasehold Improvement | New Store : Construction Change Order | 4,626.90 | 2,787.66 |
| 411 | Leasehold Improvement | New Store : Construction Change Order | 6,284.00 | 3,785.92 |
| 411 | Leasehold Improvement | New Store : Construction Change Order | 862.50 | 519.82 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 411 | Leasehold Improvement | New Store : Construction Change Order | 700.00 | 421.80 |
| 411 | Computer Equipment | New Store : POS | 830.03 | 110.87 |
| 411 | Leasehold Improvement | New Store : Materials | 1,915.02 | 1,153.74 |
| 411 | Computer Equipment | POS Install | 1,484.00 | 198.04 |
| 415 | Leasehold Improvement | New Store : HVAC | 36,965.66 | 22,188.30 |
| 415 | Leasehold Improvement | New Store : Lighting | 6,025.00 | 3,616.36 |
| 416 | Computer Equipment | New Store : POS | 343.00 | 142.80 |
| 416 | Computer Equipment | New Store : POS | 120.96 | 52.28 |
| 420 | Leasehold Improvement | New Store : Electrical | 625.00 | 238.12 |
| 420 | Leasehold Improvement | New Store : Materials | 347.46 | 132.18 |
| 420 | Leasehold Improvement | POS Install | 1,484.00 | 565.16 |
| 420 | Leasehold Improvement | New Store : Signage | 21,207.77 | 8,079.33 |
| 406 | Furniture & Fixtures | New Store : Fixtures | 1,271.66 | 499.52 |
| 420 | Furniture & Fixtures | New Store : Fixtures | 279.66 | 106.50 |
| 404 | Leasehold Improvement | New Store : Materials | 460.75 | 274.72 |
| 404 | Leasehold Improvement | Expansion : Materials | 117.53 | 69.83 |
| 404 | Leasehold Improvement | Expansion : Materials | 29.91 | 17.72 |
| 404 | Leasehold Improvement | New Store : Baler | 10,284.30 | 6,128.57 |
| 404 | Leasehold Improvement | New Store : Construction Contract | 19,425.00 | 11,575.70 |
| 406 | Leasehold Improvement | New Store : Labor/Materials | 9,525.34 | 5,790.61 |
| 406 | Leasehold Improvement | New Store : Labor/Materials | 10,670.38 | 6,486.85 |
| 406 | Leasehold Improvement | New Store : Labor/Materials | 1,375.40 | 836.33 |
| 406 | Leasehold Improvement | New Store : Labor/Materials | 289.80 | 176.07 |
| 406 | Equipment | New Store : Security Cameras | 397.44 | 59.82 |
| 410 | Leasehold Improvement | New Store : HVAC | 3,427.70 | 1,799.78 |
| 411 | Leasehold Improvement | New Store : Signage | 26,546.69 | 15,992.77 |
| 411 | Leasehold Improvement | New Store : Extras | 6,837.46 | 4,119.42 |
| 411 | Leasehold Improvement | New Store : Labor/Materials | 1,412.13 | 850.53 |
| 411 | Leasehold Improvement | New Store : Baler | 9,678.13 | 5,830.65 |
| 411 | Leasehold Improvement | New Store : Materials | (205.76) | (124.12) |
| 412 | Computer Equipment | POS Hardware | 837.25 | 70.00 |
| 416 | Computer Equipment | POS Hardware | 837.25 | 335.05 |
| 417 | Computer Equipment | POS Hardware | 837.25 | 56.05 |
| 418 | Equipment | New Store : Security Cameras | 4,646.52 | 542.20 |
| 418 | Leasehold Improvement | New Store : HVAC | 1,396.50 | 835.76 |
| 418 | Equipment | New Store : Baler | 10,407.69 | 1,214.31 |
| 419 | Equipment | New Store : Security Cameras | 191.98 | 41.58 |
| 419 | Equipment | Correct Sales Tax | 1.79 | 0.38 |
| 420 | Leasehold Improvement | New Store : Extras | 2,167.15 | 825.55 |
| 420 | Leasehold Improvement | New Store : Extras | 135.00 | 51.28 |
| 420 | Leasehold Improvement | New Store : Extras | 500.00 | 190.60 |
| 420 | Leasehold Improvement | New Store : Extras | 3,500.00 | 1,333.16 |
| 420 | Leasehold Improvement | New Store : Extras | 475.00 | 181.20 |
| 420 | Equipment | New Store : Security Cameras | 253.18 | 33.74 |
| 420 | Leasehold Improvement | New Store : Labor/Materials | 2,563.67 | 976.63 |
| 420 | Equipment | New Store : Baler | 10,776.00 | 1,436.80 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 6,000.00 | 6,000.00 |
| 430 | Leasehold Improvement | Architectural | 12,000.00 | 12,000.00 |
| 430 | Equipment | New Store : Security Cameras | 836.68 | 362.72 |
| 416 | | REVERSED PER 12/15 | 2,851.45 | 2,851.45 |
| 406 | Leasehold Improvement | Locks & Keys | 1,395.00 | 904.18 |
| 416 | | REVERSED PER 12/15 | 2,000.00 | 2,000.00 |
| 416 | | REVERSED PER 12/15 | 1,200.00 | 1,200.00 |
| 416 | | REVERSED PER 12/15 | 1,500.00 | 1,500.00 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 416 | | REVERSED PER 12/15 | 1,500.00 | 1,500.00 |
| 406 | Leasehold Improvement | New Store : Labor | 1,629.70 | 990.67 |
| 406 | Leasehold Improvement | New Store : Labor | 2,264.57 | 1,376.66 |
| 426 | Leasehold Improvement | Design/Permit Fees for Fire Sprinklers | 3,500.00 | 2,174.24 |
| 428 | Leasehold Improvement | New Store : Labor | 460.00 | 412.96 |
| 426 | Furniture & Fixtures | 6' Sign + Accrued Use Tax | 6,104.00 | 3,791.84 |
| 404 | Leasehold Improvement | New Store : Signage | 3,746.44 | 2,261.32 |
| 406 | Leasehold Improvement | New Store : Data/Phone for Cash Wraps | 7,775.00 | 4,726.73 |
| 406 | Leasehold Improvement | New Store : Signage | 20,481.67 | 12,451.72 |
| 406 | Leasehold Improvement | New Store : Electrical Change Orders | 3,910.00 | 2,376.94 |
| 406 | Equipment | Security Cameras | 129.55 | 19.39 |
| 410 | Leasehold Improvement | New Store : Signage | 850.00 | 446.44 |
| 411 | Leasehold Improvement | New Store : Materials | 613.76 | 369.88 |
| 411 | Furniture & Fixtures | New Store : Fixtures | 388.78 | 148.02 |
| 411 | Leasehold Improvement | New Store : Materials | 4,015.54 | 2,419.14 |
| 415 | Leasehold Improvement | New Store : Signage | 26,386.87 | 15,992.07 |
| 418 | Leasehold Improvement | New Store : Materials | 14,725.49 | 8,701.25 |
| 418 | Equipment | Security Cameras | 114.23 | 11.63 |
| 418 | Leasehold Improvement | New Store : Signage | 34,287.48 | 20,260.98 |
| 419 | Leasehold Improvement | Asbestos Abatement | 27,515.00 | 24,751.87 |
| 419 | Leasehold Improvement | Electric per Utility Co / City Inspector | 18,136.21 | 16,314.96 |
| 420 | Leasehold Improvement | Electric for 20 speakers | 1,460.00 | 556.24 |
| 420 | Leasehold Improvement | Construction Project | 22,354.20 | 8,515.96 |
| 420 | Equipment | Security Cameras | 2,095.09 | 279.25 |
| 420 | Leasehold Improvement | New Store : Materials | 1,886.38 | 718.46 |
| 420 | Leasehold Improvement | Change Order - Bathrooms | 3,225.00 | 1,228.72 |
| 420 | Leasehold Improvement | Change Order - Bathrooms | 6,775.00 | 2,581.20 |
| 420 | Leasehold Improvement | Change Order - Fire Rating on Door | 350.00 | 133.16 |
| 420 | Leasehold Improvement | Change Order - Truncated Domes | 825.00 | 314.36 |
| 420 | Leasehold Improvement | Change Order - Decals | 275.00 | 104.96 |
| 420 | Leasehold Improvement | Change Order - Black-out Shades | 675.00 | 256.92 |
| 420 | Leasehold Improvement | Change Order - Bathrooms | 10,000.00 | 3,809.40 |
| 420 | Leasehold Improvement | Change Order - Electrical/Lighting | 20,120.00 | 7,664.96 |
| 426 | Furniture & Fixtures | | 558.40 | 346.72 |
| 428 | Leasehold Improvement | New Store ; Sprinkler Emergency Repair | 2,500.00 | 2,243.68 |
| 428 | Leasehold Improvement | Electrical Contract : First Installment | 38,000.00 | 34,102.40 |
| 428 | Leasehold Improvement | New Store : Labor/Materials | 27,630.52 | 24,796.60 |
| 428 | Leasehold Improvement | New Store : Labor/Materials | 21,907.28 | 19,660.40 |
| 428 | Equipment | EAS System | 8,267.28 | 3,641.54 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 1,680.80 | 1,680.80 |
| 430 | Equipment | Security Cameras | 1,491.17 | 646.27 |
| 431 | Leasehold Improvement | To Start Plans | 2,000.00 | 1,633.48 |
| 431 | Leasehold Improvement | Indoor Air Quality Survey Report | 5,340.00 | 5,340.00 |
| 431 | Leasehold Improvement | Indoor Air Quality Survey Report | (5,340.00) | (5,340.00) |
| 431 | Leasehold Improvement | Plumbing Plans - Bathrooms | 1,500.00 | 1,225.00 |
| 431 | Leasehold Improvement | Mechanical Plans - Title 24 | 1,600.00 | 1,306.52 |
| 431 | Leasehold Improvement | Electrical Plans | 1,600.00 | 1,306.52 |
| 419 | Leasehold Improvement | New Store Construction Contract | 230,031.25 | 206,929.81 |
| 419 | Leasehold Improvement | New Store : Demo | 32,235.84 | 28,998.48 |
| 426 | Leasehold Improvement | Construction Project - 19.7% | 83,800.00 | 52,057.60 |
| 426 | Leasehold Improvement | Construction Project - 39.3% | 83,800.00 | 52,057.60 |
| 426 | Leasehold Improvement | Construction Project - 59.1% | 83,800.00 | 52,057.60 |
| 419 | Equipment | NEW Store : EAS System | 6,480.05 | 2,854.47 |
| 419 | Equipment | Correct Sales Tax | 60.42 | 26.58 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 426 | Furniture & Fixtures | New Store : Fixtures | 3,111.40 | 1,933.00 |
| 426 | Equipment | NEW Store : EAS System | 4,320.87 | 2,684.07 |
| 426 | Furniture & Fixtures | New Store : Cash Wrap | 4,216.94 | 2,619.50 |
| 426 | Leasehold Improvement | New Store Construction Contract | 12,965.37 | 8,054.01 |
| 426 | Leasehold Improvement | New Store : Electrical | 2,485.00 | 1,543.72 |
| 426 | Leasehold Improvement | New Store Construction Contract | 8,464.86 | 5,258.46 |
| 426 | Leasehold Improvement | New Store : Mirrors/Windows | 18,088.00 | 11,236.48 |
| 428 | Leasehold Improvement | New Store : Electrical | 4,399.22 | 3,948.02 |
| 428 | Leasehold Improvement | New Store Construction Contract | 24,259.56 | 21,771.24 |
| 428 | Leasehold Improvement | New Store Construction Contract | 41,066.97 | 36,854.97 |
| 428 | Leasehold Improvement | New Store : Labor | 959.36 | 860.96 |
| 428 | Leasehold Improvement | New Store : Electrical | 14,110.00 | 12,662.80 |
| 428 | Leasehold Improvement | HVAC : 2nd Installment | 50,000.00 | 44,871.68 |
| 428 | Leasehold Improvement | New Store : Materials | 19,658.66 | 17,642.18 |
| 428 | Leasehold Improvement | New Store : Materials | 45,867.93 | 41,163.45 |
| 428 | Leasehold Improvement | New Store : Electrical | 50,000.00 | 44,871.68 |
| 428 | Leasehold Improvement | New Store : Drywall | 10,000.00 | 8,974.24 |
| 428 | Leasehold Improvement | New Store : Framing Ceilings | 1,360.00 | 1,220.32 |
| 428 | Leasehold Improvement | New Store : Doors | 18,994.00 | 17,045.68 |
| 428 | Leasehold Improvement | New Store : Materials | 6,006.00 | 5,390.16 |
| 428 | Leasehold Improvement | HVAC : 1st Installment | 50,000.00 | 44,871.68 |
| 428 | Leasehold Improvement | HVAC : Final | 50,000.00 | 44,871.68 |
| 430 | Leasehold Improvement | New Store : Materials | 8,890.63 | 8,890.63 |
| 430 | Leasehold Improvement | New Store : Materials | 2,211.46 | 2,211.46 |
| 430 | Leasehold Improvement | New Store | 15,000.00 | 15,000.00 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 6,040.95 | 6,040.95 |
| 430 | Leasehold Improvement | New Store : Asbestos Removal | 16,000.00 | 16,000.00 |
| 431 | Leasehold Improvement | New Store : Labor / Materials | 7,578.64 | 6,189.12 |
| 431 | Leasehold Improvement | New Store : Locks & Keys | 675.00 | 551.36 |
| 419 | Leasehold Improvement | New Store : Cabinet Work  50% Deposit | 7,400.00 | 6,656.93 |
| 419 | Furniture & Fixtures | New Store : Fixtures | 48,898.21 | 21,538.57 |
| 419 | Furniture & Fixtures | New Store : Fixtures Correct Sales tax | 145.49 | 64.18 |
| 426 | Furniture & Fixtures | New Store : Fixtures | 46,361.89 | 28,800.61 |
| 428 | Furniture & Fixtures | New Store : Fixtures | 83,377.49 | 36,725.76 |
| 432 | Furniture & Fixtures | 6' Sign | 6,104.00 | 4,141.91 |
| 419 | Leasehold Improvement | New Store Construction Contract | 230,031.25 | 206,929.81 |
| 419 | Leasehold Improvement | New Store Construction Contract | 27,433.75 | 24,678.61 |
| 428 | Leasehold Improvement | New Store Electrical | 10,590.00 | 9,503.76 |
| 426 | Leasehold Improvement | New Store Electrical | 1,243.00 | 772.12 |
| 428 | Leasehold Improvement | New Store Electrical | 1,243.00 | 1,115.32 |
| 430 | Leasehold Improvement | New Store Electrical | 5,300.00 | 5,300.00 |
| 426 | Leasehold Improvement | Construction Change Order 1 | 31,325.00 | 19,459.40 |
| 426 | Leasehold Improvement | Construction FINAL | 17,651.65 | 10,965.25 |
| 419 | Leasehold Improvement | New Store : Locks & Keys | 3,484.10 | 3,134.42 |
| 426 | Leasehold Improvement | New Store : Signage | 16,772.02 | 10,419.22 |
| 405 | Leasehold Improvement | New Store : Signage | 23,419.06 | 12,833.76 |
| 426 | Equipment | Security Cameras & Install | 6,775.65 | 4,209.09 |
| 619 | Leasehold Improvement | HVAC | 7,557.94 | 3,238.90 |
| 426 | Leasehold Improvement | New Store : Security System | 1,349.47 | 838.27 |
| 428 | Leasehold Improvement | New Store : Security System | 2,818.16 | 2,529.20 |
| 419 | Leasehold Improvement | New Store : Security System | 2,998.48 | 2,697.21 |
| 428 | Furniture & Fixtures | New Store : Fixtures | 2,821.59 | 1,242.86 |
| 419 | Furniture & Fixtures | New Store : Fixtures | 2,750.78 | 1,211.53 |
| 430 | Leasehold Improvement | New Store : Materials/Labor | 24,815.96 | 24,815.96 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 426 | Leasehold Improvement | New Store : Materials/Labor | 27,764.32 | 17,247.52 |
| 428 | Leasehold Improvement | New Store : Materials/Labor | 27,410.00 | 24,598.64 |
| 428 | Leasehold Improvement | New Store : Materials/Labor | 31,243.08 | 28,038.60 |
| 428 | Leasehold Improvement | New Store : Materials/Labor | 28,676.93 | 25,735.49 |
| 426 | Leasehold Improvement | New Store : Materials | 24,926.60 | 15,484.52 |
| 428 | Leasehold Improvement | New Store : Materials | 54,954.54 | 49,318.38 |
| 428 | Furniture & Fixtures | New Store : Fixtures | 2,326.30 | 1,024.87 |
| 430 | Leasehold Improvement | New Store : Materials | 224.08 | 224.08 |
| 426 | Leasehold Improvement | New Store Electrical | 283.40 | 175.88 |
| 427 | Leasehold Improvement | Architectural Fees / Travel | 1,385.46 | 889.58 |
| 427 | Leasehold Improvement | Plan Initiation | 2,000.00 | 1,283.68 |
| 427 | Leasehold Improvement | Plumbing Plans - Bathrooms | 1,500.00 | 962.76 |
| 427 | Leasehold Improvement | Electrical Plans | 1,600.00 | 1,027.12 |
| 427 | Leasehold Improvement | Mechanical Plans - Title 24 | 1,600.00 | 1,027.12 |
| 427 | Leasehold Improvement | Plans - Final Payment | 2,000.00 | 1,283.68 |
| 428 | Furniture & Fixtures | New Store : Fixtures | 3,190.15 | 1,405.09 |
| 419 | Furniture & Fixtures | New Store : Fixtures | 1,582.68 | 697.20 |
| 688 | Leasehold Improvement | HVAC | 6,234.82 | 2,672.26 |
| 426 | Leasehold Improvement | New Store : Materials | 12,796.01 | 7,948.97 |
| 689 | Leasehold Improvement |  | 15,892.48 | 3,443.59 |
| 430 | Leasehold Improvement | New Store Labor | 217.35 | 217.35 |
| 428 | Leasehold Improvement | New Store : Materials/Labor | 30,103.62 | 27,016.26 |
| 415 | Leasehold Improvement | MISPOSTED - REVERSED PER 8 | 989.53 | 989.53 |
| 415 | Leasehold Improvement | MISPOSTED - REVERSED PER 8 | (989.53) | (989.53) |
| 619 | Leasehold Improvement | HVAC due to Vandalism (no insurance  claim) | 13,738.78 | 5,887.90 |
| 405 | Leasehold Improvement | Storefront Signage | 1,494.69 | 819.29 |
| 419 | Leasehold Improvement | New Store : Electrical | 41,075.00 | 36,949.81 |
| 419 | Leasehold Improvement | New Store : Floor Work | 25,497.21 | 22,936.65 |
| 419 | Leasehold Improvement | New Store : Locks & Keys | 710.80 | 639.36 |
| 421 | Equipment | New Store : Paging System | 1,586.95 | 1,015.39 |
| 424 | Leasehold Improvement | New Store : Build-out | 134,728.00 | 90,777.72 |
| 426 | Leasehold Improvement | New Store : Paging System | 1,586.95 | 985.99 |
| 427 | Leasehold Improvement | New Store : Electrical | 40,000.00 | 25,677.12 |
| 431 | Leasehold Improvement | New Store : Asbestos Removal | 8,650.00 | 7,064.24 |
| 427 | Leasehold Improvement | New Store : Construction Contract | 147,922.80 | 94,955.60 |
| 428 | Leasehold Improvement | New Store : Electrical | 6,950.00 | 6,237.20 |
| 428 | Leasehold Improvement | Finishing Drywall | 10,080.00 | 9,046.08 |
| 430 | Leasehold Improvement | New Store : Fire Sprinklers | 4,500.00 | 4,500.00 |
| 428 | Leasehold Improvement | New Store : Installed Materials | 4,930.00 | 4,424.56 |
| 428 | Leasehold Improvement | New Store : Signage | 45,390.68 | 40,735.16 |
| 428 | Leasehold Improvement | New Store : Labor | 881.28 | 791.04 |
| 428 | Leasehold Improvement | New Store : Labor | 2,873.34 | 2,578.62 |
| 428 | Leasehold Improvement | New Store : Labor | 2,662.20 | 2,389.08 |
| 428 | Leasehold Improvement | New Store : Labor | 587.52 | 527.04 |
| 607 | Leasehold Improvement | HVAC Compressor | 6,647.22 | 2,928.11 |
| 428 | Leasehold Improvement | New Store : Materials | 13,706.36 | 12,300.44 |
| 428 | Leasehold Improvement | New Store : Security | 19,342.89 | 17,359.05 |
| 428 | Leasehold Improvement | New Store : Labor / Materials | 58,539.34 | 52,535.50 |
| 428 | Leasehold Improvement | New Store : Labor / Materials | 18,425.94 | 16,536.18 |
| 428 | Leasehold Improvement | New Store : Labor / Materials | 11,798.55 | 10,588.47 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 17,314.41 | 17,314.41 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 15,137.60 | 15,137.60 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 4,743.43 | 4,743.43 |
| 431 | Leasehold Improvement | New Store : Labor / Materials | 8,945.96 | 7,306.08 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 432 | Leasehold Improvement | New Store : Labor / Materials | 21,929.16 | 19,773.60 |
| 432 | Leasehold Improvement | New Store : Materials | 9,330.04 | 8,412.80 |
| 430 | Leasehold Improvement | New Store : Materials | 25,441.98 | 25,441.98 |
| 428 | Equipment | New Store : Paging System | 1,572.69 | 692.85 |
| 429 | Equipment | New Store : Paging System | 1,001.57 | 317.28 |
| 430 | Equipment | New Store : Paging System | 1,008.58 | 437.04 |
| 431 | Equipment | New Store : Paging System | 1,008.58 | 268.94 |
| 432 | Equipment | New Store : Paging System | 1,008.58 | 319.37 |
| 426 | Leasehold Improvement | New Store : Materials | 5,846.21 | 3,631.97 |
| 403 | Leasehold Improvement | New Store : HVAC | 13,197.85 | 5,341.85 |
| 427 | Leasehold Improvement | New Store : Construction Contract | 73,961.40 | 47,477.80 |
| 426 | Leasehold Improvement | New Store : Change Orders | 11,853.00 | 7,363.08 |
| 432 | Furniture & Fixtures | Fixtures Distro Thru Otay | 31,118.26 | 20,374.92 |
| 432 | Equipment | EAS System | 2,447.11 | 815.51 |
| 692 | Leasehold Improvement | | 4,999.97 | 1,166.79 |
| 416 | | REVERSED PER 12/15 | 266.77 | 266.77 |
| 419 | Leasehold Improvement | | 266.78 | 239.99 |
| 424 | Leasehold Improvement | | 2,772.00 | 1,867.80 |
| 684 | Furniture & Fixtures | 9' Store Sign | 9,471.88 | 2,659.74 |
| 434 | Furniture & Fixtures | 9' Store Sign | 9,480.63 | 6,433.41 |
| 415 | Leasehold Improvement | HVAC | 61,887.55 | 28,733.35 |
| 419 | Equipment | Security Cameras / Install | 7,055.52 | 1,528.79 |
| 421 | Computer Equipment | Quick scan Units | 514.08 | 328.84 |
| 421 | Computer Equipment | POS Software / Hardware | 1,947.29 | 1,245.93 |
| 424 | Leasehold Improvement | Cash Wrap Doors | 961.27 | 647.55 |
| 424 | Computer Equipment | Toshiba Thermal Portable | 4,861.80 | 3,275.60 |
| 426 | Leasehold Improvement | New Store: Materials | 1,050.64 | 652.72 |
| 432 | Leasehold Improvement | New Store : Drywall | 2,600.00 | 2,344.24 |
| 428 | Leasehold Improvement | New Store : Rubberized Roof Repair | 4,300.00 | 4,300.00 |
| 432 | Leasehold Improvement | New Store : Framing/Hanging/Finishing | 11,860.00 | 10,694.36 |
| 437 | Leasehold Improvement | New Store : HVAC Contract 50% | 32,850.00 | 26,827.28 |
| 437 | Leasehold Improvement | New Store : Construction Contract | 180,279.60 | 147,228.12 |
| 431 | Leasehold Improvement | New Store : Electrical - First Install | 45,000.00 | 36,750.00 |
| 432 | Leasehold Improvement | New Store : Electrical | 2,175.00 | 1,961.10 |
| 428 | Leasehold Improvement | New Store : Electrical Change Orders | 7,400.00 | 6,641.12 |
| 437 | Leasehold Improvement | New Store : Electrical - First Install | 28,000.00 | 22,866.52 |
| 432 | Leasehold Improvement | 44 Pieces of New Tempered Glass (Installed) | 3,300.00 | 2,975.70 |
| 432 | Leasehold Improvement | Mirrors Supplied and Installed | 1,100.00 | 991.90 |
| 432 | Leasehold Improvement | Glass & Mirrors Installed | 1,548.00 | 1,395.74 |
| 434 | Leasehold Improvement | Glass & Mirrors Installed | 4,390.00 | 3,040.24 |
| 426 | Computer Equipment | New Store : POS System | 1,947.28 | 1,209.52 |
| 428 | Computer Equipment | New Store : POS System | 1,947.28 | 422.13 |
| 429 | Computer Equipment | New Store : POS System | 4,994.34 | 1,581.50 |
| 430 | Computer Equipment | New Store : POS System | 4,994.34 | 2,164.18 |
| 431 | Computer Equipment | New Store : POS System | 4,994.34 | 1,331.78 |
| 432 | Computer Equipment | New Store : POS System | 4,994.34 | 2,663.62 |
| 432 | Leasehold Improvement | New Store : Labor | 1,964.52 | 1,771.32 |
| 692 | Leasehold Improvement | HVAC Repairs | 5,383.24 | 2,499.19 |
| 426 | Computer Equipment | Quick scan Units | 514.08 | 319.20 |
| 428 | Computer Equipment | Quick scan Units | 514.09 | 111.30 |
| 428 | Leasehold Improvement | New Store : Rubberized Roof Repair | 4,300.00 | 3,858.88 |
| 430 | Leasehold Improvement | New Store : Demo | 7,723.67 | 7,723.67 |
| 431 | Leasehold Improvement | New Store : Materials | 12,993.05 | 10,610.89 |
| 432 | Leasehold Improvement | New Store : Materials | 46,579.64 | 42,001.26 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 435 | Leasehold Improvement | Cash Wrap Doors | 961.26 | 662.78 |
| 436 | Leasehold Improvement | Cash Wrap Doors | 961.26 | 728.14 |
| 427 | Computer Equipment | Toshiba Thermal Portable | 4,861.80 | 3,120.72 |
| 429 | Computer Equipment | Quick scan Units | 511.92 | 162.19 |
| 429 | Computer Equipment | Toshiba Thermal Portable | 4,085.10 | 1,293.41 |
| 430 | Computer Equipment | Quick scan Units | 511.92 | 221.90 |
| 430 | Computer Equipment | Toshiba Thermal Portable | 4,085.10 | 1,770.04 |
| 431 | Computer Equipment | Quick scan Units | 511.92 | 136.60 |
| 431 | Computer Equipment | Toshiba Thermal Portable | 4,085.10 | 1,089.14 |
| 432 | Computer Equipment | Quick scan Units | 511.92 | 281.61 |
| 432 | Computer Equipment | Toshiba Thermal Portable | 4,085.10 | 2,178.58 |
| 434 | Computer Equipment | Toshiba Thermal Portable | 4,861.80 | 2,673.99 |
| 435 | Computer Equipment | Toshiba Thermal Portable | 4,861.80 | 1,539.57 |
| 436 | Computer Equipment | Toshiba Thermal Portable | 4,861.80 | 2,349.87 |
| 437 | Computer Equipment | Toshiba Thermal Portable | 4,861.80 | 1,296.48 |
| 432 | Leasehold Improvement | New Store : Automatic Doors | 315.00 | 284.18 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 13,178.28 | 13,178.28 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 13,800.49 | 13,800.49 |
| 430 | Leasehold Improvement | New Store : Labor / Materials | 2,047.00 | 2,047.00 |
| 430 | Leasehold Improvement | New Store : Materials | 1,059.82 | 1,059.82 |
| 430 | Leasehold Improvement | New Store : Labor | 7,194.40 | 7,194.40 |
| 428 | Leasehold Improvement | New Store : Labor / Materials | 2,331.68 | 2,092.64 |
| 431 | Leasehold Improvement | New Store : Labor / Materials | 22,581.02 | 18,441.06 |
| 431 | Leasehold Improvement | New Store : Labor / Materials | 15,696.35 | 12,818.75 |
| 431 | Leasehold Improvement | New Store : Labor | 14,906.30 | 12,173.46 |
| 432 | Leasehold Improvement | New Store : Labor / Materials | 12,600.94 | 11,362.16 |
| 432 | Leasehold Improvement | New Store : Labor / Materials | 46,858.47 | 42,252.95 |
| 432 | Leasehold Improvement | New Store : Labor / Materials | 7,539.46 | 6,798.40 |
| 427 | Furniture & Fixtures | New Store : Wall Standards | 814.00 | 522.72 |
| 431 | Leasehold Improvement | NEED INVOICE | 6,300.00 | 5,985.00 |
| 430 | Leasehold Improvement | New Store : Second Floor Sprinklers | 3,300.00 | 3,300.00 |
| 432 | Leasehold Improvement | New Store : Labor | 289.80 | 261.28 |
| 437 | Leasehold Improvement | HVAC Contract - 40% | 26,280.00 | 21,462.00 |
| 431 | Leasehold Improvement | New Store : Materials | 117,526.49 | 95,980.13 |
| 427 | Leasehold Improvement | Structural HVAC Drawings | 800.00 | 513.56 |
| 427 | Leasehold Improvement | Structural Details | 400.00 | 256.56 |
| 427 | Leasehold Improvement | Structural Details | 800.00 | 513.56 |
| 427 | Leasehold Improvement | Structural Details | 1,429.08 | 917.36 |
| 428 | Leasehold Improvement | Rubberized Roof Repair | 3,600.00 | 3,230.88 |
| 430 | Leasehold Improvement | New Store : Materials | 4,299.70 | 4,299.70 |
| 431 | Leasehold Improvement | Travel | 1,428.75 | 1,166.95 |
| 431 | Leasehold Improvement | Color Rendering | 600.00 | 490.00 |
| 432 | Leasehold Improvement | New Store : Materials | 8,119.92 | 7,321.82 |
| 434 | Leasehold Improvement | New Store : Materials | 1,885.53 | 1,305.65 |
| 437 | Leasehold Improvement | Job Inspections | 800.00 | 653.48 |
| 437 | Leasehold Improvement | Structural Details - Roof | 600.00 | 490.00 |
| 437 | Leasehold Improvement | Structural Details | 2,000.00 | 1,633.48 |
| 437 | Leasehold Improvement | Structural Details | 800.00 | 653.48 |
| 427 | Leasehold Improvement | Permits | 7,488.33 | 4,806.97 |
| 437 | Leasehold Improvement | New Store Construction Contract 90% | 90,139.80 | 73,614.28 |
| 427 | Leasehold Improvement | New Store : Construction Contract 100% | 32,463.83 | 20,839.47 |
| 437 | Leasehold Improvement | New Store : Electrical | 34,893.00 | 28,495.84 |
| 406 | Leasehold Improvement | New Store : Locks & Keys | 1,811.20 | 1,087.36 |
| 411 | Leasehold Improvement | New Store : Locks & Keys | 471.65 | 283.93 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 438 | Leasehold Improvement | Lost Equipment - Reclass Per 11 | 1,758.99 | 1,758.99 |
| 438 | Leasehold Improvement | Lost Equipment - Reclass Per 11 | (1,758.99) | (1,758.99) |
| 434 | Leasehold Improvement | Paging system | 5,264.56 | 3,646.14 |
| 424 | Leasehold Improvement | New Store : Labor | 1,259.90 | 848.94 |
| 438 | Leasehold Improvement | New Store : Labor | 1,841.37 | 1,241.21 |
| 424 | Leasehold Improvement | New Store : Labor | 153.83 | 103.67 |
| 419 | Leasehold Improvement | New Store : Signage | 3,600.00 | 3,238.57 |
| 419 | Leasehold Improvement | New Store : Signage | 1,500.00 | 1,349.13 |
| 419 | Leasehold Improvement | New Store : Signage | 7,400.00 | 6,656.93 |
| 426 | Leasehold Improvement | New Store : Locks & Keys | 2,551.59 | 1,584.87 |
| 427 | Leasehold Improvement | New Store : Locks & Keys | 11,887.34 | 7,630.78 |
| 434 | Furniture & Fixtures | New Store : Fixtures | 3,328.01 | 2,218.65 |
| 434 | Furniture & Fixtures | New Store : U-BOAT | 1,456.68 | 988.50 |
| 434 | Furniture & Fixtures | New Store : Fixtures | 16.48 | 11.08 |
| 437 | Furniture & Fixtures | New Store : Fixtures | 3,941.54 | 1,877.06 |
| 427 | Furniture & Fixtures | New Store : Fixtures | 4,018.76 | 2,579.96 |
| 424 | Furniture & Fixtures | New Store : Fixtures | 3,962.57 | 2,669.85 |
| 438 | Furniture & Fixtures | New Store : Fixtures | 3,867.93 | 2,607.33 |
| 437 | Furniture & Fixtures | New Store : U-BOAT | 1,937.58 | 922.50 |
| 427 | Furniture & Fixtures | New Store : U-BOAT | 2,006.98 | 1,288.46 |
| 424 | Furniture & Fixtures | New Store : U-BOAT | 1,990.86 | 1,341.42 |
| 438 | Furniture & Fixtures | New Store : U-BOAT | 1,892.17 | 1,275.29 |
| 420 | Equipment | New Store : EAS System | 2,084.64 | 794.00 |
| 434 | Equipment | New Store : EAS System | 2,370.26 | 829.76 |
| 434 | Equipment | New Store : EAS System | 1,998.87 | 699.78 |
| 426 | Equipment | New Store : EAS System | 2,187.81 | 1,359.33 |
| 437 | Equipment | New Store : EAS System | 615.78 | 164.34 |
| 434 | Equipment | New Store : EAS System | 538.08 | 188.25 |
| 427 | Equipment | New Store : EAS System | 576.88 | 370.52 |
| 430 | Leasehold Improvement | New Store : Materials & Labor | 6,349.92 | 6,349.92 |
| 428 | Leasehold Improvement | New Store : Materials & Labor | 8,378.42 | 7,519.22 |
| 431 | Leasehold Improvement | New Store : Materials & Labor | 22,687.03 | 18,527.71 |
| 424 | Leasehold Improvement | New Store Contract | 208,634.60 | 140,574.52 |
| 694 | Leasehold Improvement | Signage | 5,412.50 | - |
| 428 | Leasehold Improvement | New Store : Locks & Keys | 1,955.23 | 1,758.70 |
| 428 | Leasehold Improvement | New Store : Locks & Keys | 983.66 | 884.96 |
| 419 | Leasehold Improvement | New Store : Locks & Keys | 541.53 | 487.01 |
| 432 | Leasehold Improvement | New Store : Labor | 413.10 | 321.10 |
| 432 | Leasehold Improvement | New Store : Labor | 413.10 | 321.10 |
| 437 | Leasehold Improvement | HVAC Contract - 10% | 7,142.40 | 5,832.96 |
| 419 | Leasehold Improvement | Roof Repair/HVAC Cages | 7,011.09 | 6,307.03 |
| 438 | Leasehold Improvement | New Store Contract - 50% | 67,656.25 | 45,605.21 |
| 438 | Leasehold Improvement | New Store Contract - 100% | 67,656.25 | 45,605.21 |
| 438 | Leasehold Improvement | New Store Materials | 911.16 | 614.16 |
| 424 | Leasehold Improvement | NEED FULL INVOICE Asked Lupe 1/18 | 1,365.03 | 919.75 |
| 438 | Leasehold Improvement | Additional Circuits | 3,031.00 | 2,043.20 |
| 427 | Leasehold Improvement | New Store Electrical | 21,791.11 | 13,988.15 |
| 431 | Leasehold Improvement | New Store Electrical | 4,150.00 | 3,389.24 |
| 421 | Leasehold Improvement | New Store Electrical | 6,875.00 | 4,398.68 |
| 430 | Leasehold Improvement | New Store Electrical | 30,000.00 | 30,000.00 |
| 421 | Leasehold Improvement | Hanging & Taping Drywall in Storage Area | 9,800.00 | 6,270.32 |
| 421 | Leasehold Improvement | Glass | 1,300.00 | 831.84 |
| 430 | Leasehold Improvement | Remove Existing glass/aluminum store front | 20,000.00 | 20,000.00 |
| 426 | Equipment | Baler | 10,811.50 | 6,716.14 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 428 | Equipment | Baler | 10,738.00 | 2,326.41 |
| 419 | Equipment | Baler | 10,662.63 | 9,591.97 |
| 431 | Equipment | Baler | 10,959.60 | 2,922.56 |
| 434 | Equipment | Baler | 9,163.25 | 3,359.89 |
| 434 | Equipment | Baler | 16.34 | 6.08 |
| 421 | Equipment | Baler | 10,959.60 | 7,011.92 |
| 437 | Equipment | New Store : Speaker System | 8,100.04 | 2,160.04 |
| 427 | Equipment | New Store : Speaker System | 4,493.06 | 2,884.42 |
| 424 | Leasehold Improvement | New Store : Labor | 2,489.07 | 1,677.27 |
| 431 | Leasehold Improvement | New Store : Labor | 1,544.13 | 1,261.21 |
| 424 | Leasehold Improvement | New Store : Labor | 732.50 | 493.58 |
| 438 | Furniture & Fixtures | New Store : Signage | 33,945.04 | 22,881.68 |
| 437 | Furniture & Fixtures | New Store : Signage | 15,565.86 | 7,412.22 |
| 431 | Leasehold Improvement | New Store : Plastering | 6,000.00 | 4,900.00 |
| 431 | Leasehold Improvement | New Store : Plastering | 18,500.00 | 15,108.48 |
| 424 | Leasehold Improvement | New Store : Door | 5,392.93 | 3,633.81 |
| 431 | Leasehold Improvement | New Store : Door | 14,843.24 | 12,121.84 |
| 437 | Leasehold Improvement | New Store : Door | 10,415.08 | 8,505.48 |
| 430 | Leasehold Improvement | New Store : Materials | 23,900.00 | 23,900.00 |
| 430 | Leasehold Improvement | Contract - Installment Payment | 50,000.00 | 50,000.00 |
| 432 | Leasehold Improvement | Fire/Security Systems | 21,663.29 | 11,863.09 |
| 424 | Leasehold Improvement | Fire/Security Systems | 6,331.49 | 4,266.13 |
| 437 | Leasehold Improvement | Fire System | 24,848.52 | 20,292.76 |
| 434 | Leasehold Improvement | Security System | 3,832.54 | 2,654.16 |
| 427 | Leasehold Improvement | Grind & Polish Sales Floor | 44,330.60 | 28,457.16 |
| 427 | Leasehold Improvement | Credit toward Sales Floor Work | (2,500.00) | (1,604.60) |
| 437 | Leasehold Improvement | Grind & Polish Sales Floor | 24,450.00 | 19,967.28 |
| 437 | Leasehold Improvement | Credit toward Sales Floor Work | (2,000.00) | (1,633.48) |
| 427 | Equipment | EAS System | 3,927.72 | 2,521.48 |
| 424 | Equipment | EAS System | 3,082.20 | 2,076.80 |
| 438 | Equipment | EAS System | 7,350.18 | 4,954.38 |
| 434 | Leasehold Improvement | New Store : Materials & Labor | 1,802.52 | 1,248.48 |
| 421 | Leasehold Improvement | New Store : Materials | 12,360.78 | 7,908.42 |
| 421 | Leasehold Improvement | New Store : Materials | 3,480.48 | 2,226.92 |
| 430 | Leasehold Improvement | New Store : Labor | 3,896.00 | 3,896.00 |
| 430 | Leasehold Improvement | New Store : Materials & Labor | 8,500.80 | 8,500.80 |
| 430 | Leasehold Improvement | New Store : Materials & Labor | 14,738.39 | 14,738.39 |
| 430 | Leasehold Improvement | New Store : Materials & Labor | 15,060.40 | 15,060.40 |
| 431 | Leasehold Improvement | New Store : Materials & Labor | 20,594.61 | 16,818.97 |
| 431 | Leasehold Improvement | New Store : Materials & Labor | 23,217.09 | 18,960.53 |
| 431 | Leasehold Improvement | New Store : Materials & Labor | 43,434.40 | 35,471.28 |
| 431 | Leasehold Improvement | New Store : Materials & Labor | 18,778.35 | 15,335.79 |
| 431 | Leasehold Improvement | New Store : Materials & Labor | 4,773.73 | 3,898.57 |
| 427 | Leasehold Improvement | New Store : Electrical | 28,658.89 | 18,396.77 |
| 431 | Leasehold Improvement | New Store : Electrical | 24,963.60 | 20,386.72 |
| 421 | Leasehold Improvement | New Store : Materials | 1,071.87 | 685.99 |
| 424 | Furniture & Fixtures | Cash Wrap Doors | 110.00 | 73.92 |
| 430 | Leasehold Improvement | New Store : Materials | 2,729.18 | 2,729.18 |
| 431 | Leasehold Improvement | New Store : Materials | 197,916.72 | 161,632.12 |
| 431 | Leasehold Improvement | New Store : Materials | 14,404.56 | 11,763.68 |
| 431 | Leasehold Improvement | New Store : Materials | 2,752.58 | 2,247.90 |
| 437 | Leasehold Improvement | New Store : Roof | 4,500.00 | 3,675.00 |
| 430 | Leasehold Improvement | New Store : Electrical | 18,583.92 | 18,583.92 |
| 430 | Leasehold Improvement | Final Plans | 2,000.00 | 2,000.00 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 430 | Leasehold Improvement | A/C Plans | 1,600.00 | 1,600.00 |
| 427 | Leasehold Improvement | New Store : Electrical | 2,631.81 | 1,689.33 |
| 431 | Leasehold Improvement | New Store : Electrical | 16,108.31 | 13,155.03 |
| 432 | Leasehold Improvement | New Store : Electrical | 1,422.45 | 1,106.45 |
| 437 | Leasehold Improvement | New Store : Electrical | 27,486.40 | 22,447.08 |
| 421 | Furniture & Fixtures | New Store : Fixtures | 634.58 | 406.22 |
| 437 | Furniture & Fixtures | New Store : Fixtures | 472.25 | 224.97 |
| 437 | Leasehold Improvement | New Store : Painted Signage 50% | 3,750.00 | 3,062.28 |
| 438 | Leasehold Improvement | New Store : Materials | 3,915.94 | 2,639.50 |
| 431 | Furniture & Fixtures | New Store : Fixtures | 5,439.66 | 2,590.22 |
| 421 | Furniture & Fixtures | New Store : Fixtures | 5,228.46 | 3,345.26 |
| 424 | Leasehold Improvement | Thermostat Replacement | 3,243.79 | 2,185.59 |
| 424 | Leasehold Improvement | Thermostat Replacement | 3,737.65 | 2,518.41 |
| 427 | Leasehold Improvement | Mechanical Drawings | 800.00 | 513.56 |
| 431 | Leasehold Improvement | Architectural Fees | 1,317.00 | 1,075.44 |
| 431 | Leasehold Improvement | Structural Details | 400.00 | 326.52 |
| 671 | Leasehold Improvement | Ceiling Repairs | 5,193.50 | 1,566.14 |
| 431 | Leasehold Improvement | Storefront Glass/Mirrors | 46,563.00 | 38,026.56 |
| 431 | Leasehold Improvement | Glass/Mirrors + Install | 5,222.00 | 4,264.56 |
| 671 | Leasehold Improvement | Restroom Plumbing | 6,677.21 | 1,907.66 |
| 424 | Leasehold Improvement | Contract - Final Payment | 43,276.40 | 29,159.00 |
| 419 | Leasehold Improvement | 10 ton Chiller Package | 32,733.08 | 29,445.90 |
| 424 | Leasehold Improvement | Preliminary Plans/Travel | 1,200.00 | 808.40 |
| 428 | Leasehold Improvement | New Store : Electrical | 6,084.17 | 5,473.17 |
| 421 | Leasehold Improvement | New Store : Electric | 13,728.30 | 8,783.58 |
| 421 | Leasehold Improvement | New Store Materials | 1,771.78 | 1,133.78 |
| 421 | Leasehold Improvement | New Store : Labor/Materials | 10,501.06 | 6,718.82 |
| 424 | Equipment | New Store Security Cameras | 14,368.77 | 9,681.45 |
| 424 | Leasehold Improvement | New Store Construction Contract | 12,000.00 | 8,085.32 |
| 424 | Equipment | Baler | 10,726.81 | 7,227.49 |
| 426 | Furniture & Fixtures | Round Racks | 615.60 | 382.32 |
| 427 | Leasehold Improvement | New Store Fire System | 15,082.99 | 9,681.99 |
| 427 | Equipment | New Store Security Cameras | 8,184.07 | 5,253.67 |
| 427 | Leasehold Improvement | Change Order : VCT Floor | 1,485.00 | 953.48 |
| 427 | Leasehold Improvement | Change Order : After Hours Inspections | 785.00 | 503.84 |
| 427 | Leasehold Improvement | Change Order : Framing @ HVAC | 1,150.00 | 738.16 |
| 427 | Leasehold Improvement | Construction Permit Fees | 6,156.00 | 3,951.60 |
| 427 | Leasehold Improvement | HVAC Installation | 10,974.00 | 7,044.36 |
| 427 | Equipment | Baler | 10,981.20 | 7,048.92 |
| 429 | Furniture & Fixtures | Round Racks (36) | 2,216.16 | 1,134.58 |
| 429 | Furniture & Fixtures | Shopping Carts (21) | 1,585.23 | 811.56 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 27,579.40 | 27,579.40 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 17,272.18 | 17,272.18 |
| 430 | Leasehold Improvement | Asbestos Removal | 900.00 | 900.00 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 30,799.83 | 30,799.83 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 27,697.42 | 27,697.42 |
| 430 | Leasehold Improvement | New Store : Labor/Materials | 2,045.56 | 2,045.56 |
| 430 | Leasehold Improvement | New Store Labor | 2,346.00 | 2,346.00 |
| 430 | Leasehold Improvement | New Store Labor | 5,450.00 | 5,450.00 |
| 430 | Leasehold Improvement | Shotcrete Placement | 60,357.00 | 60,357.00 |
| 430 | Leasehold Improvement | Cement | 512.50 | 512.50 |
| 430 | Leasehold Improvement | Cement | 965.00 | 965.00 |
| 430 | Leasehold Improvement | Cement | 265.00 | 265.00 |
| 431 | Leasehold Improvement | Design per plans submittals + permits | 4,200.00 | 3,430.00 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 431 | Leasehold Improvement | New Store : Labor/Materials | 5,199.15 | 4,246.11 |
| 431 | Equipment | New Store EAS System | 2,848.58 | 759.46 |
| 431 | Leasehold Improvement | Framing/Hanging/Taping | 34,500.00 | 28,175.00 |
| 431 | Leasehold Improvement | New Store : Labor/Materials | 21,804.12 | 17,806.72 |
| 431 | Leasehold Improvement | New Store : Labor/Materials | 8,875.99 | 7,248.87 |
| 431 | Leasehold Improvement | New Store : Labor/Materials | 6,806.90 | 5,559.06 |
| 432 | Leasehold Improvement | New Store Labor | 285.52 | 212.38 |
| 433 | Furniture & Fixtures | Round Racks | 1,477.44 | 756.25 |
| 434 | Equipment | New Store Security Cameras | 8,237.83 | 1,784.73 |
| 434 | Leasehold Improvement | New Store Signage | 27,222.68 | 17,531.68 |
| 435 | Furniture & Fixtures | Round Racks | 1,723.68 | 882.36 |
| 437 | Leasehold Improvement | New Store Doors | 724.50 | 591.62 |
| 437 | Leasehold Improvement | New Store Doors | 2,560.50 | 2,091.02 |
| 437 | Leasehold Improvement | New Store Doors | 2,530.00 | 2,066.24 |
| 437 | Leasehold Improvement | Construction Contract Retention | 129,331.37 | 105,620.65 |
| 437 | Leasehold Improvement | Sign Painting - 50% Contract | 4,250.00 | 3,470.76 |
| 437 | Equipment | New Store EAS System | 5,922.35 | 1,579.11 |
| 438 | Equipment | New Store Security Cameras | 11,788.17 | 7,946.09 |
| 438 | Equipment | Baler | 10,814.18 | 7,289.34 |
| 434 | Leasehold Improvement | New Store : PA System | 1,380.22 | 888.74 |
| 427 | Leasehold Improvement | New Store : PA System | 1,375.85 | 883.05 |
| 435 | Leasehold Improvement | New Store : PA System | 1,354.00 | 933.34 |
| 436 | Leasehold Improvement | New Store : PA System | 1,357.12 | 964.18 |
| 424 | Leasehold Improvement | New Store : PA System | 1,357.12 | 914.48 |
| 437 | Leasehold Improvement | New Store : PA System | 1,388.33 | 1,134.01 |
| 433 | Leasehold Improvement | Front Elevation Rendering | 600.00 | 413.45 |
| 435 | Leasehold Improvement | Exterior Renderings | 800.00 | 551.54 |
| 436 | Leasehold Improvement | Exterior Rendering | 1,500.00 | 1,065.62 |
| 437 | Leasehold Improvement | To Start Project | 2,000.00 | 1,633.48 |
| 437 | Leasehold Improvement | Structural Calculations | 1,800.00 | 1,470.00 |
| 605 | Leasehold Improvement | HVAC Unit | 5,034.34 | 1,426.21 |
| 429 | Furniture & Fixtures | New Store : Fixtures | 33,668.97 | 17,235.35 |
| 433 | Furniture & Fixtures | New Store : Fixtures | 55,845.29 | 28,587.67 |
| 435 | Furniture & Fixtures | New Store : Fixtures | 53,201.77 | 27,234.42 |
| 439 | Furniture & Fixtures | New Store : Fixtures | 71,975.87 | 36,844.61 |
| 421 | Leasehold Improvement | New Store Materials | 40,123.27 | 25,671.47 |
| 428 | Leasehold Improvement | Change DDCV | 10,000.00 | 8,995.61 |
| 430 | Leasehold Improvement | New Store Materials | 49,657.75 | 49,657.75 |
| 431 | Leasehold Improvement | New Store Materials | 8,235.35 | 6,725.71 |
| 437 | Furniture & Fixtures | Emergency Exit Signs | 206.00 | 98.20 |
| 437 | Leasehold Improvement | CAD Drawings | 600.00 | 490.00 |
| 431 | Leasehold Improvement | Travel | 1,279.12 | 1,044.60 |
| 400 | Leasehold Improvement | | 600.00 | 520.64 |
| 400 | Leasehold Improvement | | 2,000.00 | 1,735.26 |
| 406 | Furniture & Fixtures | | 3,074.58 | 1,868.94 |
| 406 | Furniture & Fixtures | | 3,779.55 | 2,297.49 |
| 406 | Computer Equipment | | 207.51 | 125.91 |
| 406 | Leasehold Improvement | | 60.00 | 36.54 |
| 406 | Leasehold Improvement | | 2,001.57 | 1,216.68 |
| 406 | Equipment | | 278.75 | 169.61 |
| 406 | Leasehold Improvement | | 318.30 | 193.35 |
| 406 | Leasehold Improvement | | 528.89 | 321.32 |
| 406 | Leasehold Improvement | | 117.53 | 71.63 |
| 406 | Leasehold Improvement | | 29.91 | 18.18 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 406 | Leasehold Improvement | | 1,583.83 | 962.65 |
| 407 | Leasehold Improvement | | 2,375.00 | 250.61 |
| 408 | Leasehold Improvement | | 135.98 | 45.26 |
| 408 | Leasehold Improvement | | 50.00 | 16.40 |
| 430 | Leasehold Improvement | | 37.04 | 24.64 |
| 411 | Furniture & Fixtures | | 649.40 | 391.48 |
| 411 | Equipment | | 219.39 | 132.03 |
| 411 | Leasehold Improvement | | 110.76 | 66.56 |
| 411 | Leasehold Improvement | | 2,000.00 | 1,204.92 |
| 413 | Leasehold Improvement | | 91.49 | 61.91 |
| 414 | Equipment | | 431.01 | 172.53 |
| 415 | Leasehold Improvement | | 1,247.00 | 717.80 |
| 415 | Leasehold Improvement | | 393.00 | 226.12 |
| 417 | Leasehold Improvement | | 1,400.00 | 953.12 |
| 418 | Computer Equipment | | 207.51 | 124.30 |
| 418 | Leasehold Improvement | | 1,500.00 | 897.92 |
| 419 | Furniture & Fixtures | | 3,633.08 | 3,268.36 |
| 419 | Computer Equipment | | 207.51 | 186.83 |
| 419 | Equipment | | 279.39 | 251.19 |
| 419 | Equipment | | 285.89 | 257.22 |
| 419 | Leasehold Improvement | | 1,000.00 | 899.42 |
| 419 | Equipment | | 515.77 | 464.07 |
| 419 | Leasehold Improvement | | 666.00 | 599.26 |
| 419 | Leasehold Improvement | | 485.00 | 436.12 |
| 419 | Leasehold Improvement | | 2,000.00 | 1,799.31 |
| 419 | Leasehold Improvement | | 2,976.88 | 2,677.96 |
| 419 | Equipment | | 654.77 | 588.97 |
| 419 | Leasehold Improvement | | 4,850.00 | 4,363.08 |
| 420 | Equipment | | 618.13 | 235.41 |
| 420 | Equipment | | 1,705.76 | 649.64 |
| 420 | Computer Equipment | | 207.50 | 79.06 |
| 420 | Leasehold Improvement | | 165.80 | 63.36 |
| 420 | Leasehold Improvement | | 159.84 | 61.04 |
| 420 | Leasehold Improvement | | 495.19 | 188.39 |
| 420 | Equipment | | 278.75 | 106.11 |
| 420 | Equipment | | 515.77 | 196.49 |
| 420 | Leasehold Improvement | | 2,000.00 | 761.88 |
| 420 | Leasehold Improvement | | 3,900.00 | 1,485.64 |
| 420 | Leasehold Improvement | | 1,000.00 | 381.20 |
| 420 | Leasehold Improvement | | 1,500.00 | 571.28 |
| 420 | Leasehold Improvement | | 3,950.00 | 1,504.96 |
| 420 | Leasehold Improvement | | 800.00 | 304.96 |
| 421 | Leasehold Improvement | | 200.00 | 127.84 |
| 421 | Leasehold Improvement | | 1,032.77 | 660.97 |
| 421 | Leasehold Improvement | | 219.00 | 140.24 |
| 421 | Equipment | | 287.87 | 184.03 |
| 421 | Leasehold Improvement | | 1,227.20 | 785.00 |
| 421 | Computer Equipment | | 1,277.85 | 817.61 |
| 421 | Leasehold Improvement | | 2,000.00 | 1,279.72 |
| 421 | Leasehold Improvement | | 1,411.43 | 903.23 |
| 421 | Leasehold Improvement | | 1,227.20 | 785.00 |
| 421 | Leasehold Improvement | | 2,000.00 | 1,279.72 |
| 421 | Leasehold Improvement | | 725.27 | 463.91 |
| 422 | Leasehold Improvement | | 600.00 | 425.92 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 423 | Equipment | | 223.96 | 89.68 |
| 424 | Leasehold Improvement | | 400.18 | 269.50 |
| 424 | Computer Equipment | | 1,074.54 | 723.86 |
| 424 | Computer Equipment | | 63.81 | 43.13 |
| 424 | Leasehold Improvement | | 1,070.08 | 721.16 |
| 424 | Computer Equipment | | 527.29 | 355.25 |
| 424 | Equipment | | 279.95 | 188.43 |
| 424 | Equipment | | 514.56 | 346.92 |
| 424 | Leasehold Improvement | | 1,261.23 | 849.83 |
| 424 | Leasehold Improvement | | 575.11 | 387.67 |
| 424 | Leasehold Improvement | | 415.36 | 279.84 |
| 424 | Leasehold Improvement | | 215.66 | 145.26 |
| 424 | Leasehold Improvement | | 285.00 | 192.16 |
| 424 | Leasehold Improvement | | 737.66 | 496.98 |
| 424 | Leasehold Improvement | | 10,342.02 | 6,968.10 |
| 424 | Leasehold Improvement | | 731.33 | 492.85 |
| 424 | Leasehold Improvement | | 4,100.00 | 2,762.40 |
| 424 | Leasehold Improvement | | 300.00 | 202.32 |
| 426 | Leasehold Improvement | | 128.40 | 79.92 |
| 426 | Leasehold Improvement | | 1,869.83 | 1,161.35 |
| 426 | Leasehold Improvement | | 140.44 | 87.16 |
| 426 | Leasehold Improvement | | 497.55 | 308.91 |
| 426 | Leasehold Improvement | | 1,747.31 | 1,085.39 |
| 426 | Leasehold Improvement | | 1,562.19 | 970.35 |
| 426 | Leasehold Improvement | | 288.96 | 179.52 |
| 426 | Leasehold Improvement | | 110.46 | 68.70 |
| 426 | Leasehold Improvement | | 144.64 | 89.92 |
| 426 | Leasehold Improvement | | 1,952.45 | 1,212.77 |
| 426 | Leasehold Improvement | | 800.00 | 497.12 |
| 426 | Leasehold Improvement | | 1,524.42 | 946.98 |
| 426 | Computer Equipment | | 1,277.85 | 794.01 |
| 426 | Leasehold Improvement | | 393.94 | 244.66 |
| 426 | Leasehold Improvement | | 419.65 | 260.77 |
| 426 | Leasehold Improvement | | 650.00 | 403.76 |
| 426 | Leasehold Improvement | | 800.00 | 497.12 |
| 426 | Leasehold Improvement | | 1,166.21 | 724.61 |
| 426 | Leasehold Improvement | | 2,800.00 | 1,739.20 |
| 426 | Leasehold Improvement | | 1,735.75 | 1,078.15 |
| 426 | Leasehold Improvement | | 3,678.76 | 2,285.32 |
| 426 | Leasehold Improvement | | 3,090.91 | 1,920.19 |
| 426 | Leasehold Improvement | | 2,000.00 | 1,242.56 |
| 426 | Leasehold Improvement | | 2,940.28 | 1,826.68 |
| 427 | Computer Equipment | | 1,074.54 | 689.98 |
| 427 | Computer Equipment | | 63.81 | 40.93 |
| 427 | Leasehold Improvement | | 1,070.09 | 686.85 |
| 427 | Computer Equipment | | 527.29 | 338.53 |
| 427 | Equipment | | 285.23 | 183.15 |
| 427 | Equipment | | 514.56 | 330.20 |
| 427 | Leasehold Improvement | | 2,750.00 | 1,765.28 |
| 427 | Leasehold Improvement | | 3,000.00 | 1,925.96 |
| 427 | Leasehold Improvement | | 4,459.97 | 2,862.77 |
| 427 | Leasehold Improvement | | 1,429.08 | 917.36 |
| 427 | Leasehold Improvement | | 1,428.75 | 917.03 |
| 427 | Leasehold Improvement | | 800.00 | 513.56 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 427 | Leasehold Improvement | | (1,429.00) | (917.28) |
| 427 | Leasehold Improvement | | 2,921.71 | 1,875.39 |
| 428 | Leasehold Improvement | | 1,079.28 | 970.71 |
| 428 | Leasehold Improvement | | 719.52 | 647.14 |
| 428 | Leasehold Improvement | | 1,199.20 | 1,078.88 |
| 428 | Leasehold Improvement | | 181.27 | 162.94 |
| 428 | Leasehold Improvement | | 2,239.39 | 2,014.26 |
| 428 | Leasehold Improvement | | 3,622.33 | 3,258.55 |
| 428 | Leasehold Improvement | | 1,265.06 | 1,138.16 |
| 428 | Leasehold Improvement | | 1,299.68 | 1,169.02 |
| 428 | Leasehold Improvement | | 2,909.27 | 2,616.93 |
| 428 | Leasehold Improvement | | 711.94 | 640.50 |
| 428 | Leasehold Improvement | | 5,454.31 | 4,906.76 |
| 428 | Leasehold Improvement | | 645.12 | 580.26 |
| 428 | Leasehold Improvement | | 2,032.55 | 1,828.57 |
| 428 | Leasehold Improvement | | 3,320.42 | 2,987.19 |
| 428 | Leasehold Improvement | | 3,661.42 | 3,293.88 |
| 428 | Equipment | | 285.23 | 125.43 |
| 428 | Leasehold Improvement | | 854.62 | 768.61 |
| 428 | Leasehold Improvement | | 123.24 | 111.02 |
| 428 | Leasehold Improvement | | 4,287.79 | 3,857.27 |
| 428 | Leasehold Improvement | | 1,500.00 | 1,349.13 |
| 428 | Computer Equipment | | 1,277.86 | 276.76 |
| 428 | Leasehold Improvement | | 2,450.00 | 2,203.72 |
| 428 | Leasehold Improvement | | 173.47 | 156.08 |
| 428 | Leasehold Improvement | | 487.50 | 438.62 |
| 428 | Leasehold Improvement | | 2,000.00 | 1,799.31 |
| 428 | Leasehold Improvement | | 800.00 | 719.63 |
| 428 | Leasehold Improvement | | 800.00 | 719.63 |
| 428 | Leasehold Improvement | | 2,000.00 | 1,799.31 |
| 429 | Computer Equipment | | 64.60 | 20.32 |
| 429 | Computer Equipment | | 777.03 | 246.08 |
| 429 | Equipment | | 527.30 | 166.91 |
| 429 | Equipment | | 285.82 | 90.66 |
| 430 | Computer Equipment | | 64.60 | 21.40 |
| 430 | Computer Equipment | | 777.03 | 259.03 |
| 430 | Leasehold Improvement | | 630.49 | 417.69 |
| 430 | Leasehold Improvement | | 87.00 | 57.80 |
| 430 | Leasehold Improvement | | 164.98 | 109.38 |
| 430 | Leasehold Improvement | | 91.70 | 60.90 |
| 430 | Leasehold Improvement | | 729.76 | 483.36 |
| 430 | Leasehold Improvement | | 3,215.06 | 2,130.26 |
| 430 | Leasehold Improvement | | 210.00 | 139.20 |
| 430 | Leasehold Improvement | | 29.70 | 19.70 |
| 430 | Leasehold Improvement | | 155.24 | 102.84 |
| 430 | Leasehold Improvement | | 505.18 | 334.78 |
| 430 | Leasehold Improvement | | 687.76 | 455.76 |
| 430 | Leasehold Improvement | | 201.50 | 133.50 |
| 430 | Leasehold Improvement | | 479.13 | 317.53 |
| 430 | Leasehold Improvement | | 148.40 | 98.40 |
| 430 | Equipment | | 527.30 | 175.70 |
| 430 | Equipment | | 287.87 | 95.87 |
| 430 | Leasehold Improvement | | 200.00 | 132.40 |
| 430 | Leasehold Improvement | | 3,000.00 | 1,988.00 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 430 | Leasehold Improvement | | 1,000.00 | 662.80 |
| 430 | Leasehold Improvement | | 938.20 | 621.80 |
| 430 | Leasehold Improvement | | 3,273.50 | 2,169.10 |
| 430 | Leasehold Improvement | | 602.48 | 399.28 |
| 430 | Leasehold Improvement | | 1,000.00 | 662.80 |
| 430 | Leasehold Improvement | | 3,600.00 | 2,385.60 |
| 430 | Leasehold Improvement | | 1,850.00 | 1,226.00 |
| 430 | Leasehold Improvement | | 3,450.00 | 2,286.00 |
| 430 | Leasehold Improvement | | 15,885.00 | 10,525.80 |
| 430 | Leasehold Improvement | | 1,679.40 | 1,113.00 |
| 430 | Leasehold Improvement | | 1,800.00 | 1,192.80 |
| 430 | Leasehold Improvement | | 800.97 | 530.57 |
| 431 | Computer Equipment | | 64.60 | 17.08 |
| 431 | Computer Equipment | | 777.03 | 207.23 |
| 431 | Leasehold Improvement | | 1,070.08 | 873.84 |
| 431 | Leasehold Improvement | | 442.35 | 361.39 |
| 431 | Leasehold Improvement | | 28.47 | 23.19 |
| 431 | Leasehold Improvement | | 162.14 | 132.22 |
| 431 | Leasehold Improvement | | 1,062.76 | 867.84 |
| 431 | Leasehold Improvement | | 343.71 | 280.79 |
| 431 | Leasehold Improvement | | 3,186.02 | 2,601.70 |
| 431 | Leasehold Improvement | | 4,985.08 | 4,071.20 |
| 431 | Leasehold Improvement | | 3,747.37 | 3,060.53 |
| 431 | Leasehold Improvement | | 616.31 | 503.23 |
| 431 | Leasehold Improvement | | 282.72 | 230.80 |
| 431 | Leasehold Improvement | | 1,367.52 | 1,116.72 |
| 431 | Leasehold Improvement | | 1,767.95 | 1,443.67 |
| 431 | Leasehold Improvement | | 1,402.07 | 1,145.11 |
| 431 | Leasehold Improvement | | 4,872.76 | 3,979.56 |
| 431 | Leasehold Improvement | | 26,654.10 | 21,767.46 |
| 431 | Leasehold Improvement | | 527.30 | 430.50 |
| 431 | Leasehold Improvement | | 287.87 | 235.07 |
| 431 | Leasehold Improvement | | 195.80 | 159.72 |
| 431 | Leasehold Improvement | | 1,792.71 | 1,464.03 |
| 431 | Leasehold Improvement | | 1,159.33 | 946.81 |
| 431 | Leasehold Improvement | | 2,290.69 | 1,870.93 |
| 431 | Leasehold Improvement | | 601.29 | 490.85 |
| 431 | Leasehold Improvement | | 158.00 | 128.96 |
| 431 | Leasehold Improvement | | 1,102.06 | 900.10 |
| 431 | Leasehold Improvement | | 428.57 | 349.81 |
| 431 | Leasehold Improvement | | 1,598.57 | 1,305.53 |
| 431 | Leasehold Improvement | | 3,929.78 | 3,209.50 |
| 431 | Leasehold Improvement | | 1,423.40 | 1,162.48 |
| 431 | Leasehold Improvement | | 2,000.00 | 1,633.48 |
| 431 | Leasehold Improvement | | 4,434.58 | 3,621.46 |
| 431 | Leasehold Improvement | | 2,000.00 | 1,633.48 |
| 431 | Leasehold Improvement | | 1,317.00 | 1,075.44 |
| 431 | Leasehold Improvement | | 400.00 | 326.52 |
| 431 | Leasehold Improvement | | (1,428.75) | (1,166.95) |
| 431 | Leasehold Improvement | | 9,464.43 | 7,729.07 |
| 431 | Leasehold Improvement | | 371.20 | 303.00 |
| 432 | Computer Equipment | | 64.59 | 31.11 |
| 432 | Computer Equipment | | 777.03 | 375.58 |
| 432 | Furniture & Fixtures | | 2,791.65 | 1,695.06 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 432 | Furniture & Fixtures | | 340.23 | 214.68 |
| 432 | Leasehold Improvement | | 250.00 | 206.91 |
| 432 | Leasehold Improvement | | 86.00 | 71.12 |
| 432 | Equipment | | 527.30 | 149.33 |
| 432 | Equipment | | 230.30 | 65.18 |
| 432 | Leasehold Improvement | | 1,902.62 | 1,574.95 |
| 432 | Leasehold Improvement | | 4,778.36 | 3,955.31 |
| 432 | Leasehold Improvement | | 1,473.46 | 1,219.57 |
| 432 | Leasehold Improvement | | 1,074.56 | 889.49 |
| 432 | Leasehold Improvement | | 510.00 | 422.27 |
| 432 | Leasehold Improvement | | 2,000.00 | 1,655.59 |
| 432 | Leasehold Improvement | | 880.69 | 729.10 |
| 432 | Leasehold Improvement | | 299.75 | 247.98 |
| 432 | Leasehold Improvement | | 2,000.00 | 1,655.59 |
| 432 | Leasehold Improvement | | 2,000.00 | 1,655.59 |
| 432 | Leasehold Improvement | | 400.00 | 331.18 |
| 432 | Leasehold Improvement | | 1,604.42 | 1,328.21 |
| 434 | Leasehold Improvement | | 6,691.57 | 4,309.41 |
| 434 | Leasehold Improvement | | 231.84 | 149.12 |
| 434 | Computer Equipment | | 1,074.54 | 519.33 |
| 434 | Computer Equipment | | 63.80 | 30.94 |
| 434 | Furniture & Fixtures | | 325.27 | 205.30 |
| 434 | Leasehold Improvement | | 569.87 | 367.03 |
| 434 | Equipment | | 527.29 | 149.32 |
| 434 | Equipment | | 514.56 | 145.62 |
| 434 | Leasehold Improvement | | 2,463.30 | 1,586.38 |
| 434 | Furniture & Fixtures | | 400.00 | 252.44 |
| 434 | Furniture & Fixtures | | 400.00 | 252.44 |
| 434 | Leasehold Improvement | | 623.00 | 401.24 |
| 434 | | | 450.00 | 450.00 |
| 434 | | | (450.00) | (450.00) |
| 434 | Leasehold Improvement | | 1,665.48 | 1,153.62 |
| 435 | Computer Equipment | | 1,074.53 | 340.22 |
| 435 | Computer Equipment | | 63.81 | 20.35 |
| 435 | Equipment | | 527.29 | 166.90 |
| 435 | Equipment | | 514.56 | 162.78 |
| 436 | Computer Equipment | | 1,074.54 | 411.87 |
| 436 | Computer Equipment | | 63.81 | 24.59 |
| 436 | Equipment | | 527.29 | 202.06 |
| 436 | Equipment | | 514.56 | 197.10 |
| 437 | Computer Equipment | | 1,074.53 | 286.49 |
| 437 | Computer Equipment | | 63.80 | 17.16 |
| 437 | Leasehold Improvement | | 1,070.08 | 873.84 |
| 437 | Leasehold Improvement | | 527.29 | 430.49 |
| 437 | Furniture & Fixtures | | 514.57 | 244.85 |
| 437 | Leasehold Improvement | | 707.65 | 577.85 |
| 437 | Leasehold Improvement | | 566.92 | 463.08 |
| 437 | Leasehold Improvement | | 1,921.49 | 1,569.05 |
| 437 | Leasehold Improvement | | 200.00 | 163.48 |
| 437 | Leasehold Improvement | | 1,368.44 | 1,117.64 |
| 437 | Leasehold Improvement | | 1,625.00 | 1,327.12 |
| 437 | Leasehold Improvement | | 639.24 | 522.20 |
| 437 | Leasehold Improvement | | 707.65 | 577.85 |
| 437 | Furniture & Fixtures | | 3,781.21 | 1,800.77 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 437 | Leasehold Improvement | | 2,000.00 | 1,633.48 |
| 437 | Leasehold Improvement | | 800.00 | 653.48 |
| 437 | Leasehold Improvement | | (2,000.00) | (1,633.48) |
| 437 | Leasehold Improvement | | (800.00) | (653.48) |
| 437 | Leasehold Improvement | | 5,093.79 | 4,160.11 |
| 438 | Leasehold Improvement | | 1,259.09 | 848.57 |
| 438 | Leasehold Improvement | | 385.58 | 259.74 |
| 438 | Leasehold Improvement | | 1,028.41 | 693.13 |
| 438 | Leasehold Improvement | | 1,758.99 | 1,185.67 |
| 438 | Leasehold Improvement | | 319.34 | 215.06 |
| 438 | Leasehold Improvement | | 135.86 | 91.42 |
| 439 | Leasehold Improvement | | 596.75 | 494.66 |
| 430 | | | (843,762.75) | (843,762.75) |
| 411 | Leasehold Improvement | | 3,026.37 | 2,594.01 |
| 636 | Leasehold Improvement | | 2,526.55 | 1,804.63 |
| 663 | Leasehold Improvement | | 3,642.59 | 2,601.95 |
| 408 | Leasehold Improvement | | 2,622.00 | 2,247.48 |
| 628 | | | 2,725.00 | 2,725.00 |
| 659 | Leasehold Improvement | | 2,784.13 | 2,386.45 |
| 689 | Leasehold Improvement | | 3,731.40 | 3,198.36 |
| 606 | Leasehold Improvement | | 3,228.24 | 2,305.92 |
| 606 | Leasehold Improvement | | 2,929.11 | 2,092.23 |
| 674 | Leasehold Improvement | | 3,999.29 | 3,427.97 |
| 633 | Leasehold Improvement | | 2,600.00 | 2,228.60 |
| 659 | Leasehold Improvement | | 2,784.13 | 2,386.45 |
| 606 | Leasehold Improvement | | 2,686.07 | 1,918.55 |
| 610 | Leasehold Improvement | | 4,068.41 | 2,906.09 |
| 660 | Leasehold Improvement | | 3,700.00 | 3,171.40 |
| 404 | Leasehold Improvement | | 4,087.00 | 3,503.20 |
| 406 | Leasehold Improvement | | 2,550.00 | 2,185.68 |
| 420 | Leasehold Improvement | | 2,805.36 | 2,404.56 |
| 426 | Leasehold Improvement | | 4,960.40 | 4,251.80 |
| 426 | Leasehold Improvement | | 2,551.59 | 2,187.03 |
| 432 | Leasehold Improvement | | 2,623.09 | 2,448.25 |
| 635 | Leasehold Improvement | | 2,915.00 | 2,498.60 |
| 419 | Leasehold Improvement | | 3,143.90 | 2,694.74 |
| 663 | Leasehold Improvement | | 3,395.06 | 2,910.02 |
| 408 | Leasehold Improvement | | 4,814.70 | 3,439.02 |
| 412 | Leasehold Improvement | | 2,736.07 | 1,954.39 |
| 680 | Leasehold Improvement | | 4,447.66 | 3,176.86 |
| 689 | Leasehold Improvement | | 4,843.23 | 3,459.39 |
| 689 | Leasehold Improvement | | 4,686.63 | 3,347.67 |
| 689 | Leasehold Improvement | | 4,098.52 | 2,927.56 |
| 689 | Leasehold Improvement | | 3,133.28 | 2,238.08 |
| 691 | Leasehold Improvement | | 2,794.39 | 1,995.91 |
| 692 | Leasehold Improvement | | 3,642.44 | 2,601.80 |
| 400 | Leasehold Improvement | | 2,968.00 | 2,770.12 |
| 630 | Leasehold Improvement | | 3,580.00 | 3,068.56 |
| 431 | Leasehold Improvement | | 2,852.00 | 2,661.92 |
| 434 | Leasehold Improvement | | 3,059.00 | 2,621.96 |
| 438 | Leasehold Improvement | | 3,141.82 | 2,693.02 |
| 605 | Leasehold Improvement | | 2,815.62 | 2,413.38 |
| 637 | Leasehold Improvement | | 3,950.00 | 3,385.76 |
| 615 | Leasehold Improvement | | 2,748.32 | 1,963.04 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 618 | Leasehold Improvement | | 2,691.09 | 1,922.13 |
| 630 | Leasehold Improvement | | 3,315.06 | 2,367.78 |
| 651 | Leasehold Improvement | | 3,450.24 | 2,464.56 |
| 654 | Leasehold Improvement | | 3,402.77 | 2,430.53 |
| 675 | Leasehold Improvement | | 8,937.51 | 6,383.91 |
| 408 | Leasehold Improvement | | 3,713.10 | 3,182.70 |
| 400 | Leasehold Improvement | | 3,198.70 | 2,985.46 |
| 405 | Leasehold Improvement | | 4,342.63 | 3,722.23 |
| 419 | Leasehold Improvement | | 3,416.91 | 2,928.75 |
| 668 | Leasehold Improvement | | 2,878.00 | 2,466.88 |
| 659 | Leasehold Improvement | | 4,695.30 | 4,024.50 |
| 413 | Leasehold Improvement | | 2,985.00 | 2,786.04 |
| 622 | Leasehold Improvement | | 2,639.26 | 2,262.22 |
| 634 | Leasehold Improvement | | 3,391.34 | 2,906.90 |
| 675 | Leasehold Improvement | | 3,566.34 | 3,056.82 |
| 402 | Leasehold Improvement | Roof Repair | 3,576.07 | 2,413.87 |
| 402 | Leasehold Improvement | Roof Repair | 2,527.94 | 1,706.21 |
| 415 | Leasehold Improvement | City of Phoenix Permit | 50.00 | 33.62 |
| 421 | Equipment | Security System | 5,086.20 | 2,482.55 |
| 421 | Leasehold Improvement | Sound System including Install | 11,839.18 | 7,574.70 |
| 421 | Leasehold Improvement | Electrical Work | 9,584.70 | 6,132.46 |
| 421 | Furniture & Fixtures | Shopping Carts | 1,140.41 | 570.05 |
| 421 | Leasehold Improvement | LA County Permit | 1,623.20 | 1,038.44 |
| 424 | Leasehold Improvement | New Store : Labor | 351.60 | 236.76 |
| 427 | Leasehold Improvement | Building Signage | 27,408.99 | 17,594.79 |
| 427 | Leasehold Improvement | Construction Contract - WhiteHawk | 2,133.62 | 1,369.78 |
| 427 | Leasehold Improvement | Sunbelt Rentals Reimb | 2,133.62 | 1,369.78 |
| 428 | Leasehold Improvement | New Store : Labor & Materials | 5,305.64 | 4,772.66 |
| 428 | Furniture & Fixtures | | 3,300.46 | 1,886.02 |
| 429 | Leasehold Improvement | New Store : Electric | 20,600.00 | 14,201.54 |
| 429 | Leasehold Improvement | New Store : Labor | 8,659.23 | 5,969.63 |
| 429 | Furniture & Fixtures | New Store : Fixtures | 4,671.20 | 2,391.19 |
| 429 | Leasehold Improvement | New Store : Labor | 1,055.40 | 727.40 |
| 429 | Leasehold Improvement | New Store : Labor | 1,125.76 | 776.03 |
| 429 | Leasehold Improvement | New Store : Labor | 2,673.68 | 1,843.02 |
| 429 | Leasehold Improvement | New Store : Labor | 562.88 | 388.22 |
| 429 | Leasehold Improvement | New Store : Labor | 562.88 | 388.22 |
| 429 | Leasehold Improvement | New Store : Labor | 985.04 | 679.18 |
| 429 | Leasehold Improvement | New Store : Labor | 6,572.86 | 4,531.47 |
| 429 | Leasehold Improvement | New Store : Labor | 480.00 | 330.76 |
| 430 | | | 570,257.71 | 570,257.71 |
| 431 | Leasehold Improvement | New Store : Materials | 60,434.48 | 49,354.84 |
| 431 | Leasehold Improvement | Installation of Fire System with Materials | 24,068.67 | 19,655.91 |
| 431 | Leasehold Improvement | Demo & Plastering | 1,580.88 | 1,290.92 |
| 431 | Leasehold Improvement | Repair Broken Main Pipe | 6,200.00 | 5,063.48 |
| 431 | Leasehold Improvement | New Store Construction Expenses | 22,006.57 | 17,972.21 |
| 431 | Equipment | New Store : Speaker System | 4,830.20 | 1,288.20 |
| 432 | Leasehold Improvement | New Store Signage | 21,203.60 | 19,119.34 |
| 432 | Leasehold Improvement | New Store : Labor & Materials | 9,986.43 | 9,004.79 |
| 432 | Leasehold Improvement | New Store : Labor & Materials | 2,882.87 | 2,599.51 |
| 433 | Equipment | New Store : Security System | 2,336.29 | 739.75 |
| 433 | Furniture & Fixtures | New Store : Fixtures | 4,659.56 | 2,385.29 |
| 433 | Leasehold Improvement | New Store: Locks & Keys | 7,495.25 | 5,167.27 |
| 433 | Leasehold Improvement | New Store : Electric | 11,575.00 | 7,979.71 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 433 | Leasehold Improvement | New Store : Materials | 2,238.00 | 1,543.05 |
| 433 | Furniture & Fixtures | New Store : Fixtures | 2,124.03 | 1,087.14 |
| 433 | Leasehold Improvement | New Store : Labor & Materials | 5,939.99 | 4,094.99 |
| 433 | Leasehold Improvement | New Store : Labor & Materials | 2,846.51 | 1,962.55 |
| 435 | Leasehold Improvement | Construction Contract 50% | 29,500.00 | 20,337.32 |
| 435 | Leasehold Improvement | Construction Contract 100% | 29,500.00 | 20,337.32 |
| 435 | Furniture & Fixtures | New Store : Fixtures | 4,527.28 | 2,317.38 |
| 435 | Leasehold Improvement | New Store : Labor | 3,318.48 | 2,287.74 |
| 435 | Leasehold Improvement | New Store : Labor | 2,643.30 | 1,822.07 |
| 435 | Leasehold Improvement | New Store : Labor | 974.16 | 671.58 |
| 435 | Equipment | New Store : Speaker System Use Tax Posted Per 4 | 1,259.27 | 398.68 |
| 437 | Leasehold Improvement | New Store : Materials | 5,972.04 | 4,877.32 |
| 437 | Leasehold Improvement | Electrical Engineering Services | 2,468.48 | 2,015.72 |
| 437 | Leasehold Improvement | Pablo Chavarin Reimb Inv #5096 | 200.00 | 163.48 |
| 437 | Leasehold Improvement | City of LA Permit | 138.78 | 113.26 |
| 439 | Equipment | New Store : Security System | 3,451.23 | 1,092.91 |
| 439 | Leasehold Improvement | New Store : Lumber | 2,809.13 | 2,329.43 |
| 439 | Leasehold Improvement | Construction Contract 50% | 26,000.00 | 21,558.47 |
| 439 | Leasehold Improvement | Construction Contract 100% | 26,000.00 | 21,558.47 |
| 439 | Leasehold Improvement | Construction Contract 50% | 25,441.68 | 21,095.27 |
| 439 | Leasehold Improvement | Construction Contract 100% | 25,441.68 | 21,095.27 |
| 439 | Furniture & Fixtures | New Store : Fixtures | 4,523.05 | 2,315.20 |
| 439 | Leasehold Improvement | New Store : Labor | 2,114.64 | 1,753.43 |
| 439 | Equipment | New Store : Speaker System Use Tax Posted Per 4 | 1,259.26 | 398.67 |
| 439 | Leasehold Improvement | HVAC Maintenance | 530.93 | 440.32 |
| 442 | Leasehold Improvement | Architectural Design Service | 6,250.00 | 3,640.90 |
| 600 | Leasehold Improvement | Lighting Work - Circuit 11 Panel | 2,886.81 | 1,948.47 |
| 681 | Leasehold Improvement | HVAC Receiving Area | 3,417.50 | 1,749.62 |
| 682 | Equipment | Security System (2 sets of pedestals) | 3,677.56 | 1,094.54 |
| 692 | Leasehold Improvement | HVAC Sales Floor | 3,616.07 | 1,851.02 |
| XX | | MISPOSTED - will REVERSE Per 4 | 25,322.13 | 25,322.13 |
| XX | | | (25,322.13) | (25,322.13) |
| 430 | | | 493,347.84 | 493,347.84 |
| 430 | Furniture & Fixtures | | 6,250.00 | 3,274.00 |
| 430 | Furniture & Fixtures | | 4,536.88 | 2,376.48 |
| 430 | Furniture & Fixtures | | 38,404.46 | 20,116.46 |
| 430 | Furniture & Fixtures | | 399.39 | 209.39 |
| 400 | Equipment | EAS System | 15,191.60 | 3,978.90 |
| 400 | Equipment | EAS System | 2,464.00 | 645.54 |
| 402 | Equipment | EAS System | 24,650.60 | 6,456.08 |
| 402 | Equipment | EAS System | 2,085.50 | 546.04 |
| 402 | Equipment | EAS System | 4,111.00 | 1,076.72 |
| 403 | Equipment | EAS System | 14,603.01 | 3,824.31 |
| 403 | Leasehold Improvement | Heat Unit - Remove & Replace gas valve | 3,747.89 | 2,007.71 |
| 421 | Leasehold Improvement | New Store Signage | 31,182.31 | 20,268.61 |
| 424 | Leasehold Improvement | New Store Signage | 25,746.81 | 17,347.65 |
| 427 | Furniture & Fixtures | | 2,756.40 | 1,608.05 |
| 427 | Leasehold Improvement | Reimburse Overpayment | (9,931.00) | (6,374.92) |
| 428 | Leasehold Improvement | Reimb payment to "Marty the Concrete Guy" | 1,500.00 | 1,349.13 |
| 428 | Leasehold Improvement | Fire System Contract | 5,000.00 | 4,498.04 |
| 428 | Leasehold Improvement | Change Order #1 Sprinklers | 1,700.00 | 1,529.39 |
| 429 | Leasehold Improvement | New Store : Labor | 844.32 | 581.92 |
| 429 | Equipment | EAS System | 4,508.32 | 1,427.58 |
| 429 | Furniture & Fixtures | New Store : Fixtures | 550.78 | 281.82 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 429 | Leasehold Improvement | New Store : Materials | 2,945.38 | 2,030.67 |
| 429 | Furniture & Fixtures | Hanger Management System | 4,420.20 | 2,262.78 |
| 431 | Leasehold Improvement | Correct Water Damage | 38,953.81 | 31,812.17 |
| 433 | Leasehold Improvement | New Store : Materials | 9,664.69 | 6,662.67 |
| 433 | Leasehold Improvement | New Store : Materials | 447.00 | 308.01 |
| 435 | Leasehold Improvement | New Store : Locks & Keys | 9,526.60 | 6,567.63 |
| 435 | Equipment | EAS System | 2,548.38 | 807.11 |
| 435 | Leasehold Improvement | New Store : Steel | 1,421.71 | 980.14 |
| 435 | Leasehold Improvement | New Store : Travel & Materials | 8,106.36 | 5,588.55 |
| 435 | Equipment | Security Camera | 108.99 | 34.37 |
| 435 | Furniture & Fixtures | New Store : Fixtures | 2,304.44 | 1,179.81 |
| 437 | Leasehold Improvement | Asbestos Removal | 16,000.00 | 13,066.52 |
| 437 | Leasehold Improvement | New Store : Electric | 4,175.00 | 3,409.40 |
| 439 | Equipment | EAS System | 1,498.00 | 474.23 |
| 439 | Leasehold Improvement | Security System electrical work | 5,323.13 | 4,413.75 |
| 439 | Leasehold Improvement | Fire/Security Alarm | 7,367.59 | 6,108.89 |
| 439 | Leasehold Improvement | HVAC Replacement | 18,588.42 | 15,412.97 |
| 439 | Leasehold Improvement | Roof Repair | 3,488.50 | 2,892.36 |
| 442 | Leasehold Improvement | Architectural Design Service | 6,250.00 | 3,038.80 |
| 607 | Leasehold Improvement | HVAC - Receiving Area | 7,065.15 | 3,616.64 |
| 629 | Equipment | EAS System | 3,557.04 | 1,143.09 |
| 638 | Equipment | EAS System | 3,729.42 | 1,109.82 |
| 640 | Leasehold Improvement | HVAC - Replace motor/transformer | 3,594.80 | 1,882.80 |
| 660 | Equipment | EAS System | 5,775.47 | 1,787.39 |
| 681 | Equipment | EAS System | 3,499.82 | 1,041.88 |
| 686 | Furniture & Fixtures | | 2,503.00 | 1,460.00 |
| 686 | Leasehold Improvement | Rewire Building Signage | 4,892.90 | 3,302.87 |
| 403 | Leasehold Improvement | Roofing Contract | 3,392.92 | 2,318.66 |
| 408 | Leasehold Improvement | Dock Plate Replacement | 4,697.78 | 3,170.93 |
| 408 | Leasehold Improvement | HVAC | 3,864.54 | 2,070.15 |
| 419 | Leasehold Improvement | Fire Alarm (Installed) | 10,287.72 | 6,944.25 |
| 423 | Equipment | New Store : Baler | 10,586.40 | 4,234.56 |
| 423 | Computer Equipment | New Store : Registers | 3,106.35 | 1,242.63 |
| 424 | Leasehold Improvement | New Store : Speaker System | 6,092.19 | 4,104.71 |
| 429 | Leasehold Improvement | New Store : Signage | 38,204.28 | 26,337.65 |
| 429 | Leasehold Improvement | New Store : Locks & Keys | 6,754.55 | 4,656.58 |
| 429 | Leasehold Improvement | New Store Contract - WhiteHawk | 1,862.58 | 1,284.07 |
| 430 | Leasehold Improvement | | 226,375.32 | 226,375.32 |
| 430 | Equipment | | 1,268.13 | 422.53 |
| 430 | Equipment | Safe | 1,038.07 | 346.07 |
| 430 | Leasehold Improvement | | (1,289,980.87) | (1,289,980.87) |
| 430 | Computer Equipment | New Store : Registers | 3,106.35 | 1,346.17 |
| 430 | Leasehold Improvement | | 383.48 | 273.66 |
| 430 | Leasehold Improvement | | 1,900.00 | 1,354.98 |
| 430 | Leasehold Improvement | | 602.08 | 429.36 |
| 430 | Leasehold Improvement | | 382.32 | 272.84 |
| 430 | Leasehold Improvement | | 457.40 | 326.16 |
| 430 | Leasehold Improvement | | 232.56 | 165.92 |
| 430 | Leasehold Improvement | | 1,293.79 | 922.85 |
| 430 | Leasehold Improvement | | 1,086.40 | 774.96 |
| 431 | Leasehold Improvement | New Store : SIgnage | 41,358.11 | 33,775.59 |
| 431 | Leasehold Improvement | | 2,169.53 | 1,771.77 |
| 431 | Leasehold Improvement | Construction Contract | 62,916.42 | 51,381.82 |
| 431 | Leasehold Improvement | Electrical Work | 25,011.40 | 20,426.16 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 431 | Leasehold Improvement | Electrical Work | 2,500.00 | 2,041.52 |
| 431 | Leasehold Improvement | HVAC Contract | 15,154.00 | 12,375.84 |
| 431 | Leasehold Improvement | Electrical Work | 5,925.00 | 4,838.64 |
| 431 | Equipment | Security Cameras & Install | 13,946.00 | 3,719.08 |
| 429 | Furniture & Fixtures | Safe | 1,306.51 | 668.96 |
| 432 | Equipment | Security Cameras & Install | 6,445.65 | 3,376.45 |
| 433 | Equipment | New Store : Baler | 11,060.44 | 3,502.50 |
| 433 | Leasehold Improvement | New Store : Signage | 21,635.45 | 14,915.55 |
| 433 | Leasehold Improvement | Construction Contract - WhiteHawk | 3,323.52 | 2,291.14 |
| 433 | Furniture & Fixtures | Safe | 1,574.00 | 805.66 |
| 435 | Equipment | New Store : Baler | 10,005.00 | 3,168.25 |
| 435 | Leasehold Improvement | New Store : Signage | 26,650.91 | 18,373.01 |
| 436 | Leasehold Improvement | New Store : Speaker System | 6,602.82 | 4,691.03 |
| 436 | Computer Equipment | New Store : Registers | 3,106.34 | 1,190.85 |
| 437 | Leasehold Improvement | Prepare Fixture Calcs with Enq Stamp | 400.00 | 326.52 |
| 437 | Leasehold Improvement | Sprinkler System Research/Permit | 800.00 | 653.48 |
| 437 | Leasehold Improvement | Start Plans for New Mezzanine | 2,000.00 | 1,633.48 |
| 437 | Leasehold Improvement | Construction Contract | 3,118.80 | 2,546.80 |
| 437 | Equipment | Security Cameras & Install | 8,989.05 | 2,396.97 |
| 430 | Leasehold Improvement | Construction Contract | 1,154.88 | 765.28 |
| 439 | Equipment | New Store : Baler | 10,509.38 | 3,327.82 |
| 439 | Leasehold Improvement | New Store : Signage | 20,436.34 | 16,945.19 |
| 442 | Leasehold Improvement | Architectural Design Service Phase 1-4 | 2,750.00 | 1,336.88 |
| 442 | Computer Equipment | New Store : Registers | 3,106.34 | 1,510.18 |
| 444 | Furniture & Fixtures | New Store : Fixtures | 71,738.74 | 45,263.81 |
| 610 | Leasehold Improvement | Lighting Repairs | 6,061.58 | 4,091.69 |
| 630 | Leasehold Improvement | Roofing Contract | 2,510.70 | 1,715.74 |
| 634 | Leasehold Improvement | Compressor Replacement | 2,736.57 | 1,847.37 |
| 660 | Equipment | Heating Repairs | 3,822.00 | 2,002.00 |
| 689 | Leasehold Improvement | HVAC | 3,809.78 | 2,041.13 |
| 691 | Leasehold Improvement | HVAC | 3,348.76 | 1,793.83 |
| 697 | Leasehold Improvement | Roofing Contract | 3,714.47 | 2,538.37 |
| 407 | Leasehold Improvement | HVAC Repairs | 4,635.90 | 2,538.68 |
| 415 | Leasehold Improvement | HVAC Units (2) | 51,744.00 | 32,771.20 |
| 415 | Leasehold Improvement | Lighting Retrofit | 4,462.82 | 2,826.46 |
| 415 | Equipment | EMS | 22,560.00 | 14,288.00 |
| 421 | Equipment | Security Cameras & Install | 10,964.64 | 3,837.78 |
| 423 | Furniture & Fixtures | New Store : Fixtures | 831.16 | 475.12 |
| 429 | Equipment | Security Cameras & Install | 10,472.00 | 3,316.27 |
| 429 | Leasehold Improvement | Electrical Work | 1,832.81 | 1,263.73 |
| 430 | Furniture & Fixtures | Hanger Management System | 4,320.29 | 2,263.09 |
| 430 | Leasehold Improvement | Travel / Materials | 3,208.37 | 2,125.97 |
| 433 | Equipment | Security Cameras & Install | 10,563.11 | 3,345.06 |
| 433 | Furniture & Fixtures | Hanger Management System | 4,299.32 | 2,200.94 |
| 435 | Equipment | Additional Use Tax Due | 73.75 | 23.32 |
| 436 | Furniture & Fixtures | New Store : Fixtures | 33,663.15 | 18,835.40 |
| 437 | Leasehold Improvement | Roofing Materials | 4,396.30 | 3,590.22 |
| 437 | Leasehold Improvement | Lighting of Signage | 693.00 | 565.84 |
| 439 | Equipment | Additional Use Tax Due | 73.75 | 23.32 |
| 439 | Furniture & Fixtures | Snap-on Handles | 117.97 | 60.57 |
| 439 | Leasehold Improvement | New Store : HVAC | 1,092.39 | 905.84 |
| 442 | Leasehold Improvement | Contract Settlement | 4,582.28 | 2,227.72 |
| 442 | Leasehold Improvement | Engineering Plans | 143.61 | 69.69 |
| 442 | Leasehold Improvement | Engineering Plans | 1,950.00 | 948.08 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 442 | Leasehold Improvement | Engineering Plans | 1,300.00 | 632.16 |
| 442 | Leasehold Improvement | Engineering Plans | 1,000.88 | 486.64 |
| 442 | Leasehold Improvement | Engineering Plans | 1,300.00 | 632.16 |
| 444 | Furniture & Fixtures | Add-On Rings for Rounders | 2,050.29 | 1,293.58 |
| 606 | Leasehold Improvement | Lighting Repairs | 2,503.39 | 1,710.71 |
| 669 | Leasehold Improvement | HVAC - 50% of unit installed by LL | 20,650.00 | 11,308.46 |
| 675 | Leasehold Improvement | HVAC | 4,068.40 | 2,228.06 |
| 675 | Leasehold Improvement | HVAC Repairs | 2,434.13 | 1,332.89 |
| 686 | Leasehold Improvement | HVAC Repairs | 2,936.00 | 1,607.90 |
| 692 | Leasehold Improvement | HVAC Repairs | 4,192.29 | 2,295.71 |
| 421 | Leasehold Improvement | Remotes/Motors for Doors | 2,373.40 | 1,651.80 |
| 423 | Equipment | EAS System | 3,585.22 | 2,048.74 |
| 423 | Equipment | EAS System | 379.63 | 216.91 |
| 423 | Equipment | EAS System Install | 1,450.00 | 828.64 |
| 423 | Leasehold Improvement | Labor | 572.28 | 393.36 |
| 423 | Furniture & Fixtures | Fixtures | 3,728.74 | 2,130.70 |
| 423 | Furniture & Fixtures | Slatwall | 8,815.00 | 5,037.16 |
| 423 | Furniture & Fixtures | Fixtures | 26,089.18 | 14,907.94 |
| 429 | Leasehold Improvement | Rest Room Plumbing | 5,650.00 | 3,779.95 |
| 436 | Leasehold Improvement | New Store Locking Hardware | 4,099.90 | 2,912.94 |
| 436 | Equipment | EAS System | 4,301.04 | 2,406.64 |
| 436 | Equipment | EAS Service Call | 295.00 | 165.13 |
| 436 | Furniture & Fixtures | Hanger Management System | 4,213.34 | 2,357.42 |
| 436 | Furniture & Fixtures | Labor to set-up Fixtures | 1,679.19 | 939.56 |
| 436 | Furniture & Fixtures | Labor to set-up Fixtures | 429.21 | 240.14 |
| 436 | Furniture & Fixtures | Labor to set-up Fixtures | 527.10 | 294.74 |
| 436 | Leasehold Improvement | Labor | 1,246.22 | 885.47 |
| 436 | Leasehold Improvement | Labor | 120.48 | 85.70 |
| 436 | Furniture & Fixtures | Fixtures | 4,320.47 | 2,417.56 |
| 436 | Leasehold Improvement | Illuminated wall sign / Banner | 14,226.40 | 10,107.56 |
| 436 | Leasehold Improvement | Credit for Patch/Paint | (883.95) | (627.91) |
| 442 | Furniture & Fixtures | Shipping of Fixtures | 1,033.00 | 502.12 |
| 442 | Leasehold Improvement | Printing & CAD Plots | 864.60 | 420.44 |
| 444 | Leasehold Improvement | Architectural/Plumb/Elect Plans | 13,850.00 | 10,324.99 |
| 444 | Computer Equipment | APC Back-up | 165.78 | 80.22 |
| 444 | Leasehold Improvement | Speaker/Music System | 2,201.36 | 1,641.19 |
| 606 | Leasehold Improvement | HVAC | 2,955.36 | 1,653.70 |
| 621 | Leasehold Improvement | HVAC | 3,207.00 | 1,794.34 |
| 622 | Leasehold Improvement | Sales Floor Lighting Repairs | 4,831.88 | - |
| 665 | Leasehold Improvement | Rolling Door Repair | 3,500.00 | 801.96 |
| 669 | Leasehold Improvement | HVAC | 3,565.98 | 1,952.88 |
| 681 | Leasehold Improvement | HVAC | 3,545.68 | 1,941.70 |
| 687 | Leasehold Improvement | HVAC | 10,141.74 | 5,674.36 |
| 419 | Leasehold Improvement | | 2,986.62 | 2,571.87 |
| 423 | Furniture & Fixtures | | 3,434.00 | 2,207.60 |
| 444 | Furniture & Fixtures | | 3,068.00 | 2,155.00 |
| 436 | Equipment | EAS System | 615.88 | 344.67 |
| 421 | Leasehold Improvement | Renovation | 1,200.00 | 845.49 |
| 421 | Leasehold Improvement | New store opening: Labor | 7,948.18 | 5,473.12 |
| 422 | Leasehold Improvement | Floor plan options | 400.00 | 283.84 |
| 422 | Leasehold Improvement | Signage - panels, pylons, tags | 8,960.96 | 6,360.64 |
| 422 | Leasehold Improvement | New store opening: Labor | 2,667.00 | 1,893.24 |
| 422 | Furniture & Fixtures | | 8,168.85 | 5,056.85 |
| 422 | Leasehold Improvement | Floor plan options | 600.00 | 425.92 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 423 | Furniture & Fixtures | Racks and bars | 108.76 | 62.32 |
| 423 | Leasehold Improvement | Locking hardware | 2,487.75 | 1,709.43 |
| 423 | Leasehold Improvement | Labor | 3,840.30 | 2,638.98 |
| 423 | Leasehold Improvement | Card frame 7 x 11 | 70.57 | 48.61 |
| 423 | Leasehold Improvement | HVAC | 468.70 | 322.18 |
| 423 | Leasehold Improvement | New store: construction contract | 525.20 | 361.04 |
| 423 | Leasehold Improvement | New store: construction contract | 1,684.86 | 1,157.82 |
| 423 | Equipment | Security Cameras - 15 | 6,942.77 | 2,777.21 |
| 423 | Furniture & Fixtures | 4 cash register counters | 725.00 | 414.32 |
| 423 | Leasehold Improvement |  | 3,023.75 | 2,077.67 |
| 429 | Furniture & Fixtures |  | 2,043.75 | 1,143.54 |
| 430 | Leasehold Improvement | Signage - New store | 21,783.97 | 14,434.37 |
| 430 | Furniture & Fixtures |  | 2,043.75 | 1,070.55 |
| 431 | Leasehold Improvement | New store: construction contract | 3,022.22 | 2,367.41 |
| 431 | Leasehold Improvement | 240-volts box for blowers, fans & dryers | 1,189.26 | 918.25 |
| 431 | Leasehold Improvement | 6 New speakers at Sales floor area | 2,355.26 | 1,205.62 |
| 433 | Leasehold Improvement | Ballasts | 2,725.97 | - |
| 433 | Furniture & Fixtures |  | 2,043.75 | 1,143.54 |
| 435 | Equipment | Security Cameras - 18 | 12,266.56 | 4,906.72 |
| 435 | Furniture & Fixtures |  | 2,043.75 | 1,143.54 |
| 436 | Leasehold Improvement | Stockroom shelves, phones, speakers | 34,432.00 | 24,463.46 |
| 436 | Furniture & Fixtures | Racks - Bag holder | 108.76 | 61.03 |
| 436 | Leasehold Improvement | 20 Ceiling speakers, 120-watt amp | 2,264.08 | 1,608.44 |
| 436 | Furniture & Fixtures |  | 2,043.75 | 1,143.54 |
| 436 | Furniture & Fixtures | 36" Round rings and set of brackets | 809.00 | 452.69 |
| 436 | Furniture & Fixtures |  | 4,351.17 | 2,434.57 |
| 436 | Furniture & Fixtures |  | 394.22 | 220.69 |
| 437 | Leasehold Improvement | New permit w/racks > 5' , submit plans | 600.00 | 463.47 |
| 439 | Equipment | Security Cameras - 19 | 12,927.24 | 5,171.04 |
| 439 | Furniture & Fixtures |  | 2,043.75 | 1,143.54 |
| 442 | Furniture & Fixtures |  | 8,168.85 | 3,971.73 |
| 443 | Furniture & Fixtures |  | 8,168.85 | 4,765.10 |
| 444 | Leasehold Improvement | New store opening: Labor | 5,112.35 | 3,811.28 |
| 444 | Leasehold Improvement | New store: construction contract | 48,561.00 | 36,201.61 |
| 444 | Furniture & Fixtures |  | 5,312.50 | 3,352.06 |
| 444 | Leasehold Improvement | Two 40' fixture storage containers | 668.00 | 498.12 |
| 444 | Furniture & Fixtures |  | 8,168.85 | 5,154.10 |
| 602 | Leasehold Improvement | HVAC - Compressor | 5,246.17 | 2,997.97 |
| 658 | Leasehold Improvement | HVAC - Compressor | 252.97 | 144.61 |
| 681 | Leasehold Improvement | HVAC - Compressor | 16,500.00 | 9,428.52 |
| 688 | Leasehold Improvement | HVAC - Compressor | 5,696.51 | 3,051.53 |
| 695 | Leasehold Improvement | HVAC - Compressor | 3,338.90 | 1,907.90 |
| 400 | Leasehold Improvement | Floor Plans | 300.00 | 236.54 |
| 400 | Leasehold Improvement | 14 1000-watt ballasts, lights wiring | 2,700.00 | 75.00 |
| 400 | Leasehold Improvement | Light contactors, breakers, timers | 12,500.00 | - |
| 408 | Leasehold Improvement | Main entrance doors repair | 2,500.00 | - |
| 413 | Leasehold Improvement | Floor Plans | 200.00 | 157.82 |
| 413 | Leasehold Improvement | HVAC - Freon gas leak repair | 5,635.00 | 3,220.12 |
| 414 | Leasehold Improvement | New floor plan and elevation | 1,200.00 | 1,079.94 |
| 417 | Leasehold Improvement | Floor plan options, exterior rendering | 300.00 | 236.54 |
| 419 | Leasehold Improvement | Trash enclosure - code compliant | 9,986.06 | 8,044.26 |
| 419 | Leasehold Improvement | Rolling steel curtain door repair | 3,539.78 | 2,851.33 |
| 421 | Leasehold Improvement | Door survey, alarms, keys, bolts | 8,322.88 | 6,116.13 |
| 422 | Leasehold Improvement | Mechanical plans, AC, ducts, loads | 2,400.00 | 1,703.68 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 422 | Leasehold Improvement | New store opening Labor | 368.00 | 261.12 |
| 422 | Leasehold Improvement | Electrical wiring low voltage and data | 25,000.00 | 17,745.60 |
| 422 | Computer Equipment | RF Hardware | 468.72 | 218.80 |
| 422 | Leasehold Improvement | LED & light bulbs | 20,013.49 | 14,206.13 |
| 423 | Furniture & Fixtures | | 1,062.00 | 606.96 |
| 423 | Furniture & Fixtures | 3" OC MDF 8 x 4 LPL Maple | 2,000.00 | 1,142.84 |
| 426 | Leasehold Improvement | Plumbing repair to clear stoppage | 293.00 | 201.20 |
| 426 | Leasehold Improvement | Pipe leaks | 3,316.00 | 2,275.24 |
| 426 | Furniture & Fixtures | | 775.01 | 451.96 |
| 428 | Leasehold Improvement | Floor Plans | 300.00 | 236.54 |
| 430 | Equipment | 42" Baler and installation | 9,566.00 | 3,188.80 |
| 435 | Leasehold Improvement | HVAC - Thermostat | 4,595.99 | 2,571.72 |
| 436 | Equipment | Installation of 17 cameras | 5,112.21 | 1,959.81 |
| 436 | Leasehold Improvement | Security system installation | 4,718.70 | 3,352.66 |
| 436 | Furniture & Fixtures | 40' storage container for fixtures | 164.34 | 91.82 |
| 439 | Furniture & Fixtures | Canopy insulation finish system | 2,890.00 | 1,686.00 |
| 439 | Leasehold Improvement | Open laps in the flashing | 2,948.90 | 2,359.22 |
| 442 | Leasehold Improvement | Construction of floor plans | 180,000.00 | 87,514.56 |
| 442 | Leasehold Improvement | Construction of floor plans | 409.20 | 198.96 |
| 442 | Computer Equipment | RF Hardware | 468.72 | 227.76 |
| 443 | Leasehold Improvement | Wiring - new store | 4,174.66 | 3,008.46 |
| 444 | Furniture & Fixtures | | (5,312.50) | (3,352.06) |
| 444 | Leasehold Improvement | New store:  construction contract | 25,000.00 | 18,637.25 |
| 444 | Computer Equipment | RF Hardware | 468.72 | 226.61 |
| 444 | Furniture & Fixtures | | 2,568.16 | 1,620.49 |
| 602 | Leasehold Improvement | Floor Plans | 300.00 | 110.00 |
| 630 | Leasehold Improvement | HVAC - Compressor | 3,059.21 | 1,748.09 |
| 659 | Leasehold Improvement | Lightning, light bulbs and ballasts | 3,207.25 | 1,648.00 |
| 659 | Leasehold Improvement | Store front neon sign repair | 2,979.17 | 1,489.49 |
| 663 | Leasehold Improvement | Fire sprinklers system | 2,100.00 | - |
| 663 | Leasehold Improvement | Labor / Materials | 287.50 | 7.85 |
| 663 | Leasehold Improvement | HVAC - Compressor | 4,121.56 | 2,355.04 |
| 675 | Leasehold Improvement | HVAC - Refrigerant | 3,258.78 | 1,861.98 |
| 678 | Leasehold Improvement | HVAC - Compressor | 4,243.40 | 2,424.68 |
| 684 | Leasehold Improvement | Signage - Rebranding | 9,149.75 | 1,546.19 |
| 684 | Leasehold Improvement | HVAC - Compressor | 8,510.07 | 4,862.91 |
| 687 | Leasehold Improvement | Lighting for Sales floor | 5,717.77 | - |
| 689 | Leasehold Improvement | HVAC - Compressor | 6,058.92 | 3,462.24 |
| 400 | Leasehold Improvement | Materials | 13,281.17 | 10,698.87 |
| 402 | Equipment | | 2,376.00 | 1,029.60 |
| 403 | Equipment | | 1,782.00 | 772.20 |
| 404 | Equipment | | 1,782.00 | 772.20 |
| 405 | Equipment | | 2,376.00 | 1,029.60 |
| 410 | Equipment | | 2,970.00 | 1,287.00 |
| 411 | Equipment | | 1,782.00 | 772.20 |
| 412 | Equipment | | 1,782.00 | 772.20 |
| 413 | Equipment | | 1,782.00 | 772.20 |
| 417 | Equipment | | 2,376.00 | 1,029.60 |
| 418 | Equipment | | 1,782.00 | 772.20 |
| 419 | Equipment | | 1,782.00 | 772.20 |
| 420 | Equipment | | 1,782.00 | 772.20 |
| 422 | Furniture & Fixtures | Racks:  Bag holders | 174.31 | 107.75 |
| 422 | Furniture & Fixtures | Shoe displays: 8' and 12' long | 12,420.55 | 7,689.03 |
| 422 | Leasehold Improvement | Fire sprinklers system | 3,800.00 | 2,697.28 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 422 | Leasehold Improvement | Grinder blades | 521.86 | 370.50 |
| 422 | Leasehold Improvement | | 34,990.92 | 24,837.64 |
| 423 | Equipment | | 1,782.00 | 712.80 |
| 424 | Equipment | | 1,782.00 | 772.20 |
| 431 | Equipment | | 1,782.00 | 772.20 |
| 435 | Equipment | | 1,782.00 | 772.20 |
| 436 | Equipment | | 1,782.00 | 683.10 |
| 439 | Equipment | | 1,782.00 | 772.20 |
| 442 | Leasehold Improvement | Fluorescent and single light bulbs | 7,500.00 | 3,646.56 |
| 442 | Furniture & Fixtures | Racks:  Bag holders | 174.31 | 84.71 |
| 442 | Furniture & Fixtures | Shoe displays: 8' and 12' long | 12,420.55 | 6,038.79 |
| 442 | Furniture & Fixtures | Cash counter - 2 pc check out station | 4,714.25 | 2,292.17 |
| 443 | Leasehold Improvement | Rotary deposit safe and keys | 1,249.21 | 900.26 |
| 443 | Leasehold Improvement | Shelves, phones, counters & cameras | 44,400.00 | 31,995.65 |
| 443 | Furniture & Fixtures | Racks:  Bag holders | 174.31 | 101.51 |
| 443 | Furniture & Fixtures | Shoe displays: 8' and 12' long | 12,420.55 | 7,245.45 |
| 443 | Furniture & Fixtures | Cash Counters - 5 | 5,178.08 | 3,020.68 |
| 443 | Equipment | Ultra post system, 3 detachers | 3,357.23 | 1,958.28 |
| 443 | Equipment | 3 magnetic super detachers | 395.91 | 231.06 |
| 443 | Leasehold Improvement | New store labor | 3,077.00 | 2,217.40 |
| 443 | Furniture & Fixtures | Hanger Management System | 4,399.37 | 2,566.42 |
| 444 | Furniture & Fixtures | Rotary deposit safe and keys | 924.48 | 583.17 |
| 444 | Furniture & Fixtures | Racks:  Bag holders | 174.31 | 109.83 |
| 444 | Furniture & Fixtures | Shoe displays: 8' and 12' long | 12,420.55 | 7,836.89 |
| 444 | Furniture & Fixtures | Cash counter - 2 pc check out station | 4,714.25 | 2,974.53 |
| 444 | Equipment | 3 magnetic super detachers | 395.91 | 249.90 |
| 444 | Furniture & Fixtures | Hanger Management System | 4,090.69 | 2,580.99 |
| 459 | Furniture & Fixtures | VT Slatwall panels | 844.53 | 464.37 |
| 459 | Leasehold Improvement | Wiring for 3-paging system | 1,450.00 | 797.41 |
| 459 | Leasehold Improvement | | 40.30 | 22.21 |
| 459 | Equipment | | 1,782.00 | 980.10 |
| 459 | Leasehold Improvement | | 3,544.90 | 1,949.74 |
| 460 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 412.71 |
| 460 | Leasehold Improvement | Install paging, music, phone lines | 1,250.00 | 611.12 |
| 460 | Leasehold Improvement | | 40.30 | 19.84 |
| 460 | Equipment | | 1,782.00 | 871.20 |
| 460 | Furniture & Fixtures | | 3,544.90 | 1,732.87 |
| 461 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 415.02 |
| 461 | Leasehold Improvement | Install paging, music, phone lines | 3,850.00 | 1,893.10 |
| 461 | Leasehold Improvement | | 40.30 | 19.84 |
| 461 | Equipment | | 1,782.00 | 876.15 |
| 461 | Furniture & Fixtures | Store fixtures | 2,270.83 | 1,116.49 |
| 461 | Furniture & Fixtures | | 3,544.90 | 1,743.10 |
| 462 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 649.20 |
| 462 | Leasehold Improvement | Install paging, music, phone lines | 1,750.00 | 1,345.60 |
| 462 | Leasehold Improvement | | 40.30 | 31.00 |
| 462 | Equipment | | 1,782.00 | 1,370.25 |
| 462 | Furniture & Fixtures | | 3,544.90 | 2,725.90 |
| 463 | Furniture & Fixtures | VT Slatwall panels | 836.60 | 69.68 |
| 463 | Leasehold Improvement | | 40.30 | 3.34 |
| 463 | Equipment | | 1,782.00 | 148.50 |
| 463 | Furniture & Fixtures | | 3,512.38 | 292.57 |
| 464 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 522.75 |
| 464 | Leasehold Improvement | Install paging, music, phone lines | 950.00 | 588.08 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 464 | Leasehold Improvement | | 40.30 | 24.94 |
| 464 | Equipment | | 1,782.00 | 831.60 |
| 464 | Furniture & Fixtures | Store fixtures | 2,270.83 | 1,405.87 |
| 464 | Furniture & Fixtures | | 3,544.90 | 2,194.50 |
| 9904 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 844.35 |
| 9904 | Furniture & Fixtures | | 40.30 | 40.30 |
| 9904 | Furniture & Fixtures | | 1,782.00 | 1,782.00 |
| 9904 | Furniture & Fixtures | Store fixtures | 2,270.83 | 2,270.83 |
| 9904 | Furniture & Fixtures | | 3,544.90 | 3,544.90 |
| 466 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 492.60 |
| 466 | Furniture & Fixtures | 16 cameras, transceiver video | 6,859.02 | 4,001.07 |
| 466 | Furniture & Fixtures | | 40.30 | 23.50 |
| 466 | Furniture & Fixtures | | 1,782.00 | 1,039.50 |
| 466 | Furniture & Fixtures | | 3,544.90 | 2,067.85 |
| 467 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 56.70 |
| 467 | Furniture & Fixtures | Install 3 cash wraps, paging, music | 1,750.00 | 117.55 |
| 467 | Furniture & Fixtures | | 40.30 | 2.65 |
| 467 | Furniture & Fixtures | | 1,782.00 | 119.70 |
| 467 | Furniture & Fixtures | | 3,544.90 | 238.15 |
| 468 | Furniture & Fixtures | VT Slatwall panels | 841.44 | 480.80 |
| 468 | Furniture & Fixtures | | 40.30 | 23.02 |
| 468 | Furniture & Fixtures | | 1,782.00 | 1,018.16 |
| 468 | Furniture & Fixtures | | 3,532.70 | 2,018.14 |
| 469 | Furniture & Fixtures | VT Slatwall panels | 836.60 | 61.88 |
| 469 | Furniture & Fixtures | | 40.30 | 2.86 |
| 469 | Furniture & Fixtures | | 1,782.00 | 132.08 |
| 469 | Furniture & Fixtures | Store fixtures | 2,250.00 | 166.80 |
| 469 | Furniture & Fixtures | | 3,512.38 | 260.22 |
| 470 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 168.19 |
| 470 | Furniture & Fixtures | Install paging, music, phone lines | 950.00 | 189.36 |
| 470 | Furniture & Fixtures | | 40.30 | 7.98 |
| 470 | Furniture & Fixtures | | 1,782.00 | 355.12 |
| 470 | Furniture & Fixtures | | 3,544.90 | 706.18 |
| 471 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 512.70 |
| 471 | Furniture & Fixtures | Install paging, music, phone lines | 1,250.00 | 758.96 |
| 471 | Furniture & Fixtures | | 40.30 | 24.46 |
| 471 | Furniture & Fixtures | | 1,782.00 | 1,082.07 |
| 471 | Furniture & Fixtures | Store fixtures | 2,270.83 | 1,378.84 |
| 471 | Furniture & Fixtures | | 3,544.90 | 2,152.30 |
| 472 | Furniture & Fixtures | VT Slatwall panels | 836.60 | - |
| 472 | Furniture & Fixtures | Install paging, music, phone lines | 1,450.00 | - |
| 472 | Furniture & Fixtures | | 40.30 | - |
| 472 | Furniture & Fixtures | | 1,782.00 | - |
| 472 | Furniture & Fixtures | Store fixtures | 2,250.00 | - |
| 472 | Furniture & Fixtures | | 3,512.38 | - |
| 473 | Furniture & Fixtures | VT Slatwall panels | 836.60 | 507.92 |
| 473 | Furniture & Fixtures | Install paging, music, phone lines | 3,450.00 | 2,094.69 |
| 473 | Furniture & Fixtures | | 40.30 | 24.46 |
| 473 | Furniture & Fixtures | | 1,782.00 | 1,082.07 |
| 473 | Furniture & Fixtures | | 3,512.38 | 2,132.65 |
| 474 | Furniture & Fixtures | VT Slatwall panels | 836.60 | 361.40 |
| 474 | Furniture & Fixtures | | 1,250.00 | 539.84 |
| 474 | Furniture & Fixtures | | 40.30 | 17.53 |
| 474 | Furniture & Fixtures | | 1,782.00 | 769.56 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 474 | Furniture & Fixtures | Store fixtures | 2,250.00 | 971.58 |
| 474 | Furniture & Fixtures | | 3,512.38 | 1,516.87 |
| 475 | Furniture & Fixtures | VT Slatwall panels | 844.35 | - |
| 475 | Furniture & Fixtures | Install paging, music, phone lines | 950.00 | - |
| 475 | Furniture & Fixtures | | 40.30 | - |
| 475 | Furniture & Fixtures | Store fixtures | 2,270.83 | 0.00 |
| 475 | Furniture & Fixtures | | 3,544.90 | - |
| 476 | Furniture & Fixtures | VT Slatwall panels | 838.54 | - |
| 476 | Furniture & Fixtures | | 40.30 | - |
| 476 | Furniture & Fixtures | Store fixtures | 2,255.20 | - |
| 476 | Furniture & Fixtures | | 3,520.51 | - |
| 477 | Furniture & Fixtures | VT Slatwall panels | 844.35 | 210.09 |
| 477 | Furniture & Fixtures | Install paging, music, phone lines | 950.00 | 236.21 |
| 477 | Furniture & Fixtures | | 40.30 | 9.94 |
| 477 | Furniture & Fixtures | Store fixtures | 2,270.83 | 564.73 |
| 477 | Furniture & Fixtures | | 3,544.90 | 881.47 |
| 478 | Furniture & Fixtures | VT Slatwall panels | 837.38 | - |
| 478 | Furniture & Fixtures | | 40.30 | - |
| 478 | Furniture & Fixtures | Store fixtures | 2,252.08 | - |
| 478 | Furniture & Fixtures | | 3,515.63 | - |
| 479 | Furniture & Fixtures | VT Slatwall panels | 837.38 | 143.72 |
| 479 | Furniture & Fixtures | | 40.30 | 6.97 |
| 479 | Furniture & Fixtures | Store fixtures | 2,252.08 | 386.59 |
| 479 | Furniture & Fixtures | | 3,515.63 | 603.71 |
| 480 | Furniture & Fixtures | VT Slatwall panels | 837.38 | 292.88 |
| 480 | Furniture & Fixtures | | 40.30 | 14.23 |
| 480 | Furniture & Fixtures | Store fixtures | 2,252.08 | 787.87 |
| 480 | Furniture & Fixtures | | 3,515.62 | 1,230.04 |
| 481 | Furniture & Fixtures | VT Slatwall panels | 838.54 | 491.71 |
| 481 | Furniture & Fixtures | | 40.30 | 23.47 |
| 481 | Furniture & Fixtures | Store fixtures | 2,255.20 | 1,322.62 |
| 481 | Furniture & Fixtures | | 3,520.50 | 2,064.54 |
| 482 | Furniture & Fixtures | VT Slatwall panels | 838.54 | - |
| 482 | Furniture & Fixtures | | 40.30 | - |
| 482 | Furniture & Fixtures | | 3,520.50 | - |
| 483 | Furniture & Fixtures | VT Slatwall panels | 838.54 | 266.26 |
| 483 | Furniture & Fixtures | | 40.30 | 12.75 |
| 483 | Furniture & Fixtures | | 3,520.50 | 1,117.95 |
| 484 | Furniture & Fixtures | VT Slatwall panels | 828.85 | 100.54 |
| 484 | Furniture & Fixtures | | 40.30 | 4.99 |
| 484 | Furniture & Fixtures | | (2,229.17) | (270.62) |
| 484 | Furniture & Fixtures | Store fixtures | 2,229.16 | 270.61 |
| 484 | Furniture & Fixtures | Store fixtures | 2,229.17 | 270.62 |
| 484 | Furniture & Fixtures | | 3,479.84 | 422.39 |
| 485 | Furniture & Fixtures | VT Slatwall panels | 821.11 | 375.61 |
| 485 | Furniture & Fixtures | | 40.30 | 18.52 |
| 485 | Furniture & Fixtures | Store fixtures | 2,208.33 | 1,010.43 |
| 485 | Furniture & Fixtures | | 3,447.32 | 1,577.54 |
| 486 | Furniture & Fixtures | VT Slatwall panels | 821.11 | 215.89 |
| 486 | Furniture & Fixtures | | 40.30 | 10.60 |
| 486 | Furniture & Fixtures | | 3,447.32 | 905.66 |
| 487 | Furniture & Fixtures | VT Slatwall panels | 821.11 | 215.89 |
| 487 | Furniture & Fixtures | | 40.30 | 10.60 |
| 487 | Furniture & Fixtures | Store fixtures | 2,208.34 | 580.12 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 487 | Furniture & Fixtures | | 3,447.32 | 905.66 |
| 488 | Furniture & Fixtures | VT Slatwall panels | 828.85 | 338.80 |
| 488 | Furniture & Fixtures | | 40.30 | 16.54 |
| 488 | Furniture & Fixtures | Store fixtures | 2,229.17 | 910.82 |
| 488 | Furniture & Fixtures | | 3,479.84 | 1,421.96 |
| 489 | Furniture & Fixtures | VT Slatwall panels | 828.85 | 386.32 |
| 489 | Furniture & Fixtures | | 40.30 | 18.85 |
| 489 | Furniture & Fixtures | | 2,229.17 | 1,038.86 |
| 489 | Furniture & Fixtures | | 3,479.84 | 1,621.61 |
| 490 | Furniture & Fixtures | VT Slatwall panels | 828.85 | - |
| 490 | Furniture & Fixtures | | 40.31 | - |
| 490 | Furniture & Fixtures | Store fixtures | 2,229.17 | - |
| 490 | Furniture & Fixtures | | 3,479.84 | (56.56) |
| 491 | Furniture & Fixtures | VT Slatwall panels | 821.11 | 140.98 |
| 491 | Furniture & Fixtures | | 40.31 | 6.98 |
| 491 | Furniture & Fixtures | | 3,447.32 | 591.83 |
| 492 | Furniture & Fixtures | VT Slatwall panels | 815.69 | 140.18 |
| 492 | Furniture & Fixtures | | 40.31 | 6.98 |
| 492 | Furniture & Fixtures | | 3,424.56 | 587.88 |
| 493 | Furniture & Fixtures | VT Slatwall panels | 826.92 | 424.32 |
| 493 | Furniture & Fixtures | | 40.31 | 20.84 |
| 493 | Furniture & Fixtures | Store fixtures | 2,223.97 | 1,141.57 |
| 493 | Furniture & Fixtures | | 3,471.71 | 1,781.78 |
| 494 | Furniture & Fixtures | VT Slatwall panels | 828.85 | - |
| 494 | Furniture & Fixtures | | 40.31 | - |
| 494 | Furniture & Fixtures | Store fixtures | 2,229.17 | - |
| 494 | Furniture & Fixtures | | 3,479.84 | - |
| 495 | Furniture & Fixtures | VT Slatwall panels | 828.85 | 301.18 |
| 495 | Furniture & Fixtures | | 40.31 | 14.57 |
| 495 | Furniture & Fixtures | | 3,479.84 | 1,264.55 |
| 496 | Furniture & Fixtures | VT Slatwall panels | 826.92 | 370.20 |
| 496 | Furniture & Fixtures | | 40.31 | 18.20 |
| 496 | Furniture & Fixtures | | 3,471.71 | 1,554.74 |
| 497 | Furniture & Fixtures | VT Slatwall panels | 830.79 | 44.04 |
| 497 | Furniture & Fixtures | | 40.31 | 2.21 |
| 497 | Furniture & Fixtures | Store fixtures | 2,234.38 | 118.48 |
| 497 | Furniture & Fixtures | | 3,487.97 | 184.97 |
| 498 | Furniture & Fixtures | VT Slatwall panels | 821.11 | - |
| 498 | Furniture & Fixtures | | 40.31 | - |
| 498 | Furniture & Fixtures | | 3,447.32 | - |
| 499 | Furniture & Fixtures | VT Slatwall panels | 836.60 | - |
| 499 | Furniture & Fixtures | | 40.31 | - |
| 499 | Furniture & Fixtures | Store fixtures | 2,250.01 | - |
| 499 | Furniture & Fixtures | | 3,512.37 | - |
| 600 | Equipment | | 1,782.00 | 772.20 |
| 606 | Equipment | | 1,782.00 | 772.20 |
| 615 | Equipment | | 1,782.00 | 772.20 |
| 621 | Equipment | | 1,782.00 | 772.20 |
| 635 | Equipment | | 1,782.00 | 772.20 |
| 636 | Equipment | | 1,782.00 | 772.20 |
| 651 | Equipment | | 1,782.00 | 772.20 |
| 659 | Equipment | | 1,782.00 | 772.20 |
| 660 | Equipment | | 1,782.00 | 772.20 |
| 663 | Equipment | | 1,782.00 | 772.20 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 665 | Equipment | | 1,782.00 | 772.20 |
| 667 | Equipment | | 1,188.00 | 514.80 |
| 668 | Equipment | | 1,782.00 | 772.20 |
| 671 | Equipment | | 1,782.00 | 772.20 |
| 673 | Equipment | | 1,782.00 | 772.20 |
| 675 | Equipment | | 1,782.00 | 772.20 |
| 678 | Equipment | | 1,782.00 | 772.20 |
| 679 | Equipment | | 1,782.00 | 772.20 |
| 682 | Equipment | | 1,782.00 | 772.20 |
| 686 | Leasehold Improvement | | 2,652.13 | - |
| 686 | Equipment | | 1,782.00 | 772.20 |
| 691 | Equipment | | 1,782.00 | 772.20 |
| 694 | Equipment | | 1,782.00 | 772.20 |
| 695 | Equipment | | 2,970.00 | 1,287.00 |
| 9804 | Furniture & Fixtures | | 4,349.99 | 4,349.99 |
| 9804 | Furniture & Fixtures | Transportation of Fixtures | 1,695.00 | 1,695.00 |
| 9804 | Furniture & Fixtures | | 1,659.24 | 1,659.24 |
| 402 | Furniture & Fixtures | | 213.25 | 126.89 |
| 402 | Leasehold Improvement | | 21,200.76 | 10,246.91 |
| 422 | Furniture & Fixtures | | 972.48 | 601.92 |
| 422 | Leasehold Improvement | | 11,279.64 | 8,006.68 |
| 422 | Furniture & Fixtures | | 991.53 | 613.93 |
| 422 | Leasehold Improvement | | 9,880.00 | 7,013.12 |
| 422 | Equipment | | 1,035.81 | 641.25 |
| 422 | Equipment | | 380.41 | 235.45 |
| 422 | Equipment | | 5,759.80 | 3,565.56 |
| 422 | Leasehold Improvement | | 29,636.01 | 21,036.65 |
| 422 | Leasehold Improvement | | 4,119.71 | 2,924.19 |
| 422 | Leasehold Improvement | | 13,490.65 | 9,576.09 |
| 422 | Leasehold Improvement | | 18,207.95 | 12,924.43 |
| 422 | Leasehold Improvement | | 5,595.85 | 3,972.17 |
| 422 | Leasehold Improvement | | 1,474.00 | 1,046.16 |
| 423 | Leasehold Improvement | | 12,488.03 | 8,581.31 |
| 431 | Leasehold Improvement | | 2,730.00 | 2,259.73 |
| 432 | Leasehold Improvement | | 2,897.00 | 1,827.81 |
| 436 | Equipment | | 9,329.37 | 3,576.24 |
| 436 | Leasehold Improvement | | 800.00 | 568.38 |
| 442 | Leasehold Improvement | | 2,385.03 | 1,159.43 |
| 442 | Furniture & Fixtures | | 1,271.92 | 618.48 |
| 442 | Leasehold Improvement | | 9,155.00 | 4,451.00 |
| 442 | Leasehold Improvement | | 90,000.00 | 43,757.12 |
| 442 | Equipment | | 2,348.46 | 1,141.74 |
| 442 | Equipment | | 383.79 | 186.67 |
| 443 | Furniture & Fixtures | | 995.04 | 580.29 |
| 443 | Furniture & Fixtures | | 4,075.61 | 2,377.41 |
| 443 | | | 2,716.29 | 2,716.29 |
| 443 | Leasehold Improvement | | 4,174.66 | 3,008.46 |
| 444 | Leasehold Improvement | | 17,495.38 | 13,042.54 |
| 444 | Equipment | | 2,523.21 | 1,591.97 |
| 444 | Leasehold Improvement | | 545.73 | 406.85 |
| 459 | Furniture & Fixtures | | 1,552.28 | 853.79 |
| 459 | Furniture & Fixtures | | 1,449.44 | 797.12 |
| 459 | Computer Equipment | | 554.71 | 304.96 |
| 459 | Equipment | | 650.10 | 357.42 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 459 | Equipment | | 196.88 | 108.32 |
| 459 | Computer Equipment | | 1,467.66 | 807.24 |
| 459 | Furniture & Fixtures | | 493.42 | 271.48 |
| 459 | Furniture & Fixtures | | 2,453.39 | 1,349.36 |
| 459 | Furniture & Fixtures | | 630.02 | 346.52 |
| 459 | Leasehold Improvement | | 4,322.59 | 2,377.51 |
| 459 | Leasehold Improvement | | 1,449.52 | 797.20 |
| 460 | Furniture & Fixtures | | 1,552.28 | 758.96 |
| 460 | Furniture & Fixtures | | 1,449.44 | 708.59 |
| 460 | Computer Equipment | | 554.71 | 271.24 |
| 460 | Computer Equipment | | 1,467.66 | 717.57 |
| 460 | Furniture & Fixtures | | 493.42 | 241.30 |
| 460 | Furniture & Fixtures | | 295.91 | 144.77 |
| 460 | Furniture & Fixtures | | 2,787.15 | 1,362.54 |
| 460 | Leasehold Improvement | | 1,811.35 | 885.37 |
| 461 | Furniture & Fixtures | | 1,552.28 | 763.25 |
| 461 | Furniture & Fixtures | | 1,449.44 | 712.55 |
| 461 | Computer Equipment | | 554.71 | 272.89 |
| 461 | Equipment | | 622.32 | 305.85 |
| 461 | Equipment | | 196.87 | 96.88 |
| 461 | Computer Equipment | | 1,467.66 | 721.53 |
| 461 | Equipment | | 8,111.25 | 3,988.23 |
| 461 | Furniture & Fixtures | | 493.42 | 242.62 |
| 461 | Furniture & Fixtures | | 294.63 | 144.81 |
| 461 | Furniture & Fixtures | | 2,787.15 | 1,370.46 |
| 461 | Leasehold Improvement | | 3,397.38 | 1,670.49 |
| 461 | Leasehold Improvement | | 2,218.07 | 1,090.46 |
| 462 | Furniture & Fixtures | | 1,552.28 | 1,193.63 |
| 462 | Furniture & Fixtures | | 1,449.44 | 1,114.49 |
| 462 | Computer Equipment | | 554.71 | 426.61 |
| 462 | Equipment | | 478.74 | 368.19 |
| 462 | Computer Equipment | | 1,467.66 | 1,128.51 |
| 462 | Furniture & Fixtures | | 493.42 | 379.42 |
| 462 | Furniture & Fixtures | | 295.91 | 227.51 |
| 462 | Furniture & Fixtures | | 2,787.15 | 2,143.20 |
| 462 | Leasehold Improvement | | 455.40 | 350.25 |
| 462 | Leasehold Improvement | | 223.32 | 171.72 |
| 463 | Furniture & Fixtures | | 1,552.28 | 129.32 |
| 463 | Furniture & Fixtures | | 1,449.44 | 120.86 |
| 463 | Computer Equipment | | 554.71 | 46.18 |
| 463 | Computer Equipment | | 1,467.66 | 122.25 |
| 463 | Furniture & Fixtures | | 488.89 | 40.75 |
| 464 | Furniture & Fixtures | | 1,552.28 | 960.92 |
| 464 | Furniture & Fixtures | | 1,449.44 | 897.12 |
| 464 | Computer Equipment | | 554.71 | 258.71 |
| 464 | Equipment | | 565.20 | 349.84 |
| 464 | Equipment | | 159.45 | 98.65 |
| 464 | Computer Equipment | | 1,467.66 | 684.94 |
| 464 | Furniture & Fixtures | | 493.42 | 305.58 |
| 464 | Furniture & Fixtures | | 296.99 | 183.71 |
| 464 | Furniture & Fixtures | | 2,787.15 | 1,725.39 |
| 464 | Leasehold Improvement | | 2,983.10 | 1,846.78 |
| 9904 | Computer Equipment | | 554.71 | 554.71 |
| 9904 | Computer Equipment | | 1,467.66 | 1,467.66 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9904 | Furniture & Fixtures | | 493.42 | 493.42 |
| 466 | Furniture & Fixtures | | 1,552.28 | 905.48 |
| 466 | Furniture & Fixtures | | 1,449.45 | 845.55 |
| 466 | Computer Equipment | | 554.71 | 323.56 |
| 466 | Leasehold Improvement | | 2,149.73 | 1,254.08 |
| 466 | Equipment | | 636.07 | 371.02 |
| 466 | Equipment | | 124.74 | 72.69 |
| 466 | Computer Equipment | | 1,467.66 | 856.11 |
| 466 | Equipment | | 6,375.25 | 3,718.90 |
| 466 | Furniture & Fixtures | | 493.42 | 287.77 |
| 466 | Furniture & Fixtures | | 405.87 | 236.82 |
| 466 | Furniture & Fixtures | | 2,787.15 | 1,625.85 |
| 466 | Leasehold Improvement | | 1,933.94 | 1,128.14 |
| 467 | Furniture & Fixtures | | 1,552.28 | 104.33 |
| 467 | Furniture & Fixtures | | 1,449.45 | 97.35 |
| 467 | Computer Equipment | | 554.71 | 37.21 |
| 467 | Equipment | | 565.20 | 37.95 |
| 467 | Equipment | | 159.45 | 10.65 |
| 467 | Computer Equipment | | 1,467.66 | 98.61 |
| 467 | Equipment | | 425.00 | 28.55 |
| 467 | Furniture & Fixtures | | 493.42 | 33.07 |
| 467 | Furniture & Fixtures | | 2,453.04 | 164.79 |
| 467 | Furniture & Fixtures | | 630.02 | 42.32 |
| 467 | Leasehold Improvement | | 869.40 | 58.35 |
| 468 | Furniture & Fixtures | | 1,552.28 | 886.68 |
| 468 | Furniture & Fixtures | | 1,449.45 | 828.01 |
| 468 | Computer Equipment | | 554.71 | 316.95 |
| 468 | Computer Equipment | | 1,467.66 | 838.54 |
| 468 | Furniture & Fixtures | | 491.72 | 280.84 |
| 469 | Furniture & Fixtures | | 1,552.28 | 114.84 |
| 469 | Furniture & Fixtures | | 1,449.45 | 107.37 |
| 469 | Computer Equipment | | 554.71 | 41.11 |
| 469 | Computer Equipment | | 1,467.66 | 108.62 |
| 469 | Furniture & Fixtures | | 488.89 | 36.09 |
| 470 | Furniture & Fixtures | | 1,552.28 | 309.08 |
| 470 | Furniture & Fixtures | | 1,449.44 | 288.80 |
| 470 | Computer Equipment | | 554.71 | 110.55 |
| 470 | Equipment | | 478.74 | 95.38 |
| 470 | Computer Equipment | | 1,467.66 | 292.30 |
| 470 | Furniture & Fixtures | | 493.42 | 98.22 |
| 470 | Furniture & Fixtures | | 296.26 | 59.14 |
| 470 | Furniture & Fixtures | | 2,787.15 | 555.15 |
| 470 | Leasehold Improvement | | 6,204.18 | 1,235.86 |
| 471 | Furniture & Fixtures | | 1,552.28 | 942.44 |
| 471 | Furniture & Fixtures | | 1,449.44 | 879.86 |
| 471 | Computer Equipment | | 554.71 | 249.46 |
| 471 | Equipment | | 478.74 | 290.64 |
| 471 | Equipment | | 122.39 | 74.21 |
| 471 | Computer Equipment | | 1,467.66 | 660.48 |
| 471 | Equipment | | 6,551.43 | 2,948.16 |
| 471 | Furniture & Fixtures | | 1,114.63 | 676.72 |
| 471 | Furniture & Fixtures | | 493.42 | 299.71 |
| 471 | Furniture & Fixtures | | 2,453.58 | 1,489.65 |
| 471 | Furniture & Fixtures | | 630.02 | 382.52 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 471 | Leasehold Improvement | | 5,450.57 | 3,408.53 |
| 471 | Leasehold Improvement | | 362.25 | 226.62 |
| 472 | Furniture & Fixtures | | 1,552.28 | - |
| 472 | Furniture & Fixtures | | 1,449.44 | - |
| 472 | Computer Equipment | | 554.71 | - |
| 472 | Equipment | | 474.59 | - |
| 472 | Equipment | | 121.37 | - |
| 472 | Computer Equipment | | 1,467.66 | - |
| 472 | Equipment | | 322.21 | - |
| 472 | Furniture & Fixtures | | 488.89 | - |
| 472 | Furniture & Fixtures | | 288.93 | - |
| 472 | Furniture & Fixtures | | 2,761.57 | - |
| 472 | Leasehold Improvement | | 230.00 | - |
| 472 | Leasehold Improvement | | 1,465.10 | - |
| 473 | Furniture & Fixtures | | 1,552.28 | 942.44 |
| 473 | Furniture & Fixtures | | 622.25 | 377.72 |
| 473 | Furniture & Fixtures | | 1,449.44 | 879.86 |
| 473 | Computer Equipment | | 554.71 | 249.46 |
| 473 | Equipment | | 560.26 | 340.15 |
| 473 | Equipment | | 158.09 | 96.05 |
| 473 | Computer Equipment | | 1,467.66 | 660.48 |
| 473 | Furniture & Fixtures | | 1,607.53 | 975.91 |
| 473 | Furniture & Fixtures | | 488.89 | 296.83 |
| 473 | Furniture & Fixtures | | 2,427.47 | 1,473.77 |
| 473 | Furniture & Fixtures | | 624.24 | 379.05 |
| 473 | Leasehold Improvement | | 1,386.83 | 894.80 |
| 474 | Furniture & Fixtures | | 1,552.28 | 670.19 |
| 474 | Furniture & Fixtures | | 1,449.44 | 625.76 |
| 474 | Computer Equipment | | 554.71 | 239.56 |
| 474 | Equipment | | 560.26 | 241.81 |
| 474 | Equipment | | 158.09 | 68.33 |
| 474 | Computer Equipment | | 1,467.66 | 633.75 |
| 474 | Furniture & Fixtures | | 488.89 | 211.03 |
| 474 | Furniture & Fixtures | | 300.06 | 129.45 |
| 474 | Furniture & Fixtures | | 2,761.57 | 1,192.42 |
| 474 | Leasehold Improvement | | 3,490.75 | 1,507.45 |
| 475 | Furniture & Fixtures | | 1,552.28 | - |
| 475 | Furniture & Fixtures | | 1,449.44 | - |
| 475 | Computer Equipment | | 554.71 | - |
| 475 | Equipment | | 738.78 | - |
| 475 | Equipment | | 233.94 | - |
| 475 | Computer Equipment | | 1,467.66 | - |
| 475 | Furniture & Fixtures | | 493.42 | - |
| 475 | Furniture & Fixtures | | 296.99 | - |
| 475 | Furniture & Fixtures | | 2,787.15 | - |
| 475 | Leasehold Improvement | | 2,056.20 | - |
| 476 | Furniture & Fixtures | | 1,552.28 | - |
| 476 | Furniture & Fixtures | | 1,449.44 | - |
| 476 | Computer Equipment | | 554.71 | - |
| 476 | Leasehold Improvement | | 2,416.16 | - |
| 476 | Equipment | | 475.63 | - |
| 476 | Equipment | | 121.63 | - |
| 476 | Computer Equipment | | 1,467.66 | - |
| 476 | Furniture & Fixtures | | 490.03 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 476 | Furniture & Fixtures | | 358.28 | - |
| 476 | Furniture & Fixtures | | 2,767.97 | - |
| 476 | Leasehold Improvement | | 3,496.00 | - |
| 477 | Furniture & Fixtures | | 1,552.28 | 386.06 |
| 477 | Furniture & Fixtures | | 1,449.44 | 360.44 |
| 477 | Computer Equipment | | 554.71 | 137.92 |
| 477 | Equipment | | 652.10 | 162.05 |
| 477 | Equipment | | 196.88 | 49.04 |
| 477 | Computer Equipment | | 1,467.66 | 364.80 |
| 477 | Furniture & Fixtures | | 493.42 | 122.83 |
| 477 | Furniture & Fixtures | | 297.85 | 74.11 |
| 477 | Furniture & Fixtures | | 2,787.15 | 692.97 |
| 477 | Leasehold Improvement | | 1,200.88 | 298.66 |
| 477 | Leasehold Improvement | | 1,803.20 | 448.22 |
| 478 | Furniture & Fixtures | | 1,552.28 | - |
| 478 | Furniture & Fixtures | | 1,449.44 | - |
| 478 | Computer Equipment | | 554.71 | - |
| 478 | Leasehold Improvement | | 1,999.08 | - |
| 478 | Furniture & Fixtures | | 114.41 | - |
| 478 | Computer Equipment | | 1,467.66 | - |
| 478 | Furniture & Fixtures | | 489.35 | - |
| 479 | Furniture & Fixtures | | 1,552.28 | 266.60 |
| 479 | Furniture & Fixtures | | 1,449.44 | 248.90 |
| 479 | Computer Equipment | | 554.71 | 95.35 |
| 479 | Leasehold Improvement | | 2,850.00 | 489.18 |
| 479 | Equipment | | 114.42 | 19.71 |
| 479 | Computer Equipment | | 1,467.66 | 251.94 |
| 479 | Furniture & Fixtures | | 489.35 | 84.11 |
| 480 | Furniture & Fixtures | | 1,552.28 | 543.14 |
| 480 | Furniture & Fixtures | | 1,449.44 | 507.29 |
| 480 | Computer Equipment | | 554.71 | 194.02 |
| 480 | Leasehold Improvement | | 1,566.50 | 548.12 |
| 480 | Equipment | | 114.42 | 40.17 |
| 480 | Computer Equipment | | 1,467.66 | 513.63 |
| 480 | Furniture & Fixtures | | 489.35 | 171.23 |
| 481 | Furniture & Fixtures | | 1,552.28 | 910.43 |
| 481 | Furniture & Fixtures | | 1,449.44 | 850.16 |
| 481 | Computer Equipment | | 554.71 | 325.36 |
| 481 | Leasehold Improvement | | 2,312.69 | 1,356.35 |
| 481 | Equipment | | 162.95 | 95.63 |
| 481 | Computer Equipment | | 1,467.66 | 860.79 |
| 481 | Leasehold Improvement | | 5,341.29 | 3,132.60 |
| 481 | Furniture & Fixtures | | 490.03 | 287.41 |
| 482 | Furniture & Fixtures | | 1,552.28 | - |
| 482 | Furniture & Fixtures | | 1,449.44 | - |
| 482 | Computer Equipment | | 554.71 | - |
| 482 | Leasehold Improvement | | 2,478.69 | - |
| 482 | Equipment | | 126.14 | - |
| 482 | Computer Equipment | | 1,467.66 | - |
| 482 | Furniture & Fixtures | | 490.03 | - |
| 483 | Furniture & Fixtures | | 1,552.28 | 492.84 |
| 483 | Furniture & Fixtures | | 1,449.44 | 460.30 |
| 483 | Computer Equipment | | 554.71 | 176.23 |
| 483 | Leasehold Improvement | | 2,876.67 | 913.40 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 483 | Equipment | | 126.14 | 40.07 |
| 483 | Computer Equipment | | 1,467.66 | 465.98 |
| 483 | Furniture & Fixtures | | 490.03 | 155.63 |
| 484 | Leasehold Improvement | | 1,070.00 | 129.83 |
| 484 | Leasehold Improvement | | 5,000.00 | 607.04 |
| 484 | Furniture & Fixtures | | 1,552.28 | 188.39 |
| 484 | Furniture & Fixtures | | 1,449.44 | 175.97 |
| 484 | Computer Equipment | | 554.71 | 67.30 |
| 484 | Leasehold Improvement | | 1,804.34 | 219.02 |
| 484 | Computer Equipment | | 1,467.67 | 178.03 |
| 484 | Furniture & Fixtures | | 484.37 | 58.67 |
| 485 | Leasehold Improvement | | 1,070.00 | 489.53 |
| 485 | Leasehold Improvement | | 2,000.00 | 915.29 |
| 485 | Furniture & Fixtures | | 1,552.28 | 710.45 |
| 485 | Furniture & Fixtures | | 1,449.44 | 663.38 |
| 485 | Computer Equipment | | 554.71 | 253.75 |
| 485 | Leasehold Improvement | | 2,031.90 | 929.70 |
| 485 | Computer Equipment | | 1,467.67 | 671.71 |
| 485 | Furniture & Fixtures | | 479.84 | 219.47 |
| 486 | Leasehold Improvement | | 1,070.00 | 280.97 |
| 486 | Leasehold Improvement | | 5,000.00 | 1,313.57 |
| 486 | Furniture & Fixtures | | 1,552.27 | 407.83 |
| 486 | Furniture & Fixtures | | 1,449.44 | 380.90 |
| 486 | Computer Equipment | | 554.71 | 145.84 |
| 486 | Leasehold Improvement | | 2,084.19 | 547.71 |
| 486 | Computer Equipment | | 1,467.67 | 385.60 |
| 486 | Leasehold Improvement | | 6,622.40 | 1,740.05 |
| 486 | Furniture & Fixtures | | 479.84 | 126.08 |
| 487 | Leasehold Improvement | | 1,070.00 | 280.97 |
| 487 | Leasehold Improvement | | 5,000.00 | 1,313.57 |
| 487 | Furniture & Fixtures | | 1,552.27 | 407.83 |
| 487 | Furniture & Fixtures | | 1,449.44 | 380.90 |
| 487 | Computer Equipment | | 554.71 | 145.84 |
| 487 | Leasehold Improvement | | 1,631.90 | 428.72 |
| 487 | Computer Equipment | | 1,467.67 | 385.60 |
| 487 | Furniture & Fixtures | | 479.84 | 126.08 |
| 488 | Leasehold Improvement | | 1,070.00 | 437.06 |
| 488 | Leasehold Improvement | | 2,000.00 | 817.28 |
| 488 | Furniture & Fixtures | | 1,552.27 | 634.21 |
| 488 | Furniture & Fixtures | | 1,449.44 | 592.10 |
| 488 | Computer Equipment | | 554.71 | 226.69 |
| 488 | Leasehold Improvement | | 2,131.90 | 870.97 |
| 488 | Computer Equipment | | 1,467.67 | 599.77 |
| 488 | Furniture & Fixtures | | 484.38 | 197.94 |
| 489 | Leasehold Improvement | | 1,070.00 | 498.77 |
| 489 | Leasehold Improvement | | 5,000.00 | 2,329.97 |
| 489 | Furniture & Fixtures | | 1,552.27 | 723.31 |
| 489 | Furniture & Fixtures | | 1,449.44 | 675.59 |
| 489 | Computer Equipment | | 554.71 | 258.37 |
| 489 | Leasehold Improvement | | 2,428.10 | 1,131.53 |
| 489 | Computer Equipment | | 1,467.67 | 683.92 |
| 489 | Furniture & Fixtures | | 484.38 | 225.66 |
| 490 | Leasehold Improvement | | 1,070.00 | - |
| 490 | Leasehold Improvement | | 2,000.00 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 490 | Furniture & Fixtures | | 1,552.27 | - |
| 490 | Furniture & Fixtures | | 1,449.44 | - |
| 490 | Computer Equipment | | 554.71 | - |
| 490 | Leasehold Improvement | | 1,629.34 | - |
| 490 | Computer Equipment | | 1,467.67 | - |
| 490 | Furniture & Fixtures | | 484.38 | - |
| 491 | Leasehold Improvement | | 1,070.00 | 183.62 |
| 491 | Leasehold Improvement | | 5,000.00 | 858.50 |
| 491 | Furniture & Fixtures | | 1,552.27 | 266.59 |
| 491 | Furniture & Fixtures | | 1,449.44 | 248.90 |
| 491 | Computer Equipment | | 554.71 | 95.35 |
| 491 | Leasehold Improvement | | 1,631.90 | 280.22 |
| 491 | Computer Equipment | | 1,467.67 | 251.95 |
| 491 | Furniture & Fixtures | | 479.85 | 82.53 |
| 492 | Furniture & Fixtures | | 1,552.27 | 266.59 |
| 492 | Furniture & Fixtures | | 1,449.44 | 248.90 |
| 492 | Computer Equipment | | 554.70 | 95.34 |
| 492 | Leasehold Improvement | | 2,131.90 | 366.07 |
| 492 | Computer Equipment | | 1,467.67 | 251.95 |
| 492 | Furniture & Fixtures | | 476.68 | 82.00 |
| 493 | Furniture & Fixtures | | 1,552.27 | 796.90 |
| 493 | Furniture & Fixtures | | 1,449.44 | 743.90 |
| 493 | Computer Equipment | | 554.70 | 284.76 |
| 493 | Leasehold Improvement | | 2,577.10 | 1,322.77 |
| 493 | Equipment | | 2,427.08 | 1,245.68 |
| 493 | Computer Equipment | | 1,467.67 | 753.22 |
| 493 | Furniture & Fixtures | | 483.25 | 247.96 |
| 494 | Furniture & Fixtures | | 1,552.27 | - |
| 494 | Furniture & Fixtures | | 1,449.44 | - |
| 494 | Computer Equipment | | 554.70 | - |
| 494 | Leasehold Improvement | | 1,931.90 | - |
| 494 | Computer Equipment | | 1,467.67 | - |
| 494 | Furniture & Fixtures | | 484.38 | - |
| 495 | Furniture & Fixtures | | 1,552.27 | 564.25 |
| 495 | Furniture & Fixtures | | 1,449.44 | 526.76 |
| 495 | Computer Equipment | | 554.70 | 201.60 |
| 495 | Computer Equipment | | 1,467.67 | 533.44 |
| 495 | Furniture & Fixtures | | 484.38 | 176.16 |
| 496 | Furniture & Fixtures | | 1,552.27 | 694.93 |
| 496 | Furniture & Fixtures | | 1,449.44 | 649.19 |
| 496 | Computer Equipment | | 554.70 | 248.46 |
| 496 | Leasehold Improvement | | 1,931.90 | 865.01 |
| 496 | Computer Equipment | | 1,467.67 | 657.19 |
| 496 | Leasehold Improvement | | 6,373.68 | 2,854.23 |
| 496 | Furniture & Fixtures | | 483.25 | 216.28 |
| 497 | Furniture & Fixtures | | 1,552.27 | 82.27 |
| 497 | Furniture & Fixtures | | 1,449.44 | 76.79 |
| 497 | Computer Equipment | | 554.70 | 29.40 |
| 497 | Leasehold Improvement | | 1,874.94 | 99.39 |
| 497 | Computer Equipment | | 1,467.67 | 77.77 |
| 497 | Furniture & Fixtures | | 485.51 | 25.76 |
| 498 | Furniture & Fixtures | | 1,552.27 | - |
| 498 | Furniture & Fixtures | | 1,449.44 | - |
| 498 | Computer Equipment | | 554.70 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 498 | Leasehold Improvement | | 1,661.90 | - |
| 498 | Computer Equipment | | 1,467.67 | - |
| 498 | Furniture & Fixtures | | 479.85 | - |
| 499 | Furniture & Fixtures | | 1,552.27 | - |
| 499 | Furniture & Fixtures | | 1,449.44 | - |
| 499 | Computer Equipment | | 554.70 | - |
| 499 | Leasehold Improvement | | 2,001.90 | - |
| 499 | Computer Equipment | | 1,467.67 | - |
| 499 | Leasehold Improvement | | 6,174.13 | - |
| 499 | Furniture & Fixtures | | 488.91 | - |
| 605 | Leasehold Improvement | | 4,913.26 | 3,100.07 |
| 615 | Leasehold Improvement | | 2,528.93 | 1,595.52 |
| 626 | Leasehold Improvement | | 9,452.21 | 5,963.78 |
| 658 | Leasehold Improvement | | 6,100.19 | 2,392.28 |
| 663 | Leasehold Improvement | | 3,737.00 | 518.89 |
| 667 | Leasehold Improvement | | 3,195.00 | 2,015.76 |
| 673 | Leasehold Improvement | | 4,284.10 | 2,703.10 |
| 674 | Leasehold Improvement | | 2,833.00 | 2,394.51 |
| 680 | Leasehold Improvement | | 4,452.50 | 1,675.88 |
| 689 | Leasehold Improvement | | 4,776.56 | 3,013.90 |
| 9904 | Furniture & Fixtures | | 107,727.93 | 65,406.09 |
| 9904 | Furniture & Fixtures | | 107,727.93 | 65,406.09 |
| 9904 | Furniture & Fixtures | | 107,727.93 | 65,406.09 |
| 404 | Equipment | | 3,316.00 | 1,492.09 |
| 413 | Furniture & Fixtures | | 875.00 | 531.14 |
| 415 | Furniture & Fixtures | | 375.00 | 227.82 |
| 422 | Leasehold Improvement | | 13,312.76 | 9,449.72 |
| 422 | Leasehold Improvement | | 6,821.06 | 4,841.86 |
| 422 | Equipment | | 1,500.00 | 700.00 |
| 422 | Leasehold Improvement | | 3,655.00 | 2,594.52 |
| 422 | Leasehold Improvement | | 9,607.97 | 6,820.13 |
| 422 | Leasehold Improvement | | 5,302.80 | 3,764.24 |
| 422 | Leasehold Improvement | | 3,731.00 | 2,648.44 |
| 422 | Leasehold Improvement | | 153.72 | 109.24 |
| 422 | Leasehold Improvement | | 3,200.00 | 2,271.36 |
| 422 | Furniture & Fixtures | | 640.00 | 396.16 |
| 422 | Leasehold Improvement | | 30,275.35 | 21,490.39 |
| 423 | Furniture & Fixtures | | 4,198.69 | 2,399.41 |
| 424 | Furniture & Fixtures | | 650.00 | 394.58 |
| 428 | Furniture & Fixtures | | 875.00 | 531.14 |
| 428 | Leasehold Improvement | | 205.39 | 170.05 |
| 428 | Leasehold Improvement | | 1,524.90 | 1,262.33 |
| 435 | Furniture & Fixtures | | 3,991.67 | 2,423.51 |
| 439 | Furniture & Fixtures | | 3,991.67 | 2,423.51 |
| 441 | Furniture & Fixtures | | 1,219.92 | 755.28 |
| 441 | Furniture & Fixtures | | 1,221.77 | 756.49 |
| 442 | Leasehold Improvement | | 1,500.00 | 729.44 |
| 442 | Leasehold Improvement | | 24,738.95 | 12,027.91 |
| 442 | Equipment | | 50.78 | 24.54 |
| 443 | Leasehold Improvement | | 25,679.06 | 18,505.11 |
| 443 | Furniture & Fixtures | | 1,867.00 | 1,088.95 |
| 443 | Furniture & Fixtures | | 4,388.24 | 2,559.84 |
| 443 | Leasehold Improvement | | 1,082.50 | 780.10 |
| 444 | Equipment | | 18,305.20 | 8,847.41 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 444 | Furniture & Fixtures | | 3,276.75 | 2,067.44 |
| 444 | Equipment | | 53.35 | 33.51 |
| 444 | Equipment | | 1,745.00 | 1,101.13 |
| 444 | Leasehold Improvement | | 272.34 | 202.90 |
| 459 | Furniture & Fixtures | | 475.00 | 261.16 |
| 459 | Leasehold Improvement | | 1,177.20 | 647.46 |
| 459 | Leasehold Improvement | | 834.14 | 458.84 |
| 459 | Furniture & Fixtures | | 475.00 | 261.16 |
| 459 | Leasehold Improvement | | 449.76 | 247.26 |
| 459 | Equipment | | 429.61 | 236.29 |
| 459 | Leasehold Improvement | | 12.25 | 6.85 |
| 459 | Furniture & Fixtures | | 319.02 | 175.38 |
| 459 | Furniture & Fixtures | | 4,255.78 | 2,340.67 |
| 459 | Furniture & Fixtures | | 793.52 | 436.31 |
| 459 | Furniture & Fixtures | | 187.60 | 103.09 |
| 459 | Furniture & Fixtures | | 213.60 | 117.48 |
| 459 | Furniture & Fixtures | | 48.00 | 26.40 |
| 459 | Furniture & Fixtures | | 194.98 | 107.23 |
| 459 | Furniture & Fixtures | | 183.12 | 100.77 |
| 459 | Furniture & Fixtures | | 362.00 | 199.19 |
| 460 | Leasehold Improvement | | 1,177.20 | 575.61 |
| 460 | Leasehold Improvement | | 834.14 | 407.78 |
| 460 | Leasehold Improvement | | 684.02 | 334.22 |
| 460 | Equipment | | 271.34 | 132.74 |
| 460 | Furniture & Fixtures | | 159.98 | 78.14 |
| 460 | Leasehold Improvement | | 85.64 | 41.75 |
| 460 | Leasehold Improvement | | 147.92 | 72.35 |
| 460 | Leasehold Improvement | | 215.82 | 105.60 |
| 460 | Furniture & Fixtures | | 319.02 | 156.00 |
| 460 | Furniture & Fixtures | | 2,918.35 | 1,426.75 |
| 460 | Furniture & Fixtures | | 133.50 | 65.19 |
| 461 | Leasehold Improvement | | 1,177.20 | 578.91 |
| 461 | Leasehold Improvement | | 834.14 | 410.09 |
| 461 | Leasehold Improvement | | 915.00 | 450.03 |
| 461 | Leasehold Improvement | | 1,324.80 | 651.27 |
| 461 | Furniture & Fixtures | | 319.02 | 156.99 |
| 461 | Leasehold Improvement | | 3,114.58 | 1,531.24 |
| 461 | Furniture & Fixtures | | 12.90 | 6.30 |
| 461 | Furniture & Fixtures | | 82.75 | 40.84 |
| 461 | Furniture & Fixtures | | 697.50 | 343.08 |
| 461 | Furniture & Fixtures | | 3,943.50 | 1,939.08 |
| 461 | Furniture & Fixtures | | 572.60 | 281.54 |
| 461 | Furniture & Fixtures | | 58.86 | 28.83 |
| 461 | Furniture & Fixtures | | 21.72 | 10.83 |
| 461 | Furniture & Fixtures | | 109.50 | 53.73 |
| 461 | Furniture & Fixtures | | 32.76 | 16.26 |
| 461 | Furniture & Fixtures | | 78.14 | 38.54 |
| 461 | Furniture & Fixtures | | 248.29 | 122.23 |
| 461 | Furniture & Fixtures | | 1,831.20 | 900.27 |
| 461 | Furniture & Fixtures | | 168.30 | 82.83 |
| 461 | Furniture & Fixtures | | 92.60 | 45.41 |
| 461 | Furniture & Fixtures | | 156.96 | 77.10 |
| 461 | Furniture & Fixtures | | 185.20 | 91.15 |
| 461 | Furniture & Fixtures | | 347.10 | 170.55 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 461 | Furniture & Fixtures | | 347.10 | 170.55 |
| 461 | Furniture & Fixtures | | 1.16 | 0.50 |
| 461 | Furniture & Fixtures | | 7.45 | 3.82 |
| 461 | Furniture & Fixtures | | 62.78 | 30.77 |
| 462 | Leasehold Improvement | | 1,177.20 | 905.25 |
| 462 | Leasehold Improvement | | 834.14 | 641.39 |
| 462 | Equipment | | 122.39 | 94.04 |
| 462 | Leasehold Improvement | | 502.33 | 386.23 |
| 462 | Leasehold Improvement | | 21.77 | 16.67 |
| 462 | Furniture & Fixtures | | 159.98 | 123.08 |
| 462 | Leasehold Improvement | | 85.64 | 65.84 |
| 462 | Leasehold Improvement | | 147.92 | 113.72 |
| 462 | Leasehold Improvement | | 215.82 | 166.02 |
| 462 | Furniture & Fixtures | | 319.02 | 245.37 |
| 462 | Furniture & Fixtures | | 3,071.19 | 2,361.54 |
| 463 | Leasehold Improvement | | 1,166.40 | 97.20 |
| 463 | Leasehold Improvement | | 294.63 | 24.69 |
| 463 | Equipment | | 3,630.04 | 302.65 |
| 463 | Leasehold Improvement | | 2,530.00 | 210.76 |
| 463 | Furniture & Fixtures | | 316.09 | 26.35 |
| 463 | Furniture & Fixtures | | 14.00 | 1.13 |
| 463 | Furniture & Fixtures | | 1.12 | 0.13 |
| 464 | Leasehold Improvement | | 1,177.20 | 728.88 |
| 464 | Leasehold Improvement | | 834.14 | 516.38 |
| 464 | Leasehold Improvement | | 4,184.64 | 2,590.40 |
| 464 | Leasehold Improvement | | 248.65 | 153.93 |
| 464 | Furniture & Fixtures | | 200.00 | 123.84 |
| 464 | Furniture & Fixtures | | 319.02 | 197.42 |
| 464 | Furniture & Fixtures | | 4,153.97 | 2,571.57 |
| 9904 | Furniture & Fixtures | | 1,177.20 | 1,177.20 |
| 9904 | Furniture & Fixtures | | 834.15 | 834.15 |
| 465 | Leasehold Improvement | | 3,614.80 | 3,614.80 |
| 465 | Leasehold Improvement | | 1,783.08 | 1,783.08 |
| 9904 | Furniture & Fixtures | | 319.02 | 319.02 |
| 9904 | Furniture & Fixtures | | 8,600.00 | 8,600.00 |
| 9904 | Furniture & Fixtures | | 530.54 | 530.54 |
| 466 | Leasehold Improvement | | 1,177.20 | 686.70 |
| 466 | Leasehold Improvement | | 834.14 | 486.59 |
| 466 | Leasehold Improvement | | 1,944.59 | 1,134.29 |
| 466 | Leasehold Improvement | | 666.53 | 388.88 |
| 466 | Leasehold Improvement | | 165.60 | 96.60 |
| 466 | Leasehold Improvement | | 85.64 | 49.94 |
| 466 | Leasehold Improvement | | 147.92 | 86.27 |
| 466 | Leasehold Improvement | | 215.82 | 125.82 |
| 466 | Furniture & Fixtures | | 319.02 | 186.12 |
| 466 | Leasehold Improvement | | 2,337.58 | 1,363.63 |
| 466 | Furniture & Fixtures | | 289.25 | 168.80 |
| 467 | Leasehold Improvement | | 1,177.20 | 79.05 |
| 467 | Leasehold Improvement | | 834.14 | 56.09 |
| 467 | Leasehold Improvement | | 374.80 | 25.15 |
| 467 | Furniture & Fixtures | | 160.09 | 10.69 |
| 467 | Leasehold Improvement | | 85.64 | 5.69 |
| 467 | Leasehold Improvement | | 147.92 | 9.92 |
| 467 | Leasehold Improvement | | 215.82 | 14.52 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 467 | Furniture & Fixtures | | 319.02 | 21.42 |
| 467 | Furniture & Fixtures | | 125.10 | 8.40 |
| 467 | Furniture & Fixtures | | 400.50 | 26.85 |
| 468 | Leasehold Improvement | | 1,173.15 | 670.11 |
| 468 | Leasehold Improvement | | 294.63 | 168.23 |
| 468 | Equipment | | 1,282.21 | 598.37 |
| 468 | Leasehold Improvement | | 85.35 | 48.87 |
| 468 | Leasehold Improvement | | 147.43 | 84.07 |
| 468 | Leasehold Improvement | | 215.08 | 122.92 |
| 468 | Furniture & Fixtures | | 317.92 | 181.60 |
| 469 | Leasehold Improvement | | 1,166.40 | 86.40 |
| 469 | Leasehold Improvement | | 294.63 | 21.67 |
| 469 | Leasehold Improvement | | 84.87 | 6.15 |
| 469 | Leasehold Improvement | | 146.58 | 10.90 |
| 469 | Leasehold Improvement | | 213.84 | 15.76 |
| 469 | Furniture & Fixtures | | 316.09 | 23.29 |
| 470 | Leasehold Improvement | | 1,177.20 | 234.48 |
| 470 | Leasehold Improvement | | 834.14 | 166.30 |
| 470 | Leasehold Improvement | | 1,227.47 | 244.43 |
| 470 | Leasehold Improvement | | 2,189.09 | 436.13 |
| 470 | Leasehold Improvement | | 238.05 | 47.33 |
| 470 | Furniture & Fixtures | | 159.98 | 31.98 |
| 470 | Leasehold Improvement | | 85.64 | 17.16 |
| 470 | Leasehold Improvement | | 147.92 | 29.52 |
| 470 | Leasehold Improvement | | 215.82 | 43.02 |
| 470 | Furniture & Fixtures | | 319.02 | 63.66 |
| 470 | Leasehold Improvement | | 5,440.41 | 1,083.61 |
| 470 | Furniture & Fixtures | | 267.00 | 53.24 |
| 471 | Leasehold Improvement | | 1,177.20 | 735.99 |
| 471 | Leasehold Improvement | | 834.14 | 521.63 |
| 471 | Leasehold Improvement | | 1,594.58 | 997.28 |
| 471 | Leasehold Improvement | | 3,130.30 | 1,957.48 |
| 471 | Furniture & Fixtures | | 200.00 | 121.46 |
| 471 | Leasehold Improvement | | 85.64 | 53.63 |
| 471 | Leasehold Improvement | | 147.92 | 92.48 |
| 471 | Leasehold Improvement | | 215.82 | 134.97 |
| 471 | Furniture & Fixtures | | 319.02 | 193.62 |
| 471 | Furniture & Fixtures | | 4,915.75 | 2,984.59 |
| 472 | Leasehold Improvement | | 1,166.40 | - |
| 472 | Leasehold Improvement | | 834.14 | - |
| 472 | Leasehold Improvement | | 2,134.98 | - |
| 472 | Furniture & Fixtures | | 316.09 | - |
| 472 | Leasehold Improvement | | 1,532.44 | - |
| 472 | Furniture & Fixtures | | 2,100.00 | - |
| 472 | Furniture & Fixtures | | 84.00 | - |
| 472 | Furniture & Fixtures | | 50.68 | - |
| 472 | Furniture & Fixtures | | 613.50 | - |
| 472 | Furniture & Fixtures | | 50.68 | - |
| 472 | Furniture & Fixtures | | 273.00 | - |
| 472 | Furniture & Fixtures | | 435.60 | - |
| 472 | Furniture & Fixtures | | 33.60 | - |
| 472 | Furniture & Fixtures | | 168.00 | - |
| 472 | Furniture & Fixtures | | 6.72 | - |
| 473 | Leasehold Improvement | | 1,166.40 | 752.58 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 473 | Leasehold Improvement | | 834.14 | 538.13 |
| 473 | Leasehold Improvement | | 453.42 | 292.38 |
| 473 | Leasehold Improvement | | 187.02 | 120.69 |
| 473 | Furniture & Fixtures | | 316.09 | 192.01 |
| 473 | Leasehold Improvement | | 2,884.93 | 1,861.27 |
| 473 | Furniture & Fixtures | | 92.60 | 56.30 |
| 473 | Furniture & Fixtures | | 156.96 | 95.25 |
| 473 | Furniture & Fixtures | | 185.20 | 112.60 |
| 473 | Furniture & Fixtures | | 267.00 | 162.06 |
| 473 | Furniture & Fixtures | | 420.64 | 255.31 |
| 473 | Furniture & Fixtures | | 231.40 | 140.65 |
| 473 | Furniture & Fixtures | | 54.60 | 33.15 |
| 473 | Furniture & Fixtures | | 267.00 | 162.06 |
| 474 | Leasehold Improvement | | 1,166.40 | 503.76 |
| 474 | Leasehold Improvement | | 834.14 | 360.26 |
| 474 | Leasehold Improvement | | 4,135.02 | 1,785.42 |
| 474 | Leasehold Improvement | | 449.76 | 194.34 |
| 474 | Leasehold Improvement | | 149.92 | 64.78 |
| 474 | Leasehold Improvement | | 149.92 | 64.78 |
| 474 | Leasehold Improvement | | 926.99 | 400.31 |
| 474 | Furniture & Fixtures | | 200.00 | 86.48 |
| 474 | Furniture & Fixtures | | 316.09 | 136.57 |
| 474 | Leasehold Improvement | | 826.52 | 356.93 |
| 475 | Leasehold Improvement | | 1,177.20 | - |
| 475 | Leasehold Improvement | | 834.14 | - |
| 475 | Leasehold Improvement | | 6,295.82 | - |
| 475 | Leasehold Improvement | | 1,173.14 | - |
| 475 | Furniture & Fixtures | | 159.97 | - |
| 475 | Furniture & Fixtures | | 319.02 | - |
| 475 | Leasehold Improvement | | 2,775.74 | - |
| 475 | Furniture & Fixtures | | 15.80 | - |
| 475 | Furniture & Fixtures | | 313.92 | - |
| 475 | Furniture & Fixtures | | 683.54 | - |
| 475 | Furniture & Fixtures | | 1.42 | - |
| 476 | Furniture & Fixtures | | 4,300.00 | - |
| 476 | Leasehold Improvement | | 1,169.10 | - |
| 476 | Leasehold Improvement | | 834.15 | - |
| 476 | Leasehold Improvement | | 281.44 | - |
| 476 | Leasehold Improvement | | 83.76 | - |
| 476 | Leasehold Improvement | | 85.05 | - |
| 476 | Leasehold Improvement | | 146.91 | - |
| 476 | Leasehold Improvement | | 214.34 | - |
| 476 | Leasehold Improvement | | 440.31 | - |
| 476 | Furniture & Fixtures | | 316.83 | - |
| 476 | Leasehold Improvement | | 4,066.79 | - |
| 476 | Furniture & Fixtures | | 53.40 | - |
| 477 | Leasehold Improvement | | 1,177.20 | 292.80 |
| 477 | Leasehold Improvement | | 834.15 | 207.48 |
| 477 | Leasehold Improvement | | 1,016.65 | 252.70 |
| 477 | Leasehold Improvement | | 149.92 | 37.39 |
| 477 | Leasehold Improvement | | 74.96 | 18.53 |
| 477 | Leasehold Improvement | | 684.71 | 170.24 |
| 477 | Leasehold Improvement | | 82.74 | 20.70 |
| 477 | Leasehold Improvement | | 176.90 | 43.91 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 477 | Leasehold Improvement | | 1,557.10 | 387.25 |
| 477 | Furniture & Fixtures | | 200.00 | 49.85 |
| 477 | Furniture & Fixtures | | 319.02 | 79.44 |
| 477 | Leasehold Improvement | | 3,048.59 | 758.06 |
| 477 | Furniture & Fixtures | | 82.75 | 20.71 |
| 477 | Furniture & Fixtures | | 94.80 | 23.52 |
| 477 | Furniture & Fixtures | | 129.00 | 31.98 |
| 477 | Furniture & Fixtures | | 80.25 | 19.86 |
| 477 | Furniture & Fixtures | | 272.25 | 67.65 |
| 477 | Furniture & Fixtures | | 138.90 | 34.62 |
| 477 | Furniture & Fixtures | | 163.60 | 40.84 |
| 477 | Furniture & Fixtures | | 21.00 | 5.16 |
| 477 | Furniture & Fixtures | | 523.20 | 130.17 |
| 477 | Furniture & Fixtures | | 7.45 | 1.84 |
| 477 | Furniture & Fixtures | | 8.53 | 2.26 |
| 477 | Furniture & Fixtures | | 11.61 | 3.03 |
| 478 | Leasehold Improvement | | 1,167.48 | - |
| 478 | Leasehold Improvement | | 1,294.63 | - |
| 478 | Leasehold Improvement | | 325.92 | - |
| 478 | Furniture & Fixtures | | 4,002.94 | - |
| 478 | Leasehold Improvement | | 358.80 | - |
| 478 | Furniture & Fixtures | | 316.39 | - |
| 478 | Leasehold Improvement | | 498.56 | - |
| 479 | Leasehold Improvement | | 1,167.48 | 200.58 |
| 479 | Leasehold Improvement | | 1,294.63 | 222.13 |
| 479 | Leasehold Improvement | | 384.12 | 66.00 |
| 479 | Furniture & Fixtures | | 4,002.94 | 687.10 |
| 479 | Leasehold Improvement | | 3,937.09 | 676.03 |
| 479 | Leasehold Improvement | | 377.96 | 64.79 |
| 479 | Leasehold Improvement | | 1,146.41 | 196.67 |
| 479 | Leasehold Improvement | | 379.50 | 65.01 |
| 479 | Leasehold Improvement | | 262.20 | 45.06 |
| 479 | Furniture & Fixtures | | 316.39 | 54.37 |
| 480 | Leasehold Improvement | | 1,167.48 | 408.48 |
| 480 | Leasehold Improvement | | 1,294.63 | 453.13 |
| 480 | Furniture & Fixtures | | 4,002.94 | 1,400.56 |
| 480 | Leasehold Improvement | | 3,371.33 | 1,179.47 |
| 480 | Leasehold Improvement | | 84.93 | 29.82 |
| 480 | Leasehold Improvement | | 146.70 | 51.33 |
| 480 | Leasehold Improvement | | 214.04 | 74.78 |
| 480 | Furniture & Fixtures | | 316.39 | 110.80 |
| 480 | Leasehold Improvement | | 945.63 | 330.84 |
| 480 | Leasehold Improvement | | 498.55 | 174.49 |
| 481 | Leasehold Improvement | | 1,169.10 | 685.65 |
| 481 | Leasehold Improvement | | 1,794.63 | 1,052.46 |
| 481 | Leasehold Improvement | | 575.00 | 337.07 |
| 481 | Leasehold Improvement | | 408.90 | 239.94 |
| 481 | Furniture & Fixtures | | 4,008.50 | 2,350.91 |
| 481 | Leasehold Improvement | | 1,887.40 | 1,106.95 |
| 481 | Leasehold Improvement | | 2,286.48 | 1,341.03 |
| 481 | Furniture & Fixtures | | 1,080.00 | 633.51 |
| 481 | Furniture & Fixtures | | 316.83 | 185.82 |
| 481 | Leasehold Improvement | | 3,175.45 | 1,862.38 |
| 481 | Furniture & Fixtures | | 129.00 | 75.54 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 481 | Furniture & Fixtures | | 327.60 | 191.97 |
| 481 | Furniture & Fixtures | | 610.40 | 357.95 |
| 481 | Furniture & Fixtures | | 10.64 | 6.35 |
| 482 | Leasehold Improvement | | 1,169.10 | - |
| 482 | Leasehold Improvement | | 1,794.63 | - |
| 482 | Leasehold Improvement | | 211.09 | - |
| 482 | Leasehold Improvement | | 340.75 | - |
| 482 | Leasehold Improvement | | 1,090.40 | - |
| 482 | Leasehold Improvement | | 204.45 | - |
| 482 | Leasehold Improvement | | 1,151.05 | - |
| 482 | Leasehold Improvement | | 1,294.85 | - |
| 482 | Leasehold Improvement | | 1,192.63 | - |
| 482 | Leasehold Improvement | | 4,008.50 | - |
| 482 | Leasehold Improvement | | 798.12 | - |
| 482 | Leasehold Improvement | | 1,723.85 | - |
| 482 | Leasehold Improvement | | 2,856.16 | - |
| 482 | Leasehold Improvement | | 257.60 | - |
| 482 | Leasehold Improvement | | 317.40 | - |
| 482 | Equipment | | 5,786.24 | - |
| 482 | Equipment | | 1,286.29 | - |
| 482 | Equipment | | 411.35 | - |
| 482 | Furniture & Fixtures | | 316.83 | - |
| 482 | Leasehold Improvement | | 3,913.00 | - |
| 482 | Furniture & Fixtures | | 107.91 | - |
| 482 | Furniture & Fixtures | | 129.00 | - |
| 482 | Furniture & Fixtures | | 588.60 | - |
| 482 | Furniture & Fixtures | | 1,159.76 | - |
| 482 | Furniture & Fixtures | | 360.36 | - |
| 482 | Furniture & Fixtures | | 784.80 | - |
| 482 | Furniture & Fixtures | | 1,411.55 | - |
| 482 | Furniture & Fixtures | | 578.50 | - |
| 482 | Furniture & Fixtures | | 306.75 | - |
| 482 | Furniture & Fixtures | | 8.90 | - |
| 482 | Furniture & Fixtures | | 10.64 | - |
| 483 | Leasehold Improvement | | 1,169.10 | 371.29 |
| 483 | Leasehold Improvement | | 1,794.63 | 569.89 |
| 483 | Leasehold Improvement | | 817.80 | 259.58 |
| 483 | Leasehold Improvement | | 783.73 | 248.88 |
| 483 | Furniture & Fixtures | | 4,008.50 | 1,272.88 |
| 483 | Leasehold Improvement | | 1,161.60 | 368.92 |
| 483 | Leasehold Improvement | | 2,868.10 | 910.72 |
| 483 | Leasehold Improvement | | 667.05 | 211.81 |
| 483 | Furniture & Fixtures | | 1,000.00 | 317.52 |
| 483 | Furniture & Fixtures | | 316.83 | 100.61 |
| 483 | Leasehold Improvement | | 1,544.22 | 490.29 |
| 483 | Furniture & Fixtures | | 25.28 | 7.99 |
| 483 | Furniture & Fixtures | | 273.00 | 86.61 |
| 483 | Furniture & Fixtures | | 315.48 | 100.21 |
| 483 | Furniture & Fixtures | | 36.50 | 11.61 |
| 483 | Furniture & Fixtures | | 181.50 | 57.62 |
| 483 | Furniture & Fixtures | | 163.60 | 51.88 |
| 483 | Furniture & Fixtures | | 14.00 | 4.50 |
| 483 | Furniture & Fixtures | | 418.56 | 132.99 |
| 483 | Furniture & Fixtures | | 210.32 | 66.87 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 483 | Furniture & Fixtures | | 65.44 | 20.79 |
| 483 | Furniture & Fixtures | | 244.16 | 77.53 |
| 483 | Furniture & Fixtures | | 2.09 | 0.57 |
| 484 | Leasehold Improvement | | 1,155.60 | 140.19 |
| 484 | Leasehold Improvement | | 1,794.63 | 217.89 |
| 484 | Leasehold Improvement | | 602.40 | 73.08 |
| 484 | Leasehold Improvement | | 557.22 | 67.50 |
| 484 | Furniture & Fixtures | | 313.17 | 37.95 |
| 484 | Furniture & Fixtures | | 602.91 | 73.26 |
| 484 | Furniture & Fixtures | | 109.20 | 13.17 |
| 485 | Leasehold Improvement | | 1,144.80 | 523.74 |
| 485 | Leasehold Improvement | | 1,134.15 | 519.03 |
| 485 | Leasehold Improvement | | 1,794.62 | 821.12 |
| 485 | Leasehold Improvement | | 500.00 | 228.74 |
| 485 | Leasehold Improvement | | 361.44 | 165.42 |
| 485 | Leasehold Improvement | | 481.92 | 220.56 |
| 485 | Equipment | | 180.72 | 82.71 |
| 485 | Equipment | | 442.73 | 202.49 |
| 485 | Equipment | | 83.28 | 38.07 |
| 485 | Equipment | | 143.86 | 65.98 |
| 485 | Equipment | | 1,212.64 | 554.95 |
| 485 | Furniture & Fixtures | | 310.24 | 141.94 |
| 485 | Furniture & Fixtures | | 602.91 | 275.88 |
| 486 | Leasehold Improvement | | 1,144.80 | 300.66 |
| 486 | Leasehold Improvement | | 1,794.62 | 471.65 |
| 486 | Leasehold Improvement | | 345.00 | 90.57 |
| 486 | Leasehold Improvement | | 1,249.98 | 328.29 |
| 486 | Leasehold Improvement | | 60.24 | 15.69 |
| 486 | Leasehold Improvement | | 391.56 | 102.81 |
| 486 | Equipment | | 442.73 | 116.36 |
| 486 | Equipment | | 226.17 | 59.52 |
| 486 | Furniture & Fixtures | | 7,779.00 | 2,043.93 |
| 486 | Furniture & Fixtures | | 1,100.00 | 288.86 |
| 486 | Equipment | | 1,006.49 | 264.32 |
| 486 | Leasehold Improvement | | 83.29 | 21.91 |
| 486 | Leasehold Improvement | | 143.86 | 37.93 |
| 486 | Leasehold Improvement | | 1,212.64 | 318.67 |
| 486 | Leasehold Improvement | | 1,306.07 | 343.13 |
| 486 | Furniture & Fixtures | | 310.24 | 81.55 |
| 486 | Furniture & Fixtures | | 602.91 | 158.40 |
| 486 | Furniture & Fixtures | | 382.20 | 100.38 |
| 487 | Leasehold Improvement | | 1,144.80 | 300.66 |
| 487 | Leasehold Improvement | | 1,794.62 | 471.65 |
| 487 | Leasehold Improvement | | 722.88 | 189.93 |
| 487 | Leasehold Improvement | | 888.55 | 233.50 |
| 487 | Equipment | | 442.73 | 116.36 |
| 487 | Equipment | | 226.17 | 59.52 |
| 487 | Furniture & Fixtures | | 700.00 | 183.88 |
| 487 | Leasehold Improvement | | 1,330.24 | 349.48 |
| 487 | Furniture & Fixtures | | 310.24 | 81.55 |
| 487 | Furniture & Fixtures | | 602.91 | 158.40 |
| 488 | Leasehold Improvement | | 1,155.60 | 472.17 |
| 488 | Leasehold Improvement | | 1,794.62 | 733.34 |
| 488 | Leasehold Improvement | | 963.84 | 393.93 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 488 | Leasehold Improvement | | 361.44 | 147.60 |
| 488 | Leasehold Improvement | | 60.24 | 24.60 |
| 488 | Equipment | | 446.68 | 182.35 |
| 488 | Equipment | | 107.98 | 43.96 |
| 488 | Furniture & Fixtures | | 1,550.00 | 633.26 |
| 488 | Leasehold Improvement | | 84.07 | 34.24 |
| 488 | Leasehold Improvement | | 145.22 | 59.42 |
| 488 | Leasehold Improvement | | 1,224.08 | 500.06 |
| 488 | Furniture & Fixtures | | 313.18 | 128.05 |
| 488 | Furniture & Fixtures | | 602.91 | 246.51 |
| 488 | Furniture & Fixtures | | 3,200.00 | 1,307.45 |
| 489 | Leasehold Improvement | | 1,155.60 | 538.50 |
| 489 | Leasehold Improvement | | 1,794.62 | 836.30 |
| 489 | Leasehold Improvement | | 435.00 | 202.68 |
| 489 | Leasehold Improvement | | 810.00 | 377.37 |
| 489 | Leasehold Improvement | | 391.56 | 182.34 |
| 489 | Leasehold Improvement | | 632.52 | 294.93 |
| 489 | Leasehold Improvement | | 1,566.24 | 730.02 |
| 489 | Equipment | | 358.50 | 167.10 |
| 489 | Equipment | | 191.49 | 89.19 |
| 489 | Leasehold Improvement | | 211.86 | 98.67 |
| 489 | Leasehold Improvement | | 560.00 | 261.02 |
| 489 | Furniture & Fixtures | | 313.18 | 145.87 |
| 489 | Furniture & Fixtures | | 602.91 | 280.83 |
| 489 | Furniture & Fixtures | | 347.10 | 161.64 |
| 490 | Leasehold Improvement | | 1,155.60 | (18.75) |
| 490 | Leasehold Improvement | | 1,134.15 | (18.45) |
| 490 | Leasehold Improvement | | 1,794.62 | (29.23) |
| 490 | Leasehold Improvement | | 421.68 | (6.87) |
| 490 | Equipment | | 358.50 | (5.85) |
| 490 | Equipment | | 191.49 | (3.06) |
| 490 | Leasehold Improvement | | 84.07 | (1.43) |
| 490 | Leasehold Improvement | | 145.22 | (2.38) |
| 490 | Leasehold Improvement | | 225.00 | (3.60) |
| 490 | Furniture & Fixtures | | 313.18 | (5.12) |
| 490 | Furniture & Fixtures | | 602.91 | (9.84) |
| 491 | Furniture & Fixtures | | 3,300.00 | 566.61 |
| 491 | Leasehold Improvement | | 1,144.80 | 196.71 |
| 491 | Leasehold Improvement | | 1,634.15 | 280.49 |
| 491 | Leasehold Improvement | | 1,794.62 | 307.97 |
| 491 | Leasehold Improvement | | 301.20 | 51.72 |
| 491 | Leasehold Improvement | | 1,039.14 | 178.50 |
| 491 | Equipment | | 270.88 | 46.48 |
| 491 | Equipment | | 148.55 | 25.46 |
| 491 | Equipment | | 5,626.52 | 965.93 |
| 491 | Furniture & Fixtures | | 310.25 | 53.18 |
| 491 | Furniture & Fixtures | | 602.91 | 103.62 |
| 492 | Furniture & Fixtures | | 3,100.00 | 532.27 |
| 492 | Leasehold Improvement | | 1,137.24 | 195.09 |
| 492 | Leasehold Improvement | | 1,794.62 | 307.97 |
| 492 | Equipment | | 269.22 | 46.14 |
| 492 | Leasehold Improvement | | 5,684.84 | 976.07 |
| 492 | Leasehold Improvement | | 2,294.15 | 394.01 |
| 492 | Leasehold Improvement | | 1,915.90 | 328.93 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 492 | Leasehold Improvement | | 1,143.10 | 196.33 |
| 492 | Leasehold Improvement | | 700.00 | 120.19 |
| 492 | Furniture & Fixtures | | 308.20 | 52.78 |
| 492 | Furniture & Fixtures | | 602.91 | 103.62 |
| 492 | Leasehold Improvement | | 2,084.60 | 358.04 |
| 492 | Furniture & Fixtures | | 6.60 | 0.99 |
| 492 | Furniture & Fixtures | | 491.40 | 84.51 |
| 492 | Furniture & Fixtures | | 54.60 | 9.39 |
| 492 | Furniture & Fixtures | | 132.00 | 22.77 |
| 492 | Furniture & Fixtures | | 0.35 | 0.20 |
| 493 | Leasehold Improvement | | 1,152.90 | 591.90 |
| 493 | Leasehold Improvement | | 1,294.62 | 664.65 |
| 493 | Equipment | | 360.71 | 185.15 |
| 493 | Equipment | | 191.15 | 98.09 |
| 493 | Leasehold Improvement | | 2,157.20 | 1,107.14 |
| 493 | Leasehold Improvement | | 1,652.90 | 848.36 |
| 493 | Leasehold Improvement | | 1,986.38 | 1,019.48 |
| 493 | Leasehold Improvement | | 264.50 | 135.80 |
| 493 | Leasehold Improvement | | 700.00 | 359.44 |
| 493 | Furniture & Fixtures | | 312.45 | 160.32 |
| 493 | Furniture & Fixtures | | 602.91 | 309.54 |
| 493 | Furniture & Fixtures | | 1,426.66 | 732.34 |
| 493 | Leasehold Improvement | | 2,353.90 | 1,208.14 |
| 493 | Furniture & Fixtures | | 107.91 | 55.44 |
| 493 | Furniture & Fixtures | | 490.80 | 251.88 |
| 493 | Furniture & Fixtures | | 7.28 | 3.65 |
| 494 | Furniture & Fixtures | | 266.68 | - |
| 494 | Leasehold Improvement | | 1,155.60 | - |
| 494 | Leasehold Improvement | | 1,794.62 | - |
| 494 | Equipment | | 273.25 | - |
| 494 | Equipment | | 149.57 | - |
| 494 | Leasehold Improvement | | 3,165.03 | - |
| 494 | Leasehold Improvement | | 740.09 | - |
| 494 | Equipment | | 1,103.54 | - |
| 494 | Leasehold Improvement | | 700.00 | - |
| 494 | Furniture & Fixtures | | 313.18 | - |
| 494 | Furniture & Fixtures | | 602.90 | - |
| 494 | Furniture & Fixtures | | 1,426.66 | - |
| 494 | Leasehold Improvement | | 1,528.53 | - |
| 494 | Furniture & Fixtures | | 1,411.55 | - |
| 495 | Leasehold Improvement | | 1,155.60 | 420.03 |
| 495 | Leasehold Improvement | | 1,794.62 | 652.16 |
| 495 | Leasehold Improvement | | 500.00 | 181.55 |
| 495 | Equipment | | 358.50 | 130.14 |
| 495 | Equipment | | 191.49 | 69.72 |
| 495 | Leasehold Improvement | | 3,400.00 | 1,235.53 |
| 495 | Leasehold Improvement | | 3,070.43 | 1,115.84 |
| 495 | Leasehold Improvement | | 1,959.04 | 711.97 |
| 495 | Leasehold Improvement | | 2,819.80 | 1,024.93 |
| 495 | Leasehold Improvement | | 700.00 | 254.50 |
| 495 | Furniture & Fixtures | | 313.18 | 113.86 |
| 495 | Furniture & Fixtures | | 602.90 | 219.11 |
| 495 | Furniture & Fixtures | | 1,426.66 | 518.50 |
| 495 | Leasehold Improvement | | 1,867.42 | 678.76 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 495 | Furniture & Fixtures | | 1,411.55 | 512.96 |
| 495 | Furniture & Fixtures | | 420.64 | 153.01 |
| 495 | Furniture & Fixtures | | 366.24 | 133.26 |
| 496 | Furniture & Fixtures | | 266.66 | 119.48 |
| 496 | Leasehold Improvement | | 1,152.90 | 516.33 |
| 496 | Leasehold Improvement | | 1,794.62 | 803.63 |
| 496 | Equipment | | 272.66 | 122.18 |
| 496 | Leasehold Improvement | | 1,024.43 | 458.81 |
| 496 | Leasehold Improvement | | 1,187.84 | 531.80 |
| 496 | Leasehold Improvement | | 9.53 | 4.25 |
| 496 | Equipment | | 1,189.23 | 532.53 |
| 496 | Leasehold Improvement | | 700.00 | 313.57 |
| 496 | Furniture & Fixtures | | 312.45 | 139.86 |
| 496 | Leasehold Improvement | | 602.90 | 269.93 |
| 496 | Leasehold Improvement | | 1,426.65 | 638.94 |
| 496 | Leasehold Improvement | | 1,341.54 | 600.69 |
| 496 | Furniture & Fixtures | | 1,411.55 | 632.09 |
| 497 | Furniture & Fixtures | | 266.66 | 14.21 |
| 497 | Leasehold Improvement | | 1,158.30 | 61.35 |
| 497 | Leasehold Improvement | | 1,794.62 | 95.12 |
| 497 | Equipment | | 273.84 | 14.49 |
| 497 | Leasehold Improvement | | 3,531.89 | 187.34 |
| 497 | Leasehold Improvement | | 151.17 | 8.07 |
| 497 | Leasehold Improvement | | 687.40 | 36.40 |
| 497 | Leasehold Improvement | | 345.00 | 18.30 |
| 497 | Leasehold Improvement | | 500.00 | 26.45 |
| 497 | Leasehold Improvement | | 700.00 | 37.15 |
| 497 | Furniture & Fixtures | | 313.91 | 16.61 |
| 497 | Furniture & Fixtures | | 602.90 | 32.00 |
| 497 | Furniture & Fixtures | | 1,426.65 | 75.60 |
| 497 | Leasehold Improvement | | 2,777.14 | 147.34 |
| 497 | Furniture & Fixtures | | 1,411.55 | 74.90 |
| 498 | Furniture & Fixtures | | 362.50 | - |
| 498 | Leasehold Improvement | | 1,144.80 | - |
| 498 | Leasehold Improvement | | 1,794.62 | - |
| 498 | Leasehold Improvement | | 338.16 | - |
| 498 | Leasehold Improvement | | 256.80 | - |
| 498 | Equipment | | 270.88 | - |
| 498 | Leasehold Improvement | | 2,824.49 | - |
| 498 | Leasehold Improvement | | 704.50 | - |
| 498 | Leasehold Improvement | | 1,380.00 | - |
| 498 | Leasehold Improvement | | 700.00 | - |
| 498 | Leasehold Improvement | | 817.71 | - |
| 498 | Furniture & Fixtures | | 310.25 | - |
| 498 | Furniture & Fixtures | | 602.90 | - |
| 498 | Furniture & Fixtures | | 1,426.65 | - |
| 498 | Leasehold Improvement | | 841.10 | - |
| 498 | Furniture & Fixtures | | 613.50 | - |
| 499 | Furniture & Fixtures | | 3,462.50 | - |
| 499 | Leasehold Improvement | | 1,166.40 | - |
| 499 | Leasehold Improvement | | 1,794.62 | - |
| 499 | Leasehold Improvement | | 229.08 | - |
| 499 | Equipment | | 275.62 | - |
| 499 | Leasehold Improvement | | 424.72 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 499 | Leasehold Improvement | | 2,997.70 | - |
| 499 | Leasehold Improvement | | 17.92 | - |
| 499 | Leasehold Improvement | | 700.00 | - |
| 499 | Furniture & Fixtures | | 316.11 | - |
| 499 | Furniture & Fixtures | | 602.90 | - |
| 499 | Furniture & Fixtures | | 1,426.65 | - |
| 499 | Leasehold Improvement | | 923.13 | - |
| 499 | Furniture & Fixtures | | 2,823.10 | - |
| 658 | Furniture & Fixtures | | 1,345.00 | 816.67 |
| 660 | Leasehold Improvement | | 22,029.03 | 3,059.51 |
| 674 | Leasehold Improvement | | 16.47 | 13.87 |
| 695 | Furniture & Fixtures | | 875.00 | 531.14 |
| 9904 | Furniture & Fixtures | | 107,727.96 | 66,688.60 |
| 402 | Leasehold Improvement | Labor | 5,078.21 | 4,203.70 |
| 402 | Furniture & Fixtures | | 2,100.00 | 1,300.00 |
| 413 | Leasehold Improvement | | 3,701.46 | 3,064.10 |
| 413 | Leasehold Improvement | | 5,456.75 | 4,516.83 |
| 413 | Leasehold Improvement | Labor | 8,732.47 | 7,228.66 |
| 422 | Leasehold Improvement | | 936.38 | 664.70 |
| 422 | Leasehold Improvement | | 1,728.77 | 1,227.01 |
| 422 | Leasehold Improvement | | 1,058.00 | 751.12 |
| 422 | Leasehold Improvement | | 1,970.76 | 1,398.92 |
| 422 | Furniture & Fixtures | | 704.96 | 436.48 |
| 422 | Furniture & Fixtures | | 2,250.00 | 1,392.72 |
| 422 | Leasehold Improvement | New store opening: Labor | 4,413.91 | 3,133.27 |
| 422 | Furniture & Fixtures | | 363.15 | 224.91 |
| 422 | Furniture & Fixtures | | 640.00 | 396.16 |
| 422 | Furniture & Fixtures | | 1,400.00 | 866.56 |
| 439 | Leasehold Improvement | | 9,901.35 | 8,196.04 |
| 441 | Equipment | | 9,878.77 | 4,609.97 |
| 441 | Equipment | | 1,450.00 | 897.68 |
| 441 | Leasehold Improvement | | 1,204.80 | 889.60 |
| 441 | Equipment | | 380.99 | 235.71 |
| 442 | Furniture & Fixtures | | 699.30 | 339.94 |
| 442 | Furniture & Fixtures | | 491.37 | 238.89 |
| 442 | Furniture & Fixtures | | 872.87 | 424.23 |
| 442 | Leasehold Improvement | | 7,660.00 | 3,724.32 |
| 442 | Leasehold Improvement | | 140.00 | 68.00 |
| 442 | Leasehold Improvement | | 30,000.00 | 14,585.60 |
| 442 | Leasehold Improvement | | 5,700.11 | 2,771.47 |
| 442 | Furniture & Fixtures | | 10,800.00 | 5,250.88 |
| 442 | Leasehold Improvement | | 48.15 | 23.51 |
| 444 | Leasehold Improvement | | 16,561.00 | 12,345.93 |
| 444 | Equipment | | 27,457.80 | 13,271.27 |
| 444 | Furniture & Fixtures | | 1,327.80 | 837.69 |
| 459 | Computer Equipment | | 544.92 | 299.76 |
| 460 | Leasehold Improvement | | 1,400.00 | 684.23 |
| 460 | Computer Equipment | | 544.92 | 266.40 |
| 461 | Furniture & Fixtures | | 384.57 | 189.21 |
| 461 | Furniture & Fixtures | | 610.40 | 300.20 |
| 461 | Computer Equipment | | 544.92 | 268.05 |
| 461 | Computer Equipment | | 2,065.55 | 1,015.49 |
| 462 | Computer Equipment | | 544.92 | 419.07 |
| 463 | Leasehold Improvement | | 3,350.00 | 279.02 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 463 | Leasehold Improvement | | 5,035.27 | 419.56 |
| 463 | Leasehold Improvement | | 3,376.40 | 281.33 |
| 463 | Furniture & Fixtures | | 297.78 | 24.87 |
| 463 | Furniture & Fixtures | | 3,900.00 | 325.11 |
| 463 | Leasehold Improvement | White panel boards | 2,120.42 | 176.72 |
| 463 | Computer Equipment | | 544.92 | 45.30 |
| 464 | Leasehold Improvement | New store opening: Labor | 252.19 | 156.19 |
| 464 | Computer Equipment | | 2,065.55 | 963.79 |
| 464 | Computer Equipment | | 544.92 | 254.36 |
| 9904 | Furniture & Fixtures | New store opening: Labor | 1,230.03 | 1,230.03 |
| 466 | Computer Equipment | | 2,065.55 | 1,204.85 |
| 466 | Leasehold Improvement | | (414.16) | (241.66) |
| 466 | Leasehold Improvement | New store opening: Labor | 131.06 | 76.46 |
| 466 | Computer Equipment | | 544.92 | 317.82 |
| 467 | Computer Equipment | | 544.92 | 36.57 |
| 467 | Computer Equipment | | 2,065.55 | 138.80 |
| 468 | Leasehold Improvement | | 2,675.00 | 1,528.12 |
| 468 | Leasehold Improvement | | 1,677.24 | 958.20 |
| 468 | Leasehold Improvement | | 215.52 | 123.04 |
| 468 | Leasehold Improvement | | 1,161.50 | 663.58 |
| 468 | Leasehold Improvement | | 1,334.00 | 762.16 |
| 468 | Leasehold Improvement | Drive guides, screws, buckets | 229.80 | 131.24 |
| 468 | Computer Equipment | | 544.92 | 311.32 |
| 469 | Leasehold Improvement | | 2,850.00 | 210.96 |
| 469 | Leasehold Improvement | | 3,957.52 | 293.20 |
| 469 | Leasehold Improvement | | 5,367.05 | 397.45 |
| 469 | Leasehold Improvement | New store opening: Labor | 5,908.92 | 437.56 |
| 469 | Computer Equipment | | 544.92 | 40.28 |
| 470 | Leasehold Improvement | New store opening: Labor | 238.27 | 47.55 |
| 470 | Computer Equipment | | 2,065.55 | 411.47 |
| 470 | Computer Equipment | | 544.92 | 108.44 |
| 471 | Leasehold Improvement | New store opening: Labor | 266.81 | 166.82 |
| 471 | Computer Equipment | | 544.92 | 245.28 |
| 471 | Computer Equipment | | 2,065.55 | 929.36 |
| 472 | Computer Equipment | | 544.92 | - |
| 472 | Computer Equipment | | 3,265.80 | - |
| 473 | Computer Equipment | | 2,046.60 | 920.97 |
| 473 | Computer Equipment | | 544.92 | 245.28 |
| 474 | Leasehold Improvement | New store opening: Labor | 373.56 | 161.37 |
| 474 | Computer Equipment | | 2,296.60 | 991.78 |
| 474 | Computer Equipment | | 544.92 | 235.38 |
| 475 | Computer Equipment | | 2,065.55 | - |
| 475 | Furniture & Fixtures | | 861.15 | - |
| 475 | Leasehold Improvement | New store opening: Labor | 1,515.36 | - |
| 475 | Computer Equipment | | 544.92 | - |
| 476 | Computer Equipment | | 2,051.34 | - |
| 476 | Leasehold Improvement | New store opening: Labor | 328.27 | - |
| 476 | Computer Equipment | | 544.92 | - |
| 477 | Computer Equipment | | 2,065.55 | 513.56 |
| 477 | Leasehold Improvement | | 860.00 | 213.86 |
| 477 | Leasehold Improvement | New store opening: Labor | 417.65 | 103.82 |
| 477 | Computer Equipment | | 544.92 | 135.39 |
| 478 | Equipment | | 272.22 | - |
| 478 | Computer Equipment | | 1,256.00 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 478 | Furniture & Fixtures | | 1,120.00 | - |
| 478 | Leasehold Improvement | New store opening: Labor | 1,674.85 | - |
| 478 | Computer Equipment | | 544.92 | - |
| 479 | Equipment | | 272.22 | 46.83 |
| 479 | Computer Equipment | | 1,256.00 | 215.51 |
| 479 | Leasehold Improvement | New store opening: Labor | 2,289.67 | 393.16 |
| 479 | Computer Equipment | | 544.92 | 93.48 |
| 480 | Computer Equipment | | 1,331.00 | 465.74 |
| 480 | Equipment | | 277.21 | 97.03 |
| 480 | Leasehold Improvement | New store opening: Labor | 307.15 | 107.50 |
| 480 | Computer Equipment | | 544.92 | 190.50 |
| 481 | Furniture & Fixtures | | 963.43 | 565.12 |
| 481 | Equipment | | 362.17 | 212.35 |
| 481 | Computer Equipment | | 1,813.20 | 1,063.44 |
| 481 | Leasehold Improvement | New store opening: Labor | 2,438.42 | 1,429.94 |
| 481 | Computer Equipment | | 544.92 | 319.53 |
| 482 | Furniture & Fixtures | | 1,208.83 | - |
| 482 | Furniture & Fixtures | | 2,150.01 | - |
| 482 | Furniture & Fixtures | | 4,301.64 | - |
| 482 | Computer Equipment | | 1,082.50 | - |
| 482 | Equipment | | 278.48 | - |
| 482 | Leasehold Improvement | | (1,172.20) | 381.80 |
| 482 | Leasehold Improvement | New store opening: Labor | 1,088.12 | - |
| 482 | Computer Equipment | | 544.92 | - |
| 483 | Furniture & Fixtures | | 376.17 | 119.48 |
| 483 | Furniture & Fixtures | | 952.49 | 302.50 |
| 483 | Equipment | | 276.24 | 87.76 |
| 483 | Leasehold Improvement | New store opening: Labor | 1,165.17 | 370.02 |
| 483 | Computer Equipment | | 2,067.58 | 656.45 |
| 483 | Computer Equipment | | 544.92 | 173.09 |
| 484 | Furniture & Fixtures | | 480.44 | 58.37 |
| 484 | Furniture & Fixtures | | 1,399.90 | 169.99 |
| 484 | Furniture & Fixtures | | 816.48 | 99.06 |
| 484 | Computer Equipment | | 1,257.25 | 152.74 |
| 484 | Equipment | | 361.88 | 44.09 |
| 484 | Equipment | | 191.49 | 23.19 |
| 484 | Computer Equipment | | 544.92 | 66.09 |
| 485 | Equipment | | 226.17 | 103.41 |
| 485 | Computer Equipment | | 2,698.55 | 1,235.00 |
| 485 | Computer Equipment | | 544.92 | 249.24 |
| 486 | Furniture & Fixtures | | 1,743.48 | 458.13 |
| 486 | Furniture & Fixtures | | 2,890.62 | 759.48 |
| 486 | Furniture & Fixtures | | 3,000.00 | 788.34 |
| 486 | Leasehold Improvement | | 2,500.00 | 656.95 |
| 486 | Leasehold Improvement | | 1,310.45 | 344.21 |
| 486 | Computer Equipment | | 1,468.10 | 385.70 |
| 486 | Furniture & Fixtures | | 6,250.01 | 1,642.22 |
| 486 | Computer Equipment | | 544.92 | 143.31 |
| 487 | Furniture & Fixtures | | 1,108.08 | 291.00 |
| 487 | Computer Equipment | | 2,513.05 | 660.43 |
| 487 | Computer Equipment | | 544.92 | 143.31 |
| 488 | Leasehold Improvement | | 285.00 | 116.37 |
| 488 | Computer Equipment | | 544.91 | 222.50 |
| 489 | Computer Equipment | | 1,166.40 | 543.69 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 489 | Computer Equipment | | 235.40 | 109.67 |
| 489 | Computer Equipment | | 544.91 | 253.85 |
| 490 | Computer Equipment | | 1,245.50 | (20.20) |
| 490 | Computer Equipment | | 544.91 | (8.89) |
| 491 | Computer Equipment | | 515.69 | 88.67 |
| 491 | Computer Equipment | | 641.52 | 110.22 |
| 491 | Computer Equipment | | 1,250.80 | 214.60 |
| 491 | Equipment | | 1,048.19 | 179.96 |
| 491 | Furniture & Fixtures | | 275.00 | 47.30 |
| 491 | Computer Equipment | | 544.91 | 93.47 |
| 492 | Furniture & Fixtures | | 991.44 | 170.07 |
| 492 | Furniture & Fixtures | | 412.87 | 70.99 |
| 492 | Leasehold Improvement | New store opening: Labor | 2,791.68 | 479.37 |
| 492 | Computer Equipment | | 544.91 | 93.47 |
| 492 | Computer Equipment | | 1,053.00 | 180.81 |
| 493 | Furniture & Fixtures | | 1,341.36 | 688.62 |
| 493 | Furniture & Fixtures | | 1,254.10 | 643.60 |
| 493 | Leasehold Improvement | | (146.75) | (75.47) |
| 493 | Leasehold Improvement | New store opening: Labor | 1,794.75 | 921.24 |
| 493 | Computer Equipment | | 544.91 | 279.59 |
| 493 | Computer Equipment | | 1,247.50 | 640.30 |
| 494 | Furniture & Fixtures | | 874.80 | - |
| 494 | Furniture & Fixtures | | 1,257.04 | - |
| 494 | Computer Equipment | | 1,245.00 | - |
| 494 | Furniture & Fixtures | | 560.00 | - |
| 494 | Leasehold Improvement | New store opening: Labor | 597.77 | - |
| 494 | Computer Equipment | | 544.91 | - |
| 495 | Furniture & Fixtures | | 371.83 | 135.22 |
| 495 | Furniture & Fixtures | | 1,166.40 | 423.90 |
| 495 | Furniture & Fixtures | | 2,139.79 | 777.55 |
| 495 | Computer Equipment | | 1,245.00 | 452.34 |
| 495 | Leasehold Improvement | | 7,222.00 | 2,624.77 |
| 495 | Leasehold Improvement | New store opening: Labor | 382.16 | 138.95 |
| 495 | Computer Equipment | | 544.91 | 198.08 |
| 496 | Furniture & Fixtures | | 519.34 | 232.57 |
| 496 | Furniture & Fixtures | | 991.44 | 443.97 |
| 496 | Furniture & Fixtures | | 1,254.10 | 561.43 |
| 496 | Computer Equipment | | 1,242.50 | 556.43 |
| 496 | Computer Equipment | | 544.91 | 243.95 |
| 497 | Furniture & Fixtures | | 447.23 | 23.78 |
| 497 | Furniture & Fixtures | | 874.80 | 46.35 |
| 497 | Furniture & Fixtures | | 1,462.68 | 77.58 |
| 497 | Computer Equipment | | 1,422.50 | 75.50 |
| 497 | Leasehold Improvement | New store opening: Labor | 1,447.47 | 76.77 |
| 497 | Computer Equipment | | 544.91 | 28.91 |
| 498 | Furniture & Fixtures | | 368.35 | - |
| 498 | Furniture & Fixtures | | 933.12 | - |
| 498 | Furniture & Fixtures | | 2,028.63 | - |
| 498 | Computer Equipment | | 1,060.00 | - |
| 498 | Leasehold Improvement | New store opening: Labor | 743.09 | - |
| 498 | Computer Equipment | | 544.91 | - |
| 499 | Furniture & Fixtures | | 450.36 | - |
| 499 | Furniture & Fixtures | | 1,049.76 | - |
| 499 | Furniture & Fixtures | | 2,363.90 | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 499 | Furniture & Fixtures | | 1,600.00 | - |
| 499 | Computer Equipment | | 1,255.00 | - |
| 499 | Equipment | | 1,557.16 | - |
| 499 | Leasehold Improvement | New store opening: Labor | 533.22 | - |
| 499 | Computer Equipment | | 544.91 | - |
| 660 | Leasehold Improvement | | (12,029.93) | (1,670.97) |
| 684 | Leasehold Improvement | | 2,943.67 | 1,857.43 |
| 402 | Furniture & Fixtures | | 1,350.00 | 851.83 |
| 402 | Furniture & Fixtures | | 5,109.38 | 3,223.65 |
| 402 | Furniture & Fixtures | | 3,444.40 | 2,173.40 |
| 422 | Furniture & Fixtures | | (640.00) | (396.16) |
| 422 | Leasehold Improvement | | 11,193.42 | 7,945.42 |
| 422 | Leasehold Improvement | | 4,397.10 | 3,121.26 |
| 422 | Leasehold Improvement | | 395.00 | 280.44 |
| 422 | Equipment | | 616.20 | 381.32 |
| 422 | Furniture & Fixtures | | 1,144.50 | 708.34 |
| 422 | Furniture & Fixtures | | 5,861.81 | 3,628.85 |
| 422 | Equipment | | 7,437.50 | 3,470.78 |
| 422 | Leasehold Improvement | | 2,699.13 | 1,915.77 |
| 422 | Leasehold Improvement | | 1,840.00 | 1,306.24 |
| 423 | Furniture & Fixtures | | (3,434.00) | (1,962.32) |
| 424 | Furniture & Fixtures | | 650.00 | 410.06 |
| 436 | Leasehold Improvement | | 3,352.62 | 2,382.11 |
| 438 | Leasehold Improvement | | 427.59 | 319.09 |
| 441 | Furniture & Fixtures | | 5,239.00 | 3,243.16 |
| 441 | Furniture & Fixtures | | 5,800.00 | 3,590.40 |
| 441 | Furniture & Fixtures | | 230.32 | 142.64 |
| 441 | Furniture & Fixtures | | 1.08 | 0.76 |
| 441 | Furniture & Fixtures | | 7,515.81 | 4,652.77 |
| 441 | Furniture & Fixtures | | 36.29 | 22.53 |
| 442 | Equipment | | 8,031.66 | 3,904.94 |
| 442 | Furniture & Fixtures | | 252.85 | 122.93 |
| 442 | Furniture & Fixtures | | 535.00 | 260.12 |
| 444 | Leasehold Improvement | | 14,606.80 | 10,889.28 |
| 444 | Leasehold Improvement | | 153.36 | 114.30 |
| 444 | Furniture & Fixtures | | 3,416.71 | 2,155.63 |
| 444 | Furniture & Fixtures | | (3,068.00) | (1,935.88) |
| 444 | Leasehold Improvement | | 45.95 | 34.17 |
| 444 | Leasehold Improvement | | 3,386.57 | 2,524.77 |
| 444 | Furniture & Fixtures | | 561.84 | 354.45 |
| 444 | Equipment | | 6,012.66 | 2,906.15 |
| 459 | Furniture & Fixtures | | 828.94 | 455.80 |
| 459 | Leasehold Improvement | | 3,980.80 | 2,189.35 |
| 459 | Leasehold Improvement | | 4.48 | 2.59 |
| 459 | Leasehold Improvement | | 140.83 | 77.38 |
| 459 | Leasehold Improvement | | 199.51 | 109.60 |
| 460 | Leasehold Improvement | | 140.83 | 68.89 |
| 460 | Leasehold Improvement | | 2,065.55 | 1,009.88 |
| 461 | Leasehold Improvement | | 4,690.00 | 2,306.08 |
| 461 | Leasehold Improvement | | 2,091.24 | 1,028.31 |
| 461 | Leasehold Improvement | | 178.98 | 87.90 |
| 461 | Leasehold Improvement | | 301.44 | 148.32 |
| 461 | Furniture & Fixtures | | 828.95 | 407.54 |
| 461 | Leasehold Improvement | | 3,980.80 | 1,957.24 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 461 | Furniture & Fixtures | | 4.48 | 2.17 |
| 461 | Furniture & Fixtures | | 140.83 | 69.22 |
| 461 | Furniture & Fixtures | | 199.50 | 98.19 |
| 461 | Furniture & Fixtures | | 893.80 | 439.39 |
| 462 | Furniture & Fixtures | | 140.83 | 108.28 |
| 463 | Furniture & Fixtures | | 447.00 | 37.14 |
| 463 | Leasehold Improvement | | 1,080.00 | 90.00 |
| 463 | Furniture & Fixtures | | 1,300.00 | 108.37 |
| 463 | Furniture & Fixtures | | 4.44 | 0.48 |
| 463 | Furniture & Fixtures | | 139.54 | 11.50 |
| 463 | Furniture & Fixtures | | 197.67 | 16.50 |
| 464 | Leasehold Improvement | | 3,980.80 | 2,464.32 |
| 464 | Furniture & Fixtures | | 4.48 | 2.88 |
| 464 | Furniture & Fixtures | | 140.83 | 87.07 |
| 464 | Furniture & Fixtures | | 199.51 | 123.35 |
| 464 | Furniture & Fixtures | | 4,437.39 | 2,746.83 |
| 464 | Furniture & Fixtures | | 928.68 | 574.76 |
| 9904 | Furniture & Fixtures | | 7,695.80 | 7,695.80 |
| 466 | Leasehold Improvement | | 140.83 | 82.18 |
| 467 | Leasehold Improvement | | 140.83 | 9.43 |
| 468 | Leasehold Improvement | | 2,497.93 | 1,426.89 |
| 468 | Furniture & Fixtures | | 140.83 | 80.35 |
| 469 | Leasehold Improvement | | 1,080.00 | 80.00 |
| 469 | Leasehold Improvement | | 1,879.11 | 139.27 |
| 469 | Furniture & Fixtures | | 139.54 | 10.26 |
| 470 | Furniture & Fixtures | | 140.83 | 28.19 |
| 470 | Furniture & Fixtures | | 174.40 | 34.88 |
| 471 | Furniture & Fixtures | | 140.83 | 85.39 |
| 472 | Leasehold Improvement | | 5,259.60 | - |
| 472 | Furniture & Fixtures | | 4.44 | - |
| 472 | Furniture & Fixtures | | 139.54 | - |
| 472 | Furniture & Fixtures | | 197.67 | - |
| 473 | Furniture & Fixtures | | 139.54 | 84.76 |
| 473 | Furniture & Fixtures | | 885.60 | 537.78 |
| 473 | Leasehold Improvement | | 7,584.20 | 4,893.05 |
| 474 | Leasehold Improvement | | 4,293.00 | 1,853.64 |
| 474 | Furniture & Fixtures | | 4.44 | 1.80 |
| 474 | Furniture & Fixtures | | 139.54 | 60.34 |
| 474 | Furniture & Fixtures | | 685.91 | 296.18 |
| 474 | Furniture & Fixtures | | 578.88 | 249.87 |
| 474 | Furniture & Fixtures | | 197.67 | 85.47 |
| 474 | Furniture & Fixtures | | 810.00 | 349.65 |
| 475 | Furniture & Fixtures | | 4.48 | - |
| 475 | Furniture & Fixtures | | 140.83 | - |
| 475 | Furniture & Fixtures | | 199.50 | - |
| 475 | Leasehold Improvement | | 7,180.80 | - |
| 476 | Furniture & Fixtures | | 139.86 | - |
| 477 | Furniture & Fixtures | | 4.48 | 1.18 |
| 477 | Furniture & Fixtures | | 140.83 | 34.90 |
| 477 | Furniture & Fixtures | | 199.50 | 49.68 |
| 477 | Furniture & Fixtures | | 976.64 | 242.72 |
| 478 | Furniture & Fixtures | | 4,307.79 | - |
| 478 | Leasehold Improvement | | 4,059.72 | - |
| 478 | Furniture & Fixtures | | 4.43 | 0.23 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 478 | Furniture & Fixtures | | 139.67 | - |
| 478 | Furniture & Fixtures | | 197.86 | - |
| 479 | Leasehold Improvement | | 4,059.72 | 697.02 |
| 479 | Furniture & Fixtures | | 4.43 | 0.80 |
| 479 | Furniture & Fixtures | | 139.67 | 23.84 |
| 479 | Furniture & Fixtures | | 197.86 | 33.85 |
| 480 | Furniture & Fixtures | | 139.67 | 48.92 |
| 481 | Leasehold Improvement | | 4,297.53 | 2,520.48 |
| 481 | Furniture & Fixtures | | 4.44 | 2.46 |
| 481 | Furniture & Fixtures | | 139.86 | 82.11 |
| 481 | Furniture & Fixtures | | 198.13 | 116.29 |
| 482 | Leasehold Improvement | | 4,384.13 | - |
| 482 | Furniture & Fixtures | | 4.45 | - |
| 482 | Furniture & Fixtures | | 139.86 | - |
| 482 | Furniture & Fixtures | | 198.13 | - |
| 483 | Leasehold Improvement | | 4,384.13 | 1,392.01 |
| 483 | Furniture & Fixtures | | 4.45 | 1.41 |
| 483 | Furniture & Fixtures | | 139.86 | 44.48 |
| 483 | Furniture & Fixtures | | 198.13 | 62.85 |
| 483 | Equipment | | 5,582.04 | 1,772.54 |
| 483 | Equipment | | 745.34 | 236.71 |
| 484 | Furniture & Fixtures | | 4.39 | 0.43 |
| 484 | Furniture & Fixtures | | 138.24 | 16.80 |
| 484 | Furniture & Fixtures | | 195.84 | 23.91 |
| 485 | Furniture & Fixtures | | 3,300.00 | 1,510.08 |
| 485 | Furniture & Fixtures | | 136.95 | 62.70 |
| 486 | Furniture & Fixtures | | 2,895.00 | 760.56 |
| 486 | Leasehold Improvement | | 4,293.00 | 1,127.97 |
| 486 | Furniture & Fixtures | | 4.35 | 1.05 |
| 486 | Furniture & Fixtures | | 136.95 | 35.97 |
| 486 | Furniture & Fixtures | | 194.01 | 51.12 |
| 487 | Furniture & Fixtures | | 4,900.00 | 1,287.49 |
| 487 | Leasehold Improvement | | 4,293.00 | 1,127.97 |
| 487 | Furniture & Fixtures | | 4.35 | 1.05 |
| 487 | Furniture & Fixtures | | 136.95 | 35.97 |
| 487 | Furniture & Fixtures | | 194.01 | 51.12 |
| 488 | Furniture & Fixtures | | 138.24 | 56.40 |
| 489 | Furniture & Fixtures | | 5,600.00 | 2,609.87 |
| 489 | Furniture & Fixtures | | 4.39 | 2.08 |
| 489 | Furniture & Fixtures | | 138.24 | 64.32 |
| 489 | Furniture & Fixtures | | 195.84 | 91.23 |
| 489 | Leasehold Improvement | | 1,070.00 | 498.77 |
| 490 | Furniture & Fixtures | | 5,400.00 | (87.75) |
| 490 | Furniture & Fixtures | | 138.25 | (2.30) |
| 491 | Leasehold Improvement | | 4,293.00 | 736.92 |
| 491 | Furniture & Fixtures | | 4.35 | 0.72 |
| 491 | Furniture & Fixtures | | 136.96 | 23.44 |
| 491 | Furniture & Fixtures | | 194.01 | 33.30 |
| 492 | Furniture & Fixtures | | 3,100.00 | 532.27 |
| 492 | Furniture & Fixtures | | 4.32 | 0.69 |
| 492 | Furniture & Fixtures | | 136.06 | 23.20 |
| 492 | Furniture & Fixtures | | 192.73 | 33.01 |
| 493 | Leasehold Improvement | | 4,478.10 | 2,298.45 |
| 493 | Furniture & Fixtures | | 4.38 | 2.40 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 493 | Furniture & Fixtures | | 137.93 | 70.94 |
| 493 | Furniture & Fixtures | | 195.38 | 100.34 |
| 494 | Leasehold Improvement | | 4,058.40 | - |
| 494 | Furniture & Fixtures | | 4.39 | - |
| 494 | Furniture & Fixtures | | 138.25 | - |
| 494 | Furniture & Fixtures | | 195.84 | - |
| 494 | Equipment | | 6,201.67 | - |
| 495 | Leasehold Improvement | | 3,329.50 | 1,209.91 |
| 495 | Leasehold Improvement | | 4,058.40 | 1,474.83 |
| 495 | Furniture & Fixtures | | 4.39 | 1.75 |
| 495 | Furniture & Fixtures | | 138.25 | 50.14 |
| 495 | Furniture & Fixtures | | 195.84 | 71.10 |
| 496 | Leasehold Improvement | | 4,058.10 | 1,817.07 |
| 496 | Furniture & Fixtures | | 4.38 | 2.07 |
| 496 | Furniture & Fixtures | | 137.93 | 61.70 |
| 496 | Furniture & Fixtures | | 195.38 | 87.47 |
| 497 | Leasehold Improvement | | 4,058.70 | 215.25 |
| 497 | Furniture & Fixtures | | 4.40 | 0.20 |
| 497 | Furniture & Fixtures | | 138.58 | 7.33 |
| 497 | Furniture & Fixtures | | 196.30 | 10.45 |
| 498 | Furniture & Fixtures | | 2,900.00 | - |
| 498 | Leasehold Improvement | | 4,062.00 | - |
| 498 | Furniture & Fixtures | | 4.35 | - |
| 498 | Furniture & Fixtures | | 136.96 | - |
| 498 | Furniture & Fixtures | | 194.01 | - |
| 499 | Furniture & Fixtures | | 4,066.00 | - |
| 499 | Furniture & Fixtures | | 4.43 | - |
| 499 | Furniture & Fixtures | | 139.55 | - |
| 499 | Furniture & Fixtures | | 197.67 | - |
| 499 | Leasehold Improvement | | 2,371.30 | - |
| 659 | Leasehold Improvement | | 14,020.00 | 7,983.68 |
| 665 | Leasehold Improvement | | 17,665.01 | 11,145.71 |
| 9904 | Furniture & Fixtures | | 5,637.60 | 3,557.19 |
| 9904 | Furniture & Fixtures | | 3,752.14 | 2,367.37 |
| 9904 | Furniture & Fixtures | | 8,033.30 | 5,068.77 |
| 9904 | Furniture & Fixtures | | 4,979.88 | 3,142.20 |
| 9804 | Furniture & Fixtures | | 17,175.10 | 10,836.53 |
| 628 | | | (2,725.00) | (2,725.00) |
| 465 | Leasehold Improvement | | (3,614.80) | (3,614.80) |
| 465 | Leasehold Improvement | | (1,783.08) | (1,783.08) |
| 416 | | PROJECT CANCELED | (621.63) | (621.63) |
| 416 | | PROJECT CANCELED | (2,074.21) | (2,074.21) |
| 416 | | PROJECT CANCELED | (2,851.45) | (2,851.45) |
| 416 | | PROJECT CANCELED | (2,000.00) | (2,000.00) |
| 416 | | PROJECT CANCELED | (1,200.00) | (1,200.00) |
| 416 | | PROJECT CANCELED | (1,500.00) | (1,500.00) |
| 416 | | PROJECT CANCELED | (1,500.00) | (1,500.00) |
| 416 | | PROJECT CANCELED | (266.77) | (266.77) |
| 443 | Furniture & Fixtures | | (2,716.29) | (2,716.29) |
| 614 | | | (5,577.69) | 0.00 |
| 614 | | | (3,238.79) | 0.00 |
| 614 | | | (3,238.79) | 0.00 |
| 614 | | | (963.06) | (208.71) |
| 614 | | | (3,218.56) | (697.48) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 614 | | | (606.04) | (131.34) |
| 614 | | 42" Smaller Baler | (9,079.02) | (3,480.18) |
| 614 | | Security Cameras : Install | (5,658.92) | (3,017.96) |
| 614 | | EAS Installation | (1,857.93) | (1,269.50) |
| | | | 17,201.64 | 17,201.64 |
| 422 | Furniture & Fixtures | Rolling Racks | 388.80 | 240.64 |
| 422 | Furniture & Fixtures | Rolling Racks/Stanchions | 1,420.40 | 879.28 |
| 422 | Furniture & Fixtures | Hooks/Stems | 209.06 | 129.38 |
| 428 | Equipment | Security Cameras / Installation | 22,756.58 | 7,964.66 |
| 441 | Equipment | EAS System | 4,181.04 | 2,488.86 |
| 442 | Furniture & Fixtures | Folding Lingerie Tower | 174.60 | 108.04 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 164.08 | 101.68 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 330.63 | 204.55 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 271.72 | 168.36 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 257.95 | 159.71 |
| 443 | Leasehold Improvement | New Store : Locks/Keys | 5,849.83 | 4,215.68 |
| 444 | Furniture & Fixtures | New Store : Fixtures | 1,500.00 | 946.34 |
| 446 | Leasehold Improvement | New Store : Materials/ WhitehawkTravel | 6,119.71 | 4,742.71 |
| 461 | Leasehold Improvement | New Store : Lift Rental | 674.47 | 500.25 |
| 461 | Furniture & Fixtures | New Store : Fixtures | 468.70 | 290.14 |
| 463 | Furniture & Fixtures | New Store : Fixtures | 6,007.37 | 3,718.73 |
| 468 | Equipment | EAS System | 788.21 | 488.05 |
| 469 | Equipment | EAS System | 2,143.20 | 1,326.88 |
| 473 | Furniture & Fixtures | New Store : Fixtures | 464.40 | 287.44 |
| 480 | Furniture & Fixtures | New Store : Fixtures | 5,916.58 | 3,732.94 |
| 480 | Furniture & Fixtures | Additional Sales Tax Due | 2.74 | 1.81 |
| 481 | Furniture & Fixtures | New Store : Fixtures | 1,092.24 | 676.24 |
| 481 | Furniture & Fixtures | New Store : Fixtures | 1,198.11 | 741.79 |
| 481 | Furniture & Fixtures | New Store : Fixtures | 487.13 | 301.53 |
| 484 | Leasehold Improvement | Repairs caused by Hauler | 6,976.00 | 5,173.97 |
| 484 | Leasehold Improvement | Patch / Paint | 7,566.70 | 5,485.72 |
| 489 | Leasehold Improvement | Patch / Paint | 7,778.70 | 5,639.64 |
| 422 | Furniture & Fixtures | Fixture Delivery | 515.00 | 349.49 |
| 445 | Equipment | New Store : Security System | 4,087.62 | 3,202.06 |
| 445 | Equipment | New Store : Security System | 390.08 | 305.58 |
| 445 | Leasehold Improvement | New Store : Power Install | 8,000.00 | 6,266.58 |
| 445 | Furniture & Fixtures | New Store : Fixture Assembly | 1,856.64 | 1,454.42 |
| 445 | Leasehold Improvement | New Store : Locks/Keys | 3,545.80 | 2,777.50 |
| 445 | Furniture & Fixtures | Fixture Delivery | 250.00 | 195.92 |
| 446 | Leasehold Improvement | New Store Contract | 8,901.53 | 6,898.67 |
| 446 | Leasehold Improvement | New Store Contract | 298.63 | 231.40 |
| 446 | Equipment | New Store : Security System | 383.84 | 297.44 |
| 446 | Equipment | New Store : Security Cameras | 6,833.32 | 5,295.94 |
| 446 | Leasehold Improvement | New Store Contract | 9,881.45 | 7,658.00 |
| 446 | Leasehold Improvement | New Store : Fire Sprinkler System | 1,850.00 | 1,433.66 |
| 464 | Furniture & Fixtures | New Store : Fixtures | 786.98 | 477.77 |
| 494 | Furniture & Fixtures | New Store : Delivery | 5,700.00 | - |
| 600 | Leasehold Improvement | HVAC | 3,382.53 | 775.14 |
| 666 | Leasehold Improvement | HVAC | 4,778.01 | 2,229.85 |
| 479 | Furniture & Fixtures | New Store : Fixtures | 8,320.19 | 5,051.54 |
| 400 | Leasehold Improvement | Parking Light Repairs - Labor | 2,500.00 | 1,666.72 |
| 400 | Leasehold Improvement | LED Retrofit progress payment | 30,000.00 | 23,000.00 |
| 400 | Leasehold Improvement | LED Retrofit progress payment | 931.37 | 721.85 |
| 400 | Leasehold Improvement | LED Retrofit progress payment | 14,068.63 | 10,785.91 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 400 | Leasehold Improvement | Parking Light Repairs - Materials | 1,124.88 | 749.96 |
| 422 | Furniture & Fixtures | New Store : Fixtures | 842.40 | 501.38 |
| 430 | Leasehold Improvement | New Store Plumbing Contract | 7,000.00 | 4,841.79 |
| 441 | Furniture & Fixtures | New Store : Fixtures | 567.00 | 337.50 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 1,328.94 | 822.70 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 3,448.18 | 2,175.63 |
| 442 | Furniture & Fixtures | New Store : Fixtures | 141.37 | 89.29 |
| 443 | Furniture & Fixtures | New Store : Fixtures | 777.60 | 462.76 |
| 444 | Furniture & Fixtures | New Store : Fixtures | 3,081.25 | 1,944.17 |
| 444 | Furniture & Fixtures | New Store : Fixtures | 372.60 | 221.64 |
| 445 | Leasehold Improvement | New Store Construction Contract | 27,560.00 | 21,588.58 |
| 445 | Equipment | New Store : PA System | 2,124.11 | 1,663.91 |
| 445 | Leasehold Improvement | New Store : Additional time POS Install | 825.00 | 646.12 |
| 445 | Furniture & Fixtures | New Store : Fixtures | 252.42 | 197.82 |
| 445 | Furniture & Fixtures | New Store : Fixture Assembly | 181.06 | 141.80 |
| 445 | Leasehold Improvement | New Store : Fitting Room Videoline | 1,421.49 | 1,113.39 |
| 445 | Leasehold Improvement | New Store : Security System Install | 599.54 | 469.54 |
| 445 | Leasehold Improvement | New Store : ARCHITECHTURAL | 400.00 | 313.42 |
| 445 | Equipment | New Store : EAS System Install | 1,450.00 | 1,135.92 |
| 446 | Equipment | New Store : PA System | 2,170.25 | 1,681.82 |
| 446 | Leasehold Improvement | New Store : Electrical Work | 8,800.00 | 6,820.09 |
| 446 | Leasehold Improvement | New Store : Electrical Work | 850.00 | 658.84 |
| 446 | Furniture & Fixtures | New Store : Fixtures | 172.16 | 133.55 |
| 446 | Leasehold Improvement | New Store : Permits | 10,010.28 | 7,757.94 |
| 446 | Furniture & Fixtures | New Store : Fixtures | 13,767.45 | 10,669.74 |
| 446 | Furniture & Fixtures | New Store : Fixtures | 3,866.40 | 2,996.46 |
| 446 | Leasehold Improvement | New Store : Labor | 11,178.00 | 8,662.95 |
| 446 | Leasehold Improvement | New Store : Labor & Material | 7,874.62 | 6,102.72 |
| 446 | Leasehold Improvement | New Store : Labor | 2,993.45 | 2,319.80 |
| 446 | Leasehold Improvement | New Store : Labor | 1,342.76 | 1,040.63 |
| 446 | Leasehold Improvement | Glass Door Replacement | 7,457.00 | 5,779.22 |
| 446 | Leasehold Improvement | New Store : Lodging / Equip Rental | 9,731.39 | 7,541.96 |
| 447 | Leasehold Improvement | New Store : ARCHITECHTURAL | 400.00 | 316.75 |
| 447 | Leasehold Improvement | New Store : Labor & Material | 837.20 | 662.70 |
| 447 | Leasehold Improvement | New Store : Labor | 215.88 | 170.88 |
| 447 | Furniture & Fixtures | | 23,374.60 | 18,504.85 |
| 447 | Equipment | New Store : EAS System Install | 4,823.97 | 3,818.97 |
| 447 | Equipment | New Store : EAS System Install | 650.97 | 515.47 |
| 447 | Equipment | New Store : Music Receiver | 2,515.50 | 1,991.50 |
| 447 | Furniture & Fixtures | New Store : Fixtures | 405.00 | 320.50 |
| 447 | Leasehold Improvement | New Store : WhiteHawk Travel/Lodging | 4,703.18 | 3,723.43 |
| 448 | Equipment | New Store : EAS System | 5,992.90 | 4,744.40 |
| 448 | Equipment | New Store : EAS System | 645.24 | 510.74 |
| 448 | Furniture & Fixtures | New Store : Fixtures | 405.00 | 320.50 |
| 448 | Leasehold Improvement | New Store : Whitehawk Contract | 15,327.73 | 12,134.48 |
| 449 | Equipment | New Store : EAS System | 3,017.65 | 2,388.90 |
| 449 | Equipment | New Store : EAS System | 645.24 | 510.74 |
| 449 | Furniture & Fixtures | New Store : Fixtures | 243.00 | 192.25 |
| 449 | Leasehold Improvement | New Store : WhiteHawk Travel/Lodging | 5,957.12 | 4,716.12 |
| 459 | Furniture & Fixtures | New Store : Fixtures | 437.40 | 291.52 |
| 461 | Furniture & Fixtures | New Store : Fixtures | 826.20 | 491.64 |
| 463 | Furniture & Fixtures | New Store : Fixtures | 340.20 | 202.50 |
| 464 | Furniture & Fixtures | New Store : Fixtures | 453.60 | 270.00 |
| 471 | Furniture & Fixtures | New Store : Fixtures | 421.20 | 250.86 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 473 | Furniture & Fixtures | New Store : Fixtures | 437.40 | 260.26 |
| 474 | Furniture & Fixtures | New Store : Fixtures | 664.20 | 395.26 |
| 475 | Furniture & Fixtures | New Store : Fixtures | 664.20 | 395.26 |
| 477 | Furniture & Fixtures | New Store : Fixtures | 518.40 | 308.62 |
| 479 | Furniture & Fixtures | New Store : Fixtures | 567.00 | 337.50 |
| 481 | Furniture & Fixtures | New Store : Fixtures | 388.80 | 231.38 |
| 483 | Furniture & Fixtures | New Store : Fixtures | 372.60 | 283.80 |
| 484 | Furniture & Fixtures | New Store : Fixtures | 275.40 | 163.88 |
| 486 | Furniture & Fixtures | New Store : Fixtures | 550.80 | 327.76 |
| 487 | Furniture & Fixtures | New Store : Fixtures | 453.60 | 270.00 |
| 489 | Furniture & Fixtures | New Store : Fixtures | 388.80 | 231.38 |
| 491 | Furniture & Fixtures | New Store : Fixtures | 275.40 | 163.88 |
| 492 | Furniture & Fixtures | New Store : Fixtures | 518.40 | 308.62 |
| 493 | Furniture & Fixtures | New Store : Fixtures | 388.80 | 231.38 |
| 494 | Furniture & Fixtures | New Store : Fixtures | 502.20 | 298.88 |
| 495 | Furniture & Fixtures | New Store : Fixtures | 421.20 | 250.86 |
| 496 | Furniture & Fixtures | New Store : Fixtures | 388.80 | 231.38 |
| 497 | Furniture & Fixtures | New Store : Fixtures | 340.20 | 275.40 |
| 498 | Furniture & Fixtures | New Store : Fixtures | 307.80 | 183.36 |
| 499 | Furniture & Fixtures | New Store : Fixtures | 469.80 | 279.74 |
| 633 | Leasehold Improvement | Reimbursement for Accident | (17,446.21) | (13,520.68) |
| 640 | Leasehold Improvement | West Sprinkler System Repair | 3,734.00 | 2,444.95 |
| 687 | Leasehold Improvement | Spot Coolers - part of HVAC Repair | 6,220.76 | 4,073.02 |
| 422 | Furniture & Fixtures | New Store : Fixtures | 260.31 | 164.21 |
| 422 | Computer Equipment | New Store : POS | 1,018.50 | 492.12 |
| 441 | Leasehold Improvement | Permit : Low Voltage Wiring | 4,000.00 | 3,066.76 |
| 441 | Leasehold Improvement | Illuminated Sign | 11,771.41 | 8,926.51 |
| 441 | Computer Equipment | New Store : POS | 1,441.00 | 720.40 |
| 442 | Computer Equipment | New Store : POS | 985.00 | 492.40 |
| 443 | Computer Equipment | New Store : POS | 757.50 | 328.08 |
| 444 | Furniture & Fixtures | New Store : Fixture Delivery | 1,842.62 | 1,184.42 |
| 444 | Furniture & Fixtures | New Store : Fixtures | 151.93 | 95.82 |
| 444 | Equipment | New Store : Sign Permits | 1,677.50 | 1,300.04 |
| 444 | Computer Equipment | New Store : POS | 620.00 | 310.10 |
| 445 | Furniture & Fixtures | New Store : Fixture Delivery | 10,000.00 | 7,833.42 |
| 445 | Furniture & Fixtures | New Store : Fixtures | 6,329.90 | 4,958.40 |
| 445 | Furniture & Fixtures | New Store : Fixtures | 4,973.65 | 3,895.95 |
| 446 | Equipment | New Store : EAS | 2,823.60 | 2,188.29 |
| 446 | Furniture & Fixtures | New Store : Fixtures | 6,329.91 | 4,905.66 |
| 446 | Furniture & Fixtures | New Store : Fixtures | 4,973.65 | 3,854.50 |
| 447 | Equipment | New Store : Security Cameras | 7,702.07 | 6,097.57 |
| 447 | Equipment | New Store : Low Voltage Work | 8,000.00 | 6,333.25 |
| 447 | Furniture & Fixtures | New Store : Fixture Delivery | 195.00 | 154.25 |
| 447 | Equipment | New Store : Rattler Deactivator | 223.47 | 176.97 |
| 447 | Leasehold Improvement | New Store : Locks & Keys | 2,994.80 | 2,370.80 |
| 447 | Furniture & Fixtures | New Store : Check-out Station | 4,973.57 | 3,937.32 |
| 448 | Leasehold Improvement | New Store : Electrical / Low Voltage | 10,000.00 | 7,916.75 |
| 448 | Equipment | New Store : Rattler Deactivator | 210.41 | 166.66 |
| 448 | Furniture & Fixtures | New Store : Fixtures | 5,806.13 | 4,596.63 |
| 449 | Equipment | New Store : Security Cameras | 9,003.99 | 7,128.24 |
| 449 | Leasehold Improvement | New Store : Electrical / Low Voltage | 12,000.00 | 9,500.00 |
| 449 | Equipment | New Store : Rattler Deactivator | 221.77 | 175.52 |
| 449 | Furniture & Fixtures | New Store : Fixtures | 6,936.74 | 5,491.49 |
| 459 | Computer Equipment | New Store : POS | 1,050.00 | 630.00 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 460 | Computer Equipment | New Store : POS | 1,050.00 | 525.00 |
| 461 | Computer Equipment | New Store : POS | 1,135.00 | 567.40 |
| 462 | Computer Equipment | New Store : POS | 1,135.00 | 907.96 |
| 464 | Computer Equipment | New Store : POS | 1,135.00 | 567.40 |
| 466 | Computer Equipment | New Store : POS | 1,135.00 | 907.96 |
| 470 | Computer Equipment | New Store : POS | 1,135.00 | 567.40 |
| 470 | Leasehold Improvement | New Store : Signage | 6,810.73 | 5,164.69 |
| 470 | Computer Equipment | New Store : POS | 1,305.00 | 652.50 |
| 471 | Computer Equipment | New Store : POS | 1,092.50 | 546.20 |
| 472 | Computer Equipment | New Store : POS | 1,050.00 | 525.00 |
| 473 | Computer Equipment | New Store : POS | 1,305.00 | 652.50 |
| 475 | Computer Equipment | New Store : POS | 1,220.00 | 610.10 |
| 476 | Computer Equipment | New Store : POS | 1,135.00 | 729.70 |
| 477 | Furniture & Fixtures | New Store : Fixtures | 159.90 | 99.10 |
| 477 | Computer Equipment | New Store : POS | 1,220.00 | 610.10 |
| 492 | Furniture & Fixtures | New Store : Fixtures | 259.27 | 160.39 |
| 497 | Leasehold Improvement | New Store : Signage | 14,995.26 | 13,620.70 |
| 695 | Leasehold Improvement | Exit Combos | 2,925.00 | 1,915.22 |
| 428 | Leasehold Improvement | POSTED Per 9/14 REVERSED 5/16 | (4,300.00) | (4,300.00) |
| 431 | Leasehold Improvement | POSTED Per 9/14 REVERSED 5/16 | (6,300.00) | (6,300.00) |
| 424 | Leasehold Improvement | Repair Rooftop Heater Units | 3,039.39 | 1,953.99 |
| 445 | Equipment | New Store : Security Cameras | 2,223.00 | 1,741.22 |
| 445 | Leasehold Improvement | New Store : Floor Cleaning | 2,792.00 | 2,186.98 |
| 445 | Equipment | New Store : Security Cameras | 11,981.88 | 9,385.78 |
| 446 | Leasehold Improvement | New Store : Materials | 1,651.53 | 1,280.01 |
| 447 | Leasehold Improvement | New Store : Travel | 2,055.78 | 1,627.53 |
| 447 | Leasehold Improvement | New Store : Labor | 2,180.40 | 1,726.15 |
| 447 | Leasehold Improvement | New Store : Labor | 7,129.43 | 5,644.18 |
| 447 | Leasehold Improvement | New Store : Labor/Material | 1,434.11 | 1,135.36 |
| 447 | Furniture & Fixtures | New Store Deliveries | 3,600.00 | 2,850.00 |
| 448 | Leasehold Improvement | New Store : Electrical | 7,025.00 | 5,561.50 |
| 448 | Leasehold Improvement | New Store : Travel | 3,948.10 | 3,125.60 |
| 448 | Leasehold Improvement | New Store : Electrical | 1,417.98 | 1,122.48 |
| 448 | Leasehold Improvement | New Store : Labor/Material | 14,020.66 | 11,099.66 |
| 448 | Leasehold Improvement | New Store : Labor | 14,395.70 | 11,396.70 |
| 448 | Leasehold Improvement | New Store : Labor | 5,916.75 | 4,684.00 |
| 448 | Leasehold Improvement | Architectural Drawings | 800.00 | 633.25 |
| 448 | Furniture & Fixtures | New Store Deliveries | 5,400.00 | 4,275.00 |
| 448 | Equipment | New Store : Security Cameras | 9,021.33 | 7,141.83 |
| 448 | Equipment | New Store : EAS | 2,900.00 | 2,295.75 |
| 448 | Equipment | New Store : EAS | 6,796.87 | 5,380.87 |
| 448 | Equipment | New Store : Racks | 5,069.05 | 4,013.05 |
| 449 | Leasehold Improvement | New Store : Electrical | 7,193.50 | 5,694.75 |
| 449 | Leasehold Improvement | New Store : Labor | 8,068.40 | 6,387.40 |
| 449 | Leasehold Improvement | New Store : Labor/Material | 13,970.47 | 11,059.97 |
| 449 | Leasehold Improvement | New Store : Labor/Material | 9,288.47 | 7,353.47 |
| 449 | Leasehold Improvement | New Store : Labor | 4,603.45 | 3,644.45 |
| 449 | Leasehold Improvement | New Store : Labor | 6,379.05 | 5,050.05 |
| 449 | Equipment | New Store : AME Receiver | 2,494.00 | 1,974.50 |
| 449 | Leasehold Improvement | New Store : CAD Drawings | 800.00 | 633.25 |
| 449 | Equipment | New Store : EAS | 1,450.00 | 1,148.00 |
| 449 | Furniture & Fixtures | New Store : Racks | 5,069.05 | 4,013.05 |
| 474 | Leasehold Improvement | New Store : Signage | 863.26 | 654.75 |
| 653 | Leasehold Improvement | Expansion : Electrical | 7,910.75 | 6,196.83 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 653 | Leasehold Improvement | Expansion : Electrical | 368.00 | 288.18 |
| 653 | Leasehold Improvement | Expansion : Electrical | 3,036.00 | 2,378.20 |
| 653 | Leasehold Improvement | Install 50 ceiling sprinklers | 6,850.00 | 5,365.92 |
| 653 | Leasehold Improvement | Air-Ducting | 5,850.00 | 4,582.50 |
| 675 | Leasehold Improvement | Deposit on HVAC Contract | 5,000.00 | 3,512.00 |
| 447 | Furniture & Fixtures | New Store : Fixture Delivery | 4,500.00 | 3,562.50 |
| 449 | Furniture & Fixtures | New Store : Fixture Delivery | 1,100.00 | 870.75 |
| 449 | Furniture & Fixtures | New Store : Fixture Delivery | 5,200.00 | 4,116.75 |
| 449 | Furniture & Fixtures | New Store : Fixture Delivery | 870.00 | 688.75 |
| 445 | Furniture & Fixtures | New Store Fixtures | 29,104.21 | 22,798.17 |
| 446 | Furniture & Fixtures | New Store Fixtures | 10,609.24 | 8,222.17 |
| 446 | Furniture & Fixtures | Departmental Signs | 4,560.00 | 3,534.00 |
| 447 | Leasehold Improvement | New Store Labor/Materials | 3,638.41 | 2,880.41 |
| 448 | Leasehold Improvement | New Store Labor/Materials | 8,747.46 | 6,924.96 |
| 448 | Leasehold Improvement | New Store Labor | 2,857.75 | 2,262.50 |
| 448 | Leasehold Improvement | New Store Labor | 2,472.50 | 1,957.50 |
| 448 | Equipment | EAS System | 3,262.50 | 2,582.75 |
| 448 | Leasehold Improvement | Whitehawk Travel/Materials | 38,099.61 | 30,162.11 |
| 448 | Leasehold Improvement | Whitehawk Travel/Rentals | 1,930.93 | 1,528.68 |
| 449 | Leasehold Improvement | Whitehawk Travel/Materials | 9,545.47 | 7,556.72 |
| 449 | Leasehold Improvement | New Store Labor/Materials | 2,244.92 | 1,777.17 |
| 484 | Equipment | New Store CCTV | 5,888.14 | 3,434.64 |
| 653 | Leasehold Improvement | New Store Labor/Materials | 8,129.78 | 6,436.03 |
| 653 | Leasehold Improvement | New Store Labor | 7,258.23 | 5,745.98 |
| 653 | Leasehold Improvement | New Store Labor/Materials | 1,167.14 | 923.89 |
| 653 | Leasehold Improvement | New Store Labor | 4,991.00 | 3,951.25 |
| 653 | Leasehold Improvement | Drywall subcontract | 2,860.00 | 2,240.42 |
| 653 | Leasehold Improvement | New Store Labor/Materials | 6,919.00 | 5,535.16 |
| 653 | Leasehold Improvement | New Store Materials | 18,585.98 | 14,559.10 |
| 653 | Leasehold Improvement | New Store Materials | 11,262.24 | 8,915.99 |
| 668 | Leasehold Improvement | Generator Rental | 3,276.03 | 2,301.03 |
| 688 | Leasehold Improvement | HVAC Repairs | 2,459.12 | 1,727.12 |
| 445 | Leasehold Improvement | New Store Demo | 1,867.75 | 1,463.19 |
| 445 | Leasehold Improvement | New Store Signage | 8,472.67 | 6,636.81 |
| 446 | Leasehold Improvement | New Store Signage | 8,472.66 | 6,566.19 |
| 447 | Leasehold Improvement | New Store Demo | 1,545.57 | 1,223.57 |
| 447 | Leasehold Improvement | New Store Signage | 8,472.66 | 6,707.41 |
| 448 | Leasehold Improvement | New Store Demo | 1,090.66 | 863.41 |
| 448 | Leasehold Improvement | New Store Contract | 7,991.36 | 6,326.61 |
| 449 | Leasehold Improvement | New Store Demo | 1,212.32 | 959.82 |
| 418 | Leasehold Improvement | Resolve Power Outage | 2,753.99 | 1,999.82 |
| 419 | Leasehold Improvement | HVAC | 2,868.63 | 2,083.18 |
| 422 | Equipment | New Store : Security System install | 4,721.04 | 2,281.96 |
| 423 | Equipment | New Store : Security System install | 7,967.99 | 5,046.39 |
| 435 | Equipment | New Store : Security System install | 5,097.12 | 2,973.37 |
| 437 | Equipment | New Store : Security System install | 3,115.73 | 830.81 |
| 438 | Equipment | New Store : Security System install | 3,533.77 | 942.17 |
| 439 | Leasehold Improvement | HVAC | 6,595.51 | 4,711.03 |
| 441 | Equipment | New Store : Security System install | 5,061.77 | 2,446.61 |
| 443 | Equipment | New Store : Security System install | 11,897.43 | 5,552.15 |
| 444 | Equipment | New Store : Security System install | 10,988.98 | 5,494.48 |
| 445 | Leasehold Improvement | Whitehawk Materials | 16,481.00 | 12,910.16 |
| 446 | Equipment | New Store : Security System install | 3,128.71 | 2,424.82 |
| 447 | Furniture & Fixtures | New Store : Fixtures | 5,631.09 | 4,457.84 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 447 | | MISPOTED - RECLASSED Per9 | 54.78 | 54.78 |
| 448 | | MISPOTED - RECLASSED Per9 | 865.76 | 865.76 |
| 448 | | MISPOTED - RECLASSED Per9 | 1,096.41 | 1,096.41 |
| 448 | | MISPOTED - RECLASSED Per9 | 431.04 | 431.04 |
| 448 | Furniture & Fixtures | New Store : Fixtures | 7,282.45 | 5,765.20 |
| 448 | Leasehold Improvement | Whitehawk Materials | (94.00) | (74.50) |
| 449 | Leasehold Improvement | New Store : Locks & Keys | 3,096.45 | 2,451.45 |
| 449 | Equipment | Baler | 3,732.00 | 2,954.50 |
| 449 | Furniture & Fixtures | New Store : Fixtures | 9,878.33 | 7,820.33 |
| 481 | Leasehold Improvement | HVAC | 3,974.55 | 2,886.19 |
| 485 | Leasehold Improvement | HVAC | 6,802.43 | 4,858.91 |
| 485 | Leasehold Improvement | HVAC | 6,100.00 | 4,429.74 |
| 489 | Leasehold Improvement | HVAC | 6,849.98 | 4,974.33 |
| 600 | Leasehold Improvement | HVAC | 2,596.58 | 1,854.74 |
| 600 | Leasehold Improvement | HVAC | 2,748.18 | 1,962.90 |
| 615 | Leasehold Improvement | HVAC | 3,266.00 | 2,332.88 |
| 628 | Leasehold Improvement | HVAC | 3,254.50 | 2,324.74 |
| 633 | Leasehold Improvement | Pylon Sign | 2,636.03 | 1,914.29 |
| 633 | Leasehold Improvement | Pylon Sign | 19,034.65 | 13,369.65 |
| 640 | Leasehold Improvement | Emergency Water Mitigation | 16,500.00 | 9,625.00 |
| 653 | Leasehold Improvement | Store Expansion : Floor plans | 500.00 | 395.75 |
| 653 | Leasehold Improvement | Signage | 11,986.55 | 9,589.19 |
| 662 | Leasehold Improvement | Interior Lighting | 2,800.00 | 1,966.75 |
| 663 | Leasehold Improvement | HVAC | 4,025.32 | 2,827.32 |
| 674 | Leasehold Improvement | Labor & Materials | 2,217.20 | 2,032.40 |
| 674 | Leasehold Improvement | Labor | 3,422.40 | 3,137.22 |
| 674 | Leasehold Improvement | Labor | 625.60 | 580.90 |
| 675 | Leasehold Improvement | HVAC | 4,500.00 | 3,160.75 |
| 675 | Leasehold Improvement | HVAC | 2,961.00 | 2,115.00 |
| 687 | Leasehold Improvement | HVAC | 3,734.88 | 2,667.84 |
| 691 | Leasehold Improvement | HVAC | 5,412.50 | 3,866.18 |
| 692 | Equipment | Camera -IP | 5,095.86 | 3,142.47 |
| 448 | Leasehold Improvement | WhiteHawk | 2,494.00 | 1,974.50 |
| 687 | Leasehold Improvement | HVAC | 3,788.75 | 2,751.45 |
| 447 | Equipment | Security System Installation | 6,450.19 | 3,547.69 |
| 448 | Equipment | Security System Installation | 6,720.43 | 3,696.16 |
| 450 | Leasehold Improvement | CAD Base Drawing/Fixture Plans | 500.00 | 412.43 |
| 473 | Leasehold Improvement | HVAC | 4,127.06 | 2,947.94 |
| 475 | Leasehold Improvement | Large Loss Fire | 4,682.80 | 3,004.48 |
| 478 | Leasehold Improvement | HVAC | 3,658.00 | 2,569.25 |
| 490 | Leasehold Improvement | HVAC | 5,067.66 | 4,705.68 |
| 492 | Leasehold Improvement | HVAC | 3,500.00 | 2,541.59 |
| 634 | Leasehold Improvement | HVAC | 3,468.79 | 2,436.29 |
| 635 | Leasehold Improvement | WhiteHawk project | 2,596.70 | 1,360.22 |
| 635 | Leasehold Improvement | WhiteHawk project | 4,145.16 | 2,171.16 |
| 635 | Leasehold Improvement | WhiteHawk project | 1,499.60 | 785.60 |
| 637 | Leasehold Improvement | Renovation Project | 1,564.00 | 1,156.67 |
| 637 | Leasehold Improvement | Renovation Project | 600.00 | 437.04 |
| 637 | Leasehold Improvement | Renovation Project | 686.60 | 500.12 |
| 637 | Leasehold Improvement | Renovation Project | 1,215.12 | 884.88 |
| 637 | Leasehold Improvement | Renovation Project | 982.68 | 715.56 |
| 637 | Leasehold Improvement | Renovation Project | 1,807.80 | 1,296.05 |
| 692 | Leasehold Improvement | HVAC | 8,384.74 | 5,889.24 |
| 692 | Leasehold Improvement | HVAC | 8,028.08 | 5,638.83 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 692 | Leasehold Improvement | HVAC | 8,384.74 | 5,889.24 |
| 697 | Leasehold Improvement | HVAC | 3,509.33 | 2,506.61 |
| 689 | Leasehold Improvement | HVAC | 4,229.08 | 3,020.68 |
| 621 | Leasehold Improvement | HVAC | 3,144.86 | 2,246.30 |
| 659 | Leasehold Improvement | HVAC | 3,876.00 | 2,630.22 |
| 410 | Leasehold Improvement | HVAC | 2,663.03 | 1,965.63 |
| 673 | Equipment | Gravity conveyor | 2,631.41 | 1,879.49 |
| 449 | Leasehold Improvement | Electrical Sign | 10,896.37 | 8,444.77 |
| 475 | Leasehold Improvement | Large Loss Fire | 471.60 | 309.68 |
| 459 | Leasehold Improvement | Signs fr. Maximum Visibility pd thru Amex | 959.63 | 639.79 |
| 682 | Leasehold Improvement | Deposit for Signs pd thru Amex | 13,276.70 | 13,276.70 |
| 461 | Leasehold Improvement | Signs fr. Maximum Visibility pd thru Amex | 5,195.19 | 2,828.31 |
| 474 | Leasehold Improvement | Signs fr. Maximum Visibility pd thru Amex | 5,195.19 | 3,710.79 |
| 477 | Leasehold Improvement | 50% Deposit Maximum Vis. Pd thru Amex | 3,798.40 | 1,266.16 |
| 486 | Leasehold Improvement | 50% Deposit Maximum Vis. Pd thru Amex | 3,419.87 | 877.31 |
| 495 | Leasehold Improvement | 50% Deposit Maximum Vis. Pd thru Amex | 5,561.53 | 5,561.53 |
| 499 | Leasehold Improvement | 50% Deposit Maximum Vis. Pd thru Amex | 7,799.28 | 4,679.52 |
| 486 | Leasehold Improvement | 50% Deposit Maximum Vis. Pd thru Amex | 516.27 | 132.51 |
| 447 | Leasehold Improvement | WHITEHAWK | (54.78) | (42.36) |
| 448 | Leasehold Improvement | LABOR READY | (865.76) | (671.09) |
| 448 | Leasehold Improvement | LABOR READY | (1,096.41) | (849.63) |
| 448 | Leasehold Improvement | LABOR READY | (431.04) | (334.11) |
| 410 | Leasehold Improvement | HVAC | 3,963.26 | 2,925.30 |
| 431 | Furniture & Fixtures | Install security cameras | 2,956.17 | 2,428.32 |
| 431 | Leasehold Improvement | Emergency Board up/labor | 4,144.24 | 3,404.14 |
| 449 | Leasehold Improvement | Concrete, cement sidewalks | 1,944.18 | 1,603.98 |
| 450 | Furniture & Fixtures | Various freights for New Store's fixtures | 2,490.00 | 2,045.40 |
| 450 | Furniture & Fixtures | Various freights for New Store's fixtures | 2,490.00 | 2,045.40 |
| 450 | Equipment | Deposit safes | 960.17 | 840.17 |
| 450 | Equipment | Deposit safes | 960.17 | 840.17 |
| 451 | Leasehold Improvement | Remove & replace damaged store fronts | 5,150.00 | 5,150.00 |
| 475 | Leasehold Improvement | Replace compressor | 2,505.00 | 1,943.85 |
| 479 | Leasehold Improvement | Installation of signs-logo plaques & channel letters | 11,421.10 | 9,245.58 |
| 479 | Leasehold Improvement | AC repair | 2,745.00 | 2,222.12 |
| 481 | Leasehold Improvement | Preventive maintenance & cleaning | 10,283.75 | 8,080.01 |
| 481 | Leasehold Improvement | Fix blown compressor/AC unit not working | 7,233.00 | 5,941.35 |
| 605 | Leasehold Improvement | Replace condenser | 4,002.00 | 3,287.40 |
| 681 | Leasehold Improvement | Replace condenser | 3,580.00 | 2,940.70 |
| 681 | Leasehold Improvement | Repair condenser coils | 490.98 | 379.83 |
| 684 | Leasehold Improvement | Repair condenser coils | 2,105.51 | 1,629.18 |
| 684 | Leasehold Improvement | Installation of 4 (15 ton each) Trane package | 97,425.00 | 76,548.24 |
| 687 | Leasehold Improvement | 4 Cooler Rentals | 4,149.72 | 3,359.32 |
| 450 | Furniture & Fixtures | Fixtures distributed thru DC | 5,656.87 | 4,646.77 |
| 451 | Furniture & Fixtures | Fixtures distributed thru DC | 26,691.59 | 21,925.19 |
| 400 | Equipment | Security Cameras + Install | 3,260.76 | 2,554.21 |
| 405 | Leasehold Improvement | Plumbing Repairs | 2,520.00 | 1,890.00 |
| 407 | Leasehold Improvement | Bathroom Overhaul | 4,241.00 | 3,534.14 |
| 423 | Leasehold Improvement | Plumbing Repairs | 2,576.77 | 2,247.49 |
| 426 | Leasehold Improvement | Signage + Install | 36,195.46 | 27,146.56 |
| 450 | Equipment | New Store : EAS System | 8,887.36 | 6,665.56 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 14,021.82 | 11,517.87 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 4,030.12 | 3,310.42 |
| 450 | Equipment | New Store : Security Cameras | 8,854.19 | 6,640.64 |
| 450 | Leasehold Improvement | New Store : Signage | 7,160.30 | 6,265.25 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 451 | Leasehold Improvement | New Store : Wiring | 11,501.56 | 9,723.07 |
| 451 | Furniture & Fixtures | New Store : Fixtures | 8,435.60 | 6,929.30 |
| 451 | Furniture & Fixtures | New Store : Fixtures | 4,301.86 | 3,533.71 |
| 451 | Furniture & Fixtures | New Store : Fixtures | 1,656.03 | 1,360.38 |
| 451 | Furniture & Fixtures | New Store : Fixtures | 3,200.00 | 2,628.50 |
| 472 | Leasehold Improvement | Materials | 2,672.91 | 1,837.56 |
| 475 | Leasehold Improvement | Dumpster Fire Renovation | 5,357.54 | 3,997.37 |
| 499 | Leasehold Improvement | Lighting Repairs | 5,039.00 | 3,863.28 |
| 603 | Leasehold Improvement | Pylon Signage Repair | 6,830.20 | 5,529.24 |
| 630 | Leasehold Improvement | Front Door Repairs | 4,014.00 | 3,512.25 |
| 653 | Leasehold Improvement | HVAC | 4,753.00 | 3,904.30 |
| 640 | Leasehold Improvement | Insurance Claim Water Damage | (10,834.95) | (10,834.95) |
| 400 | Furniture & Fixtures | Fixtures | 6,007.88 | 5,006.60 |
| 400 | Leasehold Improvement | White Hawk Materials | 29,325.92 | 24,682.70 |
| 400 | Leasehold Improvement | WhiteHawk Contract | 3,777.00 | 3,210.36 |
| 407 | Leasehold Improvement | Hurricane Board-up / Removal of doors+windows | 3,965.00 | 3,209.80 |
| 408 | Leasehold Improvement | Hurricane Board-up / Removal of doors+windows | 3,575.00 | 2,894.04 |
| 410 | Equipment | Bulbs/Ballasts + Installation | 3,450.92 | 2,108.88 |
| 413 | Equipment | Ceiling Speaker/Amplifier | 3,785.25 | 2,313.15 |
| 431 | Leasehold Improvement | Door Repairs | 3,200.00 | 2,438.00 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 4,727.05 | 3,883.00 |
| 450 | Leasehold Improvement | New Store : Install of Telephone Conduit | 2,575.00 | 2,253.10 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 460.24 | 378.04 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 3,870.00 | 3,178.95 |
| 451 | Furniture & Fixtures | New Store : Fixtures | 3,331.94 | 2,736.89 |
| 451 | Furniture & Fixtures | New Store : Fixtures | 6,887.06 | 5,657.21 |
| 475 | Leasehold Improvement | Large Loss Fire | 8,006.36 | 5,973.67 |
| 475 | Leasehold Improvement | Large Loss Fire | 5,150.00 | 3,919.44 |
| 481 | Leasehold Improvement | Replacement of 5 HVAC Units | 70,362.50 | 59,473.05 |
| 492 | Leasehold Improvement | HVAC | 3,689.89 | 3,118.80 |
| 607 | Leasehold Improvement | HVAC | 3,526.68 | 2,938.96 |
| 633 | Leasehold Improvement | Asbestos/Lead Paint Inspeciation Repairs | 3,250.00 | 2,421.51 |
| 637 | Leasehold Improvement | Renovation Project | 23,250.00 | 19,564.50 |
| 662 | Leasehold Improvement | Repair hole in floor | 3,571.50 | 2,996.56 |
| 684 | Leasehold Improvement | Toilet Replacements | 2,916.24 | 1,418.90 |
| 691 | Equipment | Bulbs/Ballasts + Installation | 3,012.14 | 1,757.09 |
| 475 | Leasehold Improvement | Large Loss Fire Claim | (10,300.00) | (8,146.52) |
| 450 | Furniture & Fixtures | New Store : Fixtures | 4,800.00 | 3,942.90 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 825.00 | 677.70 |
| 405 | Leasehold Improvement | HVAC | 2,453.00 | 1,985.80 |
| 405 | Leasehold Improvement | HVAC | 2,364.98 | 1,970.88 |
| 410 | Leasehold Improvement | HVAC | 2,451.31 | 1,984.43 |
| 413 | Leasehold Improvement | HVAC | 1,696.08 | 1,292.28 |
| 413 | Leasehold Improvement | HVAC | 1,580.12 | 1,166.30 |
| 427 | Leasehold Improvement | HVAC | 2,377.00 | 1,811.00 |
| 442 | Leasehold Improvement | HVAC | 1,500.00 | 1,178.52 |
| 478 | Leasehold Improvement | HVAC | 1,797.50 | 1,390.90 |
| 479 | Leasehold Improvement | HVAC | 1,972.00 | 1,596.32 |
| 481 | Leasehold Improvement | HVAC | 1,500.00 | 1,178.52 |
| 482 | Leasehold Improvement | HVAC | 1,769.67 | 1,558.97 |
| 485 | Leasehold Improvement | HVAC | 1,500.00 | 1,160.66 |
| 497 | Leasehold Improvement | HVAC | 1,964.02 | 1,893.88 |
| 600 | Leasehold Improvement | HVAC | 1,548.63 | 1,198.27 |
| 600 | Leasehold Improvement | HVAC | 1,745.85 | 1,351.03 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 605 | Leasehold Improvement | HVAC | 1,690.02 | 1,388.22 |
| 605 | Leasehold Improvement | HVAC | 1,690.02 | 1,368.10 |
| 630 | Leasehold Improvement | HVAC | 1,531.52 | 1,203.38 |
| 658 | Leasehold Improvement | HVAC | 1,849.00 | 1,474.83 |
| 660 | Leasehold Improvement | HVAC | 3,700.00 | 2,907.10 |
| 684 | Leasehold Improvement | HVAC | 2,398.57 | 1,913.22 |
| 688 | Leasehold Improvement | HVAC | 2,111.52 | 1,784.70 |
| 688 | Leasehold Improvement | HVAC | 1,940.51 | 1,640.21 |
| 615 | Leasehold Improvement | HVAC | 1,701.52 | 1,316.58 |
| 684 | Leasehold Improvement | HVAC | 1,693.12 | 1,289.92 |
| 687 | Leasehold Improvement | HVAC | 1,591.48 | 1,231.43 |
| 687 | Leasehold Improvement | HVAC | 1,577.75 | 1,202.15 |
| 688 | Leasehold Improvement | HVAC | 7,116.92 | 5,337.59 |
| 692 | Leasehold Improvement | HVAC | 1,884.14 | 1,435.54 |
| 419 | Leasehold Improvement | HVAC | 1,894.38 | 1,488.48 |
| 477 | Leasehold Improvement | HVAC | 2,000.00 | 1,690.47 |
| 605 | Leasehold Improvement | HVAC | 2,460.82 | 1,962.72 |
| 615 | Leasehold Improvement | HVAC | 2,317.17 | 1,820.55 |
| 634 | Leasehold Improvement | HVAC | 1,580.00 | 1,297.85 |
| 686 | Leasehold Improvement | HVAC | 2,002.63 | 1,573.51 |
| 695 | Leasehold Improvement | HVAC | 1,871.00 | 1,492.41 |
| 431 | Leasehold Improvement | | 1,925.01 | 1,925.01 |
| 486 | Leasehold Improvement | HVAC | 15,617.20 | 15,617.20 |
| 493 | Leasehold Improvement | Signage Deposit | 8,132.50 | 5,808.82 |
| 679 | Leasehold Improvement | Signage Deposit | 9,336.44 | 7,224.59 |
| 478 | Leasehold Improvement | Signage Deposit | 6,285.00 | 4,863.42 |
| 491 | Leasehold Improvement | Signage Deposit | 5,058.75 | 3,733.91 |
| 674 | Leasehold Improvement | | (3,658.35) | - |
| 674 | Leasehold Improvement | | (15,861.07) | - |
| 674 | Leasehold Improvement | | (3,999.29) | (3,427.97) |
| 674 | Leasehold Improvement | | (2,833.00) | (2,394.51) |
| 674 | Leasehold Improvement | | (16.47) | (13.87) |
| 674 | Leasehold Improvement | Labor & Materials | (2,217.20) | (2,032.40) |
| 674 | Leasehold Improvement | Labor | (3,422.40) | (3,137.22) |
| 674 | Leasehold Improvement | Labor | (625.60) | (580.90) |
| 674 | Furniture & Fixtures | | (10,140.98) | - |
| 674 | Equipment | | (5,763.10) | - |
| 674 | Equipment | | (767.81) | - |
| 674 | Equipment | | (7,875.00) | - |
| 674 | Equipment | EAS Tags | (4,140.00) | - |
| 674 | Computer Equipment | | (4,827.84) | - |
| 674 | Computer Equipment | | (606.04) | - |
| 414 | Leasehold Improvement | New floor plan and elevation | (1,200.00) | (1,079.94) |
| 625 | Equipment | | (7,412.50) | - |
| 625 | Equipment | | (8,594.21) | - |
| 639 | Equipment | | (12,567.48) | - |
| 639 | Equipment | | (7,059.38) | - |
| 700 | Equipment | | (5,439.38) | - |
| 400 | Leasehold Improvement | Expansion Contract | 7,096.08 | 5,972.61 |
| 400 | Leasehold Improvement | Expansion Contract | 2,732.05 | 2,299.42 |
| 413 | Leasehold Improvement | Speaker system Install and Wiring | 3,360.00 | 2,828.00 |
| 428 | Equipment | Bulbs & Ballasts | 2,850.00 | 1,345.77 |
| 431 | Leasehold Improvement | Materials | 4,214.98 | 3,582.82 |
| 434 | Leasehold Improvement | HVAC | 5,405.00 | 4,311.05 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 442 | Leasehold Improvement | HVAC | 1,854.85 | 1,479.49 |
| 442 | Leasehold Improvement | HVAC | 1,925.06 | 1,535.42 |
| 445 | Equipment | Bulbs & Ballasts | 1,920.11 | 1,013.33 |
| 446 | Leasehold Improvement | Materials | 4,264.94 | 3,411.98 |
| 448 | Leasehold Improvement | Materials & Labor | 16,454.85 | 13,341.33 |
| 449 | Leasehold Improvement | Materials | 2,892.08 | 1,853.60 |
| 449 | Leasehold Improvement | ER Drywall | 5,020.00 | 3,520.06 |
| 450 | Leasehold Improvement | New Store Install | 4,942.43 | 4,206.23 |
| 451 | Equipment | New Store : Security System | 4,113.07 | 2,879.17 |
| 451 | Leasehold Improvement | New Store : Locks & Keys | 1,724.81 | 1,489.55 |
| 463 | Leasehold Improvement | Water remediation | 2,183.37 | 1,563.55 |
| 463 | Leasehold Improvement | Water remediation | 5,297.97 | 3,793.81 |
| 475 | Leasehold Improvement | Signage - Final Payment | 13,303.33 | 10,452.67 |
| 481 | Leasehold Improvement | Signage - Final Payment | 15,840.22 | 12,445.96 |
| 481 | Leasehold Improvement | HVAC | 6,982.13 | 5,569.09 |
| 482 | Leasehold Improvement | Signage | 6,197.78 | 5,312.42 |
| 484 | Leasehold Improvement | Signage | 9,833.61 | 7,726.35 |
| 486 | Leasehold Improvement | Signage | 4,370.65 | 3,434.11 |
| 489 | Leasehold Improvement | Signage | 5,110.56 | 4,015.44 |
| 496 | Leasehold Improvement | Signage | 7,193.93 | 5,652.41 |
| 499 | Leasehold Improvement | Signage | 8,512.97 | 6,688.85 |
| 637 | Leasehold Improvement | Chapin Electric | 10,750.00 | 8,453.02 |
| 662 | Leasehold Improvement | Elevator Repairs | 2,059.00 | 1,729.88 |
| 663 | | | 2,300.00 | 2,300.00 |
| 665 | Leasehold Improvement | WhiteHawk Travel | 1,096.31 | 1,096.31 |
| 688 | Leasehold Improvement | HVAC | 3,031.00 | 2,561.96 |
| 695 | Leasehold Improvement | Repair Roof Leaks | 2,907.85 | 1,525.92 |
| 695 | | MISPOSTED - RECLASS Period 7 | 1,240.00 | 1,216.56 |
| 695 | | MISPOSTED - RECLASS Period 7 | 1,995.00 | 1,974.55 |
| 695 | | MISPOSTED - RECLASS Period 7 | 1,979.76 | 1,910.44 |
| 400 | Leasehold Improvement | Sign Repairs | 667.44 | 516.39 |
| 402 | Leasehold Improvement | | 724.45 | 724.45 |
| 431 | Leasehold Improvement | Glass Replacement | 5,980.00 | 5,083.06 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 869.09 | 662.09 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 4,122.00 | 3,140.60 |
| 450 | Furniture & Fixtures | New Store : Fixtures | 9,335.24 | 7,112.64 |
| 451 | Furniture & Fixtures | New Store : Fixture Install | 5,520.75 | 4,666.39 |
| 451 | Equipment | New Store : EAS System | 1,904.44 | 1,496.38 |
| 451 | Leasehold Improvement | New Store : Materials | 2,907.73 | 2,532.54 |
| 451 | Leasehold Improvement | New Store : Travel/Electric | 5,708.48 | 4,969.32 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 2,105.72 | 1,704.60 |
| 454 | Leasehold Improvement | New Store : Materials | 998.60 | 876.36 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 2,301.31 | 1,862.91 |
| 455 | Furniture & Fixtures | New Store : Fixtures | 167.04 | 137.19 |
| 463 | Leasehold Improvement | Remove Anna's Signage | 3,850.00 | 2,750.44 |
| 477 | Leasehold Improvement | Home Depot Materials | 142.60 | 142.60 |
| 487 | Leasehold Improvement | Signage | 16,591.29 | 13,035.93 |
| 637 | Leasehold Improvement | Electric Contract | 4,840.00 | 3,850.60 |
| 640 | Leasehold Improvement | HVAC | 6,897.53 | 5,009.00 |
| 665 | Leasehold Improvement | Fire Damage | 15,265.90 | 15,265.90 |
| 665 | Leasehold Improvement | Fire Damage - Water Mitigation Funding | (97,868.04) | (97,868.04) |
| 684 | Leasehold Improvement | HVAC | 1,633.96 | 1,283.86 |
| 684 | Leasehold Improvement | HVAC | 2,595.55 | 2,039.35 |
| 687 | Leasehold Improvement | Signage | 3,358.84 | 2,679.01 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 402 | Leasehold Improvement | Remodel Contract | 5,790.15 | 5,018.15 |
| 402 | Leasehold Improvement | Remodel Contract | 9,233.70 | 8,079.45 |
| 402 | Leasehold Improvement | Remodel Contract | 9,872.45 | 8,638.40 |
| 402 | Leasehold Improvement | Beam Repair Project - Design + Labor | 5,958.65 | 5,164.09 |
| 402 | Leasehold Improvement | WhiteHawk Materials | 11,323.22 | 9,813.46 |
| 402 | Leasehold Improvement | Water leak repair | 2,900.00 | 2,513.28 |
| 410 | Leasehold Improvement | Sign Repairs | 2,988.90 | 2,384.04 |
| 413 | Leasehold Improvement | Bulbs & Ballasts | 1,750.00 | 777.80 |
| 419 | Leasehold Improvement | Electrical Repairs | 4,615.78 | 3,923.50 |
| 424 | Equipment | Bulbs & Ballasts | 1,999.72 | 1,166.47 |
| 424 | Leasehold Improvement | Lighting work | 2,046.20 | 1,755.95 |
| 441 | Equipment | Bulbs & Ballasts | 1,554.00 | 906.45 |
| 441 | Leasehold Improvement | Lighting work | 2,606.74 | 2,274.64 |
| 441 | Equipment | Bulbs & Ballasts | 1,640.00 | 956.60 |
| 441 | Leasehold Improvement | Electrical Repairs | 1,893.65 | 1,652.30 |
| 445 | Leasehold Improvement | Signage | 25,309.92 | 18,681.10 |
| 450 | Leasehold Improvement | New Store : Electrical | 11,000.00 | 9,005.00 |
| 450 | Leasehold Improvement | New Store : Door | 1,813.79 | 1,582.64 |
| 452 | Equipment | New Store : Security System | 8,886.36 | 6,516.60 |
| 452 | Equipment | New Store : Security System | 1,400.00 | 1,026.72 |
| 452 | Equipment | New Store : PA System | 2,043.76 | 1,135.44 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 9,776.13 | 7,914.05 |
| 452 | Leasehold Improvement | New Store : Materials | 3,778.09 | 3,313.45 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 918.85 | 743.81 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 7,354.09 | 5,953.29 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 5,856.50 | 4,740.98 |
| 454 | Equipment | New Store : Security System | 9,037.85 | 6,627.77 |
| 454 | Equipment | New Store : PA System | 2,034.60 | 1,130.28 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 8,702.67 | 7,045.07 |
| 454 | Leasehold Improvement | New Store : Materials | 5,623.53 | 4,935.05 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 4,500.23 | 3,643.11 |
| 455 | Furniture & Fixtures | New Store : Fixtures | 3,680.25 | 3,023.10 |
| 455 | Equipment | New Store : Security System | 9,018.73 | 6,764.08 |
| 455 | Equipment | New Store : PA System | 1,012.40 | 590.60 |
| 455 | Leasehold Improvement | Argies West | 750.00 | 663.30 |
| 463 | Leasehold Improvement | Fire Sprkler Replacement | 2,384.00 | 1,668.86 |
| 475 | Leasehold Improvement | Store front Repairs | 2,600.00 | 1,876.40 |
| 477 | Leasehold Improvement | Roof Project - Labor | 1,113.20 | 1,113.20 |
| 478 | Leasehold Improvement | Signage | 7,130.65 | 5,687.52 |
| 484 | Leasehold Improvement | HVAC | 1,969.00 | 1,664.28 |
| 488 | Leasehold Improvement | HVAC | 1,718.20 | 1,452.35 |
| 491 | Leasehold Improvement | Signage | 5,823.15 | 4,921.99 |
| 492 | Leasehold Improvement | Restroom Repairs | 1,799.27 | 539.27 |
| 493 | Leasehold Improvement | Signage | 10,042.21 | 7,890.31 |
| 603 | | | 9,083.38 | 9,083.38 |
| 633 | Leasehold Improvement | Water Damage Restoration | 14,362.00 | 9,262.60 |
| 654 | Leasehold Improvement | HVAC | 2,004.00 | 1,693.82 |
| 665 | Leasehold Improvement | Fire Damage : Labor | 77,238.20 | 77,238.20 |
| 665 | Leasehold Improvement | Fire Damage Contract | 8,266.21 | 8,266.21 |
| 665 | Leasehold Improvement | Fire Damage : Water Mitigation | 97,868.04 | 97,868.04 |
| 665 | Leasehold Improvement | WhiteHawk Travel/Materials | 6,139.79 | 6,139.79 |
| 679 | Leasehold Improvement | Signage | 10,269.58 | 8,191.16 |
| 680 | Leasehold Improvement | Repair / Replace lights | 2,673.49 | 1,559.59 |
| 689 | Leasehold Improvement | HVAC | 1,465.16 | 1,238.44 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 689 | Leasehold Improvement | HVAC | 564.21 | 476.85 |
| 402 | Leasehold Improvement | WhiteHawk Materials | 26,958.55 | 23,588.80 |
| 419 | Leasehold Improvement | Roof Repairs | 1,647.07 | 1,413.66 |
| 419 | Leasehold Improvement | HVAC | 2,104.00 | 1,753.30 |
| 422 | Leasehold Improvement | Signage | 1,762.28 | 1,447.58 |
| 431 | Leasehold Improvement | Broken Window Repair | 3,120.00 | 2,730.00 |
| 431 | Leasehold Improvement | Broken Window Repair | 5,270.00 | 4,655.12 |
| 452 | Furniture & Fixtures | New Store : Shopping Carts | 2,443.11 | 1,977.83 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 21,402.11 | 17,325.47 |
| 452 | Furniture & Fixtures | Hangrails | 2,007.04 | 1,624.80 |
| 453 | Furniture & Fixtures | New Store : Fixtures | 610.00 | 515.62 |
| 453 | Furniture & Fixtures | New Store : Fixtures | 4,643.44 | 3,924.80 |
| 453 | Leasehold Improvement | Argies West | 500.00 | 449.17 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 1,995.45 | 1,615.29 |
| 454 | Furniture & Fixtures | New Store : Fixtures | 18,816.73 | 15,232.57 |
| 454 | Equipment | New Store : EAS System | 1,450.00 | 1,173.84 |
| 454 | Leasehold Improvement | New Store : Materials | 1,900.81 | 1,668.01 |
| 455 | Furniture & Fixtures | Shopping Carts | 1,616.50 | 1,327.90 |
| 455 | Leasehold Improvement | New Store : Materials | 3,465.40 | 3,065.05 |
| 455 | Furniture & Fixtures | New Store : Fixtures | 7,605.83 | 6,247.58 |
| 466 | Leasehold Improvement | HVAC | 2,958.19 | 2,958.19 |
| 472 | Leasehold Improvement | Exit signs | 1,550.00 | 1,273.25 |
| 480 | Leasehold Improvement | Plumbing | 1,667.50 | 937.68 |
| 485 | Leasehold Improvement | Plumbing Repairs | 1,638.34 | 1,055.74 |
| 494 | Leasehold Improvement | Bulbs & Ballasts | 1,672.00 | 836.08 |
| 499 | Leasehold Improvement | HVAC | 6,159.14 | 5,132.66 |
| 618 | | | (12,944.01) | (12,944.01) |
| 651 | | | 1,499.40 | 1,499.40 |
| 659 | Equipment | Bulbs & Ballasts | 4,500.00 | 2,625.00 |
| 661 | Leasehold Improvement | HVAC | 4,051.00 | 3,327.55 |
| 662 | Leasehold Improvement | Chapin Electric | 5,200.00 | 4,316.80 |
| 665 | Leasehold Improvement | Fire Damage | 14,419.47 | 14,419.47 |
| 665 | Leasehold Improvement | WhiteHawk Materials | 13,641.94 | 13,641.94 |
| 682 | Equipment | Bulbs & Ballasts | 2,045.00 | 1,192.85 |
| 490 | Furniture & Fixtures | VT Slatwall panels | (828.85) | - |
| 490 | Furniture & Fixtures | | (40.31) | - |
| 490 | Furniture & Fixtures | Store fixtures | (2,229.17) | - |
| 490 | Furniture & Fixtures | | (3,479.84) | - |
| 490 | Leasehold Improvement | | (1,070.00) | - |
| 490 | Leasehold Improvement | | (2,000.00) | - |
| 490 | Furniture & Fixtures | | (1,552.27) | - |
| 490 | Furniture & Fixtures | | (1,449.44) | - |
| 490 | Computer Equipment | | (554.71) | - |
| 490 | Leasehold Improvement | | (1,629.34) | - |
| 490 | Computer Equipment | | (1,467.67) | - |
| 490 | Furniture & Fixtures | | (484.38) | - |
| 490 | Leasehold Improvement | | (1,155.60) | - |
| 490 | Leasehold Improvement | | (1,134.15) | - |
| 490 | Leasehold Improvement | | (1,794.62) | - |
| 490 | Leasehold Improvement | | (421.68) | - |
| 490 | Equipment | | (358.50) | - |
| 490 | Equipment | | (191.49) | - |
| 490 | Leasehold Improvement | | (84.07) | - |
| 490 | Leasehold Improvement | | (145.22) | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 490 | Leasehold Improvement | | (225.00) | - |
| 490 | Furniture & Fixtures | | (313.18) | - |
| 490 | Furniture & Fixtures | | (602.91) | - |
| 490 | Computer Equipment | | (1,245.50) | - |
| 490 | Computer Equipment | | (544.91) | - |
| 490 | Furniture & Fixtures | | (5,400.00) | - |
| 490 | Furniture & Fixtures | | (138.25) | - |
| 490 | Leasehold Improvement | HVAC | (5,067.66) | (4,705.68) |
| 466 | Computer Equipment | | (554.71) | (323.56) |
| 466 | Computer Equipment | | (1,467.66) | (856.11) |
| 466 | Computer Equipment | | (2,065.55) | (1,204.85) |
| 466 | Computer Equipment | | (544.92) | (317.82) |
| 466 | Computer Equipment | New Store : POS | (1,135.00) | (907.96) |
| 466 | Equipment | | (636.07) | (371.02) |
| 466 | Equipment | | (124.74) | (72.69) |
| 466 | Equipment | | (6,375.25) | (3,718.90) |
| 466 | Furniture & Fixtures | VT Slatwall panels | (844.35) | (492.60) |
| 466 | Furniture & Fixtures | 16 cameras, transceiver video | (6,859.02) | (4,001.07) |
| 466 | Furniture & Fixtures | | (40.30) | (23.50) |
| 466 | Furniture & Fixtures | | (1,782.00) | (1,039.50) |
| 466 | Furniture & Fixtures | | (3,544.90) | (2,067.85) |
| 466 | Furniture & Fixtures | | (1,552.28) | (905.48) |
| 466 | Furniture & Fixtures | | (1,449.45) | (845.55) |
| 466 | Furniture & Fixtures | | (493.42) | (287.77) |
| 466 | Furniture & Fixtures | | (405.87) | (236.82) |
| 466 | Furniture & Fixtures | | (2,787.15) | (1,625.85) |
| 466 | Furniture & Fixtures | | (319.02) | (186.12) |
| 466 | Furniture & Fixtures | | (289.25) | (168.80) |
| 466 | Leasehold Improvement | | (2,149.73) | (1,254.08) |
| 466 | Leasehold Improvement | | (1,933.94) | (1,128.14) |
| 466 | Leasehold Improvement | | (1,177.20) | (686.70) |
| 466 | Leasehold Improvement | | (834.14) | (486.59) |
| 466 | Leasehold Improvement | | (1,944.59) | (1,134.29) |
| 466 | Leasehold Improvement | | (666.53) | (388.88) |
| 466 | Leasehold Improvement | | (165.60) | (96.60) |
| 466 | Leasehold Improvement | | (85.64) | (49.94) |
| 466 | Leasehold Improvement | | (147.92) | (86.27) |
| 466 | Leasehold Improvement | | (215.82) | (125.82) |
| 466 | Leasehold Improvement | | (2,337.58) | (1,363.63) |
| 466 | Leasehold Improvement | | 414.16 | 241.66 |
| 466 | Leasehold Improvement | New store opening: Labor | (131.06) | (76.46) |
| 466 | Leasehold Improvement | | (140.83) | (82.18) |
| 9904 | Computer Equipment | | 323.56 | 46.18 |
| 9904 | Computer Equipment | | 856.11 | 122.25 |
| 9904 | Computer Equipment | | 1,204.85 | 516.29 |
| 9904 | Computer Equipment | | 317.82 | 45.30 |
| 9904 | Computer Equipment | New Store : POS | 907.96 | 567.40 |
| 9904 | Equipment | | 371.02 | 158.98 |
| 9904 | Equipment | | 72.69 | 31.05 |
| 9904 | Equipment | | 3,718.90 | 1,593.82 |
| 9904 | Furniture & Fixtures | VT Slatwall panels | 492.60 | 211.20 |
| 9904 | Furniture & Fixtures | 16 cameras, transceiver video | 4,001.07 | 1,714.71 |
| 9904 | Furniture & Fixtures | | 23.50 | 3.34 |
| 9904 | Furniture & Fixtures | | 1,039.50 | 148.50 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9904 | Furniture & Fixtures | | 2,067.85 | 886.21 |
| 9904 | Furniture & Fixtures | | 905.48 | 129.32 |
| 9904 | Furniture & Fixtures | | 845.55 | 362.43 |
| 9904 | Furniture & Fixtures | | 287.77 | 40.99 |
| 9904 | Furniture & Fixtures | | 236.82 | 101.58 |
| 9904 | Furniture & Fixtures | | 1,625.85 | 696.81 |
| 9904 | Furniture & Fixtures | | 186.12 | 79.80 |
| 9904 | Furniture & Fixtures | | 168.80 | 72.44 |
| 497 | Computer Equipment | | (554.50) | (29.40) |
| 497 | Computer Equipment | | (1,467.67) | (77.77) |
| 497 | Computer Equipment | | (1,422.50) | (75.50) |
| 497 | Computer Equipment | | (544.91) | (28.91) |
| 497 | Equipment | | (273.84) | (14.49) |
| 497 | Furniture & Fixtures | VT Slatwall panels | (830.79) | (44.04) |
| 497 | Furniture & Fixtures | | (40.31) | (2.21) |
| 497 | Furniture & Fixtures | Store fixtures | (2,234.38) | (118.48) |
| 497 | Furniture & Fixtures | | (3,487.97) | (184.97) |
| 497 | Furniture & Fixtures | | (1,552.27) | (82.27) |
| 497 | Furniture & Fixtures | | (1,449.44) | (76.79) |
| 497 | Furniture & Fixtures | | (485.51) | (25.76) |
| 497 | Furniture & Fixtures | | (266.66) | (14.21) |
| 497 | Furniture & Fixtures | | (313.91) | (16.61) |
| 497 | Furniture & Fixtures | | (602.90) | (32.00) |
| 497 | Furniture & Fixtures | | (1,426.65) | (75.60) |
| 497 | Furniture & Fixtures | | (1,411.55) | (74.90) |
| 497 | Furniture & Fixtures | | (447.23) | (23.78) |
| 497 | Furniture & Fixtures | | (874.80) | (46.35) |
| 497 | Furniture & Fixtures | | (1,462.68) | (77.58) |
| 497 | Furniture & Fixtures | | (4.40) | (0.20) |
| 497 | Furniture & Fixtures | | (138.58) | (7.33) |
| 497 | Furniture & Fixtures | | (196.30) | (10.45) |
| 497 | Furniture & Fixtures | New Store : Fixtures | (340.20) | (275.40) |
| 497 | Leasehold Improvement | | (1,874.94) | (99.39) |
| 497 | Leasehold Improvement | | (1,158.30) | (61.35) |
| 497 | Leasehold Improvement | | (1,794.62) | (95.12) |
| 497 | Leasehold Improvement | | (3,531.89) | (187.34) |
| 497 | Leasehold Improvement | | (151.17) | (8.07) |
| 497 | Leasehold Improvement | | (687.40) | (36.40) |
| 497 | Leasehold Improvement | | (345.00) | (18.30) |
| 497 | Leasehold Improvement | | (500.00) | (26.45) |
| 497 | Leasehold Improvement | | (700.00) | (37.15) |
| 497 | Leasehold Improvement | | (2,777.14) | (147.34) |
| 497 | Leasehold Improvement | New store opening: Labor | (1,447.47) | (76.77) |
| 497 | Leasehold Improvement | | (4,058.70) | (215.25) |
| 497 | Leasehold Improvement | New Store : Signage | (14,995.26) | (13,620.70) |
| 497 | Leasehold Improvement | HVAC | (1,964.02) | (1,893.88) |
| 9904 | Furniture & Fixtures | VT Slatwall panels | 44.04 | (484.44) |
| 9904 | Furniture & Fixtures | | 2.21 | (24.31) |
| 9904 | Furniture & Fixtures | Store fixtures | 118.48 | (1,303.28) |
| 9904 | Furniture & Fixtures | | 184.97 | (2,034.67) |
| 9904 | Furniture & Fixtures | | 82.27 | (904.97) |
| 9904 | Furniture & Fixtures | | 76.79 | (844.69) |
| 9904 | Furniture & Fixtures | | 25.76 | (283.36) |
| 9904 | Furniture & Fixtures | | 14.21 | (156.31) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9904 | Furniture & Fixtures | | 16.61 | (182.71) |
| 9904 | Furniture & Fixtures | | 32.00 | (352.00) |
| 9904 | Furniture & Fixtures | | 75.60 | (831.60) |
| 9904 | Furniture & Fixtures | | 74.90 | (823.90) |
| 9904 | Furniture & Fixtures | | 23.78 | (261.58) |
| 9904 | Furniture & Fixtures | | 46.35 | (509.85) |
| 9904 | Furniture & Fixtures | | 77.58 | (853.38) |
| 9904 | Furniture & Fixtures | | 0.20 | (2.20) |
| 9904 | Furniture & Fixtures | | 7.33 | (80.63) |
| 9904 | Furniture & Fixtures | | 10.45 | (114.95) |
| 9904 | Furniture & Fixtures | New Store : Fixtures | 275.40 | (3,029.40) |
| 462 | Computer Equipment | | (554.71) | (426.61) |
| 462 | Computer Equipment | | (1,467.66) | (1,128.51) |
| 462 | Computer Equipment | | (544.92) | (419.07) |
| 462 | Computer Equipment | New Store : POS | (1,135.00) | (907.96) |
| 462 | Equipment | | (1,782.00) | (1,370.25) |
| 462 | Equipment | | (478.74) | (368.19) |
| 462 | Equipment | | (122.39) | (94.04) |
| 462 | Furniture & Fixtures | VT Slatwall panels | (844.35) | (649.20) |
| 462 | Furniture & Fixtures | | (3,544.90) | (2,725.90) |
| 462 | Furniture & Fixtures | | (1,552.28) | (1,193.63) |
| 462 | Furniture & Fixtures | | (1,449.44) | (1,114.49) |
| 462 | Furniture & Fixtures | | (493.42) | (379.42) |
| 462 | Furniture & Fixtures | | (295.91) | (227.51) |
| 462 | Furniture & Fixtures | | (2,787.15) | (2,143.20) |
| 462 | Furniture & Fixtures | | (159.98) | (123.08) |
| 462 | Furniture & Fixtures | | (319.02) | (245.37) |
| 462 | Furniture & Fixtures | | (3,071.19) | (2,361.54) |
| 462 | Furniture & Fixtures | | (140.83) | (108.28) |
| 462 | Leasehold Improvement | Install paging, music, phone lines | (1,750.00) | (1,345.60) |
| 462 | Leasehold Improvement | | (40.30) | (31.00) |
| 462 | Leasehold Improvement | | (455.40) | (350.25) |
| 462 | Leasehold Improvement | | (223.32) | (171.72) |
| 462 | Leasehold Improvement | | (1,177.20) | (905.25) |
| 462 | Leasehold Improvement | | (834.14) | (641.39) |
| 462 | Leasehold Improvement | | (502.33) | (386.23) |
| 462 | Leasehold Improvement | | (21.77) | (16.67) |
| 462 | Leasehold Improvement | | (85.64) | (65.84) |
| 462 | Leasehold Improvement | | (147.92) | (113.72) |
| 462 | Leasehold Improvement | | (215.82) | (166.02) |
| 9904 | Computer Equipment | | 426.61 | 426.61 |
| 9904 | Computer Equipment | | 1,128.51 | 1,128.51 |
| 9904 | Computer Equipment | | 419.07 | 419.07 |
| 9904 | Computer Equipment | New Store : POS | 907.96 | 907.96 |
| 9904 | Equipment | | 1,370.25 | 1,370.25 |
| 9904 | Equipment | | 368.19 | 368.19 |
| 9904 | Equipment | | 94.04 | 94.04 |
| 9904 | Furniture & Fixtures | VT Slatwall panels | 649.20 | 649.20 |
| 9904 | Furniture & Fixtures | | 2,725.90 | 2,725.90 |
| 9904 | Furniture & Fixtures | | 1,193.63 | 1,193.63 |
| 9904 | Furniture & Fixtures | | 1,114.49 | 1,114.49 |
| 9904 | Furniture & Fixtures | | 379.42 | 379.42 |
| 9904 | Furniture & Fixtures | | 227.51 | 227.51 |
| 9904 | Furniture & Fixtures | | 2,143.20 | 2,143.20 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 9904 | Furniture & Fixtures | | 123.08 | 123.08 |
| 9904 | Furniture & Fixtures | | 245.37 | 245.37 |
| 9904 | Furniture & Fixtures | | 2,361.54 | 2,361.54 |
| 9904 | Furniture & Fixtures | | 108.28 | 108.28 |
| 467 | Computer Equipment | | (554.71) | (37.21) |
| 467 | Computer Equipment | | (1,467.66) | (98.61) |
| 467 | Computer Equipment | | (544.92) | (36.57) |
| 467 | Computer Equipment | | (2,065.55) | (138.80) |
| 467 | Equipment | | (565.20) | (37.95) |
| 467 | Equipment | | (159.45) | (10.65) |
| 467 | Equipment | | (425.00) | (28.55) |
| 467 | Furniture & Fixtures | VT Slatwall panels | (844.35) | (56.70) |
| 467 | Furniture & Fixtures | Install 3 cash wraps, paging, music | (1,750.00) | (117.55) |
| 467 | Furniture & Fixtures | | (40.30) | (2.65) |
| 467 | Furniture & Fixtures | | (1,782.00) | (119.70) |
| 467 | Furniture & Fixtures | | (3,544.90) | (238.15) |
| 467 | Furniture & Fixtures | | (1,552.28) | (104.33) |
| 467 | Furniture & Fixtures | | (1,449.45) | (97.35) |
| 467 | Furniture & Fixtures | | (493.42) | (33.07) |
| 467 | Furniture & Fixtures | | (2,453.04) | (164.79) |
| 467 | Furniture & Fixtures | | (630.02) | (42.32) |
| 467 | Furniture & Fixtures | | (160.09) | (10.69) |
| 467 | Furniture & Fixtures | | (319.02) | (21.42) |
| 467 | Furniture & Fixtures | | (125.10) | (8.40) |
| 467 | Furniture & Fixtures | | (400.50) | (26.85) |
| 467 | Leasehold Improvement | | (869.40) | (58.35) |
| 467 | Leasehold Improvement | | (1,177.20) | (79.05) |
| 467 | Leasehold Improvement | | (834.14) | (56.09) |
| 467 | Leasehold Improvement | | (374.80) | (25.15) |
| 467 | Leasehold Improvement | | (85.64) | (5.69) |
| 467 | Leasehold Improvement | | (147.92) | (9.92) |
| 467 | Leasehold Improvement | | (215.82) | (14.52) |
| 467 | Leasehold Improvement | | (140.83) | (9.43) |
| 483 | Computer Equipment | | (554.71) | (176.23) |
| 483 | Computer Equipment | | (1,467.66) | (465.98) |
| 483 | Computer Equipment | | (2,067.58) | (656.45) |
| 483 | Computer Equipment | | (544.92) | (173.09) |
| 483 | Equipment | | (126.14) | (40.07) |
| 483 | Equipment | | (276.24) | (87.76) |
| 483 | Equipment | | (5,582.04) | (1,772.54) |
| 483 | Equipment | | (745.34) | (236.71) |
| 483 | Furniture & Fixtures | VT Slatwall panels | (838.54) | (266.26) |
| 483 | Furniture & Fixtures | | (40.30) | (12.75) |
| 483 | Furniture & Fixtures | | (3,520.50) | (1,117.95) |
| 483 | Furniture & Fixtures | | (1,552.28) | (492.84) |
| 483 | Furniture & Fixtures | | (1,449.44) | (460.30) |
| 483 | Furniture & Fixtures | | (490.03) | (155.63) |
| 483 | Furniture & Fixtures | | (4,008.50) | (1,272.88) |
| 483 | Furniture & Fixtures | | (1,000.00) | (317.52) |
| 483 | Furniture & Fixtures | | (316.83) | (100.61) |
| 483 | Furniture & Fixtures | | (25.28) | (7.99) |
| 483 | Furniture & Fixtures | | (273.00) | (86.61) |
| 483 | Furniture & Fixtures | | (315.48) | (100.21) |
| 483 | Furniture & Fixtures | | (36.50) | (11.61) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 483 | Furniture & Fixtures | | (181.50) | (57.62) |
| 483 | Furniture & Fixtures | | (163.60) | (51.88) |
| 483 | Furniture & Fixtures | | (14.00) | (4.50) |
| 483 | Furniture & Fixtures | | (418.56) | (132.99) |
| 483 | Furniture & Fixtures | | (210.32) | (66.87) |
| 483 | Furniture & Fixtures | | (65.44) | (20.79) |
| 483 | Furniture & Fixtures | | (244.16) | (77.53) |
| 483 | Furniture & Fixtures | | (2.09) | (0.57) |
| 483 | Furniture & Fixtures | | (376.17) | (119.48) |
| 483 | Furniture & Fixtures | | (952.49) | (302.50) |
| 483 | Furniture & Fixtures | | (4.45) | (1.41) |
| 483 | Furniture & Fixtures | | (139.86) | (44.48) |
| 483 | Furniture & Fixtures | | (198.13) | (62.85) |
| 483 | Furniture & Fixtures | New Store : Fixtures | (372.60) | (283.80) |
| 483 | Leasehold Improvement | | (2,876.67) | (913.40) |
| 483 | Leasehold Improvement | | (1,169.10) | (371.29) |
| 483 | Leasehold Improvement | | (1,794.63) | (569.89) |
| 483 | Leasehold Improvement | | (817.80) | (259.58) |
| 483 | Leasehold Improvement | | (783.73) | (248.88) |
| 483 | Leasehold Improvement | | (1,161.60) | (368.92) |
| 483 | Leasehold Improvement | | (2,868.10) | (910.72) |
| 483 | Leasehold Improvement | | (667.05) | (211.81) |
| 483 | Leasehold Improvement | | (1,544.22) | (490.29) |
| 483 | Leasehold Improvement | New store opening: Labor | (1,165.17) | (370.02) |
| 483 | Leasehold Improvement | | (4,384.13) | (1,392.01) |
| 9904 | Computer Equipment | | 176.23 | (1,233.61) |
| 9904 | Computer Equipment | | 465.98 | (3,261.86) |
| 9904 | Computer Equipment | | 656.45 | (4,595.15) |
| 9904 | Computer Equipment | | 173.09 | (1,211.63) |
| 9904 | Equipment | | 40.07 | (280.49) |
| 9904 | Equipment | | 87.76 | (614.32) |
| 9904 | Equipment | | 1,772.54 | (12,407.78) |
| 9904 | Equipment | | 236.71 | (1,656.97) |
| 9904 | Furniture & Fixtures | VT Slatwall panels | 266.26 | (1,863.82) |
| 9904 | Furniture & Fixtures | | 12.75 | (89.25) |
| 9904 | Furniture & Fixtures | | 1,117.95 | (7,825.65) |
| 9904 | Furniture & Fixtures | | 492.84 | (3,449.88) |
| 9904 | Furniture & Fixtures | | 460.30 | (3,222.10) |
| 9904 | Furniture & Fixtures | | 155.63 | (1,089.41) |
| 9904 | Furniture & Fixtures | | 1,272.88 | (8,910.16) |
| 9904 | Furniture & Fixtures | | 317.52 | (2,222.64) |
| 9904 | Furniture & Fixtures | | 100.61 | (704.27) |
| 9904 | Furniture & Fixtures | | 7.99 | (55.93) |
| 9904 | Furniture & Fixtures | | 86.61 | (606.27) |
| 9904 | Furniture & Fixtures | | 100.21 | (701.47) |
| 9904 | Furniture & Fixtures | | 11.61 | (81.27) |
| 9904 | Furniture & Fixtures | | 57.62 | (403.34) |
| 9904 | Furniture & Fixtures | | 51.88 | (363.16) |
| 9904 | Furniture & Fixtures | | 4.50 | (31.50) |
| 9904 | Furniture & Fixtures | | 132.99 | (930.93) |
| 9904 | Furniture & Fixtures | | 66.87 | (468.09) |
| 9904 | Furniture & Fixtures | | 20.79 | (145.53) |
| 9904 | Furniture & Fixtures | | 77.53 | (542.71) |
| 9904 | Furniture & Fixtures | | 0.57 | (3.99) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 9904 | Furniture & Fixtures | | 119.48 | (836.36) |
| 9904 | Furniture & Fixtures | | 302.50 | (2,117.50) |
| 9904 | Furniture & Fixtures | | 1.41 | (9.87) |
| 9904 | Furniture & Fixtures | | 44.48 | (311.36) |
| 9904 | Furniture & Fixtures | | 62.85 | (439.95) |
| 9904 | Furniture & Fixtures | New Store : Fixtures | 283.80 | (1,986.60) |
| 402 | | | (23,605.00) | (23,605.00) |
| 403 | Leasehold Improvement | HVAC | 1,712.98 | 1,427.52 |
| 410 | Leasehold Improvement | HVAC | 4,791.28 | 4,049.76 |
| 411 | Leasehold Improvement | HVAC | 1,775.70 | 1,479.74 |
| 419 | Leasehold Improvement | Signage Lighting | 2,628.31 | 2,158.96 |
| 423 | Leasehold Improvement | HVAC | 2,388.43 | 2,018.84 |
| 423 | Leasehold Improvement | HVAC | 2,536.50 | 2,143.90 |
| 424 | Equipment | Bulbs & Ballasts | 3,380.00 | 3,380.00 |
| 428 | Leasehold Improvement | HVAC | 3,657.25 | 3,091.23 |
| 431 | Leasehold Improvement | Burglary Repairs | 2,368.00 | 2,012.86 |
| 437 | Furniture & Fixtures | Conveyor | 5,467.18 | 4,555.92 |
| 441 | Leasehold Improvement | Door Repairs | 1,736.07 | 1,541.20 |
| 452 | Equipment | New Store : EAS | 4,329.38 | 3,504.74 |
| 452 | Equipment | New Store : EAS | 1,450.00 | 1,173.84 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 9,424.48 | 7,965.88 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 7,683.98 | 6,494.74 |
| 452 | Equipment | New Store : Equipment | 732.95 | 407.19 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 13,193.10 | 11,151.32 |
| 452 | Furniture & Fixtures | New Store : Fixtures | 3,516.26 | 2,972.08 |
| 453 | Furniture & Fixtures | New Store : Fixtures | 6,183.00 | 5,226.07 |
| 453 | Furniture & Fixtures | New Store : Fixtures | 9,450.25 | 7,987.75 |
| 453 | Furniture & Fixtures | New Store : Fixtures | 2,950.00 | 2,493.44 |
| 453 | Equipment | New Store : EAS | 2,971.76 | 2,511.82 |
| 453 | Equipment | New Store : Equipment | 740.75 | 473.21 |
| 453 | Leasehold Improvement | New Store Materials | 4,769.96 | 4,031.69 |
| 454 | Equipment | New Store : EAS | 2,940.12 | 2,380.12 |
| 454 | Equipment | New Store : Equipment | 597.32 | 331.88 |
| 455 | Furniture & Fixtures | New Store : Fixtures | 6,183.00 | 5,078.85 |
| 455 | Leasehold Improvement | New Store : Locks & Keys | 3,492.27 | 3,088.77 |
| 455 | Equipment | New Store : EAS | 3,476.95 | 2,856.10 |
| 455 | Equipment | New Store : EAS | 1,800.00 | 1,478.55 |
| 455 | Leasehold Improvement | New Store : Electrical | 10,023.10 | 8,865.10 |
| 455 | Furniture & Fixtures | New Store : Fixtures | 5,646.48 | 4,772.62 |
| 455 | Equipment | New Store : Equipment | 597.32 | 348.47 |
| 455 | Furniture & Fixtures | New Store : Fixtures | 1,207.82 | 1,207.82 |
| 463 | Leasehold Improvement | Water Damages/Extraction | 7,000.00 | 6,939.42 |
| 468 | Leasehold Improvement | Store Front System | 9,780.00 | 7,362.62 |
| 476 | Leasehold Improvement | HVAC | 5,128.01 | 4,334.36 |
| 478 | Leasehold Improvement | HVAC | 3,477.10 | 2,939.03 |
| 487 | Equipment | Bulbs & Ballasts | 1,752.27 | 1,119.56 |
| 487 | Equipment | Bulbs & Ballasts | 1,828.45 | 1,168.18 |
| 487 | Leasehold Improvement | Mold Remediation | 2,018.09 | 947.02 |
| 487 | Leasehold Improvement | Mold Remediation | 1,925.95 | 903.76 |
| 489 | Leasehold Improvement | HVAC | 2,919.00 | 2,432.50 |
| 495 | Equipment | Bulbs & Ballasts | 2,735.00 | 1,671.42 |
| 496 | Equipment | Bulbs & Ballasts | 1,266.52 | 774.00 |
| 496 | Equipment | Bulbs & Ballasts | 800.00 | 488.92 |
| 605 | Leasehold Improvement | HVAC | 2,289.57 | 1,935.19 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 606 | Leasehold Improvement | HVAC | 10,398.50 | 8,789.23 |
| 606 | Leasehold Improvement | HVAC | 5,800.00 | 4,833.30 |
| 607 | Leasehold Improvement | Exterior Sign Repairs | 2,630.05 | 2,160.40 |
| 634 | Equipment | Bulbs & Ballasts | 1,880.00 | 1,148.92 |
| 637 | Leasehold Improvement | Renovation Project | 2,000.00 | 1,653.36 |
| 645 | Equipment | Bulbs & Ballasts | 1,555.00 | 907.15 |
| 660 | | Reconcile LL | 3,700.00 | 3,700.00 |
| 662 | Leasehold Improvement | ADA Compliance | 1,800.00 | 1,512.16 |
| 662 | Leasehold Improvement | Renovation Project | 1,407.72 | 1,206.96 |
| 665 | Furniture & Fixtures | Check Out Stations | 6,183.00 | 6,183.00 |
| 665 | | | 1,804.57 | 1,804.57 |
| 675 | Equipment | Bulbs & Ballasts | 3,900.00 | 2,275.05 |
| 675 | Leasehold Improvement | HVAC | 5,538.19 | 4,681.10 |
| 675 | Leasehold Improvement | HVAC | 3,444.95 | 2,911.82 |
| 684 | Leasehold Improvement | HVAC | 1,579.60 | 1,316.40 |
| 684 | Leasehold Improvement | HVAC | 3,320.37 | 2,766.95 |
| 692 | Leasehold Improvement | HVAC | 2,697.92 | 2,216.12 |
| 692 | Leasehold Improvement | HVAC | 2,843.03 | 2,335.28 |
| 692 | Leasehold Improvement | HVAC | 2,914.00 | 2,393.65 |
| 692 | Leasehold Improvement | Signage Lighting | 3,579.24 | 2,940.09 |
| 695 | Leasehold Improvement | Plumbing | 1,787.00 | 1,026.10 |
| 400 | | | 5,630.00 | 5,630.00 |
| 400 | Leasehold Improvement | HVAC | 2,399.00 | 2,027.72 |
| 402 | Leasehold Improvement | WhiteHawk project | 2,973.32 | 2,973.32 |
| 407 | Leasehold Improvement | Front Entrance Door | 2,372.10 | 729.62 |
| 432 | Leasehold Improvement | HVAC (Project - Deposit) | 7,200.00 | 6,342.90 |
| 442 | Leasehold Improvement | HVAC | 4,137.25 | 3,497.00 |
| 453 | Equipment | New Store : CCTV | 2,441.53 | 1,912.56 |
| 453 | Leasehold Improvement | New Store Materials | 15,097.55 | 13,556.01 |
| 455 | Leasehold Improvement | HVAC | 5,065.26 | 4,281.36 |
| 479 | Leasehold Improvement | HVAC | 7,381.40 | 6,326.96 |
| 482 | | | 6,679.30 | 6,679.30 |
| 482 | | | (6,679.30) | (6,679.30) |
| 489 | Leasehold Improvement | HVAC | 2,306.63 | 1,977.11 |
| 493 | Leasehold Improvement | Door Repairs | 1,586.15 | 1,131.99 |
| 605 | Leasehold Improvement | HVAC | 2,969.99 | 2,545.67 |
| 618 | Leasehold Improvement | HVAC | 1,703.56 | 1,439.92 |
| 618 | Leasehold Improvement | HVAC | 18,397.44 | 15,550.18 |
| 621 | Leasehold Improvement | HVAC | 3,028.89 | 2,560.11 |
| 628 | Leasehold Improvement | Reimbursement for Damage done by Truck | (2,784.00) | (2,784.00) |
| 637 | Leasehold Improvement | Signage | 29,505.74 | 24,939.36 |
| 637 | Leasehold Improvement | WhiteHawk project | 7,685.68 | 6,426.11 |
| 640 | Leasehold Improvement | Door Repairs | 3,863.60 | 343.46 |
| 640 | Leasehold Improvement | Structural Repairs | 1,869.72 | 219.50 |
| 662 | Leasehold Improvement | Structural Repairs | 1,972.00 | 1,725.76 |
| 663 | Leasehold Improvement | Plumbing | 2,245.00 | 1,807.36 |
| 665 | Equipment | Deposit on Seucirty Cameras | 5,000.00 | 5,000.00 |
| 665 | Leasehold Improvement | Fire Claim | (70,949.20) | (70,949.20) |
| 673 | Leasehold Improvement | HVAC | 2,373.60 | 2,006.22 |
| 678 | Leasehold Improvement | Lighting | 2,575.82 | 1,970.54 |
| 679 | Leasehold Improvement | HVAC | 2,162.88 | 1,853.88 |
| 688 | Leasehold Improvement | HVAC | 3,247.50 | 2,744.92 |
| 688 | Leasehold Improvement | HVAC | 3,247.50 | 2,744.92 |
| 688 | Leasehold Improvement | HVAC | 3,247.50 | 2,744.92 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 689 | Leasehold Improvement | Hot Water Heater | 1,528.17 | 929.01 |
| 691 | Leasehold Improvement | HVAC | 1,877.06 | 1,586.51 |
| 695 | Leasehold Improvement | Materials | 5,321.46 | 3,201.06 |
| 695 | Leasehold Improvement | Fire Sprinkler Repairs | 1,600.00 | 1,253.29 |
| 697 | Leasehold Improvement | HVAC | 2,097.24 | 1,797.60 |
| 400 | Leasehold Improvement | Roof Improv | 1,883.80 | 1,648.30 |
| 400 | Leasehold Improvement | Repair Fire Damage | 3,858.77 | 3,408.53 |
| 402 | Leasehold Improvement | Concrete Project | 3,662.93 | 3,205.13 |
| 402 | Leasehold Improvement | Concrete Project | 824.01 | 727.83 |
| 402 | Leasehold Improvement | Sprinkler Improv. | 2,000.00 | 1,500.05 |
| 402 | Leasehold Improvement | HVAC | 3,106.74 | 2,699.85 |
| 402 | Leasehold Improvement | Beam Repair (Project) | 720.00 | 636.00 |
| 402 | Equipment | CAPITALIZE INV FOUND (JE179365) | 4,875.00 | 4,875.00 |
| 407 | Leasehold Improvement | HVAC | 2,505.09 | 2,177.07 |
| 408 | Leasehold Improvement | Carpet Improvement | 1,553.08 | - |
| 410 | Leasehold Improvement | HVAC | 12,695.29 | 11,032.86 |
| 410 | Leasehold Improvement | Door Repair | 1,680.00 | 1,456.56 |
| 415 | Leasehold Improvement | HVAC | 6,063.71 | 5,269.62 |
| 417 | Equipment | Bulbs & Ballasts | 2,316.38 | 1,479.96 |
| 419 | Leasehold Improvement | Fitting Room Improv. | 1,274.75 | 1,157.93 |
| 419 | Leasehold Improvement | HVAC | 6,859.13 | 5,960.87 |
| 419 | Leasehold Improvement | Improve Restrooms | 1,496.56 | 1,359.39 |
| 419 | Leasehold Improvement | Insulated Water Pipe on Sink | 433.00 | 393.29 |
| 419 | Leasehold Improvement | HVAC | 1,762.57 | 1,510.81 |
| 426 | Leasehold Improvement | HVAC | 2,951.00 | 2,564.57 |
| 426 | Equipment | Baler Repair | 2,120.45 | 1,731.71 |
| 438 | Leasehold Improvement | HVAC | 1,748.24 | 1,498.52 |
| 439 | Equipment | Bulbs & Ballasts | 1,982.50 | 1,321.66 |
| 442 | Leasehold Improvement | HVAC | 4,137.25 | 3,497.00 |
| 442 | Leasehold Improvement | HVAC | 5,239.97 | 4,553.79 |
| 445 | Leasehold Improvement | CREDIT TO INV# 1833-BH | (5,309.92) | (3,919.30) |
| 447 | Leasehold Improvement | Lift Repair | 2,100.06 | 1,897.00 |
| 450 | Leasehold Improvement | Plumbing & Carpentry Improv. | 1,686.74 | 1,471.79 |
| 453 | Leasehold Improvement | Electric Repair | 5,000.00 | 4,413.65 |
| 453 | Leasehold Improvement | Electric Repair | 300.00 | 262.40 |
| 453 | Leasehold Improvement | Electric Repair | 546.25 | 477.93 |
| 453 | Leasehold Improvement | Electric Repair | 897.00 | 798.86 |
| 453 | Equipment | EAS Systems | 1,800.00 | 1,499.98 |
| 453 | Leasehold Improvement | Column Wrap | 1,508.80 | 1,355.14 |
| 453 | Leasehold Improvement | Column Wrap | 956.80 | 859.04 |
| 455 | Equipment | Security Systems Install. | 2,407.20 | 1,845.52 |
| 463 | Leasehold Improvement | Bathroom Improvement | 1,722.39 | 1,341.39 |
| 463 | Leasehold Improvement | HVAC | 3,148.57 | 2,736.29 |
| 463 | Equipment | | 2,961.84 | 2,961.84 |
| 466 | Equipment | | (2,958.19) | (2,958.19) |
| 468 | Leasehold Improvement | Install Handicap Sign | 2,147.20 | 1,814.92 |
| 485 | Leasehold Improvement | HVAC | 1,795.64 | 1,474.94 |
| 489 | Leasehold Improvement | Door Repair | 2,032.80 | 1,399.83 |
| 491 | Equipment | Bulbs & Ballasts | 1,265.00 | 808.18 |
| 491 | Equipment | Bulbs & Ballasts | 1,866.48 | 1,192.43 |
| 495 | Leasehold Improvement | HVAC | 3,066.50 | 2,664.89 |
| 498 | Equipment | Bulbs & Ballasts | 2,044.46 | 1,306.19 |
| 498 | Equipment | Bulbs & Ballasts | 800.00 | 511.14 |
| 603 | Leasehold Improvement | HVAC | 5,042.00 | 4,381.78 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 605 | Leasehold Improvement | Exterior Sign Repair | 1,649.00 | 1,413.44 |
| 606 | Equipment | Bulbs & Ballasts | 3,295.00 | 2,288.17 |
| 610 | Leasehold Improvement | HVAC | 3,525.32 | 3,063.65 |
| 628 | Equipment | Does this have to do with the Reimbursement? | 2,784.00 | 2,784.00 |
| 633 | Leasehold Improvement | Building Improvements | 1,857.31 | 1,242.43 |
| 637 | Leasehold Improvement | Building Improvements | 12,443.00 | 12,443.00 |
| 637 | Leasehold Improvement | Building Improvements | 15,160.80 | 15,160.80 |
| 637 | Leasehold Improvement | Building Improvements | 9,752.20 | 9,752.20 |
| 637 | Leasehold Improvement | Building Improvements | 33,237.46 | 33,237.46 |
| 637 | Leasehold Improvement | Building Improvements | 9,947.59 | 9,947.59 |
| 665 | Leasehold Improvement | HVAC | 1,628.57 | 1,628.57 |
| 665 | Leasehold Improvement | Repair Fire Damage | 292.23 | 292.23 |
| 666 | Leasehold Improvement | Door Improv. | 2,825.00 | 2,155.65 |
| 679 | Leasehold Improvement | HVAC | 5,746.27 | 4,993.76 |
| 679 | Leasehold Improvement | HVAC | 1,742.21 | 1,514.07 |
| 687 | Leasehold Improvement | HVAC | 8,384.81 | 7,286.79 |
| 695 | Leasehold Improvement | Shelving Improv. | 2,355.20 | 2,355.20 |
| 695 | Equipment | | 2,479.40 | 2,479.40 |
| 695 | Leasehold Improvement | Store Facelift Project | 6,547.12 | 6,547.12 |
| 695 | Equipment | MISPOSTED - RECLASS Period 7 | (1,979.76) | (1,979.76) |
| 695 | Equipment | MISPOSTED - RECLASS Period 7 | (1,240.00) | (1,240.00) |
| 695 | Equipment | MISPOSTED - RECLASS Period 7 | (1,995.00) | (1,995.00) |
| 400 | | Repair Fire Damage | 3,858.77 | 3,858.77 |
| 400 | | | (1,883.80) | (1,883.80) |
| 400 | | | (3,858.77) | (3,858.77) |
| 400 | | | 1,883.80 | 1,883.80 |
| 400 | Leasehold Improvement | Lock Installations | 4,096.17 | 3,720.74 |
| 402 | | Beam Repair | 720.00 | 720.00 |
| 402 | | | (720.00) | (720.00) |
| 402 | Leasehold Improvement | Beam Repair | 1,792.28 | 1,613.00 |
| 403 | Leasehold Improvement | HVAC | 6,910.18 | 6,087.58 |
| 404 | Equipment | Lamps and Light Fixture Repair | 1,730.50 | 1,153.66 |
| 413 | Leasehold Improvement | HVAC | 6,072.32 | 5,277.13 |
| 413 | Leasehold Improvement | HVAC | 1,053.09 | 915.15 |
| 413 | | Hall Stations Repair CANCELED IN PER 01 | (2,486.00) | (2,486.00) |
| 413 | | Hall Stations Repair CANCELED IN PER 01 | 2,486.00 | 2,486.00 |
| 415 | Leasehold Improvement | HVAC | 1,500.00 | 1,285.68 |
| 420 | Leasehold Improvement | Tempered Glass Installments | 1,514.06 | 990.56 |
| 424 | Equipment | Bulbs Installation | 1,946.00 | 1,135.10 |
| 428 | Leasehold Improvement | HVAC | 1,501.62 | 1,304.94 |
| 431 | | FIND WHAT THIS IS | 4,100.00 | 4,100.00 |
| 431 | Leasehold Improvement | Wrought iron Fence Project | 4,500.00 | 4,087.50 |
| 432 | Leasehold Improvement | HVAC (50% balance for completion) | 7,200.00 | 6,342.90 |
| 442 | Leasehold Improvement | HVAC | 5,252.13 | 4,501.77 |
| 443 | Leasehold Improvement | HVAC | 2,303.56 | 2,001.94 |
| 445 | Leasehold Improvement | HVAC | 18,715.76 | 16,042.04 |
| 450 | | Displays ?? | (869.09) | (869.09) |
| 450 | | Displays (50%) | 409.50 | 409.50 |
| 463 | Leasehold Improvement | Leaking Riser Repair | 2,892.00 | 2,142.00 |
| 607 | Leasehold Improvement | HVAC | 14,799.64 | 12,685.36 |
| 613 | | FIND WHAT THIS IS | 2,078.43 | 2,078.43 |
| 622 | Leasehold Improvement | HVAC | 7,369.14 | 6,316.38 |
| 634 | Leasehold Improvement | HVAC | 1,905.00 | 1,678.20 |
| 637 | | THIS IS ALREADY ON THE FIXED ASSET LIST - IN PER 0? | 9,947.59 | 9,947.59 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 637 | | THIS IS ALREADY ON THE FIXED ASSET LIST - IN PER 08 | (9,947.59) | (9,947.59) |
| 637 | Equipment | Security Cameras | 5,044.83 | 4,204.03 |
| 637 | Leasehold Improvement | Building Improvements (Project) | 44,328.42 | 44,328.42 |
| 637 | Leasehold Improvement | Building Improvements (Project) | 32,210.95 | 32,210.95 |
| 637 | Leasehold Improvement | Building Improvements (Project) | 14,117.61 | 14,117.61 |
| 637 | Leasehold Improvement | Building Improvements (Project) | 15,655.59 | 15,655.59 |
| 637 | Leasehold Improvement | Building Improvements (Project) | 5,865.00 | 5,865.00 |
| 651 | Leasehold Improvement | HVAC | 3,640.00 | 3,206.70 |
| 659 | Leasehold Improvement | Fire Spirnkler System | 3,870.00 | 2,709.00 |
| 665 | | Fire Damage | 292.23 | 292.23 |
| 665 | | | (292.23) | (292.23) |
| 665 | Leasehold Improvement | Fire Repairs | 5,886.07 | 3,281.59 |
| 668 | Furniture & Fixtures | Exit Signs Installed | 1,690.00 | 1,327.84 |
| 686 | | | 5,123.42 | 5,123.42 |
| 686 | | Cancels in Per 09 | 5,123.42 | 5,123.42 |
| 689 | Leasehold Improvement | HVAC | 4,061.94 | 3,529.98 |
| 689 | Leasehold Improvement | HVAC | 4,062.62 | 3,482.30 |
| 691 | Leasehold Improvement | HVAC | 6,976.70 | 5,979.98 |
| 695 | Leasehold Improvement | Ceiling Tiles Repair | 1,964.00 | 1,184.60 |
| 695 | Leasehold Improvement | Sprinkler System Maintenance | 3,947.50 | 3,289.60 |
| 695 | Equipment | Bulbs | 1,868.18 | 1,297.39 |
| 400 | Leasehold Improvement | Brush Clearing | 1,911.29 | 1,736.06 |
| 402 | Leasehold Improvement | Beam Repair | 1,937.85 | 1,760.20 |
| 402 | Leasehold Improvement | HVAC (50% OF repair cost) | 6,500.00 | 5,803.58 |
| 428 | Leasehold Improvement | PROJECT - Madera Preliminary Plans | 600.00 | 600.00 |
| 431 | Leasehold Improvement | Fence Upgrading | 22,025.00 | 20,189.60 |
| 451 | Leasehold Improvement | Security Systems | 5,106.75 | 4,449.02 |
| 452 | Leasehold Improvement | Security Systems | 5,444.93 | 4,812.98 |
| 453 | Leasehold Improvement | Security Systems | 6,374.99 | 5,679.89 |
| 454 | Leasehold Improvement | Security Systems | 5,148.39 | 4,550.79 |
| 455 | Leasehold Improvement | Security Systems | 6,187.96 | 5,470.36 |
| 496 | Leasehold Improvement | Electric, Breakers & Cables Install | 3,257.52 | 2,355.62 |
| 635 | Equipment | Lamps and Ballasts | 1,875.00 | 1,302.12 |
| 637 | Leasehold Improvement | Store Renovation/Mezzanine (PROJECT) | 14,083.92 | 14,083.92 |
| 637 | Leasehold Improvement | Insulation Installed (PROJECT) | 4,752.00 | 4,752.00 |
| 645 | Equipment | Lamps and Ballasts | 1,675.00 | 1,209.70 |
| 658 | Equipment | Lamps and Ballasts | 2,125.00 | 1,534.70 |
| 665 | Leasehold Improvement | Fire Damage | 86.13 | 50.60 |
| 686 | | Concels from Per08 | (5,123.42) | (5,123.42) |
| 688 | Leasehold Improvement | Repaired and Installed Glass Window PROJECT New S | 2,149.74 | 2,149.74 |
| 695 | Furniture & Fixtures | Fixutres | 1,305.71 | 1,134.77 |
| 695 | LeaseHold Improvement | Fire Sprinkler System | 9,451.00 | 8,033.32 |
| 402 | Leasehold Improvement | Emergency exit Door Repairs | 4,971.00 | 4,556.70 |
| 404 | Leasehold Improvement | HVAC | 1,500.00 | 1,321.40 |
| 404 | Leasehold Improvement | HVAC | 6,368.00 | 5,534.09 |
| 419 | Leasehold Improvement | HVAC | 4,461.53 | 3,930.43 |
| 426 | Leasehold Improvement | Door Repairs (Credit entered in PER12 -$775.72) | 2,422.50 | 2,145.20 |
| 431 | Leasehold Improvement | Door Repairs | 2,054.50 | 1,900.42 |
| 444 | Equipment | Ballasts & Bulbs | 1,688.80 | 1,219.70 |
| 457 | Furniture & Fixtures | Clothing Racks (New Store PROJECT) | 8,300.00 | 8,300.00 |
| 473 | Leasehold Improvement | Overhang Roof Repairs | 5,770.00 | 4,853.37 |
| 477 | Leasehold Improvement | Painting/Renovations | 3,850.00 | (107.52) |
| 498 | Leasehold Improvement | Expansion (PROJECT) | 8,157.38 | 8,157.38 |
| 629 | Leasehold Improvement | HVAC | 2,720.00 | 2,396.20 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|-----------|
| 637 | Furniture & Fixtures | Fixtures (PROJECT) | 777.80 | 777.80 |
| 637 | Furniture & Fixtures | Fixtures (PROJECT) | 6,837.38 | 6,837.38 |
| 637 | Leasehold Improvement | Remodeling (PROJECT) | 20,720.29 | 20,720.29 |
| 645 | Equipment | Bulbs & Ballasts | 1,629.84 | 1,131.87 |
| 658 | Equipment | Bulbs & Ballasts | 1,808.09 | 1,205.45 |
| 663 | Leasehold Improvement | Roof Repairs | 4,000.00 | 3,372.34 |
| 666 | Equipment | Bulbs & Ballasts | 1,611.44 | 1,163.84 |
| 688 | Leasehold Improvement | Sign Removal (PROJECT??) | 1,795.00 | 1,795.00 |
| 688 | Leasehold Improvement | New Store (PROJECT??) | 475.89 | 475.89 |
| 689 | Leasehold Improvement | HVAC | 2,586.17 | 2,278.27 |
| 692 | Leasehold Improvement | HVAC | 2,002.60 | 1,740.36 |
| 692 | Leasehold Improvement | HVAC | 2,002.60 | 1,740.36 |
| 692 | Leasehold Improvement | HVAC | 2,002.60 | 1,740.36 |
| 402 | Leasehold Improvement | HVAC | 6,500.00 | 5,880.96 |
| 402 | Leasehold Improvement | HVAC | 996 | 865.54 |
| 413 | Leasehold Improvement | Door Repair (Credit 0f -$171.90 entered in PER12) | 1,951.98 | 1,805.55 |
| 413 | Leasehold Improvement | Floor Improvements -Pressure Washing | 1,855.00 | 1,731.32 |
| 413 | Leasehold Improvement | Wall Improvements-Pressure Washing | 1,600.00 | 1,493.36 |
| 413 | Leasehold Improvement | Repairs-Renovations | 2,236.91 | 2,087.79 |
| 413 | Leasehold Improvement | Elevator Repair | 1,820.00 | 1,713.81 |
| 419 | Leasehold Improvement | HVAC | 1,617.13 | 1,463.13 |
| 423 | Leasehold Improvement | HVAC | 1,802.00 | 1,608.95 |
| 428 | Equipment | Bulbs and Ballasts | 7,420.00 | 5,565.01 |
| 428 | Equipment | Bulbs and Ballasts | 5,607.81 | 4,205.88 |
| 428 | Leasehold Improvement | HVAC | 1800 | 1,800.00 |
| 431 | Leasehold Improvement | Window Installed | 1,740.00 | 1,609.50 |
| 432 | Leasehold Improvement | Door Repair (A credit of -$589.57 or -$298.57 entered | 3,130.00 | 2,790.96 |
| 432 | Equipment | EAS System | 1757.81 | 1,611.30 |
| 433 | Leasehold Improvement | Toilet Repair | 1,948.23 | 1,810.61 |
| 452 | Furniture & Fixtures | Fixtures | 4,087.50 | 3,357.60 |
| 453 | Furniture & Fixtures | Fixtures | 2,775.00 | 2,345.48 |
| 455 | Leasehold Improvement | Renovations | 28,518.50 | 25,217.75 |
| 455 | Equipment | Bulbs and Ballasts | 2,193.17 | 1,766.73 |
| 457 | Leasehold Improvement | PA System (PROJECT-NEW STORE) | 1,470.30 | 1,470.30 |
| 457 | Computer Equipment | POS Hardware (PROJECT-NEW STORE) | 1,275.01 | 1,275.01 |
| 457 | Computer Equipment | POS Hardware  (PROJECT-NEW STORE) | 1,000.95 | 1,000.95 |
| 468 | Leasehold Improvement | Door Repair (Credit of -$589.57) | 7,975.00 | 6,721.08 |
| 473 | Equipment | Bulbs and Ballasts (50%) | 2,750.00 | 2,215.27 |
| 475 | Leasehold Improvement | Plumbing Repair | 1812.55 | 1,577.56 |
| 481 | Leasehold Improvement | Sign Installation | 2,895.69 | 2,619.93 |
| 484 | Leasehold Improvement | HVAC | 5,060.21 | 4,397.57 |
| 485 | Leasehold Improvement | Carpet Repair | 1,513.94 | 1,135.49 |
| 488 | Leasehold Improvement | Tech Replaced Backflow | 1,589.42 | 1,172.22 |
| 489 | Leasehold Improvement | HVAC | 6,550.80 | 6,004.87 |
| 492 | Equipment | Bulbs and Ballasts | 3,106.35 | 2,502.32 |
| 494 | Leasehold Improvement | HVAC | 4,442.53 | 3,913.63 |
| 496 | Leasehold Improvement | HVAC | 4,116.20 | 3,626.20 |
| 499 | Equipment | Bulbs and Ballasts | 1,628.64 | 1,266.72 |
| 622 | Equipment | Bulbs and Ballasts | 1,650.00 | 1,329.19 |
| 636 | Leasehold Improvement | Door Repair | 2,681.22 | 2,195.49 |
| 637 | Leasehold Improvement | HVAC (50% last payment) (PROJECT) | 8,533.10 | 8,533.10 |
| 637 | Furniture & Fixtures | Fixtures (PROJECT) | 2,206.74 | 2,206.74 |
| 637 | Leasehold Improvement | Hydraulic Oil Replacement (PROJECT) | 3,906.75 | 3,906.75 |
| 637 | Furniture & Fixtures | Fixtures (PROJECT) | 3,654.49 | 3,654.49 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 637 | Furniture & Fixtures | Fixtures  (PROJECT) | 2,563.35 | 2,563.35 |
| 645 | Equipment | Bulbs and Ballasts | 1,950.00 | 1,516.64 |
| 645 | Leasehold Improvement | HVAC | 1,025.00 | 939.60 |
| 654 | Equipment | Bulbs and Ballasts | 1,925.00 | 1,497.24 |
| 665 | Leasehold Improvement | HVAC | 996.00 | 865.54 |
| 684 | Leasehold Improvement | HVAC | 2,799.50 | 2,466.20 |
| 684 | Leasehold Improvement | HVAC | 2588.85 | 2,342.29 |
| 688 | Equipment | PA System (New Store) PROJECT | 312.50 | 312.50 |
| 688 | Leasehold Improvement | Renovations (PROJECT) | 13,079.46 | 13,079.46 |
| 694 | Equipment | Bulbs and Ballasts | 4,380.77 | 3,042.18 |
| 402 | Leasehold Improvement | Plumbing Improvements | 1,709.01 | 1,609.33 |
| 407 | Equipment | Bulbs and Ballasts | 1,079.03 | 749.36 |
| 407 | Equipment | Bulbs and Ballasts | 872.05 | 605.63 |
| 407 | Equipment | Bulbs and Ballasts | 980.2 | 680.67 |
| 413 | Leasehold Improvement | Emergency Exits (Credit) | -171.9 | (159.03) |
| 426 | Leasehold Improvement | Repaired Emergency Doors (Credit) | -775.72 | (802.36) |
| 428 | Equipment | Bulbs and Ballasts | 3,085.13 | 2,313.83 |
| 431 | Leasehold Improvement | Fire Sprinkler Inspect. | 1693.38 | 1,524.06 |
| 432 | Leasehold Improvement | Auto Door Repair (Credit) | -298.57 | (266.20) |
| 435 | Leasehold Improvement | HVAC | 1,800.93 | 1,650.85 |
| 445 | Leasehold Improvement | Fire Alarm | 3,070.00 | 2,711.81 |
| 446 | Equipment | Bulbs and Ballasts | 1,550.00 | 1,162.46 |
| 452 | Leasehold Improvement | Sign Manufacture & Installation | 18364.25 | 16,833.91 |
| 455 | Leasehold Improvement | Repair Water Fountain | 2327.44 | 2,193.39 |
| 457 | Leasehold Improvement | New Store Contruction (PROJECT) | 73,841.63 | 73,841.63 |
| 457 | Equipment | EAS System Installation (PROJECT) | 1,555.13 | 1,555.13 |
| 457 | Equipment | PA System (PROJECT) | 185.44 | 185.44 |
| 457 | Leasehold Improvement | New Store Contruction (PROJECT) | 8,419.47 | 8,419.47 |
| 457 | Furniture & Fixtures | Fixtures (PROJECT) | 6,987.81 | 6,987.81 |
| 457 | Leasehold Improvement | Electric Wiring (PROJECT) | 2,788.50 | 2,788.50 |
| 457 | Equipment | EAS System Installation (PROJECT) | 2,172.94 | 2,172.94 |
| 458 | Equipment | Panasonic Phone | 201.43 | 162.23 |
| 458 | Computer Equipment | ACER Computer Monitor | 117.99 | 104.20 |
| 458 | | New Store Contruction (PROJECT) | 906.10 | 906.10 |
| 458 | Leasehold Improvement | New Store Contruction | 8,861.18 | 8,223.83 |
| 458 | Leasehold Improvement | New Store Contruction | 1,681.16 | 1,560.27 |
| 458 | Leasehold Improvement | New Store Contruction | 12,909.72 | 11,981.17 |
| 463 | Leasehold Improvement | Door Repair | 5,191.84 | 4,458.52 |
| 468 | Leasehold Improvement | Door Repair (Credit) | -589.57 | (496.85) |
| 481 | Leasehold Improvement | Sign Fabrication & Install. (50%) FINISHED | 2,354.44 | 2,186.26 |
| 485 | Leasehold Improvement | Sign Installation | 3063.67 | 2,844.85 |
| 488 | | | 1,759.02 | 1,759.02 |
| 488 | | | -1,759.02 | (1,759.02) |
| 488 | Equipment | Bulbs and Ballasts | 845.47 | 587.08 |
| 488 | Equipment | Bulbs and Ballasts | 929.46 | 645.44 |
| 488 | Equipment | Bulbs and Ballasts | 1,279.84 | 888.79 |
| 496 | Leasehold Improvement | Sign Repair | 1714.94 | 1,592.42 |
| 603 | Leasehold Improvement | Elevator Repair | 1,921.92 | 1,563.73 |
| 637 | Leasehold Improvement | Remodel (PROJECT) | 9,217.02 | 9,217.02 |
| 637 | Leasehold Improvement | Elevator Repair (DEPOSIT) | 3,500.00 | 3,500.00 |
| 640 | Equipment | EAS System | 1633.83 | 1,497.68 |
| 640 | Equipment | EAS System | 1175 | 1,091.06 |
| 654 | Leasehold Improvement | Sign Repair | 1,508.99 | 1,401.23 |
| 668 | Equipment | EAS System | 4179.4 | 3,831.15 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 680 | Leasehold Improvement | Sign Repair | 7840.18 | 7,280.14 |
| 681 | Leasehold Improvement | Door Repair | 1,744.44 | 1,498.04 |
| 684 | Leasehold Improvement | HVAC | 3,377.73 | 2,975.63 |
| 684 | Leasehold Improvement | HVAC | 3,123.26 | 2,751.46 |
| 688 | Computer Equipment | Network & VoIP Install. (PROJECT) | 687.39 | 687.39 |
| 688 | Computer Equipment | Network & VoIP Install. (PROJECT) | 351.81 | 351.81 |
| 688 | Computer Equipment | Network & VoIP Install. (PROJECT) | 1,434.32 | 1,434.32 |
| 692 | Leasehold Improvement | Plumbing Repairs | 2,334.42 | 1,190.13 |
| 695 | Furniture & Fixtures | Fixture Installation | 1,590.89 | 1,458.31 |
| 408 | Leasehold Improvement | Door Repair | 1609.45 | 820.50 |
| 413 | | CANCELS PER 09 CAPITALIZATION-REVERSE | -2,486.00 | (2,486.00) |
| 413 | Leasehold Improvement | Hall Stations Repair | 2,186.00 | 2,003.80 |
| 421 | | | 1,174.69 | 1,174.69 |
| 421 | | | -1,174.69 | (1,174.69) |
| 431 | Leasehold Improvement | Fence Permit | 1,200.00 | 1,130.00 |
| 434 | Leasehold Improvement | Door Repair | 2080.82 | 1,956.62 |
| 437 | Leasehold Improvement | Door Painting | 1752 | 1,679.00 |
| 439 | Equipment | EAS System | 2,352.36 | 2,044.36 |
| 444 | Leasehold Improvement | Glass Window Repair | 1666.94 | 1,579.69 |
| 451 | Leasehold Improvement | Sign Installation | 20,273.76 | 18,342.96 |
| 453 | Leasehold Improvement | Labor - Part of Column Wrap Project | 148.67 | 134.63 |
| 454 | Leasehold Improvement | Sign Manufacture and Installation | 22,659.49 | 20,501.41 |
| 457 | Equipment | EAS System Installation (PROJECT) | 2,172.94 | 2,172.94 |
| 464 | Leasehold Improvement | Sign Manufacture and Installation | 14,225.41 | 12,870.61 |
| 469 | Leasehold Improvement | Sign Repair | 2,027.05 | 1,761.62 |
| 488 | Leasehold Improvement | HVAC | 5,088.00 | 5,088.00 |
| 491 | Leasehold Improvement | Fire Sprinkler System Install | 2609 | 2,391.60 |
| 603 | Leasehold Improvement | Door Installation | 2,292.76 | 1,910.62 |
| 637 | Leasehold Improvement | Store Renovation(PROJECT?) | 2,520.80 | 2,520.80 |
| 640 | Equipment | Bulbs and Ballasts | 1,790.00 | 1,491.68 |
| 652 | | | 1,370.44 | 1,370.44 |
| 652 | | | -1,370.44 | (1,370.44) |
| 666 | Leasehold Improvement | Sign Repair | 1,986.40 | 1,726.25 |
| 459 | Leasehold Improvement | Wiring for 3-paging system | (1,450.00) | (797.41) |
| 459 | Leasehold Improvement | | (40.30) | (22.21) |
| 459 | Leasehold Improvement | | (3,544.90) | (1,949.74) |
| 459 | Leasehold Improvement | | (4,322.59) | (2,377.51) |
| 459 | Leasehold Improvement | | (1,449.52) | (797.20) |
| 459 | Leasehold Improvement | | (1,177.20) | (647.46) |
| 459 | Leasehold Improvement | | (834.14) | (458.84) |
| 459 | Leasehold Improvement | | (449.76) | (247.26) |
| 459 | Leasehold Improvement | | (12.25) | (6.85) |
| 459 | Leasehold Improvement | | (3,980.80) | (2,189.35) |
| 459 | Leasehold Improvement | | (4.48) | (2.59) |
| 459 | Leasehold Improvement | | (140.83) | (77.38) |
| 459 | Leasehold Improvement | | (199.51) | (109.60) |
| 459 | Leasehold Improvement | Signs fr. Maximum Visibility pd thru Amex | (959.63) | (639.79) |
| 459 | Furniture & Fixtures | VT Slatwall panels | (844.53) | (464.37) |
| 459 | Furniture & Fixtures | | (1,552.28) | (853.79) |
| 459 | Furniture & Fixtures | | (1,449.44) | (797.12) |
| 459 | Furniture & Fixtures | | (493.42) | (271.48) |
| 459 | Furniture & Fixtures | | (2,453.39) | (1,349.36) |
| 459 | Furniture & Fixtures | | (630.02) | (346.52) |
| 459 | Furniture & Fixtures | | (475.00) | (261.16) |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 459 | Furniture & Fixtures | | (475.00) | (261.16) |
| 459 | Furniture & Fixtures | | (319.02) | (175.38) |
| 459 | Furniture & Fixtures | | (4,255.78) | (2,340.67) |
| 459 | Furniture & Fixtures | | (793.52) | (436.31) |
| 459 | Furniture & Fixtures | | (187.60) | (103.09) |
| 459 | Furniture & Fixtures | | (213.60) | (117.48) |
| 459 | Furniture & Fixtures | | (48.00) | (26.40) |
| 459 | Furniture & Fixtures | | (194.98) | (107.23) |
| 459 | Furniture & Fixtures | | (183.12) | (100.77) |
| 459 | Furniture & Fixtures | | (362.00) | (199.19) |
| 459 | Furniture & Fixtures | | (828.94) | (455.80) |
| 459 | Furniture & Fixtures | New Store : Fixtures | (437.40) | (291.52) |
| 459 | Equipment | | (1,782.00) | (980.10) |
| 459 | Equipment | | (650.10) | (357.42) |
| 459 | Equipment | | (196.88) | (108.32) |
| 459 | Equipment | | (429.61) | (236.29) |
| 459 | Computer Equipment | | (554.71) | (304.96) |
| 459 | Computer Equipment | | (1,467.66) | (807.24) |
| 459 | Computer Equipment | | (544.92) | (299.76) |
| 459 | Computer Equipment | New Store : POS | (1,050.00) | (630.00) |
| 482 | Leasehold Improvement | | (2,478.69) | - |
| 482 | Leasehold Improvement | | (1,169.10) | - |
| 482 | Leasehold Improvement | | (1,794.63) | - |
| 482 | Leasehold Improvement | | (211.09) | - |
| 482 | Leasehold Improvement | | (340.75) | - |
| 482 | Leasehold Improvement | | (1,090.40) | - |
| 482 | Leasehold Improvement | | (204.45) | - |
| 482 | Leasehold Improvement | | (1,151.05) | - |
| 482 | Leasehold Improvement | | (1,294.85) | - |
| 482 | Leasehold Improvement | | (1,192.63) | - |
| 482 | Leasehold Improvement | | (4,008.50) | - |
| 482 | Leasehold Improvement | | (798.12) | - |
| 482 | Leasehold Improvement | | (1,723.85) | - |
| 482 | Leasehold Improvement | | (2,856.16) | - |
| 482 | Leasehold Improvement | | (257.60) | - |
| 482 | Leasehold Improvement | | (317.40) | - |
| 482 | Leasehold Improvement | | (3,913.00) | - |
| 482 | Leasehold Improvement | | 1,172.20 | (381.80) |
| 482 | Leasehold Improvement | New store opening: Labor | (1,088.12) | - |
| 482 | Leasehold Improvement | | (4,384.13) | - |
| 482 | Leasehold Improvement | HVAC | (1,769.67) | (1,558.97) |
| 482 | Leasehold Improvement | Signage | (6,197.78) | (5,312.42) |
| 482 | Furniture & Fixtures | VT Slatwall panels | (838.54) | - |
| 482 | Furniture & Fixtures | | (40.30) | - |
| 482 | Furniture & Fixtures | | (3,520.50) | - |
| 482 | Furniture & Fixtures | | (1,552.28) | - |
| 482 | Furniture & Fixtures | | (1,449.44) | - |
| 482 | Furniture & Fixtures | | (490.03) | - |
| 482 | Furniture & Fixtures | | (316.83) | - |
| 482 | Furniture & Fixtures | | (107.91) | - |
| 482 | Furniture & Fixtures | | (129.00) | - |
| 482 | Furniture & Fixtures | | (588.60) | - |
| 482 | Furniture & Fixtures | | (1,159.76) | - |
| 482 | Furniture & Fixtures | | (360.36) | - |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|---|---|---|---|---|
| 482 | Furniture & Fixtures | | (784.80) | - |
| 482 | Furniture & Fixtures | | (1,411.55) | - |
| 482 | Furniture & Fixtures | | (578.50) | - |
| 482 | Furniture & Fixtures | | (306.75) | - |
| 482 | Furniture & Fixtures | | (8.90) | - |
| 482 | Furniture & Fixtures | | (10.64) | - |
| 482 | Furniture & Fixtures | | (1,208.83) | - |
| 482 | Furniture & Fixtures | | (2,150.01) | - |
| 482 | Furniture & Fixtures | | (4,301.64) | - |
| 482 | Furniture & Fixtures | | (4.45) | - |
| 482 | Furniture & Fixtures | | (139.86) | - |
| 482 | Furniture & Fixtures | | (198.13) | - |
| 482 | Equipment | | (126.14) | - |
| 482 | Equipment | | (5,786.24) | - |
| 482 | Equipment | | (1,286.29) | - |
| 482 | Equipment | | (411.35) | - |
| 482 | Equipment | | (278.48) | - |
| 482 | Computer Equipment | | (554.71) | - |
| 482 | Computer Equipment | | (1,467.66) | - |
| 482 | Computer Equipment | | (1,082.50) | - |
| 482 | Computer Equipment | | (544.92) | - |
| 402 | Equipment | Phone System Installation | 2241.22 | 1,992.18 |
| 455 | Equipment | PA System | 2,400.00 | 1,399.95 |
| 456 | | | 2,226.06 | 2,226.06 |
| 456 | Leasehold Improvement | New Store (PROJECT) | 2,695.60 | 2,695.60 |
| 456 | Leasehold Improvement | New Store (PROJECT) | 4,693.35 | 4,693.35 |
| 456 | Leasehold Improvement | New Store (PROJECT) | 700.00 | 700.00 |
| 456 | Leasehold Improvement | New Store (PROJECT) | 7,295.60 | 7,295.60 |
| 457 | Equipment | Security Cameras (PROJECT) | 3,830.00 | 3,830.00 |
| 457 | Furniture & Fixtures | Fixtures (PROJECT) | 2,320.00 | 2,320.00 |
| 457 | Leasehold Improvement | Plumbing Repair (PROJECT) | 1,541.72 | 1,541.72 |
| 458 | Equipment | Security Cameras | 3,830.00 | 3,574.68 |
| 458 | Leasehold Improvement | (PROJECT) | 3,963.68 | 3,963.68 |
| 458 | | (PROJECT) | (906.10) | (906.10) |
| 463 | Leasehold Improvement | Electric Panel Repair | 1,696.53 | 1,458.04 |
| 463 | Leasehold Improvement | Door Repair | 2034.28 | 1,746.93 |
| 463 | Leasehold Improvement | Door Repair | 5191.84 | 4,458.52 |
| 485 | Leasehold Improvement | Window Repair | 842.70 | 673.16 |
| 485 | Leasehold Improvement | Window Repair | 842.70 | 673.16 |
| 487 | Leasehold Improvement | Juan Castillo | 1,954.27 | 1,346.62 |
| 606 | Leasehold Improvement | HVAC | 2069.69 | 1,971.13 |
| 618 | Equipment | Bulbs and Ballasts | 1,669.88 | 1,345.15 |
| 626 | Leasehold Improvement | Roof Repair | 2073.12 | 1,656.84 |
| 640 | Leasehold Improvement | Window Repair | 1586.98 | 436.98 |
| 645 | Equipment | Bulbs and Ballasts | 2,011.88 | 1,676.54 |
| 652 | Equipment | Bulbs and Ballasts | 2,059.18 | 1,658.78 |
| 665 | Equipment | Security Cameras | 2,950.00 | 2,261.62 |
| 684 | Leasehold Improvement | HVAC | 460.06 | 421.70 |
| 684 | Leasehold Improvement | HVAC | 1,052.19 | 964.48 |
| 688 | Equipment | Phone System Installation (PROJECT) | 4,113.50 | 4,113.50 |
| 688 | Equipment | PA System (PROJECT) | 2,652.13 | 2,652.13 |
| 688 | Equipment | PA System (PROJECT) | 3,518.13 | 3,518.13 |
| 688 | Equipment | Security Cameras (PROJECT) | 4,145.98 | 4,145.98 |
| 689 | Furniture & Fixtures | Lamp Fixtures | 3506.32 | 3,339.36 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 402 | Leasehold Improvement | HVAC | -3500 | (3,166.64) |
| 402 | Equipment | Bulbs and Ballasts | 2,450.00 | 2,177.76 |
| 410 | Leasehold Improvement | Renovations | 1739.59 | 1,655.07 |
| 413 | Equipment | Bulbs and Ballasts | 1856.47 | 1,547.05 |
| 413 | Equipment | Bulbs and Ballasts | 1675 | 1,488.88 |
| 441 | Leasehold Improvement | Renovations | 3026.12 | 2,912.28 |
| 442 | Leasehold Improvement | HVAC | 1721.93 | 1,660.43 |
| 442 | Leasehold Improvement | HVAC | 3,865.00 | 3,726.97 |
| 456 | Leasehold Improvement | New Store (PROJECT) | 88,213.32 | 88,213.32 |
| 456 | Leasehold Improvement | New Store (PROJECT) | 4,904.43 | 4,904.43 |
| 458 | Furniture & Fixtures | Fixtures | 1,729.14 | 1,646.78 |
| 626 | Equipment | Bulbs and Ballasts | 1856.47 | 1,547.05 |
| 637 | Leasehold Improvement | HVAC (PROJECT - Remodel?) | (4,933.39) | (4,933.39) |
| 640 | Equipment | Bulbs and Ballasts | 1856.47 | 1,547.05 |
| 640 | Leasehold Improvement | Glass Repair | 1586.98 | 569.68 |
| 645 | Equipment | Bulbs and Ballasts | 2622.53 | 2,185.43 |
| 660 | Equipment | Bulbs and Ballasts | 3825 | 3,400.00 |
| 662 | Leasehold Improvement | Build-Out (PROJECT) | 6,417.43 | 6,417.43 |
| 681 | Leasehold Improvement | Glass Repair | 1533.87 | 1,433.76 |
| 687 | | | 4,495.03 | 4,495.03 |
| 695 | | | 1,050.00 | 1,050.00 |
| 695 | Equipment | Bulbs and Ballasts | 1800 | 1,600.00 |
| 686 | Leasehold Improvement | Sign Repairs by LL | 2,055.67 | 2,055.67 |
| 680 | Leasehold Improvement | Parking Lots Striping | 3,512.44 | 3,512.44 |
| 407 | Leasehold Improvement | HVAC | 1961 | 1,961.00 |
| 413 | Leasehold Improvement | Plumbing Repair | 1,635.00 | 1,553.22 |
| 456 | Leasehold Improvement | New-Store Renovations (PROJECT) | 34,217.12 | 34,217.12 |
| 456 | Leasehold Improvement | New-Store Renovations (PROJECT) | 5,694.56 | 5,694.56 |
| 456 | Leasehold Improvement | New-Store Renovations (PROJECT) | 6,593.77 | 6,593.77 |
| 456 | Leasehold Improvement | New-Store Renovations (PROJECT) | 660.00 | 660.00 |
| 456 | Leasehold Improvement | New-Store Renovations (PROJECT) | 9,232.54 | 9,232.54 |
| 478 | Leasehold Improvement | HVAC | 10137.7 | 10,137.70 |
| 637 | Leasehold Improvement | Elevator Repair (PROJECT) | 2,575.06 | 2,575.06 |
| 660 | Leasehold Improvement | Fire Extinguishers | 1,720.78 | 1,663.42 |
| 662 | Leasehold Improvement | Build-Out (PROJECT) | 3,449.20 | 3,449.20 |
| 687 | Leasehold Improvement | !!Texas Accessibility Plan (We should wait till we get l | 1,596.69 | 1,596.69 |
| 687 | Leasehold Improvement | !!we have INV but it does not have enough info-Inv w | 7,507.14 | 7,507.14 |
| 688 | Leasehold Improvement | HVAC (PROJECT?) | 1574.99 | 1,574.99 |
| 689 | Leasehold Improvement | HVAC | 2250 | 2,250.00 |
| 402 | Leasehold Improvement | Plumbing Repair | 1602 | 1,602.00 |
| 413 | Equipment | Bulbs and Ballasts | 3,031.43 | 2,947.22 |
| 419 | Leasehold Improvement | Pavement Repair | 12,272.35 | 11,863.27 |
| 419 | Leasehold Improvement | HVAC | 4461.53 | 4,461.53 |
| 440 | Equipment | New Store Phone System (PROJECT?) | 1,068.78 | 1,068.78 |
| 442 | Leasehold Improvement | HVAC | 2,132.50 | 1,980.16 |
| 442 | Leasehold Improvement | HVAC | 3,817.18 | 3,544.54 |
| 442 | Leasehold Improvement | HVAC (50% DEPOSIT) | 3,045.40 | 3,045.40 |
| 447 | Leasehold Improvement | HVAC | 1,987.14 | 1,845.18 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 6,673.26 | 6,673.26 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 550.00 | 550.00 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 7,934.80 | 7,934.80 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 760.00 | 760.00 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 600.00 | 600.00 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 9,438.26 | 9,438.26 |

In re FP Stores, Inc.
Case No. 18-11804
Attachment B.41

| Store | Type | Description | Basis | Accum Dpen |
|-------|------|-------------|-------|------------|
| 456 | Equipment | New Store Phone System (PROJECT) | 1,078.79 | 1,078.79 |
| 456 | Leasehold Improvement | New Store Construction (PROJECT) | 21,054.28 | 21,054.28 |
| 458 | Furniture & Fixtures | Fixtures | 127,301.58 | 116,693.08 |
| 464 | Leasehold Improvement | HVAC | 1752 | 1,752.00 |
| 476 | Equipment | Bulbs and Ballasts | 1,820.44 | 1,769.87 |
| 606 | Leasehold Improvement | HVAC | 1700.89 | 1,700.89 |
| 630 | Leasehold Improvement | HVAC | 2613.85 | 2,613.85 |
| 637 | Leasehold Improvement | Ceiling Tiles | 2447.77 | 2,447.77 |
| 640 | Leasehold Improvement | HVAC | 16634.61 | 16,634.61 |
| 651 | Leasehold Improvement | HVAC | 9429.81 | 9,429.81 |
| 675 | Equipment | EAS System | 3043.56 | 3,043.56 |
| 691 | Leasehold Improvement | HVAC | 4019.8 | 4,019.80 |
| 691 | | | 4,446.07 | 4,446.07 |
| 695 | Leasehold Improvement | HVAC | 2909.63 | 2,909.63 |
| 481 | Leasehold Improvement | Lock Repair/Replacement | 2,483.72 | 2,483.72 |
| 440 | Equipment | Installation of CCTV System - New Store | 13,934.96 | 13,934.96 |
| 440 | Equipment | New Store phone system | 182.61 | 182.61 |
| 440 | Equipment | New Store phone system | 284.78 | 284.78 |
| 440 | Leasehold Improvement | New Store Project | 17,088.18 | 17,088.18 |
| 440 | Equipment | New Store : Amp | 217.17 | 217.17 |
| 440 | | | 142.17 | 142.17 |
| 440 | | | 277.10 | 277.10 |
| 456 | Leasehold Improvement | New Store Project | 24,552.42 | 24,552.42 |
| 456 | Leasehold Improvement | New Store Project | 6,997.92 | 6,997.92 |
| 456 | Leasehold Improvement | New Store Project | 325.00 | 325.00 |
| 456 | Leasehold Improvement | New Store Project | 11,408.00 | 11,408.00 |
| 456 | Leasehold Improvement | New Store Project | 598.00 | 598.00 |
| 456 | Furniture & Fixtures | New Store Fixtures | 1,108.00 | 1,108.00 |
| 456 | Furniture & Fixtures | New Store Fixtures | 668.42 | 668.42 |
| 456 | Equipment | New Store phone system | 284.79 | 284.79 |
| 456 | Equipment | New Store : Amp | 217.17 | 217.17 |
| 456 | | | 142.17 | 142.17 |
| 457 | Equipment | EAS System | 7,475.00 | 7,475.00 |
| 603 | Leasehold Improvement | HVAC | 1,832.21 | 1,832.21 |
| 615 | Leasehold Improvement | Door Repair | 2,412.42 | 2,412.42 |
| 629 | Leasehold Improvement | HVAC | 14,675.00 | 14,675.00 |
| 637 | Leasehold Improvement | Ceiling Tile Project | 1,984.55 | 1,984.55 |
| 637 | Leasehold Improvement | Ceiling Tile Project | 199.08 | 199.08 |
| 637 | Leasehold Improvement | Code Compliance | 2,862.47 | 2,862.47 |
| 637 | Leasehold Improvement | Code Compliance | 2,865.80 | 2,865.80 |
| 668 | Leasehold Improvement | Door Repair | 2,760.89 | 2,760.89 |
| 675 | Leasehold Improvement | HVAC | 1,518.76 | 1,518.76 |
| 679 | Leasehold Improvement | HVAC | 2,245.25 | 2,245.25 |
| 682 | Leasehold Improvement | HVAC | 2,819.25 | 2,819.25 |
| 694 | Leasehold Improvement | HVAC | 1,606.18 | 1,606.18 |
| 695 | Leasehold Improvement | HVAC | 3,028.57 | 3,028.57 |
| 697 | Leasehold Improvement | Façade Repair (PROJECT?) | 1,040.00 | 1,040.00 |

**Fill in this information to identify the case:**

Debtor name    **FP Stores, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11804 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**  Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **CSC, as Representative** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Equipment Lease**                    | Unknown | Unknown

**P.O. Box 2576**
**Wichita, KS 67208**

Creditor's mailing address

Describe the lien
**UCC-1 Filing**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Encina Business Credit, LLC** | | $70,842,800.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

**Administrative & Collateral**
**Agent**
**Thomas Sullivan**
**111 W. Jackson, Suite 1700**
**Chicago, IL 60604**

Creditor's mailing address

Describe the lien
**ABL Credit Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 4

Debtor  **FP Stores, Inc.**                                              Case number (if know)  **18-11804 (LSS)**

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Gordon Brothers Finance Company** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$30,000,000.00**    **Unknown** |
| | **Administrative Agent and Lender** **David Vega** **800 Boylston Street, 27th Flr.** **Boston, MA 02199** | **All assets of the Debtor** | |

Creditor's mailing address

**Describe the lien**
**Term Loan and Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Jules and Associates** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown**    **Unknown** |
| | **515 S. Figueroa Street, Suite 1950** **Los Angeles, CA 90071** | **Equipment Lease** | |

Creditor's mailing address

**Describe the lien**
**UCC-1 Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Michael Fallas** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$10,000,000.00**    **Unknown** |
| | **15001 Figueroa Street** **Gardena, CA 90248** | **All assets of the Debtor** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **FP Stores, Inc.**
_____
Name

Case number (if know)    **18-11804 (LSS)**

---

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Security Interest**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Reich Bros. Business Solutions LLC** | | |
|---|---|---|---|

Creditor's Name

**267 Central Ave.
White Plains, NY 10606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
**UCC-1 Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.7 | **Susquehanna Commercial Finance** | | |
|---|---|---|---|

Creditor's Name

**2 Country View Road, Suite 300
Malvern, PA 19355**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
**UCC-1 Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Unknown    Unknown

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Debtor **FP Stores, Inc.**
Name

Case number (if know) **18-11804 (LSS)**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.8 | **TCF Equipment Finance, Inc.** |
| --- | --- |

Creditor's Name

**11100 Wayzata Blvd.**
**Minnetonka, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**
**UCC-1 Filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $110,842,800 .00 |

Part 2: **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FP Stores, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11804 (LSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Abao,Margarita P**<br>**840 S 33rd Ave**<br>**Phoenix, AZ 85009-5640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,598.42** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Abarca Casas,Yolanda A**<br>**288 Broadway St**<br>**SP 77**<br>**Chula Vista, CA 91910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53.68** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **FP Stores, Inc.**      Case number (if known)    **18-11804 (LSS)**

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.16 | Unknown |
|---|---|---|---|---|

**Abasolo,Edith D**
**2810 E 15th St**
**National City, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $746.90 | Unknown |
|---|---|---|---|---|

**Abercrombie,Avis C**
**9709 S Crenshaw Blvd Apt 4**
**Inglewood, CA 90305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | Unknown |
|---|---|---|---|---|

**Acevedo,Francisco F**
**1956 Holbrook Ln**
**Hoffman Estate, IL 60169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.36 | Unknown |
|---|---|---|---|---|

**Acevedo,Maria**
**719 E. Home St.**
**Rialto, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,274.63 | Unknown

**Aceves,Gladis**
**14265 Terrabella  St**
**Apt. #56**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.66 | Unknown

**Acosta,Maria G**
**3242 Cudahy St.**
**Huntington Park, CA 90255**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.95 | Unknown

**Acosta,Sonia**
**727 W Honolulu Dr**
**Lindsay, CA 93247**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,498.10 | Unknown

**Acosta,Tania Grisell**
**P.O. Box 7765**
**San Lus, AZ 85349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.42 | Unknown |
|---|---|---|---|---|
| | **Adams,Asianna T**<br>**408 Belmont Ave Apt 1R**<br>**Springfield, MA 01108** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $221.88 | Unknown |
|---|---|---|---|---|
| | **Adams,James E**<br>**1800 Forane St**<br>**Barstow, CA 92311** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36.36 | Unknown |
|---|---|---|---|---|
| | **Agramonte,Yaneida**<br>**1029 N Milton Ave**<br>**Baltimore, MD 21205** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $316.14 | Unknown |
|---|---|---|---|---|
| | **Aguayo,Maria A**<br>**128 Napa**<br>**Watsonville, CA 95076** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.76 | Unknown |
|---|---|---|---|---|

**Aguilar De Herrera,Blanca A**
**8839 Canterbury Ave**
**Arleta, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.98 | Unknown |
|---|---|---|---|---|

**Aguilar Torres,Maritza**
**28167 Avenue 13 1/2**
**Madera, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.93 | Unknown |
|---|---|---|---|---|

**Aguilar Torres,Raquel**
**2269 Emerson Ave**
**Merced, CA 95340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.25 | Unknown |
|---|---|---|---|---|

**Aguilar,Acela**
**261 Willow Rd Apt A**
**San Ysidro, CA 92173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**Aguilar, Alejandra**
**7240 Lankershim Blvd**
**Apt 136**
**N Hollywood, CA 91605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$828.92** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Aguilar, Andrea J**
**5901 Fairfax Rd.**
**Apt. #A**
**Bakersfield, CA 93306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$89.25** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Aguilar, Barbara J**
**24214 Webster Ave**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$61.38** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Aguilar, Claudia**
**1502 1/2 W. 62nd Street**
**Los Angeles, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$449.31** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,936.00** | **Unknown** |
|---|---|---|---|---|

**Aguilar,Dolores**
**1108 E.Belgravia Ave**
**Fresno, CA 93706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | | **$36.17** | **Unknown** |
|---|---|---|---|---|

**Aguilar,Gustavo**
**5661 Kester Ave**
**Sherman Oaks, CA 91411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | | **$1,697.08** | **Unknown** |
|---|---|---|---|---|

**Aguilar,Josefa**
**170 Northstar Dr.**
**Pittsburg, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | | **$771.95** | **Unknown** |
|---|---|---|---|---|

**Aguilar,Odilia E**
**1744 1/2 N Berendo St**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address

**Aguilar,Olga Olivia**
**4114 Camino De La Plaza**
**Apt 22F**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$546.50    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address

**Aguilar,Reyna L**
**357 Zachary Padilla Ave**
**Azusa, CA 91702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$619.97    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address

**Aguilar,Stephanie**
**2196 E 101 St**
**Apt 420**
**Los Angeles, CA 90002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$497.27    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address

**Aguilera,San Juanita**
**8838 Star Creek Dr**
**San Antonio, TX 78251-2546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14.28    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $518.08 | Unknown |
|---|---|---|---|---|

**Aguirre Rodriguez,Maria Y
1100 Industrial Blvd
Spc# C21
Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | | $77.91 | Unknown |
|---|---|---|---|---|

**Aguirre,Karen
1347 1/2 W 36th Pl
Los Angeles, CA 90007-4028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | | $16.94 | Unknown |
|---|---|---|---|---|

**Aguirre,Marlen M
2701 Perez Rd Apt 204
Pasadena, TX 77502-4610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | | $1,176.39 | Unknown |
|---|---|---|---|---|

**Aguirre,Serina
1642 W Griffith Way
Fresno, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.50 | Unknown |
|---|---|---|---|---|

**Aker,Barbara J**
**6252 Winding Way**
**Carmichael, CA 95608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.16 | Unknown |
|---|---|---|---|---|

**Albanez,Jesus R**
**418 D st**
**C**
**Brawley, CA 92227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.90 | Unknown |
|---|---|---|---|---|

**Albarran,Rosa M**
**519 25Th St**
**Apt 1**
**San Diego, CA 92102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.88 | Unknown |
|---|---|---|---|---|

**Albert,Krystal R**
**2220 S Real Rd Apt 110**
**Bakersfield, CA 93309-5282**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|

Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.45 | Unknown |
|---|---|---|---|---|

**Alcala,Debbie L**
**9816 Avalon St**
**Rancho Cucamonga, CA 91701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.98 | Unknown |
|---|---|---|---|---|

**Alcantar,Cynthia B**
**4401 Balboa Dr Apt C**
**Bakersfield, CA 93307-4666**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.20 | Unknown |
|---|---|---|---|---|

**Alcaraz,Alejandro B**
**105 Kenneth Ave**
**Salinas, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.64 | Unknown |
|---|---|---|---|---|

**Alcaraz,Maria G**
**25 W 2Nd St**
**Heber, CA 92249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.92 | Unknown |
|---|---|---|---|---|

**Alcaraz,Miriam S**
**577 W Alcross St**
**Covina, CA 91722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.22 | Unknown |
|---|---|---|---|---|

**Alcocer,Josie S**
**12355 Telfair Ave**
**Sylmar, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.11 | Unknown |
|---|---|---|---|---|

**Alejandre,Veronica Susana**
**1100 Industrial Blvd**
**Space F-4**
**Chula  Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.02 | Unknown |
|---|---|---|---|---|

**Alejo,Genesis E**
**291 Riverpark Blvd**
**Oxnard, CA 93036-7619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.70 | Unknown |
| --- | --- | --- | --- | --- |
| | **Alexander,Rochelle L**<br>**1150 Modena St**<br>**Gastonia, NC 28054** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 | Unknown |
| --- | --- | --- | --- | --- |
| | **Alfaro Calderon,Veronica**<br>**250 Guttenberg St**<br>**San Francisco, CA 94112-4346** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.54 | Unknown |
| --- | --- | --- | --- | --- |
| | **Alfaro Esparza,Maria C.**<br>**2397 E Beyer Blvd.**<br>**Apt# 5**<br>**San Ysidro, CA 92173** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.91 | Unknown |
| --- | --- | --- | --- | --- |
| | **Alford,Rosa Maria**<br>**4224 Camino De La**<br>**Plaza  Apt. # 24b**<br>**San Ysidro, CA 92173-3032** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.62 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Alfred,Maria A
1601 Garnet Ln
Apt 3406
Fort Worth, TX 76112-3690**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.52
Priority creditor's name and mailing address
**Almento,Susana L
985 S. Capitol Ave
San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.10    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.53
Priority creditor's name and mailing address
**Alonzo,Guadalupe
820 A Lincoln St
Watsonville, CA 95076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$602.69    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.54
Priority creditor's name and mailing address
**Alvarado Pasillas,Yesenia
3120 Paula St.
Oxnard, CA 93033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$632.83    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$858.06** | **Unknown** |
|---|---|---|---|---|
| | **Alvarenga De Cabrera,Evangelina**<br>**14806 Sylvan St.**<br>**Apt 14**<br>**Van Nuys, CA 91411** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$597.60** | **Unknown** |
|---|---|---|---|---|
| | **Alvarenga Palma,Sonia Y**<br>**840 Treat Ave**<br>**Apt A**<br>**San Francisco, CA 94110** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,023.17** | **Unknown** |
|---|---|---|---|---|
| | **Alvarez,Brian I**<br>**422 North Avalon Blvd**<br>**Wilmington, CA 90744** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,380.40** | **Unknown** |
|---|---|---|---|---|
| | **Alvarez,Daisy Y**<br>**13726 Judd St**<br>**Pacoima, CA 91331** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.59** Priority creditor's name and mailing address

**Alvarez, Digna**
**18855 Vanowen St.**
**Apt. #6**
**Reseda, CA 91335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,465.52    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.60** Priority creditor's name and mailing address

**Alvarez, Jenny**
**14660 Polt St.**
**Miami, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,038.46    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.61** Priority creditor's name and mailing address

**Alvarez, Laura V**
**1058 Escalante St**
**Guadalupe, CA 93434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.10    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.62** Priority creditor's name and mailing address

**Amaro, Samantha**
**600 W Fesler St**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$257.18    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $303.69 | Unknown |
|---|---|---|---|---|

**Amaya,Oscar**
**6708 Whitesett Ave Apt 4**
**North Hollywood, CA 91606**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.11 | Unknown |
|---|---|---|---|---|

**Ambrose,Lindsey M**
**14173 Green tree Bldv apt 253**
**Victorville, CA 92395**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $603.68 | Unknown |
|---|---|---|---|---|

**Anchondo,Guadalupe**
**4856 Logan Ave.**
**#204**
**San Diego, CA 92113**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.18 | Unknown |
|---|---|---|---|---|

**Andriano,Imelda H**
**819 Monterey St Apt D**
**Bakersfield, CA 93305-4461**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,223.70** | **Unknown** |
|---|---|---|---|---|
| | **Angulo,Elizabeth**<br>**1662 Wetherly Ct**<br>**Las Vegas, NV 89156** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,131.40** | **Unknown** |
|---|---|---|---|---|
| | **Angulo,Marlene**<br>**16311 1/2 Cornuta Ave.**<br>**Bellflower, CA 90706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.44** | **Unknown** |
|---|---|---|---|---|
| | **Antonio,Marjorie**<br>**10000 S. Maryland Prkwy #1102**<br>**Las Vegas, NV 89183** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.67** | **Unknown** |
|---|---|---|---|---|
| | **Antunez,Irene**<br>**1330 S  Rene Dr**<br>**Santa Ana, CA 92704** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.28 | Unknown |
|---|---|---|---|---|

**Anuario Lopez,Marilyn I**
**740 N Viceroy Ave**
**Covina, CA 91723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.79 | Unknown |
|---|---|---|---|---|

**Anwar,Shabnaj**
**7704 Hanover Pkwy  Apt 302**
**Greenbelt, MD 20770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $394.72 | Unknown |
|---|---|---|---|---|

**Apaez,Elizabeth**
**20222 roscoe blvd.**
**Apt 20**
**Winnetka, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.58 | Unknown |
|---|---|---|---|---|

**Araiza,Selena B**
**6601 Victoria Ave Apt 345**
**Highland, CA 92346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.21 | Unknown |
|---|---|---|---|---|

**Arambula Vega,Cristina**
**19476 Hathaway Ave**
**Hayward, CA 94541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.73 | Unknown |
|---|---|---|---|---|

**Arambula,Gregoria**
**814 S. Flower St.**
**Apt# B**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,539.72 | Unknown |
|---|---|---|---|---|

**Arant,Debbie**
**2405 Berrywood Dr**
**Rancho Cordova, CA 95670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.93 | Unknown |
|---|---|---|---|---|

**Arias,Jenette**
**2214 East Nugent**
**Lancaster, CA 93535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$168.74** | **Unknown** |
|---|---|---|---|---|
| | **Arias,Marrisa M**<br>**2265 W Simpson St**<br>**Fresno, CA 93705** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$139.20** | **Unknown** |
|---|---|---|---|---|
| | **Arias,Pastora**<br>**14561 Chevalier St.**<br>**Baldwin Park, CA 91706** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11.73** | **Unknown** |
|---|---|---|---|---|
| | **Arreola Lopez,Lizbeth**<br>**875 W San Ysidro Blvd Unit 10**<br>**San Ysidro, CA 92173-1877** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$436.46** | **Unknown** |
|---|---|---|---|---|
| | **Artiga De Castillo,Francisca**<br>**1339 S. Toberman St.**<br>**Los Angeles, CA 90015** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.83** | Priority creditor's name and mailing address
**Arvizu,Norma Esthela**
**545 Multy Ct.**
**Apt# 2**
**Rio Rico, AZ 85648**

As of the petition filing date, the claim is: **$946.08**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.84** | Priority creditor's name and mailing address
**Ashton,Ashley H**
**100 Cherry Dr**
**Roebuck, SC 29376**

As of the petition filing date, the claim is: **$722.04**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.85** | Priority creditor's name and mailing address
**Auceda,Gilliam**
**1524 E 81 st**
**Los Angeles, CA 90001**

As of the petition filing date, the claim is: **$287.92**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.86** | Priority creditor's name and mailing address
**Avalos Ramirez,Claudia E**
**18481 Gadsden**
**Gadsden, AZ 85336**

As of the petition filing date, the claim is: **$356.16**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.46 | Unknown |
|---|---|---|---|---|

**Avalos,Alma C**
**7156 Glenwood Ln**
**Hanover Park, IL 60133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.11 | Unknown |
|---|---|---|---|---|

**Avalos,Marissa**
**121 W Ferguson Ave**
**Visalia, CA 93291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.51 | Unknown |
|---|---|---|---|---|

**Avalos,Veronica**
**515 San Benito St.**
**Salinas, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $732.33 | Unknown |
|---|---|---|---|---|

**Avelar,Hermenegilda**
**1015 W. 58th St.**
**#10**
**Los Angeles, CA 90037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.85 | Unknown |
|---|---|---|---|---|

**Avila,Angela L**
**434 Leon Ave**
**Modesto, CA 95351-3224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.25 | Unknown |
|---|---|---|---|---|

**Avila,Elizabeth**
**1235 Garner Ave Apt C**
**Salinas, CA 93905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $474.90 | Unknown |
|---|---|---|---|---|

**Avila,Guadalupe**
**7508 Camelot Rd**
**Fort Worth, TX 76134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.20 | Unknown |
|---|---|---|---|---|

**Avila,Mariana**
**2305 E Hammond Ave**
**Fresno, CA 93703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address
**Avila,Nohemi E**
**1829 N Date Ave**
**Rialto, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$199.87    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address
**Ayala,Irma E**
**122 W I St**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$973.08    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address
**Ayala,Margarita**
**1852 Opal Ct**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$559.57    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address
**Baca,Erika Y**
**4616 S whipple St**
**Chicago, IL 60632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$52.39    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.11 | Unknown |
|---|---|---|---|---|

**Bacon,Nikola M**
**1235 W Manning Ave**
**Reedley, CA 93654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,732.00 | Unknown |
|---|---|---|---|---|

**Baez Lopez,Martha A**
**16478 Mahogany Way**
**Delhi, CA 95315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.58 | Unknown |
|---|---|---|---|---|

**Balbuena Norverto,Amalia**
**295 C St**
**Chula Vista, CA 91910-1071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.99 | Unknown |
|---|---|---|---|---|

**Balderas,Mary Ann**
**2212 Placer Dr**
**Bay Point, CA 94565-3344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.49 | Unknown |
|---|---|---|---|---|
| | **Baldovinos,Maria G** <br> **3129 1/2 Chadwick Dr** <br> **Los Angeles, CA 90032** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.92 | Unknown |
|---|---|---|---|---|
| | **Baltimore,William R** <br> **1225 N Grove St** <br> **Redlands, CA 92374** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,046.07 | Unknown |
|---|---|---|---|---|
| | **Banuelos,Alicia** <br> **6740 Peralta Pl** <br> **Jurupa Valley, CA 92509** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.05 | Unknown |
|---|---|---|---|---|
| | **Barajas Garcia,Sonia** <br> **12210 Dorsey** <br> **Apt 1** <br> **Waterford, CA 95386** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$432.63** | **Unknown** |
|---|---|---|---|---|

**Barajas,Audrey**
**14299 La Paz Dr.**
**#52**
**Victorville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$74.80** | **Unknown** |
|---|---|---|---|---|

**Barajas,Gabriela**
**2179 W.Granite Creeck**
**Merced, CA 95348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$105.27** | **Unknown** |
|---|---|---|---|---|

**Barajas,Norma**
**1809 Lacey St Apt 15**
**Bakersfield, CA 93304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$498.52** | **Unknown** |
|---|---|---|---|---|

**Barajas,Rosa Maria**
**1029 Florida St.**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor  **FP Stores, Inc.**
_____  Case number (if known)   **18-11804 (LSS)**
Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.65 | Unknown |
|---|---|---|---|---|

**Barajas,Yessenia**
**208 E 78Th Street**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Accrued Vacation and PTO**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.96 | Unknown |
|---|---|---|---|---|

**Barbee,Keyearra A**
**519 Wren Ave**
**Duncanville, TX 75116-2747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Accrued Vacation and PTO**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.97 | Unknown |
|---|---|---|---|---|

**Barela,Lorraine S**
**16211 Cornuta Ave**
**Bellflower, CA 90706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Accrued Vacation and PTO**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.20 | Unknown |
|---|---|---|---|---|

**Barkow,Kimberly Lynn**
**4848 Piper St.**
**Fremont, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          **Accrued Vacation and PTO**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☑ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.10 | Unknown |
|---|---|---|---|---|

**Barnes, Deborah**
**205 Graves Ave**
**Sacramento, CA 95838**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.22 | Unknown |
|---|---|---|---|---|

**Barragan, Nancy**
**105 W. Virginia St #A**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.94 | Unknown |
|---|---|---|---|---|

**Barrera, Paola M**
**1555 Tangerine Dr Pr 906**
**Orange  Cove, CA 93646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.03 | Unknown |
|---|---|---|---|---|

**Barrial, Beatriz**
**2135 NE 169 ST**
**Apt# 106**
**North Miami Beach, FL 33162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.119** | Priority creditor's name and mailing address

**Barriga Delgado,Brenda**
**164 Shasta St**
**Watsonville, CA 95076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$538.23   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.120** | Priority creditor's name and mailing address

**Barringer,Carrie**
**33 Hanson Dr**
**Springfield, MA 01128-1019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$116.64   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.121** | Priority creditor's name and mailing address

**Barth,Timothy M**
**140 S Palomas Ave**
**Tucson, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$415.68   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.122** | Priority creditor's name and mailing address

**Bassey,Bassey N**
**5915 Cherrywood Ter apt 301**
**Greenbelt, MD 20770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$74.06   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.123 | Priority creditor's name and mailing address<br><br>**Basurto Mani,Veronica**<br>**104 E 51 St**<br>**Apt# 4**<br>**Los Angeles, CA 90011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$468.39** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address<br><br>**Bauer,Kristin A**<br>**439 Church Ave**<br>**Apt C**<br>**Chula Vista, CA 91910** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$451.92** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address<br><br>**Bautista,Cecelia**<br>**8292 Whitaker St.**<br>**Apt. #14**<br>**Buena Park, CA 90621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$403.62** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address<br><br>**Bautista,Concepcion**<br>**134 S. Pritchard Ave**<br>**#6**<br>**Fullerton, CA 92833** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$262.64** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $34.58 | Unknown |
|---|---|---|---|---|

**Beadles,Brittany**
**5112 Mount Rainier Dr.**
**Sacramento, CA 95842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.99 | Unknown |
|---|---|---|---|---|

**Beard,Zhane L**
**2825 Croft Dr**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $454.40 | Unknown |
|---|---|---|---|---|

**Becerra,Maria Dora**
**7033 N Farris Ave**
**Fresno, CA 93650-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $399.97 | Unknown |
|---|---|---|---|---|

**Bedoya,Ailyn**
**3145 sw 103 ave apto 114**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **FP Stores, Inc.**    Case number (if known)    **18-11804 (LSS)**

Name

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,933.25 | Unknown |
|---|---|---|---|---|
| | **Beebe,Charlotte**<br>**2311 Nightshade Ln.**<br>**Santa Maria, CA 93455** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.07 | Unknown |
|---|---|---|---|---|
| | **Beechum,Danielle D**<br>**16110 Pebble Beach Dr Apt14**<br>**VictorVille, CA 92395** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.40 | Unknown |
|---|---|---|---|---|
| | **Belfor,Bookertee**<br>**105 NW 14th Way**<br>**Dania Beach, FL 33004** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.74 | Unknown |
|---|---|---|---|---|
| | **Bell,Ozelia M**<br>**1351 Southview Dr**<br>**Apt 203**<br>**Oxon Hill, MD 20745** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address<br>**Bella,Marcus P**<br>**368 W Morton Ave**<br>**Porterville, CA 93257-3558** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12.65** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address<br>**Belmontes,Victoria**<br>**1460 gaviota dr**<br>**salinas, CA 93905** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,929.89** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address<br>**Beltran Duenez,Karla F**<br>**340 North Wayside Dr Apt A**<br>**Nogales, AZ 85621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,902.45** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address<br>**Beltran,Adilene**<br>**6524 Marbrisa Ave**<br>**Huntington Park, CA 90255-5777** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61.22** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.88 | Unknown |
|---|---|---|---|---|

**Beltran,Ana**
**1908 Lake St**
**Bakersfield, CA 93305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.57 | Unknown |
|---|---|---|---|---|

**Benavides De Aguayo,Rosalina**
**1524 N. Clenn**
**Ontario, CA 91764**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.80 | Unknown |
|---|---|---|---|---|

**Benitez,Rosa**
**117 W Cypress St**
**Compton, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.16 | Unknown |
|---|---|---|---|---|

**Bennett,Chelsea J**
**874 Trailmore Circle**
**Sumter, SC 29154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $545.11 | Unknown |
|---|---|---|---|---|
| | **Bermudez Salazar,Sonia**<br>**911 Ericksen Dr**<br>**Pomona, CA 91768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $126.00 | Unknown |
|---|---|---|---|---|
| | **Bermudez,Maria N**<br>**281 South H St**<br>**Porterville, CA 93257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $105.27 | Unknown |
|---|---|---|---|---|
| | **Bernard,Justin**<br>**43 Claremont St**<br>**Springfield, MA 01108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $194.81 | Unknown |
|---|---|---|---|---|
| | **Berry,Kanisha C**<br>**5400 SW 12th St Apt 108**<br>**North Lauderdale, FL 33068-4001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.04 | Unknown |
|---|---|---|---|---|
| | **Betancourt,Gilbert**<br>**10733 Inez St**<br>**Whittier, CA 90605** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.84 | Unknown |
|---|---|---|---|---|
| | **Binkley,Linette**<br>**2028 Louise Ave**<br>**Kingman, AZ 86401** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.40 | Unknown |
|---|---|---|---|---|
| | **Bishop,Megan L**<br>**536 E Boone St Apt 122**<br>**Santa Maria, CA 93454-5885** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.26 | Unknown |
|---|---|---|---|---|
| | **Blackburn,Antwanayia R**<br>**15105 Brookside Ct**<br>**Victor Ville, CA 92394** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50.23 | Unknown |
|---|---|---|---|---|
| | **Blackmon,Carla D**<br>**2413 Hooftrail Way**<br>**Antioch, CA 94531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $23.98 | Unknown |
|---|---|---|---|---|
| | **Blancas,Serena V**<br>**1475 E Bulldog Ln Apt 103**<br>**Fresno, CA 93710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,601.51 | Unknown |
|---|---|---|---|---|
| | **Blanco,Lourdes**<br>**6211 Palm Ave.**<br>**Bell, CA 90201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $333.74 | Unknown |
|---|---|---|---|---|
| | **Boas,Susan**<br>**146 Corona Street**<br>**Springfield, MA 01104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $12.21 | Unknown |
|---|---|---|---|---|
| | **Bonani,Shaida J**<br>**411 W Cook St**<br>**Santa Maria, CA 93458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $240.24 | Unknown |
|---|---|---|---|---|
| | **Bondurant,Larry**<br>**1840 N Reed Ave**<br>**Apt A**<br>**Reedley, CA 93654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $372.40 | Unknown |
|---|---|---|---|---|
| | **Bonilla,Maria**<br>**8701 Arrow Rte Apt 110F**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $518.28 | Unknown |
|---|---|---|---|---|
| | **Bonilla,Maria Sotera**<br>**45 Navajo Street**<br>**Nogales, AZ 85621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.02 | Unknown |
|---|---|---|---|---|

**Bonner,Jacquiline**
**4848 San Felipe Rd Ste 1506**
**San Jose, CA 95135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,063.16 | Unknown |
|---|---|---|---|---|

**Borquez,Jesica**
**8504 Willis Ave**
**Apt 4**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.11 | Unknown |
|---|---|---|---|---|

**Bosancic,Marijana**
**3518 W Orange Ave**
**Apt# A**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.40 | Unknown |
|---|---|---|---|---|

**Botello,Maria L**
**3801 N 50th Dr**
**Phoenix, AZ 85031-3135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.163** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,923.08** | **Unknown**

**Bowden,Tiffany R**
**1015 Coalport Rd**
**Hope Mills, NC 28348**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.164** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$140.45** | **Unknown**

**Boyd,Michael**
**337 East Ave K10**
**Lancaster, CA 93535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.165** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$405.70** | **Unknown**

**Boynton,Ebony**
**5421 SW 28th St.**
**West Park, FL 33023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.166** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$266.20** | **Unknown**

**Brackett,Candida R**
**1245 N Sycamore Ave**
**Rialto, CA 92376**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $848.27 | Unknown |
|---|---|---|---|---|

**Bradford,Aujanae**
**1528 S. Tamarind**
**Compton, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.10 | Unknown |
|---|---|---|---|---|

**Brantman,Joshua**
**755 St. James Ave.**
**Springfield, MA 01104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.25 | Unknown |
|---|---|---|---|---|

**Brawders,Tyler N**
**14025 Village View Drive**
**Tampa, FL 33624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.88 | Unknown |
|---|---|---|---|---|

**Bridges,Doriyona L**
**1633 90th Ave**
**Oakland, CA 94603-1505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.30 | Unknown |
|---|---|---|---|---|

**Bright,Latoya A**
5968 Ironwood St
San Bernardino, CA 92404-3220

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.40 | Unknown |
|---|---|---|---|---|

**Briseno,Angela M**
2600 Carlita Ct
Bakersfield, CA 93304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.88 | Unknown |
|---|---|---|---|---|

**Brock,Dashea A**
1631 Moore Ave
Streamwood, IL 60107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.93 | Unknown |
|---|---|---|---|---|

**Brown II,Kerry A**
5436 Hesper Way
Carmichael, CA 95608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $363.86 | Unknown |
|---|---|---|---|---|
| | **Brown,Janice**<br>**15538 8th St.**<br>**Victorville, CA 92395** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $504.00 | Unknown |
|---|---|---|---|---|
| | **Brown,Jennifer**<br>**1510 N Haulpai Rd**<br>**Tucson, AZ 85745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $30.60 | Unknown |
|---|---|---|---|---|
| | **Brown,Tammy C**<br>**1033 Edmondson Ave Apt 1**<br>**Baltimore, MD 21223-1325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $80.83 | Unknown |
|---|---|---|---|---|
| | **Brown,Taylor**<br>**508 E Ave Q4 Apt 3**<br>**Palmdale, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.72 | Unknown |
|---|---|---|---|---|
| | **Bumpus,Amber S** | Check all that apply. | | |
| | **1340 Pettis St.** | ☐ Contingent | | |
| | **Porterville, CA 93257** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.69 | Unknown |
|---|---|---|---|---|
| | **Bursiaga,Jesus** | Check all that apply. | | |
| | **324 San Marino Ct** | ☐ Contingent | | |
| | **Hanford, CA 93230** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.08 | Unknown |
|---|---|---|---|---|
| | **Burton,Tangela** | Check all that apply. | | |
| | **3701 173rd Court Apt 5D** | ☐ Contingent | | |
| | **Lansing, IL 60438** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.99 | Unknown |
|---|---|---|---|---|
| | **Butler,Deonyicka D** | Check all that apply. | | |
| | **517 Eagle Dr** | ☐ Contingent | | |
| | **DeSoto, TX 75115** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Accrued Vacation and PTO** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.47 | Unknown |
|---|---|---|---|---|

**Caballero,Jennifer G**
**168 Carr Ave Unit E**
**Salinas, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.22 | Unknown |
|---|---|---|---|---|

**Cabanas,Martha**
**1530 W 11th St**
**Santa Ana, CA 92703-2007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $734.69 | Unknown |
|---|---|---|---|---|

**Cable,Richard P**
**6425 Tupelo Dr**
**Apt# 75**
**Citrus Heights, CA 95621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.31 | Unknown |
|---|---|---|---|---|

**Cabral,Celeste**
**1800 Planz Rd**
**Bakersfield, CA 93304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,019.24 | Unknown |
|---|---|---|---|---|

**Cabrieles,Eva A**
**3878 Rey David Dr.**
**Brownsville, TX 78521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $396.84 | Unknown |
|---|---|---|---|---|

**Cacho,Tatiana**
**13108 jouett.st**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $502.92 | Unknown |
|---|---|---|---|---|

**Cadena,Elizabeth M**
**1225 S Miller St**
**Santa Maria, CA 93454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $57.31 | Unknown |
|---|---|---|---|---|

**Calderon,Adam**
**2550 N Vernal Ave**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$482.30**   **Unknown** |
| | **Calderon,Felicitas** | *Check all that apply.* | |
| | **11151 Ratliffe St** | ☐ Contingent | |
| | **Norwalk, CA 90650** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$175.56**   **Unknown** |
| | **Calderon,Mirtza B** | *Check all that apply.* | |
| | **928 S Burlington Ave** | ☐ Contingent | |
| | **Apt# 106** | ☐ Unliquidated | |
| | **Los Angeles, CA 90006** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$145.53**   **Unknown** |
| | **Calomiris,Athena C** | *Check all that apply.* | |
| | **2347 E Alamos Ave** | ☐ Contingent | |
| | **Fresno, CA 93726** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$663.30**   **Unknown** |
| | **Calvo Valdez,Iveth** | *Check all that apply.* | |
| | **1710 Sylvia St** | ☐ Contingent | |
| | **Selma, CA 93662** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Accrued Vacation and PTO** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No   ☐ Yes | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$4,184.72** | **Unknown** |
|---|---|---|---|---|
| | **Camacho,Brenda Kristi**<br>**2007  E. BLISS ST.**<br>**Compton, CA 90222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$30.69** | **Unknown** |
|---|---|---|---|---|
| | **Camacho,Yeraldine**<br>**1202 N 8th St**<br>**El Centro, CA 92243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$341.77** | **Unknown** |
|---|---|---|---|---|
| | **Camargo,Karina**<br>**826 S Townsend St Apt 1**<br>**Santa Ana, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$109.98** | **Unknown** |
|---|---|---|---|---|
| | **Campos,Consuelo**<br>**13809 Maidstone Ave**<br>**Norwalk, CA 90650-3813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.199** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$463.54** | **Unknown**

**Campos,Lisa**
**1005 S Ventura Rd**
**Oxnard, CA 93030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$781.75** | **Unknown**

**Canales,Nancy F**
**1354 Valencia Street**
**Los Angeles, CA 90015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$133.69** | **Unknown**

**Canche Gutierrez,Marcelo**
**777 S. Citrus Ave.**
**Apt. #260**
**Azusa, CA 91702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$392.15** | **Unknown**

**Candelas,Dolores**
**8262 Malachite**
**Rancho Cucanonga, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|--------------------|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.36 | Unknown |
|-------|---|---|---|---|

**Canez,Donna M**
**7411 W Solano Dr S**
**Glendale, AZ 85303-4731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | | $104.64 | Unknown |

**Caraballo,Johanna A**
**154 NE 38th St Apt 68**
**Oakland Park, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | | $973.89 | Unknown |

**Carbajal,Maria M**
**516 Desert Chief**
**Laredo, TX 78045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | | $584.35 | Unknown |

**Cardenas Miranda,Adilene**
**13391 Harewood Dr**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.97 | Unknown |
|---|---|---|---|---|

**Cardenas,Salena A**
**3395 N Berlin Ave**
**Fresno, CA 93722-4671**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.06 | Unknown |
|---|---|---|---|---|

**Cardona,Magaly**
**9314 baird ave.**
**los angeles, CA 90002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.44 | Unknown |
|---|---|---|---|---|

**Cardona,Teresa**
**182 Heritage St**
**Oceanside, CA 92058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.77 | Unknown |
|---|---|---|---|---|

**Carion,Madeline G**
**967 Brewington Ave**
**Watsonville, CA 95076-2754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.42 | Unknown |
|---|---|---|---|---|

**Carpinteyro Moreno,Kent R**
**3323 Oakleaf Ln**
**Perris, CA 92571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $970.88 | Unknown |
|---|---|---|---|---|

**Carr,Edna M**
**3832 elm st**
**Apt 1**
**east chicago, IN 46312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.30 | Unknown |
|---|---|---|---|---|

**Carranza,Jasmin A**
**1812 Mt Vernon Dr**
**Modesto, CA 95350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.63 | Unknown |
|---|---|---|---|---|

**Carreon Guerrero,Teresa**
**704 Musick Ave**
**Modesto, CA 95351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **FP Stores, Inc.**                                                     Case number (if known)    **18-11804 (LSS)**
_____
Name

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.36 | Unknown |

Priority creditor's name and mailing address

**Carrillo Palacios,Pamela**
**5816 w. Gardenia Ave.**
**Glendale, AZ 85301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$129.36    Unknown

---

2.216    Priority creditor's name and mailing address

**Carrillo,Eliana E**
**912 Lakme Ave Apt 8**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$1,121.22    Unknown

---

2.217    Priority creditor's name and mailing address

**Carrillo,Fernanda**
**45 N Dunbar Dr**
**Nogales, AZ 85621-2566**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$48.41    Unknown

---

2.218    Priority creditor's name and mailing address

**Carroll,Sherilita**
**104 Marcella Rd.**
**Hampton, VA 23666**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$2,115.38    Unknown

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.219** | Priority creditor's name and mailing address

**Casiday,Jason W**
**841 E Cypress St**
**Santa Maria, CA 93454**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$575.30 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.220** | Priority creditor's name and mailing address

**Casillas,Noelia**
**1021 Polk St**
**Unit 20**
**Salinas, CA 93906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,146.50 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.221** | Priority creditor's name and mailing address

**Castaneda,Christina**
**21411 E South Ave**
**Reedley, CA 93654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11.99 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.222** | Priority creditor's name and mailing address

**Castaneda,Martha**
**1453 N. Michael St**
**Porterville, CA 93257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$962.44 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.70 | Unknown |
|---|---|---|---|---|

**Castillo,Andrea**
**2836 S Millard**
**Chicago, IL 60623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.32 | Unknown |
|---|---|---|---|---|

**Castillo,Margaret M.**
**17765 San Bernadino Ave**
**Fontana, CA 92335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | Unknown |
|---|---|---|---|---|

**Castillo,Omar B**
**2300 S Lewis St**
**Spc 38**
**Anaheim, CA 92802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.69 | Unknown |
|---|---|---|---|---|

**Castillo,Rocky J**
**20369 5th S**
**Stratford, CA 93266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.02 | Unknown |
|---|---|---|---|---|

**Castro De Ramirez,Maria E**
**1735 Spokane St.**
**Modesto, CA 95358**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.38 | Unknown |
|---|---|---|---|---|

**Castro,Edith**
**2407 San Lorenzo Ct.**
**Delano, CA 93215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.38 | Unknown |
|---|---|---|---|---|

**Castro,Margarita**
**841 D St**
**Los Banos, CA 93635**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.60 | Unknown |
|---|---|---|---|---|

**Castro,Salvador**
**1677 Greenwood**
**Hanover Park, IL 60133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.01 | Unknown |
| --- | --- | --- | --- | --- |

**Catalan,Isis V**
**251 Douglas Dr Apt 262**
**Oceanside, CA 92058-7838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | | $728.75 | Unknown |
| --- | --- | --- | --- | --- |

**Cavazos,Maria Del Refugio**
**2055 Polk St.**
**Brownsville, TX 78520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | | $134.38 | Unknown |
| --- | --- | --- | --- | --- |

**Ceballos,Elizabeth M**
**1004 SW 61st Ave**
**Margate, FL 33068-2814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | | $2,667.31 | Unknown |
| --- | --- | --- | --- | --- |

**Ceballos-Gonzalez,Juana**
**3890 Sipes Lane**
**Sp. #19**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **FP Stores, Inc.**                                          Case number (if known)   **18-11804 (LSS)**
_____
Name

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.37 | Unknown |

2.235   Priority creditor's name and mailing address

**Ceja,Elisa**
**509 Middlefield St.**
**Bakersfield, CA 93309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.37**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.236   Priority creditor's name and mailing address

**Cerritos,Salvador**
**1036 Garner Ave.**
**Apt. #4**
**Salinas, CA 93905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,282.93**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.237   Priority creditor's name and mailing address

**Cervantes,Jessica G**
**5706 Bates St Apt 10**
**San Diego, CA 92115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$679.03**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.238   Priority creditor's name and mailing address

**Chamorro,Violetta**
**1521 Noreen Way**
**Madera, CA 93638-1577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$130.41**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.62 | Unknown |
|---|---|---|---|---|

**Chandler,Angelina**
**2890 Cortez St**
**Oxnard, CA 93036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.76 | Unknown |
|---|---|---|---|---|

**Chapman,Precious L**
**15410 La Paz Dr Apt L4**
**Victorville, CA 92395**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,897.28 | Unknown |
|---|---|---|---|---|

**Charles,Carline A**
**713 Sunny Pine Way**
**Apt B1**
**Greenacres, FL 33415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.88 | Unknown |
|---|---|---|---|---|

**Charqueno,Lilia**
**240 Cottonwood Road**
**#4**
**San Ysidro, CA 92173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **FP Stores, Inc.**                                          Case number (if known)    **18-11804 (LSS)**

Name

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.81 | Unknown |
|---|---|---|---|---|

**Chavez De Ibarra,Maria E.**
**2784 Willow PL**
**Apt A**
**South Gate, CA 90280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,638.25 | Unknown |
|---|---|---|---|---|

**Chavez,Eriberto**
**224 N. Olive St.**
**Santa Paula, CA 93060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.91 | Unknown |
|---|---|---|---|---|

**Chavez,Margaret A**
**P.O. Box 241**
**Planada, CA 95365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.25 | Unknown |
|---|---|---|---|---|

**Chavez,Maria S.**
**718 W. Hughes**
**Nogales, AZ 85621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $60.06 | Unknown |
|---|---|---|---|---|

**Cherry,Mary J**
**916 Paul St**
**Rocky Mount, NC 27803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6.09 | Unknown |
|---|---|---|---|---|

**Chisholm,Tierra C**
**6108 Hilco Dr**
**Fayetteville, NC 28314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $25.85 | Unknown |
|---|---|---|---|---|

**Christor,Steve D**
**2265 N Arranhead Ave**
**Rialto, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $240.70 | Unknown |
|---|---|---|---|---|

**Christy,Eleane M**
**1121 Coronel Ave**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **FP Stores, Inc.**

Name

Case number (if known) **18-11804 (LSS)**

---

**2.251** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.69 | Unknown
**Cisneros Castillo,Jocelyn**
**13969 Green Vista Dr**
**Fontana, CA 92337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.252** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.58 | Unknown
**CITY OF CONCORD**
**PO BOX 580469**
**CHARLOTTE, NC 28258-0469**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.253** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | Unknown
**CITY OF SAN DIEGO**
**PO BOX 129030**
**SAN DIEGO, CA 92112-9030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.254** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 | Unknown
**CITY OF SUMTER**
**PO BOX 310**
**SUMTER, SC 29151-0310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|---------------------|
| | Name | | |

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.76 | Unknown |
|-------|-----|-----|-----|-----|
| | **Clark,Carol**<br>**820 East Dr**<br>**Oklahoma City, OK 73105-8418** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.84 | Unknown |
|-------|-----|-----|-----|-----|
| | **Clark,Kaya M**<br>**200 NW 80th Ter**<br>**Margate, FL 33063-4740** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.31 | Unknown |
|-------|-----|-----|-----|-----|
| | **Clark,Mark A**<br>**436 Holiday CT**<br>**Newark, NJ 07104** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.56 | Unknown |
|-------|-----|-----|-----|-----|
| | **Clarke,Melody N**<br>**1920 N Douty St**<br>**Hanford, CA 93230** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $489.32 | Unknown |
|---|---|---|---|---|
| | **Claussell,Gustavo L**<br>**16 princeton st**<br>**Springfield, MA 01109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $615.12 | Unknown |
|---|---|---|---|---|
| | **Clifton,Anita**<br>**3420 Belle Terrace Ave.**<br>**Bakersfield, CA 93309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $619.51 | Unknown |
|---|---|---|---|---|
| | **Co,Cecilia S**<br>**8687 Moon Crater Ave**<br>**Las Vegas, NV 89178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $549.01 | Unknown |
|---|---|---|---|---|
| | **Collins,Bianey**<br>**650 N Impenal Ave**<br>**Apt #25**<br>**Brawley, CA 92227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.44 | Unknown |
|---|---|---|---|---|

**Comaduran Lopez,Alejandra**
**190 East St Apt 6B**
**Nogales, AZ 85621-3160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.77 | Unknown |
|---|---|---|---|---|

**Combs,Rhonda K**
**1530 Ray Suggs PL NW**
**Concord, NC 28027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.45 | Unknown |
|---|---|---|---|---|

**Comeau,Kim Catherine**
**2585 N. Country Club Road**
**#5**
**Tucson, AZ 85716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.03 | Unknown |
|---|---|---|---|---|

**Contreras,Araceli J**
**4817 Mascot St**
**Apt B**
**Los Angeles, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.64 | Unknown |
|---|---|---|---|---|

**Contreras,Claudia P**
**13842 Osborne St**
**Arleta, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.06 | Unknown |
|---|---|---|---|---|

**Cordero San Roman,Guadalupe**
**435 Woodlawn Ave Apt C**
**Chula Vista, CA 91910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.30 | Unknown |
|---|---|---|---|---|

**Cordero,Darlene**
**9714 Baird Ave**
**Los Angeles, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.35 | Unknown |
|---|---|---|---|---|

**Cordoba Hinojosa,Isaura Y.**
**3234 W. 109th St.**
**Inglewood, CA 90303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.271** | Priority creditor's name and mailing address

**Cornejo Romero,Adelina**
**1456 Linda Mesa Dr**
**Madera, CA 93638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218.02    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address

**Coronado,Cecilia**
**1348 Iris Ave**
**Apt# V**
**Imperial Beach, CA 91932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$290.49    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address

**Coronado,Natalie**
**825 Sierra St**
**Madera, CA 93637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$243.54    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.274** | Priority creditor's name and mailing address

**Corrales,Fatima L**
**1624 W 84th St**
**Los Angeles, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$81.49    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.275** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,336.62** | **Unknown**

**Cortes,Omaira**
**434 LONG AVE**
**HILLSIDE, NJ 07205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.276** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$962.36** | **Unknown**

**Cortez,Juan M**
**2872 Sepulveda Ave**
**San Bernardino, CA 92404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.277** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,220.40** | **Unknown**

**Cortez,Maria D.**
**45 E Oxford St**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.278** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$226.55** | **Unknown**

**Cortez,Nancy**
**9515 Battaglis Ave.**
**Bakersfield, CA 93311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.72 | Unknown |
|---|---|---|---|---|

**Cortez,Sarahi**
**829 Bridge St**
**Yuba city, CA 95991**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.72 | Unknown |
|---|---|---|---|---|

**Cortez,Soccorro**
**1418 Innsbruck Dr**
**Bakersfield, CA 93307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $885.36 | Unknown |
|---|---|---|---|---|

**Cota,Rosa Alva**
**2882 N. Silver Reef**
**Dr.**
**Nogales, AZ 85621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.94 | Unknown |
|---|---|---|---|---|

**Coto,Gerson A**
**343 S Hobart Blvd Apt A**
**Los Angeles, CA 90020-3673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.283** | Priority creditor's name and mailing address

**Cox,Danielle N**
**6665 N Fresno St Apt 136**
**Fresno, CA 93710-3730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.284** | Priority creditor's name and mailing address

**Craven,Teresa M**
**9551 Appaloosa Place**
**Elk Grove, CA 95624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,405.43    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.285** | Priority creditor's name and mailing address

**Crow,La Keisha A**
**8536 Cedar St**
**Bellflower, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$287.98    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.286** | Priority creditor's name and mailing address

**Cruz Nunez,Kathryn S**
**1420 N Evergreen St Apt 1**
**Chandler, AZ 85225-4349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$55.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **FP Stores, Inc.**  Case number (if known)  **18-11804 (LSS)**
Name

| | | | |
|---|---|---|---|
| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.13 | Unknown |

| 2.287 | Priority creditor's name and mailing address<br>**Cruz Ramos,Berenice G**<br>**736 Mamilane**<br>**Modesto, CA 95351** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $581.13 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.288 | Priority creditor's name and mailing address<br>**Cruz,Ernest M**<br>**1337 W. Santa Fe Ave**<br>**Merced, CA 95340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $611.91 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.289 | Priority creditor's name and mailing address<br>**Cruz,Jasmine**<br>**4464 N. Irwindale Ave.**<br>**Covina, CA 91722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,078.87 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.290 | Priority creditor's name and mailing address<br>**Cruz,Jocelyn R**<br>**2047 Starfish Ct**<br>**San Jose, CA 95148** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $324.95 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address<br>**Cruz,Maria D**<br>**8262 south bethel ave**<br>**Selma, CA 93662** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$347.93** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.292 | Priority creditor's name and mailing address<br>**Cruz,Nichy A**<br>**701 Rimes Ct**<br>**Santa Maria, CA 93458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$76.89** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.293 | Priority creditor's name and mailing address<br>**Cuevas,Erica**<br>**1528 Cedar Ave.**<br>**Long Beach, CA 90813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$201.67** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.294 | Priority creditor's name and mailing address<br>**Cuevas,Miguel D**<br>**2805 W Brook St**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$636.35** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.295**

Priority creditor's name and mailing address
**Culbert,Salinger**
**1022 Darby Ave Apt 6**
**Inglewood, CA 90303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$103.62   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.296**

Priority creditor's name and mailing address
**Cunningham,Ayanna S**
**705 Sandalwood Ct**
**Unit G**
**Newton, NC 28658**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$587.16   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.297**

Priority creditor's name and mailing address
**Curiman Perez De Vicente,Susana**
**9625 Sylmar Ave Unit 19**
**Panorama City, CA 91402-1153**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$769.16   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.298**

Priority creditor's name and mailing address
**Danhieux,Andrea D**
**13107 Casimir Ave**
**Gardena, CA 90249-1630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$107.80   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **FP Stores, Inc.**                                     Case number (if known)   **18-11804 (LSS)**
_____
Name

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.00 | Unknown |

**Daniel,Ramon**
**118 N. Melrose Ave.**
**Tuscon, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | | $258.93 | Unknown |

**Daniels,Rachel J**
**850 E Empire St**
**San Jose, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | | $1,903.85 | Unknown |

**Danielson,Gregory S**
**6402 Mae Anne Ave**
**Apt 77**
**Reno, NV 89523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | | $200.20 | Unknown |

**Davenport,Shamika**
**1005 Meredith drive**
**Bakersfield, CA 93304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.91 | Unknown |
|---|---|---|---|---|

**Davis Jr.,Rodney L**
**1356 Quandt Dr.**
**Apt# B**
**Lemoore, CA 93245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.22 | Unknown |
|---|---|---|---|---|

**Davis,Diamond C**
**206 W 111th PL**
**Chicago, IL 60628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.58 | Unknown |
|---|---|---|---|---|

**Davis,Donya A**
**2808 Clifton Park Ter**
**Baltimore, MD 21213-1134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,182.96 | Unknown |
|---|---|---|---|---|

**Davis,Grant**
**859 21st St**
**Newport News, VA 23607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.307** | Priority creditor's name and mailing address

**Davis,Joshua S**
**501 E Virginia Way Apt 85**
**Barstow, CA 92311-3968**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.18    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.308** | Priority creditor's name and mailing address

**Davis,Keith E**
**2255 84Th Ave Apt 1**
**Oakland, CA 94605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$697.90    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.309** | Priority creditor's name and mailing address

**De Jesus,Fabiola**
**1113 Toronado Dr**
**Madera, CA 93638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$581.57    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.310** | Priority creditor's name and mailing address

**De Jesus,Stephanie A**
**1630 N Pine St Apt B**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$430.32    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.64 | Unknown |
|---|---|---|---|---|

**De La Mora,Alma L**
**506 W Orange St APt C**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.60 | Unknown |
|---|---|---|---|---|

**De La Torre Luna,Carmina**
**1528 White Ln**
**Bakersfield, CA 93307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.92 | Unknown |
|---|---|---|---|---|

**De La Torre,Maria M**
**4062 Sterling Way**
**Baldwin Park, CA 91706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.15 | Unknown |
|---|---|---|---|---|

**De Santiago,Maria**
**3110 Norton Ave**
**Lynwood, CA 90262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.15 | Unknown |
|---|---|---|---|---|

**De Smet,Lan J**
**588 Felicity Way**
**Nipomo, CA 93444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,832.81 | Unknown |
|---|---|---|---|---|

**Deal,Carol L**
**3937 Eaglerock Rd**
**Kingman, AZ 86409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.84 | Unknown |
|---|---|---|---|---|

**Deal,Kayla L**
**2318 Valentine Ave**
**Kingman, AZ 86401-4758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.46 | Unknown |
|---|---|---|---|---|

**Del Rocio Jaen,Yasmin**
**11575 Mallory Square Drive**
**Apt 202-A**
**Tampa, FL 33635**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $740.52 | Unknown |
|---|---|---|---|---|
| | **Delacruz,Robert J**<br>**23262 Ave Apt 14**<br>**Madera, CA 93637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,923.08 | Unknown |
|---|---|---|---|---|
| | **Delgado Caraballo,Gabriel O**<br>**823 Kentucky woods Ln E**<br>**Orlando, FL 32824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.50 | Unknown |
|---|---|---|---|---|
| | **Delgado Garcia,Elizabeth D**<br>**25587 Walker Street**<br>**San Bernadino, CA 92404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $68.77 | Unknown |
|---|---|---|---|---|
| | **Delgado Garcia,Ixtazihuatl V**<br>**7941 Craner Ave**<br>**Sun Valley, CA 91352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.323 | Priority creditor's name and mailing address<br>**Delgado,Dalia**<br>**2424 Poplar Dr Apt 4**<br>**Antioch, CA 94509** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,096.34** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.324 | Priority creditor's name and mailing address<br>**Delgado,Maria G**<br>**181 S G Street**<br>**Apt 37**<br>**Westmorland, CA 92281** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$382.47** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.325 | Priority creditor's name and mailing address<br>**Delgado,Ofelia**<br>**6521 W. Heatherbrae Dr.**<br>**Phoenix, AZ 85033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$524.58** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.326 | Priority creditor's name and mailing address<br>**DelToro,Maria C**<br>**6689 Bancroft Ave Apt D**<br>**Oakland, CA 94605-2054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.88** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.98 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Demetrius,Perry L**
**810 Bessemer City Rd**
**Gastonia, NC 28052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.43 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|-------|---------|

**Devine,Shaun M**
**69 Rancho Drive**
**San Jose, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.88 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Diaz,Esmeralda N**
**17636 Brightman Ave**
**Lake Elsinore, CA 92530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.14 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Diaz,Gabriela**
**1428 Manning Ave**
**Montgomery, IL 60538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $983.62 | Unknown |
|---|---|---|---|---|
| | **Diaz,Maria G.**<br>**513 Williams Rd**<br>**Salinas, CA 93905** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.92 | Unknown |
|---|---|---|---|---|
| | **Diaz,Martha**<br>**4121 S Campbell Ave**<br>**Chicago, IL 60632** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $263.28 | Unknown |
|---|---|---|---|---|
| | **Diaz,Martha**<br>**4076 W. 139th Apt E**<br>**Hawthorne, CA 90250** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.89 | Unknown |
|---|---|---|---|---|
| | **Diaz,Mirella**<br>**7862 Lankershim ave**<br>**apt 128**<br>**Highland, CA 92346** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.09 | Unknown |
|---|---|---|---|---|

**Diaz-Huerta,Maria Del Carmen**
**3075 Arizona Ave**
**San Bernardino, CA 92407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.80 | Unknown |
|---|---|---|---|---|

**Dill,Elena S**
**118 w orange st**
**b**
**Santa Maria, CA 93458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.47 | Unknown |
|---|---|---|---|---|

**Dilworth,Tanya**
**534 W 21ST ST**
**San Bernardino, CA 92405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.30 | Unknown |
|---|---|---|---|---|

**Dizer,Marlene D**
**2411 S. Holly Ave**
**Fresno, CA 93706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.339** | Priority creditor's name and mailing address

**Dodson,April M**
**188 Paddlewheel Rd**
**Fayetteville, NC 28314-0331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$158.45 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address

**Dominguez,Celina M**
**3200 Austin Ave**
**Merced, CA 95348-1503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.25 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address

**Dominguez,Daysi**
**1081 W Arrow Hwy Spc48**
**Azusa, CA 91702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$285.14 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address

**Dominguez,Lesly D**
**1317 D Ave**
**Apt 207**
**National City, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$732.05 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.31 | Unknown |
|---|---|---|---|---|

**Dominguez,Maria A**
**7006 independence ave**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | | $214.52 | Unknown |
|---|---|---|---|---|

**Donahue,Kristeen**
**6419 Brynhurst Ave.**
**Apt 1**
**Los Angeles, CA 90043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | | $405.92 | Unknown |
|---|---|---|---|---|

**Dougar,Jaynece**
**1740 Ardmore Rd**
**Winston Salen, NC 27127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | | $173.58 | Unknown |
|---|---|---|---|---|

**Drake,Betsy M**
**14102 Delano St Apt 5**
**Van Nuys, CA 91401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.347** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$968.33** | **Unknown**

**Driver,Vicki**
**3963 E. Robinson**
**Fresno, CA 93726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.348** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$439.16** | **Unknown**

**Duarte,Leticia**
**12927 Sproule Ave**
**Sylmar, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.349** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$805.68** | **Unknown**

**Duenas,Selina S**
**5000 Belle Terrace**
**Apt 24**
**Bakersfield, CA 93309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.350** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$226.38** | **Unknown**

**Dugo,Giselle**
**13768 Woodbine Dr**
**Victorville, CA 92395**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13.53 | Unknown |
|---|---|---|---|---|
| | **Dunn IV,Benjamin E**<br>**527 N Van Buren St Apt B**<br>**Stockton, CA 95203-2823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $477.84 | Unknown |
|---|---|---|---|---|
| | **Duran,Francisca R**<br>**273 Cross Ave**<br>**Salinas, CA 93905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,589.98 | Unknown |
|---|---|---|---|---|
| | **Duran,Margarita**<br>**1311 W. Manchester Ave**<br>**Los Angeles, CA 90044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $24.84 | Unknown |
|---|---|---|---|---|
| | **Duran,Maria Esther**<br>**122 Damsen Dr.**<br>**San Jose, CA 95116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.37 | Unknown |
|---|---|---|---|---|

**Duran,Maribel F**
**P.O BOX 2422**
**Delano, CA 93216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.22 | Unknown |
|---|---|---|---|---|

**Duran,Martha B**
**5564 Carmel Drive**
**Hanover Park, IL 60133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.08 | Unknown |
|---|---|---|---|---|

**Duvall,Doreen**
**3572 Dudley Ave**
**Baltimore, MD 21213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.96 | Unknown |
|---|---|---|---|---|

**Edmondson,Ebony L**
**430 E Oak St 2**
**Stockton, CA 95202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $43.80 | Unknown |
|---|---|---|---|---|
| | **Elliott,Lawrence C**<br>**1000 Claudia Ct Apt 41**<br>**Antioch, CA 94509-3440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $300.30 | Unknown |
|---|---|---|---|---|
| | **Ellis,Janice M**<br>**4815 Station House Ln**<br>**Virginia Beach, VA 23455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $89.98 | Unknown |
|---|---|---|---|---|
| | **Eneliko,Soga**<br>**1825 Lewis Ave Apt 216**<br>**Las Vegas, NV 89101-5105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $517.68 | Unknown |
|---|---|---|---|---|
| | **Engler,Robert M**<br>**4385 W. 132nd St.**<br>**Apt#D**<br>**Hawthorne, CA 90250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,640.10 | Unknown |
|---|---|---|---|---|

**Erives,Olivia**
**2810 W. Indian School**
**Phoenix, AZ 85017**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.74 | Unknown |
|---|---|---|---|---|

**Erwin,Sheena L**
**1108 W 5th St Apt 2**
**Antioch, CA 94509-1062**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.58 | Unknown |
|---|---|---|---|---|

**Escalante,Jennifer P**
**4246 106th St.**
**Inglewood, CA 90304**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.70 | Unknown |
|---|---|---|---|---|

**Escobar,Jessica A**
**3465 E Joyce Dr**
**Fresno, CA 93703-3209**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,060.93 | Unknown |
|---|---|---|---|---|

**Escobar,Mariela T
44656 Stanridge Ave
Lancaster, CA 93535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.30 | Unknown |
|---|---|---|---|---|

**Espinoza,Alicia
2741 Arrowhead St.
Las Vegas, NV 89030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.74 | Unknown |
|---|---|---|---|---|

**Espinoza,Guadalupe
1404 Parthenia St
Panorama City, CA 91402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.25 | Unknown |
|---|---|---|---|---|

**Espinoza,Iris
1105 Cloister Dr
Winston Salem, NC 27127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$560.28** | **Unknown** |
|---|---|---|---|---|
| | **Espinoza,Lidia**<br>**116 Alvarado St**<br>**Watsonville, CA 95077** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$285.01** | **Unknown** |
|---|---|---|---|---|
| | **Espinoza,Liliana**<br>**348 W. I St**<br>**Wilmington, CA 90744** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14.52** | **Unknown** |
|---|---|---|---|---|
| | **Espinoza,Victoria**<br>**3854 Birch St**<br>**San Diego, CA 92113-4213** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,174.94** | **Unknown** |
|---|---|---|---|---|
| | **Esquibel,Manuel De Jesus**<br>**398 Cornell Ave**<br>**Hayward, CA 94544** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|---------------------|
| | Name | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$164.17** | **Unknown** |
|-------|---------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Esquivel,Victoria R**<br>**10421 Haskeli Ave**<br>**Granada Hills, CA 91344** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---------------------------------|------------------------------------------------------|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.63** | **Unknown** |
|-------|---------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Estrada De Briseno,Vilma**<br>**14389 CASTLE PEAKS STREET**<br>**VCTORVILLE, CA 92394** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---------------------------------|------------------------------------------------------|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.91** | **Unknown** |
|-------|---------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Estrada,Elizabeth m**<br>**909 N 6t street  sp 38**<br>**El Centro, CA 92243** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---------------------------------|------------------------------------------------------|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.71** | **Unknown** |
|-------|---------------------------------------------|-----------------------------------------------|-------------|-------------|
| | **Estrada,Maria T**<br>**2821 branch Oaks Dr**<br>**garland, TX 75043** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---------------------------------|------------------------------------------------------|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$217.17** | **Unknown** |
|---|---|---|---|---|
| | **Estrada,Piscis C**<br>**912 Lakme Ave Apt 2**<br>**Wilmington, CA 90744** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30.59** | **Unknown** |
|---|---|---|---|---|
| | **Estrada,Sylvia**<br>**530 W Carob Ave apt 101**<br>**Reedley, CA 93654** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.94** | **Unknown** |
|---|---|---|---|---|
| | **Evora,Javier**<br>**37855 17th St E**<br>**Palmdale, CA 93530** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63.47** | **Unknown** |
|---|---|---|---|---|
| | **Falcon,Able**<br>**24242 Gardena Dr**<br>**Madera, CA 93638-9434** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.51 | Unknown |
|---|---|---|---|---|
| | **Farhat,Rida**<br>**673 E Fullerton Ave**<br>**Glendale Heights, IL 60139-2561** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.34 | Unknown |
|---|---|---|---|---|
| | **Farias,Nicolasa**<br>**2413 Newport Ave.**<br>**Laredo, TX 78043** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.73 | Unknown |
|---|---|---|---|---|
| | **Farinas,Alexies K**<br>**6634 Apollos Gate**<br>**Las Vegas, NV 89142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | Unknown |
|---|---|---|---|---|
| | **Farinas,Veronica Q**<br>**2803 daylight drive**<br>**Las Vegas, NV 89142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $740.96 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Favela,Alejandro**
**774 N Western Ave Apt B**
**Nogales, AZ 85621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.07 | Unknown |
|---|---|---|---|---|

**Favela,Jessica M**
**8251 Via Carrillo**
**Rancho Cucamonga, CA**
**91730-3221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.25 | Unknown |
|---|---|---|---|---|

**Felipe Jr,Joel**
**1920 S Longwood Ave**
**Los Angeles, CA 90016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.70 | Unknown |
|---|---|---|---|---|

**Felix Aguilera,Beranny**
**5502 W Clarendon Ave**
**Phoenix, AZ 85031-2527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.50 | Unknown |
|---|---|---|---|---|

**Felix,Janeth**
**13680 Vellanto Way**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.72 | Unknown |
|---|---|---|---|---|

**Felix,Martha**
**8041 Gribble St**
**San Diego, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.71 | Unknown |
|---|---|---|---|---|

**Fernandez,Victor M**
**513 S Piedras St Apt 3**
**El Paso, TX 79905-4135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,488.31 | Unknown |
|---|---|---|---|---|

**Ferrufino-Guerrero,Gladis**
**7503 Fondren Rd**
**Houston, TX 77074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.91 | Unknown |
|---|---|---|---|---|

**Fields,Joelesha C**
**1659 Madrid St Apt 6**
**Salinas, CA 93906-8414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.16 | Unknown |
|---|---|---|---|---|

**Fierros,Cinthia N**
**15715 Minnehaha St**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.91 | Unknown |
|---|---|---|---|---|

**Figueroa De Jimenez,Alma**
**2516 Connie Ave**
**Bakersfield, CA 93304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.10 | Unknown |
|---|---|---|---|---|

**Figueroa De Reyes,Maria Lourde**
**1111 W. 4th St**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.96 | Unknown |
|---|---|---|---|---|

**Figueroa,Ana R**
**27393 San Jose Ave**
**Madera, CA 93637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.70 | Unknown |
|---|---|---|---|---|

**Figueroa,David**
**55 Lentz ave**
**Newark, NJ 07105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.46 | Unknown |
|---|---|---|---|---|

**Figueroa,Dihone P**
**1271 Circulo Yerba Buena**
**Rio Rico, AZ 85648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.79 | Unknown |
|---|---|---|---|---|

**Figueroa,Maria**
**13907 Clearcrest  Dr**
**Baldwin Park, CA 91706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.21 | Unknown |
|---|---|---|---|---|

| 2.403 | Priority creditor's name and mailing address<br>**Figueroa, Monica S**<br>**5824 Flintlock Ct**<br>**Carmichael, CA 95608-0130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78.21 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.404 | Priority creditor's name and mailing address<br>**Flemate Vargas, Alicia E.**<br>**620 W. Romneya Dr.**<br>**Anaheim, CA 92801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.05 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.405 | Priority creditor's name and mailing address<br>**Flores Jr., Anthony J**<br>**2242 Miramar Walk**<br>**Oxnard, CA 93035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $673.64 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.406 | Priority creditor's name and mailing address<br>**Flores, Daniel R**<br>**515 S Smith St**<br>**Santa Maria, CA 93458-5654** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211.20 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$754.63** | **Unknown** |
|---|---|---|---|---|

**Flores,Estrella**
**2247 Camino de las Palmas**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$21.60** | **Unknown** |
|---|---|---|---|---|

**Flores,Joselin**
**2303 W 78th Pl**
**Inglewood, CA 90305-1125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$788.44** | **Unknown** |
|---|---|---|---|---|

**Flores,Martin A**
**274 Erlach Drive**
**Crestline, CA 92325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$728.88** | **Unknown** |
|---|---|---|---|---|

**Flores,Natalie**
**956 W Hollyvale St**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.411** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.62 | Unknown

**Flores,Rosa**
**1808 Metzerott Road**
**Apt 34**
**Adelphi, MD 20783**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.412** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.16 | Unknown

**Florian,Guadalupe**
**482 W San Ysidro Blvd Apt 943**
**San Ysidro, CA 92173-2444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.413** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.13 | Unknown

**Foster,Antonella L**
**10225 Chaparral way Unit # B**
**Rancho Cucamanga, CA 91730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.414** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.45 | Unknown

**Fuentes,Rosa**
**147 E 84 St**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $17.60 | Unknown |
|---|---|---|---|---|
| | **Fuerte,John P**<br>**24290 Via Vargas Dr**<br>**Modesto Valley, CA 92553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $606.98 | Unknown |
|---|---|---|---|---|
| | **Gaines,Tami**<br>**1901 Bradley Ave**<br>**Bakersfield, CA 93304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $118.58 | Unknown |
|---|---|---|---|---|
| | **Galaviz Portillo,Kendra S**<br>**235 w southern ave lot 59**<br>**Mesa, AZ 85201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $73.92 | Unknown |
|---|---|---|---|---|
| | **Galaviz,Helen M**<br>**851 Almendra Pl**<br>**Oxnard, CA 93036-2523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.16 | Unknown |
|---|---|---|---|---|

**Galaviz,Teresa**
**2131 Sol St**
**San Leandro, CA 94578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | | $164.70 | Unknown |
|---|---|---|---|---|

**Galindo,Abigail**
**12351 Osborne Pl**
**Apt 3**
**Pocoima, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | | $238.67 | Unknown |
|---|---|---|---|---|

**Galindo,Celida**
**334 Camino Caballo**
**Rio Rico, AZ 85648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | | $0.13 | Unknown |
|---|---|---|---|---|

**Galindo,Guadalupe**
**1323 N Harvard Blvd Apt 14**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.423** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$761.31** | **Unknown**

**Galindo,Teresa**
**1818 W. Gramercy Ave**
**Apt C**
**Anaheim, CA 92801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.424** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$620.23** | **Unknown**

**Galle,Estelita**
**1525 W. Holguin St.**
**Lancaster, CA 93534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.425** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.23** | **Unknown**

**Gallegos,Esmeralda**
**1154 1/2 59th Place**
**Los Angeles, CA 90001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.426** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.19** | **Unknown**

**Gallegos,Noraly**
**3778 50th St.  #14**
**San Diego, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.427 | Priority creditor's name and mailing address<br>**Gallegos,Patricia R**<br>**26325 Rancho St.**<br>**Apple Valley, CA 92308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$763.84** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.428 | Priority creditor's name and mailing address<br>**Gallegos,Vanessa**<br>**5542 N. Aspan Ave.**<br>**Azesa, CA 91702** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$778.70** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.429 | Priority creditor's name and mailing address<br>**Gallo,Thelma A**<br>**1929 Gable View St.**<br>**Palmdale, CA 93550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$193.98** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.430 | Priority creditor's name and mailing address<br>**Galvan Valencia,Monica B**<br>**22220 Road 20**<br>**Chowchilla, CA 93610-9621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$220.66** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.431** | Priority creditor's name and mailing address

**Galvan-Ceballos,Griselda**
**1281 S. Lucerne Blvd.**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,076.83** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.432** | Priority creditor's name and mailing address

**Galvez,Pedro A**
**7914 S Bell Gardens Ave**
**Bell Gardens, CA 90201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$337.74** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.433** | Priority creditor's name and mailing address

**Gamero,Maria**
**13700 Paxton**
**Pacoima, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,667.70** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.434** | Priority creditor's name and mailing address

**Gamez,Araceli**
**2075 W. Rialto Ave**
**Apt # 33**
**San Bernardino, CA 92410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$822.03** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.25 | Unknown |
|---|---|---|---|---|

**Gamez,Celia**
**652 W Citrus Dr**
**Farmersville, CA 93223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.60 | Unknown |
|---|---|---|---|---|

**Gamez,Daniel A**
**415 S. Grandview St**
**Los Angeles, CA 90057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.18 | Unknown |
|---|---|---|---|---|

**Gamez,Jonathan C**
**632 E 99th St # 9**
**Inglewood, CA 90301-6585**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.82 | Unknown |
|---|---|---|---|---|

**Gandara,Elpidia**
**100 woodlawn ave spc #6**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name |  |  |

---

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.52 | Unknown |
|-------|---|---|---|---|

**Garcia De La Cruz,Arlen**
**5551 W Whitton Ave**
**Phoenix, AZ 85031-2530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.24 | Unknown |
|-------|---|---|---|---|

**Garcia De Rios,Cecilia G**
**1072 Eagle Dr**
**Salinas, CA 93905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.07 | Unknown |
|-------|---|---|---|---|

**Garcia Gallardo,Alondra**
**3548 W Coronado Rd**
**Phoenix, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.80 | Unknown |
|-------|---|---|---|---|

**Garcia Messina,Mecedes M**
**57 Harrison Ave**
**Garfield, NJ 07206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.97 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Garcia Perez,Solimar**
**18 Ferry St**
**Newark, NJ 07105-1436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.444 | | | $684.97 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Garcia,Alejandra**
**8500 Kansas Ave**
**Hanford, CA 93230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.445 | | | $48.40 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Garcia,Amber D**
**13 Poplar Place**
**Los Lunas, NM 87031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.446 | | | $31.08 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Garcia,Charlene B**
**5924 W Fillmore St**
**Phoenix, AZ 85043-2509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $135.68 | Unknown |
|---|---|---|---|---|
| | **Garcia,Daniel**<br>**165  W 119th**<br>**Los Angeles, CA 90003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $625.38 | Unknown |
|---|---|---|---|---|
| | **Garcia,Erika A**<br>**2525 Cedar Plaza Dr.**<br>**Dallas, TX 75219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $70.51 | Unknown |
|---|---|---|---|---|
| | **Garcia,Jennifer M**<br>**7158 Central Ave**<br>**Highland, CA 92346-3116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $53.02 | Unknown |
|---|---|---|---|---|
| | **Garcia,Jessica**<br>**20 Russell Rd Spc 12**<br>**Salinas, CA 93906-4327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.00 | Unknown |
|---|---|---|---|---|

**Garcia,Juan**
**1504 Merced st**
**Madera, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $864.24 | Unknown |
|---|---|---|---|---|

**Garcia,Margarita E**
**410 Garfield St**
**Apt C**
**Oceanside, CA 92054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.17 | Unknown |
|---|---|---|---|---|

**Garcia,Maribel O**
**23939 Dracaea Ave**
**Moreno Valley, CA 92553-3279**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.96 | Unknown |
|---|---|---|---|---|

**Garcia,Maritza**
**730 H St**
**Bakersfield, CA 93304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|--------------------|
|        | Name                |                        |                    |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $904.98 | Unknown |
|-------|-----|-----|-----|-----|

**Garcia,Martha A**
**1317 N Fries Ave**
**Wilmington, CA 90744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.69 | Unknown |
|-------|-----|-----|-----|-----|

**Garcia,Miguel A**
**1437 Ardilla Dr**
**Madera, CA 93638-9307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.96 | Unknown |
|-------|-----|-----|-----|-----|

**Garcia,Rosa I**
**1204 E 76th Pl**
**Los Angeles, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,802.25 | Unknown |
|-------|-----|-----|-----|-----|

**Garcia,Rosa L.**
**206 W San Ysidro Blvd Apt 79**
**San Ysidro, CA 92173-2486**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.68 | Unknown |
|---|---|---|---|---|

**Garcia,Rosa M**
**2845 E Hatch Rd #97**
**Modesto, CA 95351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.35 | Unknown |
|---|---|---|---|---|

**Garcia,Rosario**
**2905 N Bristol St Apt J**
**Santa Ana, CA 92706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.08 | Unknown |
|---|---|---|---|---|

**Garcia,Selena**
**1776 W Olive Ave Apt 3**
**Portville, CA 93257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.90 | Unknown |
|---|---|---|---|---|

**Garcia,Silvestra**
**1911 cressida ct**
**Wasco, CA 93280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.463** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,538.46** | **Unknown**

**Garner,Toccara T**
**6840 Curry Circle**
**Margate, FL 33068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.464** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.66** | **Unknown**

**Garrett,Arlene R**
**14250 Borrego Rd #E104**
**Victorville, CA 92392**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.465** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$91.96** | **Unknown**

**Garrett,John A**
**1615 Shirley St**
**Merced, CA 95341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.466** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$147.84** | **Unknown**

**Garriga  Rodriguez,Glory L**
**2228 cypress Lake Pl**
**Kissimmeee, FL 34758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|----------------|------------------------|----------------|
| | Name | | |

---

**2.467** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.70 | Unknown
**Gasca,Josefina M**
**1220 Ranchero Dr**
**Salinas, CA 93905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.468** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.87 | Unknown
**Gastelum,Lucia**
**P.O. Box 11232**
**San Luis, AZ 85349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.469** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.05 | Unknown
**Gazca,Irma**
**3900 Middlebury St.**
**Apt #8**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.470** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.43 | Unknown
**Gentry,Emma P**
**17143 D St**
**Victorville, CA 92394**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.471**

Priority creditor's name and mailing address
**Gesteira,Adaby**
**14423 SW 143 Ct**
**Miami, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,615.39    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.472**

Priority creditor's name and mailing address
**Ghormley,McKenna**
**16297 Rimrock Rd.**
**Apple Valley, CA 92307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$119.35    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.473**

Priority creditor's name and mailing address
**Giron,Elaine**
**350 S Basileo Dr Apt 208**
**Gallup, NM 87301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$665.83    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.474**

Priority creditor's name and mailing address
**Givler,Thakurdai**
**6 S Normandale ave**
**Orlando, FL 32835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$70.20    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
| --- | --- | --- | --- |
| | Name | | |

---

**2.475** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,615.38** | **Unknown**

**Godina Roldan,Yaritza**
**14123  Meyersville Dr**
**Houston, TX 77049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.476** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.43** | **Unknown**

**Godoy,Jeanette E**
**903 N Culver Ave**
**Compton, CA 90220-2217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.477** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,880.00** | **Unknown**

**Goetz,Margaret A**
**1316 Lymric way**
**Bakersfield, CA 93309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.478** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,307.85** | **Unknown**

**Goicochea,Bertha Elena**
**1533 W. Stanford St.**
**Apt. # A**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.80 | Unknown |
|---|---|---|---|---|

**Gomez Chavez,Mariela**
**1074 N Willow Ave**
**Apt D**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.03 | Unknown |
|---|---|---|---|---|

**Gomez,Carolina**
**10710 1/2 Felton Ave.**
**Inglewood, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.41 | Unknown |
|---|---|---|---|---|

**Gomez,Cody J**
**2812 N Chester Ave Apt B**
**Bakersfield, CA 93308-1669**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,146.98 | Unknown |
|---|---|---|---|---|

**Gomez,Cynthia R**
**12850 Seventeenth Street**
**Chino, CA 91710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $20.14 | Unknown |
|---|---|---|---|---|
| | **Gomez,Iris E**<br>**11853 Manor Dr Apt C**<br>**Hawthorne, CA 90250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $91.63 | Unknown |
|---|---|---|---|---|
| | **Gomez,Judy C**<br>**18700 Cajon Blvd**<br>**San Bernardino, CA 92407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $379.68 | Unknown |
|---|---|---|---|---|
| | **Gomez,Julisa**<br>**670 N. Exeter St**<br>**Chandler, AZ 85225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $238.70 | Unknown |
|---|---|---|---|---|
| | **Gomez,Leticia**<br>**602 W El Camino**<br>**Santa Maria, CA 93458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,128.12 | Unknown |
|---|---|---|---|---|

**Gomez,Maria D**
**8860 SW 123 CT**
**K-102**
**Miami, FL 33186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.06 | Unknown |
|---|---|---|---|---|

**Gomez,Maria E**
**5316 NW 198 Ter**
**Miami Gardens, FL 33055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | Unknown |
|---|---|---|---|---|

**Gommer,Iliana O**
**3056 Casey Dr**
**Apt 101**
**Las Vegas, NV 89120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.96 | Unknown |
|---|---|---|---|---|

**Gonzales,Monica M**
**1578 E 21st St**
**Merced, CA 95340-4251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8.74 | Unknown |
|---|---|---|---|---|

**Gonzalez Gutierrez,Maria F**
**628 1/2 E.San Ysidro Blvd**
**San Ysidro, CA 92173**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $302.23 | Unknown |
|---|---|---|---|---|

**Gonzalez Lopez,Antonio J**
**14205 Los Angeles St**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $220.05 | Unknown |
|---|---|---|---|---|

**Gonzalez Nunez,Sherlyn**
**3208 25Th St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,010.71 | Unknown |
|---|---|---|---|---|

**Gonzalez Pacheco,Reyna**
**127 E I St**
**Apt A**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **FP Stores, Inc.**                                    Case number (if known)    **18-11804 (LSS)**
_____
Name

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,622.51 | Unknown |
|---|---|---|---|---|

**Gonzalez Padilla,Maria C**
**307 Dover Dr.**
**Delano, CA 93215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.496 | Priority creditor's name and mailing address | | $739.68 | Unknown |
|---|---|---|---|---|

**Gonzalez Reyes,Elizabeth**
**11236 SW 160th Ct**
**Miami, FL 33196**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.497 | Priority creditor's name and mailing address | | $824.31 | Unknown |
|---|---|---|---|---|

**Gonzalez Rios,Maria**
**7606 Brighton Ave.**
**Los Angeles, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.498 | Priority creditor's name and mailing address | | $403.63 | Unknown |
|---|---|---|---|---|

**Gonzalez,Alejandra**
**1300 Santa Rosa Dr Apt 104**
**Kissimmee, FL 34741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $122.04 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Ana M**<br>**2332 Meadowbrooks St**<br>**Kissimmee, FL 34744-2615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.36 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Andrea**<br>**31 Delta Dr**<br>**Bay Point, CA 94565-1412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $221.32 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Jazmine**<br>**1197 W. Julia Way**<br>**Hanford, CA 93230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $224.46 | Unknown |
|---|---|---|---|---|
| | **Gonzalez,Jesus G.**<br>**729 N. Kingsley Dr.**<br>**#2**<br>**Los Angeles, CA 90029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.50 | Unknown |
|---|---|---|---|---|

**Gonzalez,Laila**
**2826 Darwing Ave**
**Los Angeles, CA 90031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | | $252.75 | Unknown |
|---|---|---|---|---|

**Gonzalez,Maria E**
**865 Givens St**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | | $1,951.32 | Unknown |
|---|---|---|---|---|

**Gonzalez,Maria I**
**2608 Eucalyptus Dr**
**Apt C**
**Oxnard, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | | $597.77 | Unknown |
|---|---|---|---|---|

**Gonzalez,Maribel A**
**5353 Ridge St Apt 71**
**El Paso, TX 79932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.507** | Priority creditor's name and mailing address
**Gonzalez,Marisol**
**1935 Glen Harbor Rd**
**Ceres, CA 95307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$214.76 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.508** | Priority creditor's name and mailing address
**Gonzalez,Melissa E**
**321 Daisy Ave Apt 6**
**Long Beach, CA 90802-2764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.83 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.509** | Priority creditor's name and mailing address
**Gonzalez,Mirtha**
**29 W. 14th St.**
**Merced, CA 95340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,829.75 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.510** | Priority creditor's name and mailing address
**Gonzalez,Yesenia**
**7 Boothill Ln**
**Carson, CA 90745-5610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$62.04 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $47.58 | Unknown |
|---|---|---|---|---|
| | **Good,Brian O**<br>**8568 Culpepper Dr**<br>**Sacramento, CA 95823-7659** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40.04 | Unknown |
|---|---|---|---|---|
| | **Goodwyn Johnson,Angel D**<br>**2213 Alken St**<br>**Balto, MD 21218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $298.36 | Unknown |
|---|---|---|---|---|
| | **Gordin,Candice G**<br>**7534 VICTORIA AVE**<br>**HIGHLAND, CA 92346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $45.10 | Unknown |
|---|---|---|---|---|
| | **Gormley,Martha M**<br>**718 Myrtle Ave**<br>**Perris, CA 92571-9424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **FP Stores, Inc.**                                                        Case number (if known)    **18-11804 (LSS)**

Name

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.31 | Unknown |
|---|---|---|---|---|

**Goss,Parissma C**
**1383 Montheath Circle**
**Ocoee, FL 34761**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | | $2,025.43 | Unknown |
|---|---|---|---|---|

**Grado,Corina**
**208 E. McCune**
**Roswell, NM 88203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | | $2,000.00 | Unknown |
|---|---|---|---|---|

**Graham,Nakesha A**
**6232 Raleigh street**
**Apt #503**
**Orlando, FL 32835**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | | $216.30 | Unknown |
|---|---|---|---|---|

**Granados,Priscilla**
**943 West Yucca Street**
**Somerton, AZ 85350**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.519** | Priority creditor's name and mailing address
**Grant,Whitley Y**
**9410 MacArthur Blvd Apt 201**
**Oakland, CA 94605-4731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.54   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.520** | Priority creditor's name and mailing address
**Gray,Frances**
**27142 San Jose Ave**
**Madera, CA 93637**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56.64   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.521** | Priority creditor's name and mailing address
**Gray,Salomon M**
**1014 Flint Ave**
**Wilmington, CA 90744-3708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$138.86   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.522** | Priority creditor's name and mailing address
**Green,Enoch R**
**3304 Cherokee Ave**
**Merced, CA 95340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$75.35   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **FP Stores, Inc.**                                                      Case number (if known)    **18-11804 (LSS)**
          Name

| | | | |
|---|---|---|---|
| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $752.12 | Unknown |

**2.523** Priority creditor's name and mailing address

**Green,Jami M**
**2035 Polk Ford Rd**
**Stanfield, NC 28163**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$752.12    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.524** Priority creditor's name and mailing address

**Green,Melinda D**
**142 Norma CT**
**Aptos, CA 95003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$596.75    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.525** Priority creditor's name and mailing address

**Green,Saida**
**126 E 110th Street**
**Los Angeles, CA 90059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$178.74    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.526** Priority creditor's name and mailing address

**Greer,Erika M**
**2601 S Real Rd**
**Apt 16**
**Bakersfield, CA 93309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.72    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $697.75 | Unknown |
|-------|---------------------------------------------|--------------------------|---------|---------|
|       | **Grijalva,Josephine N**<br>**19550 E Cienega Ave Apt 32**<br>**Covina, CA 91724** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $178.88 | Unknown |
|-------|---------------------------------------------|--------------------------|---------|---------|
|       | **Guatemala Ortiz,Sylvia L**<br>**2702 Mission St Apt B**<br>**San Francisco, CA 94110-3104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $296.40 | Unknown |
|-------|---------------------------------------------|--------------------------|---------|---------|
|       | **Gudino,Elanie**<br>**1266 Ronan Ave**<br>**Wilmington, CA 90744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $642.73 | Unknown |
|-------|---------------------------------------------|--------------------------|---------|---------|
|       | **Guerra Martinez,Graciela**<br>**P.O Box 3035**<br>**Vallejo, CA 94590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **FP Stores, Inc.**

         Name                                       Case number (if known)   **18-11804 (LSS)**

---

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,038.47 | Unknown |
|---|---|---|---|---|

**Guerrero, Alejandra**
**2744 S Harding Ave**
**Chicago, IL 60623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.92 | Unknown |
|---|---|---|---|---|

**Guerrero, Leslie M**
**2767 S Military Trail 95**
**West Palm Beach, FL 33415**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,609.80 | Unknown |
|---|---|---|---|---|

**Guerrero, Veronica R**
**2442 N Fruit Ave**
**Fresno, CA 93705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.29 | Unknown |
|---|---|---|---|---|

**Guevara, Martha H.**
**8809 Etiwanda Ave.**
**Apt.#28**
**Northridge, CA 91325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $798.45 | Unknown |
|-------|---------------------------------------------|------------------------------------------------|---------|---------|
|       | **Guevara,Teresa**<br>**6120 Gallant St.**<br>**Bell Gardens, CA 90201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $768.68 | Unknown |
|-------|---------------------------------------------|------------------------------------------------|---------|---------|
|       | **Guiterrez,Ana**<br>**10242 Stanford Ave.**<br>**Apt 4**<br>**Garden Grove, CA 92840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $250.35 | Unknown |
|-------|---------------------------------------------|------------------------------------------------|---------|---------|
|       | **Gumpton,Martha I**<br>**86 Adams St**<br>**Springfield, MA 01105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $126.06 | Unknown |
|-------|---------------------------------------------|------------------------------------------------|---------|---------|
|       | **Gunter,April L**<br>**1752 Kinser Rd**<br>**Ceres, CA 95307-4603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.22 | Unknown |
|---|---|---|---|---|

**Gunter,Trina L**
**1752 Kinser Rd**
**Ceres, CA 95307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,911.00 | Unknown |
|---|---|---|---|---|

**Gutierrez De Gaspar,M. Bonifac**
**724 E.Oak St.**
**Stockton, CA 95203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.58 | Unknown |
|---|---|---|---|---|

**Gutierrez,Blanca P**
**3021 E Norberry St**
**Lancaster, CA 93535**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.69 | Unknown |
|---|---|---|---|---|

**Gutierrez,Damacia Sinai**
**628 1/2 San Ysidro**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.90 | Unknown |
|---|---|---|---|---|
| | **Gutierrez,Gloria** | Check all that apply. | | |
| | **16 North Sumner Ave** | ☐ Contingent | | |
| | **Aurora, IL 60505** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.69 | Unknown |
|---|---|---|---|---|
| | **Gutierrez,Jocelyn C** | Check all that apply. | | |
| | **44749 17th St. West** | ☐ Contingent | | |
| | **Lancaster, CA 93534** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,605.01 | Unknown |
|---|---|---|---|---|
| | **Gutierrez,Maria I.** | Check all that apply. | | |
| | **6321 Springdale Dr.** | ☐ Contingent | | |
| | **Bakersfield, CA 93313** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.16 | Unknown |
|---|---|---|---|---|
| | **Gutierrez,Yasmin** | Check all that apply. | | |
| | **3571 Frazier St** | ☐ Contingent | | |
| | **Baldwin Park, CA 91706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No | | |
| | | ☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.547** | Priority creditor's name and mailing address

**Guzman De Ordonez,Maria D**
**1670 N. Lamont St.**
**Apt. #106**
**Las Vegas, NV 89115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,769.23    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.548** | Priority creditor's name and mailing address

**Guzman Lopez,Azucena**
**635 N Bristol St**
**Unit 39**
**Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$426.75    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.549** | Priority creditor's name and mailing address

**Guzman,Brianna R**
**15846 Margarita Dr**
**Fontana, CA 92336-5000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12.65    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.550** | Priority creditor's name and mailing address

**Guzman,Daisy**
**8814 Willis Ave**
**#14**
**Panorama, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$859.41    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.551** | Priority creditor's name and mailing address
**Guzman,Esther**
**2105 E. 19th St.**
**San Bernardino, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$171.50 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.552** | Priority creditor's name and mailing address
**Guzman,Maria G.**
**3406 Salinas**
**Laredo, TX 78040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,826.92 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.553** | Priority creditor's name and mailing address
**Guzman-Flores,Ma Guadalope**
**111 South B St Apt 4**
**Oxnard, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$880.88 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.554** | Priority creditor's name and mailing address
**Haddad,Aydeh R**
**12909 S Carondolet Ave**
**Chicago, IL 60633-1204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$29.92 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.555** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$105.12** | **Unknown**
Check all that apply.

**Hagood,Aaron J**
**1604 Crandon Dr**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.556** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$974.16** | **Unknown**
Check all that apply.

**Hairston,Kirsten**
**1587 Briarfield road**
**#49**
**Hampton, VA 23666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.557** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,076.04** | **Unknown**
Check all that apply.

**Hall Jr,Fred A**
**1257 104th Ave**
**Oakland, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.558** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.30** | **Unknown**
Check all that apply.

**Hall Parkes,Jessica A**
**3950 NW 90th Way**
**Sunrise, FL 33351-8821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.559** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.80 | Unknown
**Hansen,Kristal K**
**501 E Virginia way # 105**
**Barstow, CA 92311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.560** | Priority creditor's name and mailing address | | $1,110.00 | Unknown
**Hardy,Sharde A**
**949 34th St**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.561** | Priority creditor's name and mailing address | | $144.60 | Unknown
**Harris,Bernard E**
**1011 Commonwealth Pl**
**Virginia Beach, VA 23464-4522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.562** | Priority creditor's name and mailing address | | $308.16 | Unknown
**Harris,Dahshae**
**11222 Shanandoan Street**
**Adelanto, CA 92301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor __FP Stores, Inc._____  Case number (if known) __18-11804 (LSS)__
　　　　　Name

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.48 | Unknown |
|---|---|---|---|---|

**Harris,Tanisha**
**3911 Annadale LN # 1**
**Sacramento, CA 95821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | | $23.21 | Unknown |
|---|---|---|---|---|

**Harrison,Darnesha C**
**4938 W Gladys Ave**
**Chicago, IL 60644-4940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | | $15.37 | Unknown |
|---|---|---|---|---|

**Harrison,Larreisha M**
**43737 Rucker St**
**Lancaster, CA 93535-6230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | | $362.60 | Unknown |
|---|---|---|---|---|

**Haynes,Anglio**
**408 S 11th St**
**Conroe, TX 77301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **FP Stores, Inc.**                                                    Case number (if known)    **18-11804 (LSS)**
Name

---

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.77 | Unknown |
|---|---|---|---|---|

**Heller,Heather**
**4901 Little Oak Ln Apt 31**
**Sacramento, CA 95841-3701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.97 | Unknown |

**Henry,Gloria T**
**5727 S Hoyne Ave**
**Chicago, IL 60636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.94 | Unknown |

**Henry,Kaneisha**
**2635 Toddler Place Dr Apt 3**
**Winston Salem, NC 27105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.00 | Unknown |

**Heredia,Cecilia A**
**402 W Belleview Ave**
**Porterville, CA 93257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|---|------------------------|----------------------|
| | Name | | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,130.25 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|-----------|---------|

**Heredia,Josephina**
**206 W. Victoria St.**
**Rialto, CA 92376**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.33 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|--------|---------|

**Hernadez,Maria**
**1532 E la Palma Apt 206**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.49 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Hernandez  Ramirez,Susana S**
**12823 Hoback St**
**Norwalk, CA 90650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.52 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Hernandez Giron,Alba Odila**
**2051 W. 22nd Street**
**Apt. # 318**
**Los Angeles, CA 90018**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.575** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$680.46** | **Unknown**

**Hernandez Hernandez,Luz N**
**225 Mary St.**
**Arvin, CA 93203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.576** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$84.72** | **Unknown**

**Hernandez Jorge,Moraima**
**936 clear creek circle**
**Clermont, FL 34714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.577** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$137.01** | **Unknown**

**Hernandez Ramos,Maria M.**
**45020 Andale Ave**
**Lancaster, CA 93535**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.578** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$815.32** | **Unknown**

**Hernandez Vazquez,Ana C**
**1277 Elm Ct.**
**Hanford, CA 93230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.579** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.24** | **Unknown**

**Hernandez,Adaly V**
**12019 Magnolia St Apt 5**
**El Monte, CA 91732-3468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.580** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.24** | **Unknown**

**Hernandez,Angelica**
**1414 Faustina Ave**
**Modesto, CA 95351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.581** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.38** | **Unknown**

**Hernandez,Araceli**
**1109 S Chicago Ave**
**fortworth, TX 76105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.582** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.18** | **Unknown**

**Hernandez,Ashley F**
**9999 Imperial Hwy Apt 102**
**Downey, CA 90242-3228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.04 | Unknown |

**Hernandez,Christine**
**1197 W. Julia Way**
**Hanford, CA 93230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.08 | Unknown |

**Hernandez,Crystal E**
**8805 Orion Ave**
**Apt# 202**
**North Hills, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.70 | Unknown |

**Hernandez,Dominique A**
**431 N Grande Ave**
**Apt 06**
**Tucson, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.84 | Unknown |

**Hernandez,Elizabeth**
**2135 S. 40th St.**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.68 | Unknown |
|---|---|---|---|---|

**Hernandez,Erika A**
**1024 SW 46th St**
**Oklahoma City, OK 73109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.93 | Unknown |
|---|---|---|---|---|

**Hernandez,Fabiana**
**420 Sherwood Ct**
**Watsonville, CA 95076-6009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.85 | Unknown |
|---|---|---|---|---|

**Hernandez,Jessica S**
**401 W Morrison -C**
**Santa Maria, CA 93458-5789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.88 | Unknown |
|---|---|---|---|---|

**Hernandez,Leslie G**
**9866 N Butte Rd**
**Live Oak, CA 95953-9404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.22 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Lorraine**<br>**8772 Dudman Dr.**<br>**Garden Grove, CA 92841** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Lucila**<br>**880 Stanislaus St.**<br>**Parlier, CA 93648** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.96 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Maria**<br>**10062 Olive St**<br>**Bloomingten, CA 92316** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.25 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Maria De Lourdes**<br>**6726 Springfield St**<br>**San Diego, CA 92114** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.10 | Unknown |
|---|---|---|---|---|

**Hernandez,Maria E**
**2028 E. 117th St.**
**Los Angeles, CA 90059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $969.76 | Unknown |
|---|---|---|---|---|

**Hernandez,Maria G**
**1163 Fulton Ave**
**Vallejo, CA 94591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.43 | Unknown |
|---|---|---|---|---|

**Hernandez,Maria L**
**2461 Sleepy Hollow Ln**
**San Jose, CA 95116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 | Unknown |
|---|---|---|---|---|

**Hernandez,Martha**
**4250 W. First St**
**Apt #204**
**Santa Ana, CA 92703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.68 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Mercedes**<br>**2112 Julian Ave**<br>**Bakersfield, CA 93304-6426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $645.30 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Nancy**<br>**7900Bellaire Blvd Apt 336**<br>**Houston, TX 77036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $272.69 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Rosa E**<br>**2511 Whitetail Dr**<br>**Mesquite, TX 75181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.44 | Unknown |
|---|---|---|---|---|
| | **Hernandez,Rosa I.**<br>**703 W. Tunnell**<br>**Santa Maria, CA 93458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$38.50** | **Unknown** |
|---|---|---|---|---|
| | **Hernandez,Salena M**<br>**125 W. Pershing st. Unit B**<br>**Santa Maria, CA 93458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$11.11** | **Unknown** |
|---|---|---|---|---|
| | **Hernandez,Veronica Antonio**<br>**1065 Perkins Rd**<br>**Madera, CA 93637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$573.95** | **Unknown** |
|---|---|---|---|---|
| | **Hernandez,Yanira L**<br>**380 Pacheco Rd # 1511**<br>**Bakersfield, CA 93307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$311.60** | **Unknown** |
|---|---|---|---|---|
| | **Herrera Fernandez,Ury R.**<br>**P.O. Box 1542**<br>**Las Cruces, NM 88004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.607** | Priority creditor's name and mailing address

**Herrera III,Victor A**
**1255 N Lucerne Ln**
**Fresno, CA 93728-1712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.16    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.608** | Priority creditor's name and mailing address

**Herrera,Alejandra C**
**8811 Park St**
**Unit 84**
**Bellflower, CA 90706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$781.88    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.609** | Priority creditor's name and mailing address

**Herrera,Carolina**
**100 Woodlawn Ave. #6**
**Chula Vista, CA 91910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.610** | Priority creditor's name and mailing address

**Herrera,Cecilia**
**68 Plumas way**
**salinas, CA 93906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$301.07    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **FP Stores, Inc.**                                          Case number (if known)    **18-11804 (LSS)**
_____
Name

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.96 | Unknown |
|---|---|---|---|---|

**Herrera,Erika**
**6363 Clarice Ave.**
**Apt #126**
**Las Vegas, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.52 | Unknown |
|---|---|---|---|---|

**Heyliger,Jasheema K**
**4981 SW 7Th Ct**
**Margate, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,406.41 | Unknown |
|---|---|---|---|---|

**Higareda,Maria**
**13079 Carl St.**
**Apt. #316**
**Pacoima, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.56 | Unknown |
|---|---|---|---|---|

**Hill Peters,Desirae D**
**3121 SE 55th St**
**Oklahoma City, OK 73135-1613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $120.78 | Unknown |
|-------|----------------------------------------------|----------------------------------------------|---------|---------|
|       | **Hillard,Anthony B**<br>**1108 Blouin Dr**<br>**Dolton, IL 60419-2705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $64.68 | Unknown |
|-------|----------------------------------------------|----------------------------------------------|--------|---------|
|       | **Hines,Roderick A**<br>**537 Lincoln Drive**<br>**Rocky Mount, NC 27801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $12.08 | Unknown |
|-------|----------------------------------------------|----------------------------------------------|--------|---------|
|       | **Hines,Stephanie A**<br>**1880 Horal St Apt 1509**<br>**San Antonio, TX 78227-5110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $117.26 | Unknown |
|-------|----------------------------------------------|----------------------------------------------|---------|---------|
|       | **Hollis,Preshess J**<br>**612 W Buena Vista**<br>**Barstow, CA 92311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
|       | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.619** | Priority creditor's name and mailing address

**Honorato,Ana L**
**1316 14th St**
**Imperial Beach, CA 91932**

As of the petition filing date, the claim is:    **$1,117.74**    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.620** | Priority creditor's name and mailing address

**Hopkins,Shanta R**
**1925 Lynx Ln**
**Wedgefield, SC 29168**

As of the petition filing date, the claim is:    **$241.25**    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.621** | Priority creditor's name and mailing address

**Horta,Brenda J**
**4228 Saddleback Rd.**
**Palmdale, CA 93552**

As of the petition filing date, the claim is:    **$446.66**    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.622** | Priority creditor's name and mailing address

**Houston,Laundon M**
**1701 E Robert St.**
**Apt# 1021**
**Fort Worth, TX 76104**

As of the petition filing date, the claim is:    **$1,047.64**    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.24 | Unknown |
|---|---|---|---|---|

**Howard,Albert**
**4722 Koala Ct**
**Antoioch, CA 94531**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.84 | Unknown |
|---|---|---|---|---|

**Howerton,Ana R**
**194 Colonade Square**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.45 | Unknown |
|---|---|---|---|---|

**Hueck,Nadine M**
**21352 SW 112 Ave**
**#303**
**Cutler Bay, FL 33189**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.69 | Unknown |
|---|---|---|---|---|

**Huerta Huipio,Olga**
**14348 Scott Pl.**
**Baldwin Park, CA 91706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.53 | Unknown |
|---|---|---|---|---|
| | **Huerta,Frank A**<br>**2726 W Polk St**<br>**Phoenix, AZ 85009-4926** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $448.51 | Unknown |
|---|---|---|---|---|
| | **Huerta,Vanesa**<br>**15045 Saticoy ST Apt. 102**<br>**van nuys, CA 91405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $175.72 | Unknown |
|---|---|---|---|---|
| | **Hughes,Claudia j**<br>**3005 Iris Ave unit B**<br>**SanYsidro, CA 92173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $37.73 | Unknown |
|---|---|---|---|---|
| | **Hughes,Zachery S**<br>**1605 Robertson Rd**<br>**Apt 36**<br>**Modesto, CA 95351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.60 | Unknown |
|---|---|---|---|---|

**Huizar,Irina**
**1507 Marion Dr.**
**Bakersfield, CA 93307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.12 | Unknown |
|---|---|---|---|---|

**Hull,Lashunda A**
**715 E 118th St**
**Los Angeles, CA 90059-2703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.24 | Unknown |
|---|---|---|---|---|

**Hunter,Eddie J**
**7 Erin LN**
**Newport News, VA 23605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,657.84 | Unknown |
|---|---|---|---|---|

**Huntington,Loraine M**
**1661 W. Shasta Ave**
**Tulare, CA 93274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.635** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,253.52 | Unknown

**Hurt,Letecia T**
**5001 Sattoy Dr**
**Kingman, AZ 86409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.636** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,796.68 | Unknown

**Hurtado,Blanca**
**2806 West Blvd.**
**Apt.#3**
**Los Angeles, CA 90016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.637** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.39 | Unknown

**Ibarra,Olivia**
**224 Sycamore Rd.**
**Apt. # 26**
**San Ysidro, CA 92173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.638** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.76 | Unknown

**Idov,Michelle L**
**7325 Jockey Ave.**
**Las Vegas, NV 89130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.639** | Priority creditor's name and mailing address

**Infante Pena,Carmen D**
**175 1st St Apt 5J**
**Newark, NJ 07107-2289**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.80   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.640** | Priority creditor's name and mailing address

**Iraheta,Kimberly Y**
**29688 W Hidalgo**
**Cantua Creek, CA 93608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$13.31   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.641** | Priority creditor's name and mailing address

**Irene,Adam**
**7976 Pinehurst Dr**
**Highland, CA 92341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$162.58   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.642** | Priority creditor's name and mailing address

**Islas Bustamante,Isel A**
**6336 Malabar St**
**Apt# A**
**Huntington Park, CA 90255**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$540.20   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,245.40 | Unknown |
|---|---|---|---|---|

**Isuiza,Antonio**
**260 Holladay Ave.**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.52 | Unknown |
|---|---|---|---|---|

**Ivins,Virginia**
**1924 Detroit Ave.**
**Kingman, AZ 86401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,578.83 | Unknown |
|---|---|---|---|---|

**Jacobo,Elizabeth N.**
**P.O. Box 3928**
**San Luis, AZ 85349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.80 | Unknown |
|---|---|---|---|---|

**Jacome,Shania**
**24115 Amberley Dr**
**Moreno Valley, CA 92553-3382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $221.65 | Unknown |
|---|---|---|---|---|
| | **Jaime,Mitzy**<br>**2122  Rene St**<br>**Santa Ana, CA 92704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $168.96 | Unknown |
|---|---|---|---|---|
| | **Jaimez,Jasmin M**<br>**3904 Evelyn Dr**<br>**Bakersfield, CA 93304-6712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $624.37 | Unknown |
|---|---|---|---|---|
| | **Jamison,Tammy D**<br>**7103 Glen Ridge Dr.**<br>**Hyattsville, MD 20784** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,107.70 | Unknown |
|---|---|---|---|---|
| | **Jauregui Villegas,Yesenia**<br>**12915 Louvre St**<br>**Pacoima, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.50 | Unknown |
|---|---|---|---|---|

**Jefferies, Maya D**
**1360 65th Ave**
**Oakland, CA 94621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.53 | Unknown |
|---|---|---|---|---|

**Jimenez, Brianna**
**9630 Acacia Ave**
**Fontana, CA 92335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | Unknown |
|---|---|---|---|---|

**Jimenez, Edwin**
**1528 Cedar Ave**
**Long Beach, CA 90813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.08 | Unknown |
|---|---|---|---|---|

**Jimenez, Joaquin**
**1714 Oro Vista Rd #194**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,076.66 | Unknown |
|---|---|---|---|---|

**Jimenez,Kenia L**
**2767 S. Military Trl**
**S Lot 17**
**West Palm Beach, FL 33415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.50 | Unknown |
|---|---|---|---|---|

**Jimenez,Lina E**
**9763 SW 168 St**
**Miami, FL 33157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $771.55 | Unknown |
|---|---|---|---|---|

**Jimenez,Maria S.**
**1714 orovista rd**
**#194**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.66 | Unknown |
|---|---|---|---|---|

**Jimenez,Victoria M.**
**413 E. Buckthorn St.**
**Inglewood, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.659** | Priority creditor's name and mailing address

**Johnson,Antonio L**
**1527 North Bond Street**
**Baltimore, MD 21213**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$174.33**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.660** | Priority creditor's name and mailing address

**Johnson,Chelesia L**
**4109 Teal St Apt 4A**
**Bakersfield, CA 93304-6462**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$51.59**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.661** | Priority creditor's name and mailing address

**Johnson,Cheryl D**
**4007 Orchard Ridge Blvd**
**Baltimore, MD 21213**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$217.03**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.662** | Priority creditor's name and mailing address

**Johnson,Kamilah A**
**483 Pamela Dr**
**Bay Point, CA 94565**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,408.14**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.49 | Unknown |
|---|---|---|---|---|
| | **Johnson,Laquisha L**<br>**3701 173rd Ct Apt 6C**<br>**Lansing, IL 60438-1441** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.82 | Unknown |
|---|---|---|---|---|
| | **Johnson,Pamela**<br>**1583 N. Roosevelt**<br>**Fresno, CA 93728** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.52 | Unknown |
|---|---|---|---|---|
| | **Johnson,Phylicia L**<br>**2700 Viola St**<br>**Oakland, CA 94619** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.78 | Unknown |
|---|---|---|---|---|
| | **Johnson,Sarteka N**<br>**14779 Seneca Rd Apt H23**<br>**Victorville, CA 92392** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $302.82 | Unknown |
|---|---|---|---|---|

**Johnson,Stefanie E**
**1605 Lake St**
**Gastonia, NC 28052**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51.26 | Unknown |
|---|---|---|---|---|

**Johnson,Takoya**
**2223 Pullman Ave**
**Santa Maria, CA 93458**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168.48 | Unknown |
|---|---|---|---|---|

**Jones,Antoinette T**
**8051 S Evans Avenue Apt 2**
**Chicago, IL 60619**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $167.75 | Unknown |
|---|---|---|---|---|

**Jones,Courtney J**
**11924 S Main St**
**Los Angeles, CA 90061-1769**

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $24.53 | Unknown |
|---|---|---|---|---|
| | **Jones,Javon N**<br>**24215 Old Country Rd**<br>**Moreno Valley, CA 92557-4006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $186.90 | Unknown |
|---|---|---|---|---|
| | **Jones,Khalela C**<br>**4580 NW 10TH PLACE**<br>**Apt F203**<br>**PLANTATION, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $419.92 | Unknown |
|---|---|---|---|---|
| | **Jones,Scottie L**<br>**111 Preda St.**<br>**Apt# 8**<br>**Oakland, CA 94577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $707.69 | Unknown |
|---|---|---|---|---|
| | **Jordan,Keisha L**<br>**1961 Vermont St**<br>**Blue Island, IL 60406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.43 | Unknown |
|---|---|---|---|---|

**Jordan,Lyndon**
**10603 Cimarron St.**
**Los Angeles, CA 90047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.25 | Unknown |
|---|---|---|---|---|

**Jordan,Taylor R**
**7320 Summit Parc Dr**
**Dallas, TX 75249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.25 | Unknown |
|---|---|---|---|---|

**Joya,Sandy**
**215 W 19th St**
**Merced, CA 95340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.28 | Unknown |
|---|---|---|---|---|

**Juarez,Elizabeth N**
**21065 Western Blvd**
**Hayward, CA 94541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.02 | Unknown |
|---|---|---|---|---|

**Juarez,Melissa Y
421 Julian St
Oxnard, CA 93030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.20 | Unknown |
|---|---|---|---|---|

**Juarez,Vanessa
1419 W Ave H- 1
Lancaster, CA 93534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.60 | Unknown |
|---|---|---|---|---|

**Kaufusi,Fololini
6929 BeryL ST
Rancho Cucamonga, CA 91730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.06 | Unknown |
|---|---|---|---|---|

**Kaur,Gurpreet
1209 Bachelor st
Bakersfield, CA 93307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.83 | Unknown |
|---|---|---|---|---|

**Keenon,Andrea D**
**525 Hartnett Drive**
**Spartanburg, SC 29301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.68 | Unknown |
|---|---|---|---|---|

**Keller,Mariah A**
**7920 Tam O Shanter Dr Apt 315**
**Stockton, CA 95210-3016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.05 | Unknown |
|---|---|---|---|---|

**Kelly,Edie F**
**449 West 78TH ST**
**Apt# 304**
**Los Angeles, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.10 | Unknown |
|---|---|---|---|---|

**Kemp,Casandra**
**170 central st**
**springfield, MA 01105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.687** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.84** | **Unknown**

**Kennedy-Martin, Cassandra K**
**467 Jill Cir**
**Stockton, CA 95210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.688** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14.95** | **Unknown**

**Kerr, Darius R**
**6740 El Capitan Cir**
**Stockton, CA 95210-5109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.689** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$531.05** | **Unknown**

**Khemraj, Vijai L**
**307 Clifton Ave**
**Apt# 2**
**Newark, NJ 07104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.690** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$429.04** | **Unknown**

**Khojasaryan, Alisa**
**5714 Colfax Ave**
**N. Hollywood, CA 91607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.691 | Priority creditor's name and mailing address<br>**Killian,Amber Y**<br>**439 Blanco St**<br>**American Canyon, CA 94503-1313** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$129.47** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.692 | Priority creditor's name and mailing address<br>**King,Syvertic T**<br>**1141/2 61 st  Street**<br>**Los Angeles, CA 90003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$188.81** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.693 | Priority creditor's name and mailing address<br>**Klumthanom,Kanyarat**<br>**6325 Conroy Rd Apt 2320**<br>**Orlando, FL 32835** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$265.98** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.694 | Priority creditor's name and mailing address<br>**Knowlton,Adriana V**<br>**838 Park Ave**<br>**Apt 4**<br>**El Centro, CA 92243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,248.17** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,192.30** | **Unknown** |
|---|---|---|---|---|
| | **Knuckles,Amy M** | Check all that apply. | | |
| | **103 Loretta Drive** | ☐ Contingent | | |
| | **Spartanburg, SC 29301** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$379.18** | **Unknown** |
|---|---|---|---|---|
| | **Krstyen,Michael R** | Check all that apply. | | |
| | **7 Doyle Ave** | ☐ Contingent | | |
| | **Springfield, MA 01104** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$583.93** | **Unknown** |
|---|---|---|---|---|
| | **Labra,Valeria** | Check all that apply. | | |
| | **38260 5th St E** | ☐ Contingent | | |
| | **Apt D2** | ☐ Unliquidated | | |
| | **Palmdale, CA 92550** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$150.70** | **Unknown** |
|---|---|---|---|---|
| | **Lajeunesse,Denise R** | Check all that apply. | | |
| | **34 Avenida Jardin** | ☐ Contingent | | |
| | **Los Lunas, NM 87031** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.699** | Priority creditor's name and mailing address

**Lam,Nancy L**
**3239 Noriega St**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$642.30    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.700** | Priority creditor's name and mailing address

**Landa,Francelia**
**7532 Woodridge Way**
**San Diego, CA 92114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$277.55    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.701** | Priority creditor's name and mailing address

**Landcraft,Nolen H**
**4151 W Saginaw Way**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,298.56    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.702** | Priority creditor's name and mailing address

**Landeros,Alicia V**
**515 N D St**
**Madera, CA 93638-3133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14.63    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.25 | Unknown |
|---|---|---|---|---|
| | **Landeros, Brenda**<br>**6949 Corbin Ave**<br>**Winnetka, CA 91306** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.72 | Unknown |
|---|---|---|---|---|
| | **Lane, Devonte S**<br>**8127 N Brockton Ct**<br>**Hanover Park, IL 60133-2320** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.54 | Unknown |
|---|---|---|---|---|
| | **Lapresta, Brenda I**<br>**11631 ferguson rd**<br>**Apt #3223**<br>**Dallas, TX 75228** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.45 | Unknown |
|---|---|---|---|---|
| | **Lara, Paula**<br>**1651 Walton St**<br>**Oceanside, CA 92058** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.15 | Unknown |
|---|---|---|---|---|

**Larece,Josna**
**4026 Inverrary Blvd**
**#1208**
**Lauderhill, FL 33319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address | | $3,382.21 | Unknown |
|---|---|---|---|---|

**Latin,Domonique Shana**
**9475 W. Sam Houston Pkwy S**
**Apt# 167**
**Houston, TX 77099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address | | $41.14 | Unknown |
|---|---|---|---|---|

**Lazaro,Cristian Y**
**901 ELM  ave**
**Santa maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address | | $82.72 | Unknown |
|---|---|---|---|---|

**Le Blanc,Todd**
**944 W 24th St**
**Merced, CA 95340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $228.51 | Unknown |
|---|---|---|---|---|
| | **Le,Brandon**<br>**2664 W Cornell Ave**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $689.59 | Unknown |
|---|---|---|---|---|
| | **Leca,Ashley M**<br>**1539 Sunrise Ave.**<br>**Modesto, CA 95350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $192.88 | Unknown |
|---|---|---|---|---|
| | **Ledezma Vera,Suedhai**<br>**352 Broadway Sp-D9**<br>**Chula Vista, CA 91910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,886.82 | Unknown |
|---|---|---|---|---|
| | **Lee,Evelin**<br>**18847 galleano st**<br>**La puente, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.80 | Unknown |
|---|---|---|---|---|

**Lemus Orozco,Ana B**
**14089 Brennan Rd**
**Escalon, CA 95320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.14 | Unknown |
|---|---|---|---|---|

**Lemus,Samantha**
**111 South B St Apt # 4**
**Oxnard, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.70 | Unknown |
|---|---|---|---|---|

**Lemus,Shani**
**1801 Circle Dr.**
**Laredo, TX 78040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.17 | Unknown |
|---|---|---|---|---|

**Leon Nieto,Matilde**
**1018 S Philadelphia St Apt 2**
**Anaheim, CA 92805-5563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address<br>**Lepe,Norma A.**<br>**1020 Elm St.**<br>**Pomona, CA 91766** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.11** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.720 | Priority creditor's name and mailing address<br>**Lett-McNair,Teresa**<br>**630 Calista Dr**<br>**Chesapeake, VA 23320** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$154.05** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.721 | Priority creditor's name and mailing address<br>**Lewis,Jennifer M**<br>**1038 S Gertrude Ave**<br>**Apt 5**<br>**Stockton, CA 95215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5.98** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.722 | Priority creditor's name and mailing address<br>**Licon Diaz,Alejandrina**<br>**3926 58th St**<br>**Apt A**<br>**San Diego, CA 92115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$723.91** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.84 | Unknown |
|---|---|---|---|---|

**Liggon,Bianca**
**517 Oakdale St**
**Gastonia, NC 28054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,359.54 | Unknown |
|---|---|---|---|---|

**Limas,Maria**
**508 Kimo Ct.**
**McFarland, CA 93250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.40 | Unknown |
|---|---|---|---|---|

**Lino,Cindy**
**50160S Seeley Ave**
**Chicago, IL 60609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.50 | Unknown |
|---|---|---|---|---|

**Linzie,Nicole**
**7625 25th ave**
**hyattsville, MD 20783**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.727** | Priority creditor's name and mailing address
**Little,Lisa R**
**1220 S. Central Park Ave**
**Chicago, IL 60623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,471.34    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.728** | Priority creditor's name and mailing address
**Loaeza De Sanchez,Carolina**
**1427 W. Borchard**
**Santa Ana, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$285.89    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.729** | Priority creditor's name and mailing address
**Long,Shaun D**
**7272 N Belvedere Ave**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$185.68    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.730** | Priority creditor's name and mailing address
**Lopez Cruz,Micaela**
**27 Scottsdale North**
**Carson, CA 90745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,802.53    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.41 | Unknown |
|---|---|---|---|---|

**Lopez De Hernandez,Rosa E.**
**4836 E. 59th Pl.**
**Maywood, CA 90270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.47 | Unknown |
|---|---|---|---|---|

**Lopez De Lupian,Griselda**
**9124 Kroft Rd**
**Planada, CA 95365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.23 | Unknown |
|---|---|---|---|---|

**Lopez Gonzalez,Jessica M**
**14766 Delano St**
**Apt 5**
**Van Nuys, CA 91411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,452.35 | Unknown |
|---|---|---|---|---|

**Lopez Rodriguez,Dinora E**
**2973 Folsom St.**
**Apt. #18**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

---

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,028.20 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|-----------|---------|

**Lopez,Carmen**
**1119 Kyle Street**
**San Antonio, TX 78211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,549.75 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|-----------|---------|

**Lopez,Cindy**
**3905 Adair ct**
**Bakersfield, CA 93309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.89 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Lopez,Esther**
**1000 Glenoaks blvd**
**Apt# A**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.65 | Unknown |
|-------|---------------------------------------------|-----------------------------------------------|--------|---------|

**Lopez,Fanny D**
**509 Lincoln Rd W Apt 6**
**Vallejo, CA 94590-7174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.75 | Unknown |
|---|---|---|---|---|

**Lopez,Ferdinand**
**1000 S Semoran Blvd Apt 209**
**Winter Park, FL 32792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | | $1,458.60 | Unknown |
|---|---|---|---|---|

**Lopez,Gladys J**
**1535 Park Blvd**
**Apt 912**
**Orange Cove, CA 93646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | | $1,139.50 | Unknown |
|---|---|---|---|---|

**Lopez,Isabel**
**7847 Norvell Dr.**
**Dallas, TX 75227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | | $3,663.77 | Unknown |
|---|---|---|---|---|

**Lopez,Ivan A.**
**409 Melbourne Dr.**
**Modesto, CA 95357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.743** Priority creditor's name and mailing address
**Lopez,Jessica**
**8112 Lullaby Ln**
**Panorama City, CA 91402-5235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3.71    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.744** Priority creditor's name and mailing address
**Lopez,Jessina M**
**2240 Almanor St**
**Oxnard, CA 93036-2672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.745** Priority creditor's name and mailing address
**Lopez,Louis M**
**1918 16th St # I**
**Bakersfield, CA 93301-5020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$44.55    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.746** Priority creditor's name and mailing address
**Lopez,Lucia**
**13335 Road 29**
**Madera, CA 93638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$366.85    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.74 | Unknown |
|---|---|---|---|---|
| | **Lopez,Margarita R**<br>**129 Rodeo Ave**<br>**Salinas, CA 93906** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,860.97 | Unknown |
|---|---|---|---|---|
| | **Lopez,Maria G.**<br>**875 W. San Ysidro Blvd**<br>**Apt. #10**<br>**San Ysidro, CA 92173** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,390.43 | Unknown |
|---|---|---|---|---|
| | **Lopez,Norma**<br>**43560 Gadsden Ave**<br>**Apt 389**<br>**Lancaster, CA 93534** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.98 | Unknown |
|---|---|---|---|---|
| | **Lopez,Norma M**<br>**5513 Layton St**<br>**Rancho Cucamonga, CA**<br>**91737-2132** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.75 | Unknown |
|---|---|---|---|---|

**Lopez,Olivia**
**2411 sweet leilani**
**N. Las Vegas, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.65 | Unknown |
|---|---|---|---|---|

**Lopez-Saiz,Gerali E**
**541 Lance Dr**
**Barstow, CA 92311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.01 | Unknown |
|---|---|---|---|---|

**Lowe,Anthony B**
**4729 Hickory Creek Dr Apt 1**
**University Park, IL 60484-3083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.06 | Unknown |
|---|---|---|---|---|

**Lozano Marin,Dolores**
**11154 S Inglewood Ave**
**Inglewood, CA 90304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.91 | Unknown |
|---|---|---|---|---|
| | **Lozano,Cristina**<br>**2735 Donovan Court**<br>**Live Oak, CA 95953** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,210.75 | Unknown |
|---|---|---|---|---|
| | **Lozano,Marisela G**<br>**1432 E. Nocta St.**<br>**Apt #B**<br>**Ontario, CA 91784** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.76 | Unknown |
|---|---|---|---|---|
| | **Lucero De Nunez,Gerarda E**<br>**13353 Running Deer**<br>**Road**<br>**Moreno Valley, CA 92553** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.08 | Unknown |
|---|---|---|---|---|
| | **Lucero,Itzel G**<br>**913 Sun Ridge**<br>**El Paso, TX 79912** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | Unknown |
|---|---|---|---|---|

**Lucero,Tatiana M**
**1406 Meadow Dr**
**National City, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.65 | Unknown |
|---|---|---|---|---|

**Lugo De Rodriquez,Virginia**
**11526 Wilowbrook Ave.**
**Los Angeles, CA 90059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,886.25 | Unknown |
|---|---|---|---|---|

**Lujan,Sheila N.**
**848 W. Barbara Ave.**
**West Covina, CA 91790**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.84 | Unknown |
|---|---|---|---|---|

**Lumia,Debra J**
**21 Lawton Circle**
**Sumter, SC 29150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $247.52 | Unknown |
|---|---|---|---|---|
| | **Luna Andres,Margarita**<br>**317 E La Palma Ave Apt 58**<br>**Anaheim, CA 92801-2532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,070.56 | Unknown |
|---|---|---|---|---|
| | **Luna,Maria C.**<br>**339 N. Chicago St.**<br>**Los Angeles, CA 90033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,304.60 | Unknown |
|---|---|---|---|---|
| | **Lupercio,Maria G**<br>**610 Lemonwood Ave**<br>**Tulare, CA 93274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $868.54 | Unknown |
|---|---|---|---|---|
| | **Macias,Alejandra**<br>**13979 Garvey Ave**<br>**Apt #19**<br>**Baldwin Park, CA 91706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.22 | Unknown |
|---|---|---|---|---|

**Macias,Celeste**
**13979 Garvey Ave. #19**
**Baldwin Park, CA 91706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.59 | Unknown |
|---|---|---|---|---|

**Maciel,Anthony**
**1202 N. Miller Street**
**Santa Maria, CA 93454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.09 | Unknown |
|---|---|---|---|---|

**Maciel-Garcia,Araceli**
**2060 Santa Rita St**
**Salinas, CA 93906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.00 | Unknown |
|---|---|---|---|---|

**Mack,Carolyn L**
**800 E. Washington**
**Apt. 315**
**Colton, CA 92324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.34 | Unknown |
|---|---|---|---|---|

**Mack,Yvonne C**
**1575 Mt Moriah Church Rd**
**China Grove, NC 28023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,115.38 | Unknown |
|---|---|---|---|---|

**Macri Jr,Ricci A**
**23964 West Desert Bloom Street**
**Buckeye, AZ 85326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $518.65 | Unknown |
|---|---|---|---|---|

**Madera,Maria G**
**302 W. Harding**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.91 | Unknown |
|---|---|---|---|---|

**Maduena,Rosa M**
**9170 Acacia Ave Apt 101**
**Fontana, CA 92335-4725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.94 | Unknown |
|---|---|---|---|---|

**Magallanes,Noemi**
**116 N Sheridan St**
**Corona, CA 92882-2053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.80 | Unknown |
|---|---|---|---|---|

**Magallon Rivera,Maria I**
**1847 Elmwood Drive**
**Santa Maria, CA 93455**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.15 | Unknown |
|---|---|---|---|---|

**Magallon,Jesus**
**1116 N. Oakley Ave.**
**Santa Maria, CA 93458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,005.00 | Unknown |
|---|---|---|---|---|

**Magalong,Glenda**
**2168 Sand Castle Way**
**Sacramento, CA 95833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,805.74 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Magana Fuentes,Rosa**
**1001 W. 9th St.**
**Antioch, CA 94509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.61 | Unknown |
|---|---|---|---|---|

**Magana,Karla**
**1412 E 75TH St**
**Apt# 1**
**Los Angeles, CA 90001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.50 | Unknown |
|---|---|---|---|---|

**Maldonado Agosto,Yahaira**
**15228 Quailmoor St**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.95 | Unknown |
|---|---|---|---|---|

**Maldonado De Murillo,Aurora**
**1525 E 100TH ST**
**Los Angeles, CA 90002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,627.60 | Unknown |
|---|---|---|---|---|
| | **Maldonado,Leticia**<br>**19120 Parthenia St**<br>**#14**<br>**Northridge, CA 91324** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.85 | Unknown |
|---|---|---|---|---|
| | **Maldonado,Marisol**<br>**1411 Codorniz Dr.**<br>**Brownsville, TX 78526** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | Unknown |
|---|---|---|---|---|
| | **Malvar,Matthew B**<br>**115 Ney St**<br>**San Francisco, CA 94112** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.32 | Unknown |
|---|---|---|---|---|
| | **Marin,Lilia**<br>**4608 Neil Rd Unit 269**<br>**reno, NV 89502** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

Debtor    **FP Stores, Inc.**                                      Case number (if known)    **18-11804 (LSS)**
          Name

| | | | | |
|---|---|---|---|---|
| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,170.96** | **Unknown** |
| | **Marin,Misty M**<br>**524 Tokay Ave**<br>**Modesto, CA 96351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$413.60** | **Unknown** |
| | **Marinez Nunez,Jose J**<br>**1047 Connely St**<br>**Salinas, CA 93905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$295.35** | **Unknown** |
| | **Mariscal De Ramos,Gloria A.**<br>**1178 Del Mar Ave**<br>**Apt. A**<br>**Chula Vista, CA 91911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$36.41** | **Unknown** |
| | **Markiewicz,Jeralyn M**<br>**6323 Viewpoint Ct**<br>**San Diego, CA 92139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $564.90 | Unknown |
|---|---|---|---|---|
| | **Marrero Lorenzo,Damary**<br>**7851 Davie Road Ext Apt 1303**<br>**Hollywood, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $140.14 | Unknown |
|---|---|---|---|---|
| | **Marroquin,Vanessa**<br>**940 W Griffith Way Apt 213**<br>**Fresno, CA 93705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $68.64 | Unknown |
|---|---|---|---|---|
| | **Marshall,Ashley C**<br>**616 Spencer Ave**<br>**Modesto, CA 95351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $380.27 | Unknown |
|---|---|---|---|---|
| | **Martin,Natasha Z**<br>**210 Johnson Ct**<br>**Tulare, CA 93274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.795** | Priority creditor's name and mailing address

**Martin,Nicole A**
**1306 E 18 St**
**Apt 22**
**National City, CA 91950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.40    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.796** | Priority creditor's name and mailing address

**Martindale Job,Claire**
**6361 N Falls Circle Dr**
**Apt 301**
**Lauderhill, FL 33319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,477.12    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.797** | Priority creditor's name and mailing address

**Martinez Alvarado,Ruby J**
**325 Niagara  Ave**
**San Francisco, CA 94112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$420.00    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.798** | Priority creditor's name and mailing address

**Martinez Ortiz,Cinthia N**
**1016 G St.**
**Brawley, CA 92227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$168.08    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.799** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$683.10** | **Unknown**

**Martinez,Alicia**
**3024 7th St**
**Ceres, CA 95307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.800** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,700.39** | **Unknown**

**Martinez,Angelica**
**45 Salisbury St.**
**Apt# 41**
**Porterville, CA 93257**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.801** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$115.72** | **Unknown**

**Martinez,Carmen J**
**1001 Adell St**
**Madera, CA 93638-1702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.802** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$874.37** | **Unknown**

**Martinez,Daisy**
**4932 Kinsie St.**
**Commerce, CA 90040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $629.85 | Unknown |
|---|---|---|---|---|
| | **Martinez,Ebonei C**<br>**677 Tudor Ct**<br>**San Leandro, CA 94577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $21.00 | Unknown |
|---|---|---|---|---|
| | **Martinez,Erlinda M**<br>**9751 East El Norte**<br>**Kingman, AZ 86401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $112.09 | Unknown |
|---|---|---|---|---|
| | **Martinez,Esperanza**<br>**10420 Voltaire Ave**<br>**Oakland, CA 94603-3458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $476.64 | Unknown |
|---|---|---|---|---|
| | **Martinez,Irene E**<br>**2215 Kings Cross Way**<br>**Porterville, CA 93257-6262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,307.70** | **Unknown** |
|---|---|---|---|---|

**Martinez,Ivonne**
**2219 Scott Ln**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,353.62** | **Unknown** |
|---|---|---|---|---|

**Martinez,Janet Rebecca**
**610 Cather**
**Houston, TX 77076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$710.13** | **Unknown** |
|---|---|---|---|---|

**Martinez,Jocelyn**
**1946 Irving Ave Apt B**
**San Diego, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,476.50** | **Unknown** |
|---|---|---|---|---|

**Martinez,Juana**
**661 Adagio Way**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.811** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$428.40** | **Unknown**

**Martinez,Linnette M**
**7182 Benares St**
**Downey, CA 90241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.812** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$242.44** | **Unknown**

**Martinez,Luz M**
**680 Rivera St**
**Chula Vista, CA 91911-5605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.813** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21.23** | **Unknown**

**Martinez,Marissa A**
**115 Gonda St Apt B**
**Royal Oaks, CA 95076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.814** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$652.44** | **Unknown**

**Martinez,Mariuxi B**
**11718 Cranbourne Dr**
**Orlando, FL 32837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.44 | Unknown |
|---|---|---|---|---|
| | **Martinez,Natali** | Check all that apply. | | |
| | **3224 W Indian School Rd Apt** | ☐ Contingent | | |
| | **B131** | ☐ Unliquidated | | |
| | **Phoenix, AZ 85017-3915** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.31 | Unknown |
|---|---|---|---|---|
| | **Martinez,Selena Y** | Check all that apply. | | |
| | **11037 Montgomery Rd** | ☐ Contingent | | |
| | **Beltsville, MD 20705-2815** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.36 | Unknown |
|---|---|---|---|---|
| | **Martinez,Valeria** | Check all that apply. | | |
| | **8907 Hazeltine Ave** | ☐ Contingent | | |
| | **Panorama City, CA 91402** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.24 | Unknown |
|---|---|---|---|---|
| | **Martinez,Vanessa** | Check all that apply. | | |
| | **849 W Putnam Ave** | ☐ Contingent | | |
| | **Porterville, CA 93257** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.55 | Unknown |
|---|---|---|---|---|

**Martinez,Xitlhalic**
**1229 Tuolumne Street**
**Parlier, CA 93648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.90 | Unknown |
|---|---|---|---|---|

**Massie,Brandy**
**442 154th Pl**
**Calumet City, IL 60409-4504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.51 | Unknown |
|---|---|---|---|---|

**Mateer,Dorothy**
**117 Edgewood Dr**
**Stremwood, IL 60107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,305.07 | Unknown |
|---|---|---|---|---|

**Matthews,Jeanene**
**5420 South Aberdeen**
**Apt #1**
**Chicago, IL 60609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 206 of 394**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.14 | Unknown |
|---|---|---|---|---|

**May,Wendy M**
**5027 Warwick Road**
**5027 Warwick Road**
**Richmond, VA 23224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.95 | Unknown |
|---|---|---|---|---|

**Mayfield,Lamesha N**
**5879 Odenton ln**
**Winstonsalem, NC 27040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.56 | Unknown |
|---|---|---|---|---|

**McCray,Jerrica**
**914 Hunters Points Rd**
**Manuelito, NM 87301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.77 | Unknown |
|---|---|---|---|---|

**McDaniel,Jamie M**
**2805 N. Burchill Road**
**Fort Worth, TX 76105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.44 | Unknown |
|---|---|---|---|---|

**McDowell,Kermit**
**7930 North Ave Spc 25**
**Lemon Grove, CA 91945-1852**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | Unknown |
|---|---|---|---|---|

**McElveen,Avery E**
**5730 N Andrews Ave**
**Oakland Park, FL 33309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.56 | Unknown |
|---|---|---|---|---|

**McGinn,Roxanne**
**11414 215TH ST Apt 20**
**Lakewood, CA 90715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.38 | Unknown |
|---|---|---|---|---|

**McLeod,Latasha M**
**981 Porter St Apt 102**
**Vallejo, CA 94590-7764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|--------------------|--------|----------------------|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.63 | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**McRae Ziglar,Vonetta Y**
**3562 Cedar Post Rd**
**Winston-Salem, NC 27127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.35 | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**McWhorter Davis,Ursuela Vaness**
**13883 Colorado Ln.**
**Victorville, CA 92394**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.53 | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Medina Calleros,Lourdes**
**5204 Yellow Rose Ct**
**Bakersfield, CA 93307-5474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.64 | Unknown |
|-------|---------------------------------------------|----------------------------------------------|---------|---------|

**Medina,Evaristo M**
**1920 N Douty**
**Handford, CA 93230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 2.835 | Priority creditor's name and mailing address<br>**Medina,Humberto**<br>**510 E Chestnut Ave Apt 11**<br>**Santa Ana, CA 92701-6094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $160.43 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.836 | Priority creditor's name and mailing address<br>**Medina,Jaime**<br>**11261 Hewitt Ave**<br>**San Fernando, CA 91340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14.05 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.837 | Priority creditor's name and mailing address<br>**Medina,Maria Rosario**<br>**2244 E Washington St**<br>**Stockton, CA 95205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $546.26 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.838 | Priority creditor's name and mailing address<br>**Medina,October**<br>**462 Maple Street**<br>**1R**<br>**Holyoke, MA 01040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $637.02 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **FP Stores, Inc.**                                            Case number (if known)    **18-11804 (LSS)**

          Name

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.69 | Unknown |
|---|---|---|---|---|

**Medrano,Rosalina**
**4802 N. 28th Ave**
**Phoenix, AZ 85017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.84 | Unknown |
|---|---|---|---|---|

**Mehares,Christy C**
**4249 north commerce st  #2143**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.82 | Unknown |
|---|---|---|---|---|

**Mejia Rivera,Yasmin E**
**13408 Vanowen St**
**Apt 6**
**Van Nuys, CA 91405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.92 | Unknown |
|---|---|---|---|---|

**Mejia,De'Shawncey**
**155 E Frye RD**
**Chandler, AZ 85225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Melchor Arvizo,Marielena** | Check all that apply. |
| | **10062 Olive St** | ☐ Contingent |
| | **Bloomington, CA 92316** | ☐ Unliquidated |
| | | ☐ Disputed |

$919.54   Unknown

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| | **Accrued Vacation and PTO** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| | | |
|---|---|---|
| 2.844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Melendez,Joel** | Check all that apply. |
| | **2191 Page Blvd** | ☐ Contingent |
| | **Indian Orchard, MA 01151** | ☐ Unliquidated |
| | | ☐ Disputed |

$318.01   Unknown

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| | **Accrued Vacation and PTO** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| | | |
|---|---|---|
| 2.845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Melendez,Jonathan A** | Check all that apply. |
| | **2071 Arbor Vitae Street** | ☐ Contingent |
| | **Hanover Park, IL 60133** | ☐ Unliquidated |
| | | ☐ Disputed |

$385.95   Unknown

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| | **Accrued Vacation and PTO** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| | | |
|---|---|---|
| 2.846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Melendez,Sarah E** | Check all that apply. |
| | **1879 West 23RD ST** | ☐ Contingent |
| | **Los Angeles, CA 90018** | ☐ Unliquidated |
| | | ☐ Disputed |

$884.57   Unknown

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |
| | **Accrued Vacation and PTO** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,330.20** | **Unknown** |
|---|---|---|---|---|
| | **Melendez,Yahaira**<br>**648 Madrid Drive**<br>**Kissimmee, FL 34759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$61.60** | **Unknown** |
|---|---|---|---|---|
| | **Melgoza,Vanessa M**<br>**2621 Fulton Ave Apt 30**<br>**Sacramento, CA 95821-5736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$121.44** | **Unknown** |
|---|---|---|---|---|
| | **Melgoza,Veronica**<br>**P.O. Box 874**<br>**Richgrove, CA 93261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,348.01** | **Unknown** |
|---|---|---|---|---|
| | **Mena,Helen Patricia**<br>**1437 W. 99th Street**<br>**Los Angeles, CA 90047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **FP Stores, Inc.**                                                Case number (if known)  **18-11804 (LSS)**

_____Name_____

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.71 | Unknown |
|---|---|---|---|---|

**Menchaca,Luz M**
**2018 S Poplar St**
**Santa Ana, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | | $874.50 | Unknown |
|---|---|---|---|---|

**Mendez Moreno,Joseph**
**1209 E. Bodillo St. #D**
**Covina, CA 91724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | | $970.56 | Unknown |
|---|---|---|---|---|

**Mendez,Ana F**
**2019 Bosc Ln**
**Palmdale, CA 93551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | | $92.40 | Unknown |
|---|---|---|---|---|

**Mendez,Avianca N**
**8406 N 16th St Apt A**
**Tampa, FL 33604-1980**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **FP Stores, Inc.**  Case number (if known)  **18-11804 (LSS)**

Name

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.06 | Unknown |
|---|---|---|---|---|

**Mendez,Elizabeth L**
**743 Washington Ave**
**Madera, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.67 | Unknown |
|---|---|---|---|---|

**Mendez,Jose A**
**722 S Raitt Apt 9**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.61 | Unknown |
|---|---|---|---|---|

**Mendez,Victor A**
**8913 Mercedes Ave**
**Arleta, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.76 | Unknown |
|---|---|---|---|---|

**Mendez,Wendy E**
**1794 W Euclid Ave apt 164**
**El centro, CA 92243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.60 | Unknown |
|---|---|---|---|---|
| | **Mendoza Escobedo,Johana S**<br>**5141 NW 30th Terrace**<br>**Fort Lauderdale, FL 33309** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,925.60 | Unknown |
|---|---|---|---|---|
| | **Mendoza,Eileen M.**<br>**1076 Myrtle Dr.**<br>**San Bernardino, CA 92410** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,048.36 | Unknown |
|---|---|---|---|---|
| | **Mendoza,Gilberto**<br>**1400 N. Imperial Ave**<br>**Apt# 50A**<br>**El Centro, CA 92243** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.54 | Unknown |
|---|---|---|---|---|
| | **Menendez,Claudia**<br>**140 Royal Palm Rd**<br>**Apt 309**<br>**Hialeah, FL 33016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$592.67** | **Unknown** |
| | **Menjivar,Chelsea** | Check all that apply. | | |
| | **8906 Columbus Ave Apt 101** | ☐ Contingent | | |
| | **North Hills, CA 91343** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$533.72** | **Unknown** |
| | **Merrell,Ashley M** | Check all that apply. | | |
| | **1165 Loughborough Dr Apt 4** | ☐ Contingent | | |
| | **Merced, CA 95348** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,892.60** | **Unknown** |
| | **Meza,Guadalupe C.** | Check all that apply. | | |
| | **611 W. San Ysidro Bl** | ☐ Contingent | | |
| | **#204** | ☐ Unliquidated | | |
| | **San Ysidro, CA 92173** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38.03** | **Unknown** |
| | **Meza,Jessica J** | Check all that apply. | | |
| | **3724 Loiuse St** | ☐ Contingent | | |
| | **Lynwood, CA 90262** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53.36 | Unknown |
|---|---|---|---|---|

**Milburn,Deonta A**
**9008 Breezewood Ter**
**Greenbelt, MD 20770-1029**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.66 | Unknown |
|---|---|---|---|---|

**Miller,Kenya A**
**14900 Arlette Dr Apt 187**
**Victorville, CA 92394-2062**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121.05 | Unknown |
|---|---|---|---|---|

**Miller,Lamaya N**
**3330 72nd Ave**
**Oakland, CA 94605-2568**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,375.29 | Unknown |
|---|---|---|---|---|

**Miller,Sharon E**
**18B Somerset Dr**
**Sumter, SC 29150**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **FP Stores, Inc.**                                                Case number (if known)    **18-11804 (LSS)**

Name

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.84 | Unknown |
|---|---|---|---|---|

**Minchaca,Estella A.**
**266 Bryant St**
**Apt 4**
**San Bernardino, CA 92408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,871.54 | Unknown |
|---|---|---|---|---|

**Miramontes,Irma**
**15146 Wright Court**
**Fontana, CA 92336**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.04 | Unknown |
|---|---|---|---|---|

**Miramontez,Tony**
**211 McCauley Blvd**
**San Antonio, TX 78221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.71 | Unknown |
|---|---|---|---|---|

**Miranda,Karina M**
**2230 5th Dr**
**Delano, CA 93215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $583.99 | Unknown |
|---|---|---|---|---|

**Miranda,Lorena**
**847 W. Holt Ave.**
**El Centro, CA 92243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.11 | Unknown |
|---|---|---|---|---|

**Miranda,Marta**
**1459 W 37Th St**
**Los Angeles, CA 90018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,476.92 | Unknown |
|---|---|---|---|---|

**Mitschke,Susana M**
**1188 Avenida Leon**
**Rio Rico, AZ 85648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.22 | Unknown |
|---|---|---|---|---|

**Mix,Robin M**
**208 Zircon Drive**
**Reno, NV 89521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.75 | Unknown |
|---|---|---|---|---|

**Monsivais De Hernandez,Dora E**
**808 W Anaheim St**
**Apt 117**
**Wilmington, CA 90744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | Unknown |
|---|---|---|---|---|

**Monterrosa,Steffany E**
**474 Winchester St**
**Daly City, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.40 | Unknown |
|---|---|---|---|---|

**Montes,Marcos**
**1712 Palo Alto Dr.**
**Mesquite, TX 75150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.11 | Unknown |
|---|---|---|---|---|

**Montoya,Cristian**
**651 Socorro Juarez St**
**Brawley, CA 92227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.883** | Priority creditor's name and mailing address

**Montoya,Gabriela S**
**441 Page Ave**
**Yuba City, CA 95991**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,014.52**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.884** | Priority creditor's name and mailing address

**Moore,Renee C**
**3925 N Kavanaugh Ave**
**Fresno, CA 93705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$270.38**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.885** | Priority creditor's name and mailing address

**Mora,Isamar**
**80 E Dawes St Spc 202**
**Perris, CA 92571-3141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$84.81**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.886** | Priority creditor's name and mailing address

**Morales,Francisco R**
**3151 Independence Ave**
**Apt# 108**
**South Gate, CA 90280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$458.19**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|

Name

---

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.45 | Unknown |
|---|---|---|---|---|

**Morales,Hodalis**
**4825 Claire Dr**
**Oceanside, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.99 | Unknown |
|---|---|---|---|---|

**Morales,Rafaela**
**3957 N. Mountain View**
**San Bernardino, CA 92405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.13 | Unknown |
|---|---|---|---|---|

**Morales,Reyna Liliana**
**351 W Palm ave**
**5**
**El cajon, CA 92020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.36 | Unknown |
|---|---|---|---|---|

**Morales,Silvina**
**3609 Elda Ave**
**Bakersfield, CA 93307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.891** | Priority creditor's name and mailing address
**Morales,Theresa G**
**5351 W Cotton Ave**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.64    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.892** | Priority creditor's name and mailing address
**Morales,Zaira**
**1523 S Walnut Dr**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$202.18    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.893** | Priority creditor's name and mailing address
**Moreau,Logan**
**5242 Stoneshire**
**San Antonio, TX 78218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$316.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.894** | Priority creditor's name and mailing address
**Moreno,Gabriela**
**530 Sunrise St.**
**Salinas, CA 93905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,812.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $862.84 | Unknown |
|---|---|---|---|---|
| | **Morga,Vanessa G** | Check all that apply. | | |
| | **13115 Vanowen St** | ☐ Contingent | | |
| | **Apt. # 3** | ☐ Unliquidated | | |
| | **North Hollywood, CA 91605** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,863.47 | Unknown |
|---|---|---|---|---|
| | **Morgan,Terresa L** | Check all that apply. | | |
| | **27787 orlando ave** | ☐ Contingent | | |
| | **hayward, CA 94545** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.38 | Unknown |
|---|---|---|---|---|
| | **Moriel,Jessi R** | Check all that apply. | | |
| | **8612 Road 248** | ☐ Contingent | | |
| | **Terra Bella, CA 93270-9763** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.12 | Unknown |
|---|---|---|---|---|
| | **Morris,Timothy** | Check all that apply. | | |
| | **538 1/2 W 21st St Apt 3** | ☐ Contingent | | |
| | **San Bernardino, CA 92405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $110.19 | Unknown |
|---|---|---|---|---|
| | **Moseley,Jessica L**<br>**1648 Lane Rd**<br>**Mt Holly, NC 28120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $511.50 | Unknown |
|---|---|---|---|---|
| | **Moten-Satterwhite,D'Juan J**<br>**15430 Culebra Rd**<br>**Apt C-7**<br>**Victoriville, CA 92394** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $32.23 | Unknown |
|---|---|---|---|---|
| | **Mulrooney,Brittany R**<br>**405 Woodman St**<br>**San Diego, CA 92114-4337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $16.06 | Unknown |
|---|---|---|---|---|
| | **Munguia,Norma A**<br>**2504 Carver Rd**<br>**Modesto, CA 95350-2011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,932.88 | Unknown |
|---|---|---|---|---|

**Munoz,Arcelia**
**24273 Via Vargas Dr.**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.51 | Unknown |
|---|---|---|---|---|

**Munoz,Bellinda**
**524 tokay avenue**
**Modesto, CA 95350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.93 | Unknown |
|---|---|---|---|---|

**Munoz,Karla G**
**4405 Tallman st**
**Fort Worth, TX 76119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.26 | Unknown |
|---|---|---|---|---|

**Murillo,Imelda Maria Luna**
**311 -A Rancho Dr.**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.02 | Unknown |
|---|---|---|---|---|

**Murillo,Linda G**
**1806 w Adams St**
**sp 24**
**El Centro, CA 92243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.50 | Unknown |

**Mustafa,Heevee A**
**423 South Johnson ave**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.69 | Unknown |

**Nance,Latisha**
**8110 South Paulina**
**Unit 1**
**Chicago, IL 60620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.90 | Unknown |

**Nava,Imelda G**
**1140 Colorado Blvd apt 3**
**Los Angeles, CA 90041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.911** Priority creditor's name and mailing address

**Navarro,Alejandra**
**1277 Felicia CT**
**Oxnard, CA 93030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$194.76    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.912** Priority creditor's name and mailing address

**Navarro,Erica**
**5822 Baywood St**
**Santa Teresa, NM 88008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,769.23    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.913** Priority creditor's name and mailing address

**Navarro,Sonia E**
**9092 Tangelo Ave.**
**Fontana, CA 92335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$155.10    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.914** Priority creditor's name and mailing address

**Nazario,Yadiris**
**409 Summer Ave**
**Newark, NJ 07104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67.20    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.915** | Priority creditor's name and mailing address

**Negrette III,Robert L**
**1572 N Michael Pl**
**Porterville, CA 93257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26.40** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.916** | Priority creditor's name and mailing address

**Negron,Gloria**
**2335 Christi ave**
**Imperial, CA 92251**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$358.93** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.917** | Priority creditor's name and mailing address

**Neira de Gonzalez,Rosa**
**15460 5th Street**
**Victorville, CA 92395**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$563.42** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.918** | Priority creditor's name and mailing address

**Nelson,Lorna S**
**3317 E. Wilton St.**
**Apt. #31**
**Long Beach, CA 90804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,249.32** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **FP Stores, Inc.**                                                  Case number (if known)   **18-11804 (LSS)**
_____
Name

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $31.14 | Unknown |
|---|---|---|---|---|

**Nelum,Keyara M**
**2712 Joshua Ct**
**Antioch, CA 94509-7764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $138.05 | Unknown |
|---|---|---|---|---|

**Neri,Yolanda**
**10251 Fern Ave Apt 451**
**Stanton, CA 90680-1768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,511.96 | Unknown |
|---|---|---|---|---|

**Nevarez Galvan,Maria B.**
**6062 Fishburn Ave**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $55.44 | Unknown |
|---|---|---|---|---|

**Nevarez,Daniella**
**2660 SW 40th St**
**Oklahoma City, OK 73119-3358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.923** | Priority creditor's name and mailing address
**Nguyen,Cathy**
**627 Ellis St**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,761.38    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.924** | Priority creditor's name and mailing address
**Nicdao,Joyce C**
**5669 N Fresno St Apt 169**
**Fresno, CA 93710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$287.98    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.925** | Priority creditor's name and mailing address
**Nunez Ponce,Xiomara J**
**2322 Michigan Ave**
**Kissimmee, FL 34744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$187.11    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.926** | Priority creditor's name and mailing address
**Nunez Tovar,Manuel**
**3718 Fairmount St**
**Bakersfield CA, CA 93306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$584.76    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.927** | Priority creditor's name and mailing address

**Nunez,Alma**
**104 Averil Rd.**
**Apt# 205**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:                    **$1,182.88**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.928** | Priority creditor's name and mailing address

**Nunez,Iris**
**8661 Wilbur Ave Apt 210**
**Norththidge, CA 91324**

As of the petition filing date, the claim is:                      **$16.17**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.929** | Priority creditor's name and mailing address

**Nunez,Jacqueline**
**1519 S. 48th Ct.**
**Cicero, IL 60804**

As of the petition filing date, the claim is:                     **$844.08**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.930** | Priority creditor's name and mailing address

**Nunez,Martha**
**4315 Beta St.**
**San Diego, CA 92113**

As of the petition filing date, the claim is:                   **$3,702.31**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.13 | Unknown |
|---|---|---|---|---|

**Nuno,Esther P.**
**4821 W. Avalon Dr.**
**Phoenix, AZ 85031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | | $38.83 | Unknown |
|---|---|---|---|---|

**Nurse,Montre B**
**7107 Ming Ave Apt 4**
**Bakersfield, CA 93309-3400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | | $1,193.28 | Unknown |
|---|---|---|---|---|

**O'Connor,Maria L**
**138 Lyndale Avenue**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | | $25.19 | Unknown |
|---|---|---|---|---|

**Obeso Zamora,Ernesto F**
**973 Heather Cir Apt E34**
**Salinas, CA 93906-3950**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.935** | Priority creditor's name and mailing address
**Ogden,Jane M**
**1514 N Hualipa Rd Apt 1**
**Tucson, AZ 85745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.936** | Priority creditor's name and mailing address
**Olivarez,Blanca Ines**
**857 W. Holladay Dr.**
**Tucson, AZ 85706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$716.64   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.937** | Priority creditor's name and mailing address
**Olivas,Yessenia**
**6461 Cortez Dr.**
**Las Cruces, NM 88011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,026.17   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.938** | Priority creditor's name and mailing address
**Oliver,Morgan**
**1445 Stafford St**
**Conover, NC 28613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$479.96   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.66 | Unknown |
|---|---|---|---|---|
| | **Olivera,Daisy S**<br>**708 N Mary Dr**<br>**Santa Maria, CA 93458** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,001.40 | Unknown |
|---|---|---|---|---|
| | **Olmos,Yahara M**<br>**8245 Tamarind Lane**<br>**Riverside, CA 92509** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.03 | Unknown |
|---|---|---|---|---|
| | **Olson,Clarivel**<br>**545 Multy Ct.**<br>**Apt# 2**<br>**Rio Rico, AZ 85648** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $541.80 | Unknown |
|---|---|---|---|---|
| | **Olvera,Hilda**<br>**26164 sw 126 ct**<br>**Homestead, FL 33032** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,108.23** | **Unknown** |
|---|---|---|---|---|

**Oneal,Edwin**
**69 Rancho Dr.**
**San Jose, CA 95111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.73** | **Unknown** |
|---|---|---|---|---|

**Ordaz,Esteban**
**6617 Spech Ave**
**Bell Gardens, CA 90201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.93** | **Unknown** |
|---|---|---|---|---|

**Orellana,Ana**
**1230 83rd Ave**
**Oakland, CA 94621-1855**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$416.70** | **Unknown** |
|---|---|---|---|---|

**Orenza,Jonathan A**
**457 South Radio Dr**
**San Diego, CA 92114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,493.01** | **Unknown** |
|---|---|---|---|---|
| | **Orona,Debra A** | Check all that apply. | | |
| | **871 W. 13th St. Apt 2** | ☐ Contingent | | |
| | **Azusa, CA 91702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,688.75** | **Unknown** |
|---|---|---|---|---|
| | **Oropeza,Angela** | Check all that apply. | | |
| | **4234 Shirley Ave** | ☐ Contingent | | |
| | **Lynwood, CA 90262** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$97.92** | **Unknown** |
|---|---|---|---|---|
| | **Oropeza,Maria P** | Check all that apply. | | |
| | **1331 Constance St Apt 1** | ☐ Contingent | | |
| | **Los Angeles, CA 90015-2727** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.66** | **Unknown** |
|---|---|---|---|---|
| | **Orozco  Flores,Maria D** | Check all that apply. | | |
| | **1650 N Alison** | ☐ Contingent | | |
| | **santa Maria, CA 93458** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.48 | Unknown |
|---|---|---|---|---|
| | **Orozco,Esmeralda** | Check all that apply. | | |
| | **906 W. 137 Th St.** | ☐ Contingent | | |
| | **Compton, CA 90222** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.34 | Unknown |
|---|---|---|---|---|
| | **Orozco,Rocio** | Check all that apply. | | |
| | **2884 Linde Vista Drive** | ☐ Contingent | | |
| | **Rialto, CA 92377** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,874.24 | Unknown |
|---|---|---|---|---|
| | **Ortega,Estela** | Check all that apply. | | |
| | **6619 1/2 Specht Ave.** | ☐ Contingent | | |
| | **Bell Gardens, CA 90201** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.96 | Unknown |
|---|---|---|---|---|
| | **Ortega,Melissa** | Check all that apply. | | |
| | **111 E. McKenzie Ave.** | ☐ Contingent | | |
| | **Stockton, CA 95204** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.71 | Unknown |
|---|---|---|---|---|

**Ortega,Teresita**
**3431 NE 13 Ave**
**Oackland Park, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.52 | Unknown |
|---|---|---|---|---|

**Ortiz,AllanMichael**
**27 Phoenix St Apt 1L**
**Springfield, MA 01104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.08 | Unknown |
|---|---|---|---|---|

**Ortiz,Amanda L**
**4651 Finney Rd**
**Salida, CA 95368-9444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.71 | Unknown |
|---|---|---|---|---|

**Ortiz,Anayeli**
**5937 Shull St**
**Bell Gardens, CA 90201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.959** | Priority creditor's name and mailing address

**Ortiz,Aurora**
**6066 Appleton Road**
**Albuquerque, NM 87105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$478.92 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.960** | Priority creditor's name and mailing address

**Ortiz,Virginia**
**317 N. Effie**
**Fresno, CA 93701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,079.34 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.961** | Priority creditor's name and mailing address

**Osorio,Diana K**
**1641 N. Normandie Ave**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$586.71 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.962** | Priority creditor's name and mailing address

**Osorio,Rosa**
**1720 S. Norfolk Ln**
**Anaheim, CA 92802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$382.34 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.10 | Unknown |
|---|---|---|---|---|
| | **Otelo,Ricardo**<br>**6333 W Monterey way**<br>**Phoenix, AZ 85033** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.60 | Unknown |
|---|---|---|---|---|
| | **Ozbun,Shannon D**<br>**3685 E Pinelodge Rd**<br>**Roswell, NM 88201** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.94 | Unknown |
|---|---|---|---|---|
| | **Pacas De Galan,Eva Maria**<br>**3229 Baldwin Park Blvd.**<br>**Apt. J**<br>**Baldwin Park, CA 91706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,496.77 | Unknown |
|---|---|---|---|---|
| | **Pacheco,Denise D**<br>**14240 Cholame Rd.**<br>**Victorville, CA 92392** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.74 | Unknown |
|---|---|---|---|---|

**Pacheco,Melissa L**
**1241 Leslie Dr**
**Hemet, CA 92543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.60 | Unknown |
|---|---|---|---|---|

**Pacheco,Omelia**
**1081 N Vista Ave Apt B**
**Rialto, CA 92376-4132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.23 | Unknown |
|---|---|---|---|---|

**Padilla,Juana C**
**307 Hubbard Ave**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.89 | Unknown |
|---|---|---|---|---|

**Palma,Desiree**
**1485 Junipero Ave Apt 3**
**Long Beach, CA 90804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,671.52 | Unknown |
|---|---|---|---|---|
| | **Palmer,Duane T** | Check all that apply. | | |
| | **207 Archer Ave.** | ☐ Contingent | | |
| | **Gridley, CA 95948** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.05 | Unknown |
|---|---|---|---|---|
| | **Palomera,Lizeth** | Check all that apply. | | |
| | **3328 N Marks Ave Apt 216** | ☐ Contingent | | |
| | **Fresno, CA 93722-4966** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | Unknown |
|---|---|---|---|---|
| | **Palomino,Gisela** | Check all that apply. | | |
| | **6304 Nw 173 st** | ☐ Contingent | | |
| | **Hialeah, FL 33015** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.38 | Unknown |
|---|---|---|---|---|
| | **Paltu,Houndrawatti** | Check all that apply. | | |
| | **208 Sandford Ave** | ☐ Contingent | | |
| | **1sl Floor** | ☐ Unliquidated | | |
| | **Kearny, NJ 07032** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name |  |  |

| 2.975 | Priority creditor's name and mailing address<br>**Pangelinan, Alayna**<br>**1226 Amador St**<br>**Vallejo, CA 94590** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.61 | Unknown |
|  |  |  |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.976 | Priority creditor's name and mailing address<br>**Pantoja, Bernardo**<br>**1420 S. Almendra St.**<br>**Apt# 16**<br>**Las Cruces, NM 88001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.64 | Unknown |
|  |  |  |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.977 | Priority creditor's name and mailing address<br>**Pantoja, Viviana**<br>**1706 Adelyne Ln**<br>**Santa Maria, CA 93454** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $356.88 | Unknown |
|  |  |  |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.978 | Priority creditor's name and mailing address<br>**Paredes, Ana R**<br>**320 Washington Dt**<br>**Apt 303**<br>**Daly City, CA 94015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.00 | Unknown |
|  |  |  |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.77 | Unknown |

**Parra Garcia, Jesus**
**2405 Lovell Dr**
**Mesquite, TX 75150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.91 | Unknown |

**Parra, Daniel A**
**707 Clinton Dr**
**Stockton, CA 95210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.77 | Unknown |

**Parra, Elizabeth A**
**1310 Bethel Lane**
**Santa Maria, CA 93458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.20 | Unknown |

**Parra, Rosa A**
**157 Hogan Ave**
**Vallejo, CA 94589**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.983** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,081.07** | **Unknown**

**Pascacio,Melida**
**44908 3rd St. East**
**Lancaster, CA 93535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.984** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68.31** | **Unknown**

**Patino,Xena**
**2101 S Pacific Ave Unit 3**
**Santa Ana, CA 92704-5133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.985** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33.88** | **Unknown**

**Paz,Raymond**
**5039 Churchill Ave**
**Las Cruces, NM 88011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.986** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$217.38** | **Unknown**

**Pelayo,Joanna**
**250 Quintard Rd.**
**Apt# 107**
**Chula VIsta, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.987** | Priority creditor's name and mailing address
**Pellew,Leslie**
**6448 McClellan Rd**
**Mechanicsville, VA 23111-6808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33.60   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.988** | Priority creditor's name and mailing address
**Pena,Alexandra**
**108 Rose Ln Apt B**
**Montebello, CA 90640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,394.56   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.989** | Priority creditor's name and mailing address
**Pena,Oscar**
**108 Rose Ln Apt B**
**Montebello, CA 90640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$239.25   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.990** | Priority creditor's name and mailing address
**Pena,Rosenda**
**3302 Reid St.**
**Houston, TX 77026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$124.25   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.991** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$237.82** | **Unknown**

**Pena,Savannah M**
**855 E. Jefferson**
**Reedley, CA 93654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.992** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,286.49** | **Unknown**

**Peralta,Celia**
**11736 Harris Avenue**
**Lynwood, CA 90262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.993** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$73.92** | **Unknown**

**Perdomo,Angie C**
**6718 N 23rd Ave #6**
**Phoenix, AZ 85015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.994** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$499.79** | **Unknown**

**Peredia,Elodia**
**762 Orange Ave.**
**Long Beach, CA 90813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.94 | Unknown |
|---|---|---|---|---|

**Peregrina,Jason E**
**3386 Los Flores Blvd Apt B**
**Lynwood, CA 90262-2532**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,348.25 | Unknown |
|---|---|---|---|---|

**Perez Brizuela,Israel Ramiro**
**531 17th St.**
**Richmond, CA 94801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.57 | Unknown |
|---|---|---|---|---|

**Perez De Cervantaes,Laura Y**
**4783 W 140th St**
**Hawthorne, CA 90250-6849**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.28 | Unknown |
|---|---|---|---|---|

**Perez,Angela F**
**1357 Riverland Rd**
**Fort Lauderdale, FL 33312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.28 | Unknown |
|---|---|---|---|---|

**Perez,Cyndie J**
**6731 Bellingham Ave**
**North hollywood, CA 91606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1000 | Priority creditor's name and mailing address | | $645.27 | Unknown |
|---|---|---|---|---|

**Perez,ILdrys**
**1432 W 38 St**
**Hialeah, FL 33012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1001 | Priority creditor's name and mailing address | | $2,165.35 | Unknown |
|---|---|---|---|---|

**Perez,Roxane**
**1920 N. Douty**
**Hanford, CA 93230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1002 | Priority creditor's name and mailing address | | $64.68 | Unknown |
|---|---|---|---|---|

**Perry,Evelyn L**
**919 Pinehaven Dr**
**Rocky Mount, NC 27803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1003** | Priority creditor's name and mailing address

**Phillips,Eboni N**
**5251 Village Lane**
**Fort Worth, TX 76119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$988.58 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1004** | Priority creditor's name and mailing address

**Phillips,Whitney N**
**2770 Stonecreek Dr Apt 192**
**Sacramento, CA 95833-1957**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10.79 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1005** | Priority creditor's name and mailing address

**Phipps,Rachelle N**
**2910 N Mountain View Ave**
**San Bernardino, CA 92405-3536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.24 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1006** | Priority creditor's name and mailing address

**Pierval,Ben Sheedy**
**2710 somerset dr**
**Apt. #112**
**lauderdale lakes, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,369.88 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1007 | Priority creditor's name and mailing address<br>**Pineda,Beatriz E**<br>**8407 Cedros Ave Apt 13**<br>**Panorama City, CA 91402** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62.41 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1008 | Priority creditor's name and mailing address<br>**Pineda,Xiomara A.**<br>**3132 E. Ave J-2**<br>**Lancaster, CA 93535** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $266.81 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1009 | Priority creditor's name and mailing address<br>**Pineda,Yesenia**<br>**2120 S Garnsey St**<br>**Santa Ana, CA 92707** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $480.15 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1010 | Priority creditor's name and mailing address<br>**Pinedo,Liliana**<br>**1086 Cornwell Ave**<br>**Yuba city, CA 95991** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.16 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.34 | Unknown |
|---|---|---|---|---|

**Pintado,Guillermina**
**218 N Dangler Ave**
**Los Angeles, CA 90022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.69 | Unknown |
|---|---|---|---|---|

**Pires,Melissa Y**
**4420 Oakhollow Dr Apt 13**
**Sacramento, CA 95842-4025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.35 | Unknown |
|---|---|---|---|---|

**Plummer,Amarna**
**44808 Genoa Ave.**
**Lancaster, CA 93534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.94 | Unknown |
|---|---|---|---|---|

**Polanco De Duran,Norma A.**
**6306 Hood Ave.**
**Huntington Park, CA 90255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $727.87 | Unknown |
|---|---|---|---|---|
| | **Poore,Brandon E**<br>**316 Leopoldo Ct**<br>**Santa Maria, CA 93454** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.80 | Unknown |
|---|---|---|---|---|
| | **Poore,Maria D.**<br>**316 Leopoldo Ct.**<br>**Santa Maria, CA 93454** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.29 | Unknown |
|---|---|---|---|---|
| | **Popoca,Maria I**<br>**222 W Elm Ave #B**<br>**Burbank, CA 91502** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.86 | Unknown |
|---|---|---|---|---|
| | **Portillo,Julia M**<br>**14699 Rayen St Apt 25**<br>**Panorama City, CA 91402** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $663.63 | Unknown |
|---|---|---|---|---|

**Portillo,Sheeila G**
**P.O Box 14016**
**San Luis, AZ 85349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $95.94 | Unknown |
|---|---|---|---|---|

**Powell,Mary E**
**5319 NW 18th Pl**
**Lauderhill, FL 33313-4894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $469.80 | Unknown |
|---|---|---|---|---|

**Prado,Brianda J**
**1565 Sanarita Way**
**Madera, CA 93638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $55.68 | Unknown |
|---|---|---|---|---|

**Preciado,Carolina J**
**22322 Buckboard Rd**
**Barstow, CA 92311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.65 | Unknown |
|---|---|---|---|---|

**Prevost,Dannielle M**
**12361 4th st**
**space 96**
**yucaipa, CA 92399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.95 | Unknown |
|---|---|---|---|---|

**Pruitt,Cortesha J**
**607 E 173rd St**
**South Holland, IL 60473-3426**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.70 | Unknown |
|---|---|---|---|---|

**Pruneda,Briana L**
**3806 Jasper St**
**Selma, CA 93662-4244**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.92 | Unknown |
|---|---|---|---|---|

**Puckett,Nina B**
**2805 142nd Pl**
**Blue Island, IL 60406-4191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,923.08**   Unknown |
| | **Puerto,Karem X**<br>**1731 Acapulco dr**<br>**apt 5**<br>**Miramar, FL 33023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,103.06**   Unknown |
| | **Pulido Rodriguez,Maxine P**<br>**213 E. Deming**<br>**Roswell, NM 88203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$126.84**   Unknown |
| | **Quintanar,David D**<br>**1254 Canyon Rd**<br>**SanBernardino, CA 92404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,320.00**   Unknown |
| | **Quintanilla,Ana Cecilia**<br>**275 S Union Ave**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1031** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.49 | Unknown

**Quintanilla, Kimberly J**
**1310 Ronan Ave**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1032** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.47 | Unknown

**Quismorio, Andrea**
**4843 Baldwin Park BLvd**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1033** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.59 | Unknown

**Radaza, Liezle N**
**6257 Solomon Spring Way**
**Las Vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1034** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,710.24 | Unknown

**Rafeek, Annita S**
**9161 Cerritos Avenue**
**Apt 3**
**Anaheim, CA 92804-5842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1035** | Priority creditor's name and mailing address

**Rahman,Arifur**
**409 Westminster Ave.**
**Apt. #1**
**Elizabeth, NJ 07208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$336.70** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1036** | Priority creditor's name and mailing address

**Rainaldi,Rebecca L**
**605 Pillar**
**Gamerco, NM 87317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$560.34** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1037** | Priority creditor's name and mailing address

**Raj,Sabrina**
**8372 Brooklyn Rd**
**Sacramento, CA 95829-9558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13.86** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1038** | Priority creditor's name and mailing address

**Rajo,Jescenya L**
**369 Summer Ave**
**Newark, NJ 07104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,099.85** | **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.50 | Unknown |
|---|---|---|---|---|

**Ramirez Aguilera,Yailen M**
**334 Beech Ave**
**Chula Vista, CA 91910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.52 | Unknown |
|---|---|---|---|---|

**Ramirez De Carino,Andrea G**
**1209 Owens St**
**Madera, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,228.94 | Unknown |
|---|---|---|---|---|

**Ramirez Galeota,Flora**
**403 Calle Cocina**
**Delano, CA 93215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.17 | Unknown |
|---|---|---|---|---|

**Ramirez Rios,Isidra**
**942 Rider Ave apt 3**
**Salinas, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.99 | Unknown |
|---|---|---|---|---|

**Ramirez Rizo,Luis A**
**540 N Wilmington**
**Wilmington, CA 90744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.26 | Unknown |
|---|---|---|---|---|

**Ramirez,Cynthia M**
**444 E 108Th St**
**Los Angeles, CA 90061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.02 | Unknown |
|---|---|---|---|---|

**Ramirez,Esperanza T**
**250 Coburn Ave**
**Colton, CA 92329**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.86 | Unknown |
|---|---|---|---|---|

**Ramirez,Giovana A**
**5661 Saint Ann Ave**
**Cypress, CA 90630-2325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$207.24** | **Unknown** |
|---|---|---|---|---|
| | **Ramirez,Jocelyn**<br>**1801 Coffee Rd Apt 68**<br>**Modesto, CA 95355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$239.30** | **Unknown** |
|---|---|---|---|---|
| | **Ramirez,Julio C**<br>**1711 Chestnut Ave Apt 3**<br>**Long Beach, CA 90813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$13.78** | **Unknown** |
|---|---|---|---|---|
| | **Ramirez,Kimberly G**<br>**446 E 108th St**<br>**Los Angeles, CA 90061-2508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$630.46** | **Unknown** |
|---|---|---|---|---|
| | **Ramirez,Leticia R**<br>**38829 Stanridge Ave**<br>**Palmdale, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1051** | Priority creditor's name and mailing address

**Ramirez,Nancy**
**575 E Street**
**Unit 8**
**San Ysidro, CA 91910**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$505.32    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1052** | Priority creditor's name and mailing address

**Ramirez,Tony Jr**
**4831 N Glenn Ave**
**Fresno, CA 93704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$496.43    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1053** | Priority creditor's name and mailing address

**Ramirez,Veronica R.**
**2798 Mccord Way**
**Ceres, CA 95307**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,724.51    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1054** | Priority creditor's name and mailing address

**Ramon,Marcus A**
**P.O Box**
**St Michaels, AZ 86511**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$456.50    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.94 | Unknown |
|---|---|---|---|---|

**Ramos Perez,Mayra A**
**342 Madison St.**
**Delano, CA 93215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $772.64 | Unknown |
|---|---|---|---|---|

**Ramos Rosales,Rene**
**921 S. Park Cir.**
**Apt. #6**
**Anaheim, CA 92804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.41 | Unknown |
|---|---|---|---|---|

**Ramos Vasquez,Yaneth A**
**821 Green Ave**
**Apt# 24**
**Los Angeles, CA 90017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.88 | Unknown |
|---|---|---|---|---|

**Ramos,Elvira G**
**202 Gonzalez Ct**
**Laredo, TX 78040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.89 | Unknown |
|---|---|---|---|---|

**Ramos,Jessica**
**2329 W. 2nd St.**
**Apt# 10**
**Los Angeles, CA 90057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.67 | Unknown |
|---|---|---|---|---|

**Ramos,Juanita C**
**1207 Division Ave**
**San Antonio, TX 78225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.97 | Unknown |
|---|---|---|---|---|

**Ramos,Luz M**
**942 Circulo Tumbleweed**
**Rio Rico, AZ 85648-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.46 | Unknown |
|---|---|---|---|---|

**Rasco,Genevie**
**16647 E Benbow St**
**Covina, CA 91722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $23.10 | Unknown |
|---|---|---|---|---|
| | **Raygoza,Tatiana**<br>**2880 Harrison St**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $21.12 | Unknown |
|---|---|---|---|---|
| | **Real,Cherokee S**<br>**224 Mississippi St**<br>**Vallejo, CA 94590-3852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.44 | Unknown |
|---|---|---|---|---|
| | **Real,Emma**<br>**21727 Grace Ave**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $55.77 | Unknown |
|---|---|---|---|---|
| | **Rebollero,Jessics G**<br>**467 Tuopurmne st**<br>**Parlier, CA 93648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$198.52** | **Unknown** |
|---|---|---|---|---|
| | **Redding,Lataja**<br>**2302 Woodberry Street**<br>**Hyattsville, MD 20782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$165.34** | **Unknown** |
|---|---|---|---|---|
| | **Reid,Rajon**<br>**17146 Via Xavier**<br>**Moreno Valley, CA 92555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$247.94** | **Unknown** |
|---|---|---|---|---|
| | **Rendon,Angelita**<br>**430 W. 10th Street**<br>**San Bernardino, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,058.08** | **Unknown** |
|---|---|---|---|---|
| | **Resendiz Guerrero,Maria**<br>**6709 Trailwood Dr**<br>**Forest Hill, TX 76140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,338.12** | **Unknown** |
|---|---|---|---|---|
| | **Reyes,Lucia Y**<br>**5438 N. Conwell Ave.**<br>**Azusa, CA 91702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$740.30** | **Unknown** |
|---|---|---|---|---|
| | **Reyes,Rosa**<br>**8606 Sierra Madre Ave.**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$55.52** | **Unknown** |
|---|---|---|---|---|
| | **Reynolds McLennon,Catherine A**<br>**6429 Funston St**<br>**Hollywood, FL 33023-1705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$48.84** | **Unknown** |
|---|---|---|---|---|
| | **Rhine,Arlina G**<br>**1826 Golden Gate Ave**<br>**Kingman, AZ 86401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.82 | Unknown |
|---|---|---|---|---|
| | **Richardson,Jon A** | Check all that apply. | | |
| | **4301 Parker Ave** | ☐ Contingent | | |
| | **Bakersfield, CA 93309-4991** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.71 | Unknown |
|---|---|---|---|---|
| | **Rico Esquivel,Yaneli** | Check all that apply. | | |
| | **13740 Branford St** | ☐ Contingent | | |
| | **Arleta, CA 91331** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.40 | Unknown |
|---|---|---|---|---|
| | **Rico,Alicia Baeza** | Check all that apply. | | |
| | **711 Deanna Way** | ☐ Contingent | | |
| | **Bakersfield, CA 93307** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.29 | Unknown |
|---|---|---|---|---|
| | **Riley,James** | Check all that apply. | | |
| | **2410 West 78th St** | ☐ Contingent | | |
| | **Inglewood, CA 90305** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|--------------------|
| | Name | | |

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.75 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rincon,Priscila**
**7684 Nw 18th St Apt 201**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$288.75    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.63 | Unknown |

Priority creditor's name and mailing address
**Rios Jimenez,Ana L**
**29 Argentine Pl**
**Salinas, CA 93905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$212.63    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.66 | Unknown |

Priority creditor's name and mailing address
**Rios Rivera,Delmy A**
**1047 Waterloo St**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$934.66    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.70 | Unknown |

Priority creditor's name and mailing address
**Rios,Caroline M**
**1480 E Pecos Rd**
**Gilbert, AZ 85295-1827**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.70    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.29 | Unknown |
|---|---|---|---|---|

**Rivera Moreno,Daliana**
**418 S 7th St**
**Apt 2**
**Newark, NJ 07103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.33 | Unknown |
|---|---|---|---|---|

**Rivera,Luz E**
**10 Littleton St**
**Springfield, MA 01104-2534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.73 | Unknown |
|---|---|---|---|---|

**Rivera,Rosa J**
**1314 Santee Dr Apt H**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.68 | Unknown |
|---|---|---|---|---|

**Rivera,Roxana**
**308 Turk St**
**Apt 2**
**San Francisco, CA 94102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.89 | Unknown |
|---|---|---|---|---|

**Robinson,Paula M**
**2555 International Blvd Apt**
**211**
**Oakland, CA 94601-1548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.59 | Unknown |

**Robinson,Shantria D.**
**611 Glenburnie**
**Houston, TX 77022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,450.48 | Unknown |

**Robles,Guadalupe**
**4122 Rosemead Blvd**
**Pico Rivera, CA 90660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.83 | Unknown |

**Robles,Karla I**
**370 W Pajarito St Apt 113**
**Nogales, AZ 85621-2129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $226.38 | Unknown |
|---|---|---|---|---|
| | **Robles,Maria F**<br>**970 W Olive St**<br>**Sn Bernardino, CA 92411-2321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $72.05 | Unknown |
|---|---|---|---|---|
| | **Rocha,Crystal A**<br>**13889 Lyn St**<br>**Apt E4**<br>**Armona, CA 93202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $280.39 | Unknown |
|---|---|---|---|---|
| | **Rocha,Hizavete**<br>**10891 Axtell St.**<br>**Castroville, CA 95012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $240.24 | Unknown |
|---|---|---|---|---|
| | **Rocha,Jennifer**<br>**1301 E Ventura Blvd Spc 94**<br>**Oxnard, CA 93036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.00 | Unknown |
|---|---|---|---|---|

**Rocha,Maria G.**
**10180 Merritt St Spc 3**
**Castroville, CA 95012-3301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.16 | Unknown |
|---|---|---|---|---|

**Rocha,Maria Leticia**
**647 Middlefield Road**
**Salinas, CA 93906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.86 | Unknown |
|---|---|---|---|---|

**Rocha,Travis**
**1499 South Ave**
**Apt# 110**
**Orange Cove, CA 93646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.95 | Unknown |
|---|---|---|---|---|

**Rodgers,Jazmyne E**
**309 Bensley Ave**
**Calumet City, IL 60409-1883**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|---------------------|
| | Name | | |

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.98 | Unknown |
|---|---|---|---|---|

**Rodriguez Lara,Maria A**
**14710 Boyle Ave**
**Fontana, CA 92337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $611.25 | Unknown |
|---|---|---|---|---|

**Rodriguez Leyva,Esmeralda**
**540 8th Avenue**
**Fort Worth, TX 76104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.99 | Unknown |
|---|---|---|---|---|

**Rodriguez Millan,Martha**
**18683 Midland Way**
**Madera, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.03 | Unknown |
|---|---|---|---|---|

**Rodriguez Ruiz,Vanessa**
**710 E. San Ysidro Blvd**
**Apt #825**
**San Ysidro, CA 92137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.00** | **Unknown** |
|---|---|---|---|---|

**Rodriguez Zazueta,Cristina**
**2266 1/2 Kearney Ave.**
**San Diego, CA 92113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.84** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Adriana C**
**801 Gemstone Ave Apt 4**
**Bullhead City, AZ 86442-6448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$472.88** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Araceli E.**
**645 Josilane**
**Modesto, CA 95351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.96** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Ashley L**
**185 Robindale**
**Apt# 1203**
**Brownsville, TX 78521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.32** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Elizabeth**
**14746 Martell Ave**
**Apt# A**
**San Leandro, CA 94578**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$646.60** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Griselda**
**6708 Whitsett Ave**
**Apt 4**
**N Hollywood, CA 91606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$504.90** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Jaqueline**
**6136 Tarragona Dr.**
**Riverside, CA 92509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146.08** | **Unknown** |
|---|---|---|---|---|

**Rodriguez,Josephine A**
**2404 E CALIFORNIA AVE**
**Bakersfield, CA 93307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.46 | Unknown |
|---|---|---|---|---|

**Rodriguez,Laura**
**7717 Dunnsmere Ave**
**Lamont, CA 93241-2807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,028.75 | Unknown |
|---|---|---|---|---|

**Rodriguez,Leticia**
**213 E. Deming St**
**Roswell, NM 88203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.84 | Unknown |
|---|---|---|---|---|

**Rodriguez,Maria E**
**712 1/2 N Olive St**
**Anaheim, CA 92805-2733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,237.79 | Unknown |
|---|---|---|---|---|

**Rodriguez,Maribel**
**13219 Ottoman St.**
**Arleta, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.33 | Unknown |
|---|---|---|---|---|

**Rodriguez,Melina**
**969 Dominguez Ct.**
**Brawley, CA 92227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.58 | Unknown |
|---|---|---|---|---|

**Rodriguez,Rocio**
**1152 N. Avalon blvd**
**10**
**Wilmington, CA 90744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.90 | Unknown |
|---|---|---|---|---|

**Rodriguez,Rocio Guadalupe**
**407 Grand Ave**
**Spring Valley, CA 91977**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.35 | Unknown |
|---|---|---|---|---|

**Rodriguez,Roselia**
**117 Manana Lane**
**Watsonville, CA 95076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.47 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rodriguez,Sydney D**
**9315 Dorrington Pl**
**Arleta, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$94.47    Unknown

---

2.1120  Priority creditor's name and mailing address
**Rojas,Heidy C**
**1540 NE 191 St NMB**
**Apt 211**
**Miami, FL 33179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$1,730.77    Unknown

---

2.1121  Priority creditor's name and mailing address
**Rojas,Sabina Marin Mendoza**
**25581 Elder Ave**
**Moreno Valley, CA 92557**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$780.12    Unknown

---

2.1122  Priority creditor's name and mailing address
**Rojo Galeana,Piedad**
**430 W 91st St**
**Los Angeles, CA 90003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$80.83    Unknown

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.70 | **Unknown** |
|---|---|---|---|---|

**Rojo,Consuelo**
**531 1/4 W 94th St**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1124** Priority creditor's name and mailing address

**Roman,Ashley**
**8125 Alhambra Ave**
**Paramount, CA 90723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$256.92    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1125** Priority creditor's name and mailing address

**Romero Barriga,Maria F**
**919 E. Main**
**Apt# 31**
**Santa Maria, CA 93454**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$538.78    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1126** Priority creditor's name and mailing address

**Romero Guevara,Karina D**
**38 Geiger Pl**
**Roswell, NM 88203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$161.70    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **FP Stores, Inc.**
_____
Name

Case number (if known)    **18-11804 (LSS)**

---

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.97 | Unknown |
|---|---|---|---|---|

**Romero,Arcelia**
**3649 Puente Ave**
**Baldwin Park, CA 91706**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | Unknown |
|---|---|---|---|---|

**Romero,Isabel N**
**1103A Freedom Blvd**
**Watsonville, CA 95076**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.68 | Unknown |
|---|---|---|---|---|

**Romero,Martha A**
**446 W. Curtis**
**Apt# 6**
**Nogales, AZ 85621**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | Unknown |
|---|---|---|---|---|

**Romero,Veronica**
**1726 Taraval St**
**Apt# 3**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1131** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$731.50** | **Unknown**

**Romo,Silvia**
**1637 Bunker Hill Way**
**Salinas, CA 93906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1132** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,306.53** | **Unknown**

**Rosado,Felipa N**
**7128 Coldwater Cyn**
**Apt 4**
**North Hollywood, CA 91605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1133** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$259.00** | **Unknown**

**Rosario Rivera,Tania**
**3831 Wine st**
**Kissmee, FL 34741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1134** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.79** | **Unknown**

**Rosario,Sabrina A**
**7575 E Cajon**
**#10**
**La Mesa, CA 91942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.14 | Unknown |
|---|---|---|---|---|
| | **Rosas De Barrientoz,Ludivina**<br>**2808 Holiday Way**<br>**Madera, CA 93637** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.18 | Unknown |
|---|---|---|---|---|
| | **Rosas,Jessenia**<br>**452 S Evergreen AVe**<br>**Los Angeles, CA 90033** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.56 | Unknown |
|---|---|---|---|---|
| | **Rosas,Maria Y**<br>**9100 D St**<br>**Apt C**<br>**Oakland, CA 94603** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.61 | Unknown |
|---|---|---|---|---|
| | **Rowell,Jeremiah**<br>**1315 Radford Dr**<br>**Reno, NV 89511** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,307.47 | Unknown |
|---|---|---|---|---|
| | **Roybal,Pauline C** | *Check all that apply.* | | |
| | **631 E. El Camino St.** | ☐ Contingent | | |
| | **Santa Maria, CA 93454** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,217.50 | Unknown |
|---|---|---|---|---|
| | **Ruano Funez,Vilma Julian** | *Check all that apply.* | | |
| | **1320 Avenue Q apt #2** | ☐ Contingent | | |
| | **Palmdale, CA 93550** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.55 | Unknown |
|---|---|---|---|---|
| | **Rubio,Brian J** | *Check all that apply.* | | |
| | **822 West Jumper St.** | ☐ Contingent | | |
| | **Oxnard, CA 93033** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.74 | Unknown |
|---|---|---|---|---|
| | **Rubio,Jazmin** | *Check all that apply.* | | |
| | **822 W Juniper St** | ☐ Contingent | | |
| | **Oxnard, CA 93033** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $162.84 | Unknown |
|---|---|---|---|---|

**Rubio,Laura**
**2771 W. Clearview Dr.**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $153.77 | Unknown |
|---|---|---|---|---|

**Ruelas,Justine C**
**927 Peter Pan Ave**
**San Jose, CA 95116-3742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $39.48 | Unknown |
|---|---|---|---|---|

**Rufo,Carol A**
**3300 Harrison St Apt 10C**
**Kingman, AZ 86409-0726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $319.99 | Unknown |
|---|---|---|---|---|

**Ruiz Alvarado,Erika**
**1716 Rose  Ave**
**Ceres, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.42 | Unknown |
|---|---|---|---|---|

**Ruiz Luna,Alondra J**
**9461 Locust Ave**
**Fontana, CA 92335-6156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.44 | Unknown |
|---|---|---|---|---|

**Ruiz,Altagracia**
**201 Dorrance St.**
**Bakersfield, CA 93307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.85 | Unknown |
|---|---|---|---|---|

**Ruiz,Irvin U**
**409 N Railroad Ave**
**Santa Maria, CA 93458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.79 | Unknown |
|---|---|---|---|---|

**Ruiz,Jonathan F**
**939 N Mariposa Ave**
**Apt 205**
**Los Angeles, CA 90029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.35 | Unknown |
|---|---|---|---|---|

**Ruiz,Jose**
**945 E Carolo**
**Reedley, CA 93654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,304.70 | Unknown |
|---|---|---|---|---|

**Ruiz,Maria G**
**27 E. 2nd St.**
**Heber, CA 92249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.73 | Unknown |
|---|---|---|---|---|

**Ruiz,Melissa N**
**1690 Adams Ave.**
**Apt. #18**
**Centro, CA 92243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.01 | Unknown |
|---|---|---|---|---|

**Ruiz,Norma**
**322 N Palos Verdes St**
**San Pedro, CA 90731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1155** | Priority creditor's name and mailing address

**Ruiz,Roxann C**
**629 N. Angeleno Ave.**
**Azusa, CA 91702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19.61        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1156** | Priority creditor's name and mailing address

**Ruiz,Viviana A**
**676 Hunter St**
**Oceanside, CA 92058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$131.00        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1157** | Priority creditor's name and mailing address

**Ruiz,Yesica**
**1636 North Haney**
**Reedley, CA 93654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$523.25        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1158** | Priority creditor's name and mailing address

**Russell,Frankie C**
**925 Loughborough Dr**
**Apt# 245**
**Merced, CA 95348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$425.37        Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.64 | Unknown |
|---|---|---|---|---|

**Russell,Ladonna D**
**6712 Franwood Ter**
**Forth Worth, TX 76112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | | $1,245.38 | Unknown |
|---|---|---|---|---|

**Ruth,Lisa M**
**600 Serra Dr**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | | $2,030.71 | Unknown |
|---|---|---|---|---|

**Saiyasith,Alicia**
**6061 Farnsworth Dr**
**Dallas, TX 75236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | | $16.83 | Unknown |
|---|---|---|---|---|

**Salas,Jennifer**
**1219 Kentucky St**
**Vallejo, CA 94590**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.60 | Unknown |
|---|---|---|---|---|

**Salazar Jaurigui,Marlene**
**13163 Carll St**
**Pacoima, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.46 | Unknown |
|---|---|---|---|---|

**Salazar Rios,Maria G**
**1021 Adams Ave Apt #33**
**El centro, CA 92243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.55 | Unknown |
|---|---|---|---|---|

**Salazar,Gloria O**
**5494 N 9th St apt 104**
**Fresno, CA 93710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.82 | Unknown |
|---|---|---|---|---|

**Saldivar,Cristina V**
**6370 Cranberry Ln**
**Las Vegas, NV 89156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.44 | Unknown |
|---|---|---|---|---|

**Salvador H,Jasmine**
**16070 Malaga Ave**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1168 | Priority creditor's name and mailing address | | $451.33 | Unknown |
|---|---|---|---|---|

**Samaniego,Angelica**
**188 E. Myrtle Ave**
**Reedley, CA 93654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1169 | Priority creditor's name and mailing address | | $913.32 | Unknown |
|---|---|---|---|---|

**Samvelian,Silva**
**5414 1/2 La Mirada Ave**
**Los Angeles, CA 90029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1170 | Priority creditor's name and mailing address | | $1,185.88 | Unknown |
|---|---|---|---|---|

**Sanchez Arias,Sandra B**
**714 E 51st St**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $781.80 | Unknown |
|---|---|---|---|---|

**Sanchez Garcia,Karidian Y**
**2550 S.Lotus Ave**
**Fresno, CA 93806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.1172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $137.06 | Unknown |
|---|---|---|---|---|

**Sanchez,Abraham**
**1600 W 5th St Ventura Rd**
**Apt 42A**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.1173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $865.38 | Unknown |
|---|---|---|---|---|

**Sanchez,Angela**
**1420 Cameron St**
**Ft. Worth, TX 76115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

| 2.1174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $886.69 | Unknown |
|---|---|---|---|---|

**Sanchez,Anna M**
**6535 S Brynhurst Ave**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986.04 | Unknown |
|---|---|---|---|---|

**Sanchez,Carmen**
**2831 Damico Dr**
**San Jose, CA 95148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.38 | Unknown |

**Sanchez,Cerina**
**899 Bridge Street**
**Yuba, CA 95991**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,147.55 | Unknown |

**Sanchez,Cindy**
**1841Alabama St**
**Vallejo, CA 94590**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.11 | Unknown |

**Sanchez,Danise**
**2308 Mon Chere Ln**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.27 | Unknown |
|---|---|---|---|---|

**Sanchez,Dolores R**
**7375 Princeton Circle Dr**
**Hanover Park, IL 60133-2657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.83 | Unknown |
|---|---|---|---|---|

**Sanchez,Julia S**
**27415 San Carlos Ave**
**Madera, CA 93637-6130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.92 | Unknown |
|---|---|---|---|---|

**Sanchez,Julian J**
**444 East Sunset Rd**
**Henderson, NV 89011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.51 | Unknown |
|---|---|---|---|---|

**Sanchez,Katrina**
**837 N Pilgrim St**
**#2**
**Stockton, CA 95205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.03 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Maria** **1341 W. Summit St.** **Long Beach, CA 90810** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $967.20 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Maria R** **35 Overpass Rd.** **Watsonville, CA 95076** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $688.71 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Marisol** **1447 S. Townsend St** **Apt C** **Santa Ana, CA 92704** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.88 | Unknown |
|---|---|---|---|---|
| | **Sanchez,Marlena B** **255 W Carmen Ln Apt 53** **Santa Maria, CA 93454** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $251.16 | Unknown |
|---|---|---|---|---|
| | **Sandifer,Kemiomo**<br>**8734 S. Burley Ave**<br>**Chicago, IL 60617** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $660.00 | Unknown |
|---|---|---|---|---|
| | **Sandoval,Adrian R**<br>**930 W Mulberry Ave**<br>**Porterville, CA 93257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,444.76 | Unknown |
|---|---|---|---|---|
| | **Sandoval,Glenda V.**<br>**16571 Alliance Ave.**<br>**Apt. #11**<br>**Tustin, CA 92780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $293.22 | Unknown |
|---|---|---|---|---|
| | **Sandoval,Jennifer**<br>**10531 Borson St**<br>**Norwalk, CA 90650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.56 | Unknown |
|---|---|---|---|---|

**Sandoval,Laura P.**
**1752 Del Sur Boulevard**
**Apt# 102**
**San Ysidro, CA 92173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.63 | Unknown |
|---|---|---|---|---|

**Sandoval,Marisa**
**1444 E San Francisco St**
**San Luis, AZ 85349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.12 | Unknown |
|---|---|---|---|---|

**Santa Maria Cantu,Perla G**
**190 E EAST ST**
**APT 6A**
**Nogales, AZ 85621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,775.73 | Unknown |
|---|---|---|---|---|

**Santiago,Ana**
**540 York St.**
**Delano, CA 93215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $914.04 | Unknown |
|---|---|---|---|---|
| | **Santiago,Evelyn**<br>**215 Mosspoint Circle Unit #7**<br>**Spartanburg, SC 29303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.19 | Unknown |
|---|---|---|---|---|
| | **Santiago,Magaly**<br>**77 Grover St**<br>**Springfield, MA 01104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $687.14 | Unknown |
|---|---|---|---|---|
| | **Santiago,Maricar R**<br>**2191 Willowbrook Lane**<br>**Perris, CA 92571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,183.81 | Unknown |
|---|---|---|---|---|
| | **Santos,Anna**<br>**1525 E Birch**<br>**Tulare, CA 93274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1199** | Priority creditor's name and mailing address

**Santoyo,Christine**
**1000 Pacheco Rd Apt 94**
**Bakersfield, CA 93307-5183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.71   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1200** | Priority creditor's name and mailing address

**Sarabia,Rosa**
**708 morningside ct**
**Imperial, CA 92251**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$201.94   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1201** | Priority creditor's name and mailing address

**Saravia,Lori**
**3018 E Princeton Ave**
**Fresno, CA 93703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,375.40   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1202** | Priority creditor's name and mailing address

**Satterfield,Mary J**
**901 Palmbrook Dr.**
**Apt# 11**
**Redlands, CA 92373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$123.09   Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.40 | Unknown |
|---|---|---|---|---|

**Schrier,Michael C**
**8568 Culpepper Dr**
**Sacramento, CA 95823**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.32 | Unknown |
|---|---|---|---|---|

**Seamone,Shelby L**
**11357 Highway 49 North**
**Mt Pleasant, NC 28124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.03 | Unknown |
|---|---|---|---|---|

**Sedano Parra,Maria S**
**206 w. san ysidro blvd.**
**apt #79**
**San Ysidro, CA 92173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.13 | Unknown |
|---|---|---|---|---|

**Segura,Alejandra**
**1226 Zurich**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **FP Stores, Inc.**                                           Case number (if known)    **18-11804 (LSS)**
_____
Name

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.97 | Unknown |

**Segura,Anahi**
**1387 North 17th St**
**El Centro, CA 92243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | | $89.21 | Unknown |

**Seifert,Jessica M**
**2164 Orange St**
**Highland, CA 92346-2418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | | $116.38 | Unknown |

**Serna,Rebecca C**
**309 Ellington Street**
**Delano, CA 93215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | | $96.14 | Unknown |

**Serrano Ayala,Glendalyz**
**2121 Davie Blvd Apt 241**
**Fort Lauderdale, FL 33312-3127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$282.52** | **Unknown** |
|---|---|---|---|---|

**Serrano Sanes,Marilyn**
**540 NW 4th Avenue**
**Apt 3302**
**Fort Lauderdale, FL 33311**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$88.00** | **Unknown** |
|---|---|---|---|---|

**Serrano,Destiny M**
**2249 Hollywood Dr**
**Stockton, CA 95210-1605**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$278.52** | **Unknown** |
|---|---|---|---|---|

**Serrano,Massiel Y**
**8922 Tope Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$798.58** | **Unknown** |
|---|---|---|---|---|

**Serrano,Vanessa**
**6569 Suva St**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1215** | Priority creditor's name and mailing address

**Servin,Lidia**
**1805 Bluehaven Ct**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$654.47    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1216** | Priority creditor's name and mailing address

**Severino,Armando**
**2780 Entrada circle**
**Antioch, CA 94509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$510.29    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1217** | Priority creditor's name and mailing address

**Sharp,Sheri F**
**1650 E. Clark Ave #211**
**Santa Maria, CA 93455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7.70    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1218** | Priority creditor's name and mailing address

**Shelton,Shareif K**
**N Avalon Blvd #11**
**The Monterrey Inn**
**Wilimington, CA 90744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$153.17    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$542.31** | **Unknown** |
|---|---|---|---|---|
| | **Sheppard,Ariane N<br>2514 Anna Garrison Rd<br>Charlotte, NC 28206** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$159.50** | **Unknown** |
|---|---|---|---|---|
| | **Sherrill,DeAna R<br>705 Sandalwood Ct Apt B<br>Newton, NC 28658** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$753.06** | **Unknown** |
|---|---|---|---|---|
| | **Shillingford,Shena T<br>1624 S 23rd Ave<br>Hollywood, FL 33020** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$102.58** | **Unknown** |
|---|---|---|---|---|
| | **Shubrooks,Aaron X<br>9008 Breezewood Ter Apt 204<br>Greenbelt, MD 20770-4004** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.84 | Unknown |
|---|---|---|---|---|

**Shuford,Tanya S**
**2708 carver rd**
**Baltimore, MD 21225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.92 | Unknown |
|---|---|---|---|---|

**Sice,Aaron M**
**1.5m NE of Hwy 491 MM 14**
**Twin Lakes, NM 87375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,576.09 | Unknown |
|---|---|---|---|---|

**Silva,Amanda S**
**1761 College View Dr Apt A**
**Monterey Park, CA 91754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.36 | Unknown |
|---|---|---|---|---|

**Silva,Ashley A**
**2725 S Tracy St**
**Visalia, CA 93292**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,059.89 | Unknown |
|---|---|---|---|---|

**Silva,Luciano Ruiz**
**849 22nd Ave # L-2**
**Delano, CA 93215-4802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.37 | Unknown |
|---|---|---|---|---|

**Silva,Nancy**
**7600 Elsinore Ave**
**Bakersfield, CA 93307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.31 | Unknown |
|---|---|---|---|---|

**Simpson,Jonathan W**
**10614 S St Andrews Pl**
**Los Angeles, CA 90047-4405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.36 | Unknown |
|---|---|---|---|---|

**Sinclair,Howard G**
**7909 Normandy St**
**Miramar, FL 33023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$369.73** | **Unknown** |
|---|---|---|---|---|
| | **Singer,Chastity R**<br>**3224 W Indian School Rd**<br>**Phoenix, AZ 85017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$160.78** | **Unknown** |
|---|---|---|---|---|
| | **Sixto,Leonel A**<br>**1522 Scott Ave**<br>**Los Angeles, CA 90026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$405.00** | **Unknown** |
|---|---|---|---|---|
| | **Smith,Alicia M**<br>**145 Caine Ave**<br>**San Francisco, CA 94112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$93.28** | **Unknown** |
|---|---|---|---|---|
| | **Smith,Amy**<br>**342 S Parsons Ave Apt 3**<br>**Merced, CA 95341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$769.23** | **Unknown** |
|---|---|---|---|---|
| | **Smith,Danita Y**<br>**3984 Orchard Knoll  Dr**<br>**Greensboro, NC 27405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$187.01** | **Unknown** |
|---|---|---|---|---|
| | **Smith,De'Johnne T**<br>**5588 Butterfield Dr**<br>**Winston Salem, NC 27105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$149.81** | **Unknown** |
|---|---|---|---|---|
| | **Smith,Gionni V**<br>**6023 springhill dr apt 102**<br>**Greenbelt, MD 20770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.1238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$125.76** | **Unknown** |
|---|---|---|---|---|
| | **Smith,Kawasaii L**<br>**3022 Oak Ridge Pl**<br>**Grand Prairie, TX 75052-5723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|--|------------------------|----------------|
| | Name | | | |

---

| 2.1239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.47 | Unknown |
|--------|--|--|--|--|

**Smith,Mindy E**
**60 Carolina Ave NE**
**Concord, NC 28025-3210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.87 | Unknown |
|--------|--|--|--|--|

**Snowder,Gina D**
**893 E Redwood Cir**
**Hanford, CA 93230-2383**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.08 | Unknown |
|--------|--|--|--|--|

**Snyder,Sofia I**
**2416 E Aguirre Street**
**San Luis, AZ 85349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.33 | Unknown |
|--------|--|--|--|--|

**Solano Lopez,Griselda**
**119 W E St**
**Apt B**
**Brawley, CA 92227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|---------------------|
|        | Name                |                        |                     |

| 2.1243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.75 | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Solis,Amarilis**
**37855 17th street e**
**Palmdale, CA 93550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.40 | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Solis,Claudia**
**544 S Spencer St**
**Aurora, IL 60505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,092.41 | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|-----------|---------|

**Solis,Vanessa Monique**
**507 Saint Teressa Court**
**Merced, CA 95341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,150.92 | Unknown |
|--------|----------------------------------------------|-----------------------------------------------|-----------|---------|

**Solorio De Arroyo,Esperanza**
**808 Chitwood Ct**
**Stockton, CA 95205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **FP Stores, Inc.**  Case number (if known)  **18-11804 (LSS)**
　　　　　Name

---

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,363.18 | Unknown |

**Solorio Popoca,Maria D.**
**38459 3rd St. E**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $621.56 | Unknown |

**Solorio,Maria G**
**6511 Darwell Ave**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.05 | Unknown |

**Soria,Cherryl B**
**2810 Danwood Ct.**
**San Jose, CA 95148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.88 | Unknown |

**Soriano,Hilda M**
**2437 Clifford Ave**
**Apt# 8**
**Las Vegas, NV 89104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$345.00** | **Unknown** |
|---|---|---|---|---|

**Sorroza Reyes,Ana M
619 Sylvan St
Apt 4
Daly City, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$73.92** | **Unknown** |
|---|---|---|---|---|

**Sosa Cardona,Beatriz E
3350 W. Hillsborogh Ave
Tampa, FL 33614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$115.94** | **Unknown** |
|---|---|---|---|---|

**Sosa,Shannon M
6787 Cole ave apt A102
Highland, CA 92346-4645**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$94.08** | **Unknown** |
|---|---|---|---|---|

**Spadaccini,Tainy
11157 Cantlay St
Sun Valley, CA 91352**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$540.41** | **Unknown** |
|---|---|---|---|---|
| | **Speener,Kay A.**<br>**4746 Sheppard Dr.**<br>**Las Vegas, NV 89122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$264.42** | **Unknown** |
|---|---|---|---|---|
| | **Spellman,Maurice D**<br>**7131 Tanager**<br>**Houston, TX 77074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$44.59** | **Unknown** |
|---|---|---|---|---|
| | **Spotville,Precious M**<br>**18415 Jonathan St Apt B**<br>**Adelanto, CA 92301-1515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,459.84** | **Unknown** |
|---|---|---|---|---|
| | **St. Julian,Tierra L**<br>**3030 E. Artesia Blvd.**<br>**#20**<br>**Long Beach, CA 90805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.62 | Unknown |
|---|---|---|---|---|

**Stallworth III,Walter L**
**1371 Hirsch Ave**
**Calumet City, IL 60409-5932**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.87 | Unknown |
|---|---|---|---|---|

**Steffen,Kristy B**
**11904 Chandler Blvd Apt 203**
**Valley Village, CA 91607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.65 | Unknown |
|---|---|---|---|---|

**Steinline Jr,Gregory W**
**129 S Olive Ave**
**Rialto, CA 92376-8903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $532.05 | Unknown |
|---|---|---|---|---|

**Steveson,Mary E**
**353 Burnt Mill Rd**
**Surry, VA 23883**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1263 | Priority creditor's name and mailing address<br>**Stewart,Amber L<br>3050 Mallory Loop<br>Kingman, AZ 86401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.36** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1264 | Priority creditor's name and mailing address<br>**Stice,Cyairrah C<br>1683 Sorenson Ln.<br>Las Vegas, NV 89156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88.80** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1265 | Priority creditor's name and mailing address<br>**Stout,Brent D<br>576 S Stephanie Loop<br>Tucson, AZ 85745** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11.55** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1266 | Priority creditor's name and mailing address<br>**Suarez,Julia I<br>15537 Nordhoff St<br>Apt# 39<br>North Hill, CA 91343** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$483.89** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,871.37 | Unknown |
|---|---|---|---|---|

**Suarez,Margarita**
**714 Benicia Rd**
**Vallejo, CA 94590**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.72 | Unknown |
|---|---|---|---|---|

**Suarez,Rosa**
**230 W 47th St**
**Hialeah, FL 33012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,360.89 | Unknown |
|---|---|---|---|---|

**Subia,Margaret**
**2075 E. Broadway Ave.**
**#102**
**Long Beach, CA 90803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.56 | Unknown |
|---|---|---|---|---|

**Swain,Darrion D**
**23 madrid lane**
**Antioch, CA 94509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $499.07 | Unknown |
|---|---|---|---|---|
| | **Swindell,Denice L**<br>**1773 Dayton Ave**<br>**San Leandro, CA 94579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $987.66 | Unknown |
|---|---|---|---|---|
| | **Syamsurizal,Metty E**<br>**1201 Dawson Ave**<br>**Unit 5**<br>**Long Beach, CA 90804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $106.00 | Unknown |
|---|---|---|---|---|
| | **Tablada,Jeremmy**<br>**11924 Centralia Rd.**<br>**Hawaiian Gardens, CA 90715** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $684.31 | Unknown |
|---|---|---|---|---|
| | **Talamantes,Gabriela E**<br>**1236 N Terrace Rd**<br>**Rialto, CA 92376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.87 | Unknown |
|---|---|---|---|---|
| | **Tamayo,Esmenia N** | Check all that apply. | | |
| | **2130 W Crescent Ave Apt 2161** | ☐ Contingent | | |
| | **Anaheim, CA 92801-3857** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.60 | Unknown |
|---|---|---|---|---|
| | **Tanner-Mayfield,Annastacia** | Check all that apply. | | |
| | **312 Mobile Dr** | ☐ Contingent | | |
| | **Chesapeake, VA 23323** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.06 | Unknown |
|---|---|---|---|---|
| | **Tarango,Atocha C.** | Check all that apply. | | |
| | **108 E. Lamar** | ☐ Contingent | | |
| | **Salinas, CA 93906** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.88 | Unknown |
|---|---|---|---|---|
| | **Tariq,Adil A** | Check all that apply. | | |
| | **1520 Dempster St Apt 112** | ☐ Contingent | | |
| | **Mount Prospect, IL 60056** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.14 | Unknown |
|---|---|---|---|---|
| | **Tavarez,Maria E** | Check all that apply. | | |
| | **165 N Madeira Ave** | ☐ Contingent | | |
| | **Salinas, CA 93905-2008** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.47 | Unknown |
|---|---|---|---|---|
| | **Taylor,Ashley K** | Check all that apply. | | |
| | **1660 Kendall Dr** | ☐ Contingent | | |
| | **San Bernardino, CA 92407** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.39 | Unknown |
|---|---|---|---|---|
| | **Taylor,Crimson G** | Check all that apply. | | |
| | **481 Gleason St** | ☐ Contingent | | |
| | **Yermo, CA 92398** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.1282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,215.89 | Unknown |
|---|---|---|---|---|
| | **Taylor,Theresa W.** | Check all that apply. | | |
| | **6815 Schuller Apt.3** | ☐ Contingent | | |
| | **Houston, TX 77093** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.14 | Unknown |
|---|---|---|---|---|

**Tejada,Mercedes**
**14746 Martell Ave**
**San Leandro, CA 94578-4448**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.09 | Unknown |
|---|---|---|---|---|

**Tellez,Alma M**
**19045 Bryant St**
**Apt 7**
**Northridge, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.82 | Unknown |
|---|---|---|---|---|

**Tenorio,Alejandro**
**3461 S Chester Ave Apt 18**
**Bakersfield, CA 93304-6171**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.06 | Unknown |
|---|---|---|---|---|

**Teran,Tanya**
**7420 Astor Ave**
**Hanover Park, IL 60133-3139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1287** | Priority creditor's name and mailing address

**Thao,Jenny**
**163 W 16th street apt 5**
**3910 Twilight Ave**
**Merced, CA 95348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$890.37    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1288** | Priority creditor's name and mailing address

**Thomas,Courtney R**
**569 Hichborn St**
**Vallejo, CA 94590-3776**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88.27    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1289** | Priority creditor's name and mailing address

**Thomas,Maribel**
**3786 Gladstone Dr**
**Pittsburg, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$547.80    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1290** | Priority creditor's name and mailing address

**Thomas,Mercedes S.**
**14333 Philippine St. Apt. 108**
**Houston, TX 77040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,622.92    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.05 | Unknown |
|---|---|---|---|---|

**Thompson,Nuria C**
**200 N El Camino Real**
**#407**
**Oceanside, CA 92058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.26 | Unknown |
|---|---|---|---|---|

**Tillis,Essence B**
**4841 N Pershing Ave**
**Stockton, CA 95207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $514.90 | Unknown |
|---|---|---|---|---|

**Tolentino Hernandez,Jessica**
**2943 1/2 Kenwood Ave**
**Los Angeles, CA 90007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,405.76 | Unknown |
|---|---|---|---|---|

**Tomlin,Anna L.**
**3990 Las Vegas Blvd.**
**Apt. #254**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $787.02 | Unknown |
|---|---|---|---|---|

**Torres Mayao,Xahzirit S**
**18810 Hallett St**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.16 | Unknown |
|---|---|---|---|---|

**Torres,Analia B**
**11850 SW 250th Ter**
**Homestead, FL 33032-5998**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.23 | Unknown |
|---|---|---|---|---|

**Torres,Antonia**
**1173 Tesoro Grove Way**
**Apt# 109**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.61 | Unknown |
|---|---|---|---|---|

**Torres,Desire M**
**26 Parkin St**
**Springfield, MA 01104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|---------------------|
| | Name | | |

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.13 | Unknown |
|---|---|---|---|---|

**Torres,Eva M**
**175 Toro Ave # B**
**Salinas, CA 93905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.43 | Unknown |
|---|---|---|---|---|

**Torres,Fernanda I**
**1560 coronado ave**
**51**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.94 | Unknown |
|---|---|---|---|---|

**Torres,Francesca**
**3025 N Golden Ave**
**204**
**San Bernardino, CA 92404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 | Unknown |
|---|---|---|---|---|

**Torres,Marcela**
**345 fireside St**
**Oceanside, CA 92058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $914.48 | Unknown |
|---|---|---|---|---|
| | **Torres,Rosa**<br>**4316 Deborah**<br>**Bakersfield, CA 93307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $601.26 | Unknown |
|---|---|---|---|---|
| | **Torres,Sofia**<br>**322 Garrison St., Apt #18**<br>**Oceanside, CA 92054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $145.86 | Unknown |
|---|---|---|---|---|
| | **Torres,Sylvia**<br>**4811 Teakwood Dr**<br>**Oakley, CA 94561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,397.33 | Unknown |
|---|---|---|---|---|
| | **Torres,Tyana L**<br>**4331 W. Corona Rd**<br>**Tucson, AZ 85746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $172.80 | Unknown |
|---|---|---|---|---|
| | **Torres,Veronica**<br>**431 Heffernan**<br>**Apt "A"**<br>**Calexico, CA 92231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $391.49 | Unknown |
|---|---|---|---|---|
| | **Tovar,Cynthia**<br>**1430 Quincy St**<br>**Bakersfield, CA 93305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,194.48 | Unknown |
|---|---|---|---|---|
| | **Trejo,Maria**<br>**3598 E.W.S. Woods Bl**<br>**Stockton, CA 95206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $771.95 | Unknown |
|---|---|---|---|---|
| | **Trejo,Martha**<br>**921 S Bonnie Brae St**<br>**Apt# 37**<br>**Los Angeles, CA 90006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$169.84** | **Unknown** |
|---|---|---|---|---|
| | **Trevino,Angela**<br>**3352 N Marks Ave Apt 105**<br>**Fresno, CA 93722** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$102.19** | **Unknown** |
|---|---|---|---|---|
| | **Trujillo,Maria G**<br>**1278 4th Ave**<br>**Chula Vista, CA 91911** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$472.29** | **Unknown** |
|---|---|---|---|---|
| | **Tucker,Mignon D**<br>**384 Thornton St Apt A**<br>**San Leandro, CA 94577** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$483.28** | **Unknown** |
|---|---|---|---|---|
| | **Tucker,Roxanne**<br>**6365 Sexton Lane**<br>**Las Cruces, NM 88012** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.01 | Unknown |
|---|---|---|---|---|

**Tudor,Dionna N**
**14440 south budlong ave unit f**
**Gardena, CA 90247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.28 | Unknown |
|---|---|---|---|---|

**Tuli,Nahida A**
**312 E El Camino Apt E**
**Santa Maria, CA 93454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.07 | Unknown |
|---|---|---|---|---|

**Turner,Alexzandria P**
**6910 S Cockrell Hill Rd Apt**
**1903**
**Dallas, TX 75236-9591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.41 | Unknown |
|---|---|---|---|---|

**Turner,Jared M**
**9276 Egret Dr**
**Elk Grove, CA 95624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.73 | Unknown |
|---|---|---|---|---|

**Turner,Jessica M**
**1764 Redberry Ln**
**Conover, NC 28613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.50 | Unknown |
|---|---|---|---|---|

**Tyler,Christiana M**
**1725 B St Apt 17**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.92 | Unknown |
|---|---|---|---|---|

**Ulate,Marrisa S**
**649 N Sunland Dr**
**Chandler, AZ 85225-6719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.37 | Unknown |
|---|---|---|---|---|

**Urenda,Jessica A**
**4240 Division St**
**San Diego, CA 92113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,304.50 | Unknown |
|---|---|---|---|---|

**Vaca,Jaqueline M**
**540 N Garfield Ave**
**Oxnard, CA 93030-3611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.32 | Unknown |
|---|---|---|---|---|

**Vagai,Faapio**
**221 S Bruce St apt 123**
**Las vegas, NV 89101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.93 | Unknown |
|---|---|---|---|---|

**Valadez,Francisco**
**152 W Calle Primera Apt 4**
**San Ysidro, CA 92173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.19 | Unknown |
|---|---|---|---|---|

**Valdez De Mares,Maria De La Luz**
**1470 E. Griffith**
**Fresno, CA 93702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $14.74 | Unknown |
|--------|---------------------------------------------|----------------------------------------------------------------------|--------|---------|

**Valdez,Cesar**
**1035 W. North Grand**
**Porterville, CA 93257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $162.47 | Unknown |
|--------|---------------------------------------------|----------------------------------------------------------------------|---------|---------|

**Valencia Herrera,Vanessa**
**118 W Orange St Apt A**
**Santa Maria, CA 93458-5670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $542.74 | Unknown |
|--------|---------------------------------------------|----------------------------------------------------------------------|---------|---------|

**Valencia,Maria**
**659 Los Coches Ave.**
**Salinas, CA 93906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $800.14 | Unknown |
|--------|---------------------------------------------|----------------------------------------------------------------------|---------|---------|

**Valencia,Vanessa**
**375 H St**
**Parlier, CA 93648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$413.53** | **Unknown** |
|---|---|---|---|---|

| 2.1331 | Priority creditor's name and mailing address<br>**Valenzuela, Alejandrina<br>1651 E. Avenue Q-11<br>Palmdale, CA 93550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$413.53** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1332 | Priority creditor's name and mailing address<br>**Valenzuela, Mary C<br>38472 3rd St East<br>Palmdale, CA 93550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$288.09** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1333 | Priority creditor's name and mailing address<br>**Valeriano, Nora<br>2720 Granada Ave.<br>South El Monte, CA 91733** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.11** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1334 | Priority creditor's name and mailing address<br>**Valerio, Diamond M<br>4326 N Black Canyon Hwy Apt<br>108<br>Phoenix, AZ 85017-4383** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$146.04** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.35 | Unknown |
|---|---|---|---|---|
| | **Valiente,Brigitte A** | *Check all that apply.* | | |
| | **5342 Hubbard St.** | ☐ Contingent | | |
| | **Los Angeles, CA 90022** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.79 | Unknown |
|---|---|---|---|---|
| | **Vang,Magaolee N** | *Check all that apply.* | | |
| | **6327 Jordon Dr** | ☐ Contingent | | |
| | **Marysville, CA 95901** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.39 | Unknown |
|---|---|---|---|---|
| | **Varela Delgado,Anais** | *Check all that apply.* | | |
| | **658 E 23 St** | ☐ Contingent | | |
| | **Hialeah, FL 33013** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.10 | Unknown |
|---|---|---|---|---|
| | **Vargas Galvez,Daniel** | *Check all that apply.* | | |
| | **1148 W Boone St Apt D16** | ☐ Contingent | | |
| | **Santa Maria, CA 93458-8481** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.08 | Unknown |
| --- | --- | --- | --- | --- |

**Vargas Leon,Erica L**
**1887 Loyola Dr.**
**San Jose, CA 95122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,511.52 | Unknown |
| --- | --- | --- | --- | --- |

**Vargas Villela,Gabriela**
**708 Adler St.**
**Brawley, CA 92227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,417.03 | Unknown |
| --- | --- | --- | --- | --- |

**Vargas,Maria G.**
**1400 N. Imperial**
**Apt# 81A**
**El Centro, CA 92243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.02 | Unknown |
| --- | --- | --- | --- | --- |

**Vargas,Norma**
**9404 Gullo Ave**
**Arleta, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $279.22 | Unknown |
|---|---|---|---|---|
| | **Vasallo Rodriguez, Yamile D**<br>**4435 W 14th Ave**<br>**Apt 102**<br>**Hialeah, FL 33012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $104.72 | Unknown |
|---|---|---|---|---|
| | **Vasquez, Gisela R**<br>**13946 Front St. 1/2 apt.**<br>**Armona, CA 93202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $458.04 | Unknown |
|---|---|---|---|---|
| | **Vasquez, Leticia**<br>**1230 Wardmont**<br>**Houston, TX 77037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $550.94 | Unknown |
|---|---|---|---|---|
| | **Vasquez, Margarita**<br>**11721 S. Figueroa St**<br>**Los Angeles, CA 90061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.76 | Unknown |
|---|---|---|---|---|

**Vazquez De Cruz,Maria S**
**2010 Crestview Dr Apt 101**
**Pittsburg, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.89 | Unknown |
|---|---|---|---|---|

**Vazquez Ramirez,Eduardo A**
**2125 Foxglove Way Unit 5**
**Chula Vista, CA 91915-2464**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.59 | Unknown |
|---|---|---|---|---|

**Vazquez,Alejandra**
**4046 Puente Ave.**
**Apt. D**
**Baldwin Park, CA 91706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.11 | Unknown |
|---|---|---|---|---|

**Vazquez,Juana**
**1444 E 17th St**
**Apt B**
**Long Beach, CA 90813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1351 | Priority creditor's name and mailing address<br>**Vazquez,Veronica**<br>**1533 S Diamond St**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$541.09** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1352 | Priority creditor's name and mailing address<br>**Vega,Maria Dolores**<br>**367 Juaregui St.**<br>**Westmorland, CA 92281** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$506.22** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1353 | Priority creditor's name and mailing address<br>**Vega,Mirna D**<br>**343 W Windsor rd #6**<br>**Glendale, CA 91204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$208.82** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1354 | Priority creditor's name and mailing address<br>**Velasquez,Anastacia**<br>**3838 N. 55th Dr.**<br>**Phoenix, AZ 85031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,103.33** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,231.36 | Unknown |
|---|---|---|---|---|

**Velasquez,Blanca L.**
**2383 W 20th St**
**Apt 202**
**Los Angeles, CA 90018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.78 | Unknown |
|---|---|---|---|---|

**Velasquez,Sandra**
**3020 Palermo Rose Way**
**Kissimmee, FL 34746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.08 | Unknown |
|---|---|---|---|---|

**Velazquez,Ana**
**1205 Sanarita Way**
**Madera, CA 93638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 | Unknown |
|---|---|---|---|---|

**Velez,Maria D**
**3185  Sea venture Street**
**Orlndo, FL 32827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|--------|-----------------|------------------------|----------------|
|        | Name            |                        |                |

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.24 | Unknown |
|---|---|---|---|---|

**Velez,Rosa M**
**847 SKY Lake Cir**
**Apt B**
**Orlando, FL 32809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.74 | Unknown |
|---|---|---|---|---|

**Venson,Hasani M**
**1126 62nd St Apt 15**
**Oakland, CA 94608-2239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.78 | Unknown |
|---|---|---|---|---|

**Vidal Milanes,Iraida**
**15420sw 82 ln**
**Unidad  704**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.75 | Unknown |
|---|---|---|---|---|

**Vidals,Magali**
**3318 w. portland st**
**Phoenix, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.21 | Unknown |
|---|---|---|---|---|

**Vidana,Alba Aurora**
**1600 Palm Ave.**
**Spc. #88**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.79 | Unknown |
|---|---|---|---|---|

**Viera,Idalme**
**5729 NW 194Th St**
**Hialeah, FL 33015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,787.25 | Unknown |
|---|---|---|---|---|

**Villafuerte,Maria L.**
**1800 E. Aroma Dr.**
**205**
**West Covina, CA 91791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,196.48 | Unknown |
|---|---|---|---|---|

**Villagomez,Martha**
**2105 Bettibart St.**
**Fort Worth, TX 76134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1367** | Priority creditor's name and mailing address

**Villalva,Carmen**
**710 E. San Ysidro Blvd**
**Apt # 1056**
**San Ysidro, CA 92173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$52.79**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1368** | Priority creditor's name and mailing address

**Villanueva Ballinas,Maria G.**
**1402 Rita Way**
**Santa Ana, CA 92704**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,682.89**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1369** | Priority creditor's name and mailing address

**Villarreal,Debra A**
**43340 Gadsden Ave**
**Apt 207**
**Lancaster, CA 93534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,294.66**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1370** | Priority creditor's name and mailing address

**Villarreal,Juana S.**
**6688 Pine Creek Ave**
**Brownsville, TX 78526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$337.37**    **Unknown**

| Date or dates debt was incurred | Basis for the claim:
**Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.59 | Unknown |
|---|---|---|---|---|

**Villegas, Ana E**
**550 Berry Ave Apt 4**
**Hayward, CA 94544-2435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.33 | Unknown |
|---|---|---|---|---|

**Villegas, Francisco J**
**945 W Manor Dr Trlr 109**
**Nogales, AZ 85621-1055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.97 | Unknown |
|---|---|---|---|---|

**Villegas, Lissette**
**1735 W 11th St**
**San Bernardino, CA 92411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.96 | Unknown |
|---|---|---|---|---|

**Villela, Miryam**
**708 Adler St.**
**Brawley, CA 92229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Accrued Vacation and PTO** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.1375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.66 | Unknown |
| | **Vinces,Juana** **911 Hacienda Dr** **Bakersfield, CA 93307** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.1376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.25 | Unknown |
| | **Viramontes,Johana** **12210 Leahy Dr** **Moreno Valley, CA 92557** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.1377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.99 | Unknown |
| | **Virgen De La Cruz,Lucila H** **1826 Glenpark St** **Pomona, CA 91768** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.1378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $342.30 | Unknown |
| | **Voeurn,Lavista** **2510 Bordeaux Ave.** **Stockton, CA 95210** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Accrued Vacation and PTO** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.57 | **Unknown** |
|---|---|---|---|---|

**Wade,Tanishia**
**3900  Nicolet Ave # 15**
**Los Angeles, CA 90008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.91 | **Unknown** |
|---|---|---|---|---|

**Walker,Danielle L**
**1926 Nash St**
**Newton, NC 28658-8500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.24 | **Unknown** |
|---|---|---|---|---|

**Walker,Felicia K**
**487 S Trellis Ct**
**Newport News, VA 23608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.94 | **Unknown** |
|---|---|---|---|---|

**Wallace,Shakya M**
**4417 Asbury Ave**
**Baltimore, MD 21206-6406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.54 | Unknown |
|---|---|---|---|---|

Warren,Terrance G
3508 Pinevalle Ave
Forestville, MD 20747

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.97 | Unknown |
|---|---|---|---|---|

Washington,Andre B
555 98th Ave Apt 116
Oakland, CA 94603-2110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.15 | Unknown |
|---|---|---|---|---|

Washington,Ezekiel L
440 Portafino Court
103
Pomona, CA 91766

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,858.72 | Unknown |
|---|---|---|---|---|

Webster,Shaniece C
1821 Clarendon St.
Bakersfield, CA 93307

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**2.1387** | Priority creditor's name and mailing address

**Westbrook,Regina L**
**8242 S Ellis**
**Chicago, IL 60636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$418.99    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1388** | Priority creditor's name and mailing address

**Weston,Cathy**
**381 SOUTH 6TH STREET**
**NEWARK, NJ 07103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$464.95    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1389** | Priority creditor's name and mailing address

**White,Anthony M**
**13017 Ada St.**
**Armona, CA 93202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$620.29    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.1390** | Priority creditor's name and mailing address

**White,Mary A**
**8901 Plymouth St**
**Oakland, CA 94621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$962.72    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.34 | Unknown |
|---|---|---|---|---|

**White,Rosalinda**
**12518 Filmore st**
**Apt#206**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.13 | Unknown |
|---|---|---|---|---|

**Whitehead,Felicia D**
**55-14 Colony Square Courts**
**Newport News, VA 23607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.64 | Unknown |
|---|---|---|---|---|

**Williams II,Terence L**
**231 Grove Street**
**2nd Floor**
**Chicopee, MA 01020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.60 | Unknown |
|---|---|---|---|---|

**Williams Jr,Mark**
**3620 West 102nd St Apt9**
**Inglewood, CA 90303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.25 | Unknown |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Williams,Dorvouna I**
**3727 N Forest Ln**
**Avondale, AZ 85392-3611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28.25    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1396    Priority creditor's name and mailing address

**Williams,Douglas W**
**12001 Woodside Ave Apt 127**
**Lakeside, CA 92040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.44    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1397    Priority creditor's name and mailing address

**Williams,Monica A**
**443 West Arbutus ST**
**compton, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$475.01    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1398    Priority creditor's name and mailing address

**Williams,Roderick T**
**1117 Nashville Rd**
**Rocky Mount, NC 27803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$63.56    Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1399 | Priority creditor's name and mailing address<br>**Williams,Sandra J**<br>**3005 S. Apple Ct.**<br>**Antioch, CA 94509** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$437.91** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1400 | Priority creditor's name and mailing address<br>**Williams,Shawnta Q**<br>**18601 hatteras st #207**<br>**Tarzana, CA 91356** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,319.36** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1401 | Priority creditor's name and mailing address<br>**Wilson,Delores A**<br>**3844 Solstice Ave**<br>**Merced, CA 95348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$653.77** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1402 | Priority creditor's name and mailing address<br>**Wilson,Kelvin J**<br>**5420 S Aberdeen St**<br>**Chicago, IL 60609-6042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$192.12** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$83.60** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Wilson,Monique A**<br>**16430 Prince Dr**<br>**South Holland, IL 60473-3204** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.96** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Winters,Dajuanye K**<br>**3103 Sweetwater Springs Blvd**<br>**Apt 11**<br>**Spring Valley, CA 91978** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.15** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Woldridge,Imani C**<br>**1030 Fillmore ST Apt 802**<br>**San Francisco, CA 94115** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$59.18** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Wolfe,Corey L**<br>**93 E Date Ave Apt 11**<br>**Porterville, CA 93257** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1407** | Priority creditor's name and mailing address
**Wolo,Tehtee S**
**8272 Glendon Way**
**Sacramento, CA 95829-9278**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$139.84 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1408** | Priority creditor's name and mailing address
**Woodard,Tiffany J**
**2902 W Sweetwater Ave Apt 1097**
**Phoenix, AZ 85029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.69 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1409** | Priority creditor's name and mailing address
**Wooten,Ebony J**
**3321 Santa Rosa Ct Apt C**
**Merced, CA 95348-2385**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.92 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1410** | Priority creditor's name and mailing address
**Wright,Nigel**
**5006 Hackberry Ln**
**Sacramento, CA 95841**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$153.89 | Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.32 | Unknown |
|---|---|---|---|---|

| | **Wyman,Harry D** | Check all that apply. | | |
| | **530 S Main St** | ☐ Contingent | | |
| | **Los Angeles, CA 90013-1422** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.38 | Unknown |
|---|---|---|---|---|

| | **Xiong,Sandy** | Check all that apply. |
| | **257 Julian Court** | ☐ Contingent |
| | **Merced, CA 95341** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.07 | Unknown |
|---|---|---|---|---|

| | **Ybarra,Jade** | Check all that apply. |
| | **12401 Studerbaker Rd** | ☐ Contingent |
| | **Apt# 139** | ☐ Unliquidated |
| | **Norwlak, CA 90650** | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.11 | Unknown |
|---|---|---|---|---|

| | **Yegoyan,Narine** | Check all that apply. |
| | **7924 Woodman Ave Apt 47** | ☐ Contingent |
| | **Panorama City, CA 91402** | ☐ Unliquidated |
| | | ☐ Disputed |

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.82 | Unknown |
|---|---|---|---|---|

**Yerena,Pedro**
**9512 San Vicente**
**South Gate, CA 90280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.32 | Unknown |
|---|---|---|---|---|

**Young,Andre**
**5461 Georgia Ln.**
**Smithfield, VA 23430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.06 | Unknown |
|---|---|---|---|---|

**Youngblood,Latoshia D**
**3332 Timberbrook Dr Apt G**
**Charlotte, NC 28208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.56 | Unknown |
|---|---|---|---|---|

**Zambrano Garcia,Michelle**
**235 E Mohave Rd**
**#10B**
**Tucson, AZ 85705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1419 | Priority creditor's name and mailing address<br>**Zamora,Tina L**<br>**4723 E Grove Ave**<br>**Fresno, CA 93725** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150.15** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1420 | Priority creditor's name and mailing address<br>**Zaragosa,Victoria**<br>**301 Taylor st.**<br>**1121**<br>**Henderson, NV 89015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$127.33** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1421 | Priority creditor's name and mailing address<br>**Zaragoza,Olivia**<br>**2716 Indiana Ave**<br>**South Gate, CA 90280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49.42** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.1422 | Priority creditor's name and mailing address<br>**Zavala,Leticia V**<br>**1708 Humboldt Dr.**<br>**Salinas, CA 93906** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,100.00** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation and PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | Unknown |
|---|---|---|---|---|

**Zepeda Sanchez,Eddie A.**
**1750 Mission St.**
**Apt. # 21**
**San Francisco, CA 94103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,007.69 | Unknown |
|---|---|---|---|---|

**Ziebicki,Anthony**
**18010 Kansas  Ct.**
**Orland Park, IL 60467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,832.93 | Unknown |
|---|---|---|---|---|

**Zuniga,Mireya**
**4830 Clover Dr.**
**Oxnard, CA 93033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation and PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,800.00 |
|---|---|---|---|

**1240 WEST MAIN STREET LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,132.00 |
|---|---|---|---|

**1261 NORTH AZUSA AVENUE, LLC**
**15001 SOUTH FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.3**

**Nonpriority creditor's name and mailing address**
**1467 COUNTRY CLUB DRIVE LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$98,538.00**

---

**3.4**

**Nonpriority creditor's name and mailing address**
**201 TOWN CENTER WEST LL**
**15001 SOUTH FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.5**

**Nonpriority creditor's name and mailing address**
**2602 SOMERSVILLE ROAD, LLC**
**15001 SOUTH FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$91,490.00**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**2619 REALTY HOLDING LLC**
**8585 COMMERCE PARK DR.**
**STE 500**
**HOUSTON, TX 77036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$32,884.08**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**2690 VINEYARD LLC**
**c/o COLLIERS INTERNATIONAL**
**16830 VENTURA BLVD   SUITE J**
**ATTNL PRORETY MNGMT**
**ENCINO, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$71,360.25**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**2720-2780 NORTH MALL DRIVE HOLDINGS**
**LLC   C/O**
**CWCAPITAL ASSET MANAGEMENT LLC**
**7501 WISCONSIN AVE 500 WEST**
**BETHESDA, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$49,982.94**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**4010 EAST HIGHLAND AVENUE LLC**
**15001 S FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$102,948.00**

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,584.50** |
|---|---|---|
| **409 NORTH LITCHFIELD ROAD LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,238.00** |
|---|---|---|
| **527 MAIN STREET LLC**<br>**12219 LEMON CT**<br>**TRUCKEE, CA 96161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,030.00** |
|---|---|---|
| **580 NORTH 11TH STREET LLC**<br>**15001 SOUTH FIGUEROA ST**<br>**GARDENA, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,232.00** |
|---|---|---|
| **6895 SIERRA CENTER PARKWAY, LLC**<br>**15001 SOUTH FIGUEROA STREET**<br>**GARDENA, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,400.00** |
|---|---|---|
| **840 SOUTH ALVARADO RE HOLDINGS LLC**<br>**15001 S. FIGUEROA ST**<br>**GARDENA, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,845.00** |
|---|---|---|
| **909 NORTH AVALON BOULEVARD LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,552.89** |
|---|---|---|
| **99 CENTS ONLY STORES**<br>**4000 UNION PACIFIC AVE**<br>**ATTN: REAL ESTATE DEPT #0137**<br>**CITY OF COMMERCE, CA 90023-3202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
**Albany Road-Springfield Plaza LLC**
10 Hight Street Fl 7
Boston, MA 02110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$59,473.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
**ALLIED FARMS INC.**
P.O. BOX 4005
2716 OCEAN PARK BLD, STE. 3006
SANTA MONICA, CA 90405-5208

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$50,811.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address
**AMERICAN SECURITY PRODUCTS CO**
11925 PACIFIC AVENUE
FONTANA, CA 92337

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$66.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**Anthony, Marvin**
c/o Andrew Athanassious
The Athanassious Law Office
P.O. Box 1145,
Folsom, CA 95763

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**ARENA SHOPPES LLLP**
2150 CORAL WAY
SUITE 4A
CORAL GABLES, FL 33145

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$64,633.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
**Arkwright, LLC**
c/o Michael B. Dublin, Esq.
Greenberg & Torchia, LLC
2617 Huntingdon Pike,
Huntingdon Valley, PA 19006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$229,577.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
**Armstrong, Monika**
c/o Lawyers for Employee & Consumer Righ
Saima Aslam
4100 West Alameda Ave., 3rd Fl.
Burbank, CA 91505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,769.07** |
|---|---|---|---|
| | **AUZONE SANTA ANA, LLC**<br>**5850 CANOGA AVE**<br>**SUITE 650**<br>**WOODLAND HILLS, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,053.23** |
|---|---|---|---|
| | **BAKER & BAKER REAL ESTATE**<br>**DEVELOPERS, LLC**<br>**PO BOX 12397**<br>**COLUMBIA, SC 29211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Banks, Renee**<br>**c/o Jonathan DeLozano, Esq.**<br>**LAF Chicago**<br>**120 S. LaSalle Street, Ste 900**<br>**Chicago, IL 60603** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$291,904.62** |
|---|---|---|---|
| | **BBC International, Inc.**<br>**c/o Steven L. Beiley, Esq.**<br>**Aaronson, Schantz, Beiley, PA**<br>**2 South Biscayne Boulevard  34th Flr**<br>**Miami, FL 33131** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Beaulieu , Brian**<br>**c/o Penelope M. Lechtenberg, Esq.**<br>**Lechtenberg & Associates LLC**<br>**1235 N. Mulford Rd. Suite 208**<br>**Rockford, IL 61107** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,875.00** |
|---|---|---|---|
| | **BELAIR EDISON INVESTORS, LLC**<br>**600 OLD COUNTRY RD**<br>**SUITE 435**<br>**GARDEN CITY, NY 11530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,128.34** |
|---|---|---|---|
| | **BELLINO UNIVERSITY DRIVE, LLC**<br>**4000 UNIVERSITY DRIVE**<br>**SUITE 765-S**<br>**HOLLYWOOD, FL 33021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **BELTWAY PLAZA MERCHANTS ASSOCIATION** | ☐ Contingent | |
| | **4912 DEL RAY AVENUE** | ☐ Unliquidated | |
| | **BETHESDA, MD 20814** | ☐ Disputed | |
| | | **Basis for the claim:  Rent** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423,581.00** |
|---|---|---|---|
| | **Bobens Trading Co., Inc.** | ☐ Contingent | |
| | **c/o Todd A. Gabor, Esq.** | ☐ Unliquidated | |
| | **132 Spruce Street** | ■ Disputed | |
| | **Cedarhurst, NE 11516** | **Basis for the claim:  Litigation** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,203.28** |
|---|---|---|---|
| | **BRAZITO CAPITAL VENTURE I, LLC** | ☐ Contingent | |
| | **200 CARROLL STREET** | ☐ Unliquidated | |
| | **SUITE 130** | ☐ Disputed | |
| | **FORT WORTH, TX 76107** | **Basis for the claim:  Rent** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,674.88** |
|---|---|---|---|
| | **BRE RETAIL RESIDUAL NC OWNER 457** | ☐ Contingent | |
| | **ONE FAYETTE ST** | ☐ Unliquidated | |
| | **SUITE 150** | ☐ Disputed | |
| | **CONSHOHOCKEN, PA 19428** | **Basis for the claim:  Rent** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,346.66** |
|---|---|---|---|
| | **BRE RETAIL RESIDUAL NC OWNER L.P.** | ☐ Contingent | |
| | **C/O BRIXMOR PROPERTY GROUP** | ☐ Unliquidated | |
| | **PO BOX 645346** | ☐ Disputed | |
| | **CINCINNATI, OH 45264-5346** | **Basis for the claim:  Rent** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,908.68** |
|---|---|---|---|
| | **Brixmor GA Parkway Plaza, LP** | | |
| | **One Fayette St** | ☐ Contingent | |
| | **Suite 150** | ☐ Unliquidated | |
| | **(overnight only str493** | ☐ Disputed | |
| | **Conshohocken, PA 19428** | **Basis for the claim:  Rent** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,660.00** |
|---|---|---|---|
| | **BRIXMOR SPE 3 LLC** | ☐ Contingent | |
| | **c/o BRIXMOR PROPERTY GROUP** | ☐ Unliquidated | |
| | **PO BOX 645349** | ☐ Disputed | |
| | **CINCINNATI, OH 45264-5349** | **Basis for the claim:  Rent** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | FP Stores, Inc. | | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,445.14** |
|---|---|---|---|

**BRIXMORE SPE 1 LLC**
**ONE FAYETTE ST**
**SUITE 150**
**CONSHOHOCKEN, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brown, Sandra**
**c/o Lawyers for Employee & Consumer Righ**
**Elida M. Espinoza**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$540.04** |
|---|---|---|---|

**BURBANK WATER AND POWER**
**PO BOX 631**
**BURBANK, CA 91503-0631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utilities__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,765.00** |
|---|---|---|---|

**Cal/OSHA**
**c/o DIR Accounting Office Accounts Recei**
**PO Box 420603**
**San Francisco, CA 94142**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Civil Penalties__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**California Capital Insurance Co.**
**c/o Reuben Yeroushalmi, Esq.**
**Yeroushalmi & Yeroushalmi Consumer**
**Advoc**
**9100 Wilshire Blvd., Ste 240W**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,800.00** |
|---|---|---|---|

**CALIFORNIA CLUB MALL SHOPPING**
**CENTE**
**C/O RK CENTERS**
**17100 COLLINS AVE, SUITE 225**
**SUNNY ISLES BEACH, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Carroll, Nadine**
**c/o Marks, O'Neil, O'Brien, Doherty & Ke**
**One Penn Center, Suite 1010**
**1617 John F. Kennedy Blvd.**
**Philadelphia, PA 19103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Castillo, Rebecca**
**c/o Manning Law, APC**
**Joseph R. Manning Jr., Esq.**
**4667 MacArthur Blvd., Ste 150**
**Newport Beach, CA 92660**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**CCF PCG NORTHRIDGE LLC**
**C/O ATHENA PROPERTY MANAGEMENT**
**730 EL CAMINO WAY**
**SUITE 200**
**TUSTIN, CA 92780**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ☑ No ☐ Yes

**$50,870.04**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**CCG CARRIER PARTNERS LLC**
**3131 TURTLE CREEK BLVD**
**#900**
**DALLAS, TX 75219**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ☑ No ☐ Yes

**$34,339.70**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**CDW DIRECT, LLC**
**PO BOX 75723**
**CHICAGO, IL 60675-5723**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$125.52**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**CHAPIN ELECTRIC**
**9811 RICHEON AVENUE**
**DOWNEY, CA 90240**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,950.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**CHARLESTON PLAZA, L.L.C.**
**C/O SAFCO CAPITAL CORP.**
**1850 S. SEPULVEDA BLVD., #200**
**LOS ANGELES, CA 90025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ☑ No ☐ Yes

**$43,323.58**

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Coleman, Kimberly**<br>**c/o Gregg I. Shavitz, Esq.**<br>**Shavitz Law Group, PA**<br>**951 Yamato Road, Suite 285**<br>**Boca Raton, FL 33431** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,745.93** |
|---|---|---|---|
| | **COMED**<br>**PO BOX 6111**<br>**CAROL STREAM, IL 60197-6111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Compton Commercial Redevelopment**<br>**c/o Gregory Koonce, Esq.**<br>**Frank Law Group**<br>**1517 Lincoln Way**<br>**Auburn, CA 95603** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Consumer Advocacy Group**<br>**c/o Yeroushalmi & Yeroushalmi**<br>**9100 Wilshire Blvd., Ste 240W**<br>**Beverly Hills, CA 90212** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **ContractRecruiter.com, LLC dba The Recru**<br>**c/o Law Offices of Underwood & Micklin,**<br>**John A. Underwood, Esq.**<br>**1236-J Brace Road,**<br>**Cherry Hill, NJ 08034** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cooke, Donna**<br>**c/o U.S. Equal Employment Opportunity Co**<br>**Marietta Blueford**<br>**200 Granby St., Suite 739**<br>**Norfolk, VA 23510** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,333.34** |
|---|---|---|---|
| | **COPPERFIELD CENTER PARTNERSHIP**<br>**204-C WEST WOODLAWN ROAD**<br>**CHARLOTTE, NC 28217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,580.00 |
|---|---|---|---|

**CORPORATE SERVICES CONSULTANTS, LLC**
**PO BOX 1048**
**DANDRIDGE, TN 37725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,838.20 |
|---|---|---|---|

**CP ANTELOPE SHOPS LLC**
**PO BOX 844757**
**LOS ANGELES, CA 90084-4757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,046.91 |
|---|---|---|---|

**CPP ORANGEFAIR MARKETPLACE LLC**
**429 SANTA MONICA BLVD**
**SUITE 600**
**SANTA MONICA, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CREA/PPC Long Beach Towne Center PO, LLP**
**c/o Ernie Park, Esq.**
**Bewley, Lasselben & Miller, LLP**
**13215 E. Penn St., Ste. 510**
**Whittier, CA 90602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243,951.43 |
|---|---|---|---|

**CREA/PPC LONGBEACH TOWN CENTERPOLLC**
**C/O VESTAR PROPERTY MANAGEMENT**
**2425 E CAMELBACK ROAD SUITE 750**
**PHOENIX, AZ 85016-4261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,602.00 |
|---|---|---|---|

**D & L LOWE, LP**
**985 E. MANNING AVENUE**
**REEDLEY, CA 93654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,980.20 |
|---|---|---|---|

**D & M INCORPORATED**
**9530 HAGEMAN RD**
**SUITE # B334**
**BAKERSFIELD, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David & Young Group Corp.**
**c/o Kelly Chambers, Senior Collections s**
**C2C Resources**
**56 Perimeter Center E., Ste 100**
**Atlanta, GA 30346**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Day to Day Imports, Inc.**
**c/o Aryeh Kaufman, Esq.**
**5482 Wilshire Blvd. #1907**
**Los Angeles, CA 90036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,156.00** |
|---|---|---|---|

**DDRM PROPERTIES LLC**
**PO BOX 534626**
**DEPT#36538-2102-63295**
**ATLANTA, GA 30353-4626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DePedro, Veronica**
**6623 N. 19th Street**
**Phoenix, AZ 85022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,529.62** |
|---|---|---|---|

**Dominion Service Co of Richmond**
**c/o Edward S. Whitlock, III, Esq.**
**Lafayette, Ayers, Whitlock**
**10160 Staples Mill Road, Suite 105**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Judgment **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,547.43** |
|---|---|---|---|

**DUKE ENERGY-1004**
**PO BOX 1004**
**CHARLOTTE, NC 28201-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$931.30** |
|---|---|---|---|

**EAST BAY MUNICIPAL UTILITY DISTRICT**
**PO BOX 1000**
**OAKLAND, CA 94649-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,491.80** |
|---|---|---|---|

**Editex Home Curtain Corp**
**c/o Frank Roberts**
**C2C Resources**
**56 Perimeter Center E, Ste 100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Settlement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,789.00** |
|---|---|---|---|

**EL DORADO PLAZA**
**1300 W. OLYMPIC BLVD.,**
**STE. 500**
**LOS ANGELES, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,950.63** |
|---|---|---|---|

**EL PASO ELECTRIC**
**P.O. BOX 650801**
**DALLAS, TX 75265-0801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**English, Roslyn W.**
**c/o State of Southern Carolina Human Aff**
**1026 Sumter Street, Suite 101**
**Post Office Box 4490**
**Columbia, SO 29240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,177.72** |
|---|---|---|---|

**ERT 163RD STREET MALL, LLC**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645321**
**CINCINATTI, OH 45264-5321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Estrada, Maribel**
**c/o Kevin A. Lipeles, Esq.**
**Lipeles Law Group, APC**
**880 Apollo St., Suite 336**
**El Segundo, CA 90245**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,539.12** |
|---|---|---|---|

**EVERSOURCE**
**PO BOX 56005**
**BOSTON, MA 02205-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,476.66**

**EXCEL REALTY PARTNERS, LP**
**C/O BRIXMOR PROPERTY GROUP**
**PO BOX 645324**
**CINCINNATI, OH 45264-5324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285,156.00**

**FALLAS BORROWER IV, LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,900.00**

**FELIZ COMMONS, LLC**
**9079 W. POST ROAD**
**SUITE 120**
**LAS VEGAS, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fields, Wonder**
**c/o Randall B. Gold**
**Fox & Fox, S.C.**
**124 West Broadway**
**Monona (Madison), WI 53716**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.27**

**FOSTER & SON FIRE EXTINGUISHERS INC**
**7309 WEST 90TH  STREET**
**BRIDGEVIEW, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**FPL**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Freight Logistics**
**c/o Jeffrey S. Goodfied, Esq.**
**Goodfried Law Group, APC**
**6345 Balboa Blvd., Bldg 1, Ste 300**
**Encino, CA 91316**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Galvez, Manuel**
**c/o Hillary Schwab,**
**Fair Work, P.C.**
**192 South Street, Suite 450**
**Boston, MA 02111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Galvez, Manuel**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Garcia, Michael**
**c/o Rothschild & Alwill, APC**
**27 W. Anapamu, #289**
**Santa Barbara, CA 93101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,315.00** |
|---|---|---|---|

**GB MALL LIMITED PARTNERSHIP**
**4912 DEL RAY AVE**
**BETHESDA, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,645.15** |
|---|---|---|---|

**GEORGE OGINO,LLC**
**c/o GALLAGHER/MIERSCH**
**1390 WILLOW PASS RD.,STE 220**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,377.39** |
|---|---|---|---|

**GGF III, LLC**
**100 W BROADWAY, SUITE 950**
**GLENDALE, CA 91210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gonzalez, Jesus Guadalupe**
**c/o Ramin R. Younessi, Esq.**
**Law Offices of Ramin R. Younessi, APC**
**3435 Wilshire Blvd., Suite 2200**
**Los Angeles, CA 90010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (*if known*) | **18-11804 (LSS)** |
|---|---|---|---|

Name

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,199.82**

**GRANITE TELECOMMUNICATIONS**
**CLIENT ID #311**
**P O  BOX 983119**
**BOSTON, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,661.34**

**GRI EQY CONCORD LLC**
**PO BOX 531703**
**ATLANTA, GA 30353-1703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,858.10**

**GUARD ENFORCEMENT SECURITY &**
**PATROL**
**433 CALLAN AVE**
**SUITE 200**
**SAN LEANDRO, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,408.10**

**H E BUTT STORE PROPERTY**
**CO NO. ONE**
**P.O. BOX 839955**
**SAN ANTONIO, TX 78283-3955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,603.34**

**HALLAIAN BROTHERS**
**7589 N WILSON**
**SUITE 104**
**FRESNO, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,454.53**

**HARDEN RANCH PLAZA TIC-1**
**1606 NORTH MAIN STREET**
**SALINAS, CA 93906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,307.89**

**HENDON GOLDEN EAST, LLC**
**c/o HENDON PROPERTIES, LLC**
**3445 PEACHTREE ROAD**
**SUITE 4654**
**ATLANTA, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.100**

**Nonpriority creditor's name and mailing address**

**HGGA PROMENADE, L.P.**
**POST OFFICE BOX 8700**
**NEWPORT BEACH, CA 92658-8700**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$20,869.17**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**HIGHLAND LAKES PROPERTY LLC**
**PO BOX 941405**
**MAITLAND, FL 32794**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$40,036.18**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Hines, Stephanie**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**HS BELMONT LLC**
**C/O WESTWOOD FINANCIAL CORP.**
**11440 SAN VICENTE BLVD. 2ND FLOOR**
**LOS ANGELES, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$45,624.00**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**HUMBOLDT RIO WEST,LLC**
**ATTN AMITA ARTALEJO**
**1300 WEST I-40 FRONTAGE ROAD**
**GALLUP, NM 87301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$14,683.21**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Hunt, Nichole**
**c/o William S. Caldwell, APLC**
**9891 Irvine Center Drive, Suite 130**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Ibarra, Jamie**
**c/o Department of Fair Employment and Ho**
**39141 Civic Center Dr., Suite 250**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,935.87**

**IRC RETAIL CENTERS**
**LEASE #22352**
**75 REMITTANCE DRIVE**
**DEPT 3128**
**CHICAGO, IL 60675-3128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**J & M PROPERTIES I, LLC**
**15001 S.FIGUEROA ST.**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,348,238.00**

**J & M Sales, Inc.**
**15001 South Figueroa Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Intercompany payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,679.00**

**JMWHP VISALIA, LLC**
**DEPT LA22859**
**PASADENA, CA 91185-2859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,613.34**

**JND LLC**
**C/O PACIFIC COMMERCIAL MGMT., INC.**
**2725 CONGRESS ST**
**SUITE 1E**
**SAN DIEGO, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnson, John A.**
**c/o Colbert N. Coldwell, Esq.**
**Guevara, Baumann, Coldwell & Reedman,**
**Suite B201**
**El Paso, TX 79902**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Johnson, Scott**
**c/o Center for Disability Access**
**Phyl Grace, Esq.,**
**PO Box 262490**
**San Diego, CA 92196-2490**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jordan, Jocelyn
c/o Anna Salusky, Esq.
Mahoney Law Group, APC
249 East Ocean Blvd., Suite 814
Long Beach, CA 90802

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,400.00**

JR 7TH STREET, LLC
11111 SANTA MONICA BLVD
SUITE 520
LOS ANGELES, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Just Retail Services, Inc.
c/o Charles Carlson, Esq.
Barnett, Bolt, Kirkwood, Long & Koche
601 Bayshore Blvd., Ste. 700,
Tampa, FL 33606

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Khjosaryan, Alisa
c/o California Department of Industrial
6150 Van Nuys Blvd., Room 206
Van Nuys, CA 91401

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,214.93**

KIMCO REALTY CORPORATION
THE PRICE REIT, INC
3333 NEW HYDE PARK ROAD, SUITE 100
NEW HYDE PARK, NY 11042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,262.26**

KIMCO REALTY CORPORATION
PLAZA DEL SOL 557, LLC
3333 NEW HYDE PARK RD., SUITE 100
NEW HYDE PARK, NY 11042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kish, Denise
c/o Center for Disability Access
Phyl Grace, Esq.,
PO Box 262490
San Diego, CA 92196-2490

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FP Stores, Inc.**                                          Case number (if known)   **18-11804 (LSS)**
Name

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,250.00**
--- | --- | --- | ---

**KORMAQ CONSTRUCTION C0**
**8222 MELROSE AVE #200**
**LOS ANGELES, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*          **$7,250.00**

**KRAM CONSTRUCTION CO**
**8222 MELROSE AVE #200**
**LOS ANGELES, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*          **$77,335.22**

**KROGER - FOOD4LESS RENT**
**PO BOX 842283**
**BOSTON, MA 02284-2283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*          **$144,733.12**

**KROGER - FOOD4LESS RENT**
**P.O.BOX 842283**
**BOSTON, MA 02284-2283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*          **$137,527.48**

**LA ALAMEDA, LLC**
**201 S FIGUEROA ST**
**SUITE 300**
**LOS ANGELES, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*          **$42,353.34**

**LAKES MALL INVESTMENT, LLC**
**696 NE 125TH STREET**
**N. MIAMI, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Lakes Mall Investment, LLC**
**c/o Glenn L. Widom, P.A**
**696 NE 125 Street**
**No. Miami, FL 33161**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,714.08** |
|---|---|---|---|

**LAKEWOOD RETAIL, LLC**
**C/O CENTRECORP MGMT SERVICES, LLP**
**1250 CAROLINE STREET, SUITE C220**
**ATLANTA, GA 30307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,884.00** |
|---|---|---|---|

**LARRIVA CORPORATION**
**441 N GRAND AVE.,**
**SUITE 14**
**NOGALES, AZ 85621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,937.50** |
|---|---|---|---|

**LEON REALTY, LLC.**
**57 WEST 38TH STREET**
**4TH FLOOR**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,215.47** |
|---|---|---|---|

**LOMA LINDA MALL,LLC**
**MS. JULIE NILES, PROP. MANAGER**
**VENTURE WEST REAL ESTATE SERVICES**
**6007 E.GRANT ROAD**
**TUCSON, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,307.27** |
|---|---|---|---|

**LOS ANGELES DWP**
**P.O. BOX 30808**
**LOS ANGELES, CA 90030-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,914.62** |
|---|---|---|---|

**LW JOG SC, LTD**
**PO BOX 11229**
**KNOXVILLE, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,213.36** |
|---|---|---|---|

**MA CERES, LLC**
**C/O NETCO INVESTMENTS INC**
**1800 PRESTON PARK BLVD SUITE 104**
**PLANO, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

**3.135** Nonpriority creditor's name and mailing address
**MACARTHUR BOULEVARD LLC**
**15001 S FIGUEROA ST**
**GARDENA, CA 90248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,959.00**

---

**3.136** Nonpriority creditor's name and mailing address
**MAIN PLACE CENTER LLC**
**10 TRAMWAY LOOP NE**
**ALBUQUERQUE, NM 87122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,843.40**

---

**3.137** Nonpriority creditor's name and mailing address
**MANDORLE, LLC**
**3620 NORTH MERRIMAC CIRCLE**
**STOCKTON, CA 95219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,085.00**

---

**3.138** Nonpriority creditor's name and mailing address
**MARKET HALSEY URBAN RENEWAL LLC**
**C/O JJ OPERATING INC.**
**112 WEST 34TH ST**
**#2106**
**NEW YORK, NY 10120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,835.96**

---

**3.139** Nonpriority creditor's name and mailing address
**Medina, Maria**
**c/o Law Offices on Janeen Carlberg**
**611 Civic Center Drive West, Suite 250**
**Santa Ana, CA 92701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.140** Nonpriority creditor's name and mailing address
**Melvin, Shadine**
**c/o Lawyers for Employee & Consumer Righ**
**Vanessa Himeles**
**4100 West Alameda Ave., 3rd Fl.**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141** Nonpriority creditor's name and mailing address
**MENLO SHOPPING CENTER**
**PAUL ASH INVESTMENT COMPANY,L**
**3499 N CAMPBELL AVE, STE 907**
**TUCSON, AZ 85719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,520.40**

---

| Debtor | **FP Stores, Inc.** | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

**3.142**

Nonpriority creditor's name and mailing address
**MGP IX PROPERTIES, LLC**
**425 CALIFORNIA STREET 10TH FLOOR**
**SAN FRANCISCO, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$29,244.92**

---

**3.143**

Nonpriority creditor's name and mailing address
**MIAMI-DADE WATER & SEWER**
**DEPARTMENT**
**PO BOX 026055**
**MIAMI, FL 33102-6055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,346.75**

---

**3.144**

Nonpriority creditor's name and mailing address
**MICHAEL FALLAS**
**15001 S. FIGUEROA STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accrued Interest**

Is the claim subject to offset? ■ No ☐ Yes

**$27,500.00**

---

**3.145**

Nonpriority creditor's name and mailing address
**MIMCO, INC**
**6500 MONTANA AVE.,**
**EL PASO, TX 79925**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,322.00**

---

**3.146**

Nonpriority creditor's name and mailing address
**MISSION LODGE MASONIC HALL**
**CA CORP**
**2668 MISSION ST., 2ND FLOOR**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,710.00**

---

**3.147**

Nonpriority creditor's name and mailing address
**Mitchell, Larry**
**c/o Steven M. Rubin, Esq.**
**The Rubin Law Corporation**
**1875 Century Park East, Suite 1230**
**Los Angeles, CA 90067**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148**

Nonpriority creditor's name and mailing address
**MOBILE MINI**
**TEXAS LIMITED PARTNERSHIP**
**P.O. BOX 79149**
**PHOENIX, AZ 85062-9149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,752.23**

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.149** | Nonpriority creditor's name and mailing address
**Mohadjer, Camil**
**c/o Joseph Farzam Law Firm**
**11766 Wilshire Blvd.,**
**Suite 280**
**Los Angeles, CA 90025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150** | Nonpriority creditor's name and mailing address
**MS SHOPPING CENTER, LLC**
**845 NE 79 STREET**
**ATTN: LIAT ELY**
**MIAMI, FL 33138**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$31,062.50**

---

**3.151** | Nonpriority creditor's name and mailing address
**NATIONAL RETAIL PROPERTIES, INC**
**450 S. ORANGE AVE**
**SUITE 900**
**ORLANDO, FL 32801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$94,414.40**

---

**3.152** | Nonpriority creditor's name and mailing address
**NATIONWIDE SECURITY SERVICE, INC.**
**208 BROADWAY**
**MALDEN, MA 02148**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$218,522.90**

---

**3.153** | Nonpriority creditor's name and mailing address
**NEWPORT CROSSING INVESTORS, LLC**
**1840 MAIN STREET**
**SUIT 204**
**WESTON, FL 33326**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$86,827.16**

---

**3.154** | Nonpriority creditor's name and mailing address
**NJ UNITS, LLC**
**C/O STRATEGIC ASSET MANAGEMENT**
**GRP**
**13520 EVENING CREEK DRIVE NORTH**
**STE 400B**
**SAN DIEGO, CA 92128**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$61,826.38**

---

**3.155** | Nonpriority creditor's name and mailing address
**NMC UPLAND, LLC**
**5850 CANOGA AVENUE**
**SUITE 650**
**WOODLAND HILLS, CA 91367**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$13,652.80**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **FP Stores, Inc.**                                                    Case number (if known)    **18-11804 (LSS)**
_____
Name

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,535.64 |

**3.156**

Nonpriority creditor's name and mailing address
**OAKWOOD PLAZA LIMITED PARTNERSHIP**
**PO BOX 6203**
**DEPT CODE SFLH1150D**
**HICKSVILLE, NY 11802-6203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$62,535.64**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157**

Nonpriority creditor's name and mailing address
**ORCHARD PLAZA**
**NAI CAPITAL MGMT**
**PO BOX 745**
**SAN CLEMENTE, CA 92674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$67,905.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158**

Nonpriority creditor's name and mailing address
**PACIFIC GAS & ELECTRIC - SACRAMENTO**
**BOX 997300**
**SACRAMENTO, CA 95899-7300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$32,160.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159**

Nonpriority creditor's name and mailing address
**PACIFIC REALTY ASSOCIATES, LP**
**UNIT 98**
**P.O. BOX 4500**
**PORTLAND, OR 97208-4500**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$31,508.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160**

Nonpriority creditor's name and mailing address
**PALM SPRINGS MILE ASSOCIATES, LTD**
**C/O PHILIPS INT'L HOLDING CORP**
**295 MADISON AVE, 2ND FLOOR**
**NEW YORK, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$28,160.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**

Nonpriority creditor's name and mailing address
**PALOMAR PARTNERS, LP**
**8445 CAMINO SANTA FE**
**SUITE 205**
**SAN DIEGO, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$31,990.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162**

Nonpriority creditor's name and mailing address
**Paralee Holmes**
**c/o Gregg I. Shavitz, Esq.**
**Shavitz Law Group, PA**
**951 Yamato Road, Suite 285**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,285.38** |
|---|---|---|---|

**PDN RETAIL CENTER, L.P.**
**C/O OPERON GROUP**
**4 UPPER NEWPORT PLAZA SUITE #100**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,081.01** |
|---|---|---|---|

**Pearl Financial Associates LP**
**1535 Chestnut St**
**Suite 200**
**Philadelphia, PA 19102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peele, Delia**
**c/o Law Office of Michael L. Justice**
**Michael L. Justice, Esq.**
**5707 Corsa Avenue,  2nd Floor**
**Westlake Village, CA 91362**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Perez de Cabrera, Maria**
**c/o Eli M. Kantor, Esq.**
**9595 Wilshire Blvd., Ste. 405**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Litigation**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,849.99** |
|---|---|---|---|

**PLAZA EDINGER, LLC**
**P.O.BOX 480132**
**AARON KIN**
**LOS ANGELES, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,830.70** |
|---|---|---|---|

**PRIME/FRIT BELL GARDENS, LLC**
**1626 EAST JEFFERSON ST**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,683.52** |
|---|---|---|---|

**PRIME/FRIT MISSION HILLS, LLC**
**1626 EAST JEFFERSON ST**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,125.00** |
| | **PRUDENTIAL VARIABLE CONTRACT REAL P** | ☐ Contingent | |
| | **300 GALLERIA PARKWAY 12TH FLOOR** | ☐ Unliquidated | |
| | **ATLANT, GA 30339** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,903.41** |
| | **PSE&G CO** | ☐ Contingent | |
| | **PO BOX 14444** | ☐ Unliquidated | |
| | **NEW BRUNSWICK, NJ 08906-4444** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,748.76** |
| | **R.B.SPENCER INC** | ☐ Contingent | |
| | **1188 HASSETT AVE** | ☐ Unliquidated | |
| | **YUBA CITY, CA 95991** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,550.00** |
| | **RAMONA BOULEVARD LLC** | ☐ Contingent | |
| | **15001 S FIGUEROA ST** | ☐ Unliquidated | |
| | **GARDENA, CA 90248** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,443.50** |
| | **RETAIL CENTER LEASEHOLD, INC.** | ☐ Contingent | |
| | **3411 CLEMENS WAY** | ☐ Unliquidated | |
| | **SACRAMENTO, CA 95864** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,242.00** |
| | **RETAIL CENTER PARTNERS LTD** | ☐ Contingent | |
| | **NORTH MESA II** | ☐ Unliquidated | |
| | **PO BOX 849138** | ☐ Disputed | |
| | **LOS ANGELES, CA 90084-9138** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,458.10** |
| | **RETAIL OPPORTUNITY INVESTMENT PSHIP** | ☐ Contingent | |
| | **MS 631099  PO BOX 3953** | ☐ Unliquidated | |
| | **SEATTLE, WA 98124-3953** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Rent__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **FP Stores, Inc.**                                    Case number (if known)    **18-11804 (LSS)**
_____
Name

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,370.64** |
|---|---|---|---|

**RIDDLE COMPANIES INC**
**238 N MCPHERSON CHURCH ROAD**
**FAYETTEVILLE, NC 28303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Riquiac, Josefa**
**c/o Larry W. Lee**
**Diversity Law Group, PC**
**515 S. Figueroa St., Ste. 1250**
**Los Angeles, CA 90071**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,789.73** |
|---|---|---|---|

**RMAF I, LLC (REDBIRD VILLAGE)**
**C/O PROPERTY MANAGEMENT**
**ADVISORSINC**
**PO BOX 3490**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,517.61** |
|---|---|---|---|

**RMAF I, LLC - MARYVALE PLAZA I,LLC**
**P.O. BOX 3490**
**SEAL BEACH, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,658.85** |
|---|---|---|---|

**ROTO ROOTER PLUMBING SERVICE**
**5672 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Safeway**
**c/o Aimee Wong, Esq.**
**Udell Wang, LLP**
**445 S. Figueroa Street,   Ste 2250**
**Los Angeles, CA 90071**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,725.26** |
|---|---|---|---|

**SAN DIEGO GAS & ELECTRIC**
**P.O. BOX 25111**
**SANTA ANA, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|--------|---------------------|------------------------|--------------------|
|        | Name                |                        |                    |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,687.50** |
|-------|--------|--------|--------|

**SAUL SUBSIDIARY 1 LTD PARTNERSHIP**
**PO BOX 38042**
**BALTIMORE, MD 21297-8042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,538.79** |
|-------|--------|--------|--------|

**SAVE MART SUPERMARKETS**
**REAL ESTATE DEPARTMENT**
**PO BOX 4278**
**MODESTO, CA 95352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,749.99** |
|-------|--------|--------|--------|

**SELECT-WESMARK PLAZA, LLC**
**400 TECHNE CENTER DRIVE**
**SUITE 320**
**MILFORD, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$356.00** |
|-------|--------|--------|--------|

**SERVICE EXPERTS - DFW\***
**1207 AVENUE L**
**PLANO, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,439.62** |
|-------|--------|--------|--------|

**SFI FORD CITY-CHICAGO LLC**
**ATTN: LOCKBOX #26488**
**26488 NETWORK PLACE**
**CHICAGO, IL 60673-1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,838.00** |
|-------|--------|--------|--------|

**SHADRALL ASSOCIATES, GP**
**SHADRALL HAMMER LANE LP**
**PO BOX 398252**
**SAN FRANCISCO, CA 94139-8252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|--------|--------|--------|

**Shason, Inc.**
**c/o Resch, Polster & Berger, LLP**
**1840 Century Park East,**
**17th Floor**
**Los Angeles, CA 90067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Shefa LMV, Inc.**
**c/o Daniel N. Greenbaum**
**Law Offices of Daniel N. Greenbaum**
**7120 Hayvenhurst Ave., Ste 320**
**Van Nuys, CA 91496**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,174.10**

**SHIELDS PLAZA, LLC**
**7725 WEST RENO AVE**
**STE #398**
**OKLAHOMA CITY, OK 73127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,400.49**

**SILVERADO RANCH PLAZA, LLC**
**PO BOX 310605**
**DES MOINES, IA 50331-0605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Smith, Tony**
**c/o Parker Stanbury, LP**
**444 South Flower Street,  19th Floor**
**Los Angeles, CA 90071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sneede, Demisha**
**c/o Brodsky & Smith, LLC**
**9595 Wilshire Boulevard, Suite 900**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59.17**

**SO CAL GAS (406)**
**PO BOX C**
**MONTEREY PARK, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$102.29**

**SO CAL GAS (413)**
**PO BOX C**
**ACCT 039 316 8492 6**
**MONTEREY PARK, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FP Stores, Inc.**
_____
Name

Case number (if known)   **18-11804 (LSS)**

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (417)**<br>**PO BOX C**<br>**MONTEREY PARK, CA 58567-0519**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$78.94** |
| 3.199 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (421)**<br>**PO BOX C**<br>**ACCT 183 648 8335 7**<br>**MONTEREY PARK, CA 91756-5111**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62.35** |
| 3.200 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (471)**<br>**PO BOX C**<br>**MONTEREY PARK, CA 91756-5111**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18.70** |
| 3.201 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (472)**<br>**PO BOX C**<br>**ACCT 033 234 2812 2**<br>**MONTEREY PARK, CA 91756**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$113.00** |
| 3.202 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (476)**<br>**PO BOX C**<br>**MONTEREY PARK, CA 91756-5111**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24.97** |
| 3.203 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (616)**<br>**PO BOX C**<br>**ACCT 184 706 3954 5**<br>**MONTEREY PARK, CA 91756-5111**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$49.09** |
| 3.204 | **Nonpriority creditor's name and mailing address**<br>**SO CAL GAS (630)**<br>**PO BOX C**<br>**MONTEREY PARK, CA 91756-5111**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Utilities__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$59.94** |

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.63** |

**SO CAL GAS (654)**
**PO BOX C**
**MONTEREY MARK, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.52** |

**SO CAL GAS (660)**
**PO BOX C**
**ACCT 133 322 9581 8**
**MONTEREY PARK, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,688.68** |

**SOUTH PARK PROPERTIES, LTD**
**100 MACKEY DRIVE**
**SAN ANTONIO, TX 78213-4451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,736.98** |

**SOUTH TORRENCE AVENUE LANSING LLC**
**15001 SOUTH FIGUEROA ST**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$173.00** |

**SOUTH TULARE RICHGROVE REFUSE, INC**
**PO BOX 970**
**RICHGROVE, CA 93261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,309.87** |

**SOUTHBAY MARKETPLACE HOLDINGS,**
**LLC**
**C/O AMERICAN ASSETS TRUST**
**11455 EL CAMINO REAL**
**SUITE 200**
**SAN DIEGO, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,707.99** |

**SOUTHERN CALIFORNIA EDISON**
**P.O. BOX 300**
**ROSEMEAD, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Star Fabrics, Inc.
c/o Stephen M. Doniger, Esq.
Doniger Burroughs
603 Rose Avenue
Venice, CA 90291

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,772.59**

STARBOARD LEMON GROVE DST
19100 VON KARMAN AVE
SUITE # 340
IRVINE, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Starboard Lemon Grove MT, LLC
c/o Robert C. Thorn, Esq.
Kimball, Tirey & St. John LLP
7676 Hazard Center Drive, Ste. 900B,
San Diego, CA 92108

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,770.34**

STERIK BURBANK, LP
PO BOX 785822
PHILADELPHIA, PA 19178-5822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,805.56**

SUBBAROW APP
#5 KUMARAN COLONY 7TH ST
VADAPHLANI, IN 00060-0026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Sunbelt Rentals, Inc., et al.
c/o Cannon Law Group
Cole S. Cannon, Esq.
53 S. 600 E.
Salt Lake City, UT 84102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,198.18**

SUNSTONE ARROYO, LLC
C/O SUN PROPERTY MANAGEMENT
6140 BRENT THURMAN WAY
SUITE 140
LAS VEGAS, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.219**

**Nonpriority creditor's name and mailing address**
**SUPER LLC CENTRO NP HOLDING 12 SPE**
**P.O BOX 74205**
**REF#1457018**
**CLEVELAND, OH 44194-4205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$10,400.38**

---

**3.220**

**Nonpriority creditor's name and mailing address**
**SUSAN SANDELMAN,TRUSTEE OF THE**
**JEFAN LLC AND MASCOT LLC**
**C/O KIN PROPERTIES,ATTN:LEE CHERNEY**
**185 NW SPANISH RIVER BLVD.,STE.100**
**BOCA RATON, FL 33431-4230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$25,211.80**

---

**3.221**

**Nonpriority creditor's name and mailing address**
**Sylvester, Daniel**
**c/o Eric R. Blank, Esq.,**
**Law Offices of Eric R. Blank, P.C.**
**7860 W. Sahara Ave., Ste: 110,**
**Las Vegas, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.222**

**Nonpriority creditor's name and mailing address**
**TCB-KEDZIE, LLC**
**C/O NEWPORT CAPITAL PARTNERS**
**HOLDIN**
**350 N. LASALLE ST**
**SUITE 700**
**CHICAGO, IL 60654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$31,271.38**

---

**3.223**

**Nonpriority creditor's name and mailing address**
**TERMINIX INTERNATIONAL COMPANY**
**PO BOX 17167**
**MEMPHIS, TN 38187**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,265.85**

---

**3.224**

**Nonpriority creditor's name and mailing address**
**THE BARLAT COMPANY**
**C/O JG MANAGEMENT CO., INC**
**5743 CORSA AVE**
**SUITE 200**
**WESTLAKE VILLAGE, CA 91362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$45,594.00**

---

| Debtor | FP Stores, Inc. | Case number (if known) | 18-11804 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,044.00**

THE HESS PARTNERSHIP
C/O PALEY COMMERCIAL REAL ESTATE
19507 VENTURA BLVD
TARZANA, CA 91356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,150.00**

THE HOROWITZ GROUP
C/O RALPH HOROWITZ
11911 SAN VICENTE BLVD
SUITE 310
LOS ANGELES, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,366.00**

TOM PYLE
PYLE PROPERTIES
212 OLD GRANDE BLVD.,
STE.C-100
TYLER, TX 75703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,847.99**

TOWN CENTER MALL, L.P.
P.O. BOX 4737
HOUSTON, TX 77210-4737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,931.46**

TOWN CROSSING SHOPPING CENTER
1785 PAYSHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,590.23**

TRC MM, LLC
PO BOX 840128
LOS ANGELES, CA 90084-0128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,343.53**

TVL PROPERTIES, LLC
C/O AMERICA WEST PROPERTIES
PO BOX 1299
LAKE FOREST, CA 92609-1299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **FP Stores, Inc.**
Name

Case number (if known)    **18-11804 (LSS)**

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031.29 |
|---|---|---|---|

**UNISOURCE ENERGY SERVICES**
**P.O. BOX 80079**
**PRESCOTT, AZ 86304-8079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
|---|---|---|---|

**UNISOURCE ENERGY SERVICES**
**P.O. BOX 80079**
**PRESCOTT, AZ 86304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.00 |
|---|---|---|---|

**UNITED SECURITY SERVICES**
**1750 CALIFORNIA AVE**
**SUITE 210**
**CORONA, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,600.00 |
|---|---|---|---|

**URBAN LLC**
**C/O EXCEL PROPERTY MGMT SVCS**
**P.O. BOX 2027**
**LONG BEACH, CA 90801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,331.18 |
|---|---|---|---|

**VALENCIA Y LLC**
**855 W.BROAD,**
**STE.300**
**BOISE, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,752.00 |
|---|---|---|---|

**VALLEY PLAZA, LLC**
**C/O IDB BANK**
**9401 WILSHIRE BLVD., SUITE 600**
**BEVERLY HILLS, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.00 |
|---|---|---|---|

**VICTOR COLMENERO**
**9210 VICTORIA AVE**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **FP Stores, Inc.**                                            Case number (if known)    **18-11804 (LSS)**
_____
Name

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,068.00** |
|---|---|---|---|

**VIKING PARTNERS SOUTHCHASE VILLAGE**
**C/O VP SOUTHCHASE**
**PO BOX 706360**
**CINCINNATI, OH 45270-6360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,775.48** |
|---|---|---|---|

**VINE STREET SHOPPES, LP**
**3831 WEST VINE STREET**
**SUITE# 60**
**KISSIMMEE, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.26** |
|---|---|---|---|

**VIRGINIA NATURAL GAS**
**PO BOX 5409**
**CAROL STREAM, IL 60197-5409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$765.00** |
|---|---|---|---|

**VORTEX INDUSTRIES, INC.**
**3198-M AIRPORT LOOP**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,404.32** |
|---|---|---|---|

**WC MRP DES MOINES CENTER, LLC FOR**
**CALUMET CENTER**
**P.O. BOX 310525**
**DE MOINES, IA 50331-0525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,504.42** |
|---|---|---|---|

**WEINGARTEN NOSTAT, INC.**
**C/O  WEINGARTEN REALTY MGMT.**
**PO BOX 201692**
**HOUSTON, TX 77216-1692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,245.17** |
|---|---|---|---|

**WEINGARTEN REALTY INVESTORS**
**PO BOX 301074**
**DALLAS, TX 75303-1074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **FP Stores, Inc.** | | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139,188.06** |
|---|---|---|---|

**WEISER SECURITY SERVICE, INC**
**3939 TULANE AVE**
**NEW ORLEANS, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,684.22** |
|---|---|---|---|

**WESTDALE SHOPPING CENTER, LLC**
**13825 NORTH 7TH STREET, SUITE M**
**PHOENIX, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83,333.34** |
|---|---|---|---|

**WESTERN & VENICE SC, LLC**
**6300 WILSHIRE BLVD**
**SUITE 1490**
**LOS ANGELES, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,360.63** |
|---|---|---|---|

**WHITE LANE BAKERSFIELD, LLC**
**15001 S. FIGUEROA ST.,**
**GARDENA, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,233.81** |
|---|---|---|---|

**WHITE LANE CAPITAL, LP**
**C/O SAFCO CAPITAL CORP.**
**1850 S. SEPULVEDA BLVD.,**
**#200**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**White, Phillip**
**c/o Kaveh S. Elihu, Esq.**
**Employee Justice Legal Group, LLP**
**3055 Wilshire Blvd, Suite 1120**
**Los Angeles, CA 90010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wright, Maria Ruiz**
**c/o Department of Fair Employment and Ho**
**Monica Facio**
**2218 Kausen Drive., Suite 100**
**Elk Grove, CA 95758**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **FP Stores, Inc.** | Case number (if known) | **18-11804 (LSS)** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DePedro, Veronica**<br>**625 North 8th Street**<br>**Lompoc, CA 93436** | Line  **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **DePedro, Veronica**<br>**214 West Maple Ave.**<br>**Lompoc, CA 93436** | Line  **3.68**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 790,871.41 |
| **5b. Total claims from Part 2** | 5b. | + $ | 81,174,762.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 81,965,633.94 |

**Fill in this information to identify the case:**

Debtor name    **FP Stores, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11804 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease** | |
|    State the term remaining | |
|    List the contract number of any government contract | **1240 WEST MAIN STREET LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease** | |
|    State the term remaining | |
|    List the contract number of any government contract | **1261 NORTH AZUSA AVENUE, LLC**<br>**15001 SOUTH FIGUEROA ST**<br>**GARDENA, CA 90248** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease** | |
|    State the term remaining | |
|    List the contract number of any government contract | **1467 COUNTRY CLUB DRIVE LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease** | |
|    State the term remaining | |
|    List the contract number of any government contract | **201 TOWN CENTER WEST LL**<br>**15001 SOUTH FIGUEROA ST**<br>**GARDENA, CA 90248** |

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

    **Real Property Lease**

**2602 SOMERSVILLE ROAD, LLC**
**15001 SOUTH FIGUEROA ST**
**GARDENA, CA 90248**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

    **Real Property Lease**

**2619 REALTY HOLDING LLC**
**8585 COMMERCE PARK DR.**
**STE 500**
**HOUSTON, TX 77036**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

    **Real Property Lease**

**2690 VINEYARD LLC**
**c/o COLLIERS INTERNATIONAL**
**16830 VENTURA BLVD SUITE J**
**ATTN PROPERTY MNGMT**
**ENCINO, CA 91436**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

    **Real Property Lease**

**2720-2780 NORTH MALL DRIVE HOLDINGS LLC**
**C/O CW CAPITAL ASSET MANAGEMENT LLC**
**7501 WISCONSIN AVE 500 WEST**
**BETHESDA, MD 20814**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

    **Real Property Lease**

**280 METRO LIMITED PARTNERSHIP**
**PO BOX 82565**
**ACCNT#SCAC1026BLANNAL100**
**GOLETA, CA 93118-2565**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

    **Real Property Lease**

**4010 EAST HIGHLAND AVENUE LLC**
**15001 S FIGUEROA STREET**
**GARDENA, CA 90248**

---

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **409 NORTH LITCHFIELD ROAD LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **4613 East Lancaster LLC**<br>**J&M Properties I, LLC**<br>**15001 S Figueroa St**<br>**Gardena, CA 90248** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **527 MAIN STREET LLC**<br>**12219 LEMON CT**<br>**TRUCKEE, CA 96161** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **580 NORTH 11TH STREET LLC**<br>**15001 SOUTH FIGUEROA ST**<br>**GARDENA, CA 90248** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **6895 SIERRA CENTER PARKWAY, LLC**<br>**15001 SOUTH FIGUEROA STREET**<br>**GARDENA, CA 90248** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | | **840 SOUTH ALVARADO RE HOLDINGS LLC**<br>**15001 S. FIGUEROA ST**<br>**GARDENA, CA 90248** |

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **909 NORTH AVALON BOULEVARD LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **99 CENTS ONLY STORES**<br>**4000 UNION PACIFIC AVE**<br>**ATTN: REAL ESTATE DEPT #0137**<br>**CITY OF COMMERCE, CA 90023-3202** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Foreign Policy** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ace American Insurance Company**<br>**436 Walnut Street**<br>**Philadelphia, PA 19105** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Property, Stock Throughput and Cargo Policies** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Affiliated FM**<br>**Marika Block, Vice President, Area Manager**<br>**Peter Collins, Cargo Underwriting Manage**<br>**6320 Canoga Ave, Suite 1100**<br>**Woodland Hills, CA 91367** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Albany Road-Springfield Plaza LLC**<br>**10 Hight Street Fl 7**<br>**Boston, MA 02110** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **ALLIED FARMS INC.** |
| | | | **P.O. BOX 4005** |
| | List the contract number of any government contract | | **2716 OCEAN PARK BLD, STE. 3006** |
| | | | **SANTA MONICA, CA 90405-5208** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **AMERICAN REALTY CAPITAL RETAIL** |
| | | | **OPERATING PARTNERSHIP LP** |
| | | | **ARC SWHOUTX001, LLC** |
| | List the contract number of any government contract | | **106 YORK ROAD** |
| | | | **JENKINTOWN, PA 19046** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **ARENA SHOPPES LLLP** |
| | | | **2150 CORAL WAY** |
| | List the contract number of any government contract | | **SUITE 4A** |
| | | | **CORAL GABLES, FL 33145** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **AUZONE SANTA ANA, LLC** |
| | | | **5850 CANOGA AVE** |
| | List the contract number of any government contract | | **SUITE 650** |
| | | | **WOODLAND HILLS, CA 91367** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **B-THAP LLC  -- 441** |
| | | | **Pearl Financial Associates LP** |
| | | | **1535 Chestnut St** |
| | List the contract number of any government contract | | **Suite 200** |
| | | | **Philadelphia, PA 19102** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BAKER & BAKER REAL ESTATE** |
| | | | **DEVELOPERS, LLC** |
| | List the contract number of any | | **PO BOX 12397** |
| | | | **COLUMBIA, SC 29211** |

Debtor 1　**FP Stores, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*　**18-11804 (LSS)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BELAIR EDISON INVESTORS, LLC**<br>**600 OLD COUNTRY RD**<br>**SUITE 435**<br>**GARDEN CITY, NY 11530** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BELLINO UNIVERSITY DRIVE, LLC**<br>**4000 UNIVERSITY DRIVE**<br>**SUITE 765-S**<br>**HOLLYWOOD, FL 33021** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BELTWAY PLAZA MERCHANTS ASSOCIATION**<br>**4912 DEL RAY AVENUE**<br>**BETHESDA, MD 20814** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BRAZITO CAPITAL VENTURE I, LLC**<br>**200 CARROLL STREET**<br>**SUITE 130**<br>**FORT WORTH, TX 76107** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **BRE Retail Residual NC Owner L.P.**<br>**Attn: General Counsel**<br>**c/o Brixmor Property Group**<br>**450 Lexington Ave., Floor 13**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **BRE RETAIL RESIDUAL NC OWNER L.P.**<br>**C/O BRIXMOR PROPERTY GROUP**<br>**PO BOX 645346**<br>**CINCINNATI, OH 45264-5346** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **BRE Retail Residual NC Owner L.P.** |
| | | | **Attn: VP of Legal Services** |
| | List the contract number of any government contract | | **c/o Brixmor Property Group** |
| | | | **1003 Holcomb Woods Parkway** |
| | | | **Roswell, GA 30076** |

---

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Security Guard Services | |
|---|---|---|---|
| | State the term remaining | | **Bridge Security Services, Inc.** |
| | | | **PO Box 7485** |
| | List the contract number of any government contract | | **San Juan, PR 00916** |

---

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **BRIXMOR GA GALLERIA LLC #479** |
| | | | **ONE FAYETTE ST SUITE 150** |
| | List the contract number of any government contract | | **BRIXMOR PROPERTY GROUP** |
| | | | **CONSHOHOCKEN, PA 19428** |

---

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **Brixmor GA Parkway Plaza, LP** |
| | | | **One Fayette St** |
| | List the contract number of any government contract | | **Suite 150** |
| | | | **(overnight only str493** |
| | | | **Conshohocken, PA 19428** |

---

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | |
|---|---|---|---|
| | State the term remaining | | **BRIXMOR SPE 3 LLC** |
| | | | **PO BOX 713547** |
| | List the contract number of any government contract | | **CINCINNATI, OH 45271** |

---

Debtor 1  **FP Stores, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-11804 (LSS)**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **BRIXMORE SPE 1 LLC** |
| | | **ONE FAYETTE ST** |
| | List the contract number of any government contract | **SUITE 150** |
| | | **CONSHOHOCKEN, PA 19428** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CALIFORNIA CLUB MALL SHOPPING CENTE** |
| | | **C/O RK CENTERS** |
| | List the contract number of any government contract | **17100 COLLINS AVE, SUITE 225** |
| | | **SUNNY ISLES BEACH, FL 33160** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CCF PCG NORTHRIDGE LLC** |
| | | **C/O ATHENA PROPERTY MANAGEMENT** |
| | | **730 EL CAMINO WAY** |
| | List the contract number of any government contract | **SUITE 200** |
| | | **TUSTIN, CA 92780** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CCG CARRIER PARTNERS LLC** |
| | | **3131 TURTLE CREEK BLVD** |
| | List the contract number of any government contract | **#900** |
| | | **DALLAS, TX 75219** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **Centro GA parkway plaza LP  -- 493** |
| | | **Brixmor GA Parkway Plaza, LP** |
| | List the contract number of any government contract | **One Fayette St, Suite 150** |
| | | **Conshohocken, PA 19428** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **CHARLESTON PLAZA, L.L.C.** |
| | | **C/O SAFCO CAPITAL CORP.** |
| | List the contract number of any | **1850 S. SEPULVEDA BLVD., #200** |
| | | **LOS ANGELES, CA 90025** |

Debtor 1   **FP Stores, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **18-11804 (LSS)**

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary and Foreign Policies** | |
|---|---|---|---|
| | State the term remaining | | **Chubb Global Casualty** |
| | List the contract number of any government contract | | **Terry Seningen, Underwriter** **One Beaver Valley Road** **Wilmington, DE 19803** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **CITY OF BELL GARDENS** |
| | List the contract number of any government contract | | **7100 GARFIELD AVE.** **BELL GARDENS, CA 90201** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Col-Tech Temperature Control** |
| | List the contract number of any government contract | | **21306 OAKFOREST LANE** **SANTA CLARITA, CA 91321** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **COPPERFIELD CENTER PARTNERSHIP** |
| | List the contract number of any government contract | | **204-C WEST WOODLAWN ROAD** **CHARLOTTE, NC 28217** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **CP ANTELOPE SHOPS LLC** |
| | List the contract number of any government contract | | **PO BOX 844757** **LOS ANGELES, CA 90084-4757** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **CPP ORANGEFAIR MARKETPLACE LLC** **429 SANTA MONICA BLVD** **SUITE 600** **SANTA MONICA, CA 90401** |
|---|---|---|---|

Debtor 1   **FP Stores, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **18-11804 (LSS)**
_____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any<br>government contract   _____ | |
| 2.51.  State what the contract or lease is for and the nature of the debtor's interest   **Real Property Lease**<br><br>State the term remaining<br><br>List the contract number of any<br>government contract   _____ | **CREA/PPC LONGBEACH TOWN CENTERPOLLC<br>C/O VESTAR PROPERTY MANAGEMENT<br>2425 E CAMELBACK ROAD SUITE 750<br>PHOENIX, AZ 85016-4261** |
| 2.52.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Lease**<br><br>State the term remaining<br><br>List the contract number of any<br>government contract   _____ | **CSC, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708** |
| 2.53.  State what the contract or lease is for and the nature of the debtor's interest   **Equipment Lease**<br><br>State the term remaining<br><br>List the contract number of any<br>government contract   _____ | **CSC, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708** |
| 2.54.  State what the contract or lease is for and the nature of the debtor's interest   **Real Property Lease**<br><br>State the term remaining<br><br>List the contract number of any<br>government contract   _____ | **D & L LOWE, LP<br>985 E. MANNING AVENUE<br>REEDLEY, CA 93654** |
| 2.55.  State what the contract or lease is for and the nature of the debtor's interest   **Real Property Lease**<br><br>State the term remaining<br><br>List the contract number of any<br>government contract   _____ | **D & M INCORPORATED<br>9530 HAGEMAN RD<br>SUITE # B334<br>BAKERSFIELD, CA 93312** |

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **DDRM PROPERTIES LLC** |
| | | | **PO BOX 534626** |
| | List the contract number of any government contract | | **DEPT#36538-2102-63295** |
| | | | **ATLANTA, GA 30353-4626** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EAGLE ROCK PLAZA** |
| | | | **2700 COLORADO BLVD** |
| | List the contract number of any government contract | | **SUITE 230** |
| | | | **LOS ANGELES, CA 90041** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EDINBURG SRGV, LLC** |
| | | | **1200 E CAMPBELL RD** |
| | List the contract number of any government contract | | **SUITE 108** |
| | | | **RICHARDSON, TX 75081** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EL DORADO PLAZA** |
| | | | **1300 W. OLYMPIC BLVD.** |
| | List the contract number of any government contract | | **STE. 500** |
| | | | **LOS ANGELES, CA 90015** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **ERT 163RD STREET MALL, LLC** |
| | | | **C/O BRIXMOR PROPERTY GROUP** |
| | List the contract number of any government contract | | **PO BOX 645321** |
| | | | **CINCINATTI, OH 45264-5321** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **EXCEL REALTY PARTNERS, LP** |
| | | | **C/O BRIXMOR PROPERTY GROUP** |
| | List the contract number of any | | **PO BOX 645324** |
| | | | **CINCINNATI, OH 45264-5324** |

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FALLAS BORROWER IV, LLC** |
| | List the contract number of any government contract | | **15001 S FIGUEROA ST** **GARDENA, CA 90248** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Fiduciary Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Federal Insurance Company (Chubb)** **82 Hopmeadow Street** |
| | List the contract number of any government contract | | **P.O. Box 2002** **Simsbury, CT 06070-7683** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **FELIZ COMMONS, LLC** **9079 W. POST ROAD** |
| | List the contract number of any government contract | | **SUITE 120** **LAS VEGAS, NV 89148** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Policy** | |
|---|---|---|---|
| | State the term remaining | | **Firemans Fund Insurance Company** **AGCS** |
| | List the contract number of any government contract | | **800 South Flower Street** **Los Angeles, CA 90017** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Money Network Services Agreement dated 09.27.17; Master Services Agreement dated 10.05.17** | |
|---|---|---|---|
| | State the term remaining | | **First Data Merchant Services** **Attn: Exec. VP Operations** |
| | List the contract number of any government contract | | **1307 Walt Whitman Road** **Melville, NY 11747** |

Debtor 1   **FP Stores, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)   **18-11804 (LSS)**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

> **GB MALL LIMITED PARTNERSHIP**
> **4912 DEL RAY AVE**
> **BETHESDA, MD 20814**

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

> **GEORGE OGINO,LLC**
> **c/o GALLAGHER/MIERSCH**
> **1390 WILLOW PASS RD.,STE 220**
> **CONCORD, CA 94520**

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

> **GGF III, LLC**
> **100 W BROADWAY, SUITE 950**
> **GLENDALE, CA 91210**

**2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Umbrella Policy**

State the term remaining

List the contract number of any government contract

> **Great American Insurance Group**
> **PO Box 5425**
> **Cincinnati, OH 45201-5425**

**2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

> **GRI EQY CONCORD LLC**
> **PO BOX 531703**
> **ATLANTA, GA 30353-1703**

**2.72.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any

> **H E BUTT STORE PROPERTY**
> **CO NO. ONE**
> **P.O. BOX 839955**
> **SAN ANTONIO, TX 78283-3955**

Debtor 1   **FP Stores, Inc.**
First Name      Middle Name      Last Name

Case number *(if known)*   **18-11804 (LSS)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HALLAIAN BROTHERS**<br>**7589 N WILSON**<br>**SUITE 104**<br>**FRESNO, CA 93711** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Hampton Towne Center, LLC**<br>**c/o The Shopping Center Group, LLC**<br>**300 Galleria Parkway, 12th Floor**<br>**Atlanta, GA 30339** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HARDEN RANCH PLAZA TIC-1**<br>**1606 NORTH MAIN STREET**<br>**SALINAS, CA 93906** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability, Auto, Workers' Compensation and Flood Policies** | |
|---|---|---|---|
| | State the term remaining | | **Hartford**<br>**Jeanna Day, Practice Leader, Specialty GL**<br>**Melissa Phan, Practice Leader - National**<br>**777 S. Figueroa Street, Suite 700**<br>**Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **HENDON GOLDEN EAST, LLC**<br>**1100 N. WESLEYAN BLVD**<br>**STE 1000**<br>**ROCKY MOUNT, NC 27804** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | | | **HGGA PROMENADE, L.P.**<br>**POST OFFICE BOX 8700**<br>**NEWPORT BEACH, CA 92658-8700** |

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **HIGHLAND LAKES PROPERTY LLC** |
| | List the contract number of any government contract | **PO BOX 941405**<br>**MAITLAND, FL 32794** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **D&O and Crime Policies** |
|---|---|---|
| | State the term remaining | **Hiscox Insurance Company** |
| | List the contract number of any government contract | **104 South Michigan Avenue**<br>**Suite 600**<br>**Chicago, IL 60603** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **HS BELMONT LLC** |
| | List the contract number of any government contract | **C/O WESTWOOD FINANCIAL CORP.**<br>**11440 SAN VICENTE BLVD. 2ND FLOOR**<br>**LOS ANGELES, CA 90049** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **HUMBOLDT RIO WEST,LLC** |
| | List the contract number of any government contract | **ATTN AMITA ARTALEJO**<br>**1300 WEST I-40 FRONTAGE ROAD**<br>**GALLUP, NM 87301** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **IRC RETAIL CENTERS** |
| | List the contract number of any government contract | **LEASE #22352**<br>**75 REMITTANCE DRIVE**<br>**DEPT 3128**<br>**CHICAGO, IL 60675-3128** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **FP Stores, Inc.**
　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **18-11804 (LSS)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **J & M PROPERTIES I, LLC** |
| | List the contract number of any government contract | | **15001 S.FIGUEROA ST.** **GARDENA, CA 90248** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **JMWHP VISALIA, LLC** |
| | List the contract number of any government contract | | **DEPT LA22859** **PASADENA, CA 91185-2859** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **JND LLC** **C/O PACIFIC COMMERCIAL MGMT., INC.** |
| | List the contract number of any government contract | | **2725 CONGRESS ST** **SUITE 1E** **SAN DIEGO, CA 92110** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **JR 7TH STREET, LLC** **11111 SANTA MONICA BLVD** |
| | List the contract number of any government contract | | **SUITE 520** **LOS ANGELES, CA 90025** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jules and Associates** |
| | List the contract number of any government contract | | **515 S. Figueroa Street, Suite 1950** **Los Angeles, CA 90071** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KEDZLE PLAZA 1, LLC** |
| | List the contract number of any | | **3100 DUNDEE RD SUITE 308** **NORTHBROOK, IL 60062** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KIMCO REALTY CORPORATION THE PRICE REIT, INC 3333 NEW HYDE PARK ROAD, SUITE 100 NEW HYDE PARK, NY 11042** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KIMCO REALTY CORPORATION PLAZA DEL SOL 557, LLC 3333 NEW HYDE PARK RD., SUITE 100 NEW HYDE PARK, NY 11042** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KIMCO REALTY CORPORATION THE PRICE REIT, INC 3333 NEW HYDE PARK ROAD, SUITE 100 NEW HYDE PARK, NY 11042** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KORMAQ CONSTRUCTION C0 8222 MELROSE AVE #200 LOS ANGELES, CA 90046** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **KRAM CONSTRUCTION CO 8222 MELROSE AVE #200 LOS ANGELES, CA 90046** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **KROGER - FOOD4LESS RENT PO BOX 842283 BOSTON, MA 02284-2283** |
|---|---|---|---|

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**KROGER - FOOD4LESS RENT
PO BOX 842283
BOSTON, MA 02284-2283**

---

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**KROGER - FOOD4LESS RENT
PO BOX 842283
BOSTON, MA 02284-2283**

---

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**LA ALAMEDA, LLC
201 S FIGUEROA ST
SUITE 300
LOS ANGELES, CA 90012**

---

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**LAKES MALL INVESTMENT, LLC
696 NE 125TH STREET
N. MIAMI, FL 33161**

---

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

**LAKEWOOD RETAIL, LLC
C/O CENTRECORP MGMT SERVICES, LLP
1250 CAROLINE STREET, SUITE C220
ATLANTA, GA 30307**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LARRIVA CORPORATION** |
| | List the contract number of any government contract | | **441 N GRAND AVE.**<br>**SUITE 14**<br>**NOGALES, AZ 85621** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LEON REALTY, LLC.** |
| | List the contract number of any government contract | | **57 WEST 38TH STREET**<br>**4TH FLOOR**<br>**NEW YORK, NY 10018** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LOJA OXNARD, LLC C/O COLLIERS INTL.** |
| | List the contract number of any government contract | | **PO BOX 66**<br>**RODEO, CA 94572** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LOMA LINDA MALL,LLC**<br>**MS. JULIE NILES, PROP. MANAGER** |
| | List the contract number of any government contract | | **VENTURE WEST REAL ESTATE SERVICES**<br>**6007 E.GRANT ROAD**<br>**TUCSON, AZ 85712** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **LW JOG SC, LTD** |
| | List the contract number of any government contract | | **PO BOX 11229**<br>**KNOXVILLE, TN 37939** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MA CERES, LLC**<br>**C/O NETCO INVESTMENTS INC** |
| | List the contract number of any | | **1800 PRESTON PARK BLVD SUITE 104**<br>**PLANO, TX 75093** |

Debtor 1    **FP Stores, Inc.**
         First Name        Middle Name        Last Name

Case number *(if known)*    **18-11804 (LSS)**

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MACARTHUR BOULEVARD LLC**<br>**15001 S FIGUEROA ST**<br>**GARDENA, CA 90248** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MAIN PLACE CENTER LLC**<br>**10 TRAMWAY LOOP NE**<br>**Albuquerque, NM 87122** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MANDORLE, LLC**<br>**3620 NORTH MERRIMAC CIRCLE**<br>**STOCKTON, CA 95219** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MARKET HALSEY URBAN RENEWAL LLC**<br>**C/O JJ OPERATING INC.**<br>**112 WEST 34TH ST**<br>**#2106**<br>**NEW YORK, NY 10120** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **MENLO SHOPPING CENTER**<br>**PAUL ASH INVESTMENT COMPANY,L**<br>**3499 N CAMPBELL AVE, STE 907**<br>**TUCSON, AZ 85719** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | | | **MGP IX PROPERTIES, LLC**<br>**425 CALIFORNIA STREET 10TH FLOOR**<br>**SAN FRANCISCO, CA 94104** |

| Debtor 1 | **FP Stores, Inc.** | | Case number (*if known*) | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**MIMCO, INC**
**6500 MONTANA AVE.,**
**EL PASO, TX 79925**

---

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**MISSION LODGE MASONIC HALL**
**CA CORP**
**2668 MISSION ST., 2ND FLOOR**
**SAN FRANCISCO, CA 94110**

---

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**MORRIS VENTURE PARTNERS V, LLC**
**PO BOX 203886**
**DALLAS, TX 75230**

---

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**MS SHOPPING CENTER, LLC**
**845 NE 79 STREET**
**ATTN: LIAT ELY**
**MIAMI, FL 33138**

---

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**NEWPORT CROSSING INVESTORS, LLC**
**1840 MAIN STREET**
**SUIT 204**
**WESTON, FL 33326**

---

Debtor 1   **FP Stores, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **18-11804 (LSS)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.118.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

**NJ UNITS, LLC**
**C/O STRATEGIC ASSET MANAGEMENT GRP**
**13520 EVENING CREEK DRIVE NORTH**
**STE 400B**
**SAN DIEGO, CA 92128**

---

**2.119.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

**NLSR LP**
**C/O PROPERTY MGMT-UNION BANK**
**LOCKBOX PROCESSING CENTER (9085)**
**PO BOX 60907**
**LOS ANGELES, CA 90060-0907**

---

**2.120.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

**NMC UPLAND, LLC**
**5850 CANOGA AVENUE**
**SUITE 650**
**WOODLAND HILLS, CA 91367**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

**OAKWOOD PLAZA LIMITED PARTNERSHIP**
**PO BOX 6203**
**DEPT CODE SFLH1150D**
**HICKSVILLE, NY 11802-6203**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Real Property Lease**

**OFFICE DEPOT INC**
**PO BOX 633980**
**CINCINNATI, OH 45263-3980**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Real Property Lease**

**OFFICE DEPOT REAL ESTATE**
**PO BOX 633980**
**CINCINNATI, OH 45263**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **FP Stores, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **18-11804 (LSS)**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **ORCHARD PLAZA** |
| | List the contract number of any government contract | | **NAI CAPITAL MGMT** |
| | | | **PO BOX 745** |
| | | | **SAN CLEMENTE, CA 92674** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **P.O. BOX 74234** |
| | | | **CLEVELAND, OH 44194** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **PACIFIC REALTY ASSOCIATES, LP** |
| | List the contract number of any government contract | | **UNIT 98** |
| | | | **P.O. BOX 4500** |
| | | | **PORTLAND, OR 97208-4500** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **PALM SPRINGS MILE ASSOCIATES, LTD** |
| | List the contract number of any government contract | | **C/O PHILIPS INT'L HOLDING CORP** |
| | | | **295 MADISON AVE, 2ND FLOOR** |
| | | | **NEW YORK, NY 10017** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **PALOMAR PARTNERS, LP** |
| | List the contract number of any government contract | | **8445 CAMINO SANTA FE** |
| | | | **SUITE 205** |
| | | | **SAN DIEGO, CA 92121** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | **PDN RETAIL CENTER, L.P.** |
| | | | **C/O OPERON GROUP** |
| | | | **4 UPPER NEWPORT PLAZA SUITE #100** |
| | | | **NEWPORT BEACH, CA 92660** |

Debtor 1 **FP Stores, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **18-11804 (LSS)**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

---

**2.130.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**Pearl Financial Associates LP**
**1535 Chestnut St**
**Suite 200**
**Philadelphia, PA 19102**

---

**2.131.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PLAZA EDINGER, LLC**
**P.O.BOX 480132**
**AARON KIN**
**LOS ANGELES, CA 90048**

---

**2.132.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PO BOX 645349**
**CINCINNATI, OK 45264**

---

**2.133.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PRIME CRDF MISSION HILL, LLC**
**C/O PRIMESTOR-CRDF MISSION HILLS**
**PO BOX 844497**
**LOS ANGELES, CA 90084-4497**

---

**2.134.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease**

State the term remaining

List the contract number of any government contract

**PRIME/CRDF BELL GARDENS, LLC**
**C/O PRIMESTOR DEVELOPMENT, INC**
**201 SOUTH FIGUEROA ST, SUITE 300**
**LOS ANGELES, CA 90012**

---

Debtor 1    **FP Stores, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **18-11804 (LSS)**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **PRIME/FRIT MISSION HILLS, LLC** |
| | List the contract number of any government contract | | **1626 EAST JEFFERSON ST** **ROCKVILLE, MD 20852** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **R.A.D. Cooling System, Inc.** |
| | List the contract number of any government contract | | **7461 Simms Street** **Hollywood, FL 33024** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ralphs** |
| | List the contract number of any government contract | | **Attn: Legal** **1100 West Artesia Blvd.** **Compton, CA 90220** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ralphs** |
| | List the contract number of any government contract | | **Attn: Property Management** **1100 West Artesia Blvd.** **Compton, CA 90220** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **RAMONA BOULEVARD LLC** |
| | List the contract number of any government contract | | **15001 S FIGUEROA ST** **GARDENA, CA 90248** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Reich Bros. Business Solutions LLC** |
| | List the contract number of any | | **267 Central Ave.** **White Plains, NY 10606** |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 25 of 35

Debtor 1    **FP Stores, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **18-11804 (LSS)**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
| | State the term remaining | | **Reich Bros. Business Solutions LLC** |
| | List the contract number of any government contract | | **267 Central Ave.** **White Plains, NY 10606** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **RETAIL CENTER LEASEHOLD, INC.** |
| | List the contract number of any government contract | | **3411 CLEMENS WAY** **SACRAMENTO, CA 95864** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **RETAIL CENTER PARTNERS LTD** **NORTH MESA II** |
| | List the contract number of any government contract | | **PO BOX 849138** **LOS ANGELES, CA 90084-9138** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **RETAIL OPPORTUNITY INVESTMENT PSHIP** |
| | List the contract number of any government contract | | **MS 631099 PO BOX 3953** **SEATTLE, WA 98124-3953** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | State the term remaining | | **RIDDLE COMPANIES INC** |
| | List the contract number of any government contract | | **238 N MCPHERSON CHURCH ROAD** **FAYETTEVILLE, NC 28303** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
| | | | **RIDDLE COMPANIES INC** **238 N MCPHERSON CHURCH ROAD** **FAYETTEVILLE, NC 28303** |

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Side-A DIC Policy** |
|---|---|---|
| | State the term remaining | **RLI Insurance Company** |
| | List the contract number of any government contract | **9025 North Lindbergh Drive**<br>**Peoria, IL 61615** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **RMAF I, LLC (REDBIRD VILLAGE)** |
| | List the contract number of any government contract | **C/O PROPERTY MANAGEMENT ADVISORSINC**<br>**PO BOX 3490**<br>**SEAL BEACH, CA 90740** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **RMAF I, LLC (REDBIRD VILLAGE)** |
| | List the contract number of any government contract | **C/O PROPERTY MANAGEMENT ADVISORSINC**<br>**PO BOX 3490**<br>**SEAL BEACH, CA 90740** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **RMAF I, LLC - MARYVALE PLAZA I,LLC** |
| | List the contract number of any government contract | **P.O. BOX 3490**<br>**SEAL BEACH, CA 90740** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|
| | State the term remaining | **SAM UNIVERSITY POINTE, LLC** |
| | List the contract number of any government contract | **C/O SUBURBAN ASSET MGMT**<br>**289 INDEPENDENCE BLVD SUITE 300**<br>**VIRGINIA BEACH, VA 24362** |

| Debtor 1 | **FP Stores, Inc.** | | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SAUL SUBSIDIARY 1 LTD PARTNERSHIP** |
| | List the contract number of any government contract | | **PO BOX 38042**<br>**BALTIMORE, MD 21297-8042** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SAVE MART SUPERMARKETS**<br>**REAL ESTATE DEPARTMENT** |
| | List the contract number of any government contract | | **PO BOX 4278**<br>**MODESTO, CA 95352** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SELECT-WESMARK PLAZA, LLC**<br>**400 TECHNE CENTER DRIVE** |
| | List the contract number of any government contract | | **SUITE 320**<br>**MILFORD, OH 45150** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SFI FORD CITY-CHICAGO LLC**<br>**ATTN: LOCKBOX #26488** |
| | List the contract number of any government contract | | **26488 NETWORK PLACE**<br>**CHICAGO, IL 60673-1264** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SHADRALL ASSOCIATES, GP**<br>**SHADRALL HAMMER LANE LP** |
| | List the contract number of any government contract | | **PO BOX 398252**<br>**SAN FRANCISCO, CA 94139-8252** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SHIELDS PLAZA, LLC**<br>**7725 WEST RENO AVE** |
| | List the contract number of any | | **STE #398**<br>**OKLAHOMA CITY, OK 73127** |

Debtor 1  **FP Stores, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **18-11804 (LSS)**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**SILVERADO RANCH PLAZA, LLC**
**PO BOX 310605**
**DES MOINES, IA 50331-0605**

---

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**SOUTH PARK PROPERTIES, LTD**
**100 MACKEY DRIVE**
**SAN ANTONIO, TX 78213-4451**

---

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**SOUTH TORRENCE AVENUE LANSING LLC**
**15001 SOUTH FIGUEROA ST**
**GARDENA, CA 90248**

---

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**SOUTHBAY MARKETPLACE HOLDINGS, LLC**
**C/O AMERICAN ASSETS TRUST**
**11455 EL CAMINO REAL**
**SUITE 200**
**SAN DIEGO, CA 92130**

---

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**STARBOARD LEMON GROVE DST**
**19100 VON KARMAN AVE**
**SUITE # 340**
**IRVINE, CA 92612**

---

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|---|

**STARBOARD LEMON GROVE DST**
**19100 VON KARMAN AVE**
**SUITE # 340**
**IRVINE, CA 92612**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **STERIK BURBANK, LP**<br>**PO BOX 785822**<br>**PHILADELPHIA, PA 19178-5822** |
| | List the contract number of any government contract | | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Managing General Agent - Umbrella and Excess Policies** | |
|---|---|---|---|
| | State the term remaining | | **SterlingRisk**<br>**Howard Meyers, Vice Chairman**<br>**135 Crossways Park Drive**<br>**P.O. Box 9017**<br>**Woodbury, NY 11797** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SUNSTONE ARROYO, LLC**<br>**C/O SUN PROPERTY MANAGEMENT**<br>**6140 BRENT THURMAN WAY**<br>**SUITE 140**<br>**LAS VEGAS, NV 89148** |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **SUSAN SANDELMAN,TRUSTEE OF THE JEFAN LLC AND MASCOT LLC**<br>**C/O KIN PROPERTIES,ATTN:LEE CHERNEY**<br>**185 NW SPANISH RIVER BLVD.,STE.100**<br>**BOCA RATON, FL 33431-4230** |
| | List the contract number of any government contract | | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Susquehanna Commercial Finance**<br>**2 Country View Road, Suite 300**<br>**Malvern, PA 19355** |
| | List the contract number of any government contract | | |

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name      Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **TCB-KEDZIE, LLC**<br>**C/O NEWPORT CAPITAL PARTNERS HOLDIN**<br>**350 N. LASALLE ST**<br>**SUITE 700**<br>**CHICAGO, IL 60654** |
| | List the contract number of any government contract | | |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **TCF Equipment Finance, Inc.**<br>**11100 Wayzata Blvd., Suite 801**<br>**Minnetonka, MN 55305** |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **THE BARLAT COMPANY**<br>**C/O JG MANAGEMENT CO., INC**<br>**5743 CORSA AVE**<br>**SUITE 200**<br>**WESTLAKE VILLAGE, CA 91362** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **THE HESS PARTNERSHIP**<br>**C/O PALEY COMMERCIAL REAL ESTATE**<br>**19507 VENTURA BLVD**<br>**TARZANA, CA 91356** |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **THE HOROWITZ GROUP**<br>**C/O RALPH HOROWITZ**<br>**11911 SAN VICENTE BLVD**<br>**SUITE 310**<br>**LOS ANGELES, CA 90049** |
| | List the contract number of any government contract | | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **TOM PYLE**<br>**PYLE PROPERTIES**<br>**212 OLD GRANDE BLVD.,**<br>**STE.C-100**<br>**TYLER, TX 75703** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **FP Stores, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **18-11804 (LSS)**

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **TOWN CENTER MALL, L.P.** |
| | List the contract number of any government contract | **P.O. BOX 4737**<br>**HOUSTON, TX 77210-4737** |
| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **TOWN CROSSING SHOPPING CENTER** |
| | List the contract number of any government contract | **1785 PAYSHERE CIRCLE**<br>**CHICAGO, IL 60674** |
| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **TRC MM LLC** |
| | List the contract number of any government contract | **P.O. BOX 840127**<br>**LOS ANGELES, CA 90084-0127** |
| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **TRC MM, LLC** |
| | List the contract number of any government contract | **PO BOX 840128**<br>**LOS ANGELES, CA 90084-0128** |
| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | State the term remaining | **TVL PROPERTIES, LLC**<br>**C/O AMERICA WEST PROPERTIES** |
| | List the contract number of any government contract | **PO BOX 1299**<br>**LAKE FOREST, CA 92609-1299** |
| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease**   **UMP REAL ESTATE HOLDING, LLC**<br>**2150 CORAL WAY**<br>**SUITE 4A**<br>**CORAL GABLES, FL 33145** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **FP Stores, Inc.**                                                    Case number *(if known)*    **18-11804 (LSS)**
_____    _____    _____
First Name    Middle Name    Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

**URBAN LLC**
**C/O EXCEL PROPERTY MGMT SVCS**
**P.O. BOX 2027**
**LONG BEACH, CA 90801**

---

2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Security Guard Services** |
|---|---|

State the term remaining

List the contract number of any
government contract

**US Security Associates, Inc.**
**200 Mansell Court, 5th Floor**
**Roswell, GA 30076**

---

2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

**VALENCIA Y LLC**
**855 W.BROAD,**
**STE.300**
**BOISE, ID 83702**

---

2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

**VALLEY PLAZA, LLC**
**C/O IDB BANK**
**9401 WILSHIRE BLVD., SUITE 600**
**BEVERLY HILLS, CA 90212**

---

2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

**VIKING PARTNERS SOUTHCHASE VILLAGE**
**C/O VP SOUTHCHASE**
**PO BOX 706360**
**CINCINNATI, OH 45270-6360**

---

Debtor 1    **FP Stores, Inc.**                                             Case number *(if known)*    **18-11804 (LSS)**
_____                          _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.186.**  State what the contract or lease is for and the nature of the debtor's interest      **Real Property Lease**

State the term remaining

List the contract number of any government contract

**VINE STREET SHOPPES, LP**
**3831 WEST VINE STREET**
**SUITE# 60**
**KISSIMMEE, FL 34741**

---

**2.187.**  State what the contract or lease is for and the nature of the debtor's interest      **Real Property Lease**

State the term remaining

List the contract number of any government contract

**WC MRP DES MOINES CENTER, LLC FOR**
**CALUMET CENTER**
**P.O. BOX 310525**
**DE MOINES, IA 50331-0525**

---

**2.188.**  State what the contract or lease is for and the nature of the debtor's interest      **Real Property Lease**

State the term remaining

List the contract number of any government contract

**WEINGARTEN NOSTAT, INC.**
**C/O WEINGARTEN REALTY MGMT.**
**PO BOX 201692**
**HOUSTON, TX 77216-1692**

---

**2.189.**  State what the contract or lease is for and the nature of the debtor's interest      **Real Property Lease**

State the term remaining

List the contract number of any government contract

**WEINGARTEN REALTY INVESTORS**
**PO BOX 301074**
**DALLAS, TX 75303-1074**

---

**2.190.**  State what the contract or lease is for and the nature of the debtor's interest      **Real Property Lease**

State the term remaining

List the contract number of any government contract

**WESTDALE SHOPPING CENTER, LLC**
**13825 NORTH 7TH STREET, SUITE M**
**PHOENIX, AZ 85022**

---

**2.191.**  State what the contract or lease is for and the nature of the debtor's interest      **Real Property Lease**

State the term remaining

List the contract number of any

**WESTERN & VENICE SC, LLC**
**6300 WILSHIRE BLVD**
**SUITE 1490**
**LOS ANGELES, CA 90048**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | **FP Stores, Inc.** | | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WHITE LANE CAPITAL, LP** |
| | | | **C/O SAFCO CAPITAL CORP.** |
| | List the contract number of any government contract | | **1850 S. SEPULVEDA BLVD., #200** |
| | | | **LOS ANGELES, CA 90025** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** | |
|---|---|---|---|
| | State the term remaining | | **WILLOWBROOK CENTER PARTNERSHIP** |
| | | | **P.O.BOX 82565** |
| | List the contract number of any government contract | | **DEPT CODE: SCAL1417A** |
| | | | **GOLETA, CA 93118-2565** |

**Fill in this information to identify the case:**

Debtor name    **FP Stores, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11804 (LSS)**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**     Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Encina Business Credit, LLC** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ■ D   **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Caribbean Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ■ D   **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **CSC, as Representative** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor     **FP Stores, Inc.**                                           Case number *(if known)*   **18-11804 (LSS)**

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.6   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **Encina Business**
**Credit, LLC**    ■ D   **2.2**
☐ E/F _____
☐ G _____

2.7   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **Gordon Brothers**
**Finance Company**    ■ D   **2.3**
☐ E/F _____
☐ G _____

2.8   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **Jules and Associates**    ■ D   **2.4**
☐ E/F _____
☐ G _____

2.9   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **Michael Fallas**    ■ D   **2.5**
☐ E/F _____
☐ G _____

2.10   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **Reich Bros. Business**
**Solutions LLC**    ■ D   **2.6**
☐ E/F _____
☐ G _____

2.11   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **Susquehanna**
**Commercial Finance**    ■ D   **2.7**
☐ E/F _____
☐ G _____

2.12   **J & M Sales, Inc.**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **TCF Equipment**
**Finance, Inc.**    ■ D   **2.8**
☐ E/F _____
☐ G _____

2.13   **J&M Sales of**
**Texas, LLC**    **15001 South Figueroa Street**
**Gardena, CA 90248**    **CSC, as**
**Representative**    ■ D   **2.1**
☐ E/F _____
☐ G _____

Debtor __FP Stores, Inc._____  Case number *(if known)* __18-11804 (LSS)__

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.14 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Encina Business Credit, LLC** | ▮ D __2.2__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.15 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Gordon Brothers Finance Company** | ▮ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.16 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Jules and Associates** | ▮ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.17 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Michael Fallas** | ▮ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.18 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Reich Bros. Business Solutions LLC** | ▮ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.19 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **Susquehanna Commercial Finance** | ▮ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.20 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **TCF Equipment Finance, Inc.** | ▮ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.21 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **CSC, as Representative** | ▮ D __2.1__ ☐ E/F ____ ☐ G ____ |

---

| Debtor | **FP Stores, Inc.** | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Encina Business Credit, LLC | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Gordon Brothers Finance Company | ■ D  __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Jules and Associates | ■ D  __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Michael Fallas | ■ D  __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Reich Bros. Business Solutions LLC | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Susquehanna Commercial Finance | ■ D  __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | National Stores, Inc. | 15001 South Figueroa Street<br>Gardena, CA 90248 | TCF Equipment Finance, Inc. | ■ D  __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | Pazzo FNB Corp. | 15001 South Figueroa Street<br>Gardena, CA 90248 | Encina Business Credit, LLC | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |

Debtor  **FP Stores, Inc.** _____  Case number *(if known)*  **18-11804 (LSS)** _____

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | **Pazzo FNB Corp.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Gordon Brothers<br>Finance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Pazzo FNB Corp.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Michael Fallas** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Pazzo FNB Corp.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Reich Bros. Business<br>Solutions LLC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Southern Island<br>Retail Stores LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Encina Business<br>Credit, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **Southern Island<br>Retail Stores LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Gordon Brothers<br>Finance Company** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Southern Island<br>Retail Stores LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Michael Fallas** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Southern Island<br>Stores, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **CSC, as<br>Representative** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Southern Island<br>Stores, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **Encina Business<br>Credit, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor **FP Stores, Inc.** _____  Case number *(if known)* __18-11804 (LSS)__

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Southern Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Gordon Brothers Finance Company** | ▮ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.39 | **Southern Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Michael Fallas** | ▮ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.40 | **Southern Island Stores, LLC** | **15001 South Figueroa Street Gardena, CA 90248** | **Reich Bros. Business Solutions LLC** | ▮ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.41 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **SFI FORD CITY-CHICAGO LLC** | ☐ D ____ ☐ E/F ____ ▮ G __2.155__ |
| 2.42 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **MARKET HALSEY URBAN RENEWAL LLC** | ☐ D ____ ☐ E/F ____ ▮ G __2.110__ |
| 2.43 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **STARBOARD LEMON GROVE DST** | ☐ D ____ ☐ E/F ____ ▮ G __2.162__ |
| 2.44 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **D & M INCORPORATED** | ☐ D ____ ☐ E/F ____ ▮ G __2.55__ |
| 2.45 | **J & M Sales, Inc.** | **15001 South Figueroa Street Gardena, CA 90248** | **WEINGARTEN REALTY INVESTORS** | ☐ D ____ ☐ E/F ____ ▮ G __2.189__ |

| Debtor | **FP Stores, Inc.** | Case number *(if known)* | **18-11804 (LSS)** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.46 | **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **WILLOWBROOK CENTER PARTNERSHIP** | ☐ D ____<br>☐ E/F ____<br>■ G  2.193 |
| 2.47 | **J & M Sales, Inc.** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **AMERICAN REALTY CAPITAL RETAIL** | ☐ D ____<br>☐ E/F ____<br>■ G  2.23 |
| 2.48 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **SFI FORD CITY-CHICAGO LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  2.155 |
| 2.49 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **GRI EQY CONCORD LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  2.71 |
| 2.50 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **PALM SPRINGS MILE ASSOCIATES, LTD** | ☐ D ____<br>☐ E/F ____<br>■ G  2.127 |
| 2.51 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **MARKET HALSEY URBAN RENEWAL LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  2.110 |
| 2.52 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **STARBOARD LEMON GROVE DST** | ☐ D ____<br>☐ E/F ____<br>■ G  2.162 |
| 2.53 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street<br>Gardena, CA 90248 | **WEINGARTEN REALTY INVESTORS** | ☐ D ____<br>☐ E/F ____<br>■ G  2.189 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FP Stores, Inc.** | Case number *(if known)* | **18-11804 (LSS)** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **WILLOWBROOK CENTER PARTNERSHIP** | ☐ D _____ ☐ E/F _____ ■ G   2.193 |
| 2.55 | **J&M Sales of Texas, LLC** | 15001 South Figueroa Street Gardena, CA 90248 | **AMERICAN REALTY CAPITAL RETAIL** | ☐ D _____ ☐ E/F _____ ■ G   2.23 |
| 2.56 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **SFI FORD CITY-CHICAGO LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.155 |
| 2.57 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **MARKET HALSEY URBAN RENEWAL LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.110 |
| 2.58 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **STARBOARD LEMON GROVE DST** | ☐ D _____ ☐ E/F _____ ■ G   2.162 |
| 2.59 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **RETAIL CENTER PARTNERS LTD** | ☐ D _____ ☐ E/F _____ ■ G   2.143 |
| 2.60 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **OAKWOOD PLAZA LIMITED PARTNERSHIP** | ☐ D _____ ☐ E/F _____ ■ G   2.121 |
| 2.61 | **National Stores, Inc.** | 15001 South Figueroa Street Gardena, CA 90248 | **KRAM CONSTRUCTION CO** | ☐ D _____ ☐ E/F _____ ■ G   2.94 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **FP Stores, Inc.**                                    Case number *(if known)*    **18-11804 (LSS)**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **National Stores, Inc.**  **15001 South Figueroa Street Gardena, CA 90248** | **KORMAQ CONSTRUCTION C0** | ☐ D ____ ☐ E/F ____ ■ G  **2.93** |
| 2.63 | **National Stores, Inc.**  **15001 South Figueroa Street Gardena, CA 90248** | **JND LLC** | ☐ D ____ ☐ E/F ____ ■ G  **2.86** |
| 2.64 | **National Stores, Inc.**  **15001 South Figueroa Street Gardena, CA 90248** | **WEINGARTEN REALTY INVESTORS** | ☐ D ____ ☐ E/F ____ ■ G  **2.189** |
| 2.65 | **National Stores, Inc.**  **15001 South Figueroa Street Gardena, CA 90248** | **WILLOWBROOK CENTER PARTNERSHIP** | ☐ D ____ ☐ E/F ____ ■ G  **2.193** |
| 2.66 | **National Stores, Inc.**  **15001 South Figueroa Street Gardena, CA 90248** | **AMERICAN REALTY CAPITAL RETAIL** | ☐ D ____ ☐ E/F ____ ■ G  **2.23** |